# United States Patent Office

834,282
Registered Aug. 29, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 244,660, filed May 2, 1966

# memory

Milton Bradley Company (Massachusetts corporation)
74 Park St.
Springfield, Mass.

For: EQUIPMENT COMPRISING CARDS WITH MANY MATCHING PAIRS OF DESIGNS FOR PLAYING A MATCHING CARD GAME, in CLASS 22.
First use Jan. 1, 1966; in commerce Jan. 1, 1966.