Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,894,970

United States Patent and Trademark Office Registered Oct. 19, 2004

TRADEMARK
PRINCIPAL REGISTER

# MEMORY

HASBRO, INC. (RHODE ISLAND CORPORATION)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: CARD MATCHING GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1966; IN COMMERCE 1-1-1966.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-556,433, FILED 11-4-2003.

SUSAN HAYASH, EXAMINING ATTORNEY