
Find the most pairs of matching picture cards.
Mr. Potato Head
MEMORY
GAME
MB
AGES 3 to 6


MB
MILTON BRADLEY
MEMORY®
GAME
36
AGE
EDAD 3+