
MARVEL
SPIDER-MAN
& Friends
TM
3+
10 SUPER HERO CHARACTERS
COMES WITH 40 PIECES
MAKE A HERO MATCH
FIND THE MATCHING HERO PIECE TO WIN!
WARNING:
CHOKING HAZARD-Small parts
Not for children under 3 years
Contents:
· Marvel Figure components x 20 pieces
· Cups x 20 pieces
· Box x 1
MGA
MEMORY MATCH-UP
TM


MARVEL
SPIDER-MAN
& Friends™
10 SUPER HERO CHARACTERS
MAKE A HERO MATCH
FIND THE MATCHING HERO PIECE TO WIN!
COMES WITH 40 PIECES
MGA
MEMORY MATCH-UP™
MARVEL