UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

- against -

MGA ENTERTAINMENT, INC.,

Defendant.

C.A. No. 06-262S

RECEIVED

JUN 09 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARNCE**
***PRO HAC VICE***

Defendant Hasbro, Inc. hereby moves that Kim J. Landsman be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below

Dated: May 31, 2006

Respectfully submitted,
HASBRO, INC.
By its attorneys,

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐ ____________________
William E. Smith, District Judge
Date: 6/26/06

**ORDER:**

This motion is hereby GRANTED.

U.S. Mag. Judge

Date: June 12, 2006

1283093v1