**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC., :
Plaintiff, :
:
v. :
:
MGA ENTERTAINMENT, INC., :
Defendant. :

**** C.A. No: 06-262S

MGA ENTERTAINMENT, INC., :
Counterclaimant, :
v. :
:
HASBRO, INC., :
Counterclaim-defendant. :

**ENTRY OF APPEARANCE**

To the Clerk: Kindly enter my appearance of behalf of defendant/counterclaimant MGA Entertainment, Inc.

George E. Lieberman (3860)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
glieberman@vetterandwhite.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2006, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Joseph Avanzato, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710