**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HASBRO, INC.,
Plaintiff,

v.

MGA ENTERTAINMENT, INC.,
Defendant.

**** C.A. No: 06-262S

MGA ENTERTAINMENT, INC.,
Counterclaimant,
v.

HASBRO, INC.,
Counterclaim-defendant.

## ENTRY OF APPEARANCE

To the Clerk: Kindly enter my appearance of behalf of defendant/counterclaimant MGA Entertainment, Inc.

Brooks R. Magratten (6883)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
bmagratten@vetterandwhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2006, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Joseph Avanzato, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710