**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HASBRO, INC.,<br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br>Defendant. | : | |
| **** | | C.A. No: 06-262S |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br><br>HASBRO, INC.,<br>Counterclaim-defendant. | : | |

**LR GEN 206 DESIGNATION OF LEAD COUNSEL AND COUNSEL TO RECEIVE NOTICES**

In accordance with LR Gen 206(c)(1) and (d), defendant/counterclaimant MGA Entertainment, Inc., designates George E. Lieberman, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903, Tel: (401) 421-3060 x112, Fax: (401) 272-6803; and Kent R. Raygor, Esq., Sheppard Mullin Richter & Hampton LLP, 1901 Avenue of the Stars, Suite 1600,Los Angeles, CA 90067-6017, Direct Tel: 310-228-3730, Direct fax: 310-228-3930 as counsel to receive notice at their respective firms and Kent R. Raygor, Esq. as lead counsel for this case.

George E. Lieberman (3860)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
glieberman@vetterandwhite.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2006, I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Entry of Appearance to:

Joseph Avanzato, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710