*Attorney or Party without Attorney:*
ADLER, POLLOCK & SHEEHAN, P.C.
10 WETBISSET STREET, STE. #402
PROVIDENCE, RI 02903
*Telephone No:* 401-456-0990 *FAX No:* 401-456-0991

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

*Plaintiff:* HASBRO, INC.
*Defendant:* MGA ENTERTAINMENT, INC.

| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CA 06 262S |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:* MGA ENTERTAINMENT, INC.-C/O DAPHNE GRONICH, ESQ., GENERAL COUNSEL
   b. *Person served:* SAM KHURE-AUTHORIZED AGENT

4. *Address where the party was served:* 16380 ROSCOE BOULEVARD
   VAN NUYS, CA 91406

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 12, 2006 (2) at: 2:06PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* MGA ENTERTAINMENT, INC.
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***
   a. HAKOP JACK DEMIRCHYAN
   **b. COUNTRYWIDE PROCESS, LLC**
   6211 VAN NUYS BLVD., SUITE A
   VAN NUYS, CA 91401
   c. (818) 988-9123, FAX (818) 988-9122

*Fee for Service:* $95.00

I Declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct.

6/14/06
*(Date)*

*(Signature)*

BRIGITTE JANI
COMM. #1507668
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Aug 15, 2008

8. ***SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.***

My Commission Expires 08/15/08
(Date)

B. Jani
**(Notary Public)**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

HASBRO, INC.

V.

MGA ENTERTAINMENT, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 262S

TO: (Name and address of defendant)

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Van Nuys, CA 91406

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Avanzato, Esq. (#4774)
Jeffrey K. Techentin, Esq. (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone (401) 274-7200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/7/06.

(BY) DEPUTY CLERK