UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**DECLARATION OF SEAN WIGGINS**

I, Sean Wiggins, declare and state as follows:

1. I am employed by plaintiff Hasbro, Inc. ("Hasbro") as a Paralegal in the Office of the General Counsel. I submit this affidavit, based on personal knowledge in support of Hasbro's application for an order to show cause for a preliminary injunction, recall, and expedited discovery against defendant MGA Entertainment, Inc. ("MGA").

**Placement of Hasbro's MEMORY® Game and MGA's MEMORY MATCH-UP™ Game**

2. On June 23, 2006, I visited the games section of the Target store located at 1205 S. Washington Street, North Attleboro, Massachusetts. Hasbro's MEMORY® game and MGA's MEMORY MATCH-UP™ game are being stocked next to each other on the same store shelves in the games section of the store. Color copies of photographs that I took of the store shelves appear at Exhibit 1.

3. Target is selling Hasbro's Original MEMORY® game for $7.14 and MGA's MEMORY MATCH-UP™ game for $7.99.

4. I surveyed the games section of the Target store and there were no other games with "MEMORY" in the name of the game other than Hasbro's MEMORY® games and MGA's MEMORY MATCH-UP™ game.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2006, at Pawtucket, Rhode Island.

Sean Wiggins

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006 I caused a true and accurate copy of the within to be served on counsel of record as follows:

***Via Hand Delivery***
Brooks R. Magratten, Esq.
George E. Lieberman, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Of Counsel:

***Via First Class Mail***
Kent R. Raygor, Esq.
Janene P. Bassett, Esq.
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

***Via First Class Mail***
Kim J. Landsman
Michael D. Sant'Ambrogio
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

*386255_1.doc*