UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**DECLARATION OF PAUL N. VANASSE**

I, Paul N. Vanasse, declare and state as follows:

1. I am employed by plaintiff Hasbro, Inc. ("Hasbro") as the Director of Intellectual Properties in the Office of the General Counsel. I submit this affidavit, based on personal knowledge and on documents kept in the ordinary course of business, in support of Hasbro's application for an order to show cause for a preliminary injunction, recall, and expedited discovery against defendant MGA Entertainment, Inc. ("MGA").

2. As Director of Intellectual Properties in the Office of the General Counsel, I am responsible for maintaining Hasbro's intellectual property rights in its toys and games, including the trademarks and copyrights in the MEMORY® game and enforcing these rights.

**Hasbro's Registrations of its MEMORY® Trademarks**

3. Hasbro has obtained two trademark registrations for the MEMORY® game. On August 29, 1967, Milton Bradley Company obtained Registration No. 834,282 on the Principal Register of the United States Patent and Trademark Office for the mark MEMORY for use on "[e]quipment comprising cards with many matching pairs of designs for playing a

matching card game." This registration has been incontestable since 1972. A copy of Registration No. 834,282 appears at Exhibit 1 to the Stark Declaration.

4. In addition, on October 19, 2004, Hasbro obtained Registration No. 2,894,970 for MEMORY in International Class 28 for "card games." A copy of Registration No. 834,282 appears at Exhibit 2 to the Stark Declaration.

5. Our records show that the original concept for the MEMORY game came from a German company called Otto Maier Verlag Ravensburg AG, which licensed it to the Milton Bradley Company. The provision on trademarks gives Milton Bradley Company (now Hasbro) "the right to adopt a name, names, or translation of a name (hereinafter "Name"), or to change the Name of the Licensed Property as [Milton Bradley Company] so elects. Any application for, or subsequent registration of, the Name will be in the name of, and at the expense of, [Milton Bradley Company], who will be the sole owner thereof both during and after the Term of this Agreement. However, any Name hereunder which includes or consists of the word 'Memory' shall be assigned to Licensor upon Licensor's request after expiration or term hereof."

**Hasbro's Efforts to Protect The MEMORY Mark**

6. Hasbro has expended considerable resources protecting its MEMORY® mark from infringement. These efforts include policing infringers that enter the market; monitoring trademark applications in the United States Patent and Trademark Office and bringing opposition proceedings in the Trademark Trial and Appeal Board ("TTAB"); and filing a civil action when all other efforts at resolution fail.

7. We have pursued a number infringers, one of whom we sued. I am bound by confidentiality as to some of the results, but none of them are now making the infringing product. We are currently engaged in one opposition proceeding in the TTAB to prevent registration of a MEMORY MAGIC trademark.

**Hasbro's Good Faith Efforts to Resolve this Dispute with MGA**

8. On April 19, 2006, Brian Goldner, Hasbro's Chief Operating Officer, telephoned Isaac Larian, CEO of MGA, to protest MGA's use of the MEMORY MATCH-UP™ mark, and asked that MGA cease the infringement by removing the MEMORY mark from the MEMORY MATCH-UP™ game's packaging sleeve. This was done by phone call as a courtesy because relations between the companies had generally been cordial. Between that time and the filing of Hasbro's Motion for Preliminary Injunction, Recall, and Expedited Discovery, the parties have been engaged in settlement discussions that have included an exchange of correspondence between MGA's General Counsel and Hasbro's Vice President of Intellectual Property and Entertainment, and conversations at both the legal and business level.

9. Hasbro's efforts to settle the matter were ultimately unsuccessful. MGA has refused to cease its infringement even after Hasbro put MGA on explicit written notice of its claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2006, at Pawtucket, Rhode Island.

Paul N. Vanasse

Paul N. Vanasse

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006 I caused a true and accurate copy of the within to be served on counsel of record as follows:

***Via Hand Delivery***
Brooks R. Magratten, Esq.
George E. Lieberman, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Of Counsel:

***Via First Class Mail***
Kent R. Raygor, Esq.
Janene P. Bassett, Esq.
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

***Via First Class Mail***
Kim J. Landsman
Michael D. Sant'Ambrogio
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Kathleen A. Young

*386255_1.doc*