# United States Patent Office

834,282
Registered Aug. 29, 1967

## PRINCIPAL REGISTER
## Trademark

Ser. No. 244,660, filed May 2, 1966

# memory

Milton Bradley Company (Massachusetts corporation)
74 Park St.
Springfield, Mass.

For: EQUIPMENT COMPRISING CARDS WITH MANY MATCHING PAIRS OF DESIGNS FOR PLAYING A MATCHING CARD GAME, in CLASS 22.
First use Jan. 1, 1966; in commerce Jan. 1, 1966.

REGISTRATION NO.

834282

Aug 29 1967

12-C PUB

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY Milton Bradley Company

ON Sep 8 1972

[X] SEC. 8 - AFFIDAVIT ACCEPTED

[X] SEC. 15 - AFFIDAVIT FILED

BY DIRECTION OF THE COMMISSIONER

dmd

DEC 20 1972

DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM POL-135 A
2-60
AFFIDAVIT
ACKNOWLEDGMENT

Kewood Ross
120 Maple St.
Springfield, Mass. 01103

U.S. DEPARTMENT OF COMMERCE - PATENT OFFICE

PSE MAIL ROOM SEP 8 1972 U.S. PATENT OFFICE

AFFIDAVIT UNDER SECTIONS 8 AND 15

#4

MARK: MEMORY
REG. NO.: 834,282
CLASS: 22
INTERNATIONAL CLASS: 28

Commonwealth of Massachusetts )ss
County of Hampden )

MILLENS W. TAFT, JR., Vice President,

of MILTON BRADLEY COMPANY,

74 Park Street, Springfield, Massachusetts 01101,

being sworn, states that: MILTON BRADLEY COMPANY

owns Registration No. 834,282 issued Aug. 29, 1967 as shown by records in the Patent Office; and that the mark shown therein is still in use as evidenced by the attached specimen showing the mark as currently used; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from Aug. 29, 1967 to the present on each of the following goods recited in the registration:

Equipment comprising cards with many matching pairs of designs for playing a matching card game

09/19/72 0834282 213 1 10.00 CK

that said mark is still in use in interstate commerce; that there has been no final decision adverse to registrant's claim of ownership of said mark, to its right to register the same or maintain it on register, and that there is no proceeding involving any of said rights pending and not disposed of either in the Patent Office or in the courts.

MILTON BRADLEY COMPANY

By: *Millens W. Taft Jr.*
Millens W. Taft, Jr.
Its Vice President

AFFIX CORPORATE SEAL HERE

Subscribed and sworn to before me this *5th* day of *September* 19*72*

My commission expires *November 3 1973* *Philip J. Kreiger*
Notary Public (Seal)

POWER OF ATTORNEY

Registrant hereby appoints KENWOOD ROSS, Registration No. 14,735, and/or CHESTER E. FLAVIN, Registration No. 22,655, both of 120 Maple Street, Springfield, Massachusetts, 01103, and both members of the bar of the Commonwealth of Massachusetts, to file this affidavit, to transac all business in the Patent Office in connection therewith and to receive acknowledgement of the affidavit.

MILTON BRADLEY COMPANY

By: *Millens W. Taft Jr.*

Its Vice President

AFFIX CORPORATE SEAL HERE

# The United States of America

## CERTIFICATE OF RENEWAL

Reg. No. 834,282

Application to renew the above identified registration having been duly filed in the Patent and Trademark Office and there having been compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

This is to certify that said registration has been renewed in accordance with the Trademark Act of 1946 to MILTON BRADLEY COMPANY, EAST LONGMEADOW, MASSACHUSETTS, A MASSACHUSETTS CORPORATION

and said registration will remain in force for twenty years from AUGUST 29, 1987 unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eighth day of December, 1987.

Commissioner of Patents and Trademarks