Newsday (New York)

**February** 25, 2000, Friday ALL EDITIONS

**SECTION:** PART II/WEEKEND; Page B35

**LENGTH:** 383 words

**HEADLINE:** KIDSDAY / WHAT'S COOL FOR KIDS / TOY STORY

**BODY:**
Last week in Manhattan during Toy Fair, toy companies showed their new toys and games to store buyers and the press. Kidsday staff reporters and Pokimon fans Jonathan Cacavas and Kevin Giron, both 9, of Brentwood, were invited to a sneak preview of the new Pokimon items at the Hasbro showroom. Backstage, they met the event's guest speaker, singer Aaron Carter (younger brother of Nick Carter of the Backstreet Boys). Carter is also a Pokimon fan and the reporters asked him which characters are his favorite and which new item he liked most. He said, "Pikachu and Jigglypuff are my favorite characters, and my favorite new game is Pokimon Stadium (Nintendo for Nintendo 64, $ 70, available in March)." After checking out the new items themselves, the reporters chose these as two of their favorites: Pokimon Battling Coin Game (Hasbro, $ 6, available now), which comes with cool Pokimon holographs on every coin, [redacted]. Pokimon, however, isn't expected to be the only big seller this year. There's a large selection of electronic and voice-activated toys. For example, robot dogs are "in." Several companies have their own version, including Mattel's Milo the Robot ($ 99, available in September), which can ask questions and even learn new words. Another fun item is Yahoo! Cam (Tiger Electronics, $ 60, available in September), a palm-sized digital camera that can take and store up to 12 color photos to e-mail to friends and family.

For WWF fans with sweet tooths, WWF Superstar Tube Toppers (Candy Planet, $ 4, available now) are 6-inch candy-filled tubes topped off with molded images of Stone Cold Steve Austin, The Undertaker, The Rock and Kane.

And for doll collectors, famous twins Mary-Kate and Ashley Olsen are "dolled" up in fashionable likenesses of themselves (Mattel, $ 5, available in March), Swimming Champion Barbie (Mattel, $ 22, available in July) is dressed for the Olympics, and Butterfly Fairies (Madame Alexander, $ 75, available in May and June) sparkle with iridescent wings.

Congratulations to Kidsday context winner Alison Leigh Schwartz, 9, of Merrick, who won a basektball autographed by WNBA star Jennifer Gillom.

LIFE & ARTS

**Game plan!; Perk up your holidays with one of these new board games,; tested and rated by a roomful of cutthroat Star-Telegram; journalists.**

Star-Telegram
2,098 words
15 December 2001
The Fort Worth Star-Telegram
FINAL
1
English

(c) Copyright 2001, The Fort Worth Star-Telegram. All Rights Reserved.
The family is home for the holidays, and it's time to pull out a great board game to kick up the conversation and keep Aunt Soozie from droning on about her acid reflux. But what's new - and what's good?

We chatted up the folks at boardgames.com and the mall store Wizards of the Coast to find out which games are hot this season. We chose eight, cleared off some conference-room tables, dusted off our brains and put the games to the test. What we learned: Board games are better than work. As one player said, "I've been in this conference room for lots of meetings. But this is the first time I've had fun."
Here are the details:

1. Cranium
Who makes it: Cranium Inc.
Price: $39.95
Number of players required: At least 4
Number we recommend: 8 or more
Instructions: Not too hard to follow
Pace of game: Relaxed
Best for ages: Adults
The object of the game: Be the first to go around the game board. You move ahead by having your team compete in various categories. Examples: Word Worm (spell "dilettante" out loud without writing it down), Data Head (which author said, "Work is the curse of the drinking class?"), Creative Cat (sculpt "golf course" out of clay) or Star Performer (hum AC/DC's Back in Black and have your teammate guess what it is).
Best thing: Everybody gets involved. We laughed a lot.
Worst thing: It's somewhat confusing in the beginning. The terminology takes awhile to get used to.
Most interesting thing we learned: That one of the players was willing to talk through her bottom like Jim Carrey to win the game.

Number of fights that erupted: 0
Intellectual appeal: Medium
Skills/knowledge needed: Imagination, drawing and clay-modeling talent, lack of inhibition (see Jim Carrey comment above).
What the instructions didn't tell you: What to do when you draw a Club Cranium card in Cranium Central (we told you it's a little confusing).
Last word: More fun than intellectual.
Overall grade: A

2. The Poll Game
Who makes it: The Poll Game, LLC
Price: $29.95
Number of players required: 2-8
Number we recommend: 4-8; more answers from more people make it more fun to play.
Instructions: Easy to follow
Pace of game: Fast
Best for ages: Adults
The object of the game: There are 750 "yes or no" questions. The questions range from "Have you ever had sex in a car?" to "Do you believe the verdict in the O.J. Simpson trial was correct?" The idea is to test your ability to use your insights, instincts and knowledge of human nature to guess how your fellow players will respond.
Best thing: Provides good gossip material.
Worst thing: Takes coordination to hide your own answer chip while flipping over the card with your guess about how your fellow players will answer.
Most interesting thing we learned: That our boss "fooled around" while going through a carwash.
Number of fights that erupted: 1. It was about being or not being a cat person.
Intellectual appeal: Who the heck cares?
Skills/knowledge needed: Knowing the personal lives of the players (or being psychic).
What the instructions didn't tell you: Even if you've been married for 10 years, you might not guess how your spouse will respond.
Last word: A great party game for people who aren't afraid to share their beliefs and personal history. Better with a margarita.
Overall grade: A

3. The Weakest Link
Who makes it: **Hasbro**
Price: $34.95
Number of players required: 4-9
Number we recommend: The more, the merrier
Instructions: Not too hard to understand
Pace of game: Fast
Best for ages: 18 and up

The object of the game: As in the NBC game show, players take turns answering trivia questions that range from easy to impossible and then voting off the player who's the weakest link in each round. The last remaining contestant is the winner.
Best thing: The game comes with an Anne Robinson face mask for the host/hostess to wear. On the back are a collection of cold insults to hurl at players, just as she does on TV. "Who, alas, is not burdened with intelligence?" "Who is suffering from rolling mental blackouts?"
Worst thing: The game comes with a cheap timer. Use your own hourglass-shaped minute-timer if you have one, or put a player in charge of watching the clock.
Most interesting thing we learned: Some of the answers were interesting: Do you know if hurricanes spin clockwise or counterclockwise north of the equator? Or the stage name of Betty Joan Perskee, who was married to Humphrey Bogart?
Number of fights that erupted: None. But it was close. Maybe if the editor of the paper hadn't been in this group ...
Intellectual appeal: High to medium
Skills/knowledge needed: Well-rounded, general knowledge of people, places and things.
What the instructions didn't tell you: The game has the potential to devolve into a popularity contest (did we mention we were playing with the Big Boss?).
Last word: Lots of laughter from this group as its members struggled to think fast. As one player said, "The questions weren't that hard. Until it was my turn. Then they got hard."
Overall grade: A

4. National Parks Pictionary
Who makes it: USAopoly
Price: $29.95
Number of players required: 3 or more
Number we recommend: 6. It's more fun - and more pressure - with at least three teams.
Instructions: Not too difficult
Pace of game: Fast
Best for ages: High school and up
The object of the game: To reach the finish line by sketching - and guessing - things that have a connection to the outdoors and national parks, however tenuous.
Best thing: Moves fast, involves everyone.
Worst thing: Not very different from regular Pictionary. Many clues have a loose "parks" connection: Curly hair? Beard? Conveyance?
Most interesting thing we learned: How other players' minds work and how well people work with others. Oh, and also that there is such a thing as a "yucca house."
Number of fights that erupted: 2, um, heated discussions (but no name-calling).
Intellectual appeal: Medium
Skills/knowledge needed: Good imagination and good vocabulary. Also, a knowledge of geography and the outdoors.
What the instructions didn't tell you: What to do when one team reaches the finish line.
Final word: Conveyance? How would you draw "conveyance"?
Overall grade: B

5. Pop Smarts

Who makes it: Endless Games
Price: $24.95
Number of players
required: 2 and up
Number we recommend: At least 3; the more players, the more fun the competition.
Instructions: Not too hard to follow
Pace of game: Could be faster
Best for ages: Baby boomers!
The object of the game: Answer pop-culture trivia questions faster than the other players.
Examples: In the '90s, which Baldwin brother married one of the sisters from Wilson Phillips? What diabolical, bloodthirsty terrorist ring was founded by Bond arch-enemy Ernst Stavro Blofeld?
Best thing: Has qualities that emulate Trivial Pursuit.
Worst thing: Complicated scoring. Even worse, we discovered two wrong answers in two hours of play.
Most interesting thing we learned: We all need to read more. Jessica knows all. Monique knows snack chips.
Number of fights that erupted: 0
Intellectual appeal: High
Skills/knowledge needed: Needless trivia and thinking fast. TV-watching couch potatoes will do well with this one.
Last word: As one player said, "I wouldn't buy it, but I wouldn't throw it away if it was given to me."
What the instructions didn't tell you: Vague about scoring.
Overall grade: B-

6. Cranium Cadoo (for kids)
Who makes it: Cranium
Price: $24.95
Number of players required: 2 or more
Number we recommend: 4 or more
Instructions: Not too hard to follow
Pace of game: Fast.
Best for ages: 8 and up
The object of the game: This is a brand-new, kids' version of Cranium, which has been a hot game for about a year. The object of the game is to get a Cadoo (four tokens in a row on the game board) by completing challenges that are either Solo (you do them yourself) or Combo (involving the other players). Examples of Solo activities: Think of a word that means both to bounce a basketball and to drip milk from your chin, or go get something you can see your reflection in that is not a mirror. Combos: Act out, draw or use clay to make a secret word and get people to guess what it is.
Best thing: Fun for groups of grown-ups, too. Lots of opportunities for funny double-entendres.
Worst thing: Running around finding objects.
Most interesting thing we learned: A football field is bigger than a hockey rink. Who knew?

Number of fights that erupted: Several. Lots of blocking on the game board and taunting.
Intellectual appeal: It's for kids.
Skills/knowledge needed: Sculpting, drawing, imagination, spontaneity.
What the instructions didn't tell you: Blocking strategy for the game board.
Last word: Go find something fuzzy and something smooth, and we'll get back to you.
Overall grade: A

7[redacted]
Price: $9.95
Number of players
required: 3-6
Number we recommend:
4
Instructions: Easy to follow
Pace of game: Can go as fast or as slow as the players want
Best for ages: 6 and up
The object of the game: This is the classic matching game, with 36 pairs of matching monsters. You start with all the cards turned over, and then try to match the pairs. The person with the most cards at the end wins.
Best thing: It's not as easy as it looks. A lot of the backgrounds on the cards are the same color, so it takes some real concentration.
Worst thing: There are a lot of cards. Our memories are not what they used to be.
Most interesting thing we learned: "Sandy is really smart," said one player. Also, moms do way better at this than single guys.
Number of fights that erupted: 0
Intellectual appeal: For monsters, maybe.
Skills/knowledge needed: Caffeine is a plus - seems to give you a better eye for details!
What the instructions didn't tell you: That older players may have some memory problems.
Last word: Inexpensive fun for the whole family. A game your kids may beat you in even if you're trying!
Overall grade: B+

8. Antiques Roadshow, The Game
Who makes it: **Hasbro**
Price: $21.95
Number of players required: 2-4
Number we recommend: 4
Instructions: *@* *!!!! There are omissions in the instructions that left us stranded mid-game.
Pace of game: Relaxed
Best for ages: 30 and older; an interest in antiques is imperative.
The object of the game: Based on the popular PBS show of the same name, the idea is to identify and price antiques. Each player starts with 4-8 Antique cards (depending on the number of players). The cards show a photo of an antique on one side and two possible,

divergent appraisals on the other. The idea is to get rid of your own cards by correctly guessing which of the two appraisals is correct on other players' cards. The first player out of cards wins.
Best thing: Reminds us how much more we like the television show of the same name.
Worst thing: It's not as fun or as interesting as the TV show, even though the antiques shown come directly from the show.
Most interesting thing we learned: None of us was competitive enough to want to even finish the game.
Number of fights that erupted: 0
Intellectual appeal: For antique geeks, it's high.
Skills/knowledge needed: A thorough knowledge of antiques. Are you looking at a collection of Mark Twain books from a Hartford, Conn., gift shop valued at $500? Or is it a limited-edition set from 1902 worth $35,000?
What the instructions didn't tell you: A lot. Too many things are missing from the instructions.
Last word: Save your money and send it to KERA to keep Antiques Roadshow (which is great) on the air.
Overall grade: F
PHOTO(S): ALISON WOODWORTH