UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, v. MGA ENTERTAINMENT, INC., Defendant. | |
| MGA ENTERTAINMENT, INC., Counterclaimant, v. HASBRO, INC., Counterclaim-defendant. | **C.A. No. 06-262 S** |

**CERTIFICATE OF SERVICE**

I today (July 10, 2006) had filed with the Court the Report on the Filing or Determination of an Action Regarding a Patent or Trademark ("Report"), copy attached hereto as Exhibit A, and served such Report on counsel of record as stated below:

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(by e-mail and U.S. mail)

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(by hand)