UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**DEFENDANT MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY FILED BY HASBRO, INC.**

Date: July 17, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.,
By its attorneys,

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, *pro hac vice* counsel
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

400037612.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that today (July 17, 2006) I had caused to be served the within Defendant MGA Entertainment, Inc.'s MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY FILED BY HASBRO, INC. upon below-listed counsel as stated:

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(by e-mail and U.S. mail)

**(BY OVERNIGHT MAIL)**

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(by hand)

**(BY HAND-DELIVERY)**

