UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**REQUEST FOR JUDICIAL NOTICE AND EXHIBITS 9-10 SUBMITTED IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF/COUNTERCLAIM-DEFENDANT'S HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Dated: July 17, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

400036613.1

# CERTIFICATE OF SERVICE

The undersigned certifies that today (July 17, 2006) I had caused to be served the within Request for Judicial Notice and Exhibits 9-10 Submitted in Support of Defendant/Counterclaimant MGA Entertainment, Inc.'s Opposition to Plaintiff/Counterclaim-Defendant's Hasbro, Inc.'s Motion for Preliminary Injunction upon below listed counsel as stated:

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York New York 10036-6710
(by e-mail and U.S. mail)

**(BY OVERNIGHT MAIL)**

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(by hand)

**(BY HAND-DELIVERY)**