UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**DECLARATIONS SUBMITTED IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF AND COUNTERCLAIM-DEFENDANT HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

Defendant/Counterclaimant MGA Entertainment, Inc. hereby submits the following declarations—all of whom are MGA employees—in support of its opposition to plaintiff/counterclaim-defendant Hasbro, Inc.'s motion for preliminary injunction and recall:

1. **Yuval Caspi**: Vice President of Product Development, Toys
2. **Courtney Werner**: Product Designer
3. **Alex Keossian**: Graphic Designer
4. **Kristen Zimmer**: Manager of Licensing
5. **Bo Lumabao**: Product & Marketing Manager
6. **Jeremy Anderson**: Copywriter
7. **Bill Howard**: Director of Operations
8. **David Oakes**: Senior Counsel
9. **Sam Khare**: Counsel
10. **Nick Contreras**: Vice President of Consumer Marketing
11. **Richard Daniels**: Senior Counsel

Dated: July 17, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

400032805.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that today (July 17, 2006) I had caused to be served the within Declarations Submitted in Support of Defendant Counterclaimant MGA Entertainment Inc.'s Opposition to Plaintiff and Counterclaim-Defendant Hasbro, Inc.'s Motion for Preliminary Injunction and Recall upon below listed counsel as stated:

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York New York 10036-6710
(by e-mail and U.S. mail)

**(BY OVERNIGHT MAIL)**

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(by hand)

**(BY HAND-DELIVERY)**