UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 28 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | |
| MGA ENTERTAINMENT, INC., Plaintiff-in-Counterclaim, - against - HASBRO, INC., Defendant-in-Counterclaim. | C.A. No. 06-262S |

**STIPULATION**

Plaintiff / Defendant-in-Counterclaim Hasbro, Inc. ("Hasbro") and Defendant / Plaintiff-in-Counterclaim MGA Entertainment, Inc. hereby stipulate and agree that Hasbro may have until Thursday, August 3, 2006 to submit its Reply Memorandum with respect to *Plaintiff's Motion for a Preliminary Injunction, Recall, and Expedited Discovery*.

For Hasbro, Inc.:

Joseph Avanzato [#4774]
Jeffrey K. Techentin [#6651]
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: July 28, 2006

Of counsel:

Kim J. Landsman
Michael D. Sant'Ambrogio
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

For MGA Entertainment, Inc.:

Brooks R. Magratten [#6883]
George E. Lieberman [#3860]
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Dated: July 28, 2006

Of Counsel:

Kent R. Raygor, Esq.
Janene P. Bassett, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3731
Fax: (310) 228-3701

*388839_1*

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/31/06