UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | C.A. No. 06-262S |

**DECLARATION OF MILLENS J. TAFT, JR.**

I, Millens W. Taft, Jr., declare and state as follows:

1. I was in charge of research and development at Milton Bradley Company ("Milton Bradley") from 1949 until I retired in 1984, which was also the year in which Milton Bradley was acquired by plaintiff Hasbro, Inc. I submit this declaration, based on personal knowledge, in support of Hasbro's motion for a preliminary injunction against defendant MGA Entertainment, Inc. ("MGA").

2. I negotiated the initial agreement with Otto Maier Verlag Ravensburg ("Ravensburg") that granted Milton Bradley the rights to the MEMORY game. My title then was the Senior Vice President, Research and Development. The Ravensburg game was very successful, primarily, we believed, because of the name. We were therefore interested in the game entirely because of its valuable name.

3. When we negotiated and signed the agreement with Ravensburg in 1964, neither I nor, to my knowledge, anyone else at Milton Bradley was aware of any other use,

JUL 28 2006 9:53 HP LASERJET 3200 p.2

commercial or otherwise, of the MEMORY name for a game. If we had been, we obviously would not have been interested in licensing and paying a royalty for it.

4. I signed the declaration that supported Milton Bradley's application in 1966 for federal registration of the MEMORY trademark. Ravensburg was aware of our application to register the name and of the registration itself, and Ravensburg was supportive of our effort because it understood that the registration benefited that company as the licensor of the mark.

Executed on July 28, 2006, in East Longmeadow, Massachusetts.

Millens W. Taft, Jr.

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
George E. Lieberman, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kim J. Landsman
Michael D. Sant'Ambrogio
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Declaration of Millens J. Taft through the ECF system on the 3rd day of August, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S. I further certify that I caused to be served the within Declaration of Millens J. Taft on the following counsel on the 3rd day of August, 2006, by electronic mail.

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Irene Choi
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

/s/ Jeffrey K. Techentin____________

*389445_1*