UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

## NOTICE OF APPEARANCE

I, Jeffrey K. Techentin, of Adler Pollock & Sheehan P.C., hereby enter my appearance as counsel for Plaintiff Hasbro, Inc.

Dated: August 9, 2006

Respectfully submitted,

/s/ Jeffrey K. Techentin

Jeffrey K. Techentin [# 6651]
jtechentin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

Attorneys for Plaintiff Hasbro, Inc.

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kim J. Landsman
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 9th day of August, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S. I further certify that I caused to be served the within Notice of Appearance on the following counsel on the 9th day of August, 2006, by electronic mail.

Irene Choi
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

/s/ Jeffrey K. Techentin____________

*389375_1*