UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**DEFENDANT MGA ENTERTAINMENT, INC.'S DEPOSITION NOTICE OF PLAINTIFF HASBRO, INC.'S WITNESSES AS PART OF LIMITED, EXPEDITED DISCOVERY DIRECTED AT ISSUES RAISED BY HASBRO'S MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY**

TO PLAINTIFF HASBRO AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to FED. R. CIV. P. 30, that MGA Entertainment, Inc. will take the depositions of the witnesses identified below at the following dates and times, at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island 02903:

| WITNESS | POSITION | DATE AND TIME |
|---|---|---|
| Millens W. Taft, Jr. | Former Milton Bradley employee; present Hasbro declarant | Tuesday, August 15, 2006, commencing at 9:00 a.m. (EDT) |
| Paul Vanasse | Hasbro employee; Hasbro declarant | Tuesday, August 15, 2006, commencing at the conclusion of the deposition of Mr. Taft |
| | | |
| Plaintiff Hasbro, Inc. | Pursuant to FED. R. CIV. P. 30(b)(6) [*see testimony categories below*] | Wednesday, August 16, 2006, commencing at 9:00 a.m. (EDT) |
| | | |
| Barry Nagler | Hasbro employee | Thursday, August 17, 2006, commencing at 9:00 a.m. (EDT) |
| Jill Hambley | Hasbro employee; identified as a witness by Hasbro | Thursday, August 17, 2006, commencing at the conclusion of the deposition of Mr. Nagler |
| | | |
| Mark Stark | Hasbro employee; Hasbro declarant | Friday, August 18, 2006, commencing at 9:00 a.m. (EDT) |

PLEASE TAKE FURTHER NOTICE that these depositions will be taken before a notary public or other officer authorized to administer oaths by the laws of the United States or the laws of the State where the deposition is conducted and in accordance with the provisions of the Federal Rules of Civil Procedure, and will be recorded stenographically and by sound-and-visual means. The depositions will include live access to the Internet for displays of evidence available only from the Internet. A record of that Internet access and the content accessed will be recorded by audiovisual/electronic means and then marked as an exhibit to the deposition. Defendant MGA Entertainment, Inc. provides this deposition notice as part of the limited,

expedited discovery that the parties agreed would be directed at issues raised by Hasbro's MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY, and MGA reserves the right to recall these witnesses for deposition in the ordinary course of the litigation of this matter following the Court's ruling on Hasbro's MOTION.

PLEASE TAKE FURTHER NOTICE that with respect to the deposition of Hasbro pursuant to FED. R. CIV. P. 30(b)(6), the deponent is not a natural person and is a party to this action. Hasbro, therefore, is required to designate and produce those of its officers, directors, managing agents, employees or agents to testify on its behalf as to the matters identified below. MGA provides this Rule 30(b)(6) notice on the following limited categories of testimony as part of the limited, expedited discovery that the parties agreed would be directed at issues raised by Hasbro's MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY. MGA reserves the right to conduct a later Rule 30(b)(6) deposition of Hasbro on other categories of testimony in the ordinary course of the litigation of this matter following the Court's ruling on Hasbro's MOTION.

**TESTIMONY CATEGORY NO. 1:**

With respect to the statement that "*[o]ver the past three and a half decades, sales of MEMORY® games have exceeded $130 million*" in paragraph 10 of the DECLARATION OF MARK STARK submitted by Hasbro in support of its MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY, information concerning the sales described in that statement, including, but not limited to, (a) the geographic distribution of those sales, (b) the titles of the various games that make up those sales, (c) the number of units sold under each such

title, (d) when the sales under each such title were made, and (e) where records supporting the statement can be found.

**TESTIMONY CATEGORY NO. 2:**

With respect to the statement that "*[i]n the past eight years, Hasbro has spent over $20 million advertising and promoting the line of MEMORY® card matching games, both separately and with a group of other Hasbro games collectively called 'My First Games®' and as part of the 'Games Make Great Gifts' campaign*" in paragraph 10 of the DECLARATION OF MARK STARK submitted by Hasbro in support of its MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY, information concerning the advertising and promotion described in that statement, including, but not limited to, (a) the geographic distribution of that advertising and promotion, (b) the type of advertising and promotion that was done, (c) where such advertising and promotion was published and conducted, (d) the length of time such advertising and promotion was published and conducted, (e) how much of the cost for such advertising and promotion that was done for "My First Games®" and for the "Games Make Great Gifts" campaign can be allocated just to the MEMORY® game that was part of that advertising and promotion, if more than just that game was the subject of that advertising and promotion, and (f) where records supporting the statement can be found.

**TESTIMONY CATEGORY NO. 3:**

Hasbro's interaction with the game buyer (or buyers) for **Wal-Mart** during the period from June 1, 2005 to July 31, 2006, including, but not limited to, the development of planograms, modules, visual depictions, or other displays for games that **Wal-Mart** is

considering purchasing as they might appear on a **Wal-Mart** retail shelf if the games are purchased. (*MGA is informed that the Hasbro employee most knowledgeable about this is Walker Mtichell.*)

**TESTIMONY CATEGORY NO. 4:**

Hasbro's interaction with the game buyer (or buyers) for **Target** during the period from June 1, 2005 to July 31, 2006, including, but not limited to, the development of planograms, modules, visual depictions, or other displays for games that **Target** is considering purchasing as they might appear on a **Target** retail shelf if the games are purchased.

**TESTIMONY CATEGORY NO. 5:**

How Hasbro became aware of MGA's Spider-Man & Friends-themed Memory Match-Up product, and what Hasbro then did with that information. (*MGA is informed by Hasbro's interrogatory responses that Hasbro employees Jason Eastman, Darrell Merino, Robert Ellis, Cathy Meredith, Brian Goldner, Eric Nyman, Al Verrecchia, and Barry Nagler were involved in learning of and then passing on that information.*)

**TESTIMONY CATEGORY NO. 6:**

The 2001 GAME AWARENESS & PENETRATION STUDY and the 2004 GAME AWARENESS & PENETRATION STUDY, redacted copies of which were produced by Hasbro to MGA bearing document production numbers H1-26 and H27-151, respectively, including, but not limited to, (a) the design of the studies, (b) any testing or pre-testing of the studies, (c) who

the targeted respondents were, (d) who the respondents were, (e) what was studied, (f) the purpose of the studies, and (g) the results and conclusions drawn from the study.

Dated: August 9, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

400053115.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **DEFENDANT MGA ENTERTAINMENT, INC.'S DEPOSITION NOTICE OF PLAINTIFF HASBRO, INC.'S WITNESSES AS PART OF LIMITED, EXPEDITED DISCOVERY DIRECTED AT ISSUES RAISED BY HASBRO'S MOTION FOR A PRELIMINARY INJUNCTION, RECALL, AND EXPEDITED DISCOVERY** on August 11, 2006. The Deposition Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 10, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY OVERNIGHT MAIL, PURSUANT TO AGREEMENT:**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

**BY HAND-DELIVERY:**

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman