UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**DEFENDANT AND COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S FED. R. CIV. P. 26(b)(5) PRIVILEGE LOG**

Defendant and counterclaimant MGA Entertainment, Inc. ("**MGA**") hereby submits the privilege log attached hereto as **EXHIBIT A**. *See* FED. R. CIV. P. 26(b)(5). Pursuant to an agreement between counsel for the parties, and pursuant to accepted, standard practice in litigation, MGA is not logging privileged communications or work product following receipt of the initial cease-and-desist demand that plaintiff and counterclaim-defendant Hasbro, Inc. delivered to MGA on April 19, 2006 in this matter and following the filing of this lawsuit.

Dated: August 8, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place, 3rd Floor
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
JANENE P. BASSETT, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
jbassett@sheppardmullin.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within **DEFENDANT AND COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S FED. R. CIV. P. 26(b)(5) PRIVILEGE LOG** on August 11, 2006. The Privilege Log is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 8, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY OVERNIGHT MAIL, PURSUANT TO AGREEMENT:**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

**BY HAND-DELIVERY:**

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman