# EXHIBIT A

## MGA'S PRIVILEGE LOG

| Nature Of Document | Identity And Position Of Document's Author | Date The Document Was Written | Identity And Position Of Addressees, Recipients | Reason Withheld |
|---|---|---|---|---|
| E-mail | Bo Lumabao, MGA employee | 07.21.05 | Sam Khare, MGA in-house attorney; Bryan Armstrong, MGA in-house paralegal; Laurie Stein, MGA in-house paralegal; Yuval Caspi, MGA employee | Attorney-client privileged |
| E-mail | Sam Khare, MGA in-house attorney | 08.22.05 | Bo Lumabao, MGA employee; Bryan Armstrong, MGA in-house paralegal; David Oakes, MGA in-house attorney; Laurie Stein, MGA in-house paralegal; Daphne Gronich, MGA in-house attorney | Attorney-client privileged |
| E-mail | Bo Lumabao, MGA employee | 08.22.05 | Sam Khare, MGA in-house attorney | Attorney-client privileged |
| E-mail | Sam Khare, MGA in-house attorney | 08.22.05 | Yuval Caspi, MGA employee; Kristen Zimmer, MGA employee; Bo Lumabao, MGA employee | Attorney-client privileged |
| E-mail | Kristen Zimmer, MGA employee | 08.22.05 | Sam Khare, MGA in-house attorney; Yuval Caspi, MGA employee; Bo Lumabao, MGA employee | Attorney-client privileged |
| E-mail | Sam Khare, MGA in-house attorney | 08.23.05 | Kristen Zimmer, MGA employee; Bo Lumabao, MGA employee; Yuval Caspi, MGA employee | Attorney-client privileged |
| E-mail | Bo Lumabao, MGA employee | 08.23.05 | Sam Khare, MGA in-house attorney; Yuval Caspi, MGA employee; Kristen Zimmer, MGA employee | Attorney-client privileged |