UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | **REQUEST FOR EXPEDITED CONSIDERATION AND DECISION PURSUANT TO LR CV 9** |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**MEMORANDUM OF LAW OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC. IN SUPPORT OF ITS REQUEST FOR EXPEDITED CONSIDERATION AND DECISION OF BOTH ITS MOTION TO COMPEL DISCOVERY AND MOTION FOR DENIAL OF THE PRELIMINARY INJUNCTION MOTION AND RECALL OF PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC., OR, IN THE ALTERNATIVE, FOR A CONTINUANCE**

## I. INTRODUCTION

Defendant/counterclaimant MGA Entertainment, Inc. ("MGA") has today filed a Motion to Compel Discovery and Motion for Denial of the Preliminary Injunction/Recall Motion of plaintiff/counterclaim-defendant Hasbro, Inc. ("Hasbro") or, in the Alternative, for a Continuance and, in accordance with LR Cv 9, has requested expedited consideration and

decision as to those Motions, and files this Memorandum in support of its request for expedited consideration/decision.

Hasbro demands that a hearing on its preliminary injunction/recall motion begin September 8, 2006. At the same time, Hasbro has refused to produce knowledgeable persons for the taking of their depositions and fails to respond properly to written discovery responses.[1] *See* MGA's Motion to Compel Discovery, today being filed, incorporated herein by reference.

Hasbro's misconduct – which constitutes unclean hands and violates the equity maxim he who seeks equity must do equity – has substantially prejudiced and is substantially prejudicing MGA.

Absent the prompt provision of proper and complete discovery responses by Hasbro to MGA's written discovery and producing now the persons needed to be deposition (Mr. Nagler, Ms. Hambley and Hasbro's Rule 30(b)(6) representatives), MGA will not be able to prepare properly or present effectively its defense at the now scheduled September 8, 2006 hearing. In order to at least give MGA at least a chance to perhaps be prepared for the hearing, MGA needs the Court to order Hasbro to satisfy immediately its discovery obligations.

Accordingly, MGA respectfully requests that the Honorable Court order that a hearing be conducted and decisions made on its Motions within the next five (5) days.

---

[1] After 8:00 p.m. on the night of August 16, 2006, the day before MGA was scheduled to conduct depositions, Hasbro emailed 135 pages of documents which it failed to produce previously. Moreover, it said that it would bring even more documents to the depositions. Such tardy production prejudices MGA.

Respectfully submitted,
Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Memorandum of Law on August 17, 2006. The Memorandum of Law is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 17, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman