UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR DENIAL OF HASBRO'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL OR, IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE PRELIMINARY INJUNCTION HEARING**

Plaintiff Hasbro, Inc. ("Hasbro") hereby objects to Defendant MGA Entertainment, Inc.'s ("MGA's") motion to for denial of Hasbro's Motion for Preliminary Injunction and Recall or, in the alternative, for a continuance of the preliminary injunction hearing. As explained in the accompanying memorandum of law, MGA's motion is predicated on artificial, contrived discovery disputes that have no merit and that have not prejudiced MGA in any way with respect to Hasbro's preliminary injunction and recall motion. The motion should therefore be denied in its entirety.

Dated: August 24, 2006

Respectfully submitted,

/s/ Jeffrey K. Techentin
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | : | C.A. No. 06-262S |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR DENIAL OF HASBRO'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL OR, IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE PRELIMINARY INJUNCTION HEARING**

Plaintiff Hasbro, Inc. ("Hasbro") respectfully submits this memorandum of law in support of its objection to Defendant MGA Entertainment, Inc.'s ("MGA's") motion to for denial of Hasbro's Motion for Preliminary Injunction and Recall or, in the alternative, for a continuance of the preliminary injunction hearing.

MGA's motion is entirely predicated on artificial, contrived discovery disputes that have no merit and that have not prejudiced MGA in any way with respect to Hasbro's preliminary injunction and recall motion. Those purported discovery disputes, and their utter lack of merit, are addressed in Hasbro's memorandum of law in support of its objection to MGA's motion to compel responses to interrogatories, document requests, requests for admissions, and persons for deposition [Document No. 38]. As explained in that memorandum, Hasbro has provided full, complete, and timely responses to the extensive discovery sought by

MGA in advance of the preliminary injunction and recall hearing. MGA has had timely access to all relevant, unprivileged documents requested. Hasbro has made all of its hearing witnesses and declarants available for deposition as well as a number of other individuals whom MGA wished to depose.

Hasbro has responded to all of the eleven interrogatories served by MGA, its 66 document requests, and the first 63 of its 216 requests for admissions (its responses to the remainder not yet being due). Its responses have been and will continue to be both complete and timely, providing the information sought by MGA no matter how burdensome or tangential. Of course, the inherent nature of expedited discovery has resulted in both Hasbro and MGA providing discovery on a rolling basis, and neither party has had the luxury of weeks or months to consider the information produced in response to discovery prior to taking depositions or the preliminary injunction hearing. But unlike MGA, which has deliberately withheld information without any reasonable basis[1], Hasbro has produced documents and other discovery materials as quickly as has been practical, producing thousands of pages of requested documents spanning decades of Hasbro's business activity.

In short, there exist no valid grounds either to deny Hasbro's preliminary injunction and recall motion on the basis of these purported discovery disputes, or even to delay the hearing further. MGA has had ample access to discovery materials from Hasbro, with ample time to consider that information in advance of the hearing. MGA's bare assertion that Hasbro's conduct has prejudiced MGA is unsupported and unsupportable. Its motion should accordingly

[1] For example, just days before Hasbro was scheduled to depose all of MGA's witnesses, MGA refused to produce materials designated as confidential despite the parties' having signed a confidentiality stipulation on the grounds that the Court had not yet entered it as an order. Later, during Hasbro's deposition of the MGA witnesses, Hasbro learned that MGA's counsel had used documents to prepare its witnesses for deposition that MGA withheld from Hasbro. MGA only produced the documents to Hasbro after the completion of the depositions.

be denied in its entirety, and the hearing on Hasbro's motion should proceed on September 8, 2006.

Dated: August 24, 2006

Respectfully submitted,

/s/ Jeffrey K. Techentin
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Objection to Defendant's Motion for Denial of Hasbro's Motion for Preliminary Injunction And Recall Or, in The Alternative, for A Continuance of The Preliminary Injunction Hearing and the accompanying Memorandum of Law in support thereof through the ECF system on the 24th day of August, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin

*391305_1*