UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL AND TO CANCEL OR ADJOURN THE HEARING ON THE MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. Rule 37, Plaintiff Hasbro, Inc. respectfully objects to Defendant's Motion to Compel and to Cancel or Adjourn the Hearing on the Motion for a Preliminary Injunction. The grounds upon which this objection is based are set forth in the accompanying memorandum of law.

Dated: August 24, 2006

Respectfully submitted,

Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2006, I caused the within Plaintiff's Objection to Defendant's Motion to Compel And to Cancel or Adjourn The Hearing on The Motion For A Preliminary Injunction to be served on the following counsel in the manner indicated:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
***By Hand Delivery***

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
***By Federal Express***

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
***By Federal Express***

[signature]

*391375_1*