UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | C.A. No. 06-262S |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S SECOND MOTION TO COMPEL AND TO CANCEL OR ADJOURN THE HEARING ON THE MOTION FOR A PRELIMINARY INJUNCTION AND CROSS-MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. Rules 26 and 37, Plaintiff Hasbro, Inc. respectfully objects to Defendant's Second Motion to Compel and to Cancel or Adjourn the Hearing on the Motion for a Preliminary Injunction and cross-moves for a protective order quashing a deposition notice issued by the Defendant. The grounds upon which this objection and cross-motion are based are set forth in the accompanying memorandum of law.

Dated: August 25, 2006

Respectfully submitted,

Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, I caused the within Plaintiff's Objection to Defendant's Second Motion to Compel And to Cancel or Adjourn The Hearing on The Motion For A Preliminary Injunction and Cross-Motion for Protective Order to be served on the following counsel in the manner indicated:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
***By Hand Delivery***

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
***By Federal Express***

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
***By Federal Express***

*391471_1*