UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF LESLIE D. MANSUR WITH EXHIBITS**

**DECLARATION OF LESLIE D. MANSUR**

I, Leslie D. Mansur, hereby declare the following:

1. I am a paralegal at Vetter & White, local counsel for MGA in this matter. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation, I looked for matching games currently or formally marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game.

3. I visited the following physical stores on the dates indicated. At these stores, I found the following memory games. I purchased the indicated games. I am informed that the games are physically located in a room at lead counsel's law firm. I am also informed that they were made available to counsel for Hasbro for inspection and that they continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.28-B.31**, and **B.43**. True and correct copies of the receipts for my purchases of these games are attached hereto as **EXHIBITS B.28r-B.31r**, and **B.43r**. These games are also available for purchase at the Internet websites indicated below (see DECLARATION OF JANENE P. BASSETT for authentification of these websites and the contents thereof).

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE / IN STORE LOCATION | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.28 | 2.28 | SCOOBY-DOO! MAKE A MATCH GAME (states "There's no better way to have fun and sharpen your memory skills . . .") | Benny's, Bristol, Rhode Island Displayed with Hasbro Memory games in toys and games aisle | www.pressmantoy.com Lists products and national retailers only<br><br>http://www.cartoonnetwork.com/shop/cntoy/game/PTC10SCO4000.01.html | ©2005 Pressman Toy Corp. | 7/5/06 |
| B.29 | 2.29 | ELEPHANTS NEVER FORGET MEMORY MATCHING | Up With Learning, Seekonk, Massachusetts | http://www.1st-quality-school-supplies.com/elnefomema.html | ©2003 Carson-Dellosa Publishing Company, Inc. | 7/6/06 |
| B.30 | 2.30 | WHO'S MY BABY? MEMORY MATCHING | Up With Learning, Seekonk, Massachusetts | http://www.abcteacher.com/catalog/pages/cd140015.shtml | ©2006 Carson-Dellosa Publishing Company, Inc. | 7/6/06 |
| B.31 | 2.31 | SCI-OLOGY (states "An exhilarating science game that uses memory, thinking, and strategy skills") | Learning Express, Barrington, Rhode Island<br><br>On a shelf right inside the entrance. | http://www.discoverthis.com/young-scientists-sci-ology.html | © The Young Scientists Club | 7/6/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE / IN STORE LOCATION | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.43 | | DR. SEUSS KINDERGARTEN LEARNING SYSTEM ("Includes memory building game") | Best Buy, Seekonk, Massachusetts<br><br>Located in the kids' computer games section | http://www.academicsuperstore.com/market/marketdisp.html?PartNo=755489 | © 2006 Riverdeep Interactive Learning Limited | 7/6/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2006, at Providence, Rhode Island.

LESLIE D. MANSUR

400056313.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Notice of Filing Declaration of Leslie D. Mansur with Exhibits. The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 28, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman