
SCOOBY-DOO!
Make A Match GAME
Find the most matching pairs of Scooby and his friends to win!
Includes full-color 3" Scooby-Doo™ Figure
Ages 3 to 6
For 2 to 4 players
Pressman
CARTOON NETWORK

EXHIBIT
B.28

# SCOOBY-DOO!®

## Make a Match Game

Find the most matching pairs to win!

NO READING REQUIRED!

Ages 3 to 6

For 2 to 4 players

ixteen pairs of colorful ictures--including c…by-Doo! in his ir…st poses, all of his iends and the Mystery achine-- are hidden! On our turn, pick any two ards, trying to get a atch. Find a pair, and you et to keep it. et a matching pair of Take cooby cards and you get to ke the Scooby figure.

…s no better way to have fun and arpen your memory skills than with cooby-Doo!




ntents: 48 game cards, Scooby-Doo!™ figure, instructions.

SCOOBY-DOO and all related characters and elements are trademarks of and © Hanna-Barbera.
CARTOON NETWORK and logo are trademarks of and © Cartoon Network.
WB SHIELD: TM & © Warner Bros. Entertainment Inc. (s05)

WWW.SCOOBYDOO.COM

Pressman®

©2005 Pressman Toy Corp.
New York, NY 10010
Made in China. Colors may vary.

Visit our Web Site at: www.pressmantoy.com

#4000A

0 21853 04000

5

EXHIBIT B.28

**Benny's**

Your Favorite Store.

Store #18
655 Metacom Avenue
Bristol, Rhode Island 02809
401-253-9899

Normal sale

INV NO 18033133

| | |
|---|---|
| 021853045756 (052674) | |
| LAND MATCHNG GAME | 5.99 tx |
| 021853045291 (052933) | |
| MAKE A MATCH GAME | 5.99 tx |
| 021853040005 (052822) | |
| SCOOBY MATCH | 5.99 tx |
| SUBTOTAL | 17.97 |
| TAX 4 7% | 1.26 |
| TOTAL | 19.23 |
| VISA XXXXXXXXXXXX4617 | 19.23 |
| 02325A | |

THANK YOU FOR SHOPPING AT BENNY'S
**Receipt Required For Returns**
STORE HOURS:

| | |
|---|---|
| Monday - Friday: | 9am-9pm |
| Saturday | 9am -9pm |
| Sunday | 9am - 5pm |

Find A Store Nearest You At:
www.hellobennys.com

0 0 1 8 0 0 3 0 3 1 3 3 0 7 0 6 0 6

0018 003 14 3133 07/06/06 12:02:51

**EXHIBIT B.28r**




CN shop CARTOON NETWORK | Search | GO | SHOP BY SHOW | CARTOONNETWORK.COM

HOME | APPAREL & ACCESSORIES | TOYS & GAMES | DVDs & CDs | HOME DECOR | ART & COLLECTIBLES

Shop / Cartoon Network Toys / Games & Puzzles / Product #PTC10SCO4000

**shop**
Toys & Games

- Action Figures
- Electronic Games
- Games & Puzzles
- Gift Sets
- Playsets
- Plush

**shop**
By Show

- Ben 10
- Grim Adventures of Billy and Mandy
- Halloween
- Cartoon Network Exclusives
- Foster's Home For Imaginary Friends
- Teen Titans
- Naruto
- Hi Hi Puffy AmiYumi
- Life And Times of Juniper Lee
- Ed, Edd n Eddy

MORE SHOWS

## Games & Puzzles



▲ CLICK IMAGE TO ZOOM

**Scooby-Doo Make-A-Match Game**
**$8.99**
Quantity 1
ADD TO CART
GIFT-O-GRAM

Scooby-Doo and friends will sharpen your memeory skills in this special matching game that features a Scooby-Doo figure. Imported. For 2-4 players. Ages 3-6.

**You May Also Like...**



Cartoon Network: Grossest Halloween Ever DVD
$14.98



Edifying Ed-ventures DVD
$14.99

**Shopping Cart**
0 Item in Cart
Total = $0.00
CHECKOUT
VIEW CART

Ben 10 Toys Are Here!
I pooted.

Customer Service
- Shipping Info
- Returns
- Ordering
- Billing Inquiries
- Gift Services
- Product Questions
- Technical Questions
- Security + Privacy

CONTACT US

PAYMENT OPTIONS

EXHIBIT B.28w

MORE DETAILS MORE DETAILS

BACK TO TOP

KIDS, DON'T FORGET: YOU'RE NOW IN AN ONLINE STORE.
YOU MUST BE AT LEAST 18 YEARS OLD TO MAKE A PURCHASE.

SEARCH GO HOME | APPAREL & ACCESSORIES | TOYS & GAMES | DVDs & CDs | HOME DECOR | ART & COLLECTIBLES

PRIVACY POLICY · TRADEMARK INFORMATION · TERMS OF USE · PARENT GUIDE · TV PARENTAL GUIDELINES · CONTACT US · INTERNATIONAL SITES

USE OF THIS SITE SIGNIFIES YOUR AGREEMENT TO THE TERMS OF USE. TM & © 2006 CARTOON NETWORK. A TIME WARNER COMPANY.

CARTOON NETWORK
TOON TV™

EXHIBIT
B.28w