
Where Fun and Learning
Go Hand in Hand
Ages 3 and Up
No reading required
Elephants Never Forget!
Memory Matching
3 games to play!
★ 36 game cards ★ 2-sided game mat ★ Fun for 1 to 3 players
PARENTS' CHOICE
APPROVED
Parents' Choice Foundation
UP WITH LEARNING
ELEPHANTS NEVER FORGET
CD3110 70381

EXHIBIT
B.29

Carson-Dellosa Publishing

# Elephants Never Forget!
# Memory Matching




The elephants never forget which pictures are shown on the backs of their cards! Can you remember?

Flip over 2 cards to find the same pictures. If the pictures are identical, you keep the cards. Find the most pairs to win the game.

For even more fun, sort and match the cards with pictures on the game mat.

**Contents:**

- 36 durable game cards
- 2-sided game mat
- game directions

**Educational value:** Strengthen visual discrimination, classification, vocabulary, and visual recall skills

Game directions in English and Spanish
Instrucciones de juego en inglés y español

Please keep this box for information

Made in China

0 44222 15278 9

©2003 Carson-Dellosa Publishing Company, Inc.
4321 Piedmont Parkway
Greensboro, NC 27410

Visit our Web site at:
www.carsondellosa.com

CE

EXHIBIT
B.29

Up With Learning

JESSICA 2:16pm 7/06/06 529915

| | | | |
|---|---|---|---|
| OUT2222 BLINK | 1 @ | 10.99 | 10.99 |
| SB002 NUMBERS MATCH ME | 1 @ | 5.49 | 5.49 |
| RAV23172 MONSTER OF MATCH | | 7.99 | 7.99 |
| CD3110 ELEPHANTS NEVER FORGET | 1 @ | 9.99 | 9.99 |
| CD140815 WHO'S MY BABY MEMORY GAME | 1 @ | 9.99 | 9.99 |

VISA

SALE

TOTAL

| | |
|---|---|
| Merchandise | 44.45 |
| Sales tax | 2.22 |
| TOTAL | 46.67 |

LESLIE

Credit Card 46.67

FBC

SAVE ME FOR 10% OFF ANY PURCHASE IN JULY!!2006!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

X...NO RETURN ON BOOKS:ALL ARE FINAL SALE... CASH/CREDIT REFUNDS WITHIN 7 DAYS.THANKS

KEEP THIS RECEIPT

Search | Info Page | Privacy Policy | Shopping

Toll Free 866 - 344 - 7133
Quality School Supplies
Daycare and school supplies Home

Search

NO SALES TAX On All Orders Excluding Florida

FREE SHIPPING

EXCLUDES OVERSIZED AND FOB ITEMS
CLICK HERE FOR DETAILS

Site M

ON ORDERS OVER $70 - CONTINENTAL US ONLY

LEASE your daycare - preschool supplies for as low as $81 per mont Here!

- Home
- Active Play
- Administration Supplies
- Arts and Crafts
- Audio Visual Equipment
- Book Displays
- Book Storage
- Bikes and Trikes
- Bulletin Boards and More
- Carpets - Kids Rugs
- Chairs - High Chairs
- Chalk Boards - Dry-Erase
- Children's Books
- Church Furniture
- Cribs - Changers
- Computer Workstations
- Cots, Mats and Cribs
- Daycare Furniture
- Desks
- Doll Furniture - Dolls
- Early Childhood Resources
- Enclosed Bulletin Boards
- Easels
- Flannelboards
- Furniture and Equipment
- Furniture - Multi-Media
- Games
- Kitchen Play - Food
- Language Arts
- Language Software
- Lego - Duplo Education

Home > Daycare Furniture > Games > Early Learning Games 1 > **Elephants Neve Memory Matching**




## Elephants Never Forget: Mem Matching

Elephants Never Forget: Memory Matc games to play, this game includes 36 c cards, a two-sided, colorful game mat, activity guide. Game directions in Engl Spanish are provided. No reading is re Grade Level: PreK-K

CD-3110 Regular price: $9.99 Sale price: **$9.49** (You Save: 5%) Add to cart

**Related Items**

ABC Word Match | Before & After | Crazy Eights Giant Size Card Game | Differences | Eight-Scence Sequence Cards | Puzzle | Fish! Giant Size Card Game | Four-Scene Sequence Cards | Geomino | Giant Dominoes | Giant Size Card Gan games | Goodnight Moon Game | Half and Half Match-Mates, Animals | Half and Half Match-Mates, Fruits & '

| Leasing Now Available | 1st Quality School Supplies Equipment Leasing P Why tie up your cash to buy, when you can lease? Click for Details |
|---|---|

***Order Online 24/7 or Call Our Certified School Teachers Toll Fr 7133***

**We Gladly Accept Purchase Orders - Please Fax Your PO to: 813-**

## Quantity Discounts Available
## Lowest Price Guarantee

EXHIBIT B.29w

Search for: Search