
Where Fun and Learning Go Hand in Hand
Carson-Dellosa Publishing
CD-140015
Ages 3 and Up
Who's My Baby?
Memory Matching
3 games to play!
lamb
sheep
chick
lion
cub
★ 36 game cards ★ 2-sided game mat ★ Fun for 1 to 3 players
Game directions in English and Spanish. Instrucciones de juego en inglés y español.

EXHIBIT
B.30

Carson-Dellosa Publishing

# Who's My Baby? Memory Matching

Beautiful photographs engage and excite children to learn the names of mother animals and their babies as they develop classification skills.

Three ways to play make this a great game for individual children or small groups.

Use the game mat as a helpful guide and visual aid.

**Contents:**

- 36 cards
- Two-sided game mat
- Instruction guide

Educational value: reinforce animal names, classifying and sorting skills, visual discrimination, and visual recall skills.

Game directions in English and Spanish.
Instrucciones de juego en inglés y español.




0 44222 18045 4

Please retain this box for information.

© 2006 Carson-Dellosa Publishing Company, Inc.
7027 Albert Pick Road
Greensboro, NC 27409

www.carsondellosa.com

CE

Made in China

EXHIBIT B.30

THE LEARNING TREE
20 COMMERCE [illegible]
[illegible]

Up With Learning

JESSICA 2:16pm 7/06/06 529915

VISA

XXXXXXXXXX58002

SALE

| | | | |
|---|---|---|---|
| OUT2222 BLINK | 1 @ | 10.99 | 10.99 |
| 58002 NUMBERS MATCH ME | 1 @ | 5.49 | 5.49 |
| AV23172 MONSTER OF MATCH | | 7.99 | 7.99 |
| CD3110 ELEPHANTS NEVER FORGET | 1 @ | 9.99 | 9.99 |
| CD140015 WHO'S MY BABY MEMORY GAME | 1 @ | 9.99 | 9.99 |
| | Merchandise | | 44.45 |
| | Sales tax | | 2.22 |
| TOTAL | TOTAL | | 46.67 |
| LESLIE [illegible] | Credit Card | | 46.67 |

FBC

SAVE ME FOR 10% OFF ANY PURCHASE IN JULY!!2006!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

X...NO RETURN ON BOOKS:ALL ARE FINAL SALE...

CASH/CREDIT REFUNDS WITHIN 7 DAYS. THANKS

ACCORDING TO CARD ISSUER AGREEMENT

KEEP THIS RECEIPT

EXHIBIT
B.30r

Your "One Stop to Shop" DISCOUNT School Supplies Store

## Early Childhood Games




**Item:** cd140015
**Title:** Memory Matching: Who's My Baby?
Adorable animals can get anyone's attention! Students learn to match animals to their young while improving memory skills with this flexible game that allows play at various levels. The set includes 36 game cards with animal photos plus a two-sided game mat. 1 to 3 players.
**Grades:** Pre - K

~~**Retail $9.99**~~
**Our Price $9.00**
Qty: 1 Add to Cart

---

Home | View Cart | Search | About Us
Early Childhood | Kindergarten | Primary | Intermediate

Customer Service: (866) 552-9590
© 1999-2006 ABC Teacher's Outlet
All rights reserved
No content from the ABC Teacher's Outlet site may be used without written permission.

EXHIBIT
B.30w