
Paleontologist Meteorologist Botanist Chemist Entomologist Conchologist Astronomer Geologist Ichthyologist
The Young Scientists Club
Sci-ology
FUN for the whole family!
An exhilarating science game that uses memory, thinking, and strategy skills!
Zoologist
PANDA
48 large colorful cards filled with fun facts!
3 – 6 players


EXHIBIT
B.31


Chemist Entomologist Conchologist Astronomer Geologist Ichthyologist Physiologist Zoologist Marine Biologist
An exciting game of collecting and matching scientists to their studies!
INTERESTING!
FASCINATING!
FUN!
EXHILARATING!
EXCITING!
EDUCATIONAL!

EXHIBIT
B.31

LEARNING EXPRESS #236
184 Country Road
Barrington, RI 02806
401-247-4994

THANKS FOR SHOPPING WITH US !!
WE APPRECIATE YOUR BUSINESS

Ticket# 40600Cus# *VALUE Jul 06 06
Usr SR Slp Z Rg# 1 Dr# 1 Time 12:48

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| YSC1113 | 1 | 14.99 | 14.99 |
| SCI-OLOGY GAME | | | |

| | |
|---|---|
| Subtotal | 14.99 |
| Tax | 1.05 |
| Total sale | 16.04 |

VISA 16.04
Card-# XXXXXXXXXXXX4617
Exp-date 0207 Auth:01412A

VALUED CUSTOMER

HAVE A GREAT DAY AND COME BACK TO SEE US
REAL SOON!!!

Home > SHOP BY CATEGORY > Mind Games > Sci-ology Science Game - Young Scientists Club



## Sci-ology Science Game - Young Scientists Club

| Availability | Price | Sale | Savings |
|---|---|---|---|
| in stock ✓ Delivery Date | ~~$14.99~~ | $14.49 | $0.50 (3%) |

Sci-ology Science Game - Young Scientists Club
GAME YS-WH-925-1113
ADD TO CART
Add to my gift registry

An exhilarating science game that uses memory, thinking, and strategy skills. The goal of this exciting game is to collect the most quartets (groups of four) by using memory and strategy skills. At the same time, this fast-paced game introduces players to the different fields of science while learning fun facts provided on each card (such as, "The giant clam can be 4.5 feet tall and weigh 500 pounds").

Sciology is a fascinating game that is a blast for the whole family (ages 5 and up) and will be played over and over again for many years to come. 48 oversized (4" x 6") colorful fun fact-filled cards that cover 12 different fields of science. Scientists represented are Botanist, Chemist, Entomologist, Paleontologist, Chemist, Geologist, Physiologist, Zoologist, Astronomer, Marine Biologist, Ichthyologist, and Conchologist. If young scientists did not know what these scientists studied before they play the game, they certainly will once they finish.

Awards: 2005 Dr Toy Smart Play / Smart Toy Product Award

Ages 5 and up.

Product Dimensions: 4.5 x 8.25 x 2

**BEST SELLERS**
as of: August 25, 2006
Fuel Cell Car Kit
Uncle Milton Ant Farm
Crystal Growing Kit
Triops Triassic DLX
EasyGel Petri Dishes

**NEW ITEMS**
Party Time Slime
Dinosaur Park
Greenhouse Kit
Space Battle Mini Snap
Adventure Science Water Splash
500-in-1 Electronic Project Lab

**GIFT CERTIFICATES**
**Send by email**

Newsletter Sign-up
Enter email address
GO

Check your **Order Status**

RELATED ITEMS



Science Bingo Game

20

EXHIBIT
B.31w

Uncle Milton
Wild Goose
Young Scientists

**AGE**
Ages 4 - 7
Ages 8 - 11
Ages 12 & Up

**PRICE**
Under $20
$20 - $40
$40 - $60
Over $60

**SALE - Up to 40% off**

Home > SHOP BY CATEGORY > Mind Games > Sci-ology Science Game - Young Scientists Club

| CUSTOMER CENTER | RESOURCE CENTER | COMPANY INFO |
|---|---|---|
| Shipping | Gift Suggestions | Contact Us |
| International | Gift Certificates | About Us |
| Product Guarantee | Wish List | Affiliate Program |
| Returns | Product Awards | Privacy/Security |
| Order Tracking | Articles and Projects | Links |
| Payment Options | Newsletters | Site Map |

Shop securely online or phone our torder hotline **Tollfree 866-GET-TOYS (866-438-8697)**

Copyright © 2001-2006 Discover This, Inc. - All rights reserved

Sci-ology Science Game - Young Scientists Club, young scientists sci-ology, sciology, sci-ology, sci-ology science game

21

EXHIBIT
B.31w