
The Learning Company
Dr. Seuss®
#1 in Schools
SPO
0806 132396913
F144001
19.99
KIDS SOFTW
Academic
Foundation With Dozens
Of Skill-Building Exercises
ABC's
1-2-3's
Reading
Vocabulary
PLUS:
Dr. Seuss DVD
Reward Stickers
WIN
MAC
CD-ROM
SOFTWARE
XP Compatible
2 CDs + 1 DVD
EXHIBIT
B.43
Dr. Seuss® Kindergarten CD
Dr. Seuss® ABC CD
Dr. Seuss® DVD
Reward Stickers

# Learning ABC's and Part of a Complete

## Your Child Will Learn:

- ABC's
- 1-2-3's
- Reading Comprehension
- Vocabulary & Spelling
- Word Recognition
- Color Matching
- Memory Building
- Learning Skills
- Observation Skills
- Computer Literacy

## Your Child Will Gain:

- Confidence
- Critical Thinking Skills
- Inspiration



Enjoy Math Games



Master Problem Solving




Practice Letter Sounds

# 1-2-3's is Fun When It's Learning System!



Dr. Seuss® Kindergarten

Laugh and learn while building essential kindergarten skills in math, early reading, phonics, spelling, logic, and memory.

Dr. Seuss's ABC

Enjoy entertaining animations and songs while learning the alphabet and mastering letter and sound recognition.

Mayzie McGrew wakes up one morning to find a daisy has sprung from the top of her head. Facing her classmates' taunts and her parent's dismay, Mayzie triumphs at last with the hard-won knowledge that love is more important than things!

Daisy-Head Mayzie® DVD VIDEO

Colorful stickers are the perfect reward for a job well done. Decorate notebooks, backpacks, and more!





Dr. Seuss® Kindergarten CD

Dr. Seuss® ABC CD

Dr. Seuss® DVD

Reward Stickers



EXHIBIT B.43

# Learn Kindergarten Skills From the #1 Trusted Source!

## This Learning System Includes:




**Kindergarten Exercises:**
Over 250 lessons offer a full year of early reading, math, and essential kindergarten skills set in the wonderful and witty world of Dr. Seuss.

**ABC Word Skills:**
Enjoy amazing animations and listen to enchanting songs from the world of Dr. Seuss. Your child will learn the alphabet and master critical letter and word recognition skills.

**Daisy-Head Mayzie:**
Mayzie learns that love is more important than fame and fortune in an endearing tale from beloved author Dr. Seuss!

**Reward Stickers:**
The perfect reward for a job well done. Decorate notebooks, backpacks, and more!

**Plus!**
Parental Tips sheet to maximize learning on the computer.

*The Learning Company*
Trusted in schools and homes for more than 25 years!

This comprehensive line of Learning Systems is uniquely designed to combine favorite characters with award-winning educational materials to provide children with a well-rounded and fun learning experience.

**Look for the full line of Learning Systems from The Learning Company®:**

- Preschool
- Kindergarten
- 1st Grade
- 2nd Grade
- 3rd Grade
- 4th Grade
- Reading
- Geography
- Typing
- Math

Riverdeep
Distributed by
ENCORE
www.encoreusa.com

www.TheLearningCompany.com

EXHIBIT
B.43

WELCOME TO BEST BUY #806
SEEKONK, MA 02771
(508)336-1391

Keep your receipt!
Return policies vary by product type.
Returns must be made with this receipt by
08/05/06 for 30-day products. See reverse
side for more details.

Val. #: 0940-0801-5978-7280

0806 006 1262 07/06/06 13:50 0459790

SALE

7848984 2190091 19.99
TLC DR SEUSS KINDERGARTEN LE
5426693 RZ CARD 0.00
REWARD ZONE CARD
SERIAL # 0207339569

| | | |
|---|---|---|
| | SUBTOTAL | 19.99 |
| | SALES TAX 5.00 % | 1.00 |
| | TOTAL | 20.99 |
| xxxxxxxxxxxx4617 | VISA | 20.99 |
| APPROVAL 08424A | | |

**************************************
QUALIFYING REBATES SUMMARY:
NO QUALIFIED REBATES
**************************************

SCOTT
Thanks for using your Reward Zone
program card. Want to get your reward
certificates faster? Go online to your
profile on www.MyRewardzone.com
to sign up today!

EXHIBIT
B.43r

ACADEMIC SUPERSTORE | SAVINGS, SELECTION AND SERVICE

$0.00 Cart | Log-In

1-800-817-2347

Welcome | Students | Teachers | Schools

Account | Order Status | Help | Contact | About Us

Brands | Products | Specials | Eligibility | Get A Quote

Currently Logged Out. (click here to Log In)

**Product Search** ▸ Advanced

GO

**Software ›**
**Hardware ›**
**Books & Training ›**
**Bags & Cases ›**
**K-12 ›**
Early Learning
Learning Toys
Pre-School Software
Videos
Electronic Learning
Elementary School
Grade Specific
High School
Video Learning
**Teaching Aids ›**

ORDER A CATALOG ▸ More Info

**Email Newsletter Signup**

Email Address GO

ScanAlert HACKER SAFE TESTED 24-AUG

Home > K-12 > Early Learning > Dr. Seuss Kindergarten Learning System 2007

## Encore Software

# Dr. Seuss Kindergarten Learning System 2007

Overview

Would you play it in a house? Would you play it with a mouse? Of course you would! Who could resist the wordplay and whimsy that have made Dr. Seuss a legendary childhood favorite. With the Dr. Seuss Kindergarten Learning System children get over 250 lessons offering a full year of early reading, math, and essential kindergarten skills set in the wonderful witty world of Dr. Seuss. Children can also enjoy amazing animations and listen to the enchanting songs while learning the alphabet and mastering critical letter and word recognition skills. Eager young minds will thrill to the rhymes, riddles and rollicking excitement of this irresistible Learning System.

**Featured Activities**

- Build important early reading skills like word recognition, vocabulary and reading comprehension.
- Explore spatial relationships.
- Boost basic computer skills and confidence.
- ABC's
- 1,2,3's
- Reading
- Vocabulary

Ages 4 - 6

System Requirements

**Macintosh**

- Mac OS 7.1
- 68040/20 MHz processor or faster
- 20 MB free hard-disk space
- 64 MB RAM (128 MB RAM for Mac OS X)



Product ID #: 755489
Mfg Part #: 10413

~~$19.95~~
Save $1.00
**$18.95**

Works On

ADD TO CART

Item qualifies for free shipping.

**Eligibility Information**

**No Eligibility Required. Everyone qualifies for this great price!**

**Related Products**

Accessories

**Related Products**



**LeapFrog Sing-Al Letters (Flashcarc CD)**

$

▸ More Info



EXHIBIT B.43w

26

- 2X CD-ROM drive or faster
- 640 x 480, 256 color graphics display

**Windows**

- Windows 98SE/ME/2000 SP4/XP
- 486/66 MHz processor or higher
- 64 MB RAM (128 MB RAM for Windows XP)
- 20 MB free hard-disk space
- 2X CD-ROM drive or faster
- SVGA 256 color graphics display
- DirectX 5.0
- QuickTime 4 (included on CD)
- 16-bit sound card
- Mouse

---

Product ID #: 755489
Mfg Part #: 10413

**$18.95**
ADD TO CART
Item qualifies for free shipping.

VeriSign Secured BBBOnLine Reliability Program Shopping.com Trusted Store
Privacy Cart Log-In Your Account Order Status Need Help? Contact Us 1-800-817
Products: A B C D E F G H I J K L M N O P Q R S T U V W X
© Academic Superstore LP. All Rights Reserved.



EXHIBIT
B.43w