UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

C.A. No. 06-262 S

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**NOTICE OF FILING DECLARATION OF ANDREA H. VOGTMAN WITH EXHIBITS**

# DECLARATION OF ANDREA H. VOGTMAN

I, Andrea H. Vogtman, hereby declare the following:

1. I am a Litigation Support Specialist at Sheppard Mullin Richter & Hampton LLP in Los Angeles, attorneys of record for defendant and counterclaimant MGA Entertainment, Inc. ("MGA"). This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("**Hasbro**") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Downloaded third-party memory games from the Internet**: On August 10-11 and 14-15, 2006, I used an Internet Explorer browser to access the Internet and connected to the websites listed below containing downloadable versions of the following computer memory games. True and correct copies of printouts from these webpages are attached hereto as **EXHIBITS D.7, D.8, D.43, D.45, D.46, D.50, D.51, D.53, D.54, D.58-D.62, D.65, D.66, D.69, D.76, D.78, D. 79, D.81, D.83, D.89, D.91, D.94, D.97, D.103, D.111, D.114, D.115, D.120, D.136, D.137, D.138,** and **D.139**. At each site, I located the relevant game listed below (identified originally in **EXHIBIT 4** to MGA'S OPPOSITION). I then launched that game (unless it was an "executable," which I describe below) and clicked on |view|source in Internet Explorer to view the source code for that game. I then searched the source code file for that game for the file extension .swf, which represents that it is a ShockWave File. Once I located the .swf file for that game, I searched in Windows Explore for the Temporary Internet File corresponding to the .swf and copied it to a file folder named for the website. Finally, I copied the file from the file folder and burned it (and thus the game) to an individual compact disk. If the file was in an "executable" format, I copied the executable file directly to a file folder and then

burned it to an individual compact disk. True and correct copies of the front of each of these disks containing the downloaded versions of the following games are attached hereto as **EXHIBITS D.7cd, D.8cd, D.43cd, D.45cd, D.46cd, D.50cd, D.51cd, D.53cd, D.54cd, D.58cd-D.62cd, D.65cd, D.66cd, D.69cd, D.76cd, D.78cd, D. 79cd, D.81cd, D.83cd, D.89cd, D.91cd, D.94cd, D.97cd, D.103cd, D.111cd, D.114cd, D.115cd, D.120cd, D.136cd, D.137cd, D.138cd,** and **D.139cd**.

| HEARING EXH. # | OPPOS. EXH. # | NAME OF GAME | URL |
|---|---|---|---|
| D.7 | 4.7 | MEMORY GAME | http://www.firstscience.com/SITE/games/memory.asp |
| D.8 | 4.8 | CHICKEN LITTLE MEMORY GAME | http://yahooligans.yahoo.com/content/games/movies/cl_memory.html |
| D.43 | 4.43 | CONCENTRATION – THEMEMORYGAMES | http://www.memory-game.info/download.html |
| D.45 | 4.45 | RUFUS RECALL | http://psc.disney.go.com/disneychannel/kimpossible/games/rufusrecall/index.html |
| D.46 | 4.46 | LIZZIE MCGUIRE TILE STYLE | http://psc.disney.go.com/disneychannel/lizziemcguire/games/tilestyle/index.html |
| D.50 | 4.50 | CAILLOU, MEMORY GAME ACTIVITY | http://pbskids.org/caillou//activities/memory_act.html |
| D.51 | 4.51 | SMARTINI MEMORY GAME | http://pbskids.org/lions/printables/games/memory_arty.html |
| D.53 | 4.53 | MEMORY GAME (GEORGE SHRINKS) | http://pbskids.org/georgeshrinks/fun/memory_cards/index.html |
| D.54 | 4.54 | A.B.COW | http://pbskids.org/lions/printables/games/abcow.html<br>http://pbskids.org/lions/printables/games/labeling.html |

| HEARING EXH. # | OPPOS. EXH. # | NAME OF GAME | URL |
|---|---|---|---|
| D.58 | 4.58 | EASY MEMORY – THE CONCENTRATION GAME | http://easymemory.my-free-games.com/free/games/Downloads.php |
| D.59 | 4.59 | EASY MEMORY 5.10 | http://www.tucows.com/preview/201863 |
| D.60 | 4.60 | ANIMATED MEMORY GAME 1.0 | http://www.brothersoft.com/games/intelligence/animated_memory_game_886.html |
| D.61 | 4.61 | MATCHING PAIRS MEMORY GAME | http://learn4good.com/games/card_and_dice/card_pairs_matching.htm |
| D.62 | 4.62 | MEMORY (AKA CONCENTRATION) | http://www.amanitamuscaria.org/page/software/memory |
| D.65 | 4.65 | MEMORY GAME | http://www.wellcraftedsoftware.com/memoryGame.php |
| D.66 | 4.66 | KRISTANIX MEMORY PUZZLE | http://www.kristanix.com/memorypuzzle.html |
| D.69 | 4.69 | SADLIER-OKFORD INTERACTIVE PHONICS AND WORD STUDY CENTER MEMORY CARDS | http://www.sadlier-oxford.com/phonics/pre_k/skycards.htm<br>http://www.sadlier-oxford.com/phonics/student.cfm |
| D.76 | 4.76 | ABSOLUTE MEMORY 1.4 | http://www.tucows.com/preview/201854 |
| D.78 | 4.78 | MATCHEM MEMORY GAME | http://www.softgame.net/matching-games.htm |

| HEARING EXH. # | OPPOS. EXH. # | NAME OF GAME | URL |
|---|---|---|---|
| D.79 | 4.79 | KEEPING FIT MEMORY GAMES | http://www.bonus.com/bonus/nav/scooter/scooterize.htmp?loc=http%3A%2F%2Fwww%2Ebonus%2Ecom%2Findex%2Ehome%2Ehtml%3Fscooterize%3D1&useragent=Mozilla%2F4%2E0+%28compatible%3B+MSIE+6%2E0%3B+Windows+NT+5%2E1%3B+SV1%3B+%2ENET+CLR+1%2E1%2E4322%29&refv=1&referrer=&entry=bonus&SERVER=www%2Ebonus%2Ecom |
| D.81 | 4.81 | THE RONALD REAGAN MEMORY GAME | http://whitehouse.org/kids/reagangame.asp |
| D.83 | 4.83 | COPYCAT – NG KIDS'S MEMORY GAME | http://www.nationalgeographic.com/ngkids/games/copycat/copycat.html |
| D.89 | 4.89 | TOO SMART TO START MEMORY GAME | http://www.toosmarttostart.samhsa.gov/memory.html |
| D.91 | 4.91 | THE COIN MEMORY GAME | http://www.usmint.gov/kids/components/flashmovies/memory/index.html |
| D.94 | 4.94 | ADWR MEMORY CARDS | http://www.water.az.gov/dwr/Content/Find_by_Program/Drought_and_Conservation/Student_Resources/ADWR_Memory_Cards/default.htm |
| D.97 | 4.97 | DO YOU REMEMBER? | http://www.hpb.gov.sg/hpb/ere/ere1001.asp |
| D.103 | 4.103 | MEMORY GAME | http://www.michigan.gov/documents/hal_lm_memory_game_82219_7.pdf |

| HEARING EXH. # | OPPOS. EXH. # | NAME OF GAME | URL |
|---|---|---|---|
| D.111 | 4.111 | MEMORY FLASH | http://www.media-division.com/flashgames/memory/memory.htm |
| D.114 | 4.114 | FISH MEMORY GAME | http://www.amonline.net.au/fishes/students/flash/memory.htm |
| D.115 | 4.115 | DINOSAUR MEMORY GAME | http://www.abc.net.au/dinosaurs/dino_playground/games/memory/default.htm |
| D.120 | 4.120 | HAREM GAMES MEMORY 3.11.3 | http://harem-games-memory.harem-games-entertainment.qarchive.org |
| D.136 | | JUST FOR FUN MEMORY | http://www.abc.net.au/messageclub/just_fun/games/memory.htm |
| D.137 | | MEMORY GAME (SPACE) | http://www.abc.net.au/children/space/games/memory/default.htm |
| D.138 | | MEMORY GAME (BEARS) | http://www.abc.net.au/children/play/play/memory.htm |
| D.139 | | MUSICAL MEMORY GAME | http://www.abc.net.au/children/schnezel/memory/default.htm |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 25, 2006, at Los Angeles, California.

ANDREA H. VOGTMAN

400054477.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Notice of Filing Declaration of Andrea H. Vogtman with Exhibits. The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 28, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman