
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.7cd
http://www.firstscience.com/SITE/games/mem
ory.asp

FIRST SCIENCE .COM Home

Search Site

*Brain Strain*
- Editor's Weekly
- Science News
- Articles Archive
- Science Poems
- Video Clips

*Fun Stuff*
- Win a Book
- Science Quiz
- Games
- Daily Crossword
- Weekly Crossword
- Science Cartoons
- Free SMS

*The Facts*
- Fact File
- Science Links
- Science Cams
- Picture Gallery
- World Time Info

*Other*
- Comments
- Free Newsletter
- Recommend Us!
- Link to Us
- Home

## Games - Memory Game

A great game to test your memory skills.

Back to Games Menu    HomePage    Science Quiz

# Memory Game



Match the Cards to make a pair!

© FirstScience.com 2005    about us    contact us

Site Map

XML RSS
RSS Feed

Guide to RSS Feeds

**EXHIBIT D.7**

8