SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.8cd

http://yahooligans.yahoo.com/content/games/movies/cl_memory.html

YAHOOLIGANS!® GAMES

Yahooligans! - Help

## Yahooligans! Games

Home > Games > Chicken Little Memory Game

### Chicken Little Memory Game




Back to Yahooligans! Games

Return to YAHOOLIGANS!®

Yahoo! and Yahooligans! are trademarks of Yahoo! Inc.



EXHIBIT D.8

YAHOOLIGANS!® GAMES

Yahooligans! - Help

## Yahooligans! Games

Home > Games > Chicken Little Memory Game

### Chicken Little Memory Game




Back to Yahooligans! Games

Return to YAHOOLIGANS!®

Yahoo! and Yahooligans! are trademarks of Yahoo! Inc.



EXHIBIT D.8