
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.43cd
http://www.memory-game.info/download.html

# galleus Concentration - theMemoryGames

**Concentration - the Memory Games version 4.1**, October 20, 2003

**Download Free Trial »**
From CNET Download.com

**Secure Online Purchase »**
Get lifetime free upgrades and extra card sets

**News:** June 3, 2006

Now you can use **Credit Card** or **PayPal** to purchase Concentration - the Memory Games.

*Now accepting* PayPal

October 15, 2005

The **Commodore 64** corner is still accessible with the old design and lots of new stuff.

## Concentration - the Memory Games

**Concentration - the Memory Games is a full featured memory game of the card pair flipping style (known as tiles, pairs, flip over, concentration, mix and match as well) for Windows. It's traditional, yet, it's special.**
**Why? Read More »**



**Concentration - the Memory Games** suits the beginner and the advanced player. **Evaluate »**

- Various self-installing **true-color card sets** with sounds and backgrounds for kids and grown-ups.
- Pairs of two, three or four identical cards.
- Boards that range from small (3 x 5) to **enormous (9 x 9)**.
- Joker card and Extra Bonus match.
- Two player mode, **computer opponents** and a special new game form: **Duel**.
- Tournament play. Best score keeping. **Personal statistics**.
- Randomly moving, **teleporting cards** and "gravity" to require more concentration.
- Extreme teleport and change unmatching pairs option.
- Card flip **animations**, mouse or keyboard control.
- Match cards to descriptions or just see tooltip subtitles to help learning.
- Customizable game play and layout.
- Available in three languages: English, Spanish (Español) or Hungarian (Magyar),



13

EXHIBIT D.43

**Concentration - the Memory Games version 4.1**, October 20, 2003

**Concentration - the Memory Games** is *shareware*. You're free to use it **25 times** during the evaluation period. If you decide to keep it, please register, now easier than ever, securely from inside of the program. **How to order? Read more »**

Copyright © 1997-2006 by Kertes Gábor - www.galleus.com - info@galleus.com

www.galleus.com/c64 - tesina.galleus.com - www.memory-game.info - www.memorygame.info

cnet DOWNLOAD.COM
Download now!
**Download Free Trial »**
From CNET Download.com

BUY IT NOW
esellerate
**Secure Online Purchase »**
Get lifetime free upgrades and extra card sets

**News:** June 3, 2006

Now you can use **Credit Card** or **PayPal** to purchase Concentration - the Memory Games.

*Now accepting* PayPal

October 15, 2005

The Commodore 64 corner is still accessible with the old design and lots of new stuff.



EXHIBIT D.43