SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.45cd

http://psc.disney.go.com/disneychannel/kimpossible/games/rufusrecall/index.html


Disney Channel - Kim Possible - Rufus Recall - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://psc.disney.go.com/disneychannel/kimpossible/games/rufusrecall/index.html
PLAY Games WITH
Zack, Cody, Maddie and London!
PLAY NOW!
Kim Possible
Watch Kim Possible weekdays at 4:30pm|3:30c on Disney Channel
VIDEOS
GAMES
ALL SHOWS
Home
Characters
Villains
Games & Activities
Quizzes
E-mail
Photos
Video Postcards
Downloads
RUFUS RECALL
Rufus Recall
Rufus needs your help to practice his memory skills!
PLAY
HOW to PLAY
Rufus Snow Ride
Bueno Rufus
A Stitch in Time
Internet

EXHIBIT
D.45


Disney Channel - Kim Possible - Rufus Recall - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://psc.disney.go.com/disneychannel/kimpossible/games/rufusrecall/index.html
Search
7392 blocked
Check
AutoLink
Options
Go
PLAY GAMES WITH
ZACK, CODY, MADDIE AND LONDON!
Kim Possible
VIDEOS
GAMES
ALL SHOWS
Home
Characters
Villains
Games & Activities
Quizzes
E-mail
Photos
Video Postcards
Downloads
Rufus Recall
LEVEL
01
SCORE
200
MENU
Rufus Snow Rude
Buena Rufus
A Sitch in Time
Internet

EXHIBIT
D.45