
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.46cd
http://psc.disney.go.com/disneychannel/lizzie
mcguire/games/tilestyle/index.html


Disney Channel - Lizzie McGuire - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://psc.disney.go.com/disneychannel/lizziemcguire/games/tilestyle/index.html
PLAY Games WITH Zack, Cody, Maddie and London! START NOW!
Lizzie McGuire
Lizzie McGuire
Characters
Style
Games & Activities
E-mail
Video Postcards
Quizzes
Photos
Downloads
Do your hair like Lizzie!
Surprise Your Best Friend!
Tile Style
Lizzie McGuire TILE STYLE
Show off your matching skills in Lizzie's tile-stylin' memory game!
Choose a Level
How to Play
PLAY!
VIDEOS
GAMES
ALL SHOWS
Done
Internet

EXHIBIT
D.46


Disney Channel - Lizzie McGuire - Microsoft Internet Explorer
File Edit View Favorites Tools Help
http://psc.disney.go.com/disneychannel/lizziemcguire/games/tilestyle/index.html
Search
7392 blocked
Check
AutoLink
Options
PLAY Games WITH ZACK, CODY, maddie and London!
Lizzie McGuire
Characters
Style
Games & Activities
E-mail
Video Postcards
Quizzes
Photos
Downloads
Do your hair like Lizzie!
Surprise Your Best Friend!
Tile Style
Level 1
TIME
0:16
SCORE
0
TILES REMAINING
PAUSE
HELP
MUSIC
QUIT
VIDEOS
GAMES
ALL SHOWS
Search Disney
Done
Internet
Go

EXHIBIT
D.46