
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.50cd
http://pbskids.org/caillou/games/

caillou

Back

# Memory Game Activity

## Printing the templates



Template 1 Template 2 Template 3

The first step of the activity is to print out the three game templates. Since you need at least two identical cards to play the game, you should print each template two times.

Click on each of the template thumbnails on the left, one by one. A new page will appear with the full size template.

Use the print function of your browser to print out each template.

## Assembling the cards

Once the templates are printed, the second step is to cut them out. As you will notice, each template contains two playcards separated by a dotted line.



To save some time cutting, you could fold the templates in two along the full line in the middle of the cards. Then you can cut along the dotted lines all around the cards and finish by cutting the two playcards in their middle, always following the dotted line.



At any stage of the construction of the game, you can decide to add color to make them even more playful.



## Making the playcards more rigid

To make the cards more rigid, you can glue the two faces together with a non toxic glue stick.

EXHIBIT
D.50



To make them even more rigid, you could also place a piece of light cardboard (like the one found supporting paper pads).

If you do this, you should then put glue on both faces of the cardboard so that each card face stays put.

How to play the game:

Now that you have finished assembling your new memory game, it is time to have fun and play. The rules are simple and fun:

1. Put all your cards face down on the floor or a table.
2. Now try to match each card with its double.
3. Turn a card to see the drawing on it. Turn another to see if it matches the first one.
4. If it doesn't, turn the cards face down again and try with another card.
5. The trick is to remember the drawings of the cards you turned before and to try to match all the cards.

If you play with another friend, the one who "wins" is the one who finds all the matching cards in the least turns of the cards.

This game is the paper version of the computer game found in the Caillou site. Click here to try the electronic version.

Top

| Caillou Homepage | Site Map | Games | Activities | Greeting Cards |
| Grown-Ups | PBS Kids Homepage | PBS Privacy Policy |

Web site copyright © 2005 Cookie Jar Entertainment Inc.
All rights reserved.

EXHIBIT
D.50