
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.51cd
http://pbskids.org/lions/printables/games/mem
ory_arty.html

## Smartini Memory Game

The Great Smartini has been pulling things out of his hat! Look at this page for one minute, then look away. How many things can you remember?



pbskids.org/lions

EXHIBIT
D.51