
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.53cd
http://pbskids.org/georgeshrinks/fun/

home the family let's play adventure ecards



**MEMORY GAME**

Print the image out twice. Cut out the squares and mix them up. Spread them out on a flat surface, face down. Turn over two squares at a time. If they match remove them from the game. If they do not match turn them back over and try again until all squares have been removed.

PRINT

George Shrinks TM William Joyce. George Shrinks Series © 2000-2002 Nelvana Limited/Jade Animation (Shenzhen) Company. A Canada/China Co-production. In association with PBS and produced in association with TVOntario. All Rights Reserved.

HOME | THE FAMILY | LET'S PLAY | ADVENTURE | ECARDS

EXHIBIT
D.53