
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.54cd
http://pbskids.org/lions/printables/games/abco
w.html

# Labeling & Memory Games

**Labeling Games**

Character Labeling Game 1

Character Labeling Game 2

Leona's Labeling Game

Lionel's Labeling Game

Fuzzy Lion Ears

**Memory Games**

Smartini Memory Game

A.B.Cow Memory Game

## Instructions

Here are some more great games: a memory challenge from Arty, some labeling games with different characters and six sets of Fuzzy Lion Ears games. Each game comes with its own simple instructions.

**EXHIBIT D.54**







**Games to Play with your Kid and your Cows**

Print both sheets and cut out all the cows.
sheet 1 | sheet 2

1. Lay all 26 cows out in alphabetical order then take one away - can your kid find which cow is missing?
2. Can your kid shuffle all 26 cows and put them back in the right order?
3. Can you think of a name for every cow, each with their own initial letter? Alfy, Brett, Carol etc.
4. Can you make up stories that use these initial letters, in alphabetical order? A big cow danced everywhere, finally going home...

EXHIBIT
D.54

pbskids.org/lions

You may also enjoy the computer-based version of this game!

EXHIBIT
D.54