
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.58cd
http://easymemory.my-free-
games.com/free/games/Downloads.php

# Easy MEMO - The Concentration Game




## Mac, Linux & PC Download games

Do you forget where you leave your keys? Do you have trouble remembering names and faces? You may have tried several memory exercises in the past, but most of these were either dull or ineffective.

Here is a free game that makes memory improvement fun. **Easy MEMO** is a powerful memory game that dramatically improves your pictorial memory. You can play it by yourself, or compete against the computer or your friends. Children can also benefit from this educational game, sharpening their memory in the process. This game is fully customizable (via the GamesBuilder tool), allowing you to work with images and gameplays that are more interesting to you.

Take time to browse our website to learn more about the features and benefits of the popular **Easy MEMO** memory game. Here is what you get with each **Easy MEMO Pro** download:

- Greatly improve your memory with the **Teacher mode**.
- Instead of matching 2 identical cards, you can try to match 2 different cards with the same theme. You can match animal pictures with their appropriate sounds. You can match an object with its name.
- Instead of matching 2 different cards, you can also try to match up to 5 different cards with the same theme. You can match cards of animal sounds, animal pictures, and animal names. You even can match 4 objects in 4 different colors.
- The *GamesBuilder* tool allows you to create your own concentration game sets.
- The payment is safe and secure, and so are our servers for direct download of the software.
- Free technical support for all users!

**Order *Easy MEMO Pro* Now!**

***Easy MEMOry & Easy MEMOry PRO are both SAFE from viruses and spyware!***

| Major features | v6.01 | v6.01 PRO | |
|---|---|---|---|
| Download Setup File *PC users only* | Download it! (600 Kb) | Buy it with PayPal! PayPal CLICK HERE TO BUY 14€ (about $17) *Order process* | |
| Download Zip File *All operating systems* | Download it! (559 Kb) | | |
| License *(read full text)* | Freeware | Shareware | (c) |
| Online use allowed | ✗ | ✓ | (c) |

**Texasholdem**

Play Texasholdem poker online and test your skills against real opponents.

EXHIBIT D.58

| | | | |
|---|---|---|---|
| Commercial use allowed | ✗ | ✓ | (c) |
| Vanish mode | ✗ | ✓ | ? |
| Teacher mode | ✗ | ✓ | ? |
| Games Builder | ✗ | ✓ | ? |
| Associate rich text | ✗ | ✓ | ? |
| End screen | ✗ | ✓ | ? |
| Groups of different cards (up to 5 cards) | ✗ | ✓ | ? |
| Groups of identical cards (up to 5 cards) | ✓ | ✓ | ? |
| Text cards | ✓ | ✓ | ? |
| Graphics cards | ✓ | ✓ | ? |
| Sound cards | ✓ | ✓ | ? |
| Scenarios | ✓ | ✓ | ? |
| Preview mode | ✓ | ✓ | ? |
| Multiplayer mode (until 4) | ✓ | ✓ | ? |
| Play against the computer | ✓ | ✓ | ? |
| Play against time | ✓ | ✓ | ? |
| Create your own game sets | ✓ | ✓ | ? |
| Customize buttons | ✓ | ✓ | ? |
| Setup files | ✓ | ✓ | ? |
| **Operating Systems** | | | ? |
| win9x, 2000, Me, NT, XP | ✓ | ✓ | |
| Mac | ✓ | ✓ | |
| Linux | ✓ | ✓ | |
| Games languages | | | |
| Manual languages | | | |

Ads by Goooooogle

**Free Ringtones**
15 Free Ringtones. No Credit Card Required. Download Instantly.
GoRingtoneGo.com

**Download Free Games**
You are Always Free to Play No payment, No hassle, Simple!
Clickgames.com

**Check This Out.**
And Be A Campion With Cards. With A Little Side Kick.
pokerbobby.com/?hop=0

**Poker Video Games**
Play Free Trial Of Over 1000 Games. Low Priced Full Version Downloads.
www.trygames.com

**Unlimited Game Downloads**
Download the latest! Thousands of games available
www.GamerAdvanced.com

Advertise on this site

XiTi GRATUIT

Download the game and look at *install manual* if you need help to install it. You can also reach us via our contact page for more details. Please refer to your *player manual* to learn about all the game features.

Do you have some questions? Comments? Suggestions?
You are undecided between **Easy MEMOry** and **Easy MEMOry PRO**?
Feel free to contact us here!



ICRA

(c) 2000-2006, My-Free-Games.com - Privacy Policy

W3C HTML 4.01

EXHIBIT
D.58