
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.59cd
http://www.tucows.com/preview/[redacted]
29865

tucows

Sponsored by Don

Featured Downloads

New!! WinZip Self-Extractor 3.0
Distribute self-extracting Zip files that are smaller, more secure and hassle-free for the recipient...

Webroot Spy Sweeper
Ultimate spyware protection. 5-Cows and PC Magazine Editors' Choice winner. Try it FREE! ...

PC Tools AntiVirus
PC Tools AntiVirus provides protection against viruses, worms, and Trojans with rapid updates and OnGuard technology ...

WINDOWS MACINTOSH LINUX VOIP REVIEW

WINDOWS DOWNLOADS
- Audio & Video
- Business
- Design Tools
- Desktop Enhancements
- Development & Web Authoring
- Games
- Action
- Arcade
- Board Games
- Card Games
- Puzzles
  - Bejeweled & Lines
  - Bust A Move
  - Collapse
  - Compilations
  - Connect Four
  - Mastermind

SEARCH All downloads GO

# Easy Memory 5.10

BRUNO BERENGUER · EASYMEMORY.MY-FREE-GAMES.COM

OUR RATING

USER RATING NOT YET RATED

DOWNLOAD NOW

RATE THIS TITLE DISCUSS THIS TITLE

This matching games lets you download additional card sets from the author's home page. You can play online and try to beat the best players.
Click on a card and try to find its match. You can adjust the level of difficulty to between two and five identical cards.



ENLARGE IMAGE

| | |
|---|---|
| DATE ADDED | 09-FEB-2004 |
| LICENSE | FREEWARE |
| OPERATING SYSTEMS | 98/NT/2K/ME/XP/95 |
| MINIMUM REQUIREMENTS | 60MHZ CPU |
| | 16MB RAM |
| POPULARITY | 68% |
| FILE SIZE | 559.55 KB |

EXHIBIT
D.59