SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.60cd

http://www.brothersoft.com/games/intelligenc
e/animated_memory_game_886.html

Animated Memory Game

BrotherSoft

Over 40,000 Shareware Freeware Downloads Bookm

Animated Memory Game

Home | Audio | Video | Graphics | Internet | Desktop | E-Mail | Screen Savers | Security
DVD to iPod | Freeware Downloads | DVD Shareware | Games Download | iPod Converter
Search For dvd ipod mp3 cd vcd avi mpeg mov divx wmv asf vob psp 3gp flash swf midi wma wav

search shareware

Software Advance

Software Download > Games > Intelligence > Animated Memory Game 1.0
Quick Download Animated Memory Game 1.0

advertisement
DVD to Mp3 Ripper DVD to iPod Ripper

DVD Copy Software
Clone DVD, DVD Cloner...

DVD Rippers
ImTOO DVD Ripper...

DVD
Super D

## Animated Memory Game 1.0

A concentration type game. All kinds of animation are used including: clay, stop-motion, morphing, tweening, 3D, cell, and full-motion video. Up to 36 tiles can be used (up to 90 tiles in the registered version!), one or two player mode available.

**Publisher** : Flix Productions More Products

**Date added** : 2002-12-2
**Rating** : Not Review
**File size** : 1.3 MB
**Language** : English
**License** : Shareware
**Price** : $35.00
**Limitations** : Free to Try

**OS** : Win95,98,NT 4.x,2000
**Requirements** : No special requirements

Advertisement
DVD to iPod DVD X Player
ImTOO MPEG Encoder
DVD Audio Ripper
DVD Cloner
DVD to MPEG AVI
Fx Video Converter
ImTOO AVI MPEG Converter
All Video Converter All Audio Converter

Download 1 Download 2 Screenshot Best Sales

Tell Friends Bookmark | Audio Video Software | Top Freeware | Free Video Tool

Ads by Gooooogle

Free Animation Studio CD
Create beautiful animations & graphics with this Free CD!
www.ThinkAll.com

Cartoon Animation Program
Online or in San Francisco, learn Video Games, Animation.
www.academyart.edu/

Graphics Software
5,100+ Graphics Software Products Read User Reviews!
www.NexTag.com/GraphicsSoftware

Google Search

Web brothersoft.com

Recommended Downlo

DVD to iPod Video Co
Download More Info
DVD to Mp3 Wav Ri
Download More Info
Super DVD Creato
Convert AVI/RM/ASF
Divx to VCD/SVCD/
Download More Info
Region-free DVD X F
Download More Info
Perfect DVD Duplic
Download More Info
ImTOO DVD Rippe
DVDs to VCD,SVCD,
MPEG1, MPEG2,MPEG
Download More Info

Features In this Categ

DeltaLogic Original Pa
5star BeeLines
MagicLines
MINDit Demo
Mix & Match

New Shareware In this Ca

RoboMatic X1
Renex III
Advanced Super Ball
Mix & Match
MagicLines

Games

Action
Adventure and RPG
Cards
Tools and Editors
Intelligence
Patches and Updates
Puzzles
Simulations
Sports
Strategy and War
Arcade
Word Games
Miscellaneous
Tetris
Kids
Shooting Games
Maze Games
Bubble Games
Casino
Tank
Snake
Blackjack
Solitaire
Mah Jong
Chess

EXHIBIT
D.60