SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.61cd

http://learn4good.com/games/card_and_dice/card_pairs_matching.htm

Learn 4 Good ™

Free Online Card Games and hours of fun for Children, Teens & Big Kids. Play Family Internet Card Games, online kids games, educational word games, quizzes & jigsaw puzzles. Family Card Game Online - Have Fun!

Search our website Go Home Site Map

**Games** **Kids' Area** **Hostels** **Hotels** **Jobs** **Languages** **Products** **Schools**

Kids' Corner > Free Online Games > Free Online Card Games > Family Card Game Online - Memory Game

Matching Pairs Memory Game: You have to match pairs of cards by turning over matched pairs. Click on a card to flip it over. If the next card you flip matches the first card, they will be eliminated from the pool. If both of them doesn't match - they will turn over again. The fewer moves you make, the higher you will score. You have to clear the board with as little tries as you can.

Visit our **Games Forum** and discuss this game/leave your score.



**EXHIBIT D.61**