


EXHIBIT
D.62cd

http://www.amanitamuscaria.org/page/software/memory

# Amanita Muscaria Software

Home / Software

## Memory (aka Concentration)

### Description

Memory is an card game : you flip face-down cards by pair and try to match them.

### Download

Memory Installer for Windows (3.22 mb)
All cardsets (includes 2 new cardsets not included in package above. (1.0 mb)

### Credits

*Julyette*, for forcing me to do this program to solve her boredom related issues since no one wanted to play with her.
*Paul A. Rauth*, for the telephone cardset.
*Hemant Kumar Raval*, for the animals, alphabet, buildings, landscapes, and Rome cardsets.
*José Da Silva Castro*, for the fruits and painters cardsets.

### Development Status

Development is dead. I don't plan on making changes to it anymore.
I'll continue to support this project if new cardsets are sent and will host them on this server.
Maybe one day, I'll review a bit the source code, and change the licensing to some open-source version (there are too many dependencies to external DLL's to release as-is). In such a case, I'll also port it to C, and probably use SDL as the drawing library.

*http://www.amanitamuscaria.org*

EXHIBIT
D.62