
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.65cd
http://www.wellcraftedsoftware.com/memoryGame.php

WellCraftedSoftware.com

Click for more products

Provider of hand-crafted software built with a focus on ease-of-use, simplicity, and style.

Memory Game

Download Demo | Purchase Full Version | $12.00

Match two identical pictures to
remove them from the board. When all the cards are removed, your time is revealed. Select from three different sized game boards and three different sets of cards.

Screen Shot:




Home - About - Contact - Links - Support

Copyright ©2006. All Rights Reserved.

EXHIBIT
D.65