SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

EXHIBIT
D.66cd

http://www.kristanix.com/memorypuzzle.html

# Kristanix Memory Puzzle

Menu
- Home
- Ordering
- Support
- News

Games
- WinSudoku
- Jungle Balls
- Word Dance
- Yatzy

Pocket PC Games
- Sudoku Mini 2006

Free Games
- Memory Puzzle
- Shuffle Puzzle

## Exercise your memory with this card matching game

**Memory exercising - the fun way!**

Kristanix Memory Puzzle will help you exercise your memory by remembering and matching pairs of cards. You will be presented with a board of cards, all facing down. You open two and two cards, trying to find a matching pair. To clear the board, you must find all pairs.

**Varried gameplay**

Play with pictures or with characters, whatever suits you best. Change the size of the board. At first you might want to keep it simple, playing the small board with only 28 cards. But once you get the hang of it, you can move on to the medium and large sized boards.

**Screenshots**









Game info

**File:**
Size: 0.8MB
Download Now

**Game type:**
Puzzle / memory training

**Requirements:**
Pentium 300 or better
Windows 98/ME/2000/XP

**Cost:**
Free!

Awards

5 stars from Softforall.com
5 stars from SofoTex.com
5 stars from Shareup.com
5 stars from DaolnwoD.com
See all awards

Money back guarantee

Not satisfied with your purchase? Learn about our money back guarantee

**EXHIBIT D.66**

**Memorize colorful cards**

Memorizing cards can be quite fun when they feature 50 full color images and all the letters in the alphabet, presented in a colorful, comical fashion! Click on the images to see for yourself, and download the game for free and try it out!

**Features**

- A fun way of exercising your memory
- Three board size
- Over 70 colorful cards
- Highscore listings for all boards
- Earn points and try to beat the best times

## Download for Free!

These web pages and all content is copyright Kristanix Studios, 2004-2006. All rights reserved.

EXHIBIT
D.66