SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

**EXHIBIT**
**D.69cd**

**http://www.sadlier-oxford.com/phonics/pre_k/skycards.htm**

**Sadlier-Oxford**
Educational Publishing from PreK-12+

Request a Catalog
Online Catalog

1.800.221.5175

Student · Teacher · Family · Contact

Home | About Us | Calendar of Events | Representatives & Consultants | News | Site Map

## Student

Search Options

### Phonics and Word Study

**Student Center**

- Activities
- Links for Learning

**Teacher Center**

- Research Base
- Teacher Workshops
- Skills Assessment Checklists
- Teacher Notes for Online Activities
- Teach Links

**Family Center**

- Family Links
- Family Notes for Online Activities

**Talk To Us**

Let us know what you think about Sadlier-Oxford's products and services, and about Sadlier-oxford.com.

## WELCOME TO THE INTERACTIVE PHONICS & WORD STUDY CENTER!

Use your knowledge of letters, sounds, and words as you try out the games and activities below.

Show what you know! Click on a grade below
( PREK - K ) ( 1 - 2 ) ( 3 - 4 ) ( 5 - 6 )

### GRADES PREK - K

**Memory Cards**
Find matching pictures of the sun, moon, stars and comets.

**Memory Cards**
Find matching pictures of colorful bugs.

**Memory Cards**
Find matching pictures of apples, pears, grapes, and peaches.

**Alphabet Zoo**
Click on partner letters to place baby animals into their proper homes in the zoo.

**Work Drop (Grade K)**
Complete the sentences with words that you use every day.

### GRADES 1-2

**Long Vowels**
Show what you know about the different long vowel sounds.

**Word Drop 2 (Grade 1)**
Complete the sentences with words that you use every day.

**Memory Cards**
Here is a memory card game with a twist — match parits of *rhyming words.*

**Short Vowel Words**
Find the short vowel words that match the pictures.

**Long Vowel Sounds a, i, o**
Identify the long vowel sounds in each word.

**High Frequencey Words**
Complete the sentences with common words.

**Long Vowel Sounds e, u**
Identify the long vowel sounds in each words.

**Long Vowel Words**
Find the short and long vowel words that match the pictures.

**Short or Long Vowel Words**
Find the words that match the pictures.

**r-controlled Words 1**
Find the r-controlled words that match the

**r-controlled Words 2**
Find the r-controlled words that match the

**Consonant Blends**
Identify the consonant blend that begins or ends

EXHIBIT
D.69

Sadlier-Oxford
1.800.221.5176

# student activity center

## Match the Pictures

### Match the Picture Pairs



back

powered by tower23

EXHIBIT
D.69