
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.76cd
http://www.tucows.com/preview/[redacted]
201854

tucows

Sponsored by Don

Featured Downloads

**New!! WinZip Self-Extractor 3.0**
Distribute self-extracting Zip files that are smaller, more secure and hassle-free for the recipient...

**Webroot Spy Sweeper**
Ultimate spyware protection. 5-Cows and PC Magazine Editors' Choice winner. Try it FREE! ...

**PC Tools AntiVirus**
PC Tools AntiVirus provides protection against viruses, worms, and Trojans with rapid updates and OnGuard technology ...

WINDOWS MACINTOSH LINUX VOIP REVIEW

WINDOWS DOWNLOADS

- Audio & Video
- Business
- Design Tools
- Desktop Enhancements
- Development & Web Authoring
- Games
  - Action
  - Arcade
  - Board Games
  - Card Games
  - Puzzles
    - Bejeweled & Lines
    - Bust A Move
    - Collapse
    - Compilations
    - Connect Four
    - Mastermind

SEARCH All downloads GO

# Absolute Memory 1.4

XDGAMES · WWW.XDSOFT.COM

OUR RATING

USER RATING NOT YET RATED

DOWNLOAD NOW

RATE THIS TITLE DISCUSS THIS TITLE

Absolute Memory is an enjoyable puzzle game where you turn over cards to find pairs of matching pictures. It has several different categories to choose from, such as nature, alphabet, and shapes. Match the pictures as fast as you can to get a higher score!



ENLARGE IMAGE

| | |
|---|---|
| DATE ADDED | 08-FEB-2001 |
| LICENSE | SHAREWARE |
| OPERATING SYSTEMS | 98/95 |
| NOTES | 10 DAYS EVALUATION PERIOD |
| POPULARITY | 91% POPULAR |
| FILE SIZE | 7.00 MB |

## Related Ads

Puzzle
Shareware
Freeware

EXHIBIT
D.76