
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.78cd
http://www.softgame.net/matching-games.htm

Softgame Company

## All New - Funpuz Game Collection

The New Funpuz Game Collection Contains a Memory Matching Game

Ads by Goooooogle

**Play Sudoku - Free**
Play Deluxe Sudoku Now Safe/Secure/No membership required
Boonty.com

**Play Free Games**
Come Play The Hottest Games Of The Year. 100% Free. 100% Fun!
www.PlanetFunGames.cc

**Free Spider Solitaire**
Play Spider Solitaire on your PC anytime. Get your Free Download!
spidersolitaire.playtoad.cc

**Family Fun -n- Games**
Enjoy good family entertainment. Learn new games
www.familyfun-n-games.com

Advertise on this site

# Matchem Memory Game - All New!

Matchem memory game - **New version 9.1 - June 5th, 2006**

***Download Now!*** 7 day free trial

***Order Now!*** Get unlock code immediately

## $29.95 Spring Special!

Regular price $39.95. This is a limited time offer.
90 Day money back guarantee!

## Matchem Memory Game comes free with Funpuz Game Collection



When you order Funpuz Puzzle Collection you get Matchem Memory Game free. You get Matchem along with **600** solitaire card games, **60** video poker games and a free Spirograph game. More **games are added all the time** and any games added within three years of your purchase are yours to keep.



## Matchem allows you to play against up to three computer players

Matchem Memory Game has four players which can be set to computer, human or off. This allows you to play against up to **three computer players** or with friends at home. Matchem offers **several**

FUNPUZ GAMES
Purchase Game
Download Gam
System Require

GAMES AND PUZ
Solitaire Card G
Video Poker Ga
Card Games
Casino Games
Matching Game
Maze Games
Spirograph Gar
Online Poker

MEMORY GAME I
Matching Game
Learning With F

Ads by Go
Puzzles
Play Solita
Card Gam
Solitaire G
Solitaire G

EXHIBIT
D.78