
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.79cd
http://www.bonus.com

Fri, Aug 25, 2006

# Keeping Fit Memory Games

**Memory Game 1 - Eat Right**







**Memory Game 2 - Exercise**

Extinction Game
Lunch Date
Ask Suzanne #3
On Top of Our Planet
Global Warming #1

EXHIBIT
D.79




For fitness and health education downloads, visit our friend Eric The Trainer.

## Sliding Puzzle Game



Can you Solve These Challenging Sliding Puzzles? *(This game will pop up into a new window, so turn pop-ups on if you have them off.)*

Click here to begin playing.

**Hippoworks.com** will have more games coming soon. As it's been in the news a lot recently that obesity and physical inactivity in America

are at record levels, these two Memory Games are meant to serve as gentle reminders for us to all keep fit!

**About Us | Contact Us**

Use of this site signifies your agreement
to the **terms of use**.
**Privacy Policy**
© 1998-2006 hippoworks.com
All rights reserved.

EXHIBIT
D.79