
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.81cd
http://whitehouse.org/kids/reagangame.asp



# THE WHITE HOUS



## White House for Kids

Totally Kewl Stuff for Patriotically-Oriented Youth!

<< back

White House Home
Newsroom
Department of Faith
Homeland Security
The First Lady
Patriotic Initiatives
Bush Administration
Fraternal Affairs
*FOR KIDS ONLY!*
White House History
White House Tours
Texas White House
¡En Español!
The Gift Shop
Contact

# The Ronald Reagan Memory Game!






SIGN UP
E-MAIL UPDATES

your address

◉ Subscribe
○ Unsubscribe
Submit

SPONSORING PARTNER:
HALLIBURTON

<< back

SEARCH
WHITEHOUSE.ORG
GO

» E-MAIL THIS PAGE TO A FELLOW REPUBLICAN «

Printing Help

Cheney Hunt Club
Government Jobs
Draft Registration

**EXHIBIT D.81**