
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.83cd
http://www.nationalgeographic.com/ngkids/games/copycat/copycat.html

ADVERTISEMENT NATIONAL GEOGRAPHIC Kids Shop enter

NATIONALGEOGRAPHIC.COM Kids

Parents: Nationalgeographic.com Home

Kids Home | NG Kids Magazine | NG Explorer Classroom Magazine | Games | Activities, Experiments | Homework Help | Kids News







NATIONALGEOGRAPHIC.COM Kids

© 1996-2006 National Geographic Society. All rights reserved.

Kids Home | NG Kids Magazine | NG Explorer Classroom Magazine

Games | Activities, Experiments | Homework Help | Kids News

**Parents and Educators:** E-Mail Newsletters | Shopping | Kids Privacy Policy | Education Guide | Subscriptions | Xpeditions Lesson Plans

EXHIBIT
D.83

into.



**WHAT IN THE WORLD?**

**Stripes**

Read between the lines and see if you can gue: what these objects are!



**WHAT IN THE WORLD?**

Eyeball these animal photos, then see if you ca identify them.



**WILD & WACKY**

Do you have a crush on someone? Fill in the blanks in this story with your own flirty words.



**WHAT IN THE WORLD?**

Don't get cold feet! Try and solve these deep-freeze puzzlers.



**WILD & WACKY**

The White House is yours! Now what are you going to do?



**COPYCAT**

*NG Kids*'s Memory Game

Repeat the flashing sequence of Earth's seven continents to win this brain buster.



**WILD & WACKY**

You think you have trouble shopping for a Halloween costume? Imagine if you were a monster! Add your own words to this story.



**WILD & WACKY**

Soon you'll be attending a school of magic. Add your own words to the zany acceptance letter!



**BRAINTEASER QUIZ**

See how cat savvy you are by answering these cool cat brainteasers.



**WHAT IN THE WORLD?**

These orange and black objects may be familia to you, but can you identify them?

**EXHIBIT D.83**