SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.89cd

http://www.toosmarttostart.samhsa.gov/memory.html

Skip Navigation Links



# Too Smart To Start Youth

## Too Smart to Start: Memory Game

Home
Youth

Youth Home
>> Advice from Andrea
>> Advice from Orlen
>> Advice from Jason
Memory Game
Word Search Puzzles
Crossword Puzzles
Interactive Body
Youth Links

...ow about how alcohol affects your body and your behavior?

Try our flash *Memory Game* You'll need the latest Flash player to play.

Memory Game




Partners
Communities
About Us

...ments | Privacy Policy | Disclaimer Notice | Site Map

Click on the menus to get more options!

Send this page
Bookmark this page
Printer-friendly

EXHIBIT
D.89