
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.91cd
http://www.usmint.gov/kids/components/flash
movies/memory/index.html




EXHIBIT
D.91


THE COIN MEMORY GAME
new game
exit
time this game
0 min 31 secs
best time
0 min 0 secs

EXHIBIT
D.91