
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.94cd
http://www.azwater.gov/dwr/content/Find_by_
Program/Drought_and_Conservation/Student
Sources/ADWR_Memory_Cards/default.h




Home | FAQ | Site Map | Links | Meetings & Notices Calendar | Contact Us

Keyword Search

**FIND BY CATEGORY**

- ABCs of Water
- About ADWR
- ADWR News
- e-Bookstore
- Education and Outreach
- Employment
- e-NOI
- Imaged Records
- Laws and Rules
- Permits, Forms, and Applications
- Dam Safety Application Forms

**FIND BY PROGRAM**

- Adjudications
- AMAs
- Assured and Adequate Water Supply
- AZ Water Banking Authority (AWBA)
- Colorado River Management
- Conservation
- Dam Safety and Flood Mitigation
- Drought
- Hydrology
- Recharge
- Rural Programs
- Water Protection Fund
- Surface Water Rights
- Wells

**ADWR Memory Cards - Click the cards below to play.**

**Match all 8 pairs of cards in as few tries as possible.**




Securing Arizona's Water Future

Can't see anything above? This page requires the Macromedia Flash player.

FLASH PLAYER

**EXHIBIT D.94**