SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.97cd

http://www.hpb.gov.sg/hpb/default.asp?pg_id=
1009

## Games

We have a wide variety of games you can play.

All games are easy to play, and some even come with sound effects, so be sure to turn on the volume on your computer. You will also need to have Flash or Shockwave installed to play some of the games. If you do not have these installed, click here.

Click on any of the following to start playing.

- The Big Picture



The Big Picture is a 36-piece jigsaw puzzle of a scene at a gym. This tests your memory and perception skills - are you able to identify clues in each puzzle piece?

- Do You Remember?



Do You Remember? is the classic memory game where you uncover tiles and match the pictures behind each tile. This tests your memory power. Match all 18 pairs as quickly as you can!

- Missing Maxx!



'Missing Maxx!' is our very own online, healthy version of the popular children's book 'Where's Waldo?'. In this game, you have to locate 'Maxx', our HealthZone mascot in three different locations in a scene. There are 2 scenes where Maxx may be found : either the beach or a carnival. Be sure to look carefully - each scene has many distractions!

- Quizzas! Quizzas! Quizzas!



Fancy yourself as knowledgeable about health trivia and information? Try your hand at any of the following topics :

  - Kick Butt!
  - First Impressions Count
  - An Apple A Day
  - Early To Bed, Early To Rise

- Butt AvoiDance

Get rid of those cigarettes! Put them out before they reach you! At the end of the game, learn how smoking can cause undesirable effects.

EXHIBIT
D.97



EXHIBIT
D.97