
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.103cd
http://www.michigan.gov/documents/hal_lm_
memory_game_82219_7.pdf

Michigan Reads! 2004

www.michigan.gov/michiganreads

Provided by:

KDL Kent District Library www.kdl.org

# Memory Game

Here is a memory game for you to make and play!

Directions:

1. Color and cut out each card on the dotted lines.
2. Lay the cards face down.
3. Take turns flipping over one card and then a second looking for a match.
4. When a match is found, set it aside and continue.




EXHIBIT D.103