
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.111cd
http://www.media-
division.com/flashgames/memory/memory.h
m




Play all games by Media Division

**EXHIBIT D.111**