
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.114cd
http://www.amonline.net.au/fishes/students/fla
sh/memory.htm

# Fish Memory Game

Australian fishes come in an amazing variety of shapes and sizes. This game shows only 6 of over 4000 species.

Click anywhere to play.

All images © A. Lumnitzer, 2001.

EXHIBIT
D.114




EXHIBIT
D.114




EXHIBIT
D.114