
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.115cd
http://www.abc.net.au/dinosaurs/dino_playgro
und/games/memory/default.htm

You'll need the Shockwave Player to play the Memory Game. | Download Shockwave | Help |



Shockwave game by Andy Groome



© 2006 ABC, BBC | Privacy Policy

EXHIBIT
D.115




EXHIBIT
D.115