
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.120cd
http://harem-games-memory.harem-games-entertainment.qarchive.org/

http://harem-games-memory.harem-games-entertainment.qarchive.org/ ("Harem Games **Memory** is a free version of the popular 'match the pairs' game.")




EXHIBIT D.120