SHEPPARD MULLIN

SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

EXHIBIT
D.136cd

http://www.abc.net.au/messageclub/just_fun/games/memory.htm

- Club Paint Box
- Print & Colour
- Emu Game
- Cockatoo Quiz
- Underwater Word
- Rollercoaster
- Game Centre
- E–cards

# Just for Fun

You'll need the **Flash plug-in** to play Memory
**Download Flash plug-in**






Email us | © 2004 ABC | Privacy Policy

EXHIBIT
D.136