
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.137cd
http://www.abc.net.au/children/space/games/m
emory/default.htm




EXHIBIT
D.137