
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.138cd
http://www.abc.net.au/children/play/play/mem
ory.htm




EXHIBIT
D.138