
SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW
EXHIBIT
D.139cd
http://www.abc.net.au/children/schnezel/memo
ry/default.htm




You'll need the Shockwave plugin to play the musical memory game
Download Shockwave | Help

Schnezel's World Home
watch cartoons | alien quiz | parp-a-phone | print & colour | musical memory game
make your own ecard | birthday ecard | meet the gang |

Playgrou Stories

© 2005 ABC | ABC Privacy Policy

EXHIBIT
D.139