UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF LAURIE STEIN WITH EXHIBITS**

**DECLARATION OF LAURIE STEIN**

I, Laurie Stein, hereby declare the following:

1. I am employed by MGA Entertainment, Inc. ("MGA") as an in-house paralegal. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation, I looked for matching games currently or formally marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines or that used those words to describe the game and websites that showed or described such games or uses.

3. I visited the following online stores on the dates indicated. At these stores, I found the following memory games. I purchased the indicated games. I am informed that the games are physically located in a room at lead counsel's law firm. I am also informed that they were made available to counsel for Hasbro for inspection and that they continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.17-B.19, B.42,** and **B.64-B.66**. True and correct copies of the receipts for these purchases (with personal information redacted) are attached hereto as **EXHIBITS B.17r-B.19r, B.42r,** and **B.64r-B.66r**. True and correct copies of the content of the web pages showing and/or describing the games are attached hereto as **EXHIBITS B.17w-B.19w, B.42w,**

and **B.64w-B.66w**. Some of these games are also available for purchase at the alternate Internet websites indicated below (see DECLARATION OF JANENE P. BASSETT for authentification of these websites and the contents thereof).

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.17 | 2.17 | BRAINY BABY MEMORY GAME | ELGames.com | http://www.brainybaby.com/shop/html/Products/Games/Memory-Game-27.html<br><br>http://www.educationallearninggames.com/creation-brainy-baby-memory-games.asp | Brainy Baby® trademarks and copyrights are owned by The Brainy Baby Company, LLC | 7/6/06 |
| B.18 | 2.18 | COLORS & SHAPES MEMORY MATCH / JUEGO DE MEMORIA DE COLORES Y FORMAS | ELGames.com | http://www.educationallearninggames.com/colors-and-memory-match-juego-de-memoria-de-colores-y-formas.asp | ©2005 TREND enterprises, Inc. | 7/6/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.19 | 2.19 | CREATION MEMORY MATCH | ELGames.com | http://www.trendenterprises.com/ProdDetail.cfm<br><br>http://www.educationallearninggames.com/creation-memory-match-challenge-cards.asp | ©2005 TREND enterprises, Inc. | 7/6/06 |
| B.42 | 2.42 | SCRATCH N' MATCH ORIGINAL MEMORY GAME | Unclesgames.com | http://everythingsmells.com/scnmaormega.html<br><br>http://www.unclesgames.com/product_info.php/products_id/6838 | ©2005 Gimme Gimme Corp. | 7/5/06 |
| B.64 | | MEMO-LINGO - THE EARLY SCHOLAR (states "Matching, memory and language learning games") | ToysRUs.com | http://www.mcwiz.com/cgi-cs/cs.waframe.content?topic=15837&lang=1 | ©™2000 McWiz | 7/20/06 |
| B.65 | | MEMO-LINGO - THE LITTLE APPRENTICE (states "Matching, memory and language learning games") | ToysRUs.com | http://www.mcwiz.com/cgi-cs/cs.waframe.content?topic=15837&lang=1 | ©™2000 McWiz | 7/20/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.66 | 3.64 (Internet printout only) | SHERLOCK [TAGLINE: THE GAME WHERE MEMORY AND DEDUCTION ARE "ELEMENT-ARY"!] | ToysRUs.com | http://www.toysrus.com/product/index.jsp?productId=2319899&cp | ©2004 Playroom Entertainment | 7/20/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 25, 2006, at Van Nuys, California.

Laurie Stein
LAURIE STEIN

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Notice of Filing Declaration of Laurie Stein with Exhibits. The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 28, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman