


EXHIBIT
B.17
5

## More than just a memory game.

Brainy Baby Memory Game has been developed to help stimulate your child's cognitive development and give your child a learning advantage by combining both left and right-brain thinking into one game. First, play the game by finding the matching pairs of colors. Then play again, this time finding matching pairs of numbers. Simply place all the cards face down. Flip over any two cards. If they match, place them to one side. If not, turn them back over and try again. Keep playing until there are no cards left.



ISBN 157057104-X

0 23151 03104 4

www.brainybaby.com

Brainy Baby® trademarks and copyrights are owned by The Brainy Baby Company, LLC, Alpharetta, GA. All Rights, All Media Reserved. Manufactured and distributed under license by Talicor, Inc. All Rights, All Media Reserved. Talicor, Inc. name and logo are trademarks of Talicor, Inc. Plainwell, MI 49080. Distributed by Talicor, Inc. Plainwell, MI 49080. Made in the USA. item #3104.

CE





EXHIBIT
B.17

**ELGames.com / Next Generation Training, Inc.**

1804 Nebraska Ave.
Palm Harbor, FL 34683

phone 727-786-4850 fax 727-786-4785
email Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2006 | 23496 |

**Bill To**

**Ship To**

Laurie Stein
MGA Entertainment
16300 Roscoe Blvd
Suite 105
Van Nuys, CA 91406

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | UG3104X | Brainy Baby Memory Game | 7.95 | 7.95T |
| 1 | TR24018 | Colors and Memory Match Juego de Memoria de Colores y Formas | 2.99 | 2.99T |
| 1 | TR24704 | Creation Memory Match Challenge Cards | 3.99 | 3.99T |
| 1 | Shipping | Shipping | 6.95 | 6.95 |
| | | Credit Card #<br>Card Expiration.<br>Card Type:American Express<br><br>E-Mail:<br>Phone: | | |
| | | | Subtotal | $21.88 |
| | | | Sales Tax (0.0%) | $0.00 |

Thank You for shopping at www.EducationalLearningGames.com

**Total** **$21.88**

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp

Brainy Baby ...learning for a lifetime®

- Home Page
- Products
- Special Needs Children
- Special Offers
- Reviews & Awards
- In The News
- Retailer Information
- Our Policies
- About Us
- Store Locator
- Contact Us




Which Products Are Age-Appropriate For My Children?

Parent Guide

## Memory Game™




SKU: 3104

Qty: 1

Add to Cart

Click here for larger image.

Email a Friend

**$5.99**
**For Ages: 1-4 years**

Contents include 12 double-sided Picture and Number Cards.

This game is BrainyBaby®'s twist on the classic memory game using numbers and pictures. Perfect for parent-child interaction (especially on road trips!).

Back To List

Search: Go
Note: Do NOT use apostrophes

Find A Retailer Near You!

brainybaby.com Go Daddy SECURE WEB SITE CLICK TO VERIFY AUG 11 2006 4:28:41

Privacy Policy Shipping Policy Return Policy Contact Us

Copyright © MMV by Brainy Baby Company — All Rights Reserved

EXHIBIT B.17w

9

The Brainy Baby Company, LLC.
1200 Alpha Dr. Suite B, Alpharetta, GA 30004
Phone: 1-678-762-1100

EXHIBIT
B.17w 10

EducationalLearningGames.com Free Shipping over $75.00 In The Continent

THE FUN WAY TO LEARN!

no items in cart

Home | Customer Service | Contact Us

Baby - Toddler | Preschool - K | Grades | Grades 7-12

Search

Advanced Search

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-

Brain Teasers
Bible Games
Card Games
Drama/Music Games
Educational Toys
Family Games
Foreign Language
Geography Games
Government Games
History Games
Logic Games
Math Games
Magnetic Games
Mazes
Mensa Games
Money Games
Party Games
Phonics Games
Puzzles
Religious Games
Science Games
Sign Language
Spelling Games
Sport Games
Strategy Games
Time Games
Travel Games
Trivia Games
Wooden Games
Word Games

# Brainy Baby Memory Game

**12 Double-Sided Picture and Number Cards**

... a little genius in the making Brain Baby Memory Games have been developed to help Stimulate your child's cognitive development and give your child a learning advantage by combining both left and right brain thinking into one game.

Preschool Puzzles | Math Games | Baby Games
All Brain Baby Toys, Music and DVD's




**BRAINY BABY MEMORY GAME**

12 Double-Sided Picture and Number Cards

Ages 1 - 4

**UG3104X**
**Price: $7.95**

Quantity:

ADD TO CART

E-MAIL TO A FRIEND

**Availability:** Usually ships within 24 hours

**Puzzle Description:**
Spread out all the pieces of the puzzle with the picture side up. Find the three pieces that go together to make up the picture side of the puzzle. Then flip the puzzle to so the same, but this time finding the three correct pieces that go together to make up the key word. Only the three correct picture or word cards join together, continue playing until there are no cards left.

**Contents:**
12 double-sided picture and number cards

EXHIBIT
B.17w 11

View Shopping Cart
Check Out

Phone: 727-786-4850
M-F 9am - 5 pm EST
Fax: 727-786-4785

E-Mail:
info@ELGames.com

| Customers Who Bought This Game Also Bought | | |
|---|---|---|
| KATAMINO  View Details Katamino is an ever-changing puzzle and is a stimulating brain-teaser. It calls on thinking ability and develops observation skills. **Ages 3 +** **Price $24.95** | MY FIRST BRAIN QUEST MEMORY MATCHING GAME  View Details My First Brain Quest™ is a charming, top-selling learning game that builds memory skills for young preschoolers. Players match animals in this card game that is easily adaptable for solo or group play. **Ages 2 - 5** **Price $7.99** | LEAI PICTURE CAF  View Features ar and fu Designe "Brainy Ba Brainy Baby use larg colorful pictu your child an learn importan **Ages** **Price** |

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

Have Questions? Please E-mail: info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com, a division of Next Generation Training, Inc.

EXHIBIT
B.17w