
Game
Cards
Cartas
de jugar
Colors & Shapes
Memory
Match
Juego de
memoria
de colores y formas
red
triangle
triángulo
rojo
green
oval
óvalo
verde



EXHIBIT
B.18


Game
Cards
Cartas
Colors & Shapes
Memory
Match
Juego de
memoria
de colores y formas
red
triangle
triángulo
rojo
green
oval
óvalo
verde

EXHIBIT
B.18




14

EXHIBIT
B.18

EducationalLearningGames.com

Free Shipping over $75.00 In The Continental USA Only

THE FUN WAY TO LEARN!

no items in cart View Cart

Home | Customer Service | Contact Us

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

Search : Advanced Search

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

Brain Teasers
Bible Games
Card Games
Drama/Music Games
Educational Toys
Family Games
Foreign Language
Geography Games
Government Games
History Games
Logic Games
Math Games
Magnetic Games
Mazes
Mensa Games
Money Games
Party Games
Phonics Games
Puzzles
Religious Games
Science Games

## SPANISH COLORS AND MEMORY MATCH CARDS
## JUEGO DE MEMORIA DE COLORES Y FORMAS

Great skill building memory and matching card game in Spanish and English.

Foreign Language | Card Games




**Award Winning Games**

Teacher's Choice Award 2005
Learning Magazine

**SPANISH COLORS & MEMORY MATCH CARDS JUEGO DE MEMORIA DE COLORES Y FORMAS**
by Trend Enterprises, Inc.

**TR24018**
**Price: $2.99**

Quantity:
ADD TO CART
E-MAIL TO A FRIEND

Ages 3 +
Flash Card Size: 3 1/8" x 5 1/4"

**Availability:** Usually ships within 24 hours

EXHIBIT B.18w
15

**Sign Language**
**Spelling Games**
**Sport Games**
**Strategy Games**
**Time Games**
**Travel Games**
**Trivia Games**
**Wooden Games**
**Word Games**

**View Shopping Cart**
**Check Out**

**Phone: 727-786-4850**
**M-F 9am - 5 pm EST**
**Fax: 727-786-4785**

**E-Mail:**
info@ELGames.com

**Game Description:**

Make learning more fun...in English and Spanish! Skill-building card games

and activities feature a bilingual format that's perfect for ESL/ELL, SSL, and bilingual students. Versatile cards let you practice skills in the classroom, at home, or on the go.

Make it fun to learn colors and shapes with easy matching games.

Diviertete jugando a aprender los colores y las formas con juegos faciles de memoria.

**Includes:**

- 56 two-sided Spanish Colors and Memory Match Cards



| Customers Who Bought This Game Also Bought | | |
|---|---|---|
| **NUMBERS GO FISH CHALLENGE CARDS VE A PESCAR NUMEROS** | **SPANISH / ENGLISH PUZZLE CARDS Numbers/Colors/Shapes** | **ADDITION DOMINOES DOMINO DE SUMAS CHALLENGE CARDS** |
|  |  |  |
| View Details<br>Great skill building card game in Spanish / English.<br>**Ages 3 +**<br>**Price $2.99** | View Details<br>Colorful puzzle cards feature easily recognized illustrations that link a Spanish word to its English equivalent.<br>**Ages 5 - 7** | View Details<br>Skill-building card games and activities feature a bilingual format that's perfect for ESL/ELL, SSL, and bilingual students.<br>**Ages 3 +** |



EXHIBIT
B.18w
16

| | | |
|---|---|---|
| | Price $6.95 | Price $2.99 |

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

**Have Questions? Please E-mail:** info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com, a division of Next Generation Training, Inc.

EXHIBIT
B.18w
17

**ELGames.com / Next Generation Training, Inc.**

1804 Nebraska Ave.
Palm Harbor, FL 34683
phone 727-786-4850 fax 727-786-4785
email Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2006 | 23496 |

PAID

**Bill To**

Laurie Stein

**Ship To**

Laurie Stein
MGA Entertainment
16300 Roscoe Blvd
Suite 105
Van Nuys, CA 91406

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | UG3104X | Brainy Baby Memory Game | 7.95 | 7.95T |
| 1 | TR24018 | Colors and Memory Match Juego de Memoria de Colores y Formas | 2.99 | 2.99T |
| 1 | TR24704 | Creation Memory Match Challenge Cards | 3.99 | 3.99T |
| 1 | Shipping | Shipping | 6.95 | 6.95 |
| | | Credit Card #:<br>Card Expiration:<br>Card Type:<br><br>E-Mail:<br>Phone: | | |
| | | | Subtotal | $21.88 |
| | | | Sales Tax (0.0%) | $0.00 |

Thank You for shopping at www.EducationalLearningGames.com

**Total** **$21.88**

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp

EXHIBIT
B.18r

ELGames.com / Next Generation Training, Inc.
1804 Nebraska Ave.
Palm Harbor, FL 34683

07/06/2006

SALE Total: $21.88

Exp. Date:
Name: Laurie Stein

| | | | |
|---|---|---|---|
| Auth. Code: | 146143 | QuickBooks Trans. No: | 23496 |
| Trans. ID: | MA0011472346 | Merchant No.: | 4269283000162085 |

Thank you for your business

CUSTOMER COPY

EXHIBIT
B.18r