
Game Cards
Creation
Memory Match
"God blessed
...venth day and
made it holy."
WILD
...ARD
Play & Learn Anywhere!

EXHIBIT
B.19


Creation
Memory Match
In the beginning...
visit us at www.trendenterprises.com

EXHIBIT
B.19

**ELGames.com / Next Generation Training, Inc.**

1804 Nebraska Ave.
Palm Harbor, FL 34683
phone 727-786-4850 fax 727-786-4785
email Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/6/2006 | 23496 |

PAID

**Bill To**

Laurie Stein

**Ship To**

Laurie Stein
MGA Entertainment
16300 Roscoe Blvd
Suite 105
Van Nuys, CA 91406

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | UG3104X | Brainy Baby Memory Game | 7.95 | 7.95T |
| 1 | TR24018 | Colors and Memory Match Juego de Memoria de Colores y Formas | 2.99 | 2.99T |
| 1 | TR24704 | Creation Memory Match Challenge Cards | 3.99 | 3.99T |
| 1 | Shipping | Shipping | 6.95 | 6.95 |
| | | Credit Card #:<br>Card Expiration<br>Card Type:<br><br>E-Mail:<br>Phone: | | |
| | | | Subtotal | $21.88 |
| | | | Sales Tax (0.0%) | $0.00 |

Thank You for shopping at www.EducationalLearningGames.com

**Total** **$21.88**

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp



EXHIBIT
B.19r

ELGames.com / Next Generation Training, Inc.
1804 Nebraska Ave.
Palm Harbor, FL 34683

07/06/2006

SALE Total: $21.88

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Name: | Laurie Stein | | |
| Auth. Code: | 146143 | QuickBooks Trans. No: | 23496 |
| Trans. ID: | MA0011472346 | Merchant No.: | 4269283000162085 |

Thank you for your business

CUSTOMER COPY



EXHIBIT
B.19r

Home | About Us | New Products | Products | Dealer Search | Contact Us | Shopping Cart | Clearance Center

Products

Product Search Results

Prev | Results List | Next

# Products




click for larger view

## T-24704 Creation Memory Match Challenge Cards®

Learn the Creation story by playing a traditional game of Go Fish, seeking out pairs with Memory Match, or sequencing cards in order. A unique, engaging learning supplement for Christian classrooms, activity centers, home, and travel. 56 two-sided cards per pack. 3 1/8" x 5 1/4". Activities included.

Ideal for Pre-Kindergarten to 3rd Grade (Ages 4 to 9).

T-24704
$3.99

Add to Cart

Christian Learning Products
Click Here!

ARGUS by TREND

Click here for Fun Idea!

Don't miss these coordinating products!



T-8168
Creation Bulletin Board Set

$9.99

TA-67704
Creation Collage ARGUS Large Poster

$2.99



EXHIBIT
B.19w
24




## More coordinating TREND products:

- T-24702 Bible Trivia Challenge Cards®
- T-24703 Bible Times Quiz Challenge Cards®
- T-85704 Our World Bolder Borders®
- TA-67713 All things are possible with God. Mark 10:27 ARGUS Large Poster

[ Home | About Us | New Products | Products | Dealer Search | Contact Us | Shopping Cart | Clearance Center | Argus Products | Christian Products ]

© Copyright 1999 TREND enterprises, Inc. Terms of Use

EXHIBIT
B.19w
25

EducationalLearningGames.com

Free Shipping over $75.00 In The Continent

THE FUN WAY TO LEARN!

no items in cart

Home | Customer Service | Contact Us

Baby - Toddler | Preschool - K | Grades
| Grades 7-12

Search Advanced Search

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-

Brain Teasers
Bible Games
Card Games
Drama/Music Games
Educational Toys
Family Games
Foreign Language
Geography Games
Government Games
History Games
Logic Games
Math Games
Magnetic Games
Mazes
Mensa Games
Money Games
Party Games
Phonics Games
Puzzles
Religious Games
Science Games
Sign Language
Spelling Games
Sport Games
Strategy Games
Time Games
Travel Games
Trivia Games
Wooden Games
Word Games

Bible/Christian Games | Jewish Games | Catholic Games

## CREATION MEMORY MATCH CHALLENGE CARD!

Build matching and sequencing skills by playing three different activitie: Memory Match, Go Fish, and telling the creation story.

Bible Games | Card Games A




**CREATION MEMORY MATCH CHALLENGE CARDS**
by Trend Enterprises, Inc.

Ages 3 +

**TR24704**
**Price: $3.99**

Quantity:

ADD TO CART
E-MAIL TO A FRIEND

**Availability:** Usually ships within 24 hours

**Game Description:**

Learn the Creation story by playing a traditional game of Go Fish, seeking out pairs with Memory Match, or sequencing cards in order. A unique, engaging learning supplement for Christian classrooms, activity centers, home, and travel.

**Includes:**

- 56 two-sided Creation Memory Match Cards
- Activities

EXHIBIT
B.19w

View Shopping Cart
Check Out

Phone: 727-786-4850
M-F 9am - 5 pm EST
Fax: 727-786-4785

E-Mail:
info@ELGames.com

**Customers Who Bought This Game Also Bought**

| NOAH'S ARK PUZZLE | NOAH'S ARK CARD GAME | NOAH'S ARK S |
|---|---|---|
|  |  |  |
| View Details<br>**60 Piece Jigsaw Puzzle**<br>Animals-Animals Everywhere! The Noah's Ark Puzzle depicts the friendly animals on the ark as they embark on their incredible journey!<br>**Ages 4 +**<br>**Price $7.99** | View Details<br>Learn the biblical story through the cards, play a classical game of go fish, or match pairs for a memory match game.<br>**Ages 3 - 8**<br>**Price $3.99** | View I<br>Noah's Ark S<br>is an adorable I<br>complete with tw<br>wooden ai<br>come tw<br>**Age:**<br>**Price :** |

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

Have Questions? Please E-mail: info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com, a division of Next Generation Training, Inc.

EXHIBIT
B.19w 27