


EXHIBIT B.42 28


Collect Them All
Gimme Gimme Toys & Games Inc.
Scratch 'n Match
MEMORY GAME

EXHIBIT B.42

**Uncle's Inc.**
uncIesgames.com

**ORDER NUMBER: 81848**
**DATE ORDERED: 2006-07-05 11:19:32**

Uncles Games, Puzzles, and More!
3808 N. Sullivan Rd. Building 8-Q, Spokane Valley, WA 99216
US
(866) 826-6959

**SOLD TO:**
Laurie Stein

United States

**SHIP TO:**
MGA Entertainment
Laurie Stein
16300 Roscoe Blvd
#105
Van Nuys, California 91406
United States

| Model | Products |
| --- | --- |
| 1 x 882998000008 | SCRATCH N' MATCH ORIGINAL MEMORY GAME |



EXHIBIT
B.42r

# EverythingSmells.com®

You smell it, We sell it!

All orders ship the next business day! FREE Ground Shipping on orders over $100!*

SHOP BY PRODUCT SHOP BY SCENT SHOP BY BRAND NEW PRODUCTS! CLOSEOUT CENTER SEARCH VIEW ORDER




## Scratch n' Match Original Memory Game

The first scented memory game of its kind provides all the wonderful scents that make you feel tingly and happy inside. From the sweet first bite of an apple pie, to the carnival smell of cotton candy and hotdogs, this game has it all! If you buy only one gift this year, this is the perfect choice. For players of all Ages.

Includes: 36 pairs of scented game tiles (including six pairs of identical secret scent tiles that can only be matched by smell), plastic storage tray, instructions. Box, shrink-wrapped, with outside Scratch N' Sniff sticker sample.

Game Box Dimensions 8 x high / 10.5 x wide / 1.5 deep

*70GG-MGO* **$12.95** Scent it to me!

Customer Service Department Gift Certificates In The Press!
Testimonials Free Giveaway! Smelly Facts Privacy Policy About Us

Copyright 2003-2006 EverythingSmells.com. EverythingSmells.com, its tagline and nose logo are all registered trademarks. Copying is prohibited. All rights reserved.

* To receive Free Ground Shipping on your order of $100 or more, enter Promotion Code: SHIPMEFREE at checkout. This offer cannot be combined with any other offer. Offer not valid for purchase of Gift Certificates. Orders $299 and over are considered "Bulk Orders" and do not qualify for this offer. For complete details, click here.



EXHIBIT B.42w

unclesgames.com
Games, Puzzles & More!

FREE SHIPPING ON ORDERS $99 !
*Offer available in the US only.





# SCRATCH N' MATCH ORIGINAL MEMORY GAME

**$14.99**

**Total Reviews:** 1 review(s)
**Average Rating:** ★★★★★

**Out of Stock**
Most items are back in stock in 2-3 weeks.

**Model:** 882998000008
**Players:** 1 or more
**Ages:** 3 to 8
**Manufacturer:** Gimme Gimme Toys & Games Inc.



Click to enlarge

With the Scratch n' Match Original Memory Game you can scratch, sniff, and match pictures of different food and drink items! Most of the cards are matched by the pictures, but the mystery cards can only be matched by scent. This is a fun new twist on a classic game!

Contents of Scratch n' Match Original Memory Game:

- 60 Scratch n' Sniff picture cards
- 12 Scratch n' Sniff mystery cards
- 1 plastic storage tray

This product was added to our catalog on Tuesday 24 May, 2005.

We also recommend:



I SPY MEMORY GAME - $19.99
Add to Cart



DISNEY MEMORY GAME -... - $8.99
Add to Cart

Customers who bought this product also purchased

Shopping Cart
0 items

Manufacturer Info
- Other products

Notifications


Notify me of updates to **SCRATCH N' MATCH ORIGINAL MEMORY GAME**

Latest Reviews


These are the cutest dice ever! Excellent quality an perfec ..
★★★★★



This is by far one of the most entertaining games I've ever ..
★★★★★

EXHIBIT B.42w 32



CHUTES AND LADDERS C... - $10.99
Add to Cart


KLUTZ HAIR BOOK OF B... - $19.95
Add to Cart



VISUAL EYES - $24.99
Add to Cart

**Customer Reviews**

Write your own review!

Reviewer: Jack white
Date Submitted: 06/16/2005

This game was fantastic, using smells and matching to teach my kids what genius thought this up?? I will be buying all of the products from this company for my kids to enjoy. I will give these game two thumbs up and a 10 star rating.

If you have questions about a product, or would like to know if we carry an item, please contact us toll free at:

**1-866-826-6959**

or by clicking on the "Contact Us" button above.

08-10-06 VERIFIED SECURE ControlScan.com

All Major Credit Cards Accepted!

BBBOnLine Reliability Program

08-10-06 BUSINESS BACKGROUND REVIEWED ControlScan.com

Business Hours:
**M - F, 8:30am - 4:30pm PST.**

Uncles Games, Puzzles, and More!
3808 N. Sullivan Rd.
Building 8-Q, Spokane Valley, WA 99216
US
(866) 826-6959

(Warehouse not open to the public)

08-10-06 PRIVACY PROTECTED ControlScan.com

©Copyright 2003

Powered by osCommerce
eCommerce Solutions by J-D Strong Consulting



**EXHIBIT B.42w**