
The Early Scholar
Le jeune écolier
El pequeño escolar
3 GAMES IN 1 · 3 JEUX EN 1 · 3 JUEGOS EN 1
FREE INSIDE · GRATUIT À L'INTÉRIEUR · INCLUIDO GRATUITAMENTE
Memo-Lingo
Matching, memory and language learning games
Jeux d'association, de mémoire et d'apprentissage linguistique
Juegos de asociaciones, de memorización y de aprendizaje lingüístico
McWiz
WARNING :
CHOKING HAZARD - Small parts
Not for children under 3 years.
Activity Kit · Trousse d'activ

EXHIBIT
B.64


Memo-Lingo
d'activités · Kit de la actividad · Activity Kit
THE ALPHABET
MATH
SHAPES AND COLORS
Kids use the board to practice writing their letters, numbers and shapes.
Ages: 4 - 8
LES FORMES ET LES COULEURS
Les enfants utilisent le tableau pour s'exercer à faire des lettres, des nombres et des formes.
Ages 4 - 8
EL ALFABETO
LAS MATEMATICAS
LAS FORMAS Y LOS COLORES
Los niños utilizan el pizarrón para praticar las letras, los números y las formas.
Edades
Contents
board, chalk & eraser
instructions & activity booklet
audio CD for correct pronunciations
Contenu
94 cartes-images
tableau, craies et brosse à effacer
livret d'activités et règles des jeux
CD audio pour une prononciation exacte
Contenido
94 cartas con ilustraciones
pizarrón, tizas y borrador
libreta con las reglas del juego y actividades
CD audio para una pronunciación exacta
Distributed by McWiz
Distribué par McWiz
www.mcwiz.com
Distribuido por McWiz
www.mcwiz.com

EXHIBIT
B.64

TOYS"R"US | BABIES"R"US

**Returns Address**
Toysrus.com Return Center
5765 GreenPointe Drive
Groveport, OH 43125

**Billing Address:**
Laurie Stein
[redacted]
US

**Shipping Address:**
Laurie Stein
MGA Entertainment Inc.
16300 Roscoe Blvd 105
Van Nuys, CA 91406
US

**Your Order of 7/20/2006** (Customer Order Number: 1786150364)

| Qty | Item |
|---|---|
| | IN THIS SHIPMENT |
| 1 | 002902197 |
| | 4099199 |
| | THE EARLY SCHOLAR |

Thank you for your recent purchase at Toys"R"Us & Babies"R"Us.
You can check the status of your entire order in the My Account section of our website.

**RETURNS MADE EASY**

Items may be returned within 30 days in unopened or original condition to our Toysrus.com Return Center. Most items may also be returned to a Toys"R"Us or Babies"R"Us store with this packing slip for merchandise credit.
Please visit www.toysrus.com/returns for details on returns.

★ **Include this packing slip with your return and indicate the reason for returning the item(s).**

**Reason for Return (check one box)**

- Changed my mind
- Didn't like the item
- Item arrived damaged
- Ordered wrong item
- Received wrong item
- Received wrong size
- Item is defective
- Item did not fit
- Not as pictured
- Poor quality
- Arrived too late
- Other ________

93282550

★ **Please attach the address label below to your return shipment.**

**Ship To:**
**Toysrus.com Return Center**
**5765 GreenPointe Drive**
**Groveport, OH 43125**

48941158003

EXHIBIT
B.64r

36

# THE WISE OLD OWL
## OF EDUCATIONAL GAMES







**MEMO-LINGO ACTIVITY KITS allow kids to...**

**- develop several areas of their learning process, all while having fun**
**- stimulate their memory**
**- enhance visual recall and recognition skills**
**- develop language skills**
**- learn basic, everyday vocabulary in English, Spanish and French**
**- enhance motor skills**




## THE LITTLE APPRENTICE (3 -7 years)

**Animals and Their Young** (30 cards)

**Opposites** (30 cards)

**Food and its Origin** (24 cards)

Modeling dough (2 colors)

Reusable activity booklet

Audio CD




## THE EARLY SCHOLAR (4-8 years)

**The Alphabet** (58 cards)

**Math** (18 cards)

**Shapes and Colors** (18 cards)

Board, chalk and eraser

Reusable activity booklet

Audio CD

EXHIBIT B.64w