
The Little Apprentice
L'apprenti-Sage
EL AprendiSabio
3 GAMES IN 1 · FREE INSIDE · GRATUIT À L'INTÉRIEUR · INCLUIDO GRATUITAMENTE · 3 JUEGOS EN 1 · 3 JEUX EN 1
MeMo-LiNGo
Matching, memory and language learning games
Jeux d'association de mémoire et d'apprentissage linguistique
Juegos de asociaciones de memorización y de aprendizaje lingüístico
WARNING:
CHOKING HAZARD - Small parts
Not for children under 3 years.
Activity Kit · Trousse d'activité


EXHIBIT
B.65


Memo-Lingo
d'activités · Kit de la actividad · Activity Kit
Memo-Lingo's THE LITTLE APPRENTICE allows kids to...
L'APPRENTI-SAGE de Memo-Lingo permet aux enfants...
EL APRENDISABIO de Memo-Lingo permite que los niños...
THE LITTLE APPRENTICE teaches kids about...
L'APPRENTI-SAGE permet aux enfants d'en apprendre sur...
Jugar al APRENDISABIO permite que los niños aprendan acerca de...
• ANIMALS AND THEIR YOUNG
• FOOD AND ITS ORIGIN
• OPPOSITES
• LES ANIMAUX ET LEURS PETITS
• LES ALIMENTS ET LEUR PROVENANCE
• LES CONTRAIRES
• LOS ANIMALES Y SUS CRÍAS
• LOS ALIMENTOS Y SU PROCEDENCIA
• LOS OPUESTOS
Ages: 3 - 7
Âges 3 - 7
Edades 3 - 7
Contents
• 84 picture cards
• 2 containers of modeling dough
• instructions & activity booklet
• audio CD for correct pronunciation
Contenido
• 84 cartas con ilustraciones
• 2 contenidores de plastilina
• libreta con las reglas del juego y actividades
• CD audio para una pronunciación exacta
McWiz
Distributed by McWiz
www.mcwiz.com
Distribué par McWiz
www.mcwiz.com
Distribuido por McWiz
www.mcwiz.com

EXHIBIT
B.65

TOYS"R"US | BABIES"R"US

**Returns Address**
Toysrus.com Return Center
5765 GreenPointe Drive
Groveport, OH 43125

**Billing Address:**
Laurie Stein
[redacted]
US

**Shipping Address:**
Laurie Stein
MGA Entertainment Inc.
16300 Roscoe Blvd 105
Van Nuys, CA 91406
US

**Your Order of 7/20/2006** **(Customer Order Number: 1786150364)**

| Qty | Item |
|---|---|
| | IN THIS SHIPMENT |
| 1 | 002902196 |
| | 4099198 |
| | THE LITTLE APPRENTICE |

Thank you for your recent purchase at Toys"R"Us & Babies"R"Us.
You can check the status of your entire order in the My Account section of our website.

**RETURNS MADE EASY**

Items may be returned within 30 days in unopened or original condition to our Toysrus.com Return Center. Most items may also be returned to a Toys"R"Us or Babies"R"Us store with this packing slip for merchandise credit.
Please visit www.toysrus.com/returns for details on returns.

★ **Include this packing slip with your return and indicate the reason for returning the item(s).**

**Reason for Return (check one box)**

- ☐ Changed my mind
- ☐ Didn't like the item
- ☐ Item arrived damaged
- ☐ Ordered wrong item
- ☐ Received wrong item
- ☐ Received wrong size
- ☐ Item is defective
- ☐ Item did not fit
- ☐ Not as pictured
- ☐ Poor quality
- ☐ Arrived too late
- ☐ Other ________

93282542

★ **Please attach the address label below to your return shipment.**

**Ship To:**
**Toysrus.com Return Center**
**5765 GreenPointe Drive**
**Groveport, OH 43125**

48941158002

EXHIBIT
B.65r

# THE WISE OLD OWL
## OF EDUCATIONAL GAMES







**MEMO-LINGO ACTIVITY KITS allow kids to...**

**- develop several areas of their learning process, all while having fun**
**- stimulate their memory**
**- enhance visual recall and recognition skills**
**- develop language skills**
**- learn basic, everyday vocabulary in English, Spanish and French**
**- enhance motor skills**



## THE LITTLE APPRENTICE (3 -7 years)

**Animals and Their Young** (30 cards)

**Opposites** (30 cards)

**Food and its Origin** (24 cards)

Modeling dough (2 colors)

Reusable activity booklet

Audio CD



## THE EARLY SCHOLAR (4-8 years)

**The Alphabet** (58 cards)

**Math** (18 cards)

**Shapes and Colors** (18 cards)

Board, chalk and eraser

Reusable activity booklet

Audio CD

EXHIBIT
B.65w