
2 to 5 Players Ages 5 to Adult
Reinhard Staupe's
Sherlock™
The Game Where Memory and
Deduction are "Elementary"!
Kinderspiel des Jahres
2003
Bright Idea Games
PLAYROOM
entertainment

EXHIBIT
B.66


Reinhard Staupe's
Sherlock™
Kinderspiel des Jahres
2003
NOMINEE
Around the circle looking for clues, Sherlock uncovers the cards that you choose.
Players must remember each clue that he passes, Was it the present? The pencil? The drum? The glasses?
Land on an item, while back and forth you go, And add it to your stack to make your score grow!
A Memory Game For the Whole Family!
Contents: 50 Playing Cards & Instructions
Instrucciones en español
Instructions en français
PLAYROOM entertainment
CE
For 2 to 5 Players
15 Minute Playing Time
Ages 5 to Adult
Item # PLE74100
ISBN # 1-93269703-9
MADE IN CHINA
© 2004 Playroom Entertainment. All rights reserved. Playroom Entertainment and the Playroom Entertainment logo are trademarks of Playroom Entertainment. Sherlock is a trademark of Reinhard Staupe, used under license. Artwork by Oliver Freudenreich

EXHIBIT
B.66

TOYS"R"US | BABIES"R"US

**Returns Address**
Toysrus.com Return Center
5765 GreenPointe Drive
Groveport, OH 43125

**Billing Address:**
Laurie Stein
[redacted]
US

**Shipping Address:**
Laurie Stein
MGA Entertainment Inc.
16300 Roscoe Blvd 105
Van Nuys, CA 91406
US

**Your Order of 7/20/2006** **(Customer Order Number: 1786150364)**

44

| Qty | Item |
|---|---|
| | IN THIS SHIPMENT |
| 1 | 002879257 |
| | 4098559 |
| | SHERLOCK |

Thank you for your recent purchase at Toys"R"Us & Babies"R"Us.
You can check the status of your entire order in the My Account section of our website.

**RETURNS MADE EASY**

Items may be returned within 30 days in unopened or original condition to our Toysrus.com Return Center. Most items may also be returned to a Toys"R"Us or Babies"R"Us store with this packing slip for merchandise credit.
Please visit www.toysrus.com/returns for details on returns.

★ **Include this packing slip with your return and indicate the reason for returning the item(s).**

**Reason for Return (check one box)**

- Changed my mind
- Didn't like the item
- Item arrived damaged
- Ordered wrong item
- Received wrong item
- Received wrong size
- Item is defective
- Item did not fit
- Not as pictured
- Poor quality
- Arrived too late
- Other ________

93026527

★ **Please attach the address label below to your return shipment.**

**Ship To:**
**Toysrus.com Return Center**
**5765 GreenPointe Drive**
**Groveport, OH 43125**

**48941158001**

EXHIBIT
B.66r




PRODUCT ZOOM



# Sherlock - The Game Where Memory and Deduction are "Elementary"!

by: Playroom Entertainment

As Sherlock goes around and searches the clues, every player tries to remember each of the eight objects hidden in a facedown circle of cards. Then, Sherlock travels from one card to another. Each time Sherlock stops at a facedown card, the... (read more)

**Manufacturer's Age:** 5 years and up

**Our Recommended Age:** 5 years and up (details)

**Availability:** In stock, leaves warehouse in 2 - 3 full bus. days. - (details)

**Purchase Limit:** 1 item per customer

Our Price: **$8.99**

Qty: 1 ADD ITEM(S) TO CART

ADD TO BABY REGISTRY

ADD TO MY WISH LIST

EMAIL A FRIEND

RELATED ITEMS



Game Snacks Po
Culture Interacti
DVD Trivia Game
Our Price: **$12.!**

Include this item when you to cart



Game Snacks
Family Show Dov
Interactive DVD
Trivia Game
Our Price: **$12.!**

Include this item when you to cart



Rocketville
List Price: ~~$39.9~~
Our Price: **$19.!**

Include this item when you to cart

Grand Tribunal

## PRODUCT INFORMATION

**Product Description**

As Sherlock goes around and searches the clues, every player tries to remember each of the eight objects hidden in a facedown circle of cards. Then, Sherlock travels from one card to another. Each time Sherlock stops at a facedown card, the player has to remember which object is on that card. Sherlock continues to move, as long as the player guesses correctly. If Sherlock travels to a face-up card, then the player gets to keep that card. The first player to collect six cards wins!

**Manufacturer's Age:** 5 years and up

**Our Recommended Age:** 5 years and up (details)

**Note:** Gift wrap is not available for this item.

**Item #:** 26527

**SKU:** 5D127A4F

**UPC/EAN/ISBN:** 803004741005

**Manufacturer #:** PLE 74100

EXHIBIT
B.66w

Add Your Own Review of this Product