UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**NOTICE OF FILING DECLARATION OF JADE L. ZIKE WITH EXHIBITS**

## DECLARATION OF JADE L. ZIKE

I, Jade L. Zike, hereby declare the following:

1. I am an attorney duly admitted to practice before the Courts of the State of California. I am an associate at Sheppard Mullin Richter & Hampton LLP in Los Angeles, attorneys of record for defendant and counterclaimant MGA Entertainment, Inc. ("MGA). I work with lead counsel for MGA in this matter, Kent R. Raygor, a partner at Sheppard Mullin Richter & Hampton LLP in Los Angeles. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party "adult" memory games from online stores**: In connection with this litigation, I purchased adult-oriented matching games currently marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game.

3. I visited the following online stores on the date indicated. At these stores, I found the following memory games. I purchased the indicated games. They are physically located in a room in my law firm. They were made available to counsel for Hasbro for inspection. They continue to be available for inspection. True and correct copies of the packaging of each of the games are attached hereto as **EXHIBITS B.68**, **B.69**, and **B.70**. True and correct copies of the receipts for these purchases (with personal information redacted) are

attached hereto as **EXHIBITS B.68r**, **B.69r**, and **B.70r**. True and correct copies of the content of the web pages showing and/or describing those games are attached hereto as **EXHIBITS B.68w**, **B.69w**, and **B.70w**.

| HEAR-ING EXHIBIT NO. | OPPOSI-TION EXHIBIT NO. | PRODUCT NAME | DESCRIPTION | STORE/ IN STORE LOCATION DESCRIPTION | URL | COPYRIGHT /MFTR | PUR-CHASE DATE |
|---|---|---|---|---|---|---|---|
| **B.68** | 7.13 (Internet printout only) | EROTIC MEMORY GAME | "As simple as the memory games of childhood . . ." | www.chroniclebooks.com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=0811838463&itm=82 | Chronicle Books | 7/20/06 |
| **B.69** | 7.11 (Internet printout only) | STRIP DÉJÀ VU: A VERY SEXY MEMORY GAME! [TAGLINE: NOT YOUR TYPICAL MEMORY GAME] | Strip Déjà vu! is a memory game for adults . . . This game puts your memory to the test." | www.Sediva.com | http://www.sediva.com/10750.html?nav=cc0 | © Ozze Creations Inc. | 7/20/06 |
| **B.70** | 7.10 (Internet printout only) | WILLIE'S WILD CARD GAMES | Includes "Willie Match (similar to the classic Memory Game)" | www.FantasyGifts.com | http://www.fantasygifts.com/tek9.asp?pg=products&specific=jqmncsf0 | ©2003 Georges Fun Factory | 7/20/06 |

4. On July 3, 2006, I visited the Walmart in Baldwin Hills, California. There, I went to the games section where I saw the I SPY MEMORY GAME on a shelf directly next to Hasbro's Blue's Clues themed "Memory" Game. I then purchased a disposable camera and took pictures of these games, as placed by the store. I did not move the games or alter their appearance in any way. True and correct copies of these photographs are attached hereto as **EXHIBIT M.1** (previously submitted as **Appendix 15** to MGA'S OPPOSITION).

5. **Hasbro game advertised with old type-face:** Amazon.com advertises a game on its website at www.amazon.com called "Children's Memory Game Travel Edition" by Milton Bradley. The picture of this game provided by Amazon.com shows a box with, among other things, the word "Memory" in white, sentence case, type-face font, against a black background. The picture also shows a game that folds vertically and has pop-up windows that reveal the pictures beneath (shown below). Attached hereto as **EXHIBIT K.7w** is a true and correct copy of screenprints from the Amazon.com website showing this game as advertised, printed by myself on June 22, 2006.




6. On Sunday, June 18, 2006, I placed an order for the "Children's Memory Game Travel Edition" by Milton Bradley, as shown with the white, sentence case, type-face font, on Amazon.com. Attached hereto as **EXHIBIT K.7r** is a true and correct copy of the receipt for this order.

7. On June 21, 2006, I received my purchase from Amazon.com. However, it was *not* the game, as depicted on Amazon.com. Instead, I received a travel version of a game

by Milton Bradley entitled "MEMORY GAME." True and correct copies of the packaging of this game are attached hereto as **EXHIBIT K.7**. Unlike the advertised version, the title on this box is in all capital letters. Furthermore, the word "MEMORY" is not in type-face font and is written in yellow outlined by blue. Shown below is a true and correct photograph taken on June 22, 2006 of the "MEMORY GAME" that I received from Amazon.com on June 21, 2006 in response to my June 18, 2006 order of the "Children's Memory Game Travel Edition" by Milton Bradley as shown with white, sentence case, type-face font.




8. The game that was delivered also does not resemble the game as advertised on Amazon.com. The delivered game opens horizontally and contains a deck of small cards that must be individually laid out and turned over. Below are true and correct photographs taken on June 22, 2006 of the game as delivered on June 21, 2006.






9. The insert for the 'MEMORY GAME" delivered states "©2005 Hasbro, Pawtucket, RI 02862. All Rights Reserved. TM and ® denote U.S. Trademarks. MEMORY games manufactured by Hasbro under license from Ravensburger AG." Below is a true and correct excerpt from relevant portion of this insert. Attached hereto as **EXHIBIT K.7** is an enlarged copy of the insert included with the 'MEMORY GAME" as delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 25, 2006, at Los Angeles, California.

JADE L. ZIKE

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
gliebennan@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Notice of Filing Declaration of Jade L. Zike with Exhibits. The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 28, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman