


EXHIBIT
B.68

# *Erotic* MEMORY GAME

by *Dale Gottlieb*

Why not make a game of it tonight? With 18 pairs of wooden tiles, each artfully illustrating a sex act, the *Erotic Memory Game* is bound to put you in a frolicsome mood. Turn over the tiles, find a match, and what happens next is up to you. . . .



Text and illustrations © 2004 Dale Gottlieb. All rights reserved.
Design by Alethea Morrison. Manufactured in Thailand.
Typeset in Hoefler Text and Dalliance.

CHRONICLE BOOKS
85 SECOND STREET
SAN FRANCISCO, CA 94105
WWW.CHRONICLEBOOKS.COM

$22.95 U.S.
ISBN 0-8118-3546-3

EXHIBIT B.68

*"Together, facing each other, let us make the stuff of realization!"*—Li Ho, Taoist poet

Erotica has always aroused the noblest intentions. Not to be confused with pornography, erotic art's function is to inspire romance, love, and intimacy. The philosophy of uniting mind, body, and spirit is expressed in the sensual images of all cultures.

Art has always filled the void between convention and our natural compulsion to express our sexuality. Sometimes, even the simplicity of a line drawing can make us feel free, light, and filled afresh with imagination.

The *Erotic Memory Game* will tickle, tease, and oust inhibitions, with various positions of intimacy. As simple as the memory games of childhood, the tiles begin face down and friends and lovers take turns, trying to make a match. Keep playing and who knows what will happen next?

**Jade Zike**

**From:** Chronicle Books [webmaster@chroniclebooks.com]
**Sent:** Thursday, July 20, 2006 5:02 PM
**To:** Jade Zike
**Subject:** Order Confirmation #36139

Order Confirmation from chroniclebooks.com

Jade Zike

Thanks for shopping with us today!

As a thank-you for being a new chroniclebooks.com customer, we invite you to take 30% off your next order. Just use the following coupon code during checkout:

The following are the details of your order.
------------------------------------------------------
Order Number: 36139
Date Ordered: Thursday July 20, 2006
Detailed Invoice: https://www.chroniclebooks.com/site/catalog/index.php?main_page=account_history_info&order_id=36139

Products
------------------------------------------------------
1 x Erotic Memory Game (0811838463) = $9.18
------------------------------------------------------
Sub-Total: $9.18
UPS Ground (7-10 Business Days): $4.50
CA TAX 8.5%: $0.78
Total: $14.46

Delivery Address
------------------------------------------------------

------------------------------

Payment Method
------------------------------------------------------

-----
This email address was given to us by you or by one of our customers. If you feel that you have received this email in error, please send an email to webmaster@chroniclebooks.com

**EXHIBIT**
**B.68r**

Help | Log Out

Books | Kids | Gifts

Search GO Advanced Sea

**What's Hot**
Best-Sellers
Hot Titles
Just Released
Podcasts
News

**Browse**
Art + Design
Children's Books
Eclectic
Food
Literature
Pop Culture
Travel
Season Published

**More**
Bargain Books
E-newsletters
E-postcards
Events
Monthly Features

## Thank You! We Appreciate your Business!

Your order has been accepted and will be shipping soon.

**Your order number is: 36139**

You can view your order history by going to the My Account page and by clicking on view all orders.

Please direct any questions you have to customer service.

About Us | Contact Us | Jobs | Press | Permissions | Submissions | Copyri

EXHIBIT
B.68r

EXHIBIT B.68w

amazon.com | Your Store | Health & Personal Care | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Browse Brands & Products | Top Sellers | Health Care | Personal Care | Shaving & Hair Removal | Nutrition & Fitness | Food & Snacks | Sales & Special Offers

Search Health & Personal Care GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in .



See larger image

Share your own customer images

**Erotic Memory Game, Passionate Playtime for Lovers**

Other products by Adult Games

**Price: $19.99**

**Availability:** Usually ships in 1-2 business days. Ships from and sold by Mind Body Source.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

NEW LIST! Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Erotic Memory Game, Passionate Playtime for Lovers

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B000GA969K

EXHIBIT
B.68w

**Amazon.com Sales Rank:** None
Yesterday:None

This page was created by a seller.

## Product Description

**Product Description**
Why not make a game of it tonight? This special game comes in a wooden box with a beautiful velum instruction sheet. 18 pairs of wooden tiles that artfully illustrate acts, the erotic memory game is bound to enliven your frolicsome mood. Its as simple as a childhood memory game: just turn over the tiles to find a match. What happens next is up to you

## Tag this product (What's this?)

**Your tags:** Add your first tag

**Search Products Tagged with**

GO!

**See most popular tags...**

## Customer Reviews

14

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Amazon customers talk about this product and related topics.

? Help

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

EXHIBIT B.68w

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Health & Personal Care > Products

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Mind Body Source Privacy Statement | Mind Body Source Shipping Information | Mind Body Source Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.

15

EXHIBIT B.68w

Account. Policy). ◦ Visit our Help department.

**Search** Amazon.com **for** GO!

Amazon.com Home | Directory of All Stores

Our International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | Shopping Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Room | Careers

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates