


EXHIBIT
B.69

# Strip Déjà Vu!

*STRIP DÉJÀ VU!* IS A MEMORY GAME FOR ADULTS...

THIS GAME PUTS YOUR MEMORY TO THE TEST. THE PRIZE: WATCHING YOUR PLAYING PARTNER... STRIP OFF AN ARTICLE OF CLOTHING EVERY TIME YOU UNCOVER A MATCH!

EACH MATCHING PAIR ENTITLES YOU TO A FAVOR (FROM BREAKFAST IN BED TO YOUR FAVORITE POSITION)! YOU CAN CASH IN ON CERTAIN FAVORS "DURING" THE GAME IF YOU UNCOVER IDENTICAL BLUE BACKGROUND PAIRS! OTHERWISE, YOU MUST WAIT UNTIL THE END OF THE GAME ONCE YOU ADD UP YOUR CARDS.

*DON'T BE SURPRISED IF YOU END THE GAME TOTALLY NAKED!*

*CONTENTS:*

WHEEL BOARD • 60 FAVOR CARDS

PLAYING INSTRUCTIONS • NUDITY NOT INCLUDED...

**FOR ADULTS ONLY**
**2 PLAYERS**




Assembled and printed in Canada
© Ozzé Creations Inc.

EXHIBIT
B.69

# Strip Déjà Vu!

## STRIP DÉJÀ VU! NOT YOUR TYPICAL MEMORY GAME...

AS WITH MOST CONVENTIONAL MEMORY GAMES, THE OBJECTIVE IS TO MATCH THE PAIRS OF IDENTICAL ILLUSTRATIONS, EXCEPT THAT IN THIS CASE, EACH TIME YOU UNCOVER A PAIR, YOUR PLAYING PARTNER MUST REMOVE AN ARTICLE OF CLOTHING.... SO THE SEXIER YOUR UNDERGARMENTS, THE MORE EXCITING THE GAME!

THE GAME CONTAINS 60 CARDS (I.E. 30 PAIRS OF ILLUSTRATIONS)

***CARDS WITH BLUE BACKGROUND:***

IF YOU UNCOVER A PAIR OF CARDS WITH A **BLUE** BACKGROUND, CASH IN ON THE FAVOR IMMEDIATELY. TAKE A FEW MINUTES TO REALLY INDULGE YOURSELF.

***CARDS WITH PINK BACKGROUND:***

IF YOU UNCOVER A PAIR OF CARDS WITH A **PINK** BACKGROUND, WAIT UNTIL THE END OF THE GAME TO CASH IN ON THE FAVORS.

***CARDS WITH A "?":***

THIS PAIR ENTITLES YOU TO THE FAVOR OF YOUR CHOICE, TO BE REDEEMED AT THE VERY END OF THE GAME.

### *HOW TO PLAY*

SHUFFLE THE CARDS (FACE DOWN) AND SPREAD THEM OUT (ALWAYS FACE DOWN) ON THE TABLE OR FLOOR. THEN, EACH PLAYER TAKES A TURN SPINNING THE WHEEL. THE PLAYER WITH THE HIGHEST NUMBER STARTS THE GAME.

AT EVERY TURN, PLAYERS MUST SPIN THE WHEEL TO DETERMINE THE NUMBER OF CARDS THEY ARE PERMITTED TO UNCOVER (FROM TWO TO FOUR CARDS). KEEP THE MATCHING CARDS. RE-FLIP THE REMAINING CARDS FACE DOWN, REMEMBERING TO MEMORIZE THE ILLUSTRATIONS. ONCE THERE ARE ONLY 12 CARDS STILL IN PLAY, PUT AWAY THE WHEEL AND LIMIT YOURSELF TO UNCOVERING TWO CARDS AT A TIME.

Home | Shopping Cart | Logout | Customer service

Toll Free Orderline: (866) 473-3482

You are here: Order Detail

## Navigation

Sex Toys
Condoms
Lubricants
Sex Swings
Video & DVD
Fetish & BDSM
Arousal Potions
Massage & Body
Books & Erotica
Holiday & Party
Body Toppings
Games & Gifts
Body Jewelry
Sexy Music
Lingerie

## Guarantee

## Newsletter

Sign up for our newsletter! "Sensual Adventures" is issued once a month with the latest...

Your email

Subscribe

## Information

FAQ's
About us
Testimonials
Track your order
Press & Media
Link to us
Links

## Policies

YOUR ORDER DETAIL

**ORDER NUMBER: 22546**

ORDER DATE: 20-Jul-2006 04:56PM

**Ship to:** **Bill to:**

Jade Zike
Sheppard Mullin Richter & Hamp
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
United States

**Order Status:** pending (cancel this order)
**Payment Method:**
**Contact phone:** 310-228-3700
**Contact email:** jzike@sheppardmullin.com
**Shipping method:** UPS Ground

Shipped on or before Friday, July 21
Delivered on or before 10 **business** days.

- West coast: usually 1-3 business days
- Central: usually 4-6 business days
- East coast: usually 7-10 business days
- 10 business days from Thursday, July 20 is **Thursday, August 03**
- Delivery date is not guaranteed

| *Item* | *Sku* | *Qty* | *Each* | *Total* |
|---|---|---|---|---|
| Strip Deja Vu! Rate this product. | 10750 | 1 | $19.99 | $19.99 |

| | |
|---|---|
| SUBTOTAL | $19.99 |
| SALES TAX | $0.00 |
| SHIPPING | $8.50 |
| HANDLING | $0.00 |
| **ORDER TOTAL** | **$28.49** |

print friendly

<- Back

## Shopping Cart

-- No items in cart --

## Search

Search

## Recent Pages

Strip Deja Vu!

## Best Sellers

1 Smartballs
2 Liquid Silk
3 Rabbit Pearl
4 Bodyperks
5 Anti-Bacterial Toy Cleaner
6 Little Flirt
7 Happy Penis
8 The Great American Challenge
9 Cyberskin Couples Cockring
Show all best sellers

## Search By Price

Find items priced from:

$0 to

$10

All categories

Find Now

## New Items

Max Desire
MAGDALENE
UNVEILED

EXHIBIT B.69r

- Guarantee
- Email policy
- Privacy policy
- Shipping policy
- Packaging policy
- Security policy
- Return policy
- Terms of use

### Articles

- Tantric Love Tips
- The Divine Goddess
- Tantric Massage Oils
- Yoni: The Sacred Space
- What is the Kama Sutra?
- The Art of Sexual Positions
- How to buy Sex Lubricant
- How to buy a Sex Swing
- How to buy a Cock Ring
- How to buy an Anal Toy
- How to buy a Vibrator
- All about Cock Rings
- All about Sex Toy Materials

- Best American Erotica 2006
- I Rub My Duckie Travel Massager
- The Multi-Orgasmic Couple
- Tasty Wear Tri-Top
- Herotica 6 Audio Book CD
- Straight Girls Guide to Sleeping with Chicks
- Hardness Factor Audio CD

Show all new items

### On Sale

- Bottoming Kit
- Vac-U-Lock 8 inch Classic Dong
- Devons Private Pleasures
- Dolly Dolphin II
- Skin Tight Pocket Pal
- You Can Last Longer
- Fleshlight - Butt
- Bad Boy Christmas Stocking
- Sheer Stockings

Show all on sale

**S E N S U A L   A D V E N T U R E S**

© 2005 The Sediva Company. All rights reserved - All models are 18 years or older

Site Map

EXHIBIT
B.69r

**Strip Deja Vu! Romantic Games for Couples - Microsoft Internet Explorer**

File Edit View Favorites Tools Help

Address http://www.sediva.com/cgi-bin/sediva/10750.html?nav=cc0 Go Links

Google "strip deja vu" Search 7348 blocked Check AutoLink AutoFill

Sediva

**Home | Shopping Cart | Login | Customer service**

**Toll Free Orderline: (866) 473-3482**

You are here: Games & Gifts > Romantic Games for Couples > Strip Deja Vu!

- Sex Toys
- Condoms
- Lubricants
- Sex Swings
- Video & DVD
- Fetish & BDSM
- Arousal Potions
- Massage & Body
- Books & Erotica
- Holiday & Party
- Body Toppings
- **Games & Gifts**
  - **Romantic Games for Couples**
    - Sex Secret




1 2
(additional images)

Zoom image

Email this page

Item: **10750**

Status: **In stock**

Ships: **Next business day**

Price: **$19.99**

Quantity: 1

Purchase: Add to cart

**Customers also bought:**

Sheer Body Suit

Knight

Blue Crystal Nipple Rings

**FREE shipping!**
Click for Details
-- No items in cart --

Search

Strip Deja Vu!

Internet



EXHIBIT
B.69w


Item: 10750 - Microsoft Internet Explorer
Strip Déjà Vu!
FOR ADULTS ONLY
A VERY SEXY MEMORY GAME!
MANA...
Sent It...
#7086...
Strip D...
Item: ...