
Great Fun for Bachelorette Parties, Birthday Parties, Girl's Night Out, Bar-Hopping and Over The Hill!
Willie's
WILD CARD GAMES
5 Fun games Included! They're also regular cards!

EXHIBIT
B.70


Shorty!
Muff Diver!
Old Willie!
Includes the following games: Willie Match (similar to the classic Memory Game), Old Willie (similar to Old Maid), Go Willie (similar to Go Fish), Crazy Willie (similar to Crazy Eights), and Find that Willie (a fun scavenger hunt game to play at nightclubs). You can also play any card game that uses a standard deck of cards. FUN!!

EXHIBIT
B.70

**MATCH THE WILLIE!** *(Plays like the Classic Memory Game)*

Keep the Jokers in the deck and shuffle the cards. Place all the cards face down in a grid pattern in the center of the table. The grid should be 9 cards across and 6 cards down. The first player flips over one card, keeping it in the same spot in the grid pattern. The same person flips over a second card in hopes to find a match to the first card they already flipped over. A "match" is only considered a match if the Willie shown on each card is the same. The suit of the two cards will differ. If it is a match, the player gets to keep both cards and continues their turn until the two cards flipped over do not match.

When the two cards are not a match, the player must flip both cards back over so they are face down, and play continues to the next player to the left. The goal is to try to remember the location of all the Willies that have already been flipped over so they can be matched up to their mate on the players next turn. Whoever collects the most Willie matches wins the game and gets to dance with the hottest guy in the bar later in the evening! All of the losers have to promise to help make this happen!

**CRAZY WILLIE!** *(Plays like the game Crazy Eights)*

Keep Jokers in the deck and shuffle the cards. Deal six cards to each player, keeping the remainder of the cards as a "draw" pile. Flip over the top card from the "draw" pile and place it face up next to the "draw" pile, creating a "discard" pile. All "eights" and Jokers are wild cards in this game. To begin play, the first player discards one of the cards in their hand that matches (either by suit or by number) the card that is face up, or they can throw a wild card. Whenever a wild card is played, the person that played it gets to name any suit they want (most likely the suit they are holding the most of). If the player does not have any cards that match the face-up card (either by suit or by number) or any wild cards, they must draw from the "draw" pile until they draw a

*continued on reverse*

# Fantasy Gifts, Inc.

THANK YOU FOR YOUR ORDER! Please SAVE and/or PRINT this page for your records.

| 7/20/2006 6:49:29 PM | ORDER ID: 30623000 |
|---|---|
| **BILL TO** | **SHIP TO** |
| | |

| SKU | Product | Status | Carrier | Tracking# | Price | Qty | Total |
|---|---|---|---|---|---|---|---|
| 005438 | - Playing Cards: Willie's Wild | Awaiting Payment | | | $9.95 | 1 | $9.95 |

**Sub-Total: $9.95**
**Tax: $0.00**
**Shipping: Ground = $7.50**
**Grand Total: $17.45**

This receipt constitutes agreement with the www.fantasygifts.com Returns and Refunds policies.
© Copyright 1993-2006 LINE9 Corporation - All Rights Reserved Worldwide.

« To continue shopping, please click here.

**EXHIBIT**
**B.70r**

**Fantasy Gifts, Inc.**
4555 West 77th Street
Edina, MN 55435
**Phone:** 877.313.4438
**Fax:** 952.920.0778

**Contact Seller:**
http://www.fantasygifts.com/contact
**Accounts & Tracking:**
http://www.fantasygifts.com/extranet

# Web Order

| **Order Placed:** 7/20/2006 6:49:29 PM | **Order ID:** 30623000 |
|---|---|
| **BILL TO** | **SHIP TO** |
| | |

| **Product** (sku) | **Status / Carrier** | **Tracking #** | **Price** | **Qty** | **Total** |
|---|---|---|---|---|---|
| - Playing Cards: Willie's Wild (005438) | In Progress / | | $9.95 | 1 | $9.95 |

**Sub-Total: $9.95**
**Tax: $0.00**
**Shipping: Ground = $7.50**
**Grand Total: $17.45**

EXHIBIT
B.70r

EXHIBIT
B.70w

Fantasy Gifts™ Now in our 26th year

home about us my account your privacy customer service contact us store locator

BuyNow ↓

vibrators
sex toys
books & dvds
novelties
liquid sensations
lingerie
shoes
restraints
condoms
signature items

find the perfect toy

Special items available only on the web

Fantasy Gifts. AT HOME LEARN MORE▸

## - Playing Cards: Willie's Wild Card Games

Great fun for bachelorette parties, birthday parties, girl's night out, bar-hopping and over the hill!

5 Fun games included! They're also regular cards!

Includes the following games:

- Willie Match (similar to the classic Memory Game)
- Old Willie (similar to Old Maid)
- Go Willie (similar to Go Fish)
- Crazy Willie (similar to Crazy Eights)
- Find that Willie (a fun scavenger hunt game to play at nightclubs)

You can also play any card game that uses a standard deck of cards. FUN!!!




**Product Details:** (sku:005438)

- **Your Price:** $9.95 (per Item)
- **Category:** All Occasions, Bachelor/Bachelorette, Games, NOVELTIES, More..
- **Ship Time:** ☑ In Stock - Ready for Shipping!

**Buy a - Playing Cards: Willie's Wild Card Games now!**

▸ Please click "Buy Now" to buy this product:

Buy Now (+) View Cart (V)

Something for Every Body™

© 2006 Fantasy Gifts - all right reserved

EXHIBIT
B.70w