AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Hasbro, Inc.

V.

M&A Entertainment, Inc.

## EXHIBIT AND WITNESS LIST

Case Number: CA06-262S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Landsman | Lieberman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | Taped | J. Theall |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 8/29 | ✓ | | Copy of Memory games H002414 |
| | B | " | ✓ | | Copy of My Little Pony Memory game H002416 |
| | C | " | ✓ | | Copy of My Little Pony Memory game H002417 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.