UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**NOTICE OF FILING DECLARATION OF SAM KHARE WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

**DECLARATION OF SAM KHARE**

I, Sam Khare, hereby declare the following:

1. I am an attorney duly admitted to practice before the Courts of the State of California. I am In-House Counsel for MGA Entertainment, Inc. ("MGA"). This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation, I looked for matching games currently or formally marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game.

3. I visited the following physical store on the date indicated. At this store, I found the following memory games. Both of these games were located in the toy section of the store and were featured in end cap displays. I purchased the indicated games. I am informed that these games are physically located in a room at lead counsel's law firm. I am also informed that they were made available to counsel for Hasbro for inspection and that they continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.16** and **B.24**. True and correct copies of the receipts for my purchases of these games are attached hereto as **EXHIBITS B.16r** and **B.24r**.

| **HEARING EXH. #** | **OPPOS. EXH. #.** | **PRODUCT NAME** | **STORE / IN STORE LOCATION** | **COPYRIGHT** | **PURCHASE DATE** |
|---|---|---|---|---|---|
| **B.16** | **2.16** | BILINGUAL MEMORY MATE | Target, West Hollywood, CA | © 2006 Cardinal Industries, Inc. | 6/30/06 |
| **B.24** | **2.24;**<br>**3.1** (Internet printout only) | MEMORY CARD GAME | Target, West Hollywood, CA | © Hoyle Products | 6/30/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2006, at Van Nuys, California.

SAM KHARE

400054697.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **NOTICE OF FILING DECLARATION OF SAM KHARE WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL.** The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 29, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman