
For 1 or More Playe
LEAP FROG
Bilingual
Memory Mate
Bilingual Memory Mate combines interactive play with bilingual language development!
Ready for School Skills:
✓ Object identification
✓ Basic sight words in English & Spanish
✓ Memory skills
✓ Social interaction
Cardinal
3+
YEARS

EXHIBIT
B.16


For 1 or More Players
Ages 3+
LEAP FROG
Bilingual Memory Mate
school
la escuela
Picture-to-picture matching and bilingual words provide a grow-with-me format. The unique locking system allows the child to match confidently!
Includes:
90 Spanish/English interlocking Memory Mate cards
Parent guide and instruction booklet

EXHIBIT
B.16

TARGET
EXPECT MORE. PAY LESS.

WEST HOLLYWOOD - 323-603-0004
06/30/2006 08:41 AM
RECEIPT EXPIRES ON 09/28/06

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 087101308 | LEAP FROG ME | T | 4.99 |
| 087000047 | PLAYING CARD | T | 1.77 ↓ |

| | | |
|---|---|---|
| | SUBTOTAL | 6.76 |
| T = CA TAX 8.2500% on | 6.76 | 0.56 |
| | TOTAL | 7.32 |
| | TAL PAYMENT | 7.32 |

RECEIPT ID# 2-6181-[illegible]4-7

VCD# 757-282-451

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

EXHIBIT
B.16r