
HOYLE
EMORY
Card Game
Educator Approved
Learning and Fun Rolled Into One!

EXHIBIT
B.24


This Memory card game has been designed to make game play fun and easy for children ages 3 and older. Fanciful Dinosaurs are having a party on these unique card faces — 16 different characters help children learn to recognize and match their favorites. Includes easy to follow game rules. Learn counting, simple matching skills, social interaction and basic card playing skills. Fun for kids and for the whole family.
Learning and fun are rolled into one!
0 41187 08432 2
Order Code: 8432--

EXHIBIT
B.24

TARGET
EXPECT MORE. PAY LESS.

WEST HOLLYWOOD - 323-603-0004
06/30/2006 08:41 AM
RECEIPT EXPIRES ON 09/28/06

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 087101308 | LEAP FROG ME | T | 4.99 |
| 087000047 | PLAYING CARD | T | 1.77 ↓ |
| | | SUBTOTAL | 6.76 |
| T = CA TAX 8.2500% on | | 6.76 | 0.56 |
| | | TOTAL | 7.32 |
| | | | 7.32 |

RECEIPT ID# 2-6181-1884-[illegible]-7

VCD# 757-282-451

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

EXHIBIT
B.24r