UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF YUVAL CASPI WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

# DECLARATION OF YUVAL CASPI

I, Yuval Caspi, hereby declare the following:

1. I am employed by MGA Entertainment, Inc. ("MGA") as Vice President of Product Development, Toys. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation, I looked for matching games currently or formally marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game.

3. I visited the following physical store on the date indicated. At this store, I found the following memory game. I purchased this game. I am informed that the games are physically located in a room at lead counsel's law firm. I am also informed that they were made available to counsel for Hasbro for inspection and that they continue to be available for inspection. True and correct copies of the packaging for this game are attached hereto as **EXHIBITS B.67**. A true and correct copy of the receipt for my purchase of this games is attached hereto as **EXHIBIT B.67r**. This game is also available for purchase at the Internet website indicated below, a printout of which is attached hereto as **EXHIBIT B.67w** (see DECLARATION OF JANENE P. BASSETT for authentification of this website and contents thereof).

| HEARING EXH. # | OPPOS. EXH. #. | PRODUCT NAME | STORE | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.67** | **Appendix 5** | DORA THE EXPLORER MEMORY GAME (DORA GAME HOUSE WHICH CONTAINS MATCH GAME) | Toys R Us, Porter Ranch, California | http://www.walmart.com/catalog/product.do?product_id=4989951 | ©2006 Viacom International, Inc.<br><br>Cardinal Industries, Inc. | 06/20/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2006, at Van Nuys, California.

YUVAL CASPI

400063065.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
gliebennan@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **NOTICE OF FILING DECLARATION OF YUVAL CASPI WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL.** The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 29, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman