
NICK JR
Dora
Game House
WITH 8 GAMES
ages 4+
Cardinal
Includes:
Dora Checkers,
Dora Bingo,
Dora Tic Tac Toe,
Dora Dominoes,
Dora Go Fish,
Old maid,
Crazy Eights &
Match Game
GO FISH
MEMORY MATCH
OLD MAID
CRAZY EIGHTS
BINGO

EXHIBIT
B.67

**Includes:**
**Dora Checkers,**
**Dora Bingo,**
**Dora Tic Tac Toe,**
**Dora Dominoes,**
**Dora Go Fish,**
**Old maid,**
**Crazy Eights &**
**Match Game**

NICK JR.

## Play to Learn with Nick Jr.!

Nick Jr.'s *Play to Learn* philosophy has revolutionized the way kids watch TV. Our shows encourage kids to think, explore, problem solve, master cognitive skills, and develop self-esteem — all while playing along with characters that they love.

The care, commitment, and quality that we put into Nick Jr. programming also goes into our products. So when your kids play along




Visit Dora the Explorer any time at NICK JR.com

EXHIBIT B.67

TOYS R US

SAVE ALL RECEIPTS
(818) 366-1857
Porter Ranch, CA 91326

DATED RECEIPT IS REQUIRED FOR ALL RETURNS & EXCHANGES

PLEASE GIVE GIFT RECEIPTS

5681/12 T-5244:0 C-51677 SALE

| | |
|---|---|
| L PV TRAVEL FISH GAME 083933030016 | 1.99 T |
| ECHASER 703086488228 | 19.99 T |
| AY 2 0 AST 817758236106 | 7.50 T |
| JT WHEELS ACCELERACERS 027084183139 | 1.99 T |
| T WHEELS ACCELERACERS 027084183139 | 1.99 T |
| LION SLEEPTONIGHT GAME 027084033212 | 19.99 T |
| F HERO AST 573419078160 | 10.99 T |
| ROR - DACTYLZ 027084317022 | 44.99 T |
| PLE TRACK 53569109730 | 14.99 T |
| A GAME HOUSE 47754741636 | 19.99 T |
| TLE PEOPLEFUN PARK 5380777040 | 24.99 T |
| PIPE HIGHWAY 6930068915 | 39.99 T |

| | |
|---|---|
| TAL | 209.39 |
| 2502 TAX | 17.27 |
| TAL | 226.66 |
| ASS XXXXXXX1690 / 00006479 CASPI | 226.66 |

E DUE
OUNT 12 0.00

Your friendly cashier was,
TERATTO

555681125244617100

Thank You for Shopping At Toys 'R' Us
WWW.TOYSRUS.COM
product safety & recall info www.recalls.gov

RECEIPT EXPIRES 90 DAYS FROM DATE BELOW

06/20/06 12:46 PM

EXHIBIT
B.67r

WAL★MART®
ALWAYS LOW PRICES. Always.

Home | Your Account | Cart | Track Order |
Registry | Wish List | Gift

Click here to sign in or create new a

Electronics Movies Music Books Toys Baby Jewelry Sports & Fitness ★ See A
For the Home Garden & Patio Photo Center Video Games Apparel Gifts & Flowers Pharmacy In Store

Search Toys for: Find!

You are here: Home Page > Toys > Games > Board Games

# Dora Game House





Enlarge Image

**Age Range:** 4 and up

NEW

**$19.97**

Add to Cart

Add to: Wish List Registry

**Information below:**

- Features & Specifications
- May We Also Suggest
- Gifting Options
- 0% Interest Offer / Payment Options
- Shipping & Delivery

**IN STOCK**
Usually takes 24 to 48 hours to proc
See estimated arrival date.

## May We Also Suggest



Candy Land DVD Game
**$28.86**



Thomas & Friends Numb Game
**$13.72**

See more below

## Features & Specifications

The Dora Game House features eight classic games with a Dora-themed twist! Now the family can enjoy hours of fun with Dora Checkers, Dora Bingo, Dora Tic Tac Toe, Dora Dominoes, Dora Go Fish, Dora Old Maid, Dora Crazy Eights, and Dora Match Game.

| | |
|---|---|
| Shipping Weight (in pounds): | 12.1 |
| Assembled in Country of Origin: | USA and/or Imported |
| Origin of Components: | USA and/or Imported |
| Wal-Mart No.: | 000728615 |

Top of Page

## May We Also Suggest

EXHIBIT
B.67w

6



Candy Land DVD Game

**$28.86**

Jump, wave, even hop up and down to the music as you play three outrageously fun games with Mr. Mint and all his friends!



Thomas & Friends Number Game

**$13.72**

Helps young players develop matching, counting, adding and story-telling skills as well as important social skills



Buckaroo Game

**$16.92**

Gently pack the moody mule with as much stuff as you dare, but watch out! He could buck at any moment and send it all flying!



Penguin Plunge Game

ONLINE ONLY

**$19.76**

Be the first to collect all three of your penguin friends, and race back to the home igloo to win

**Browse for similar items in :**

- Home Page > Toys > Games > Board Games

Top of Page

## Gifting Options

Gift options are not available for this item.

Top of Page

## 0% Interest Offer / Payment Options

### Enjoy Great Financing!



Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers. Minimum monthly payments required:

- 0% interest for 6 months on purchases of $297 or more
- 0% interest for 12 months on purchases of $797 or more

Offer Details and Card Application

**Other Payment Options**

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S. banks only*
- Debit cards (also called check cards, ATM cards or banking cards) which display a Visa or MasterCard logo on the front.

EXHIBIT
B.67w

* This does not include the Wal-Mart Community and Business Card, which we are not able to accept.

We're sorry, but at this time we do not accept checks, money orders or credit cards issued by foreign (non-U.S.) banks. Please do not send cash.

Top of Page

## Shipping & Delivery

**Processing time** for an item is the time from when you submit your order to when the item leaves the warehouse. You can usually find an item's processing time when you click "See estimated arrival date" on the item page.

**Shipping time** is from when the item leaves the warehouse to when it arrives at your door. See shipping time below.

The arrival date-range of each item is determined by adding the minimum of the processing time to the minimum of the shipping time and the maximum of the processing time to the maximum of the shipping time. For instance, if you bought a music CD that took 1 to 2 business days to process before shipping and you had it sent by Standard shipping (3 to 7 business days), the CD would arrive in 4 to 9 business days.

You will usually see the estimated arrival date-range when you click "See estimated arrival date" on the item page. You will see the actual arrival date-range during checkout.

Shipping times, below, apply to shipments in the continental United States. For shipments sent by Standard shipping to Alaska and Hawaii, add 2-4 days to the shipping time. Delivery to APO/FPO addresses takes 3 to 6 weeks.

**Please note:** Oversize items cannot be shipped to Alaska, Hawaii, U.S. protectorates and territories, or APO/FPO addresses. At this time, delivery is limited to street addresses in the 48 contiguous states. You will see the actual arrival date in checkout after you choose a shipping address.

Top of Page

**Get the Wal-Mart Wire Email, with the latest Rollbacks & savings.**

Sign Up

Learn more abo other newsletters

Your email address will never be sold to a third party. See our Privacy Policy.



EXHIBIT
B.67w