UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF DAPHNE GRONICH WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

# DECLARATION OF DAPHNE GRONICH

I, Daphne Gronich, hereby declare the following:

1. I am an attorney duly admitted to practice before the Courts of the States of California and New York. I am the General Counsel for MGA Entertainment, Inc. ("MGA"). This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Books Purchased From Stores:** I visited the following store on the date indicated and found and purchased the following book defining, describing, or discussing the memory game. I am informed that the book is physically located in a room at lead counsel's law firm. It was made available to counsel for Hasbro for inspection and am also informed that it continues to be available for inspection. True and correct copies of the cover, frontispiece, copyright page, and relevant pages for this book is attached hereto as **EXHIBIT A.17**. A true and correct copy of the receipt for my purchases of this book is attached hereto as **EXHIBIT A.17r.**

| HEARING EXH. # | OPPOS. EXH. # | BOOK DESCRIPTION | LOCATION DESCRIPTION | COPYRIGHT | DATE COPIED |
|---|---|---|---|---|---|
| A.17 | 1.17 | CRAZY GAMES ULTIMATE TRAVEL GAMES, authored by Micol Ostow | Barnes & Noble Bookseller, Los Angeles, CA<br><br>(in children's book section) | © 2006 Price Stern Sloan | 7/8/06 |

3. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation, I looked for matching games currently or formally marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game. I did so at various times over the past 2½ months.

4. I visited the following physical stores or online stores on the dates indicated. At these stores, I found the following memory games. I purchased the indicated games. I am informed that the games are physically located in a room at lead counsel's law firm. They were made available to counsel for Hasbro for inspection and am also informed that they continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.1, B.13, B.15, B.20-B.23, B.26, B.35-B.41, B.80, B.89, B.92, B.101-B.105, B.121, B.131-B.133, B.138-B.143, B.145, B.149** and **B.153**. True and correct copies of the receipts for these purchases (with personal information redacted) are attached hereto as **EXHIBITS B.1r, B.13r, B.15r, B.20r-B.23r, B.26r, B.35r-B.41r, B.80r, B.89r, B.92r, B.101r-B.104r, B.121r, B.131r-B.133r, B.138r- B.143r, B.145r, B.149r** and **B.153r**. True and correct copies of the content of the web pages showing and/or describing the games that I purchased at online stores are attached hereto as **EXHIBITS B.13w, B.35w-B.41w, B.80w, B.89w, B.92w, B.101w-B.104w, B.121w, B.131w-B.133w,** and **B.138w- B.143w, B.145w**, and **B.153w**. The games that I purchased at physical stores are also available for purchase at the Internet websites indicated below. Some of the games that I purchased at online stores are also available at additional online stores as indicated below. Copies of printouts of these web pages are attached hereto as **EXHIBITS B.1w, B.15w,**

**B.21w, B.26w, B.37w, B.39w, B.41w, B.80w, B.105w,** and **B.149w** (see DECLARATION OF JANENE P. BASSETT for authentification of these websites and the contents thereof).

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.1 | 2.1 | ANGELINA BALLERINA MATCH AND DANCE MEMORY GAME | Toys R Us, Van Nuys, California | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=0641644647&itm=525 | ©2005 Sababa Toys | April 24, 2006 |
| B.13 | 2.13 | RAINBOW FISH MEMORY GAME | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1558588280&itm=160 | ©1992, 1997 Nord-Sud Verlag AG | 7/5/06 |
| B.15 | 2.15 | ANIMAL ABC MEMORY A CLASSIC ALPHABET MATCHING GAME | Toy Crazy, Malibu, California | http://www.monkeemoos.com/products/Crocodile-Creek/animal-abc-memory-CCMABC.html | ©2006 Crocodile Creek | 6/29/06 |
| B.20 | 2.20 | MEMORY MATCH CARD GAME (CONTAINED IN DORA THE EXPLORER KIDZ CARDS) | K*B Toy Stores, Panorama City, California | | © 2006 Cardinal Industries, Inc. | 7/3/06 |
| B.21 | 2.21 | I SPY MEMORY GAME - A GAME OF PICTURE RIDDLES | WalMart, Panorama City, California | http://www.briarpatch.com/product-page.asp?intID=5<br>http://www.walmart.com/catalog/product.do?product_id=4634174 | Game by Briarpatch, Inc. | 7/3/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.22 | 2.22 | MISS SPIDER'S MATCHER OOS, MATCHIN', MIXIN' MEMORY FUN! | Borders Books & Music, Santa Monica, California<br><br>Located in the children's book area, on a top shelf near other games. | www.fisher-price.com No link to product | ©2005 Mattel, Inc. | 7/3/06 |
| B.23 | 2.23 | MEMO | Toy Crazy, Malibu, California | | Tactic is a trademark owned by Nelostuote Oy. © | 6/29/06 |
| B.26 | 2.26 | THOMAS & FRIENDS ALL ABOARD CARD GAME (states "3 ways to play: . . Thomas Memory Game . . .") | Sav-on Drugs, Malibu, California | http://www.hitshopusa.com/item/k/BPA8304 | Briarpatch ©2004 Gullane (Thomas) Limited | 6/29/06 |
| B.35 | 2.35 | EVERY SEASON IS SPECIAL: CD-ROM (states "This interactive CD-ROM includes an animated storybook, greeting card maker, calendar maker, coloring and activity print-outs, memory game, and more.") | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=5559339520&itm=1 | ©1998 by The Standard Publishing Company | 7/6/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.36 | 2.36 | LETTER HUNT: WITH BUILT-IN MEMORY MATCH GAME | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1584762055&itm=102 | ©2004 eeBoo corporation | 7/5/06 |
| B.37 | 2.37 | MEMORY | Barnes&Noble .com | http://www.schoolspecialtypublishing.com/products/0769647294.php<br><br>http://search.barnesandnoble.com/booksearch/isbninquiry.asp?ISBN=9780769647296&pdf=y | ©2006 School Specialty Publishing | 7/6/06 |
| B.38 | 2.38 | NUMBER HUNT: WITH BUILT-IN MEMORY MATCH GAME | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1584762063&itm=103 | © 2003 by innovative KIDS® | 7/5/06 |
| B.39 | 2.39 | SEARCH AND FIND BIBLE MEMORY GAME | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&EAN=9780825472213&itm=7<br><br>http://www.parable.com/parable/item_0825472210.htm | ©1995 Deustche Bibelgesellschaft<br><br>Published in the USA by Candle Books, 2001 | 7/5/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.40 | 2.40 | COFFEE BREAK MEMORY GAME | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1400638992&itm=141<br><br>http://thelagoongroup.com/ *in the Puzzles category within the Games category under the Products group* | ©The Lagoon Group 2004 | 7/5/06 |
| B.41 | 2.41 | MEMORY FUN | Barnes&Noble .com | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1400620899&itm=78<br><br>http://www.somedayisle.com/item/li-/164.htm | ©Lights, Camera, Interaction!, Inc. | 7/5/06 |
| B.80 | | MEMO-ZOO | Amazon.com | http://www.amazon.com/gp/product/B00003CLRT/002-9901707-2747220?%5Fencoding=UTF8&v=glance<br><br>http://www.kidstockmontana.com/selectawood.html<br><br>(states "Test your memory and find the most animal pairs!") | ©2004 Selecta Spiel – made in Germany | 08/08/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.89 | 3.4 (Internet printout only) | HIDE & SEEK: An on-the move memory game. | Amazon.com | http://www.amazon.com/gp/product/B0006GVA0M | © 2003 Ravensburger Spieleverlag | 8/8/06 |
| B.92 | 3.40 (Internet printout only) | MEMORY MATCH CLAMS | Amazon.com | http://www.amazon.com/gp/product/B000EG6F36/002-9901707-2747220?%5Fencoding=UTF8&v=glance | ©2005 Pressman Toy Corp. New York | 08/07/06 |
| B.101 | 3.16 (Internet printout only) | JAY JAY THE JET PLANE MEMORY GAME | Amazon.com | http://www.amazon.com/gp/product/B000H3U0Q4/002-0612872-2712022?%5Fencoding=UTF8&v=glance | ©2004 Briarpatch Inc., Milburn, NJ www.briarpatch.com | 08/07/06 |
| B.102 | | ELMER MATCH-UP GAME (states "A fun memory game for children ages 2 to 6.") | Barnesandnoble.com | http://search.barnesandnoble.com/used/productMatches.asp?z=y&PEAN=9781593951085&newPrice%3D6%252E95&newDisc%3D0&newRank%3D67799&page%3D%252Fbooksearch%252FisbnInquiry%252Easp | Peaceable Kingdom Press www.pkpress.com | 08/07/06 |
| B.103 | | CANDY MATCHING GAME (states "Sharpens Recognition and Memory Skills") | Amazon.com | http://www.amazon.com/gp/product/B000ELV3XS/002-9901707-2747220?%5Fencoding=UTF8&v=glance | ©2005 eeBoo™ Corporation | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.104 | | NAME BURST™ (states " The Memory-Jogging, Name-Calling, Who's Who Game") | Amazon.com | http://www.amazon.com/gp/product/B000GDZ4ES/sr=8-1/qid=1156210770/ref=pd_bbs_1/002-0612872-2712022?ie=UTF8 | ©1992 Hersch and Company. Made in USA by Western Publishing Co., Inc. under license from Hersch and Co., Los Angeles | 08/07/06 |
| B.105 | | WHO LIVES WHERE? [TAGLINE: A MEMORY & MATCHING GAME] | Target, Redondo Beach, CA | http://www.cadaco.com/learning-time-fun/woodengames.html#learningwho<br><br>http://www.target.com/gp/detail.html/sr=1-3/qid=1155283411/ref=sr_1_3/602-1526283-6816608?%5Fencoding=UTF8&asin=B00011F5LM | © 2004 Cadaco | 7/1/06 |
| B.121 | | JUNIOR MIX & MATCH (states "A favorite and fun way to develop memory skills. . . . Players use their memory skills to try to find the most matching pairs to win the game.") | Amazon.com | http://www.amazon.com/gp/product/B0006IRRXO/ref=sr_11_1/002-0612872-2712022?ie=UTF8 "Junior Mix and Match Memory Game" | © 2003 Ravensburger Spieleverlag | 8/7/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.131 | | TELLING TIME MATCH ME CARDS | Amazon.com | http://www.amazon.com/gp/product/B0007LQGOG/002-9901707-2747220?%5Fencoding=UTF8&v=glance (states" "Award-winning Match Me Cards engage learners' matching, memory, and word/picture recognition skills.") | ©1997 TREND enterprises, Inc. | 08/07/06 |
| B.132 | 3.24 (Internet printout only) | ANIMALS MEMORY MATCH: improves concentration and memory skills | Amazon.com | http://www.amazon.com/gp/product/B000F8V9DO/002-9901707-2747220?%5Fencoding=UTF8&v=glance | ©1997 Frank Schaffer Publications | 08/07/06 |
| B.133 | 3.26 (Internet printout only) | word opposites MEMORY MATCH: improves concentration and memory skills | Amazon.com | http://www.amazon.com/gp/product/B000F8XD6K/002-9901707-2747220?%5Fencoding=UTF8&v=glance | ©1997 School Specialty Children's Publishing | 08/07/06 |
| B.138 | | PENGUIN MARCH & MATCH: The waddling walking memory matching game! | Amazon.com | http://www.amazon.com/gp/product/B000FL1KXA/ref=sr_11_1/002-0612872-2712022?ie=UTF8 | ©2006 Great American Puzzle Factory, Inc. | 8/7/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.139 | 3.29 (Internet printout only) | THOMAS' STATION STOP MATCHING GAME: Matching & Memory Fun by Thomas & Friends card game | Barnes&Noble .com | www.bn.com http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1400640865&tgs=1&itm=8 | ©2002 Briarpatch, Inc. | 08/08/06 |
| B.140 | | NOAH'S ARK GAME (including Animal Memory Match) | Amazon.com | http://www.amazon.com/gp/product/B000GL1CIW/sr=1-5/qid=1156294982/ref=sr_1_5/002-0612872-2712022?ie=UTF8&s=toys-and-games | ©2005 TREND enterprises, Inc. | 8/8/06 |
| B.141 | 3.65 (Internet printout only) | CARE BEARS 4 JUMBO SIZE CARD GAMES (includes "Memory Match") | Amazon.com | http://www.amazon.com/gp/product/B0009VRRWY/sr=1-1/qid=1156295705/ref=sr_1_1/002-0612872-2712022?ie=UTF8&s=toys-and-games | Cardinal Industries, Inc. © 2004 Those Characters form Cleveland, Inc. Used under the license by Cardinal Industries, Inc. | 8/7/06 |
| B.142 | | SESAME STREET SPANISH-ENGLISH MEMORY MATCH CARD GAMES | Amazon.com | http://www.amazon.com/gp/product/B000GTNDQS/002-0612872-2712022?%5Fencoding=UTF8&v=glance | ©2005 Sesame Workshop | 8/7/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PLACE OF PURCHASE | URL | COPY-RIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.143 | | FIRST STEP MEMORY: Toys Together – Memorize Together | Amazon.com | http://www.amazon.com/gp/product/B0007PC984/002-9901707-2747220?%5Fencoding=UTF8&v=glance | J. Geffner Ltd. | 8/7/06 |
| B.145 | 3.25; 3.38 (Internet printout only) | MATH MEMORY | www.amazon.com | http://www.amazon.com/gp/product/B0007P95LI/sr=1-1/qid=1156289103/ref=sr_1_1/002-0612872-2712022?ie=UTF8&s=toys-and-games | © 1997 All rights reserved – Creative Toy Ltd. | 8/8/06 |
| B.149 | | MY CLASSIC CARD GAMES (including MEMORY) | Puzzle Zoo, Santa Monica CA Sold near Hasbro Memory games | http://www.mastermindtoys.com/store/product.asp?product%5Fcode=57722&cat=12&brand=0&subcat=621&page%5Ffrom=search%5Fresults%2Easp&link%5Fname=Search+Results&page=1&age=none&price=0&keyword=memory&category=0&search%5Ftype=exact&agecat=0&MSCSProfile=NBQG5B9355LD9J6HV3XP5WE0KD7D7H4B<br><br>http://www.intplay.com/cards.htm | International Playthings, Inc. | 07/03/06 |

| **HEARING EXH. #** | **OPPOS. EXH. #** | **PRODUCT NAME** | **PLACE OF PURCHASE** | **URL** | **COPY-RIGHT** | **PURCHASE DATE** |
|---|---|---|---|---|---|---|
| **B.153** | 3.28 (Internet printout only) | TEDDY MIX & MATCH | Amazon.com | http://www.amazon.com/gp/product/B0006GVA16 "Memory skills." | © 2003 Ravensburger Spieleverlag | 08/08/06 |

5. The first third party memory game that I purchased was the ANGELINA BALLERINA MATCH AND DANCE MEMORY GAME (**EXHIBIT B.1**, above), which I purchased at Toys R Us in Van Nuys, California on April 24, 2006. When I entered this store, I went into the games aisle. I looked around that section and saw some of the Hasbro memory games as well as the Sababa ANGELINA BALLERINA MATCH AND DANCE MEMORY GAME, which I purchased. I asked a sales associate if the store sells other "memory games" and the associate stated that "all the games are in the same general area" and pointed at the main side aisle and said that there were some on nearby aisles, but that "most were together" and pointed at where I saw the Sababa memory game and the various Hasbro memory and other games. I did not see MGA's game at issue in the store and I did not look at the other aisles.

6. On June 29, 2006, I visited Toy Crazy in Malibu, California. After I entered this store, I was asked by a sales associate if I needed assistance. I asked the sales associate if the store sells any "memory games." The sales associate directed me to the section of the store where I found MEMO (**EXHIBIT B.23**, above) and ANIMAL ABC MEMORY A CLASSIC ALPHABET MATCHING GAME (**EXHIBIT B.15**, above), which I purchased. This store did not have any Hasbro memory games. I asked the sales associate if the store carried any other memory games and the sales associate informed me that the store did not have any other memory games at that time, but that it does carry some Ravensburger "memory games," of

which they were currently out. I asked the sales associate which Ravensburger "memory games" the store normally carries. The sales associate could not recall exact names, but stated that one was about "princesses." I have since seen this Ravensburger "princesses" game and it does not include "memory" in the title of the game. This store does not carry MGA's game at issue.

7. On this same date, June 29, 2006, I went to the Malibu Sav-On store where I looked in the limited toys and games section. There, I saw one Hasbro memory game. About three (3) to five (5) feet to the side of the Hasbro game, I saw several card games hanging on pegs, including the THOMAS & FRIENDS ALL ABOARD CARD GAME (**EXHIBIT B.26**, above), which I purchased. While in the store, I asked a sales associate if the store had any other games. The associate informed me that all the games are in the same area and that there was nothing further in the back. This store did not have MGA's game at issue.

8. On July 1, 2006, I visited the Target store in Redondo Beach, California. There, I went to the games and toy section where I saw several Hasbro games on a shelf, including Hasbro Memory games. I then found the WHO LIVES WHERE? game (**EXHIBIT B.105**, above), which I purchased, on a shelf in an aisle leading to the section containing the Hasbro Memory games.

9. On July 3, 2006, I went to the Puzzle Zoo store in Santa Monica, California. There, I found MY CLASSIC CARD GAMES (**EXHIBIT B.149**, above), which I purchased, on a shelf with other games, including Hasbro's Memory game.

10. On July 3, 2006, I visited the KB Toys store at the Panorama City Mall in Panorama City, California. There, I found a few Hasbro "Memory" games at around my eye level on a shelf at the back of the store, with other Hasbro games above and below it. A few feet

to the left and one shelf above the Hasbro memory games, I saw Dora's Game House which contains, among other games, a "memory match card game." (**EXHIBIT B.67**; *see* CASPI DECLARATION.) I also found the MEMORY MATCH CARD GAME (CONTAINED IN DORA THE EXPLORER KIDZ CARDS) (**EXHIBIT B.20**, above), which I purchased, on a peg in an aisle leading to the back of the store where the Hasbro memory games were located. This store did not have MGA's game at issue.

11. Also on July 3, 2006, I went to the Wal-Mart in Panorama City, California. There, I went to the games section on the second floor where I found the I SPY MEMORY GAME - A GAME OF PICTURE RIDDLES (**EXHIBIT B.21**, above) on a shelf immediately next to a Hasbro memory game. The photograph in **Exhibit M.1** (previously submitted as **Appendix 15** to MGA's Opposition)(see DECLARATION OF JADE L. ZIKe) is also an accurate representation of what I observed at the Panorama City Wal-Mart on this date. I also saw the same THOMAS & FRIENDS ALL ABOARD CARD GAME and MEMORY MATCH CARD GAME (CONTAINED IN DORA THE EXPLORER KIDZ CARDS) either in the same aisle as the I Spy and Hasbro memory games, or one aisle over. This store did not have MGA's game at issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2006, at Van Nuys, California.

DAPHNE GRONICH

400061822.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **NOTICE OF FILING DECLARATION OF DAPHNE GRONICH WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**. The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 29, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman