
Crazy Games
ULTIMATE
travel
GAMES
N
W
E
S
Dozens of games! Hours of entertainment!
⚠ WARNING:
CHOKING HAZARD - Small parts
Not for children under 3 years

EXHIBIT
A.17


85
Crazy Games
$12.99 US
($18.00 CAN)
Checkers, chess, and more!
Ultimate Travel GAMES
THE ULTIMATE TRAVEL GAME PACKAGE!
Never again will you have to ask, "Are we there yet?" This book is packed with so many games that you'll never be bored again! From checkers and chess to bingo and mancala, learn all the rules to your favorite games, and then get set to play anywhere, anytime. Everything's in the book: boards, dice, pawns . . . you've got it all! You'll be playing—and winning—like an expert in no time! Now getting there really is half the fun!
6
N
Crazy Games teaches all your favorite games with easy-to-follow instructions in one portable package!
E
S
PRICE $12.99
ULTIMATE TRAVEL GAMES
263 A
8175532 CL 3 05/24/06 # PUTJ
703-DAB 000334727
51299>
780843120073
Conforms to ASTM 963
Conforme à la Norme ASTM 963
www.penguin.com/youngreaders

EXHIBIT A.17

# contents


[illegible] — [illegible]
[illegible] Bingo — 6-7
[illegible] — 8-9
[illegible] Ch[illegible]kers — 10-11
[illegible] — [illegible]
[illegible] — [illegible]
[illegible] — [illegible]
[illegible] the State [illegible] [illegible]nse P[illegible] [illegible]og — [illegible]
[illegible] Plates [illegible] States — [illegible]
C[illegible]ckers — 22-2[illegible]
Chess — 24-29
Tic-Tac-Toe — 30-31
Memory M[illegible]tchup — 32-33
Classic Road-Trip Games — 34
Travel Scavenger Hunt — 35
Tongue Twisters — 36
Word Games — 37
Wei Qi/Go — 38-39
Optical Illusions — 40-41
Pyramid Solitaire — 42-43
Travel Scrapbook — 44-45
Brain Teasers — 46-47
Happy Trails! — 48
Answer Key — 48






EXHIBIT A.17

# MEMORY MATCHUP

Here's a game that will test your memory. Have a look at the game board on the opposite page—you'll note that there are two of every icon. Then grab a pair of scissors and a sheet of scrap paper. Cut the paper into 16 squares that are bigger than the images you see. Give yourself and your opponent a good sixty seconds or so to really take in the board. Now cover up all of the icons with the paper.

Do you think you remember which icons were where? Now's your chance to find out! Taking turns, you and your opponent must uncover two icons at a time. Your goal, of course, is to uncover two identical icons. If you don't, replace the paper over the icons and turn the board over to your opponent. If you do, you get to keep both slips of paper and go again. The goal, of course, is to have the most pieces of paper once the board is clear.





EXHIBIT A.17




EXHIBIT A.17

Barnes & Noble Bookseller
189 Grove Drive
Los Angeles, CA 90036
(323) 525-0270
07-08-06 S02089 R003

CUSTOMER RECEIPT COPY

BARNES & NOBLE MEMBER EXP:12-31-06

Ultimate Travel Games 11.69
9780843120073
DISCOUNT 12.99 - 1.30

SUB TOTAL 11.69
SALES TAX .96
TOTAL 12.65
AMOUNT TENDERED
12.65

CARD #: *********
AMOUNT 12.65
AUTH CODE

MEMBER SAVINGS 1.30

TOTAL PAYMENT 12.65
Thank You for shopping at
Barnes & Noble Booksellers
#265571 07-08-06 08:50P mikhai

**EXHIBIT**
**A.17r**