
Angelina Ballerina™
Match and Dance
Memory Game
Ages 3+
2-4 Players
Contents: 42 Memory Cards, 4 Collection Cards,
20 Dance Tokens and Instructions
Match, Collect and Perform!
WARNING:
CHOKING HAZARD - Small parts.

EXHIBIT
B.1


Let the Dancing Begin!
Angelina, Alice, Anya and Henry must learn the ballet positions before the big recital! Help them learn all five positions while you learn them, too!
Match! Find Angelina, Miss Lilly and others by flipping over cards two at a time. Try and make a match.
Collect! When you've found a matching pair, take a recital token and place it on your card.
Dance! Perform the ballet position on your token. When your card is full, you win!
Angelina
1st position
Angelina Ballerina™
www.angelinaballerina.com
Contents: 42 Memory Cards, 4 Collection Cards, 20 Dance Tokens and Instructions
Sababa Toys
VISIT WWW.SABABATOYS.COM FOR THE COOLEST KIDS STUFF!
© 2005 Helen Craig Ltd. and Katharine Holabird. The Angelina Ballerina name and character and the dancing Angelina logo are trademarks of HIT Entertainment PLC, Katharine Holabird and Helen Craig. Reg. U. S. Pat. & Tm. Off.
© 2005 Sababa Toys. All Rights Reserved.
119 West 23rd St. Suite 505, New York NY 10011
Made In China
ITEM 00760
8 31614 00760 0

EXHIBIT B.1

SAVE ALL RECEIPTS
16040 Sherman Way,
Van Nuys, CA 91406

(818) [illegible]

A DATED RECEIPT IS REQUIRED FOR ALL RETURNS & EXCHANGES

PLEASE GIVE GIFT RECEIPT

5602/08 I-9200:5 C-13875 SALE

| | |
|---|---|
| MATCH GAME<br>021853945?91 | 6.99 T |
| ANGELINA MATC<br>831614007600 | 9.99 T |
| MEMORY<br>65356905?8?2 | 8.99 T |

| | |
|---|---|
| SUBTOTAL | 25.97 |
| T 8.250% TAX | 2.14 |
| TOTAL | 28.11 |
| **MASTERCARD** | 28.11 |
| XXXXXXXXXXXX1919 / 00094620 | |
| DAPHNE GRONICH | |

CHANGE DUE 0.00
ITEM COUNT 3

Your friendly cashier was,
SAM

EXHIBIT B.1r

BARNES&NOBLE.com www.bn.com
FAST&FREE DELIVERY
CART 0 Items CHECK OUT
ACCOUNT : ORDER STATUS : WISH LIST : HELP : ABOUT SHIPPING
HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY
BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX
Keyword SEARCH MORE SEARCH OPTIONS

Summer Clearance - Save up to 80%.

## Angelina Match & Dance Game

by Sababa Toys



More Views

**Other Format**
ISBN: 0641644647
Pub. Date: July 2005

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$7.95**

Members Pay:
**$7.15** Join Now

ADD TO CART

Usually ships within 24 hours - Same Day delivery in Manhattan

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

**More About Angelina Match & Dance Game**

From the Publisher

**From the Publisher**

**Publisher**

Match! Find Angelina, Miss Lilly and others by flipping over cards two at a time. Try and make a match!

Collect! When you've found a matching pair, take a recital token and place it on your card.

Dance! Perform the ballet position on your token. Wehn your card is full, you win!

Contents:
48 memory cards
4 collection cards
20 dance tokens

**Product Details**

ISBN: 0641644647
ISBN-13: 9780641644641
Format: Other Format
Publisher: Sababa Toys
Sales Rank: 507,493

EXHIBIT
B.1w

B&N SERVICES
About B&N
Bulk Order Discounts
SHIPPING & DELIVERY
About Fast & Free Delivery
QUICK HELP
Customer Service

Investor Relations
Affiliate Network
B&N Membership

Library Services
Publisher & Author Guidelines
Purchase Order Accounts

About Shipping
Shipping Rates
Store Returns

Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.1w