

EXHIBIT
B.13

# THE RAINBOW FISH MEMORY GAME



- FUN TO PLAY!
- EASY TO LEARN!
- HELPS BUILD MEMORY AND ATTENTION SKILLS!

*The Rainbow Fish Memory Game* is based on the traditional game of memory and c n be played that way, with players turning over cards, two at a time, rying to find as many matched pairs as possible through luck or by remembering the location of the cards.

The game also includes 12 special Rainbow Fish cards which make possible numerous variations of the traditional game. Some of these are easier to play; some more challenging; all are great fun.

*The Rainbow Fish Memory Game* will delight children whether or not they are familiar with Marcus Pfister's best-selling books *The Rainbow Fish* and *Rainbow Fish to the Rescue!*

**Game includes:** 72 cards (30 regular picture pairs and 12 special Rainbow Fish Cards), all in full color, 20 with holographic foil stamping; instructions; and a convenient plastic tray for storage.

NORTH-SOUTH BOOKS
© 1992, 1997 by Nord-Süd Verlag AG. All right
Distributed in the United States by North-South
Distributed in Canada by Vanwell Publishing Ltd
Made in Germany. Visit our web site: http://www

EXHIBIT
B.13

BARNES&NOBLE.com
www.bn.com

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

Packing Slip

SOLD TO:
DAPHNE GRONICH
[redacted]
UNITED STATES

SHIP TO:
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

CUSTOMER SERVICE:
To Reach Customer Service e-mail: web customers:
service@barnesandnoble.com

CUST NO: 34295940 ORDER NO 79966405

Loc: 44CH4213

| QTY | DESCRIPTION | ITEM | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 | | 7.15 | 7.15 |
| 1 | Every Season Is Special: CD-ROM for Windows or Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Collection of Custom C | 9785559339528 | | 3.59 | 3.59 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 | | 8.99 | 8.99 |
| 1 | Memory | 9780769647296 | | 2.69 | 2.69 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 | | 8.99 | 8.99 |
| 1 | Rainbow Fish Memory Game | 9781558588288 | | 13.45 | 13.45 |
| 1 | Search and Find Bible Memory Game | 9780825472213 | | 6.29 | 6.29 |

Total number of units in this shipment:

The following items are shipping separately:

| QTY | DESCRIPTION | ITEM |
|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638994 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 |

THANK YOU FOR YOUR ORDER

EXHIBIT
B.13r

RETURNS: Detach and affix to return being returned. PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order.

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

440100799684050101
(99032000000005234047)

From:
DAPHNE GRONICH
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

440100799684050101

Barnes & Noble.com
6000 Freeport Ave - Suite 101
Memphis, TN 38141

99032000000005234047
(440100799684050101)
Expedited Delivery

07/11/2006 11:00PM (CL)



7/10/2006 10:26:53PM

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT · ORDER STATUS · WISH LIST ·
HELP · ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH MORE SEARCH OPTIONS

**Summer Clearance – Save up to 80%.**

## Rainbow Fish Memory Game

by Marcus Pfister



**Other Format - CARDS**
ISBN: 1558588280
Pub. Date: September 1997
Series: Rainbow Fish Series
Age Range: 4 to 8

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$14.95**

Members Pay:
**$13.45** Join Now

ADD TO CART

BUY IT USED

Used Copies Available from our Authorized Sellers

Usually ships within 2-3 days

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

**Find Related Items**

**Browse Books**
Children - Fiction & Literature
Children - Animals

**Search Related Subjects**
*Children*

☐ Fish -> Children's fiction

SEARCH

**B&N Customers Who Bought This Item Also Bought**

**D.W.'s Guide to Perfect Manners**
Marc Brown

**The Doll People**
Brian Selznick, Ann M. Martin, Laura Godwin

**Giving Tree**
Shel Silverstein

**Rainbow Fish**: Tattle Tale
Benrei Huang, Sonia Sander

**The Feelings Book**: The Care and Keeping of Your Emotions (AmericanGirl Library)
Bonnie Timmons, Lynda Madison, Norm Bendell, Norm Bendell

**More About Rainbow Fish Memory Game**

**Product Details**

ISBN: 1558588280
ISBN-13: 9781558588288
Format: Other Format
Publisher: North-South Books
Edition Description: CARDS
Sales Rank: 382,820

EXHIBIT
B.13w

B&N SERVICES

- About B&N
- Investor Relations
- Affiliate Network
- B&N Membership
- Bulk Order Discounts
- Library Services
- Publisher & Author Guidelines
- Purchase Order Accounts

SHIPPING & DELIVERY

- About Fast & Free Delivery
- About Shipping
- Shipping Rates
- Store Returns

QUICK HELP

- Customer Service
- Order Status
- Easy Returns
- All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.13w