
9
$ 16.95
different games to play
Aa
alligator
Bb
butterfly
Cc
camel
Dd
Ee
Ff
animal abc
for ages 3 and up
MEMORY
A classic alphabet matching game

EXHIBIT
B.15


Gg giraffe
Hh
hippopotamus
Ii
iguana
Jj
jaguar
Kk
koala bear
Ll
lemur

EXHIBIT
B.15

[illegible]
[illegible]
[illegible]
310-456-5596

Merchant ID: [illegible]
Term ID: [illegible]

Sale

Entry Method: Swiped
Approved: Online Batch #: [illegible]
06/29/06 16:32:[illegible]

Invoice#: [illegible] Appr Code: [illegible]

Total: $ [illegible]

Customer Copy

THANK YOU

memocards 8•95 1
memory box 16•95 1
25•90 ST
2•14 1 TX
28•04 CA
4 #
06-29-06
0333#04-30@

**EXHIBIT**
**B.15r**

MonkeeMoos.com

...a unique boutique for little boys...

View your Buggy

Our Story
Customer Ser
Shipping Info
FAQs
Links
Contact Us
In the Press

***Your selection and customer service is truly in a class of it's own. I have never received the amount of care and personal attention you deliver.*** more >>

Get a free cou

view some of our Hip Baby Couture below!

diapees and wipees | Kissy Kissy | Appaman | Ju Ju Be | Wry Baby | Daisy by Dad Gear | Stephen Joseph | Back to Schc

shop now!

- timeless classics
- fancy footwear
- fun & funky
- bibs & burpies
- gifts & more
- just 4 mama

SHOP THE SUMMER SALE!

Join MonkeeNews!

Enter to win this!

Join!

Be the **FIRST** to know

View all products by **Crocodile Creek**

Got a question? Chat with our personal shopper!

Order today and get free* shipping for orders over $100!

# animal abc memory by Crocodile Creek

animal abc memo

Encourage letter
one by playing tl
Comes in an ado

Price: $
Product ID: C

I'll ta

shipping estimate

Have a coupon c
Apply Coupor

See something yo
Please let us know

**QUICK TIP:** W
one? If so, you c

EXHIBIT
B.15w

when new items are available online! (plus get discounts and great deals!) Sign up today and enter to win the Yoga Lion T-Shirt by lotus children from our Fun and Funky Collection on 6/1/06!

Search our products:

Go!

In the Press!







Check out our other press!

clicking the "Vie
header.




Other hot Monkeemoos products!



Price: $ 119.00
PackaBe Blue Bouquet by Ju Ju Be



Price: ~~$24.00~~
On Sale! 16.00
sam lounge pants by Ollie Wally

**Looking for the perfect baby gift?** Search all MonkeeMoos baby products:

Our story | FAQs | Shipping/Return Policy | Terms of Use | Privacy Info | Contact Us

MonkeeMoos © 2005-06
design by full::151

EXHIBIT
B.15w