
K·B toys
$4.99
NICK JR
DORA the EXPLORER
Kidz Cards
4 Jumbo Sized Cards
MEMORY MATCH
OLD MAID
CRAZY EIGHTS
NICK JR

**EXHIBIT B.20**


NICK JR.
DORA the EXPLORER
4 Jumbo Sized Card Games
Kidz Cards
NICK JR.
Play to Learn with Nick Jr.!
MEMORY MATCH
GO FISH
OLD MAID
CRAZY EIGHTS
Visit Dora the Explorer any time at
NICK JR.
Cardinal

EXHIBIT
B.20

K*B TOY STORES
PANORAMA CITY MALL
PANORAMA CITY, CA 91402

818-894-4599

----------------------------------------

| | |
|---|---|
| 07/03/2006 | 02:48:40 PM |
| Trans.: 7270 | Store: 01740 |
| Reg.: 003 | Till: 7052 |
| Cashier: 7052 | Sales: 7052 |

SALE

017400037270

----------------------------------------

| | |
|---|---|
| DORA 4 CARD GAMES IN TIN | 4.99 |
| 261636 | |
| Sub-Total | 4.99 |
| Tax 8.2500% | 0.41 |
| Total | 5.40 |
| | 5.40 |
| Account: | |
| Auth: | |
| Total Tender | 5.40 |
| Change Due | 0.00 |

Give the gift of FUN!
Check out our new Gift Card selection,
including cool designs like: Dora,
Hot Wheels, Barbie, SpongeBob and more.
It's the perfect gift for any occasion.

Customer Copy

----------------------------------------

EXHIBIT
B.20r