
AGES
5 and Up
I SPY™
MEMORY GAME
A GAME OF
PICTURE
RIDDLES
I spy a spider, a baby in blue,
Memory riddles are fun to do!
A game by Martine Redman
PARENTS' CHOICE
GOLD AWARD
SCHOLASTIC
BRIARPATCH.
Over 100 Awards!

EXHIBIT
B.21


I SPY™
MEMORY GAME
Memory game for 1-6 players.
Ages 5 to adult.
EIGHT WAYS TO PLAY!
Word games and cooperative games are included. Fun and rewarding for the entire family!
Dear Parents: This game helps children develop visual, spatial, fine motor, and critical thinking skills, as well as social skills of taking turns, respecting others, and sharing.
CONTENTS
• 60 Memory cards
• 15 Riddle cards
• Game instructions
Winner of 10 Best Toy Awards!
A pair of gold stars.
An eyeball — no socket!
Two blue balloons.
A cat in a locket.
BEGINNING PLAYERS
Match the pairs and play memory. No reading required.
ADVANCED PLAYERS
Solve the riddles, then try the challenging Riddle Memory Game.
SCHOLASTIC
www.scholastic.com/ispy
BRIARPATCH
Over 100 Awards!
ISBN 1-59631-039-1

EXHIBIT
B.21

WAL*MART
ALWAYS LOW PRICES.
Always.

ALWAYS LOW PRICES
ON THE BRANDS YOU TRUST
MANAGER JOEL BARRIOS
( 818 ) 830 - 0350
PANORAMA CITY, CA. 91402 818/830-0350
ST# 2568 OP# 00003408 TE# 11 TR# 05314
I SPY MEMORY 076170706117 14.87 X
SUBTOTAL 14.87
TAX 1 8.250 % 1.23
TOTAL 16.10
16.10

TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
CHANGE DUE 0.00

# ITEMS SOLD 1

TC# 0060 8692 6169 3836 6431

Buy a CMN balloon.
Save a child's life.
07/03/06 15:13:12

***CUSTOMER COPY***

EXHIBIT
B.21r




What's New
Games
Puzzles
Card Games
Awards
About Us
Contact Us
Home
New Products
Puzzle Gallery™
Disney
Sudoku
Spider-Man
Spider-Man & Friends
Nerdy Wordy
Disney Princess
Dinosaurs, Extinct?

Can we help you find a product? search age [ ] gender both GO

View All I Spy Products

## I Spy Memory Game

I spy a spider, a baby in blue, memory riddles are fun to do! Beginners search for matching pairs while advanced players solve the riddles.




- Since its introduction, one of the best-selling games in the specialty market.
- From the popular I Spy series published by Scholastic. Millions of copies sold!
- 8 ways to play!
- Promotes visual, memory and reading skills.

**Age** 4+
**Players** 1 - 6
**Skills** No Reading Required
**SKU#** BP06101
**UPC** 761707061014
**ISBN** 1-890809-06-3
**Dimensions** 14 1/4" W 10 3/4" H 1 3/8" D

**Awards:** AWARD 9 WINNER

**Contents:** 60 memory cards, 15 challenging riddle cards

**Available Packaging:**

**Box**
**SKU** BP06101
**UPC** 761707000075
**Pack** 6
**Dimensions** 10 " W 14 7/8" H 11 3/4" D

**Other Products for Boys and Girls of 4 to 6:**
Thomas Tic Tac Toe Game
Maya & Miguel La Pinata Puzzle
Finding Nemo Dory Doubts It! Card Game

**Also available:**
I Spy Games
I Spy Puzzles
I Spy Card Games

EXHIBIT B.21w

BRIARPATCH.

43

what's new games puzzles card games licenses about us awards press releases contact us site map legal home

© 2006 BRIARPATCH, Inc. All Rights Reserved.
Web site design and marketing by ScreenMatter

EXHIBIT
B.21w

WAL★MART®
ALWAYS LOW PRICES. Always.

Home | Your Account | Cart | Track Order | Help
Registry | Wish List | Gift Cards

Click here to sign in or create new account

Electronics | Movies | Music | Books | Toys | Baby | Jewelry | Sports & Fitness | ★ See All
For the Home | Garden & Patio | Photo Center | Video Games | Apparel | Gifts & Flowers | Pharmacy | In Stores Now

Search Toys for: Find!

You are here: Home Page › Toys › Games › Board Games

# I Spy Memory Game





Enlarge image

**Age Range:** 4 and up

**$14.63**

Add to: Wish List Registry

**Information below:**

- Features & Specifications
- May We Also Suggest
- Gifting Options
- 0% Interest Offer / Payment Options
- Shipping & Delivery

**OUT OF STOCK**
**See similar items**

## May We Also Suggest



IGadget Electronic Sudoku Game With Included Stylus, Silver
**$18.83**



iGadget Electronic Sudoku Game With Backlight, Silver
**$16.77**

See more below

## Features & Specifications

Help your child develop memory, matching, critical thinking, reading and other skills with the fun and clever Scholastic I Spy Memory Game. Teaches kids a variety of skills necessary for excelling in academics as well as important social skills like taking turns, following rules and sharing.

**Object of the Game:**

Players try to remember where each card is in a variety of different ways. The player who collects the most matching pairs is the winner. Includes extra credit riddles.

| | |
|---|---|
| Shipping Weight (in pounds): | 1.12 |
| Product in Inches (L x W x H): | 10.75 x 10.75 x 2.38 |
| Assembled in Country of Origin: | USA |
| Origin of Components: | USA |
| Wal-Mart No.: | 000723311 |

EXHIBIT
B.21w

45

Top of Page

## May We Also Suggest



iGadget Electronic Sudoku Game With Included Stylus, Silver

ONLINE ONLY

**$18.83**

Electronic Sudoku features thousands of puzzle problems, multiple game levels, a peek function, a pause button, a backlight and a stylus for gameplay



iGadget Electronic Sudoku Game With Backlight, Silver

ONLINE ONLY

**$16.77**

Electronic Sudoku features thousands of puzzle problems, multiple game levels, a peek function, a pause button and a backlight for nighttime play



Trouble

**$9.74**

Classic race-ahead game



I Spy In Common Game

**$14.63**

In this fast, furious and fun game, the object is to find the tiles that have something in common with each other (and it's not as easy as it sounds!)

**Browse for similar items in :**

- Home Page › Toys › Games › Electronic Games
- Home Page › Toys › Games › Board Games

Top of Page

## Gifting Options

The following available options may be selected during checkout:

**Gift Message:** Add a personal note that we'll include with your gift.

**Gift Receipt:** When you add other gift options, we'll include a receipt that keeps the price a secret but makes it easy to exchange or return an item.

Top of Page

## 0% Interest Offer / Payment Options

### Enjoy Great Financing!



Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers. Minimum monthly payments required:

- 0% interest for 6 months on purchases of $297 or more
- 0% interest for 12 months on purchases of $797 or more

Offer Details and Card Application

EXHIBIT B.21w

**Other Payment Options**

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S. banks only*
- Debit cards (also called check cards, ATM cards or banking cards) which display a Visa or MasterCard logo on the front.

* This does not include the Wal-Mart Community and Business Card, which we are not able to accept.

We're sorry, but at this time we do not accept checks, money orders or credit cards issued by foreign (non-U.S.) banks. Please do not send cash.

Top of Page

## Shipping & Delivery

**Processing time** for an item is the time from when you submit your order to when the item leaves the warehouse. You can usually find an item's processing time when you click "See estimated arrival date" on the item page.

**Shipping time** is from when the item leaves the warehouse to when it arrives at your door. See shipping time below.

The arrival date-range of each item is determined by adding the minimum of the processing time to the minimum of the shipping time and the maximum of the processing time to the maximum of the shipping time. For instance, if you bought a music CD that took 1 to 2 business days to process before shipping and you had it sent by Standard shipping (3 to 7 business days), the CD would arrive in 4 to 9 business days.

You will usually see the estimated arrival date-range when you click "See estimated arrival date" on the item page. You will see the actual arrival date-range during checkout.

Shipping times, below, apply to shipments in the continental United States. For shipments sent by Standard shipping to Alaska and Hawaii, add 2-4 days to the shipping time. Delivery to APO/FPO addresses takes 3 to 6 weeks.

**Please note:** Oversize items cannot be shipped to Alaska, Hawaii, U.S. protectorates and territories, or APO/FPO addresses. At this time, delivery is limited to street addresses in the 48 contiguous states. You will see the actual arrival date in checkout after you choose a shipping address.

Top of Page

**Get the Wal-Mart Wire Email, with the latest Rollbacks & savings.**

Sign Up

**Learn more** about our other newsletters.

Your email address will never be sold to a third party. See our Privacy Policy.

47

EXHIBIT
B.21w

**Ordering Help**
- Track Your Orders
- Questions About Your Order

**Shipping & Returns Help**
- Shipping Costs & Times
- Our Return Policy
- Return an Item

**Store Help**
- Find a Store
- Wal-Mart Stores Info
- Send Store Feedback

**Still Have Questions?**
- Online Customer Service
- Product Recall Info
- MSDS

Security & Privacy Terms of Use Wal-Mart Credit Cards Join Our Affiliate Program Site Directory
Store Finder SAM'S Club About Walmart.com Careers at Walmart.com Wal-Mart Associates

ıdc-www69.walmart.com /catalog/product.do, /catalog/fusionItem.do /include/dynamic/tiles/templates/item/fusionItem.jsp

EXHIBIT
B.21w