
Miss Spider's
Sunny Patch Friends
by David Kirk
Matchin' Mixin' Memory Fun!
Diversión de memoria mezclando
y haciendo coincidir
Jeu d'association
et de mémoire
MATCHEROOS
Game · Juego · Jeu

EXHIBIT
B.22



Miss Spider is on her way to a wonderful, matching day. The Sunny Patch friends–Dragon, Bounce, Squirt and Shimmer–are here to bring joy. It's a memory matching game for both girls and boys!
Miss Spider va empezando su día de diversion haciendo coincidir. Sus amigos Dragon, Bounce, Squirt y Shimmer están aqui para alegrar el día. ¡Es un juego de memoria haciendo coincidir para niños y niñas!
Miss Spider se prépare pour une journee d'association magnifique. Ses amis Sunny Patch Friends – Dragon, Bounce, Squirt et Shimmer – sont là pour apporter de la joie. Un jeu d'association pour garçons et filles!
MATCHEROOS
Game·Juego·Jeu
1
Level One–match Miss Spider and the Sunny Patch Friends.
Nivel 1: haz que Miss Spider y sus amigos coincidan.
Au niveau 1, il s'agit d'associer Miss Spider et ses amis Sunny Patch Friends.
2
In Level Two, can you remember where Miss Spider and the Sunny Patch Friends are? If you get the special Mix 'Em card, mix them all up!
Nivel 2: haz memoria y trata de acordarte dónde está Miss Spider y sus amigos. ¡Si te sale la carta especial Revolver, revuelve todas las cartas!
Au niveau 2, il s'agit de se rappeler où sont Miss Spider et ses amis Sunny Patch Friends! Si vous obtenez la carte spéciale Mix 'Em (mélangez-les), mélangez les cartes!
SAFETY TESTED CONFORMS TO ASTM F963. CONFORME AUX NORMES DE SECURITE. CUMPLE CON TODAS LAS NORMAS DE SEGURIDAD.
Fisher-Price
www.fisher-price.com
3+
1-4
PRICE $10.99
GAME MISS SPIDER MATCHEROOS
93A
MATTEL 1911 Ch Toys/Gifts
8129683 SL 4 09/12/05
703-190 000085629
0-3
Small parts may be generated.
Se pueden generar piezas pequeñas.
Petits Éléments détachables susceptibles d'être avalés.
0 27084 18052 7
www.mattel.com


EXHIBIT
B.22

BORDERS

BORDERS
BOOKS AND MUSIC
1415 THIRD STREET PROMENADE
SANTA MONICA CA 90401
(310) 393-9290

STORE: 0093 REG: 03/52 TRAN#: 0778
SALE 07/03/2006 EMP: 00060

GAME MISS SPIDER MATCHEROOS
8129683 SL T 10.99

Subtotal 10.99
S

Subtotal 10.99
CALIFORNIA 8.25% .91
1 Item Total 11.90
11.90

NAME: GRONICH/DAPHNE

CUSTOMER COPY

07/03/2006 10:39AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
B.22r