


EXHIBIT
B.23




EXHIBIT
B.23

**Sav-on drugs**

SAV-ON DRUGS #09697 (310) 456 - 6833
GENERAL MANAGER - JOEY SANTAMARIA

Hello, I'm NOA

6/29/06 17:08 9697 07 0242 108
*Thomas & Friends*
SCH CARD GME 1EA 5.99 T

| | |
|---|---|
| *** SUBTOTAL | 5.99 |
| *** TAX | .49 |
| *** TOTAL | 6.48 |

| | |
|---|---|
| VF* | 6.48 |
| *** CHANGE | .00 |

*****************************************
Total Number of Items Purchased = 1

THANK YOU FOR SHOPPING
AT SAV-ON DRUGS

[illegible]
[illegible] CIVIC [illegible]
[illegible] CA [illegible]
310-456-[illegible]

Merchant ID: 1 [illegible]
Term ID: [illegible]

Sale

Entry Method: Swiped
Approved: Online Batch #: [illegible]
06/29/06 16:32:[illegible]

Invoice#: [illegible]

Total: $ [illegible]

Customer Copy

THANK [illegible]

*memocards* 8•95 1
*memory box* 16•95 1
25•90 ST
2•14 1T
28•04
4 #
06-29-06
0333#04-30

**EXHIBIT**
**B.23r**