
AGES 3 TO 7
48 CARDS
BRIARPATCH
THOMAS
& FRIENDS
ALL ABOARD!
CARD GAME

EXHIBIT
B.26


THOMAS & FRIENDS
ALL ABOARD!
CARD GAME
Ages 3-7
2-4 Players.
48 Jumbo Cards
3 ways to play:
Thomas Go Fish Game
Thomas Memory Game
Thomas SNAP Game
BPO8302
MADE IN THE USA
ISBN 1-932049-99-1
7 61707 08302 3
Game Author:
Briarpatch Inc.
150 Essex Street Suite 301
Millburn, NJ 07041
(800)232-7427
www.briarpatch.com
BRIARPATCH.
Over 100 Awards!

EXHIBIT
B.26

**Sav-on drugs**

SAV-ON DRUGS #09697 (310) 456 - 6833
GENERAL MANAGER - JOEY SANTAMARIA

Hello, I'm NOA

6/29/06 17:08 9697 07 0242 108

SCH CARD GNE 1EA 5.99 1

*** SUBTOTAL 5.99
*** TAX 49
*** TOTAL 6.48

6.48
*** CHANGE .00
*****************************************
Total Number of Items Purchased = 1

THANK YOU FOR SHOPPING
AT SAV-ON DRUGS

[illegible]
[illegible]
[illegible]
310-456-5596

Merchant ID: 1 [illegible]
Term. ID: 1[illegible]2

Sale

Entry Method: Swiped
Approved: Online Batch #: [illegible]
06/29/06 16:32:[illegible]

Invoice#: [illegible]

Total: $ 2[illegible]

Customer Copy

Thank [illegible]

memo cards 6•95 1
memory box 16•95 1
25•90 ST
2•14 1T
28•04 CA
4 #
06-29-06
0333#04-30[illegible]

**EXHIBIT**
**B.26r**




NEW PRODUCTS | DVD | VHS | TOYS | CLOTHES | MY ACCOUNT | HELP | VIEW CART | CHECKOUT

SEARCH

GO!

By Item # or keyword

>JOIN OUR MAILING LIST!

**Character Shops**
Barney
Bob the Builder
Thomas & Friends
The Wiggles
Fraggle Rock
Angelina Ballerina
Jim Henson
Pingu
Kipper
Children's Favorites
Rubbadubbers
Wishbone

**Product Types**
DVD
VHS
Spanish DVD/VHS
Toys
Music
Books
Clothes
Thomas Toys & Games
Thomas Wooden
Railway
Home and Bath
HIT Shop Only
Online Specials
Best Sellers
New Releases
New Products
French DVD/VHS

View Products with Trailers

**Printable Order Form**

**Parent's Place**

## Thomas Station Celebration Card Game

Item # BPA8304
Our Price: $6.50 USD




Free Shipping Eligible

Quantity: 1 ADD TO CART

**Limited Quantities (46)**

New! Sir Topham Hatt is invited to a station celebration, but he needs help to find his ticket! First one to help him get to the party wins! Can you help? Ages 4+. 2-4 players. 48 jumbo cards. No reading required.

Larger Image

Email a friend Add to Wish List

No sales tax except in TX and CA

**You may also be interested in these related items:**



New Friends for Thomas Coloring Book - with Bonus Tattoos
**$3.99 USD**
ADD TO CART



Thomas' Track and Trestles Board Game
**$14.95 USD**
ADD TO CART



Thomas' Station Stop Magnet Playboard Set - 16 Magnets
**$4.99 USD**
ADD TO CART

**EXHIBIT B.26w**

© 2006 HIT Entertainment Limited

EXHIBIT
B.26w