
Every
is Special
Animated Storybook · Games · Activities
Hours of Interactive Fun for Ages 3 and Up
CD-ROM
WIN/MAC

EXHIBIT
B.35


Every Season is Special
Animated CD-ROM for Windows and Macintosh
Follow along as seasons, months, and holidays come to life with the click of a mouse
This interactive CD-ROM includes an animated storybook, greeting card maker, calendar maker, coloring and activity print-outs, memory game, and more
Games
Calendar
Story
Windows System Requirements
Windows 95 • 486 processor or faster • 256 color monitor
16MB RAM • 2x CD-ROM or faster • 16-bit sound card
Macintosh System Requirements
Mac-OS 7.5 or higher • 68040 processor, 25mhz or faster
256 color monitor • 16MB RAM • 2x CD-ROM or faster
1998 by The Standard Publishing Company, Cincinnati, OH. A division of Standex International Corporation. All rights reserved. Printed in the U.S.A. Windows and MS-DOS are registered trademarks of Microsoft Corporation. Macintosh and Mac-OS are registered trademarks of Apple Computer Corporation. All other trademarks are the property of their respective owners.
ISBN $ 9.99
5559339520 50999

EXHIBIT
B.35

# BARNES&NOBLE.com
www.bn.com

packing slip

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

CUSTOMER SERVICE:
To Reach Customer Service e-mail:
web customers:
service@barnesandnoble.com

SOLD TO:
DAPHNE GRONICH
[redacted]
UNITED STATES

SHIP TO:
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

CUST NO: 34295940 ORDER NO: 79966405

Loc: 27CB133L

| QTY | DESCRIPTION | ITEM # | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638994 | | 7.15 | 7.15 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 | | 8.99 | 8.99 |

**2 Total number of units in this shipment.**

**The following items are shipping separately:**

| QTY | DESCRIPTION | ITEM # |
|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 |
| 1 | Every Season Is Special: CD-ROM for Windows or Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Coll | 9785559339528 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 |
| 1 | Memory | 9780769647296 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 |
| 1 | Rainbow Fish Memory Game | 9781558588288 |
| 1 | Search and Find Bible Memory Game | 9780825472213 |

**EXHIBIT B.35r**

RETURNS: Cut along dotted line and affix to carton being returned. PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order.

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

270100799664050101

From:
DAPHNE GRONICH
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

270100799664050101

07/11/2006 11:00PM (CL)

7/11/2006 9:05:37AM

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH MORE SEARCH OPTIONS

**Summer Clearance – Save up to 80%.**

**Every Season Is Special**: CD-ROM for Windows or MacIntosh Features Creative Animation, Puzzles, Music, Memory Games and a Collection of Custom C
by Standard Publishing (Manufactured by)

IMAGE NOT AVAILABLE

**Multimedia - CD-ROM**
ISBN: 5559339520
Pub. Date: June 1998

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

List Price: $9.99
Online Price:
**$3.99** Save 60%

Members Pay:
**$3.59** Join Now

ADD TO CART

Usually ships within 24 hours - Same Day delivery in Manhattan

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

SUMMER CLEARANCE
See Details

**B&N Customers Who Bought This Book Also Bought**

**Written on Our Hearts**: The Old Testament Story of God's Love
Barbara Allaire, Mary Reed Newland, Barbara Allaire, Barbara Allaire

**Jesus the One and Only**
Beth Moore

**Catholic Social Teaching**: Learning and Living Justice
Michael Francis Pennock

**Your Life in Christ**: Foundations of Catholic Morality
Michael Francis Pennock

**The Life You've Always Wanted Participant's Guide**: Six Sessions on Spiritual Discipline for Ordinary People
Stephen Sorenson, John Ortberg, Amanda Sorenson

**More About Every Season Is Special**

**Product Details**

ISBN: 5559339520
ISBN-13: 9785559339528
Format: Multimedia

EXHIBIT
B.35w

Publisher: Standard Publishing
Edition Description: CD-ROM
Sales Rank: 494,303

B&N SERVICES

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY

About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP

Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.35w