


EXHIBIT
B.37


How to make the most of your Memory Game Cards!
Lay out all of the cards facedown on a flat surface. Flip over two cards at a time, and if the pictures match, keep the pair. The player with the most matches wins! Think carefully about what cards have been turned over and where they are on the game board. Use your memory to make matches!
Helps reinforce decision-making, turn-taking, and thinking skills.
School Specialty Publishing
©2006 School Specialty Publishing
Columbus, Ohio 43240
U.S. $2.99
Can. $4.99
ISBN 0-7696-4729-4
UPC
Manufactured in Vietnam

EXHIBIT
B.37

# BARNES&NOBLE.com

www.bn.com

Packing Slip

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

| SOLD TO: | SHIP TO: | CUSTOMER SERVICE: |
|---|---|---|
| DAPHNE GRONICH<br>[redacted]<br>UNITED STATES | DAPHNE GRONICH<br>16360 ROSCOE BOULEVARD<br>SUITE 105<br>VAN NUYS, CA 91406<br>UNITED STATES | To Reach Customer Service e-mail:<br>web customers:<br>service@barnesandnoble.com |
| CUST NO: 34295940 ORDER NO79988405 | Loc: 44CH4213 | |

| QTY | DESCRIPTION | ISBN | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 | | 7.15 | 7.15 |
| 1 | Every Season Is Special: CD-ROM for Windows or MacIntosh Features Creative Animation, Puzzles, Music, Memory Games and a Collection of Custom C | 9785559339528 | | 3.59 | 3.59 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 | | 8.99 | 8.99 |
| 1 | Memory [redacted] | 9780769647296 | | 2.69 | 2.69 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 | | 8.99 | 8.99 |
| 1 | Rainbow Fish Memory Game | 9781558588288 | | 13.45 | 13.45 |
| 1 | Search and Find Bible Memory Game | 9780825472213 | | 6.29 | 6.29 |

7 Total number of units in this shipment.

**The following items are shipping separately:**

1 Coffee Break Memory Game 9781400638594

1 Memory Fun: Wooden Concentration Game 9781400620890

THANK YOU FOR YOUR ORDER

EXHIBIT B.37r

RETURNS: Detach and use this label to return items. PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order.

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

440100799884050101
(9903200000005234047)

From:
DAPHNE GRONICH
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

440100799884050101

Barnes & Noble.com
6000 Freeport Ave - Suite 101
Memphis, TN 38141

9903200000005234047
(440100799884050101)

Expedited Delivery

07/11/2006 11:00PM (CL)



7/10/2006 10:26:33PM

School Specialty Publishing

Free Catalog | How to Buy | View Shopping Cart

Home | New Products | Award Winners | Best Sellers

Home >

FREE SHIPPING and 10% OFF! click for details

Search Our Site

Keyword or Item # GO

Catalog Quick Order

Item # or ISBN GO

- Online Activities
- Test Preparation
- Browse by Grade
- Product Search by State Standards
- Product Search by Student Textbook
- DVDs & Music
- Spanish / Español
- Teacher Resources
- Classroom Decoratives

800.417.3261

## Brighter Child Game Cards: Memory




| | |
|---|---|
| ISBN: | **0-7696-4729-4** |
| Grade Levels(s): | **Kindergarten - Third Grade** |
| Pieces: | **54** |
| Packaging: | **Box** |
| Size: | **3 1/4 x 5 1/4** |
| Selling Rights: | **U.S. Only** |

Description:

These game cards allow children to practice important concepts, while playing fun games at the same time. Each game helps children develop thinking, decicion-making, turn-taking, and social skills. Plus, a special card offers additional creative ideas and games designed to reinforce laming and build proficiency.

**Features:**

- Special reinforced box
- 54 fact and fun-filled cards
- Instructional and full-color cards
- Creative games designed to enhance learning

Price: **$ 2.99**

Buy

Add To Wish List

Email To A Friend

A member of the School Specialty Family

Judy

EXHIBIT B.37w

Frank Schaffer | Judy | Instructional Fair | Noodlebug | Totline

Homeschool estore.com Tomorrow's Lesson Today! Follow This Link To Purchase Electronic Versions Of Our Products

School Specialty Publishing Home | About School Specialty Publishing | Other School Specialty Sites | FAQs
Meet Our Authors & Illustrators | Store Finder | Shipping Information | Customer Service | Update Customer Information
Site Map | Terms of Use | Privacy Policy | Contact Us

We Respect Your Privacy | 100% Satisfaction Guaranteed | DMA member | VeriSign Secure Site | MasterCard | VISA | Fraud Protection Guaranteed Click Here | American Express

Copyright ©2005 School Specialty Publishing. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

Send all inquiries to: School Specialty Publishing, 3195 Wilson Drive NW, Grand Rapids, MI 49534.

School Specialty Publishing is a member of the School Specialty family of companies.

EXHIBIT
B.37w

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
» SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH MORE SEARCH OPTIONS

Summer Clearance – Save up to 80%.

# Memory

by School Specialty Publishing




More Views

**Paperback**
ISBN: 0769647294
Pub. Date: March 2006
Age Range: 4 to 6

**More ...**
Add to Wish List
Write a Review

**BUY IT NEW**

Online Price:
**$2.99**

Members Pay:
**$2.69** Join Now

ADD TO CART

Usually ships within 2-3 days

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

**B&N Customers Who Bought This Book Also Bought**

**Bugs**
Price Stern Sloan Publishing

**Little Box of Card Games and Tricks**
Andrew Heritage, Dimitry

**Dinosaurs**
Winston Tong, Price Stern Sloan Publishing, Price, Stern, Sloan Publishing Staff

**Card Games for Kids:** 50 of the Best Games for Children of All Ages
Adam Ward

**Chomp!:** The Fast and Furious Food Chain Card Game with Cards
Gamewright

**More About Memory**

From the Publisher

**From the Publisher**

How to make the most of your Memory Game Cards!
Lay out all of the cards facedown on a flat surface. Flip over two cards at a time, and if the pictures match, keep the pair. The player with the most matches wins! Think carefully about what cards have been turned over and where they are on the game board. Use your memory to make matches! Helps reinforce decision-making, turn-taking, and thinking skills.

**Product Details**

EXHIBIT
B.37w

ISBN: 0769647294
ISBN-13: 9780769647296
Format: Paperback, pp. 54
Publisher: School Specialty Publishing
Sales Rank: 434,716

B&N SERVICES

- About B&N
- Investor Relations
- Affiliate Network
- B&N Membership
- Bulk Order Discounts
- Library Services
- Publisher & Author Guidelines
- Purchase Order Accounts

SHIPPING & DELIVERY

- About Fast & Free Delivery
- About Shipping
- Shipping Rates
- Store Returns

QUICK HELP

- Customer Service
- Order Status
- Easy Returns
- All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

**EXHIBIT B.37w**