
1
2
3
PARENTS' CHOICE APPROVED
5
Number Hunt
with Built-In Memory Match Game
7
8
9
10
Over 150 Flaps
12
14
innovative KIDS

EXHIBIT
B.38


EARLY LEARNING FUN!
Colorful flaps and a built-in memory match game transform early math skills into hours of fun!
Jam-packed with activities that develop important basic math skills such as counting sets and simple addition.
Put it all together in a memory match game. Play again and again!
Written by Lee Vietro
Illustrated by Shelly Meredith Delice
Great for Travel!
A Math Lift-the-Flap Book
Letter Hunt
$9.99 U.S.

EXHIBIT
B.38

# BARNES&NOBLE.com

www.bn.com

Packing Slip

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

| SOLD TO: | SHIP TO: | CUSTOMER SERVICE: |
|---|---|---|
| DAPHNE GRONICH<br>[redacted]<br>UNITED STATES | DAPHNE GRONICH<br>16360 ROSCOE BOULEVARD<br>SUITE 105<br>VAN NUYS, CA 91406<br>UNITED STATES | To Reach Customer Service e-mail:<br>web customers:<br>service@barnesandnoble.com |
| CUST NO: 34295940 ORDER NO: 79966405 | Loc: 44CH4213 | |

| QTY | DESCRIPTION | ITEM | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 | | 7.15 | 7.15 |
| 1 | Every Season Is Special: CD-ROM for Windows or. Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Collection of Custom C | 9785559339528 | | 3.59 | 3.59 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 | | 8.99 | 8.99 |
| 1 | Memory | 9780769647296 | | 2.69 | 2.69 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 | | 8.99 | 8.99 |
| 1 | Rainbow Fish Memory Game | 9781558588288 | | 13.45 | 13.45 |
| 1 | Search and Find Bible Memory Game | 9780825472213 | | 6.29 | 6.29 |

Total number of units in this shipment: 7

**The following items are shipping separately:**

| QTY | DESCRIPTION | ITEM |
|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638994 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 |

THANK YOU FOR YOUR ORDER

EXHIBIT
B.38r

RETURNS: Cut along dotted line and affix to carton being returned. PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order.

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

4401007996684050101
(99032000000005234047)

07/11/2006 11:00PM (CL)

From:
DAPHNE GRONICH
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

4401007996684050101

Barnes & Noble.com
6000 Freeport Ave - Suite 101
Memphis, TN 38141

99032000000005234047
(4401007996684050101)

Expedited Delivery

7/10/2006 10:26:33PM

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
SEE DETAILS

CART 0 Items CHECK OUT
ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH MORE SEARCH OPTIONS

Summer Clearance – Save up to 80%.

**Number Hunt: Memory Match Game**
by Innovative Kids Staff (Manufactured by), Lee Vietro



**Hardcover**
ISBN: 1584762063
Pub. Date: September 2003
Series: Memory Match Game Ser.
Age Range: 3 to 7

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$9.99**

Members Pay:
**$8.99** Join Now

ADD TO CART

BUY IT USED

Used Copies Available from our Authorized Sellers

Usually ships within 24 hours - Same Day delivery in Manhattan

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

**B&N Customers Who Bought This Book Also Bought**

**1, 2, 3 to the Zoo**
Eric Carle, Bryant-Mole

**Numbers (Magnets on the Move Series)**
Phidal Publishing Inc.

**How Much Is a Million?**
Steven Kellogg, David M. Schwartz

**Remainder of One**
Elinor J. Pinczes, Bonnie MacKain

**Each Orange Had 8 Slices**
Donald Crews, Paul Giganti

**More About Number Hunt**

From The Critics

**From The Critics**

**Publishers Weekly**
Two new Memory Match Game titles by Lee Vietro, illus. by Shelley Meredith Delice-Letter Hunt: A Phonics Lift-the-Flap Book and Number Hunt-use flaps and punch-out pieces to create games that reinforce phonics skills by identifying starting sounds and naming pictures in the

EXHIBIT
B.38w

first title, number identification, counting and simple addition in the second. Copyright 2003 Reed Business Information.

**Product Details**

ISBN: 1584762063
ISBN-13: 9781584762065
Format: Hardcover, pp. 12
Publisher: Innovative Kids
Sales Rank: 312,637

B&N SERVICES

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY

About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP

Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.38w