

EXHIBIT
B.39

# SEARCH and FIND Bible Memory Game



**This fun card game takes you on a journey through twelve of the most well-known stories from the Old and New Testaments.**

**GAME RULES:**

For each story there is a set of four cards, with the same color border and the same symbol in the corner. The aim of the game is to collect as many pairs from a story as possible (with the same border and symbol), or better still all four cards from the same set.

To play the game, all the cards are mixed up with the pictures face down on the table. The youngest player starts. He turns two cards over. If the two cards match he keeps them and the story may be read from the book (the symbol on the card matches the symbol in the book). The player takes another turn to find a pair.

If the cards do not match he replaces them face down on the table. Then the next player, on his right, takes a turn.

Try to remember the position of the cards and find the matching pairs.

When all the cards have been turned over and matched the game is finished.

Two points are awarded for each pair collected. If all four cards are collected then an extra point is awarded, making a total of five points. The player with the most points wins.

Two or more players.

Copyright © Evangelischer Werbedienst/Inatel Medlengesellschaft mbH und Deutsche Bibelgesellschaft

SBN $ 6.99
0825472210
50699
9 780825 472213

'le co-edition organised and produced by
idson Ltd. Concorde House, Grenville
ll Hill, London NW7 3SA
20 8959 3668
Ì 20 8959 3678
d@angushudson.com
n China
d in the USA by Candle Books 2001
d 2003
ted by: Kregel Publications, PO Box 2607
Rapids, Michigan 49501
CANDLE BOOKS

EXHIBIT
B.39

Packing Slip

# BARNES&NOBLE.com

www.bn.com

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

SOLD TO:
DAPHNE GRONICH
[redacted]
UNITED STATES

SHIP TO:
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

CUSTOMER SERVICE:
To Reach Customer Service e-mail:
web customers:
service@barnesandnoble.com

CUST NO: 34295940 ORDER NO 79966405

Loc: 44CH4213

| QTY | DESCRIPTION | ITEM | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 | | 7.15 | 7.15 |
| 1 | Every Season Is Special: CD-ROM for Windows or Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Collection of Custom C | 9785559339528 | | 3.59 | 3.59 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 | | 8.99 | 8.99 |
| 1 | Memory | 9780769647296 | | 2.69 | 2.69 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 | | 8.99 | 8.99 |
| 1 | Rainbow Fish Memory Game | 9781558588288 | | 13.45 | 13.45 |
| 1 | Search and Find Bible Memory Game | 9780825472213 | | 6.29 | 6.29 |

[illegible] Total number of units in this shipment.

The following items are shipping separately:

| QTY | DESCRIPTION | ITEM |
|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638594 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 |

THANK YOU FOR YOUR ORDER

EXHIBIT
B.39r

RETURNS: Cut along dotted line and affix to carton being returned - PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

440100799684050101
(99032000000005234047)

From:
DAPHNE GRONICH
DAPHNE GRONICH
16360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

440100799684050101

Barnes & Noble.com
6000 Freeport Ave - Suite 101
Memphis, TN 38141

99032000000005234047
(440100799684050101)
Expedited Delivery

07/11/2006 11:00PM (CL)



7/10/2006 10:26:33PM

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
• SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT | ORDER STATUS | WISH LIST | HELP | ABOUT SHIPPING



Free DVD with $75 Textbook Order.

## Search and Find Bible Memory Game

by Candle Books (Manufactured by)




More Views

**Other Format**
ISBN: 0825472210
Pub. Date: May 2001
Age Range: 4 to 8

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$6.99**

Members Pay:
**$6.29** Join Now

ADD TO CART

Usually ships within 2-3 days

FAST& FREE DELIVERY
This item is eligible for Fast&Free Delivery

BUY IT USED

Used Copies Available from our Authorized Sellers

**B&N Customers Who Bought This Game Also Bought**

**Pride and Prejudice**
Jane Austen, Candace Ward

**Outlander**
Diana Gabaldon

**From the Mixed-up Files of Mrs. Basil E. Frankweiler**
E. L. Konigsburg, Barry David Marcus

**Charlotte's Web**
Garth Williams, E. B. White

**Beloved**
Toni Morrison

**More About Search and Find Bible Memory Game**

**Product Details**

ISBN: 0825472210
ISBN-13: 9780825472213
Format: Other Format
Publisher: Kregel Publications
Sales Rank: 501,553

**EXHIBIT B.39w**

85

B&N Membership Purchase Order Accounts Store Returns All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.39w

PARABLE

*Your Christian Bookstore for Bibles, books, music & more!*

Enter zip code to find a store near you: go

SHOP | BIBLES | BOOKS | MUSIC | VIDEOS | ACCOMPANIMENT | DIGITAL MUSIC | SOFTWARE | CHURCH SUPPLIE

SEARCH go SHOPPING CART | CUSTOMER SERVICE

FREE SHIPPING WITH THE PURCHASE OF $40 OR MORE details

## Search and Find Bible Memory Game

Candle Books (*Manufactured by*)




**Board**

**ONLINE PRICE: $6.99**

Prices valid online only. Details

Certified Secure Site

ADD TO CART

**more Information**

Also from Candle Books (*Manufactured by*)

**Description**

A fun-to-play memory game that will solidify twelve familiar Bible stories in young minds. For ages 4 and older.

**Details**

| | | | |
|---|---|---|---|
| **SKU:** | 0825472210 | **ISBN13:** | 9780825472213 |
| **Qty Remaining Online:** | 14 | **Publisher:** | Kregel Publications |
| **Date Published:** | May 2001 | **Language:** | English |
| **Age Range:** | 4 - 8 | **Grade Level:** | Preschool thru 3rd Grade |
| **Item Description:** | Game, Cards | **Item Type:** | Toys & Games |
| **Weight lbs:** | 0.61 | **Dimensions:** | 5.07 X 7.42 X 1.95 |

Click here to report missing or incorrect information about this product

**Look for Similar Products by Subject**

Browse All > Church Resources > Games and Crafts

**Also from Candle Books (*Manufactured by*)**

- Musical Instruments, Writing, Baskets and Mats (Paperback)
- Costumes, Rings & Things, and Clay Pots (Paperback)
- More 365 Activities for Kids (Spiral)
- Carry-Along Bible Activities with Book(s) and Pens/Pencils (Other)

E-MAIL SIGNUP go

CUSTOMER SERVICE | ORDER TRACKING | RETURN POLICY | SHIPPING | CONTACT US | ADVANCED SEARCH
ABOUT US | ASSOCIATE PROGRAM | JOBS | STORE LOCATOR

Parable.com is your trusted online Christian Bookstore for Bibles, Christian books, Bible studies, Christian music, accompaniment music and more!
© 2005 The Parable Group ®. "America's Leading Christian Retailers ®" All Rights Reserved. Use of this site is subject to certain terms of use which constitute a legal agreement between you and Parable Group, Inc. Privacy Policy