
Coffee Break
Memory
Game
Pour yourself a coffee and
relax over this classic game!

EXHIBIT
B.40


Foil packed to keep the game fresh and fun!
Take a break, pour yourself a coffee and relax with this fantastic Coffee Break Game. Shuffle the 36 tiles, place them face down, then players take it in turn to turn two tiles face up – the aim is to turn two matching images each time. When a player turns over a matching image, they keep that pair. If images are non-matching, turn the tiles face down again. The winner is the player with the most pairs.
ROAST
COFFEE BREAK MEMORY
1400638992
9 781400 638994

EXHIBIT
B.40

# BARNES&NOBLE.com
www.bn.com

packing slip

**RETURN ADDRESS:**
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

**CUSTOMER SERVICE:**
To Reach Customer Service e-mail:
web customers:
service@barnesandnoble.com

**SOLD TO:**
DAPHNE GRONICH
[redacted]
UNITED STATES

**SHIP TO:**
DAPHNE GRONICH
15360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

CUST NO: 34255640 ORDER NO: 79966405

Loc: 27CH133L

| QTY | [illegible] | [illegible] | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638994 | | 7.15 | 7.15 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 | | 8.99 | 8.99 |

2 Total number of units in this shipment.

**The following items are shipping separately:**

| | | |
|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 |
| 1 | Every Season Is Special; CD-ROM for Windows or Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Coll | 9785559339528 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 |
| 1 | Memory | 9780769647296 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 |
| 1 | Rainbow Fish Memory Game | 9781558588288 |
| 1 | Search and Find Bible Memory Game | 9780825472213 |

[illegible] Do Not Remove This Label [illegible]

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

27010079966405010 1

From:
DAPHNE GRONICH
DAPHNE GRONICH
15360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

27010079966405010 1

EXHIBIT
B.40r

07/11/2006 11:00PM (CL)

7/11/2006 9:05:37AM

BARNES&NOBLE.com
www.bn.com
FAST&FREE DELIVERY
SEE DETAILS
CART 0 Items CHECK OUT
ACCOUNT · ORDER STATUS · WISH LIST · HELP · ABOUT SHIPPING
HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY
BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX
Keyword SEARCH MORE SEARCH OPTIONS
Summer Clearance – Save up to 80%.

## Coffee Break Memory Game
by The Lagoon Group



More Views

**Other Format**
ISBN: 1400638992
Pub. Date: November 2005

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$7.95**

Members Pay:
**$7.15** Join Now

ADD TO CART

Usually ships within 24 hours

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

### More About Coffee Break Memory Game

From the Publisher

**From the Publisher**

Here's a beautifully packed tile game for coffee fanatics and game lovers a 36-piece match-the-images puzzle that will help you while away the hours. Even tea drinkers will love this.

**Product Details**

ISBN: 1400638992
ISBN-13: 9781400638994
Format: Other Format
Publisher: The Lagoon Group
Sales Rank: 247,867

B&N SERVICES
About B&N
Investor Relations
Affiliate Network
B&N Membership
Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY
About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP
Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.40w