


EXHIBIT
B.41

[redacted]

## Memory Fun Instructions

A perfect first game to help children [illegible] skills! Game consists of two complete sets of [illegible]

**TO PLAY:** Spread out all [illegible] tiles [illegible] (Note: for younger children fewer than [illegible] tiles [illegible] gradually increased as they get more [illegible] over two tiles in hopes of finding a match. If no match is found, the tiles are turned back over in the same position [illegible] If a match is found, those two tiles are removed [illegible] that child's own pile [illegible] a match is not found. The game ends when all matches have been found (thus all tiles are in one of the players' piles). The number of matches is then totaled and the player with the most sets is crowned the winner. [illegible] will want to play again and again! [illegible] (For one player, child may wish to have someone time her and work then on improving the time.)

Melissa & Doug.

Lights, Camera, Interaction!, Inc.

**Memory Fun**

All "Melissa & Doug" products pass our high qua[illegible] standards and meet or exceed all U.S. toy testing st[illegible]

Memory Fun: Wooden Concentration Game

1400620899

Ages 4 & up

Spread the tiles picture-side down and flip to find the m[illegible]

We care about your comment[illegible] ple[illegible]

Melissa & Doug.

1-800-284-3948

© Lights, Camera, Interaction!, Inc. P.O. Box 590 W[illegible]

9 781400 620890

EXHIBIT
B.41

# BARNES&NOBLE.com

www.bn.com

**RETURN ADDRESS:**
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

**CUSTOMER SERVICE:**
To Reach Customer Service e-mail: web customers:
service@barnesandnoble.com

packing slip

**SOLD TO:**
DAPHNE GRONICH
[redacted]
UNITED STATES

**SHIP TO:**
DAPHNE GRONICH
15360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

CUST NO: 34255540 ORDER NO: 79966405

Loc: 27CH133L

| QTY | [illegible] | [illegible] | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Coffee Break Memory Game | 9781400638994 | | 7.15 | 7.15 |
| 1 | Memory Fun: Wooden Concentration Game | 9781400620890 | | 8.99 | 8.99 |

2 Total number of units in this shipment.

**The following items are shipping separately:**

| QTY | Item | Number |
|---|---|---|
| 1 | Card Games for Kids: 50 of the Best Games for Children of All Ages | 9780600610748 |
| 1 | Every Season Is Special; CD-ROM for Windows or Macintosh Features Creative Animation, Puzzles, Music, Memory Games and a Coll | 9785559339528 |
| 1 | Letter Hunt: Memory Match Game | 9781584762058 |
| 1 | Memory | 9780769647296 |
| 1 | Number Hunt: Memory Match Game | 9781584762065 |
| 1 | Rainbow Fish Memory Game | 9781558588288 |
| 1 | Search and Find Bible Memory Game | 9780825472213 |

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

270100799664050101

**From:**
DAPHNE GRONICH
DAPHNE GRONICH
15360 ROSCOE BOULEVARD
SUITE 105
VAN NUYS, CA 91406
UNITED STATES

**To:**
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

270100799664050101

**EXHIBIT B.41r**

07/11/2006 11:00PM (CL)

7/11/2006 9:05:37AM

BARNES & NOBLE www.bn.com FAST & FREE DELIVERY SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT · ORDER STATUS · WISH LIST · HELP · ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH MORE SEARCH OPTIONS

**Summer Clearance – Save up to 80%.**

**Memory Fun**: Wooden Concentration Game
by Melissa & Doug (Manufactured by)



More Views

**Other Format - Recommended for Ages 4+**
ISBN: 1400620899
Pub. Date: February 2004

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$9.99**

Members Pay:
**$8.99** Join Now

ADD TO CART

Usually ships within 24 hours

FAST & FREE DELIVERY
This item is eligible for Fast&Free Delivery

**More About Memory Fun**

From the Publisher

**From the Publisher**

This beautifully constructed memory game features 40 chunky wooden tiles with highly detailed illustrations. Spread the tiles out picture-side down and take turns flipping them over to find a matching pair! Tiles store neatly in a wooden box with see-through lid. Ages 4+.

**Product Details**

ISBN: 1400620899
ISBN-13: 9781400620890
Format: Other Format
Publisher: Lights, Camera, Interaction!
Edition Description: Recommended for Ages 4+
Sales Rank: 200,854

**Find Related Items**

**Browse Books**

Children - Games & Activities

**Of Interest**

Find more wonderful gift ideas in our Gift Center.

**Search Related Subjects**

*Children*

☐ Games -> Children's nonfiction

SEARCH

B&N SERVICES

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY

About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP

Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.41w

SomedayIsle.Com
Internet Toy Store

INTERNET DISCOUNT
10% OFF
ON ALL NON-SALE ITEMS



# Wood Memory Fun Game by Melissa & Doug 10% Internet Discount

**The classic Memory game with beautiful pictures on wooden tiles. This seat features 40 chunky, wooden tiles with hand-painted illustrations. Spread the tiles out picture-side down and take turns flipping thm over to find the matching pair! A great and fun learning tool! 11"x9"x1.5" for ages 4 and up.**




**Wood Memory Fun Game by Melissa & Doug**
**(LI-164) Store Price$ 9.99 Internet Price $ 8.99**
**Usually ships in 1 to 2 business days.**

Add to CART

Back to Children's Games

Go To CHECKOUT

View CART

INTERNET DISCOUNT
10% OFF
ON ALL NON-SALE ITEMS

| Home | Toys | Games | Puzzles | Crafts |
| Search | How To Order | Shipping |
| Newsletter || Privacy Policy | About Us |
| Frequently Asked Questions |
| Contact Us | What's New |

EXHIBIT
B.41w