
Memo-Zoo
Wer findet die meisten Tier-Paare?
Ein klassisches Memo-Spiel für 2-4 Kinder ab 3 Jahren.
Aus-gezeichnetes Spiel!
spiel gut
Selecta Spiel ®
...natürlich, aus Holz

EXHIBIT
B.80



4 003332 035302

Selecta Spielzeug AG
Postfach 47
D-83531 Edling
Telefon: +49 (0) 80 71 - 10 06 - 0
Telefax: +49 (0) 80 71 - 10 06 - 40
www.selecta-spielzeug.de

**Art. Nr. 3530**
Made in Germany

D

# Memo-Zoo

Der Fisch sucht seinen Zwilling, der Bär sein Spiegelbild und der Hahn kräht gleich doppelt.
Das klassische Memo-Spiel ist einfach: Zwei gleiche Bilder müssen einander zugeordnet werden.

**Inhalt:** 36 Bildtäfelchen aus Holz (6,2 x 6,2 cm), Spielanleitung

Diese kostengünstige Standardverpackung bedingt je nach Artikel unterschiedliche Hohlräume.

Bitte bewahren Sie die Herstelleradresse auf. Änderungen vorbehalten.

GB USA

# Memo-Zoo

The fish is looking for it's twin, the bear is looking for it's partner and two cockerels are about to crow together.
The classic memo-game is simple: Two identical pictures must be matched.

**Contents:** 36 wooden picture slabs (6,2 x 6,2 cm / 2½ x 2½ inches), game instructions

Our products require different amounts of space in our economical standardized packing.

Keep the manufacturer's address for your future reference. Subject to change.

F

# Mémo-Zoo

Le poisson cherche son frère jumeau, l'ours son double et le coq existe en double exemplaire. Ce jeu de mémoire classique est simple comme bonjour : il s'agit d'associer deux images identiques.

**Contenu :** 36 plaquettes illustrées en bois (6,2 x 6,2 cm), règle du jeu

En raison de l'utilisation de tailles de boîtes standardisées, les espaces vides peuvent varier d'une référence à l'autre.

Merci de conserver l'adresse du fabricant. Sous réserve de modifications.

NL

# Memo-Dierentuin

De vis zoekt zijn tweeling, de beer zijn spiegelbeeld en de haan kraait zelfs tweemaal. De klassieke geheugenspel is eenvoudig:
Twe gelijke plaatjes moeten juist tegen elkaar worden gelegd.

**Inhoud:** 36 houten plaatjes (6,2 x 6,2 cm), spelregels

Deze efficiente standaardverpakking kan afhankelijk van het artikel diverse niet gebruikte ruimtes hebben.

Het adres van de fabrikant goed bewaren. Wijzigingen voorbehouden.

Selecta Spiel ®

EXHIBIT B.80

# Packing List

**Kidstock, Inc.**
www.kidstockmontana.com
705 Osterman Dr Suite C
Bozeman, MT 59715

| DATE |
| --- |
| 8/8/2006 |

Daphne Gronich
CUSTOMER ACCOUNT NO.

**Ship To:**

C/O Kent Raygor SMRH
Daphne Gronich
1901 Avenue Of The Stars Suite 1600

Los Angeles, CA 90067

Order Numbers
002-5501231-3810434
039860

| ORDERED |
| --- |
| 8/8/2006 |

| ITEM | DESCRIPTION | ORD | B/O | SHIP |
| --- | --- | --- | --- | --- |
| SE3530 | Memo-Zoo<br><br>Sent to you compliments of Daphne Gronich | 1 | 0 | 1 |
| | | 1 | 0 | 1 |

EXHIBIT
B.80r

R5250

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

## Selecta Memo Zoo

Selecta



See larger image and other views



Share your own customer images

**Availability:** This item is currently not available.

Get it for less! Order it used

Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**Product Dimensions:** 7.8 x 7.8 x 2.0 inches ; 1.1 pounds

**Shipping Weight:** 1.10 pounds

**ASIN:** B00003CLRT

**Item model number:** 3530

## Product Description

### Editorial Review

Children can show off their knowledge of animals and challenge their memories in this heirloom-quality wooden tile game by Selecta. Designed for children 3 years of age and older, this simple but fun game for two to four players helps build matching and memory skills. Each of the 36 birch tiles bears one of 18 different animal illustrations (for example, a porcupine, a zebra, a rooster, an elephant, a turtle, and a cow). The domesticated and wild animals are nicely presented in bright, nontoxic paints, and the 2.5-inch-square lacquered tiles are scratch resistant and washable. To play the game, designed for two to four players, tiles are spread facedown and turned over two by two, with the goal being to collect matching pairs. Kids will enjoy playing this game again and again--and so will you! --*Ava Natov*

**From the Manufacturer**

This lovely wooden memory game is a childhood classic. Learn to identify a variety of animals by matching the colorful pairs. Includes 36 wood picture boards (2.5" x 2.5").

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

Search Products Tagged with

GO!

**See most popular tags**

**Your tags: Add your first tag**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

## Look for similar items by subject

- ☐ Cards
- ☐ Games
- ☐ Matching
- ☐ Memory

EXHIBIT
B.80w

☐ Wood

[Find items matching ALL checked subjects]
i.e., each item must be in subject 1 AND subject 2 AND ...

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**




Speaking Freely: Trials of the First Amendment by Floyd Abrams



America's Constitution: A Biography by Akhil Reed Amar

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings



EXHIBIT B.80w

KiDSTOCK INC
Unique clothing and accessories.

Clothing | Shoes | Toys | Strollers & Carriers | High Chairs & Feeding | Skin Care, Bath & Potty Training | Nursery & Safety
Home | New Products | Now On Sale | Ordering Information | View Order/Checkout

**Free Shipping on orders over $100 (see Shipping Method Information). No sales tax.**

# Selecta Wood Toys Games & Puzzles

Selecta Wood Toys, made in Germany by Selecta-Spielzeug, will become your children's favorites and last for generations. More than 30 years of experience have gone into the design of these quality toys. Naturally beautiful and educational, the water-based primary colors are completely safe to play with and will remain vivid and colorful for a long time. These toys are beautiful to touch, encouraging your children to play! There's something for everyone here; from baby toys to children's games.



**Musina**
A combination of rattles and musical toys, providing lots of play value without taking up a lot of space. Lying underneath, the baby has lots to play and reach for, and the frame provides a stable support for his first attempts at standing. 23 ½ x 23 ½ x 20 inches, all high quality wood.

SE1493 **$64.95** Add to Order



**Rosina**
A charming grasping toy with colored rings, Rosina stimulates the senses of sight, hearing and touch with its brightly colored parts and its hidden bell. It invites even the smallest child to playful fun. 3 1/2".

SE1390 **$14.95** Add to Order

**Rolina**
Two toys in one; grasping rattle for young baby and beginning crawlers can push the car along the floor. 3 ½ inches.

SE1416 **$11.95** Add to Order

EXHIBIT
B.80w





**Daki**

Yellow duck and brightly colored beads, on a lively elastic cord.This stimulating hands on toy is a prime learning experience for the senses of a baby. 3 ½ inches.

SE1420 **$11.95** Add to Order



**Girali Ring**

A perfect first rattle. The sound of real wood focuses the attention and playfully stimulates the senses. 4 inches.

SE1432 **$11.95** Add to Order



**Farm Picture Album**

Open the world of books to your child! Brilliant, beautifully colored illustrations. 4" x 4".

SE2088 **$11.95** Add to Order

**Hand in Hand**

A Selecta classic, with new illustrations. Happy children from all over the world shake hands and

EXHIBIT B.80w



make friends when the pictures are placed together. 36 wooden pieces with different illustrations; many play variations. Ages 3 and up.

SE3536 **$26.95** Add to Order



**Lottura**

The monochrome outline boards turn into bright, cheerful children's worlds when each picture board is placed on top. Includes three 4"x 8" placement boards and twenty-four 2"x 2" picture slabs. Ages 3 and up.

SE3528 **$24.95** Add to Order



**Lottori**

By a lake, in the garden, by the sea or in the forest - there's a lot to discover in the company of these two elves. You must look carefully and memorize the motif in order to find the right tile to place on the right board. Four beautifully illustrated scenes make up this lotto game that can be adapted for different age groups. Contents: 4 Picture boards (7 3/4 x 4 inches) 24 picture tiles (2 x 2 inches).

SE3529 **$28.95** Add to Order

**Memo-Zoo**

An animal variation of the popular matching game in durable wooden picture slabs. Test your memory and find the most animal pairs! Includes thirty-size 2"x 2" picture slabs. Ages 3 and up.

SE3530 **$28.95** Add to Order

EXHIBIT
B.80w





**Picture Street**
Whether it's a locomotive, a rain cloud, or a sailing boat: only when these colorful wooden boards are combined correctly you can see the complete pictures! Contents: 8 little picture slabs. For ages 2 and up, for 2 or more players.

SE3518 **$19.95** Add to Order



**Numero**
A tile-matching game to learn to count! Your child will learn numbers and amounts from 1 to 10. Contents: 20 little picture tiles from 1 - 10. For ages 4 and up, 1 to 3 players.

SE3539 **$22.95** Add to Order




**Grab It!**
The dice show the same motifs as the picture cards. You must react as fast as lightning and grab the right card. Who will grab the most pictures? Contents: 4 wooden dice, 24 little pictures tiles, instructions. For ages 4 and up, 2 to 4 players.

SE3567 **$19.95** Add to Order

View Order/Checkout

106

EXHIBIT
B.80w

**Free Shipping on orders over $100 (see Shipping Method Information). No sales tax.**

Shop By Product SEARCH Shop By Brand

Front Page About Us Customer Service/FAQs Ordering Information Sizing Information Contact Us

Copyright © 2000-2004 Kidstock, Inc. All Rights Reserved.

**877-753-4436**
**406-586-5758**
service@kidstockmontana.com