


108

EXHIBIT
B.89


Hide Seek
You roll the die to orange.
But wait - can you remember what's hiding beneath the orange disc?
If you do, take it! The player who collects the most hidden objects wins!
Contents:
24 Picture Cards
5 Plastic Discs
1 Colored Die
Instructions
Players: 2-4
Ages: 4 and Up
Instructions en français incluses
Instrucciones en Español dentro de la caja
Illustration: Klaus Hermann
Designer: Heinz Meister
© 2003 Ravensburger Spieleverlag
Ravensburger
www.ravensburger.com
Ravensburger Spieleverlag • Postfach 1860 • D-88188 Ravensburg
DEFENDANT'S EXHIBIT
109
EXHIBIT
B.89

KAPLAN

1310 Lewisville-Clemmons Rd.
Lewisville, NC 27023-0609
1-800-334-2014

# CARTON PACKING LIST

Page 1
8/8/2006

Kaplan Order # 0001427690
Customer # 9117758400001
Customer PO # 272118943310444

ıip To: DAPHNE GRONICH
C/O KENT RAYGOR, SMRH
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067-6017
USA

Bill To: AMAZON
PO BOX 609
LEWISVILLE, NC 27023
USA

rder Date: 08/08/2006
hip Date: 08/08/2006

Ship Via: UPSGT
Weight: 5.95

Carton ID: 1Z2145180300870276
Carton #: 1

| ust ne | Kaplan Item # | Item Ref. # | Item Description | Qty Shipped |
|---|---|---|---|---|
| 001 | 22823 | | NOAHS ARK CHALLENGE GAME | 1 |
| 002 | 80390 | | FIRST STEP MEMORY | 1 |
| 003 | 23913 | | MATH MEMORY | 1 |
| 004 | 47953 | | HIDE & SEEK GAME | 1 |
| 005 | 80612 | | TEDDY MIX AND MATCH | 1 |

End of List

**EXHIBIT B.89r**



All shipments have been packaged with care. Please contact customer service at (800) 334-2014 within 15 days of receipt of merchandise to report any shipping damages or shortages.

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.




See larger image

Share your own customer images

# Hide & Seek

Other products by Ravensburger

**List Price:** ~~$14.99~~

**Price:** **$14.95**

**You Save:** $0.04

**Availability:** In Stock. Ships from and sold by Kaplan Early Learning Company.

**2 used & new** available from $12.79

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**2 used & new** from $12.79

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Ages 4 and up, 2-4 players, 20 minute playing time, collect the most pictures, cover 5 of the 24 picture tiles
- memory skill, color recognition, age-appropriate, cause and effect, counting
- cooperative play, self esteem builder, problem solving, strategy skills, fun!
- Ages 4 and up

## Product Details

**Shipping Weight:** 11.20 ounces (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**ASIN:** B0006GVA0M

**Item model number:** 21010

**Manufacturer Recommended Age:** 4 - 99 years

This page was created by a seller.

EXHIBIT
B.89w

## Product Description

**From the Manufacturer**
Cover 5 of the 24 picture tiles with colored disks. Roll the die to see which colored disk to lift, but first guess aloud! If correct, keep the picture & place that disk over another one. If wrong, replace the disk & your turn is over. Collect the most pictures to win. Ages 4 and up/ For 2-4 players

**Product Description**
3 years & up. Fun and easy games to help children with matching and memory skills. No reading required.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags: Add your first tag**

## Customers tagged this product with

First tag: games im curious about ("csclements" on Mar 16, 2006)
Last tag: games im curious about

games im curious about (1)

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Amazon customers talk about this product and related topics.

? Help

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

EXHIBIT
B.89w

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Arts & Crafts > Craft Kits

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Kaplan Early Learning Company Privacy Statement

Kaplan Early Learning Company Shipping Information

Kaplan Early Learning Company Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

Selecta Memo Zoo by Selecta

Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**




Speaking Freely: Trials of the First Amendment by Floyd Abrams



America's Constitution: A Biography by Akhil Reed Amar

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.89w