
RESOURCES
Smart Splash
Fun water toys that teach Memory & Matching
Ages 2+
MEMORY MATCH CLAMS
Set of 12
EXHIBIT B.92

LEARNING RESOURCES

Ages 4+

# Smart Splash MEMORY MATCH CLAMS

*Learn memory skills and hand-eye coordination with this fun family of floating clams!*

***Water play the smart way!***

*Put Memory Match Clams together by color or mix 'n match!*







EXHIBIT B.92

*Look for these other Smart Splash™ teaching water toys!*
LER 7305 Match & Hook Fish
LER 7306 Letter Link Crabs

(847) 573-8400 (U.S. & Int'l)
(800) 222-3909 (U.S. & Canada)
+44 (0)1553 762276 (U.K. & Europe)

CE

© Learning Resources, Inc., Vernon Hills, IL (U.S.A.)
Learning Resources Ltd., King's Lynn, Norfolk (U.K.)
Please retain our address for future reference.
Made in Korea LPK7304-BOX

www.learningresources.com

**Jade Zike**

**From:** Amazon.com [ship-confirm@amazon.com]
**Sent:** Tuesday, August 08, 2006 9:27 AM
**To:** gronich
**Subject:** Your Amazon.com order has shipped (#002-9304271-6045646)

Greetings from Amazon.com.

We thought you'd like to know that we shipped your items, and that this completes your order.

You can track the status of this order, and all your orders, online by visiting Your Account at http://www.amazon.com/gp/css/history/view.html

There you can:
* Track your shipment
* View the status of unshipped items
* Cancel unshipped items
* Return items
* And do much more

The following items have been shipped to you by Amazon.com:

| Qty | Item | Price | Shipped | Subtotal |
|---|---|---|---|---|
| Amazon.com items (Sold by Amazon.com, LLC): | | | | |
| 1 | Learning Resources Smart S... | $15.95 | 1 | $15.95 |

Shipped via UPS Ground (estimated arrival date: 17-August-2006).
Tracking number: 1Z045RY20300027851

--------------------------------------------------------------------

Item Subtotal: $15.95
Shipping & Handling: $0.00

Total: $15.95

Paid by Amex: $15.95

--------------------------------------------------------------------

This shipment was sent to:

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
United States

via UPS Ground (estimated delivery date: 23-August-2006).

For your reference, the number you can use to track your package is 1Z045RY20300027851. You can track your shipment by visiting http://www.amazon.com/wheres-my-stuff.
Please note that tracking information may not be available immediately.

If you've explored the links on the Your Account page but still need assistance with your order, you'll find links to e-mail or call Amazon.com Customer Service
in our Help department at http://www.amazon.com/help/

--------------------------------------------------------------------

Please be aware that items in this order may be subject to California's

EXHIBIT
B.92r

Electronic Waste Recycling Act. If any items in this order are subject to that Act, the seller of that item has elected to pay any fees due on your behalf.

--------------------------------------------------------------------

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Thank you for shopping with us.

--------------------------------------------------------------------

Amazon.com... and you're done!
http://www.amazon.com/

--------------------------------------------------------------------



EXHIBIT B.92r

amazon.com | Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

Join **Amazon Prime** and ship Two-Day for free and Overnight for $3.99. Already a member? Sign in.



See larger image

# Learning Resources Smart Splash Memory Match Clams

Other products by Learning Resources

**Price: $15.95** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** This item has not yet been released. You may order it now and we will ship it to you when it arrives. Ships from and sold by Amazon.com.

**2 used & new** available from $14.99

**Quantity:** 1

Pre-order this item today

**or**

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**2 used & new** from $14.99

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Better Together

Buy this item with Alex Stickers for the Tub Beep Beep by Alex today!





**Buy Together Today: $25.94**

Buy both now!

## Customers who bought items like this also bought

- Alex Stickers for the Tub Beep Beep by Alex
- Swim 'n Splash Baby Pooh by Fisher Price
- We are . . . The Laurie Berkner Band **DVD** ~ Laurie Berkner
- Tomy Water Symphony by Tomy Toys

▸ **Explore similar items**

119

## Product Details

**Product Dimensions:** 2.9 x 9.2 x 10.2 inches ; 1.2 pounds

**EXHIBIT B.92w**

**Shipping Weight:** 1.20 pounds (View shipping rates and policies)

**Shipping:** This item can only be shipped to the 48 contiguous states. We regret it cannot be shipped to APO/FPO, Hawaii, Alaska, or Puerto Rico.

**ASIN:** B000EG6F36

**California residents:** Click here for Proposition 65 warning.

**Item model number:** LER7304

**Manufacturer Recommended Age:** 24 months and up

## Product Description

**Awards**
Finalist in Family Fun Magazine's Toy of the Year Award

**Product Description**
Make bath time or play time learning time with this colorful collection of floating water friends. The soft plastic clams are mold resistant and come in a convenient mesh storage bag. Build memory skills while matching with six, two-piece clams in three colors, with two small fish, crabs and starfish inside.

**See all Product Description**

## Customers who viewed this item also viewed

Activity Bath Toys by Brio Corporation

Sassy Large Tub Toy Organizer by Sassy

MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications

Alex Fun in the Tub Backpack by Alex

▸ **Explore similar items**

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Search Products Tagged with** GO!

**See most popular tags**

**Your tags:** **Add your first tag**

## Customers Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

**EXHIBIT B.92w**

Ask questions. Share opinions. Gain insight.

**Start the discussion**

Discussion topic:

## Listmania!

Search Listmania!


Things That Are More Than Just Entertainment: A list by Reba Wittmann


5 Star Books for Preschoolers: A list by Magic Is Mine "Bohemian Woman"


Educational Baby Videos: A list by J. Atlas

Create a Listmania! list

## So You'd Like to...


Find Music by Laurie Berkner: A guide by Becky


Buy Great Gifts for "Little Women": A guide by L. Perlman

Create your guide

## Look for similar items by category

Baby Toys > Shape & Color Recognition

Learning & Education > Early Development Toys > Shapes & Colors

## This Item and You

Sign in to rate this item

Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Where's My Stuff?**

- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**

- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**

- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta
- Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



Alex Stickers for the Tub Beep Beep Alex




Speaking Freely: Trials of the First Amendment by Floyd Abrams

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.92w