
AGES 3+
Jay Jay
THE JET PLANE
Memory Game
EXHIBIT B.101
BRIARPATCH
Over 100 Awards!
SEE IT ON PBS KIDS




EXHIBIT B.101

**Jade Zike**

**From:** Amazon.com Payments [viddiwellproducts@yahoo.com]
**Sent:** Monday, August 07, 2006 5:15 PM
**To:** gronich
**Cc:** payments-mail@amazon.com
**Subject:** Your Amazon Marketplace Purchase

Dear gronich

We're writing to confirm your purchase of the following Amazon Marketplace item from viddiwellproducts@yahoo.com:

1 of Jay Jay the Jet Plane Memory Game [Toy]

***************************************************
Safe Shopping Tips
Amazon.com works hard to protect our customers. For your safety, when ordering items advertised by sellers other than Amazon.com:

* Always place your orders directly through the Amazon.com shopping cart using Amazon Payments. Never send money directly to sellers through wire transfers or checks; we do not guarantee such transactions.

* Beware of e-mails that request direct payments, request payment to international locations, or ask for personal information. Amazon.com will never e-mail you to pay for Marketplace transactions outside our shopping cart, or ask you to confirm personal information such as a credit card number or password via e-mail. If a particular e-mail looks suspicious or unusual, please contact us directly.

Reporting suspicious activity to reports@amazon.com will help us enhance marketplace safety and serve you better in the future.

For more safe-shopping tips, read about Safe Online Transactions at http://www.amazon.com/safe-secure.
***************************************************

Amazon Payments has charged your credit card (Amex) for this purchase, and the funds have been credited to your Amazon Marketplace seller. On behalf of the seller, viddiwellproducts@yahoo.com, we thank you for your purchase.

The seller has agreed to ship by 09-August-2006. This message serves as advance notification of your shipment--most sellers will NOT send a separate shipment confirmation.

Your order will be shipped via the standard shipping method (usually regular surface mail). The arrival expectation is 4 to 14 business days. In some cases, this may take 21 business days or longer to arrive. If your shipment does not arrive by 28-August-2006, please contact the seller to check the status of the shipment. Your seller should provide the same level of customer service you expect from Amazon.com.

QUESTIONS?
If you have questions about this order, including the status of your shipment, reply to this e-mail to get in touch directly with your seller. For more general questions, you may find answers to those questions here: http://www.amazon.com/exec/obidos/tg/browse/-/537796/002-4779414-1596809

Here's your receipt.

---------------------------------------------------
Amazon Marketplace Receipt

**EXHIBIT B.101r**

## Packing List for Order #058-0188794-9036508

**Shipping to**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017

**Order Information**

Payment Date: 08/07/2006
**Jay Jay the Jet Plane Memory Game [Toy]**
Quantity: 1
Shipping Speed: Standard
Seller Email: viddiwellproducts@yahoo.com

EXHIBIT B.101r

Date: 07-August-2006

Order #: 058-0188794-9036508

1 of Jay Jay the Jet Plane Memory Game [Toy] $7.99

Buyer: gronich
Seller: viddiwellproducts@yahoo.com
Shipping & Handling: $4.99
Your Total: $12.98

Paid via Amazon Payments Using: Amex

Your Shipping Address:
Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017

Shipping Method:
Standard Mail

---------------------------------------------------

To view your transaction status at any time, access Your Payments Transactions:
http://www.amazon.com/gp/css/history/view.html

Thank you for making your purchase via Amazon Marketplace.

Amazon.com Customer Service
http://www.amazon.com

EXHIBIT B.101r

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.

No image available
Share your own customer image

# Jay Jay the Jet Plane Memory Game

Other products by Jay Jay the Memory Game Memory Game Cards

**Availability:** Available from **these sellers**.

**1 used & new** available from $7.99

**1 used & new** from $7.99

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9 A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- 48 Jumbo Cards
- 2 ways to play
- Visit Jay Jay the Jet Plane & Tarrytown Airport at pbskids.org/jayjay

## Product Details

**Product Dimensions:** 3.0 x 0.8 x 4.5 inches ; 5.3 ounces

**Shipping Weight:** 6.08 ounces

**ASIN:** B000H3U0Q4

**Item model number:** BP-35302

This page was created by a seller.

## Product Description

**Product Description**

Jay Jay the Jet Plane Memory Game contains 24 images from Tarrytown, 48 Jumbo Cards in all: "Today Jay Jay and his friends are playing a memory game. Turn over cards two at a time to match identical pictures. To win, collect the most matching pairs! 2 ways to play."

## Help others find this item

Make a search suggestion | Manage your search suggestions

EXHIBIT
B.101w

## Tag this product (What's this?)

Search Products Tagged with

GO!

See most popular tags

Your tags: Add your first tag

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start the discussion**

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

See Top Wikis...

## Look for similar items by category

Games > Learning & Education > Matching & Memory Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

EXHIBIT B.101w

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta
- Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



Alex Stickers for the Tub Beep Beep Alex




Speaking Freely: Trials of the First Amendment by Floyd Abrams

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.101w