
Elmer
MATCH-UP GAME
EXHIBIT B.102
A FUN Memory Game for Kids Ages 2-6




EXHIBIT
B.102

Order # 20289092

(Alibris order #16550569-1)

*Date ordered:* 2006-08-07 16:18:26

**From:** Cody Books Ltd.
1574 Gulf Rd. #1520
Point Roberts, WA 98281-9007

*Ship via:* **USPS Priority or UPS Ground**

*Payment:* **Prepaid - BNBQ**

**Ship To:**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

**Bill To:**

N/A
N/A
Daphne Gronich

| QTY | SKU/ISBN/UPC | Condition | Loc | Description | Media |
|---|---|---|---|---|---|
| 1 | SKU1006856 ZZX1593951086014 | Used; Like New **NEW** Cap of box is split on left edge. Cards are sealed & in excellent condition. Dlvry confirmation inside US included. Selling books since 1979* | [BN-F2-41] | Elmer Match-Up Game by [BOOK] | Cards |

**EXHIBIT B.102r**

BARNES & NOBLE
www.bn.com

FAST & FREE DELIVERY
» SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

CONDITIONS | SHIPPING | FAQS

Title SEARCH > MORE SEARCH OPTIONS

**Summer Clearance – Save up to 80%.**




## Elmer Match-up Game

**Other Format**, May 2004
Publisher: Peaceable Kingdom Press
ISBN: 1593951086

**New Book Price:**
Barnes & Noble Price:$6.95
* Member Price: $6.25
> See Details

**USED - FROM OUR AUTHORIZED SELLERS**

**All ( 1)** New (0) Like New ( 1) Very Good (0) Good (0) Acceptable (0)

**Showing 1 - 1 of 1 used copies sorted by price (low to high).**

| Details and Condition | Seller Information | Shipping | **Price** |
|---|---|---|---|
| Like New<br><br>Seller Comments:<br>CARDS New 1593951086<br>**NEW**Factory sealed card. No box. Book is in excellent condition, binding tight, pages crisp & clean. No remainder marks. Dlvry confirmation inside US included. Selling books since 1979*<br>See All Details from the Seller > | Seller Name:<br>Cody Books Ltd | Ships From:<br>Point Roberts, WA<br><br>Availability:<br>**Usually ships in 1-2 business days**<br><br>Options:<br>Standard Domestic<br>Express Domestic<br>Canadian<br>International | **$5.51**<br><br>ADD TO CART |

**CAN'T FIND WHAT YOU'RE LOOKING FOR?**

- Show only Signed by Author copies >
- Show only First Edition copies >
- Show all listings >

EXHIBIT B.102w

Books may be used and are subject to "prior sale." Some items listed for sale may no longer be available by the time that the seller receives your order.

The cover image and the text "About The Book" may not represent the exact edition being offered for sale.

*** About Member Pricing**
Items sold by Authorized Sellers are ineligible for member discounts. Barnes & Noble Members receive an extra 10% discount on items sold directly by Barnes & Noble.com. Join Now >

Back to Top

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.102w