
EXHIBIT
B.103
MATCHING GAME
FOR AGES 5 AND UP
BE MINE
I LUV U
PAL




For 2 or more players

**Directions**

Lay the tiles out on a flat surface in a grid pattern, candy side down. The first player turns over two tiles trying to make a match. If the tiles match, the player collects the pair and may turn over two more. If a match is not made, the tiles are returned candy side down, and the next player takes a turn. Play continues until all matches have been made; the player with the most pairs wins. This game can also be played alone!

eeBoo™ Corporation
Box 404 Cathedral Station
New York NY 10025
e-mail: eeBoo@bellatlantic.net
www.eeboo.com

Illustrations copyright 2005 © Lizzy Rockwell
©2005 eeBoo™ corporation
ALL RIGHTS RESERVED
#MGCAND

MADE IN CHINA

6 89196 54523 8

EXHIBIT
B.103

*Sharpens Recognition and Memory Skills!*

**EXHIBIT B.103**

**Jade Zike**

**From:** Amazon.com [order-update@amazon.com]
**Sent:** Tuesday, August 08, 2006 9:21 AM
**To:** gronich@aol.com
**Subject:** Your Amazon.com order 002-1967734-1618439 has shipped!

Dear gronich

Today Kids on Third Street shipped item(s) in your order, placed on 07-August-2006.

=================================================
SHIPPING DETAILS
=================================================

Kids on Third Street included the following items in package 1 of this shipment:

1 of Candy Matching Memory Game

Shipping Carrier: USPS

Ship Date: 07-August-2006
Shipping Speed: Standard
Carrier Tracking ID: 0103 8555 7498 0952 4858

Your shipping address:

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
United States

If you have additional items in your order, you will receive an e-mail when those items have shipped.

QUESTIONS?

If you have questions about this order, including the status of your shipment, you can either visit http://www.amazon.com/wheres-my-stuff or e-mail info@kidsonthirdstreet.com to get in touch directly with Kids on Third Street.

*************************************************
Safe Shopping Tips
Amazon.com works hard to protect our customers. For your safety, when ordering items advertised by sellers other than Amazon.com:

* Always place your orders directly through the Amazon.com shopping cart using Amazon Payments. Never send money directly to sellers through wire transfers or checks; we do not guarantee such transactions.

* Beware of e-mails that request direct payments, request payment to international locations, or ask for personal information. Amazon.com will never e-mail you to pay for Marketplace transactions outside our shopping cart, or ask you to confirm personal information such as a credit card number or password via e-mail. If a particular e-mail looks suspicious or unusual, please contact us directly.

Reporting suspicious activity to reports@amazon.com will help us enhance marketplace safety and serve you better in the future.



**EXHIBIT B.103r**

**Shipping Label for Order # 002-1967734-1618439** Print this page Close this window

------------------------------

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles, CA 90067-6017**
**US**

------------------------------

**Packing List for Order #002-1967734-1618439**

**Shipping to**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
US

**Order Information**

Payment Date: 08/07/2006
Buyer Name: Daphne Gronich
Buyer Email:
Shipping Service: Standard

**Item Details**

**Candy Matching Memory Game**
SKU: 2040150960-1153937191048
ASIN/ISBN: B000ELV3XS
Quantity: 1
Order-Item ID: 28234614861544

**Seller Information**

Shipped by: Kids on Third Street
Seller Email: info@kidsonthirdstreet.com

**Thanks for buying on Amazon Marketplace.**
Please be sure to rate your experience with this seller by visiting www.amazon.com/feedback

kids ON THIRD ST
agination-driven toys

Kids on Third Street
217 West 3rd Street
Lakeside, OH 43440
866.ON.THIRD
419.798.5321
www.kidsonthirdstreet.com

EXHIBIT
B.103r

For more safe-shopping tips, read about Safe Online Transactions at http://www.amazon.com/safe-secure.
**************************************************

==================================================
RECEIPT
==================================================

Date: 07-August-2006

Amazon Order #: 002-1967734-1618439

1 of Candy Matching Memory Game, $12.99

---------------------------------------------------------------------

| | |
|---|---|
| Item Subtotal: | $12.99 |
| Shipping & Handling: | $7.50 |
| Total: | $20.49 |
| Paid by Amex: | $20.49 |

---------------------------------------------------------------------

Thanks for shopping at Amazon.com.

http://www.amazon.com/
Earth's Biggest Selection
Find, Discover & Buy Virtually Anything

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

No image available
Share your own customer image

# Candy Matching Memory Game

Other products by eeBoo

**Price: $12.99**

**Availability:** In Stock. Ships from and sold by Brighter Starts.

**Quantity:** 1
Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Illustrations by Lizzy Rockwell.

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B000ELV3XS

This page was created by a seller.

## Product Description

**Product Description**
A classic, beautiful and challenging game for children 3 years and older. Made of extra sturdy laminated board.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Search Products Tagged with**

**See most popular tags**

**Your tags: Add your first tag**

## Customer Reviews

EXHIBIT
B.103w

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start the discussion**

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Games > Board Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Brighter Starts Privacy Statement Brighter Starts Shipping Information Brighter Starts Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.



EXHIBIT
B.103w

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta
- Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



Alex Stickers for the Tub Beep Beep Alex




Speaking Freely: Trials of the First Amendment by Floyd Abrams

**View & edit Your Browsing History**



Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.103w