


EXHIBIT
B.104

# NAME BURST

The Memory-Jogging, Name-Calling, Who's Who Game!



NAMEBURST is the fast-paced party game where all of the answers are FAMOUS NAMES!

Each NAMEBURST card has 10 famous names on it. Your job is to get your partner to guess as many names as possible in one minute.

Here's a sample:

"He's the host of American Bandstand..." (Dick Clark)

"He was the first President...He chopped down a cherry tree..." (George Washington)

"She was the funniest lady on TV...She had red hair and was married to Desi Arnaz..." (Lucille Ball)

It's just that simple, and loads of fun.

Each correct answer scores 1 point for both the "Giver" and the "Guesser." You change partners every round, so everyone gets to play with everyone else. The winner is the player with




ISBN 0-307-05077-7
0 33500 05077 0

Nameburst is a trademark of Hersch and




NAMEBU
with 200
featuring
famous na
mechanic
Viewer, a
Holder, Sc
One Minu
and Instr



EXHIBIT B.104

**Shipping Label for Order # 058-9059021-4766931**

-------------------------------

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
United States

-------------------------------

**Packing List for Order #058-9059021-4766931**

**Shipping to**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
United States

**Order Information**

Payment Date: 08/07/2006
Buyer Name: Daphne Gronich
Shipping Speed: Standard

**Item Details**

**Name Burst the Memory-jogging, Name-calling, Whos Who Game [Toy]**
ASIN/ISBN: B000GDZ4ES
Quantity: 1
Listing ID: 0618A212828
Order-Item ID: 06200543652757

EXHIBIT
B.104r

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.




# Name Burst the Memory-jogging, Name-calling, Whos Who Game

hersch and company

**Availability:** Available from these sellers.

1 used & new available from $17.50

1 used & new from $17.50

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

See larger image

Share your own customer images

## Product Details

**Product Dimensions:** 8.0 x 7.0 x 2.0 inches ; 2.8 pounds

**Shipping Weight:** 2.75 pounds

**ASIN:** B000GDZ4ES

**Manufacturer Recommended Age:** 18 years and up

This page was created by a seller.

## Product Description

**Product Description**

Nameburst is the fast-paced party game where all of the answers are Famous Names! Each Nameburst card has 10 famous names on it. Your job is to get your partner to guess as many names as possiblein one minute.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Search Products Tagged with** GO!

147

EXHIBIT B.104w

See most popular tags

Your tags: Add your first tag

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

See Top Wikis...

## Look for similar items by category

Everything Else > Categories > Collectibles

...

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

EXHIBIT
B.104w

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History
Learn more

**Recently Viewed Products**

- Candy Matching Memory Game by eeBoo
- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta
- Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**


Alex Stickers for the Tub Beep Beep Alex



Speaking Freely: Trials of the First Amendment by Floyd Abrams

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates