

junior
Mix&Match
EXHIBIT
B.121
Ravensburger



## Mix & Match

Everything that matters and is important in the day of a young child has been beautifully photographed for this Mix & Match game. And what's great about Mix & Match is that the little ones always triumph!

For 2 - 8 players, ages 4 and Up

Contents: 72 cards

## Jeu de mémoire
### - le grand classique

Partez à la recherche d'images identiques ! Dans ce jeu mettant à rude épreuve la mémoire, le but est de reconstituer le plus grand nombre de paires possible. Retrouvez dans ce jeu de mémoire de belles photos des activités préférées des enfants.

Pour 2 - 8 joueurs à partir de 4 ans.

Contenu : 72 cartes

## Juego de memoria
### - el famoso clásico

Este juego contiene brillantes fotos de todo lo que es importante en la vida cotidiana de los niños pequeños. Lo particular de este juego de memoria es que los pequeños llevan ventaja a los mayores.

Para 2 - 8 niños desde 4 años de edad.
Contenido: 72 cartas

www.ravensburger.com
Ravensburger Spieleverlag · Postfach 18 60 · D - 88188 Ravensburg

Photos: Clive Davis
DESIGN: The Brand Works/Ravensburger
© 2003 Ravensburger Spieleverlag

EXHIBIT
B.121

LaToys Etcetera
82 Columbia Ave.
Cedarhurst, 11516

**Shipping Label for Order #002-7832024-3424858**

---

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles, CA 90067-6017**

---

**Packing List for Order #002-7832024-3424858**

Shipping To:
Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017

**Order Information:**

Payment Date: 08/07/2006
Buyer Name: Daphne Gronich
Buyer Email:
Shipping Service: Standard

**Item Details:**
**Junior Mix and Match Memory Game**
Item Price: $14.95
SKU: rav-21588
ASIN/ISBN: B0006IRRXO
Quantity: **1**

**Gift Info:**

**Seller Information:**
Shipped By: LaToys Etcetera
Seller Email: Amazonsales@latoys.com
**Thanks for Buying on Amazon Marketplace**
Please be sure to rate your experience with this seller by visiting
www.amazon.com/feedback

EXHIBIT
B.121r

Thanks for buying on Amazon Marketplace

Your order has been shipped complete and has received expedited handling from our Cedarhurst, New York, warehouse via UPS

We hope you will shop at our Amazon Marketplace store again for all your specialty toy needs.
We stock the best brand name and educational toys. However, not all the toys we carry are on the Amazon web site, yet. We're adding items daily, so please check back to Amazon.com frequently.

Be sure to tell your friends about our site and our helpful and personal service.

Jerry,
Amazonsales@latoys.com
LA Toys Etcetera
516 569 1112

PS. Your credit card will be billed directly by Amazon.com



EXHIBIT
B.121r

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

No image available
Share your own customer image

# Junior Mix and Match Memory Game

Other products by Ravensburger

**Price: $14.95**

**Availability:** In Stock. Ships from and sold by LaToys Etcetera.

**2 used & new** available from $10.39

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**2 used & new** from $10.39

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B0006IRRXO

**Item model number:** 21588

This page was created by a seller.

## Product Description

**Product Description**
A favorite and fun way to develop memory skills. Shuffle the picture tiles and lay them all face down on the table. Players use their memory skills to try to find the most matching pairs to win the game.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags:** Add your first tag

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

EXHIBIT
B.121w

161

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

### Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

LA TOYS ETCETERA Privacy Statement | LA TOYS ETCETERA Shipping Information | LA TOYS ETCETERA Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

EXHIBIT
B.121w

## Your Recent History

Learn more

### Recently Viewed Products

- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company
- Candy Matching Memory Game by eeBoo
- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta
- Perilous Times: Free Speech in Wartime from The Sedition Act of 1798 to The War on Terrorism by Geoffrey R. Stone

### Recent Searches

- these are perilous times

### Customers who bought items in your Recent History also bought:



Alex Stickers for the Tub Beep Beep Alex




Speaking Freely: Trials of the First Amendment by Floyd Abrams

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.121w