
Ages 6 & Up
TREND
We make learning FUN!
Telling Time
Match Me Cards
Use 6 Ways!
4:45
• 52 Two-Sided Cards
• Analog and Digital
EXHIBIT
B.131

# Telling Time Match Me® Cards

**Make time for fun with Match Me® Cards! Practice with analog clocks (numbers and hands) and digital watches (numbers only). Play alone or take turns with friends. Create your own games, too!**




**Time Twins.** Lay cards out, analog clock and digital watch side facing up. Match each clock with the watch that shows the same time. How many of these Time Twins can you match each time you play?

**See and Say.** Lay cards out, clock and watch side facing up. One by one, say the time on each card, then flip it over to check your answer. Set aside the cards you need to practice more. Play See and Say with those cards. Then mix all the cards together, play again, and see how much you improve!

**Words Up.** Sort cards into two piles: watches and time words. Match each watch to the words that tell what time it is. Tell something you do at that time of day!

**Time Out.** Sort cards into two piles: clocks and time-telling numbers. Match each clock to the numbers that tell the time it shows. See if you can match them all!

**Number & Word Match.** Lay all cards clock and watch sides down. Read and match the time-telling words to the time-telling numbers. Play until you match them all!

**Time Trail.** Sort the cards into clocks and watches. Read and sort the clocks in order from left to right, starting with the earliest and going to the latest time shown. Then do the same for the watches. Practice saying the correct time as you place each card. Play this game with telling-time numbers and words, too!

www.trendenterprises.com
T-58004
©1997 TREND enterprises, Inc. St. Paul, MN 55164 Made in U.S.A

EXHIBIT
B.131

Brighter Starts
251 Knoll Dr
Park Ridge, NJ 07656

# Sales Receipt

| Date | Sale No. |
|---|---|
| 8/7/2006 | A-2953632 |

| Sold To | Ship To |
|---|---|
| Daphne Gronich<br>c/o Kent Raygor, SMRH<br>1901 Avenue of the Stars Ste 1600<br>Los Angeles, CA 90067 | Daphne Gronich<br>c/o Kent Raygor, SMRH<br>1901 Avenue of the Stars Ste 1600<br>Los Angeles, CA 90067 |

| Payment Method | Rep | Account # | Ship Via |
|---|---|---|---|
| Amazon | BD | | |

| Item | Description | Qty | Cost | Amount |
|---|---|---|---|---|
| T-58004 | TELLING TIME MATCH ME CARDS | 1 | 4.99 | 4.99T |
| Shipping | Shipping & Handling | | 3.95 | 3.95 |

Thank you for your business.
Visit us at www.brighterstarts.com to see our complete On-Line Catalog.

| | |
|---|---|
| **Subtotal** | $8.94 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $8.94 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 1-866-206-8697 | 201-505-0892 | Customerservice@brighterstarts.com | www.brighterstarts.com |



EXHIBIT
B.131r

amazon.com | Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO | Find Gifts | A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.




See larger image

Share your own customer images

# Telling Time Match Me Cards

Other products by TREND ENTERPRISES INC.

**Price: $4.99**

**Availability:** In Stock. Ships from and sold by Brighter Starts.

**3 used & new** available from $4.49

**Price: $4.99**
In Stock
Ships from and sold by
**Brighter Starts**

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**Gile** Add to Cart
Price: **$4.89**
In Stock

**3 used & new** from $4.49

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Better Together

Buy this item with POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS by Trend Enterprises Inc. today!

**Buy Together Today: $7.98**





Buy both now!

## Customers who bought items like this also bought

POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS by Trend Enterprises Inc.

Trend Enterprises Money Match Me Cards by TREND ENTERPRISES INC.

POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS by Trend Enterprises Inc.

MATCH ME CARDS NUMBERS 0-25 52 TWO-SIDED CARDS/BOX AGES 4 & UP by Trend Enterprises Inc.

**Explore similar items**

167

EXHIBIT
B.131w

## Product Details

**Shipping Weight:** 6.08 ounces (View shipping rates and policies)

**ASIN:** B0007LQGOG

**Manufacturer Recommended Age:** 6 - 8 years

This page was created by a seller.

## Product Description

**Product Description**
Award-winning Match Me Cards engage learners' matching, memory, and word/picture recognition skills. Digital and analog clock faces with corresponding numbers and words. Hours in quarters, halves, three-quarters, and wholes. Set includes six fun and easy-to- follow activities. Two-sided cards feature photos for real-life connections.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

Search Products Tagged with

GO!

See most popular tags

**Your tags:** Add your first tag

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

EXHIBIT
B.131w

168

**See Top Wikis...**

## Look for similar items by category

Games > Cards & Card Games > Flash Cards

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Brighter Starts Privacy Statement Brighter Starts Shipping Information Brighter Starts Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- First Step Lotto by Edushape Ltd
- Sesame Street Spanish-English Memory Match Card Games by RoseArt
- Care Bears 4 Jumbo Size Card Games
- Noah's Ark Challenge Game by Trend Enterprises
- Penguins March and Match Game by Great American Puz.
- MEMORY MATCH WORD OPPOSITES AGES 3-7 by Frank Schaffer Publications

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.



POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.

EXHIBIT B.131w

- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Junior Mix and Match Memory Game by Ravensburger

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.131w