


EXHIBIT
B.132

# MEMORY MATCH

## animals

### Memory Match for Fun and Learning

This colorful card game will help children improve their concentration and memory skills as well as teach them to identify many animals.

### Directions for Playing Memory Match

Directions for playing Memory Match are printed on the inside of the box lid.

### Building Skills with Memory Match Cards

- After the children complete the activities described in the directions, have them name the animals represented on the cards.
- Then have the children draw pairs of pictures of other animals.
- For an extra challenge have them draw animals that live in a specific place, such as a farm.
- Let the children play another game of Memory Match using their own pictures.

**Contents**

48 Memory Match Cards




FS-2202 Animals Memory Match

Copyright © 1997
Frank Schaffer Publications
All rights reserved—Printed in the U.S.A.
23740 Hawthorne Blvd.
Torrance, CA 90505

0 17257 02202 0

EXHIBIT
B.132

**Shipping Label for Order # 002-9886361-1479213** Print this page Close this window

---

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles, CA 90067-6017**
**US**

---

## Packing List for Order #002-9886361-1479213

**Shipping to**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
US

**Order Information**

Payment Date: 08/07/2006
Buyer Name: Daphne Gronich
Buyer Email:
Shipping Service: Standard

**Item Details**

**MEMORY MATCH ANIMALS AGES 3-7**
SKU: FS-2202-EA
ASIN/ISBN: B000F8V9DO
Quantity: 1
Order-Item ID: 58711660897040

**MEMORY MATCH WORD OPPOSITES AGES 3-7**
SKU: FS-2204-EA
ASIN/ISBN: B000F8XD6K
Quantity: 1
Order-Item ID: 25402551364568

**Seller Information**

Shipped by: Gile
Seller Email: amazon@rjgile.com

**Thanks for buying on Amazon Marketplace.**
Please be sure to rate your experience with this seller by visiting www.amazon.com/feedback

EXHIBIT
B.132r

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.




See larger image
Share your own customer images

## MEMORY MATCH ANIMALS AGES 3-7

Other products by FRANK SCHAFFER PUBLICATIONS

**Price: $9.79**

**Availability:** In Stock. Ships from and sold by Gile.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Customers who bought items like this also bought

- Candy Land by Hasbro
- Chutes & Ladders by Hasbro
- Hi Ho Cherry-O by Hasbro
- Candy Land - Dora The Explorer by Hasbro

**Explore similar items**

## Product Details

**Shipping Weight:** 12.80 ounces (View shipping rates and policies)

**ASIN:** B000F8V9DO

This page was created by a seller.

## Product Description

**Product Description**

Children will enjoy this colorfully illustrated game that helps improve concentration, visual memory, and discrimination skills. Children place a group of cards face down, then one by one turn them over, trying to match the correct cards. Each game inclu

...

## Customers who viewed this item also viewed

EXHIBIT B.132w

174

Original Memory by Hasbro Games
Educational Insights E-Z as ABC Game by Educational Insights
Winnie the Pooh Memory Game by Milton Bradley
Learning Resources Smart Splash Memory Match Clams by Learning Resources

**Explore similar items**

## Help others find this item

Make a search suggestion | Manage your search suggestions

**Search Products Tagged with**

GO!

**See most popular tags**

## Tag this product (What's this?)

**Your tags: Add your first tag**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Amazon customers talk about this product and related topics.

Help

### Related forums    This product's forum

**This product's forum (0)**

Ask questions. Share opinions. Gain insight.

**Start the discussion**

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Listmania!

**Search Listmania!**

GO!



Toys that 2-year olds love: A list by Rebeca Mead "rebecame"

EXHIBIT B.132w


love2learn.net Classic Family Games: A list by A. VanHecke "love2learn mom"


Games we play in our relaxed homeschool: A list by 4mykids "rhmmom"

Create a Listmania! list

## So You'd Like to...


buy gifts for a three (3) year old girl: A guide by Athena

Create your guide

## Look for similar items by category

Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Gile Privacy Statement     Gile Shipping Information     Gile Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

**Recent Searches**

EXHIBIT
B.132w

- Telling Time Match Me Cards by Trend Enterprises Inc.
- Junior Mix and Match Memory Game by Ravensburger
- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company
- Candy Matching Memory Game by eeBoo
- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger
- Selecta Memo Zoo by Selecta

- these are perilous times

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.132w