


EXHIBIT
B.133

# MEMORY MATCH

# word opposites

## Memory Match for Fun and Learning

This colorful card game will help children improve their concentration and memory skills as well as teach them word opposites.

## Directions for Playing Memory Match

Directions for playing Memory Match are printed on the inside of the box lid.

## Building Skills with Memory Match Cards

- After the children complete the activities described in the directions, help them read the word printed on each card.
- Then have the children draw pairs of pictures of other word opposites.
- Let the children play another game of Memory Match using their own pictures.

**Contents**

48 Memory Match Cards




ISBN 0-7682-1218-9

0 17257 02204 4

FS2204 - Word Opposites Memory Match

Published by Frank Schaffer Publications
©1997 School Specialty Children's Publishing
Printed in China

Visit our Web site at ***www.FrankSchaffer.com***

EXHIBIT B.133

## Shipping Label for Order # 002-9886361-1479213 Print this page Close this window

------------------------------

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles, CA 90067-6017**
**US**

------------------------------

## Packing List for Order #002-9886361-1479213

**Shipping to**

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
US

**Order Information**

Payment Date: 08/07/2006
Buyer Name: Daphne Gronich
Buyer Email:
Shipping Service: Standard

**Item Details**

**MEMORY MATCH ANIMALS AGES 3-7**
SKU: FS-2202-EA
ASIN/ISBN: B000F8V9DO
Quantity: 1
Order-Item ID: 58711660897040

**MEMORY MATCH WORD OPPOSITES AGES 3-7**
SKU: FS-2204-EA
ASIN/ISBN: B000F8XD6K
Quantity: 1
Order-Item ID: 25402551364568

**Seller Information**

Shipped by: Gile
Seller Email: amazon@rjgile.com

**Thanks for buying on Amazon Marketplace.**
Please be sure to rate your experience with this seller by visiting www.amazon.com/feedback

EXHIBIT
B.133r

amazon.com | Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.




See larger image

Share your own customer images

## MEMORY MATCH WORD OPPOSITES AGES 3-7

Other products by FRANK SCHAFFER PUBLICATIONS

**Price: $9.79**

**Availability:** In Stock. Ships from and sold by Gile.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**Shipping Weight:** 12.80 ounces (View shipping rates and policies)

**ASIN:** B000F8XD6K

This page was created by a seller.

## Product Description

**Product Description**

Children will enjoy this colorfully illustrated game that helps improve concentration, visual memory, and discrimination skills. Children place a group of cards face down, then one by one turn them over, trying to match the correct cards. Each game inclu

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags: Add your first tag**

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**EXHIBIT B.133w**

181

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Gile Privacy Statement Gile Shipping Information Gile Returns & Exchanges

**Where's My Stuff?**

- Track your recent orders.
- View or change your orders in

**Shipping & Returns**

- See our shipping rates & policies.
- Return an item (here's our

**Need Help?**

- Forgot your password? Click here.
- Redeem or buy a gift certificate.

EXHIBIT
B.133w

Your Account. Returns Policy). • Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Telling Time Match Me Cards by Trend Enterprises Inc.
- Junior Mix and Match Memory Game by Ravensburger
- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company
- Candy Matching Memory Game by eeBoo
- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources
- Hide & Seek by Ravensburger

**Recent Searches**

- these are perilous times

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.133w