
penguin
march & matc
The waddling walkin
memory matching gam
For two or more
players ages
4 and up
No readin
required
EXHIBIT
B.138
GRE
AMI
PUZ
FAC




DEFENDANT'S EXHIBIT
QQ

EXHIBIT
B.138

**Jade Zike**

**From:** Orders@stuffkidslike.com
**Sent:** Tuesday, August 08, 2006 4:01 PM
**To:**
**Subject:** StuffKidsLike.com Order #amz-058-6613512-7837331 Update Notification

Hi Daphne

We just wanted to update you that your order (#amz-058-6613512-7837331) from StuffKidsLike.com
has been updated to 'Shipped'. You may track this order here:
Note: Tracking information receieved over the weekend may not show in the shipping carrier's system until Monday evening.

https://www.stuffkidslike.com/cgi-bin/myorder.cgi?zip=90067%2D6017
&order_id=amz-058-6613512-7837331

Items on Order:

110655 Care Bears 4 Jumbo Size Card Games [Toy]
- 1 x $ 4.49 Shipped
- Shipped via FedEx Home Delivery on 2006-08-08 00:00:00: 412343710104622

113984 Penguins March and Match Game [Toy]
- 1 x $ 13.59 Shipped
- Shipped via FedEx Home Delivery on 2006-08-08 00:00:00: 412343710104622

Subtotal: $ 18.08
Shipping Charges: $ 8.98
Tax: $ 0.00
Coupon Discounts: ($ )
Point Discounts: ($ 0.00)
Total Billed: $ 27.06

Ship To:

Daphne Gronich

c/o Kent Raygor, SMRH 1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
US

Once again, thank you for shopping with StuffKidsLike.com.

We look forward to seeing you return soon!

**EXHIBIT**
**B.138r**

186

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |
Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast
Search Toys & Games GO Find Gifts A9 Web Search GO
This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.




See larger image
Share your own customer images

# Penguins March and Match Game

Other products by The Gryphon Press

**Availability:** Available from **these sellers.**

**1 used & new** available from $13.59

**1 used & new** from $13.59
See all buying options
Get it for less! Order it used
Have one to sell? Sell yours here
A9 A9.com users **save 1.57%** on Amazon. Learn how.
Add to Wish List
Add to Shopping List
**NEW LIST!** Learn more.
Add to Wedding Registry
Add to Baby Registry
Tell a friend

## Product Features

- Each card lists four items
- Choose which item does not belong and tell why
- 400 Imposter Cards
- 2 to 10 players
- Recommended for Ages 12 and up

## Product Details

**Shipping Weight:** 2.10 pounds

**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**ASIN:** B000FL1KXA

**Item model number:** 812

**Manufacturer Recommended Age:** 3 years and up

## Product Description

**From the Manufacturer**

Party game where answers are fun

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

Search Products Tagged with

GO!

See most popular tags

**Your tags: Add your first tag**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

### Related forums    This product's forum

**This product's forum (0)**

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Games > Learning & Education > Matching & Memory Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

EXHIBIT
B.138w

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- MEMORY MATCH WORD OPPOSITES AGES 3-7 by Frank Schaffer Publications
- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Telling Time Match Me Cards by Trend Enterprises Inc.
- Junior Mix and Match Memory Game by Ravensburger
- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company
- Candy Matching Memory Game by eeBoo
- Jay Jay the Jet Plane Memory Game by Briarpatch, Inc.
- Learning Resources Smart Splash Memory Match Clams by Learning Resources

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.



POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT B.138w