


EXHIBIT
B.139


Ages 3 to 6
1-4 Players
Thomas' Station Stop Matching Game
Contents:
4 Game Board
36 Character Ti
Matching and Memory Fun!
• Memory • Matching
• What's Missing?
• Great game for beginners.
• Everybody wins!
• No reading required.
• Safe for toddlers: no small parts.
Trevor
Henry
Toby
Thumper
Gordon
George
Mavis
Percy
Harold
Edward
Diesel 10
Daisy
Chinese Dragon
Rusty
Cranky
Bertie
Thomas
James
Troublesome Trucks
Boco
Donald and Douglas
Annie and Clarabel
Terence
Diesel
Bulgy
Bill and Ben
(Actual Size)
Visit the Thomas & Friends website at:
www.thomasthetankengine.com
Thomas & Friends Sto
191
DEFENDANT'S EXHIBIT
EXHIBIT
B.139

BARNES&NOBLE.com
www.bn.com

RETURN ADDRESS:
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141

Within the United States: 1-800-THE-BOOK

SOLD TO:
~~DAPHNE GRONICH~~

SHIP TO:
~~DAPHNE GRONICH~~
(C/O KENT RAYGOR, SMRH)
1901 AVENUE OF THE STARS
SUITE 1600
LOS ANGELES, CA 90067
UNITED STATES

CUSTOMER SERVICE:
~~To Reach Customer Service e-mail :~~
web customers:
service@barnesandnoble.com

CUST NO: 34295940 ORDER NO: 80653262

**Loc: 27CH188U**

| QTY | DESCRIPTION | ITEM # | LIST PRICE | OUR PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | My Busy Day Picture Matching Game | 9780735306509 | | 11.70 | 11.70 |
| 1 | Thomas & Friends Stop Matching Game | 9781400640867 | | 17.99 | 17.99 |

**2 Total number of units in this shipment.**

**The following items are shipping separately:**

| QTY | DESCRIPTION | ITEM # |
|---|---|---|
| 1 | Basic Learning Fun Game Cards | 9781588455659 |
| 1 | Bugs | 9780843174458 |
| 1 | Changing Seasons Picture This | 9780735306233 |
| 1 | Dinosaurs | 9780843174182 |
| 1 | Elmer Match-up Game | 9781593951085 |
| 1 | Little Box of Card Games and Tricks | 9780764179570 |
| 1 | My First Puzzles: Animals | 9780789465085 |
| 1 | The Amazing Game Board Book | 9781584760207 |
| 1 | The Impressionist Art Game | 9781889613062 |

**SUMMER CLEARANCE SALE! Save Up to 80%**
**Thousands of Books at $1.99 - $5.99**
**Plus, Delightful Deals on Toys & Games,**
**Music & DVDs at BN.com.**

**Please note - sales tax for the state of CA was collected on this order.**

**RETURNS: Cut along dotted line and affix to carton being returned**

**PLEASE NOTE: Shipping charges reflect only the SHIPPED portion of your order.**

If you are not completely satisfied with your order, within 30 days of receipt, you may return original-condition merchandise to Barnes & Noble.com by mail (for a refund), or to any Barnes & Noble store (for store credit). Out-of-Print, used & rare books, used textbooks, eBooks, prints & posters, and magazines may not be returned to local stores.

270100806532620101

From:
DAPHNE GRONICH
DAPHNE GRONICH
(C/O KENT RAYGOR, SMRH)
1901 AVENUE OF THE STARS
SUITE 1600
LOS ANGELES, CA 90067
UNITED STATES
To:
Barnes & Noble.com
Customer Returns
6000 Freeport Ave
Suite 101
Memphis, TN 38141
USA

270100806532620101

**EXHIBIT B.139r**

10/01/2006 11:00PM (CL)

Page 1 of 2



8/8/2006 6:52:48PM

BARNES & NOBLE
www.bn.com

FAST & FREE DELIVERY

CART 0 Items CHECK OUT

ACCOUNT | ORDER STATUS | WISH LIST | HELP | ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE TOYS & GAMES | BESTSELLERS | INFANTS & TODDLERS | AGES 3-5 | AGES 6-8 | AGES 9-11 | AGES 12 AND UP | ON SALE

Keyword SEARCH MORE SEARCH OPTIONS

**Summer Clearance – Save up to 80%.**

# Thomas & Friends Stop Matching Game

by Briarpatch



More Views

**Other Format - Age Range 2 to 5**
ISBN: 1400640865
Pub. Date: February 2006

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$19.99**

Members Pay:
**$17.99** Join Now

ADD TO CART

Usually ships within 24 hours

FAST & FREE DELIVERY
This item is eligible for Fast&Free Delivery

**Find Related Items**

**Browse Books**
Children - Fiction & Literature

**Search Related Subjects**
*Children*

☐ Thomas the Tank Engine and friends - > Children's fiction

SEARCH

**More About Thomas & Friends Stop Matching Game**

From the Publisher

**From the Publisher**

Memories are made of this! Thomas & Friends Station Stop Matching Game provides trainloads of fun for preschoolers. Every player is a winner with three fun and challenging ways to play. Four lotto-style game boards with matching tiles feature 36 of every child's favorite friends from the Island of Sodar. Preschoolers delight in matching identical pictures, while advanced players test their skill playing Memory and What's Missing. Promotes visual, memory and reading skills.

**Age Range:** 2 - 5

**Product Details**

ISBN: 1400640865
ISBN-13: 9781400640867
Format: Other Format
Publisher: Briarpatch
Edition Description: Age Range 2 to 5
Sales Rank: 100,318

B&N SERVICES

About B&N
Investor Relations
Affiliate Network
B&N Membership

Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY

About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP

Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.139w