


EXHIBIT
B.140




EXHIBIT
B.140

KAPLAN

1310 Lewisville-Clemmons Rd.
Lewisville, NC 27023-0609
1-800-334-2014

# CARTON PACKING LIST

Page 1
8/8/2006

Kaplan Order # 0001427690
Customer # 9117758400001
Customer PO # 272118943310444

ıip To: DAPHNE GRONICH
C/O KENT RAYGOR, SMRH
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067-6017
USA

Bill To: AMAZON
PO BOX 609
LEWISVILLE, NC 27023
USA

·der Date: 08/08/2006
ıip Date: 08/08/2006

Ship Via: UPSGT
Weight: 5.95

Carton ID: 1Z2145180300870276
Carton #: 1

| ɹst ne | Kaplan Item # | Item Ref. # | Item Description | Qty Shipped |
|---|---|---|---|---|
| )01 | 22823 | | NOAHS ARK CHALLENGE GAME | 1 |
| )02 | 80390 | | FIRST STEP MEMORY | 1 |
| )03 | 23913 | | MATH MEMORY | 1 |
| )04 | 47953 | | HIDE & SEEK GAME | 1 |
| )05 | 80612 | | TEDDY MIX AND MATCH | 1 |

:nd of List

**EXHIBIT B.140r**



All shipments have been packaged with care. Please contact customer service at (800) 334-2014 within 15 days of receipt of merchandise to report any shipping damages or shortages.

amazon.com Your Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.




See larger image
Share your own customer images

# Noah's Ark Challenge Game

Trend Enterprises

**Price: $3.95**

**Availability:** In Stock. Ships from and sold by Kaplan Early Learning Company.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B000GL1CIW

This page was created by a seller.

## Product Description

**Product Description**
Ages 3 & up. Have fun with friends playing Go Fish, Memory Match, or place cards in sequence to learn the story of Noah. Includes 56 two-sided cards and activities.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags:** Add your first tag

**Search Products Tagged with**

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum (0)**

Ask questions. Share opinions. Gain insight.

**Start the discussion**

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Games

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

**Feedback**

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

Kaplan Early Learning Company Privacy Statement

Kaplan Early Learning Company Shipping Information

Kaplan Early Learning Company Returns & Exchanges

**Where's My Stuff?** **Shipping & Returns** **Need Help?**

- Track your recent orders.
- View or change your orders in Your Account.

- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Telling Time Match Me Cards by Trend Enterprises Inc.
- First Step Lotto by Edushape Ltd
- Sesame Street Spanish-English Memory Match Card Games by RoseArt
- Care Bears 4 Jumbo Size Card Games
- Penguins March and Match Game by Great American Puz.
- MEMORY MATCH WORD OPPOSITES AGES 3-7 by Frank Schaffer Publications
- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Junior Mix and Match Memory Game by Ravensburger

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**



POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.



POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.

› **View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates