


EXHIBIT
B.141




EXHIBIT
B.141

**Jade Zike**

**From:** Orders@stuffkidslike.com
**Sent:** Tuesday, August 08, 2006 4:01 PM
**To:**
**Subject:** StuffKidsLike.com Order #amz-058-6613512-7837331 Update Notification

Hi Daphne

We just wanted to update you that your order (#amz-058-6613512-7837331) from StuffKidsLike.com
has been updated to 'Shipped'. You may track this order here:
Note: Tracking information receieved over the weekend may not show in the shipping carrier's system until Monday evening.

https://www.stuffkidslike.com/cgi-bin/myorder.cgi?zip=90067%2D6017
&order_id=amz-058-6613512-7837331

Items on Order:

110655 Care Bears 4 Jumbo Size Card Games [Toy]
- 1 x $ 4.49 Shipped
- Shipped via FedEx Home Delivery on 2006-08-08 00:00:00: 412343710104622

113984 Penguins March and Match Game [Toy]
- 1 x $ 13.59 Shipped
- Shipped via FedEx Home Delivery on 2006-08-08 00:00:00: 412343710104622

Subtotal: $ 18.08
Shipping Charges: $ 8.98
Tax: $ 0.00
Coupon Discounts: ($ )
Point Discounts: ($ 0.00)
Total Billed: $ 27.06

Ship To:

Daphne Gronich

c/o Kent Raygor, SMRH 1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017
US

Once again, thank you for shopping with StuffKidsLike.com.

We look forward to seeing you return soon!

202

EXHIBIT
B.141r

StuffKidsLike BoardGamesUSA PuzzlesUSA **Packing Slip**

12 American Way
Spotswood, NJ 08884
732-679-0200

| Ref. No. | DATE | Order No. |
|---|---|---|
| 87657 | 8/7/2006 | 058-6613512-783 |

**Sold To:**

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles CA 90067-6017**
**United States**

**Ship To:**

**Daphne Gronich**
**c/o Kent Raygor, SMRH**
**1901 Avenue Of The Stars Ste 1600**
**Los Angeles CA 90067-6017**
**United States**

| QUANTITY | DESCRIPTION |
|---|---|
| 1 | Care Bears 4 Jumbo Size Card Games [Toy] |
| 1 | Penguins March and Match Game [Toy] |

**Take $5 off your next order of $50 or more.**
Use Coupon Code: COMEBACKSOON
Expires: 9/7/2006

60 Day Return Policy:
CONDITION
Items returned must be in new, unopened condition in order to receive full credit. Items purchased and then used (even once) are not returnable. Shipping charges are not refundable; item sold with "Free Shipping" when returned are subject to a minimum shipping charge assessment of $12.99.
PROCEDURE
All returns require a Return Merchandise Authorization number (RMA #). Please contact us by phone or email to receive your RMA # before returning an item. Upon receipt of your RMA #, please clearly write this RMA # on the box containing your return and then ship it back to us. All returns will be inspected prior to a credit being issued. We recommend that you fully insure any item(s) that you return to us just to be safe.
Order Cancellation:
Order cancellation must be requested prior to shipment. Cancellation number can be requested by phone at 732-679-0200.

**Thanks for your order!**

**EXHIBIT B.141r**

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.




See larger image and other views



Share your own customer images

# Care Bears 4 Jumbo Size Card Games

**Availability:** Available from **these sellers**.

**1 used & new** available from $4.49

**1 used & new** from $4.49

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**ASIN:** B0009VRRWY

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags: Add your first tag**

## Customers tagged this product with

First tag: tam (TAM on Nov 25, 2005)
Last tag: tam

tam (1)

**Search Products Tagged with**

GO!

**See most popular tags**

## Customer Reviews



EXHIBIT
B.141w

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

This product's forum (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

EXHIBIT
B.141w

## Your Recent History

Learn more

### Recently Viewed Products

- Noah's Ark Challenge Game by Trend Enterprises
- Penguins March and Match Game by Great American Puz.
- MEMORY MATCH WORD OPPOSITES AGES 3-7 by Frank Schaffer Publications
- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Telling Time Match Me Cards by Trend Enterprises Inc.
- Junior Mix and Match Memory Game by Ravensburger
- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company
- Candy Matching Memory Game by eeBoo

### Recent Searches

- these are perilous times

### Customers who bought items in your Recent History also bought:



POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.



POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.

▸ **View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.141w