
SESAME STREET
Spanish-English
Memory Match Card Games
• Self-correcting feature helps children learn as they play!
• For 2 to 6 players
gato
cat
circle/circulo
eight/ocho
blue/azul
Español-Inglés
Juegos de la memoria
• Corrección automática ayuda a sus niños a aprender mientras ¡que juegan!
• Para 2 a 6 jugadores
EXHIBIT
B.142
Contains 4 Games
Contiene 4 Juegos
+3 YEARS AÑOS
4 matching card decks
4 Juegos de Barajas para emparejar
$9.99




EXHIBIT
B.142

**msn. Hotmail®**

brewingtoday@hotmail.com Printed: Monday, August 7, 2006 8:40 PM

**From :** Amazon.com Payments <payments-messages@amazon.com>
**Reply-To :**
**Sent :** Monday, August 7, 2006 7:26 PM
**To :** brewingtoday@hotmail.com
**CC :** payments-mail@amazon.com
**Subject :** Sold, ship now. Sesame Street Spanish-English Memory Match Card Games [Toy]

Dear brewingtoday@hotmail.com,

Your Amazon Marketplace sale is official! We've deposited your earnings from the sale of this item into your Amazon Payments account.

Please ship item immediately via standard shipping speed.

1 of Sesame Street Spanish-English Memory Match Card Games [Toy]

Thanks for your Amazon purchase!

You have agreed to ship no later than two business days after the buyer's purchase on 07-Aug-2006.

*****************************************************************
Important--Prepare Your Packages With Care. See our guidelines:
www.amazon.com/exec/obidos/tg/browse/-/1161254
*****************************************************************

Here is your buyer's shipping address (use your own address as the return address, and enclose the packing slip in this e-mail for your buyer's reference):

Shipping Label
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Daphne Gronich
c/o Kent Raygor, SMRH
1901 Avenue Of The Stars Ste 1600
Los Angeles, CA 90067-6017

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PACKING SLIP:
Amazon Marketplace Item: Sesame Street Spanish-English Memory Match Card Games [Toy]
Listing ID: 0711R625850
SKU:
Quantity: 1

Purchased on: 07-Aug-2006
Shipped by: brewingtoday@hotmail.com
Shipping address:

Ship to: Daphne Gronich
Address Line 1: c/o Kent Raygor, SMRH
Address Line 2: 1901 Avenue Of The Stars Ste 1600
City: Los Angeles
State/Province/Region: CA
Zip/Postal Code: 90067-6017
Country: United States

EXHIBIT
B.142r

Buyer Name: Daphne Gronich

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

No image available
Share your own customer image

See 1 customer image

# Sesame Street Spanish-English Memory Match Card Games

Other products by Sesame Workshop

**Availability:** Available from **these sellers**.

**2 used & new** available from $5.99

**2 used & new** from $5.99

See all buying options

Get it for less! Order it used
Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List
Add to Shopping List
**NEW LIST!** Learn more.
Add to Wedding Registry
Add to Baby Registry
Tell a friend

## Product Features

- Self-correcting feature helps children learn as they play!
- For 2 to 6 players
- 4 matching card decks

## Product Details

**Product Dimensions:** 8.0 ounces
**Shipping Weight:** 8.96 ounces
**ASIN:** B000GTNDQS
**Item model number:** 31981

This page was created by a seller.

## Product Description

**Product Description**
Using the picture, match the English word to the Spanish word, or the word card to the corresponding picture card. Lay the notched card over the card without a notch to check your answer.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Search Products Tagged with**

GO!

210

EXHIBIT
B.142w

**See most popular tags**

**Your tags: Add your first tag**

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Learning & Education

## This Item and You

Sign in to rate this item

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

EXHIBIT
B.142w

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Care Bears 4 Jumbo Size Card Games
- Noah's Ark Challenge Game by Trend Enterprises
- Penguins March and Match Game by Great American Puz.
- MEMORY MATCH WORD OPPOSITES AGES 3-7 by Frank Schaffer Publications
- MEMORY MATCH ANIMALS AGES 3-7 by Frank Schaffer Publications
- Telling Time Match Me Cards by Trend Enterprises Inc.
- Junior Mix and Match Memory Game by Ravensburger
- Name Burst the Memory-jogging, Name-calling, Whos Who Game by hersch and company

**Recent Searches**

- these are perilous times

**Customers who bought items in your Recent History also bought:**




POCKET FLASH CARDS ADDITION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.



POCKET FLASH CARDS SUBTRACTION 3 X 5 56 TWO-SIDED CARDS Trend Enterprises Inc.

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.142w