
DEFENDANT'S EXHIBIT
Y
MATH memory
A Game of Concentration to Build Math Skills
"Problem" cards
"Answer" cards
er a "Problem" card
n "Answer" card
7-3=4
4×5=
8+7=15
10-2
10-2
3+3
7-1
2+3
3+5
10-2
16÷2
AGES 6-9
CREATIVE
EXHIBIT B.145
219




# A Game of Concentration to Build Math Skills

Designe
2-4 pla
ages

## Aims:

1. To become familiar with the numbers and practice arithmetic: addition, subtraction, multiplication and division.
2. To Solve arithmetic problems while having fun, in a self-testing memory game.
3. To Improve memory skills and concentration.

## Contents:

- 70 "problem" game cards, 5cm x 5cm (1.96" x 1.96")
- 70 "answer" game cards, 5cm x 5cm (1.96" x 1.96")

## How to Play:

1. Before the game starts, decide which game cards will be used, according to the age and knowledge of the players. (There are cards with addition, subtraction, multiplication and division problems. You may use all together or each set separately.)
2. For every problem card there is one correct answer card. Use the answer cards that correspond to the problem cards you have chosen. There are 19 answer cards for addition problems, 19 answer cards for subtraction problems, 18 answer cards for multiplication problems and 14 answer cards for division problems.
3. Shuffle the game cards you have decided to use (problems and answers together) and place them in rows in the center, face-down.
   **Note:** The Creative Toys logo appears on the back of the answer cards.
4. Decide the order of play.
5. The first player picks up a problem card, reads it aloud, solves the problem and places the card face-up, in its place. He/she then turns over an answer card and checks whether the answer on the card is right for the problem. For instance: if the problem card says: 2+3 and the answer card says 5, the cards match.
   **Note:** On every answer card, the answer appears in the center, with all the problems that match around it. For instance, on the answer card "5," we see the problems: 2+3, 9-4, 1x5, 10:2.
6. If the cards match, the player places them to his/her right.
   If the two cards turned over do not match, the player returns them to their original place, face-down.
7. It is now the next player's turn.

**Remember:** In every turn, the player is allowed to turn over one problem card and one answer card. Try to remember the location of cards that are returned to their place.

The **winner** is the player who matches the most pairs of cards.

CREATIVE

7 27565 05219 9

MADE IN ISRAEL

| PLAYERS | TIME | AGES |
|---|---|---|
| 2-4 | ± 30' | 6-9 |

220

EXHIBIT B.145

# KAPLAN

1310 Lewisville-Clemmons Rd.
Lewisville, NC 27023-0609
1-800-334-2014

## CARTON PACKING LIST

Page 1
8/8/2006

Kaplan Order # 0001427690
Customer # 9117758400001
Customer PO # 272118943310444

hip To: DAPHNE GRONICH
C/O KENT RAYGOR, SMRH
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067-6017
USA

Bill To: AMAZON
PO BOX 609
LEWISVILLE, NC 27023
USA

rder Date: 08/08/2006
hip Date: 08/08/2006
Ship Via: UPSGT
Weight: 5.95
Carton ID: 1Z2145180300870276
Carton #: 1

| ust ne | Kaplan Item # | Item Ref. # | Item Description | Qty Shipped |
|---|---|---|---|---|
| 001 | 22823 | | NOAHS ARK CHALLENGE GAME | 1 |
| 002 | 80390 | | FIRST STEP MEMORY | 1 |
| 003 | 23913 | | MATH MEMORY | 1 |
| 004 | 47953 | | HIDE & SEEK GAME | 1 |
| 005 | 80612 | | TEDDY MIX AND MATCH | 1 |

End of List

EXHIBIT
B.145r



All shipments have been packaged with care. Please contact customer service at (800) 334-2014 within 15 days of receipt of merchandise to report any shipping damages or shortages.

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today**.

## Math Memory

Other products by CREATIVE TOYS USA




See larger image

Share your own customer images

**Price: $14.95**

**Availability:** In Stock. Ships from and sold by Kaplan Early Learning Company.

**2 used & new** available from $14.65

**Price: $14.95**
In Stock
Ships from and sold by **Kaplan Early Learning Company**

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**Gile** Add to Cart
Price: **$14.65**
In Stock

**2 used & new** from $14.65

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Customers who bought this item also bought

Smath Game by Pressman

**Explore similar items**

## Product Details

**Shipping Weight:** 1.35 pounds (View shipping rates and policies)

**ASIN:** B0007P95LI

This page was created by a seller.

## Product Description

**Product Description**

Build and reinforce basic math skills while improving memory and concentration! Played similarly to the classic game of concentration, this game is a great alternative to flash cards. For every problem card there is a corresponding answer card.

## Help others find this item

Make a search suggestion | Manage your search suggestions

**EXHIBIT B.145w**



**Search Products Tagged with**