
My
Classic
Card Games
5 Games to Play!
Go Fish
Old Maid
Rummy
Memory
Snap
For 2 - 4 Players · Ages 3 and Up
i-play
EXHIBIT
B.149




EXHIBIT
B.149

Puzzle Zoo Santa Monica
1413 Third Street Promenade
Santa Monica, CA 90401
310-393-9201

Thank you for shopping at
Puzzle Zoo a unique toy store.
Visit us at www.puzzlezoo.com

Ticket#113284 Cus#CASH Jul 03 06
Usr LA Rg#201 Dr#201 Time 10:29

| Item Number | Qty | Price | Ext |
|---|---|---|---|
| 20253<br>MY CLASSIC CARD GAME | 1 | 9.95 | 9.95 |

| | |
|---|---|
| Subtotal | 9.95 |
| Tax | .82 |
| Total sale | 10.77 |
| | 10.77 |

Card-#
Exp-date

Walk-In ..

Refund, exchange, or store credit
allowed with original store receipt
within two weeks of purchase for
unopened items.

EXHIBIT
B.149r

MASTERMIND toys.com

Privacy Statement | Site Map | Testimonials | About Us | News Room | Resources

Live Help LEAVE A MESSAGE | Your Account | Check out now | View Cart Contents | Store Locations | Customer Service | eUpdates

virtual cart

search

GO

gift finder...

Return to Search Results

Home > Games > Games for Ages 3 and up > My Classic Card Games

*Shopping in $'s (click to change)*

0-6 Months
6-12 Months
1-2 Years
3-4 Years
5 Years
6-7 Years
8-10 Years
11+ Years
See All

Sale Items
Summer Time Fun
Arts & Crafts
Audio
Baby Toys
Bath Toys
Batteries
Books
Construction Toys
Cooltoys
Dinosaur Toys
Doll House
Dolls
Dress Up
Educational Software
Electronic Toys
French
Games
Gift Cards
Home Learning
Imaginative Play
Jewelry
Loot Bag Stuff!
Magic Toys
Music Makers




e-mail to a friend | free gift wrap

**$12.99**

My Classic Card Games

Ages 3 and Up

**Play all your favourite card games!**

Play all the favorite classics with these whimsical characters. Games include Go Fish, Old Maid, Rummy, Memory, and Snap. For 2-4 players.

Manufacturer Code: P55021
Mastermind #: 57722

Product Choice:

Gift For: Add to Cart

Go Back

Something we need to know about an item on your order? Let us know by adding a comment in the "Product Choice" box.

**Shipping Details:** This item ships to New York 10019 for **$8.84** via **UPS Ground**. Per Item shipping charges decrease with multiple item orders! <**learn more**>

**Top 12 Items Found In Games for Ages 3 and up** > Click here to view our entire selection

EXHIBIT
B.149w

**Outdoor Toys**
**Pirates & Knights**
**Plush Toys**
**Puzzles**
**Science Kits**
**Science Toys**
**Theater and Puppets**
**Toddler**
**Travel Toys**
**DVD & Video**
**Wooden Trains**
**Young Adult**
**See All**

**Air Hogs**
**ALEX**
**AquaPlay**
**Automoblox**
**Baby BumbleBee**
**Baby Einstein**
**Bead Bazaar**
**Bob the Builder**
**Bumbo Seats**
**Calico Critters**
**CHARM IT!**
**Comfy Keyboards**
**Corolle Dolls**
**Crayola**
**Cranium**
**Creativity For Kids**
**Curious George**
**Dora the Explorer**
**Douglas Cuddle Toys**
**Eden Toy**
**Educo**
**Elope Hats**
**Fashion Angels Dolls**
**Folkmanis Puppets**
**Giant Microbes**
**Giddy Up**
**Groovy Girls**
**Hansa**
**HaPe Bamboo Games**
**Harry Potter**
**I Dig Dinos**
**Jolly Phonics**
**Kapla Blocks**
**Kettler Tricycles**
**Kid Galaxy**
**Klein Role Playing**




I Spy Memory Game

Make up your own game! It's so easy to do!

**$26.99**
**MM #: 30309**
ADD TO CART MORE DETAIL




Kids on Stage

This game of participation helps encourage confidence.

**$23.99**
**MM #: 19963**
ADD TO CART MORE DETAIL




I Spy - Preschool Game

See the Words! Match the Pictures

**$22.99**
**MM #: 37410**
ADD TO CART MORE DETAIL




Cranium Cariboo Game

Treasure hunt game for a younger mind from Cranium!

**$17.99**
**MM #: 63834**
ADD TO CART MORE DETAIL




Stacrobats

Make sure that the Stacrobats don't come tumbling down!

**$21.99**
**MM #: 17962**
ADD TO CART MORE DETAIL



5 in 1 Fishing Game

Five games in 1

**$17.99**
**MM #: 62498**
ADD TO CART MORE DETAIL




Boggle Jr.

Can be played many different ways for all ages!

**$17.99**
**MM #: 33985**
ADD TO CART MORE DETAIL




Card Games for Little Kids

33 Fun, Noisy, and Easy card games for everyone.

**$17.99**
**MM #: 47336**
ADD TO CART MORE DETAIL




What Time Is It?

What a cool way to learn to tell time!

**$15.99**
**MM #: 54085**
ADD TO CART MORE DETAIL

Toys
Klutz Books
KNEX
Kutoka
Lamaze Baby Toys
Leap Frog
Learning Curve
LEGO® Main Index
Madeline
Magneatos
Manhattan Toy
Markus Audio
MarkySparky
Meccano
Melissa and Doug Wooden Toys and Puzzles
Mighty Mind
MindGear
MindWare
Neurosmith
Odyssey Toys
Ontario Science Centre
Papo Toys
Pecoware
Plan Toys
Playmobil
Quercetti Toys
Radio Flyer
Ravensburger Puzzles & Games
Razor Scooters
Robeez Shoes
Robosapien
Rokenbok
Sara Jordan - Songs That Teach
Schleich
ScienceWiz
Sea Monkeys
Scientific Explorer
Snap Circuits
Spin Master
Straight Edge
Tamagotchi
Thomas the Tank Engine
Tolo Toys
Trading Spaces
Uncle Milton
VTech
Wader Toys
Webkinz




Sequence Game for Kids

Fun board game for kids played with animal cards!!!

**$16.99**

**MM #: 58287**

ADD TO CART MORE DETAIL



Honey Bee Tree Game

Skillfully remove the leaves without waking the bees!

**$17.99**

**MM #: 54089**

ADD TO CART MORE DETAIL



Globe Trotting

Get tangled up traveling the world!

**$13.99**

**MM #: 52940**

ADD TO CART MORE DETAIL

## Other Related Categories

- Cranium
- HaPe Bamboo Games
- ZAPiT

- Games for Ages 3 and up
- Co-Operative Games
- Games for 6 and up
- Memory Games
- Games for Ages 8 and up
- Learning Games
- Classic Games
- Brain Quest
- Strategy Puzzles
- Brain Teasers
- Trivia Games
- Blue Orange Games
- Excalibur Games
- Ravensburger Children's Games
- Ravensburger Family Games
- Children''s Travel Games

EXHIBIT
B.149w

**WHAM-O**
**Wild Planet**
**ZAPiT**
**Zocker Toys**
**See All**

Copyright© 2006 Mastermind Educational Technologies Inc. - Educational Children's Toys, Baby Toys, Games & More

EXHIBIT
B.149w

# international playthings, inc.





**International Playthings Card Games** feature popular graphic images and favorite illustrated characters. Carefully kid-tested, each product is designed to capture the imagination of young players, as well as stimulate important developmental skills. Large size cards help small hands to hold.

**Lost Your Game Rules? Click Here for a Copy**




**P55039 Peanut Gallery**
The card game where your opinion counts. A fast-moving, fast-talking, really nutty game! Ages 8 & up.
For 2-4 players.




**P55035 Great Card Games for Kids**
Clever, fun card game to play with easy-to-follow rules. Oversized, sturdy cards with great illustrations.
For 2-4 players.




BUY ONLINE

**P55029 25 Ways to Play Solitaire**
Chock full of fun, easy to learn games for quiet time. Ages 7 & up.
For 1 -2 players.




BUY ONLINE

**P55024 Kids' Favorite Card Games**
Wonderfully illustrated deck of standard cards. For 2-4 players. Ages 4+




**P55021 My Classic Card Games**
Play all the favorite classics with these whimsical characters. For 2-4 players. Ages 3+




BUY ONLINE

**P55032 Knock Knock, Who's There?**
52 Knock Knock jokes - sure to make kids laugh. Ages 8 & up.
For 2 - 4 players.

EXHIBIT
B.149w







BUY ONLINE

**P55038 Major League Baseball Trivia Card Game**
Each card features question about a team or player - there are 3 cards for every MLB team. 4 different suggested games to play.
For 2 players. Ages 8+

**P55016 Breyer Horse Play Card Game**
Play 5 imaginative games with 48 colorful cards featuring 11 beautiful horses. Game comes with 7 bonus "Horse Fact" cards for added entertainement. For 2-4 Players. Ages 6+




BUY ONLINE

**P55018 The Dinosaur Card Game**
There are 8 great games to play with 10 different dinosaurs! For 2-4 Players. Ages 4+




BUY ONLINE

**P55011 Ballerina Card Game**
Play Ballet Practice, Classic Ballerina Rummy, Ballerina Color Rummy, Name that Ballet Position, and Ballet Memory. For 2-4 Player. Ages 4+




BUY ONLINE

**P55014 Baseball Card Game**
Card game version of Little League baseball! After 9 innings of play, just like in Little League and Major League play, the team with the most runs, WINS! For 2 players. Ages 7+



**P56000 Handy Card Holder**

EXHIBIT
B.149w

The perfect aid for young card sharks! Easy to use card holder let player fan out, collect and discard cards with ease. No more frustration over dropped cards! Ages 2+

Lost Your Game Rules? Click Here for a Copy

---

BACK NEXT HOME

EXHIBIT
B.149w