
Teddy
Mix&Match
Ravensburger
EXHIBIT B.153




## Mix & Match

The lovely design of the bear cards makes this Mix & Match game extra special. The large, extra thick cards are perfect for little hands to work with as they hunt for the pairs of bears.

For 2-4 players, ages 2½ and Up

Contents: 24 big bear shaped cards

## Jeu de mémoire
### - le grand classique

Un jeu de mémoire avec des cartes en forme d'ours particulièrement adorables. Les grandes cartes en carton épais sont spécialement adaptées aux plus jeunes, qui peuvent alors participer à une passionnante chasse aux paires !

Pour 2-4 joueurs à partir de 2½ ans.
Contenu : 24 grandes cartes en forme d'ours

## Juego de memoria
### - el famoso clásico

Este juego se destaca por el encantador diseño de las fichas con los ositos. Las grandes fichas hechas de cartón extra grueso son estupendas para niños pequeños a la interesante búsqueda de las parejas de ositos.

Para 2-4 niños desde 2½ años de edad.
Contenido: 24 cartas grandes en forma de oso

www.ravensburger.com
Ravensburger Spieleverlag · Postfach 18 60 · D-88138 Ravensburg

By: Angelika Kipp
Illustration: Katrin Lindley
Design: Ravensburger
© 2003 Ravensburger Spieleverlag

Ravensburger



EXHIBIT B.153

KAPLAN

1310 Lewisville-Clemmons Rd.
Lewisville, NC 27023-0609
1-800-334-2014

## CARTON PACKING LIST

Page 1
8/8/2006

Kaplan Order # 0001427690
Customer # 9117758400001
Customer PO # 272118943310444

ɿip To: DAPHNE GRONICH
C/O KENT RAYGOR, SMRH
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067-6017
USA

Bill To: AMAZON
PO BOX 609
LEWISVILLE, NC 27023
USA

rder Date: 08/08/2006
ɿip Date: 08/08/2006

Ship Via: UPSGT
Weight: 5.95

Carton ID: 1Z2145180300870276
Carton #: 1

| ust ne | Kaplan Item # | Item Ref. # | Item Description | Qty Shipped |
|---|---|---|---|---|
| ɔ01 | 22823 | | NOAHS ARK CHALLENGE GAME | 1 |
| ɔ02 | 80390 | | FIRST STEP MEMORY | 1 |
| ɔ03 | 23913 | | MATH MEMORY | 1 |
| ɔ04 | 47953 | | HIDE & SEEK GAME | 1 |
| ɔ05 | 80612 | | TEDDY MIX AND MATCH | 1 |

End of List

**EXHIBIT B.153r**



All shipments have been packaged with care. Please contact customer service at (800) 334-2014 within 15 days of receipt of merchandise to report any shipping damages or shortages.

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

# Teddy Mix & Match Game

Other products by Ravensburger



See larger image

Share your own customer images

**Price: $11.95**

**Availability:** In Stock. Ships from and sold by Kaplan Early Learning Company.

**4 used & new** available from $10.39

**Price: $11.95**
In Stock
Ships from and sold by **Kaplan Early Learning Company**

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**Kidstock** Add to Cart
Price: **$12.95**
In Stock

**LaToys Etcetera** Add to Cart
Price: **$14.95**
In Stock

**4 used & new** from $10.39

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Ages 2 1/2 and up.
- For 2 - 4 players.
- Playing time: 20 minutes.
- Observation and recognition skills.
- Memory skills.

## Customers who bought items like this also bought

Hullabaloo by Cranium

Candy Land by Hasbro

Chutes & Ladders by Hasbro

Hi Ho Cherry-O by Hasbro

▸ **Explore similar items**

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B0006GVA16

**Item model number:** 21589

236

EXHIBIT
B.153w

**Manufacturer Recommended Age:** 30 months - 99 years

This page was created by a seller.

## Product Description

**Product Description**
2 years & up. Match 12 different bears to each card measuring 3 1/2" wide by 5 1/2" height. The large, extra thick cards are perfect for little hands to work with as they hunt for the pair of bears. Easy rules make it ideal for even the youngest Teddy Bear fan.

## Customers who viewed this item also viewed

Winnie the Pooh Memory Game by Milton Bradley

Educational Insights E-Z as ABC Game by Educational Insights

Dr Seuss ABC Game by University Games

Who Lives Where? Game by Cadaco

▸ **Explore similar items**

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Search Products Tagged with** GO!

**See most popular tags**

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

237

## ProductWiki: Product Information from Our Customers (What's this?)

EXHIBIT
B.153w

**Be the first person to add product information.**

**See Top Wikis...**

## Listmania!

**Search Listmania!**



Best Board Games for Kids age 3-8: A list by QBall



Olivia's Christmas List: A list by "cmc706"



Have a Fun Family Weekend: A list by Trina Casey

Create a Listmania! list

## So You'd Like to...



have the best preschool board games...: A guide by KNSudha



~Keep Kids Entertained~: A guide by Danela Christophe



Enjoy Great Family Entertainment: A guide by Carla Crayle

Create your guide

## Look for similar items by category

Games > Learning & Education > Matching & Memory Games

## This Item and You

Rate this item: Not interested I own it

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.

EXHIBIT
B.153w

▸ Is there any other feedback you would like to provide? Click here

Kaplan Early Learning Company Privacy Statement | Kaplan Early Learning Company Shipping Information | Kaplan Early Learning Company Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.153w