UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, v. MGA ENTERTAINMENT, INC., Defendant. | |
| MGA ENTERTAINMENT, INC., Counterclaimant, v. HASBRO, INC., Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF CHAD LEVY WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

# DECLARATION OF CHAD LEVY

I, Chad Levy, hereby declare the following:

1. I am an attorney duly admitted to practice before the Courts of the State of California. I am an associate at Sheppard Mullin Richter & Hampton LLP in Los Angeles, attorneys of record for defendant and counterclaimant MGA Entertainment, Inc. ("MGA"). I work with lead counsel for MGA in this matter, Kent R. Raygor, a partner at Sheppard Mullin Richter & Hampton LLP in Los Angeles. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("Hasbro") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Tangible third-party memory games from physical retail locations and online stores**: In connection with this litigation I purchased matching games currently marketed that contain the word "memory" or the phrase "memory game" as part of their titles or taglines, or that used those words to describe the game.

3. I visited the following online stores on the dates indicated. At these stores, I found the following memory games. I purchased the indicated games. They are physically located in a room in my law firm. They were made available to counsel for Hasbro for inspection. They continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.76-B.79, B.81-B.88, B.90, B.91, B.93-B.100, B.106-B.120, B.122-B.130, B.134, B.135, B.144, B.146, B.147,**

**B.151, B.152, B.155** and **B.156**. True and correct copies of the receipts for these purchases (with personal information redacted) are attached hereto as **EXHIBITS B.76r-B.79r, B.81r-B.88r, B.90r, B.91r, B.93r-B.100r, B.106r-B.120r, B.122r-B.130r, B.134r, B.135r, B.144r, B.146r, B.147r, B.151r, B.152r, B.155r** and **B.156r**. True and correct copies of the printouts of the web pages showing and/or describing the games are attached hereto as **EXHIBITS B.76w-B.79w, B.81w-B.88w, B.90w, B.91w, B.93w-B.100w, B.106w-B.120w, B.122w-B.130w, B.134w, B.135w, B.144w, B.146w, B.147w, B.151w, B.152w, B.155w** and **B.156w**.

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.76** | **3.27** (Internet printout only) | MEMORY CIRCLES | www.amazon.com | http://www.amazon.com/gp/product/B000BTI1W4/sr=8-9/qid=1156204824/ref=sr_1_9/002-0612872-2712022?ie=UTF8 | TAGtoys | 08/07/06 |
| **B.77** | **3.55** (Internet printout only) | TWINS MEMORY GAME | www.atomicbooks.com | http://www.atomicbooks.com/search.php?prpp=15&tpl=17&catid=73&searchstring=twins+memory+game&Submit=GO | ©2005 BIS Publishers | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.78 | 3.67 (Internet printout only) | MAMMA MIA (Card game – "Thoughtful tactics, a pinch of luck and a pound of memory can bring victory!") | www.funagain.com | http://www.funagain.com/control/product/~product_id=005101<br><br>"Best Memory Game 2000" | ©2004 Abacusspiele, distr. by Rio Grande Games | 08/07/06 |
| B.79 | 3.9 (Internet printout only) | MEMO FANTASY-meadow (states a "memory-game for the very young") | http://shopping.yahoo.com/ | http://store.padilly.com/meadowmemory.html | Chelona Ltd. – Made in Hellas (Greece) | 08/07/06 |
| B.81 | 3.13 (Internet printout only) | CIRCLE OF FRIENDS (states "A Matching and Memory Game that Grows with your Child!") | www.eToys.com | http://www.etoys.com/genProduct.html/PID/2455679/ctid/17/INStock/Y/D/ | Briarpatch; TM & ©2002 Random House, Inc. licensed by Classic Media, Inc. | 08/07/06 |
| B.82 | 3.33 (Internet printout only) | MONKEY MEMORY | www.amazon.com | http://www.boardgamewarehouse.com/storefrontprofiles/DeluxeSFItemDetail.aspx?sid=1&sfid=109412&c=0&i=136314226<br><br>http://www.amazon.com/gp/product/B0009JE7P6/sr=8-1/qid=1156754561/ref=pd_bbs_1/002-0612872-2712022?ie=UTF8 | ©2005 Playroom Entertainment | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.83** | **3.58** (Internet printout only) | LIFE ON EARTH MATCHING GAME (states "Sharpens Recognition and Memory Skills!") | www.toadsandtulips.com | http://www.toadsandtulips.com/lioneamemaga.html<br>"Life on Earth Memory Matching Game" | ©2005 eeBoo™ Corporation | 08/07/06 |
| **B.84** | **3.66** (Internet printout only | MY FIRST MEMORY CARD GAME | www.boscovs.com | http://www.boscovs.com/StoreFrontWeb/Product.bos?assortmentDepartmentNumber=6172230&itemNumber=59268&assortmentId=19&type=Product | Game ©2002 Briarpatch, Inc. | 8/06 |
| **B.85** | **3.10** (Internet printout only) | MEMORY MATCHING GAME | www.hearthsong.com | http://www.hearthsong.com/hearthsong/product.do?section_id=0&bc=1005&pgc=75&cmvalue=HS\|0\|Normal%20Search%20Result\|P1 | ©2000 HearthSong, Inc., Peoria, IL | 08/07/06 |
| **B.86** | **3.49** (Internet printout only) | TOOLS OF SCIENCE MEMORY GAME FLASH CARDS | www.sciencekit.com; | http://www.sciencekit.com/category.asp_Q_c_E_762331 | ©2005 SKBL | 08/07/06 |
| **B.87** | **3.52** (Internet printout only) | PAT THE BUNNY™ MEMORY GAME | www.areyougame.com | http://www.areyougame.com/interact/item.asp?q=pat+the+bunny&qmethod=0&itemno=2907X&sa=0 | ©2004 PENK, Inc. / Golden Books Publishing Co. Inc. | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.88 | 3.63 (Internet printout only) | BRAIN QUEST ANIMAL MATCHING – MY FIRST PRESCHOOL (states "A charming memory-matching game from America's top-selling learning game line.") | www.christianbook.com | http://www.christianbook.com/Christian/Books/product?item_no=901721&netp_id=310732&event=ESRCN&item_code=WW | ©1999 Workman Publishing Co., Inc. and Groupe Play Bac S.A., ©1999 University Games Corp., San Francisco | 08/07/06 |
| B.90 | 3.29 (Internet printout only) | THOMAS' STATION STOP MATCHING GAME: Matching and Memory Fun! | www.BabyUniverse.com | http://www.babyuniverse.com/pro/baby/34922/ThomasFriendsGame-StationStopMatchingGame.html | © 2002 by Briarpatch, Inc. | 8/8/06 |
| B.91 | 3.7 (Internet printout only) | FLYING FROGS (states "Flyin' Frogs is an entirely new, entirely fresh action-memory game.") | www.eToys.com | http://www.etoys.com/genProduct.html/PID/4693359/ctid/17/INstock/Y/D/ | ©2005 Pressman Toy Corp. New York | 08/07/06 |
| B.93 | 3.6 (Internet printout only) | MEMO ANIMAL | www.oompa.com | http://www.oompa.com/cgi-bin/item/C52209?oompaItem=Chelona_Memo%20Animal%20Memory%20Game ("MEMO ANIMAL MEMORY GAME") | Chelona Ltd. – Made in Hellas | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.94 | 3.61 (Internet printout only) | READ & RHYME MEMORY MATCH | www.christianbook.com | http://www.christianbook.com/Christian/Books/product?item_no=420904&netp_id=344049&event=ESRCN&item_code=WW | ©1997 McGraw-Hill Children's Publishing | 08/07/06 |
| B.95 | 3.62 (Internet printout only) | NUMBERS MATCH ME | www.christianbook.com | http://www.christianbook.com/Christian/Books/product?item_no=628580&netp_id=356558&event=ESRCN&item_code=WW<br><br>(states "Award-winning Match Me Cards engage learners' matching, memory, and word/picture recognition skills.") | ©1997 TREND Enterprises, St. Paul, MN | 08/07/06 |
| B.96 | 3.11 (Internet printout only) | BIBLE MEMORY | www.christianbook.com | http://www.christianbook.com/Christian/Books/product?item_no=902968&netp_id=425175&event=ESRCN&item_code=WW | ©2005 Standard Publishing, Cincinnati, OH | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.97** | **3.5** (Internet printout only) | NOAH'S MEMORY MATCH-UP GAME | www.christianbook.com | www.christianbook.com<br><br>http://www.christianbook.com/Christian/Books/product?item_no=02621&netp_id=226745&event=ESRCN&item_code=WW | ©2001 Faith Kids™ is a registered trademark of Cook Communications Ministries, Colorado Springs, CO | 08/07/06 |
| **B.98** | **3.26** (Internet printout only) | WORD OPPOSITES MEMORY MATCH | www.christianbook.com | www.christianbook.com<br><br>http://www.christianbook.com/Christian/Books/product?item_no=212189&netp_id=342228&event=ESRCN&item_code=WW | ©1997 Frank Schaffer Publications, Torrance, CA | 08/07/06 |
| **B.99** | **3.14** (Internet printout only) | IDENTIC® MEMO GAME<br><br>(states "IDENTIC® is an exciting memory game played with cards") | www.christianbook.com | www.christianbook.com<br><br>http://www.christianbook.com/Christian/Books/product?item_no=303218&netp_id=276995&event=ESRCN&item_code=WW | ©1999 Educa Salllent, S.A.<br><br>www.educa.es (Spain) | 08/07/06 |
| **B.100** | **4.117** (Internet printout only) | CHAIN OF MEMORIES | www.eToys.com | http://www.etoys.com/genProduct.html/PID/3465939/ctid/19/INstock/Y/D//SkuNo/239378 | ©2001 NINTENDO | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.106 | 3.50 (Internet printout only) | SHAKESPEARE MEMO GAME | http://lshop.stores.yahoo.net | http://lshop.stores.yahoo.net/shakesmemo.html "Shakespeare Memory Game" | ©1995 Piatnik, Made in Austria | 08/08/06 |
| B.107 | 3.44 (Internet printout only) | BLENDING BUDDIES MEMORY MATCH | www.bksschoolhouse.com | http://www.teachersparadise.com/c/product_info.php/products_id/4046 | ©1998 Judy/Instructo, A Division of Frank Schaffer Publications, Inc., Torrance, CA | 08/08/06 |
| B.108 | 3.43 (Internet printout only) | HOMONYMS MEMORY MATCH CARD GAME | www.bksschoolhouse.com | http://www.teachersparadise.com/c/product_info.php/products_id/4049 | ©1998 Judy/Instructo, A Division of FrankSchaffer Publications, Inc., Torrance, CA | 08/08/06 |
| B.109 | 3.54 (Internet printout only) | BUGS MATCH-UPS: A Memory Card Game | www.powells.com | http://www.powells.com/biblio/62-0843174455-0 | Price Stern Sloan, 2001 | 08/09/06 |
| B.110 | 3.31 (Internet printout only) | ODD-BODZ™ (states "The Memory Matching Character Snatching Card Game") | www.ebay.com | http://www.amazon.com/gp/product/B000663R9/ref=nosim/002-0612872-2712022 | ©2001 Ceaco Inc.; G2 Games, a Division of Ceaco, Inc., Watertown, MA www.ceaco-inc.com | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.111 | 3.39 (Internet printout only) | NATURE MEMO (states "Real-Life Photos of Animals in a Concentration & Memory Game") | www.Store4Knowledge.com | http://storeforknowledge.com/Nature-Memo-Memory-Game-P3493C0.aspx | ©1997 Creative Toys Ltd. | 08/07/06 |
| B.112 | 3.18 (Internet printout only) | MAKE A MATCH (states "Memory Matching Game with cards by Lego®") | www.MidwayDeals.com | http://midwaydeals.com/pd_lego_make.cfm | ©2005 The LEGO Group | 08/07/06 |
| B.113 | 3.17 (Internet printout only) | BARBIE NUMBER MATCH (states "Barbie™ Number Match Learning Game Cards teach basic number concepts in a fun memory game!") | www.ebay.com | http://shopping.msn.com/reviews/shp/?itemId=494730394 | ©2004 Mattel, Inc.; Bendon Publishing Intl Inc., Ashland, OH | 08/08/06 |
| B.114 | 3.46 (Internet printout only) | MARY MEMORY CARD GAME | www.Marianland.com | http://www.marianland.com/kidsnetcardgame001.html | Catholic Kids NET | 08/07/06 |
| B.115 | 3.45 (Internet printout only) | FUN WITH MEMORY | www.Teachersparadise.com | http://www.teachersparadise.com/c/product_info.php/products_id/54926 | © The Learning Journey International LLC | 8/8/06 |

| **HEARING EXH. #** | **OPPOS. EXH. #** | **PRODUCT NAME** | **PURCHASE WEBSITE** | **URL** | **COPY-RIGHT/ MFTR** | **PURCHASE DATE** |
|---|---|---|---|---|---|---|
| **B.116** | **3.24** (Internet printout only) | ANIMALS MEMORY MATCH | www.Teachersparadise.com | http://www.teachersparadise.com/c/product_info.php/products_id/556 | © 1997 The Learning Journey International LLC | 8/8/06 |
| **B.117** | **3.41** (Internet printout only) | DINOSAUR MEMORY MATCH | www.Teachersparadise.com | http://www.teachersparadise.com/c/product_info.php/products_id/557 | © 1997 The Learning Journey International LLC | 8/8/06 |
| **B.118** | **3.42** (Internet printout only) | COLORS AND SHAPES MEMORY MATCH | www.Teachersparadise.com | http://www.teachersparadise.com/c/product_info.php/products_id/555 | © 1997 The Learning Journey International LLC | 8/8/06 |
| **B.119** | **3.25; 3.38** (Internet printout only) | MATH MEMORY | www.Teachersparadise.com | http://www.teachersparadise.com/c/product_info.php/products_id/29157 | © 1997 All rights reserved – Creative Toy Ltd. | 8/8/06 |
| **B.120** | **3.28** (Internet printout only) | TEDDY MIX & MATCH (states "Jeu de memoire; Juego de memoria") | www.Amazon.com | http://www.amazon.com/gp/product/B0006GVA16<br>"Memory skills." | © 2003 Ravensburger Spieleverlag | 8/8/06 |
| **B.122** | **3.23** (Internet printout only) | MEMOS (states "This game helps develop perceptual as well as motor and memory skills") | www.guidecraft.com | http://www.guidecraft.com/dyn_search.php?q=MEMOS | © 2002 Guidecraft USA | 8/8/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.123 | 3.2 (Internet printout only) | MIX & MATCH DOUGHNUTS (states " Imaginative Play That Teaches Matching Skills, Memory Skills, Hand-Eye Coordination ") | www.ELGames.com, | http://www.educationallearninggames.com/search_results1b.asp?txtFromSearch=fromSearch&txtsearchParamVen=ALL&txtsearchParamMan=ALL&iLevel=1&txtsearchParamType=ALL&txtsearchParamTxt=DOUGHNUTS&txtsearchParamCat=ALL | © Learning Resources, Inc., Vernon Hills, IL (USA) | 8/7/06 |
| B.124 | 3.4 (Internet printout only) | HIDE & SEEK (states "An on-the-move memory game") | www.ELGames.com, | http://www.educationallearninggames.com/hide-and-seek-memory-game.asp | © 2003 Ravensburger Spieleverlag | 8/7/06 |
| B.125 | 3.3 (Internet printout only) | SURPRISE! - The Fun-Filled Memory and Matching Game | www.ELGames.com, | http://www.educationallearninggames.com/surprise-memory-matching-game.asp | © 2003 Gamewright, A Division of Ceaco, Inc. | 8/7/06 |
| B.126 | 3.20 (Internet printout only) | MATCH 'EM UP (states "The memory game kids will never forget – featuring the logos of all 30 NBA teams!") | www.Target.com | http://www.target.com/gp/detail.html/sr=1-1/qid=1156289785/ref=sr_1_1/602-1980669-9488658?%5Fencoding=UTF8&asin=B000BNOH46 | © Copyright 2005 ER Concepts | 8/7/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.127 | 3.35 (Internet printout only) | MAX & RUBY PICK-A-PAIR (states "Memory game with a twist!") | www.KimmyShop.com | http://www.kimmyshop.com/ProductInfo.aspx?productid=38334 | © 2006 Treehouse YTV Canada, Inc. Max & Ruby™ and © Rosemary Wells. Nelvana® Nelvana Limited Corus™ Corus Entertainment Inc. | 8/8/06 |
| B.128 | 3.65 (Internet printout only) | CARE BEARS 4 JUMBO SIZE CARD GAMES (includes "Memory Match") | www.80sTees.com | http://www.80stees.com/products/Care-Bears-Classic-Card-Games-Set.asp | Cardinal Industries, Inc. © 2004 Those Characters form Cleveland, Inc. Used under the license by Cardinal Industries, Inc. | 8/7/06 |
| B.129 | 3.15 (Internet printout only) | MAHARAM MEMORY GAME | www.highbrowfurniture.com | http://www.highbrowfurniture.com/accessories/products/game1/ | © 2005 Maharam A4 Studio for Maharam | 8/7/06 |
| B.130 | 3.34 (Internet printout only) | THE LOSING YOUR MEMORY CARD GAME | www.gamesbyjames.com | http://www.gamesbyjames.com/browse.cfm/4,3204.htm | © 2006 Kheper Games, Inc. | 8/7/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.134 | 3.16 (Internet printout only) | JAY JAY THE JET PLANE MEMORY GAME | www.allaboardtoys.com | http://www.allaboardtoys.com/jay_jay_the_jet_plane/puzzles__games/jay_jay_memory_card_game.asp | ©2004 Briarpatch Inc., Milburn, NJ www.briarpatch.com | 08/07/06 |
| B.135 | 3.12 (Internet printout only) | ANGELINA BALLERINA MATCH AND DANCE MEMORY GAME (with 5" Plus Doll) | www.amazon.com | http://www.target.com/gp/detail.html/ref=br_1_13/602-1980669-9488658?%5Fencoding=UTF8&frombrowse=1&asin=B000APR37I | ©2005 Sababa Toys | 8/7/06 |
| B.144 | 3.30 (Internet printout only) | MATCHER OOS™ THE KOALA BROTHERS ™ (Disney): Matchin' Mixin' Memory Fun™ | www.ebay.com | http://www.amazon.com/gp/product/B0007ZKME2/ref=nosim/002-0612872-2712022?dev-t=D2Y5TUCCVJ7DGE | ©2004 Mattel, Inc.; Fisher-Price | 08/07/06 |
| B.146 | 3.8 (Internet printout only) | MEMO FANTASY-UNIVERSE<br><br>(states "This is a memory-game for the very young") | www.oompa.com | http://www.oompa.com/cgi-bin/item/C52302 | Chelona Ltd. – Made in Hellas (Greece) | 08/07/06 |
| B.147 | 3.40 (Internet printout only) | SMART SPLASH MEMORY MATCH CLAMS | www.eToys.com | http://www.etoys.com/genProduct.html/PID/4716569/ctid/17/INstock/Y/D/ | ©2005 Pressman Toy Corp. New York | 08/07/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | PURCHASE WEBSITE | URL | COPY-RIGHT/ MFTR | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.151 | 3.64 (Internet printout only) | SHERLOCK CARD GAME [TAGLINE: THE GAME WHERE MEMORY AND DEDUCTION ARE "ELEMENTARY"!] | www.unclesgames.com | http://www.unclesgames.com/product_info.php/products_id/5861 | ©2004 Playroom Entertainment | 08/07/06 |
| B.152 | | SEARCH AND FIND BIBLE MEMORY GAME | www.christianbook.com | http://www.christianbook.com/Christian/Books/product?item_no=472210&netp_id=251515&event=ESRCN&item_code=WW | Published in the USA by Candle Books 2001, reprinted 2003, Distributed by Kregel Publications, Grand Rapids, MI | 08/07/06 |
| B.155 | 3.48 (Internet printout only) | BIRDS OF AMERICA'S NATIONAL PARKS: 100 PIECE MEMORY CARD GAME | www.yosemitestore.com | http://www.yosemitestore.com/Templates/frmTemplateP1.asp?SubFolderID=111&SearchYN=N | © Impact | 8/9/06 |
| B.156 | 3.47 (Internet printout only) | GRAND CIRCLE [60 PIECE MEMORY CARD GAME] | www.cnha.org | http://www.azurebay.com/Products.asp?Item=3MGM<br><br>http://www.cnha.org/product.cfm?id=44F7562C-65B9-1366-F1A810D85D6684C2 | © Impact | 08/08/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 28, 2006, at Los Angeles, California.

CHAD J. LEVY

400061920.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **NOTICE OF FILING DECLARATION OF CHAD LEVY WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL.** The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 29, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman