

EXHIBIT
B.76

## MEMORY CIRCLES

**MSC-7** **Ages 2 to 4** **Non-Toxic**

### Learning Goals

- Develop **fine-motor** and **eye-hand** coordination.
- **Name** colors and common objects.
- Recognize **size** differences.
- Strengthen **memory skills** and increase **memory span.**

---

### How Memory Circles Works

**Step 1:** At first have your child play with Memory Circles as a puzzle - grasping the giant knobs, removing the puzzle pieces and fitting them back correctly.

**Step 2:** Gather common objects that have simple names and that will fit in the puzzle compartments. ***Do not use small items that would create a choking hazard.*** Play a *"peek-a-boo"* game. Select an object, name it alound, and hide it in a very obvious manner. Wait a few seconds and then lift the puzzle piece to reveal the object. With great surprise say, "Here is the (name the object)."

**Step 3:** Repeat this game placing the object in different spaces. When your child can consistently find an object, hide it again and then rotate the puzzle base and ask the child to find the object. Each time the object is found say its name aloud.

**Step 4:** Continue to play in this manner but increase the number of objects you are hidding, increase the amount of rotation, and alternate the direction of rotation.

**Step 5:** Hide four objects, spin the base and ask your child to recall the objects, first clockwise and then counterclockwise.

**WARNING!** When hiding objects and playing the memory games, children under 3 years should always be supervised by an adult.

EXHIBIT
B.76

TAG TOYS
1810 S. Acacia Ave.
Compton, CA 90220
800-488-4824
Fax 310-639-7122
www.TAGtoys.com

ORDER NO. 31164

PICKING SLIP

SOLD TO:
AMAZON COM

SHIP TO:
Sheppard Mullin Richter and Ha
c/o Chad Levy
1901 Avenue of the Stars, Suit
Los Angeles Ca, 90067

| CUSTOMER ID. | TERMS | PURCHASE ORDER NO. | SHIP VIA | ORDER DATE | SHIP DATE | ORDER NO. | PAGE NO. |
|---|---|---|---|---|---|---|---|
| AMA100 | CREDIT C | | U.P.S. 2 Day | Aug 7 06 | | 31164 | 1 |

| PLACE | ITEM NUMBER | DESCRIPTION | QTY | UNIT | QTY. SHIPPED |
|---|---|---|---|---|---|
| 1 | TAG-MSC7 | [illegible] | 1 | EA | |

Amz:102-0420640-8288110/1

EXHIBIT
B.76r

amazon.com Ann's Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today**.



See larger image

Share your own customer images

## Memory Circles

Other products by TAG

**Price: $39.95**

**Availability:** In Stock. Ships from and sold by TAG Toys.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Features

- Develops fine motor and eye-hand coordination.
- Teaches the child to recognize and learn the names of common objects.
- Facilitates the early development of memory abilities.

## Product Details

**Product Dimensions:** 11.4 x 2.5 x 11.4 inches ; 4.0 pounds

**Shipping Weight:** 4.00 pounds (View shipping rates and policies)

**Note:** Gift-wrapping is not available for this item.

**ASIN:** B000BTI1W4

**Manufacturer Recommended Age:** 36 months - 5 years

This page was created by a seller.

## Product Description

19

EXHIBIT B.76w

### Product Description

Four part circle puzzle with giant knobs for grasping and fitting. Positions below each circle provide a space for the child to hide objects for recall. The puzzle base spins to make memory tasks more challenging.

## Help others find this item

Make a search suggestion | Manage your search suggestions

Search Products Tagged with GO!

See most popular tags

## Tag this product (What's this?)

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

## Customer Reviews

**Be the first person to review this item.**

## Customer Discussions Beta (what's this?)

? Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

Learning & Education

## This Item and You

Rate this item: Not interested I own it

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item



## Feedback

EXHIBIT
B.76w

If you need help or have a question for Customer Service, **contact us**.