
twins memory
match the twins!
this box contains 60 cards
EXHIBIT
B.77

EXHIBIT
B.77


twins
memory
game
match the twins!
BIS Publishers Herengracht 370 – 372
1016 CH Amsterdam The Netherlands
T +31 (0)20 524 75 60 F +31 (0)20 524 75 57
bis@bispublishers.nl www.bispublishers.nl
ISBN 90-6369-103-3
$24.95
9 789063 691035 >
© 2005 BIS Publishers
Printed in Singapore
BIS

EXHIBIT
B.77

**ATOMIC BOOKS**
**c/o Wunderpants Productions**
**"Literary Finds for Mutated Minds"**
**1100 W. 36th St.**
**Baltimore, MD 21211**
**410.662.4444**
**orders@atomicbooks.com**
**www.atomicbooks.com**

Order Information
Order Number: 7829535
Time: 08-07-2006 18:17:24
CC Number:
**Comments: I would appreciate it if you could ship this as soon as possible. I really need to receive it this week.**

Billing Information
Name: Chad Levy
Address:
Address2:
City:
State:
Zip:
Email: clevy@sheppardmullin.com

Shipping Information
Name: Chad Levy
Address1: Sheppard Mullin
Address2: 1901 Avenue of the Stars
Address3: Suite 1600
Zip: 90067
City: Los Angeles
State: CA

**Shipping Method: Flat Rate**

| Quantity | Item Name | Price | Total |
| --- | --- | --- | --- |
| **1** | **Twins Memory Game** | **24.95** | **24.95** |

**Shipping: 6.00**
**Total: 30.95**

WUNDERPANTS PRODU[illegible]IONS INC
[illegible] W 3[illegible] H STREET
BALTIMORE MD [illegible]11

08-[illegible]8-2[illegible]6
[illegible]4:39:[illegible]8

24.95
Ship[illegible] or Manual Entry 6.[illegible]

SUBTOTAL 3[illegible].95
TAX [illegible]
TOTAL [illegible]
[illegible] TENDERED [illegible]
CHANGE [illegible]

www.ATOMICBOOKS.COM
4[illegible].[illegible].4444
ALL SALES ARE FINAL

EXHIBIT
B.77r



0 Items | Subtotal: $0.00 | View Shopping Cart | Want List

Page 1 of 1
|< << 1 >> >|
Showing items 1 to 1 of 1 items




**Twins Memory Game**
by:Agnes Kapert / Maaike Strengholt / Ester Eijkmans
**Price: $ 24.95**
Match the twins!
ADD TO CART

more info

Page 1 of 1
|< << 1 >> >|
Showing items 1 to 1 of 1 items

Find:

GO

**Home**
Contact Us / Directions
Ordering & Shipping Info
NEW This Week!
Also NEW This Month
COMING SOON
SALE ITEMS/CLEARANCE
Art / Prints / Posters
Art Toys/Designer Toys
Atomic Wear
Audio (CDs, Vinyl)
Bettie Page
Big Thoughts (Essays)
Chicks / Grrls
Comix
Conspiracies/Disinformation
Crafting
Crime & Punishment
Cult Film / TV
Death & Torture
Drug Info
DVDs / VHS
Fashionistas & Stylistas!
Fiction & Poetry
Food Frenzy & Cooking
Freaks / Oddities / Sideshows
Gearheads / Racers
Greeting & Note Cards
How-To / DIY
John Waters
Lowbrow Art & Design
Magnets
Music We Like (Mostly)
Pin Ups / Burlesque
Politix & Economics
Postcards
Real Life (Memoirs)
Roadside / Travel
Satanism / Occult / Goth

EVENTS
Upcoming readings, shows and other events.

BLOG
Yeah, we have a Blog. You mean you don't?

MAILERS
Sign up to have a list of our new releases delivered right to your mailbox, every week.

FAQS
Where we answer questions you haven't even thought of asking.

WEB CAM
Click here to see what's going on at the store right now!

BESTSELLERS
What are mutated minds reading?

GALLERY
Celebrity visits, our original art collection, book signing pictures, press clippings, etc.

LINKS
Other Baltimore websites we like.

CONSIGNMENT POLICY
So you have a zine or comic or book or CD or something and you want to sell it at the store? Here's how.

JOHN WATERS MAIL
Yes, we receive fan mail for John Waters.

ATOMIC Friends, Romans, and Countrymen

"Shocked Amazed!"

24

EXHIBIT B.77w