
UWE ROSENBERG
MAMMA MIA!
EASY, FAST AND FUN!
EXHIBIT B.78
RIO GRANDE GAMES


MAMMA MIA!
Here a salami pizza, there a Bombastica. Hey, who stole the cheese! As Pizza makers, the players put ingredients on the table. From time to time a player may place an order on the table, thinking the needed ingredients are available. If they are, the pizza is made, if not - disappointment. Thoughtful tactics, a pinch of luck and a pound of memory can bring victory! Mama Mia is an easy, but unusual card game, which whets the appetite!
Easy, fast and fun!
Contents: 106 cards, rule booklet
2-5
10+
40
All rights reserved by
© 2004 ABACUSSPIELE
Distribution United States
Rio Grande Games
PO Box 45715
Rio Rancho; NM 87174
Made in Germany
0-3
RIO GRANDE GAMES

EXHIBIT
B.78

# PACKING SLIP

| SALE # | 648982 | 8/8/2006 |
|---|---|---|

Funagain.com

1662 Ashland St.
Ashland, OR 97520

**SOLD TO**

CSR: margareth

**SHIP TO** A

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars,#1600
Los Angeles, CA 90067
USA

REP | PHONE: (310) 2283713

EMAIL: clevy@sheppardmullin.com

| QTY | BIN | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | 434 | 005101N - Mamma Mia! (Rio Grande Games RGG 115) - English language edition | 9.55 | 9.55 |
| | | Game Total: | | 9.55 |
| | | Shipping & Handling: | 22.90 | 22.90 |
| | | *** EXPRESS_2_DAY *** | | |

Thanks for shopping with Funagain Games! | **Total** $32.45

*** EXPRESS_2_DAY ***

EXHIBIT
B.78r

# Mamma Mia!

**English language edition**




List Price: ~~$11.95~~
**Your Price: $9.55**
**(20% savings!)**
(*Worth* ***955*** *Funagain Points!*)

New - $9.55

1 ADD TO CART

★★★½
from 22 customer reviews

**International Gamers Awards Best Strategy Game Nominee 2000**

**GAMES Magazine Best Memory Game 2000**

**Spiel Des Jahres Nominee 1999**

**Deutscher SpielePreis 8th place 1999**

Store: Card Games | Family Games
Series: Mamma Mia!
Genre: Memory
Format: Card Games
Theme: Food & Beverage

*Designer(s):* Uwe Rosenberg
*Manufacturer(s):* Rio Grande Games, Abacus
*Year:* 1998
*Players:* 2 - 5
*Time:* 30 - 40 minutes
*Ages:* 10 and up
*Weight:* 180 grams
*All-Time Sales Rank:* #49

*Language Requirements: This is an international edition or domestic edition of an imported item. Game components are language-independent. Manufacturer's rules are printed in English.*

28

Login to use shopping lists.

Here a salami pizza, there a Bombastica. Hey, who stole the cheese! As Pizza makers, the players put ingredients on the table. From time to time a player may place an order on the table, thinking the needed ingredients are available. If they are, the pizza is made, if not--disappointment. Thoughtful tactics, a pinch of luck and a pound of memory can bring

Recommended



- **Carcassonne: The Discovery**
- **Havoc: The Hundred Years War**
- **Wits & Wagers**
- **Blokus**
- **Lost Cities**
- **The Settlers of Catan**
- **Tag 6! Ta 6!**
- **Australia**
- **Bang!**
- **Railroad Tycoon: The Boardgame**

Top Sellers



1. **Carcassonne: The Discovery**
2. **Havoc: The Hundred Years War**
3. **Havoc Expansion: The Character Cards**
4. **HeroScape: Thaelenk Tundra**
5. **Carcassonne**
6. **Queen's Necklace**
7. **Fist of Dragonstones**
8. **Rat-a-tat Cat**
9. **Bang!**
10. **Lost Cities**

RSS ...more

Sale Games!




- **Engel & Bengel $21.50**
- **Chameleon $19.95**
- **GAMES Magazine:**

Shopping Cart

Shopping Cart is empty.

Also Bought...

**Customers who bought this product also bought...**



**Queen's Necklace**



**Frank's Zoo**




**Rat-a-tat Cat**

Latest Reviews

**8,864** reviews to date



★★★★½

**"Heavy and Short"** says *Tom Vasel* in the latest review of Mykerinos

EXHIBIT
B.78w

- **December 2005 (Volume 29, Number 10: Issue 216)** **$3.00**
- **GAMES Magazine: December 2004 (Volume 28, Number 10: Issue 206)** **$3.00**
- **Mexica** **$26.50**

RSS

victory! *Mamma Mia* is an easy, but unusual card game, which whets the appetite!

### Image Gallery:



**Cover**
Medium
Large
Huge



**Back**
Medium
Large
Huge



**Photo 1**
Medium

### GAMES Magazine Reviews:

**Robin King**
Jan 01, 2000

Mamma mia, lotsa' pizza! Players take turns stacking ingredient cards on the discard pile. Attenzione! Slap down an order card if you think it can be delivered. Hands are replenished from the ingredient stack or your individual order pile, but not both. When all ingredient cards have been discarded, the pile is turned over and cards laid out one at a time. When an order shows up, the owner collects the cards if it can be filled from those that have been played-with extra toppings from cards in hand if needed. Ingredients for unsuccessful orders remain on the table to fill subsequent ones. You win in this busy but hilarious restaurant with the most pizzas after three deals. A taste for Italian food is not essential, but definitely enhances the fun. Mangia!

### Counter Magazine Reviews:

**Ben Baldanza**
May 01, 1999

Bohnanza and Schnäppchen Jagd are two Uwe Rosenberg card games that use a light-hearted theme to front for a game with depth and subtle strategies. Mamma Mia follows in the light-hearted flavor of these two but the end result is a game that, while fun to play, is definitely lighter weight.

Making pizzas is the name of the game here, and each player has eight orders to fill over three rounds. Some of the pizzas require a specific mix of toppings, while others use specific quantities of any of the five different ingredients. (As a nice touch, the five player colors match up with the five ingredients: green for pepper, red for pepperoni, etc.) Game play is simple: on your turn, you must play ingredient cards (as many as you want, but only of one type) and may play a single order card, then refill your hand to seven cards. When someone picks the single Mamma Mia card, they get the duty to score the cards at the end of the round.

After the deck runs out, the Mamma Mia player turns the deck upside down and starts to sort the cards by ingredient. As orders come up, they are "filled" by the ingredients in the sort, and can be supported with cards from the order-maker's hand. Filled orders get put aside, short orders get put back in the



★★★★★

**"Perfect game for both serious and casual boardgamers"** says *Tom Vasel* in the latest review of Masons



★★★★★

**"Havoc does everything right!"** says *Paul Sturgis* in the latest review of Havoc: The Hundred Years War

RSS **...more**

History

**1 Mamma Mia!**

29

**EXHIBIT B.78w**

player's order stack, and after three rounds of this the player with the most filled orders wins.

Simple concept, but there are some nice touches that add to the strategy of the game. When filling your hand back to seven, you can pick from the ingredient stack or your own order stack, but not both. You need orders to fill, but at the end of the round you want to be holding ingredients to help fill out those short orders. The order mix is well designed. Several pizzas require a definite mix, while a few can use any ingredient in a specific number. The "Pizza Minimale", for example, requires one specific ingredient and three of the ingredient with the fewest in the sort stack at that time. The "Pizza Bombastica" needs 15 total ingredients in any combination to complete, but additionally uses more cards if they exist in the sort, clearing the cards sorted up to that point.

Good memory is required to win this game, but it is much more than a memory game. The more players, the harder it is to successfully lay the pizza you want since others will play orders using the ingredients. You can help your own cause, of course ("three pineapples, and the pineapple pizza") but need to closely watch both the ingredients played and the orders placed. The Mamma Mia player card is interesting; more than just the scoring designator, it also determines the start player for the next round. Since ingredients not used in the round are carried over into the next, this is significant. If Mamma Mia is close by, you likely benefit from having order cards in your hand at the end of the round, so that the right one can be played at the start of the next round to optimize the ingredients left over. Otherwise, you may be better off holding more ingredients to help fill the orders placed in that round.

In play, the game is fast and fun. Usually many more orders are placed than can be filled, as there is no direct penalty for an unfilled order. Interaction is common and encouraged, and clearly conflicting orders often create a verbal spar between the two chefs. For some strange psychological reason, players feel compelled to speak in bad Italian accents, adding to the light-hearted feel. The scoring is part of the fun and tension, as cards are placed and orders pop up. Will you have the extra cards needed to complete the Pizza Maximale you placed? Will the next guy's Bombastica wipe out the olives you were counting on?

I've played Mamma Mia with dozens of different people and it is hard not to have fun. It is not Rosenberg's best effort, but should be on your game shelf.

Customer Reviews:

★★★½ SUBMIT A CUSTOMER REVIEW

Average rating: 3.6 in 22 reviews.

30

★★★★

**Works for 2 players as well!**

**Mike Mayer**
Jan 11, 2004

I just had to rebuff what was said in a previous review. This game works great for two players. (Mike from Arizona, are you sure you're taking out the right number of ingredient cards before playing the game? It should be almost impossible for

EXHIBIT
B.78w

both players to finish all 8 orders).

★★★

**Mike**

**A Pizza Party Sure, but NOT for Two!** Jan 09, 2004

Bought the Game as a two player game to play with my wife. We played one game and realized that the rules don't have a good way to determine the winner of a two player game.

We have yet to not fill all of our orders in 3 rounds. Which by rules the person who fills the most orders wins. Or if two are tied the one with the most ingredients in hand wins. But both of our 8 orders are filled long before the ingredient pile is used up. So making sure we both have a hand of 7 going into the end of round 3 has never been difficult.

The only options we've been able to come up with is to use two different color order cards each or only play 2 rounds. The makers of this game should have realized that it wouldn't be to hard to fill 16 orders in 3 rounds.

However the game is much funner with 3-5. It's decieving to have the box say two to five, when it can't really be enjoyable to play until you get that 3rd person.

★★★★

**A Gamer**

**Memory, yes, but much much more** Aug 16, 2003

We haven't played this game enough for me to give it 5 stars, but our preliminary experience with this game suggests it's a winner.

Mamma Mia achieves that delicate balance that is characteristic of the best games. It's easily explained, players can get right into the action on their first try, but the game offers much to think about. The combination of deep thought and easy rules is a terrific quality for any game.

In Mammia Mia, players hold hands of cards that have displayed on them pictures of ingredients, as well as orders that must be filled. On their turns, players contribute ingredients to the oven. When they think the necessary ingredients are in the oven to fill an order they're holding, they submit the order, too. It's a race to see who can fill the largest number of their orders in 3 rounds.

Some of the criticisms of the game here describe it as overly reliant on memory and card-counting. Yes, it's helpful in this game to watch the cards as they're played, count them, and remember them. But there are so many reasons why memory is only part of the equation here.

1) First, simply counting the cards and playing an order when the ingredients are all in the stack is not the optimal strategy for winning. One of the elements of the game is that when an order is revealed, it can be filled not only if all of the ingredients have appeared before it in the oven, but also if the player has enough cards in his hand at the end to fill an order. Thus, the right play most of the time is to try to work out the probabilities that you're going to draw a given number of cards of the right ingredient and thus have them in your hand by the round's end. An intuitive feel for probabilities in card games is

**EXHIBIT B.78w**

at least as valuable as memory in this regard, and will enable you to beat your opponents to the punch in getting orders down. And doing so is a double-edged sword. On the plus side, you get an order in and use the ingredients. On the downside, you've now committed your 'future hand' as to the cards it must contain. Do this too much, and you'll have problems getting the cards you need because you'll be afraid to let go of other cards you can't afford to discard.

2) There's far too much to keep track of unless you're Steven Hawking. A reasonably intelligent person can keep track of the cards played in five categories of ingredients as the round goes. But now orders start coming in. Now you've got multiple sets of orders to keep track of. In order to figure out the ingredients available for future orders, you have to subtract out the ingredients of the order just placed (assuming it can be filled.) But then you need to also remember the total number of each ingredients played, without subtracting those cards, in order to guess the chances of your still drawing one you need of a particular type. And on top of all that, there's often no certainty as to what cards will be used for an order. If an opponent plays the Pizza Minimale or Monotoni card, you may not know what ingredient will be used to fill the order, and to what extent it will rely on cards from that player's hand. Let's face it, that ain't simple card-counting. There are too many possibilities out there even before accounting for the fact that your opponents may have screwed up their orders and some cards may still be in the stack that you assume are gone.

3) There is plenty of strategy and tactics in this game apart from card-counting. The last game I played, I lost because I didn't get any cards of my personal ingredient, because my opponent had gotten lucky in holding them, then played them all at once in a Bombastica, so that they disappeared from availability to me. Making sure that you don't put down useful cards for your opponents is critical, as is monitoring the numbers of cards you put down. Also, should you pick up orders or ingredients? In my first few tries, I have burned myself by getting too ambitious in holding multiple orders in my hand, when I really needed greater flexibility in pulling ingredients I was relying on getting.

And all of this just scratches the surface. This is not a light game -- it's played quickly, but there is an opportunity for major brain-burn, between all of the card-counting and number-churning, bluffing and basic tactics. It takes a few plays to figure out the stategic use of the Bombastica order, when to gamble on future draws and when to play only based on what's in the stack, and many other subtleties. Perhaps the game will run dry of possibilities for us before is apparent at this point, but right now it appears as though Mamma Mia is a fascinating exercise that will reward repeat plays.

See all Mamma Mia! reviews

You might be interested in these related products as well:



Sole Mio! List: ~~$11.95~~ **$9.55 (20% savings!)**
Mama's back in the kitchen! Only she has the

EXHIBIT
B.78w

nerve to attempt to make pizzas with the very special desires of her strange customers. It is normal for a pizza to have mushrooms -- but with pineapple? There is also a relative simple order with...



Zig-Zag *English language edition of Kosmos' Kreuz & Quer* List: ~~$19.95~~ **$15.95 (20% savings!)**
Each player has his own obstacle course that his figure must run. To run the course, the player must collect the right terrain cards -- in the right order! But this is not an easy task, as all players are racing to get the cards they need at the same...

## Other resources for Mamma Mia!:

**Board Game Geek** is an incredible compilation of information about board and card games with many descriptions, photographs, reviews, session reports, and other commentary.

**The Luding Database** is a game database that contains several thousand games, authors and publishers. There are also links to discussion of games at more than 60 sites around the WWW.

**The Game Cabinet** is the original online game resource. While it has not been updated in several years, it remains a valuable archive of information about older games.

All contents ©1997-2006 Funagain Games. All rights reserved.

EXHIBIT
B.78w