
memo
fantasy
2½+
meadow
chelona
creative wooden toys
Design Susanne Kümmer
CE
CODE 52301

EXHIBIT
B.79

memo fantasy

meadow

2½+

**meadow**

This is a memory-game for the very young. 10 snails are sitting in the meadow on 5 picture pairs. The first player picks up two snails and if the pictures underneath are the same the snails are kept. If not, the snails go back in the meadow Then the second player picks up two snails, etc. etc. Who will collect the most snails? To play a NEW game there is the possibility to change the picture-plates underneath, fitting the colours, around the holes in the corners, to the same colours of the pegs. There are two plates, printed on both sides, that give four different possibilities. To add even more playing possibilities there are 5 papers included for drawing, or glueing pictures or photos.

To practise before playing memo you can start with a simple game, where you look for each pair. One picture is covered with a snail. Who will find the same picture?

**la Prairie**

Voici un jeu de memory pour les jeunes debutants. 10 escargots sont posés dans la prairie sur 5 paires d'images différentes. Le premier joueur démarre en prenant deux escargots sur le plateau et si les deux photos cachées en dessous sont identiques, ils sont conserves par le joueur Si ce n'est pas le cas, ils sont reposés a l'endroit ou ils ont eté pris. Puis c'est au tour du second joueur de prendre deux escargots...etc... Qui remportera le plus grand nombre d'escargots ? Pour jouer à un nouveau jeu, il est possible de changer les plateaux en faisant correspondre les couleurs des ronds placés dans chaque coin avec celles des plots du socle. Il y a deux plateaux imprimés recto verso qui permettant quatre possibilités différentes de jou, ainsi que 5 feuilles de papier sur lesquelles il est possible de dessiner ses propres motifs ou de coller des images ou des photos

Pour se familiariser avec le jeu avant de jouer au memory, on peut débuter d'une manière simple en retrouvant chacune des différentes paires. Pour cela, on recouvre une seule image avec un escargot. Qui trouvera alors la deuxième image identique ?

**Wiese**

Dies ist ein Memory fur die ganz Kleinen 10 Schnecken sitzen auf einer Wiese auf 5 Bildpaaren. Der erste Spieler nimmt zwei Schnecken hoch, wenn die darunter abgebildeten Motive ubereinstimmen, darf er die Schnecken behalten. Wenn nicht, gehen die Schnecken zuruck auf die Wiese. Dann kommt der zweite Spieler an die Reihe, nimmt zwei Schnecken hoch usw. Wer sammelt die meisten Schnecken? Fur ein neues Spiel, konnen die untenliegenden Platten ausgetauscht werden. Man fugt die Farben, die um die Locher der Stecker sind mit den gleichen Farben der Stecker zusammen. Fur mehr Spielmoglichkeiten stehen 2 Platten, beidseitig bedruckt, zur Verfugung. Um das Spiel noch zu erweitern sind 5 Blatter beigefügt, die bemalt oder mit Bildern beklebt werden konnen

Als Ubung fur das Memo kann man mit einem einfachen Spiel beginnen, bei dem die einzelnen Bildpaare gesucht werden. Ein Bild wird mit einer Schnecke zugedeckt. Wer findet das gleiche Motiv?

**λιβάδι**

Αυτό είναι ενα παιχνίδι μνήμης για πολύ μικρές ηλικιες. 10 σαλιγκαρια κάθονται σε ένα λιβάδι πανω σε 5 ζευγαρια εικόνων. Ο πρωτος παικτης διαλέγει 2 σαλιγκαρια, αν οι εικονες που βρίσκονται από κάτω ειναι ίδιες, παίρνει τα σαλιγκάρια. Αυτός που θα μαζέψει τα πιο πολλα έχει κερδίσει το παιχνίδι. Υπάρχουν 2 καρτελες με εικονες και απο τις 2 πλευρές, έτσι δίνεται η δυνατότητα να ξεκινήσουν καινούργιο παιχνίδι. Τα χρώματα γυρω απο τις τρυπες της κάθε γωνίας οριζουν τον τρόπο τοποθέτησης της καρτελας στις καβηλιες της βάσης. Ακόμη υπάρχουν 5 χαρτιά-καρτέλες ώστε τα παιδια να ζωγραφίσουν, ή να κολλήσουν τις δικές τους εικόνες

Ως αρχική εξάσκηση στο Μεμο, καλύπτεται μόνο μια εικόνα, με σκοπό να βρουν την αντίστοιχη του ζευγαριού που έχει μείνει ακάλυπτη.



4 260013 025216

MADE IN HELLAS Chelona Ltd. Lakkia GR-57006 Vasilika Hellas *www.chelona.net* CODE: 52301 CE

Retain address • Adresse à conserver • Anschrift aufbewahren • Φυλάξτε την διεύθυνση

EXHIBIT B.79

Rate this merchant for Yahoo! Shopping.

**Thank you. Your order has been placed.**

If you have any questions about your order, please Contact Us.

View Orders

**Con firmation**

**Order Status:** Shipped

**Tracking: USPS Shipment**

**Order Date:** 08/07/06

**Order Number:** yhst-2591795729378-2912

**Shipping Method:** Ground

**Sh ip To**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles CA 90067
310-228-3713

**Bi ll To**

Chad Levy

clevy@sheppardmullin.com
(we will send order confirmation to this email)

**Keep Shopping**

**Your Order**

| | Item Name | SubTotal |
|---|---|---|
| 1 | Chelona Puzzles Meadow Memory | 41.25 |
| | Subtotal: | 41.25 |
| | Shipping: | 4.85 |
| | Tax: | 0.00 |
| | **Total:** | **46.10** |

Copyright © 2006 Yahoo! Inc. All rights reserved.
Yahoo!'s Privacy Policy - Merchant's Privacy Policy

**EXHIBIT B.79r**

Home
What's on Sale
Shop by _
What's New
Manufacturers

Animals
Baby Corner
Building Blocks
Circus
Dollhouse
Farm
Games
German Corner
Imagination Play
Jewelry
Just For Girls
Kids' Corner
Kitchen & Market
Knights & Pirates
Marble Runs
Music
Nativity Sets
Noah's Ark
People
Puzzles
Vehicles

Shopping Cart
Info Center
Privacy Policy
Search



**Chelona Puzzles**
**Meadow Memory**

Players learn about colours, figures, structures, and quantities while matching pairs in this fun wooden memory game. They collect snails as they find the matching pictures hiding underneath. There are two boards painted on both sides, each with five different pairs of pictures, including ten wooden snails to cover the pictures. There are also five papers that add more playing variety by allowing players to draw new items, or to glue in pictures or photos. Measures 7.2" x 7.2".

Recommended for 2-1/2 years and up.
Made in Greece.

Chelona

CH52301 **$41.25** Add to Cart

**$4.85 shipping on all orders - over $100.00 it's FREE**
**(48 contiguous states only)**

**Receive a free handwritten gift card with any order, simply provide us with the text you would like.**

Home -- About PADiLLY -- Shipping -- Shopping Cart -- Site Map -- Sale
Questions and Comments -- Customer Reviews

Copyright © 2003-2006 PADiLLY. All rights reserved.
Have a Question? 1-888-PADiLLY

**EXHIBIT**
**B.79w**