


38

EXHIBIT
B.81




39

EXHIBIT
B.81

eToys.com

| Bill To | Ship To | | | |
|---|---|---|---|---|
| Chad Levy | Chad Levy<br>Sheppard Mullin<br>1901 Avenue of the Stars,#1600<br>LOS ANGELES, CA 90067 | Order:<br>Date:<br>Page:<br>PO: | 9250145-50<br>08/07/2006<br>1 OF 1 | NOTE: Prices listed below don't include discounts, coupons, credits, shipping costs or applicable taxes. |

| Qty | Item | UPC | SKU | Description | Unit Price |
|---|---|---|---|---|---|
| 1 | | 761707261018 | 123401 | GB Circle of Friends Game | |

We value your business. Thank you for your order. Note: orders that contain more than one item may arrive in separate shipments.

033349250145

Wave: 20060808001/001 Chute: PS235 Cust: C04 Carton: 4705 Ctn Size: 5

## Return Product to Warehouse Within 30 Days

1) Include this pack slip with your item in its original condition, including all packaging.
2) Wrap the package securely to protect the item in transit. If possible, use the original box.
3) Place the provided return label on the exterior of the shipping box.
4) We recommend using an insured, trackable carrier like UPS for your protection.
5) Once we process the item, we will send you an e-mail confirmation.

## More Information

- Unless the return/exchange is the result of an eToys error, we can't refund shipping charges.
- Sorry, KB Toys stores no longer accept eToys returns or exchanges.

## Return Reason:

__ Damaged / Defective
__ Wrong Item
__ Wrong Quantity
__ Changed my Mind
__ Product not as Expected
__ Missed Delivery Deadline
__ Shipped to Wrong Address

## I Would Like to Receive:

__ Refund to Credit Card
__ Replace with Same, if available

**Please remember that some items have special considerations:** Holiday Returns: orders received after October 1st may be returned until January 25th. Video Games,Software,VHS/DVD Movies,CDs or Consoles: must be returned in original,sealed condition.Collectibles:we accept returns only,not exchanges.

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars,#1600
LOS ANGELES, CA 90067
925014550

eToys Returns
Toy Distribution Center
200 Toy Lane
Blairs, VA 24527

925014550

To: From:

To: From:

To: From:

EXHIBIT
B.81r




Be the first to write a review.

# A Little Golden Book: Circle of Friends Matching Game

Briarpatch, Inc.

In Stock

**Price: $16.99**

Usually ships in 1-3 business days.
Estimated Delivery Date

Add to Shop Cart

OR

Add to Wish List

(We'll help you create one)

**Age:** 3-6 years

Item Number: 123401

## Description

This matching and memory game grows along with your child. The Saggy Baggy Elephant wants to help you reach the Circle of Friends. He will let you climb up his trunk to get there faster. But if Saggy is tired, you will slide down his trunk and go backward. With Saggy's help, some luck and a good memory, you can be the first to reach the Circle of Friends and win the game. Promotes matching, memory and manual dexterity skills.

For 2 to 4 players.

E-mail this gift idea to a friend

**Package Weight**
1.7 pounds

**Package Dimensions**
10.7" x 10.5" x 2.6"

**Batteries**
Not Applicable

**Gift Wrap**
Available at Checkout

Submit Your Review **Customer Rating:** How do you rate it?

EXHIBIT
B.81w