
Reinhard Staupe's
2 to 8 Players • Ages 5 to Adult
MONKEY MEMORY™
The Game Where Something's Missing!
DEFENDANT'S EXHIBIT
CC
EXHIBIT
B.82
Bright Idea Games
PLAYROOM
entertainment


Reinhard Staupe's
MONKEY MEMORY™
Everyone look what the monkeys have done! They've snatched away items and gave back all but one.
Players quickly see as the items are returned, Know what is missing? Get a point earned!
+1
+5
But stay on your toes - the items fly by fast, And use your memory skills, while having a blast!
A Quick-Thinking Logical Memory Game!
Contents: 50 Playing Cards and Instructions
Instrucciones en español
Instructions en français
PLAYROOM entertainment
For 2 to 8 Players
15 Minute Playing Time
Ages 5 to Adult
Item # PLE76100
ISBN # 1-932697-10-1
MADE IN CHINA
© 2005 Playroom Entertainment. All rights reserved. Playroom Entertainment and the Playroom Entertainment logo are trademarks of Playroom Entertainment. Monkey Memory is a trademark of Reinhard Staupe, used under license. Artwork by Oliver Freudenreich.

EXHIBIT
B.82

**Shipping Label for Order # 058-5252550-6112362**

Print this page Close this window

Sheppard Mullin Richter and Hampton
c/o Chad Levy
1901 Avenue of the Stars, Suite 1600
Los Angeles, Ca 90067
United States

**Packing List for Order #058-5252550-6112362**

**Shipping to**

Sheppard Mullin Richter and Hampton
c/o Chad Levy
1901 Avenue of the Stars, Suite 1600
Los Angeles, Ca 90067
United States

**Order Information**

Payment Date: 08/07/2006
Buyer Name: Chad Justin Levy
Shipping Speed: Expedited

**Item Details**

**Monkey Memory [Toy]**
ASIN/ISBN: B0009JE7P6
SKU: PLE 76100
Quantity: 1
Listing ID: 0709A186571
Order-Item ID: 18411159347363

**Seller Information**

Shipped by: replaymedia
Seller Email: amazon@replaymedia.com

**Thanks for buying on Amazon Marketplace.** Please be sure to rate your experience with this seller by visiting www.amazon.com/feedback. View more information about this seller at www.amazon.com/seller/replaymedia.



EXHIBIT
B.82r

BoardGameWarehouse.com

Thank you for your purchase!

We hope you enjoy the game, and if this is the case, please drop us a note or leave us feedback if you purchased it through Amazon or eBay.

We also hope you'll come back next time you need a game. We're at **Http://www.boardgamewarehouse.com**

Thanks!

# Board Games

- Settlers of Catan
- Carcassonne
- Zombies!!!
- Empire Builder / Rails Series
- Puerto Rico
- Memoir '44
- Chess, Checkers & Classics




# Miniatures Games

- Warmachine Miniatures
- Axis & Allies CMG Series
- Dungeons & Dragons CMG Series
- Reaper Miniatures
- Heroclix / Mage Knight
- Mechwarrior

# Card Games

- Bang!
- Munchkin
- Apples to Apples
- Quiddler
- Bohnanza
- UNO & Classics

# Role-Playing Games

- Dungeons & Dragons
- GURPS
- Many d20 Titles
- Dice Sets
- Miniature Figures of all kinds

# Back Issue Comics

- Marvel
- DC
- Dark Horse
- Image
- Malibu
- Many Independents

BoardGameWarehouse.com

EXHIBIT
B.82r

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**

No image available
Share your own customer image

## Monkey Memory

**Availability:** Available from **these sellers.**

**1 used & new** available from $9.95

**1 used & new** from $9.95

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9 A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

NEW LIST! Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

### Product Details

**ASIN:** B0009JE7P6

### Help others find this item

Make a search suggestion | Manage your search suggestions

### Tag this product (What's this?)

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

### Customers tagged this product with

First tag: game (arukah on Jun 7, 2006)
Last tag: fun

fun (1), game (1), logic (1), thinking (1)

**Search Products Tagged with** GO!

**See most popular tags**

### Customer Reviews

**Be the first person to review this item.**

46

### Customer Discussions Beta (what's this?)

Amazon customers talk about this product and related topics.

Help

**Related forums** **This product's forum**

EXHIBIT
B.82w

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

## This Item and You

Rate this item: Not interested I own it

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**
- Old Mummy Game
- Teddy Mix & Match Game by Ravensburger

**Recently Viewed Categories**
- Amazon.com

**Recent Searches**
- monkey memory
- "old mummy" game

**Customers who bought items in your Recent History also bought:**



EXHIBIT B.82w 47

Hullabaloo Cranium

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates

EXHIBIT
B.82w

POWERED BY marketworks

BoardGameWarehouse.com

Home Checkout

Board & Card Games | Books & Magazines | Collectible Cards | Comic Books | Dice & Dice Games |
Mind Games & Puzzles | Miniatures Games | Role Playing Games | Unique Items |

Search GO

**Category List**

Board & Card Games... (348)
Books & Magazines (75)
Collectible Cards (577)
Comic Books (4646)
Dice & Dice Games (26)
Miniatures Games (703)
Mind Games & Puzzl... (7)
Role Playing Games... (65)
Unique Items (15)

**Item of the Day**



Atlanteon Board Game
**Our Price: $15.95**

Home > Search Results

# Monkey Memory Card Game

**Our Price:** $6.95

**Quantity:** 1

Add to Cart

Proceed to Checkout

**Other Images:** 1




click to enlarge

A gang of monkeys have broken out of the zoo and stolen a whole pile of items from the zoo's visitors! After all of the items are recovered, one is still missing. Keep your eyes sharp, because a different item will be lost each round.

In Monkey Memory, players get to see all of the items once, and then they must quickly determine which item is missing.

Everyone places their thumb on their marker card over the symbol matching the item that they feel is correct. Get a monkey coin for each correct answer -- the player with the most at the end of the game wins!




Once Upon A Time Card Game 2nd edition NEW
**$15.95**
Add to Cart



Lunch Money Card Game NEW
**$15.95**
Add to Cart




The Big Cheese NEW
**$2.95**
Add to Cart

Home > Search Results

49

**EXHIBIT B.82w**

Home Checkout