


EXHIBIT
B.83




## For 2 or more players

**Directions**
Lay the tiles out on a flat surface in a grid pattern, image side down. The first player turns over two tiles trying to make a match. If the tiles match, the player collects the pair and may turn over two more. If a match is not made, the tiles are returned image side down, and the next player takes a turn. Play continues until all matches have been made; the player with the most pairs wins. This game can also be played alone!

eeBoo™ Corporation
Box 404 Cathedral Station
New York, NY 10025
e-mail: eeBoo@bellatlantic.net
www.eeboo.com

Illustrations copyright 2005 © Melissa Sweet
©2005 eeBoo™ corporation
ALL RIGHTS RESERVED
#MGLOE
MADE IN CHINA

6 89196 59963 7



EXHIBIT
B.83

[redacted]

| | |
|---|---|
| **#4450** | **Order toadsandtulipsinc-4450 for ToadsandTulips.com** |
| **Date** | Mon Aug 7 19:33:57 EDT 2006 |
| **Ship to** | Chad Levy<br>Sheppard Mullin<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles AL 90067<br>US United States<br>310-228-3713 |
| **Via** | 2nd Day Express |

| **Item** | **Code** | **Qty** |
|---|---|---|
| Life on Earth Memory Matching Game by eeboo | 9914 | 1 |

EXHIBIT
B.83r

Toads & Tulips
children's toys, furniture & accessories

Home | About Us | Shipping | Help | Contact Us | Shopping Cart

Search our Pond
GO!

Browse by Age
Browse by Brand

**Baby Gear & Accessories**
**Original Children's Wall Art**
**eeBoo - Growth Charts & More**
**Plush Toys**
**Erector® Sets**
**Train Sets**
**Dolls/Dollhouses and Groovy Girls®**
**Classic Toys**
**Wooden Toys & Blocks**
**Die Cast Toys**
**Games & Puzzles**
**Curious George Collection**
**Outdoor Toys, Wagons, Pedal Cars & Bikes**
**Puppets**
**Bath Toys & Accessories**
**Creative Activity**
**Jewelry & Accessories**
**Books & Character Sets**
**Furniture & Accessories**
**Funny Friends**
**Gift Certificates**
**Sitemap**

## Customer Reviews

"We are so glad we found Toads and Tulips! They even matched the color of the car we were looking for, and my daughter is thrilled. Thanks so much!"

# Life on Earth Memory Matching Game by eeboo

**Home > eeBoo - Growth Charts & More** > Life on Earth Memory Matching Game by eeboo



Life on Earth Memory Matching Game by eeboo

| | |
|---|---|
| Item # | 9914 |
| Our Price | $14.95 |
| Availability | Usually ships the same business day. |
| Enter Quantity | 1 |

**Item currently out of stock.**

All orders over $75 qualify for FREE ground shipping, (excludes furniture). Ground shipping rates for smaller orders start at $5.55

This Life on Earth Memory and Matching Game by eeboo is a beautiful and challenging game for children 3 years & up. Made of extra sturdy laminated board. Illustrations by Melissa Sweet.

Toll Free 866-666-7482 Local 919-562-9299 FAX 919-263-4381 customercare@toadsandtulips.com
Online Ordering is 100% Safe and Secure!
©2006 Toads and Tulips, Inc.

EXHIBIT
B.83w