
a Little Golden Book
My First
Memory
CARD GAME
EXHIBIT
B.84
BRIARPATCH


3 or More Players
48 Jumbo Cards
My First
Memory
CARD GAME
BRIARPATCH

EXHIBIT
B.84

Boscov's where the buys are

**PACKING LIST**

toll free phone: 1-888-600-2728
e-mail: shop.by.phone@boscov.com

ORDER #: 1338026
SHIPMENT #: BOSCOV735605

BILL TO: CHAD LEVY

SHIP TO: CHAD LEVY
SHEPPARD MULLIN
1901 AVENUE OF THE STARS, SUITE 1600
LOS ANGELES, CA 90067
310-228-3713

I N T E R N A L U S E O N L Y

| QTY. | ITEM NO. | DESCRIPTION | PRICE |
|---|---|---|---|
| 1 | 81471016075 | A Little Golden Book® My First Memory Card Game | |

THANK YOU FOR SHOPPING AT BOSCOV'S!

**IF YOU NEED TO RETURN AN ITEM, PLEASE SEE BACK OF THIS PAGE.**

D R A F T

**RETURN ADDRESS**

CHAD LEVY
SHEPPARD MULLIN
1901 AVENUE OF THE STARS, SUITE 1600
LOS ANGELES, CA 90067

INTERNET RETURNS
BOSCOV'S DEPARTMENT STORE, LLC
7290 FAIRLANE VILLAGE MALL

POTTSVILLE, PA 17901



EXHIBIT
B.84r




**A Little Golden Book™ My First Memory Card Game**

The Saggy Baggy Elephant never forgets, do you? Join your favorite Golden Book characters in a classic memory card game! Turn over each card and try to remember where you've seen a match. Promotes visual and memory skills. Matching pairs, designed for the youngest players. No reading required. Ages 3-6. 1 or more players.

Item # 59268

**Price: $5.99**

Quantity: 1

- **DELIVERY CHOICES & COSTS** Save $ with our Options
- **CONVENIENT RETURN POLICY** Return to Stores or by UPS
- **SAFE SHOPPING GUARANTEE** You are Protected from Online Concerns
- **GREAT CUSTOMER SERVICE** Answers for Any Questions

**Add to Shopping Bag** and View Your Bag

**Add to Shopping Bag** and Continue Shopping

**Talk to Shopping Assistant** Purchase easily by Phone

You might also like ...

Boscov's Outlet Center LIMITED QUANTITIES

CLICK HERE

Outlet Center




CLICK HERE

Sauder-RTA Furniture




CLICK HERE

Shoe Sale



4-Minute Raised Queen Size Bed

Price: $99.99

**Now! $49.99**

EXHIBIT B.84w

58