For two to four players: everyone takes turns choosing a tile and saying its name. The others try to find where it goes on the paper. Who will be fastest and most accurate?

Here's another way to play: Spread all 36 tiles out on the table, picture side up. Players take turns being "leader." The leader calls out an animal's name, and the other players try to find all the tiles showing a picture of that animal. The player with the most tiles at the end of the game is the winner.

HearthSong Inc Peoria, IL 61656 (800)
Made in the Taiwan www.hearthsong.com

HearthSong

*Recommended for ages 3 and up.*

# *Memory Matching Game*

*Young children love to mix and match these colorful wooden tiles with images of 28 different animals, reptiles, birds and bugs.*

*We suggest two games to play but youngsters will think up lots more! Excellent for memory practice, imaginative play and visual matching...and lots of fun, too!*

## *Set includes:*

- 56 wooden tiles with full-color animal pictures
- sheet of paper with full-color animal pictures
- wooden composite box with sliding lid
- instructions



EXHIBIT B.85

## *Memory Game*

For two to four players. Place all tiles with picture sides down, and mix them around. The first player turns over two tiles. If they show the same animal, the player gets to keep the two tiles, and takes another turn. If the tiles show different animals, the player turns them over again so that the picture does not show, leaving the tiles in the original position, and the next player takes a turn.

Players try to memorize the position of each animal as it is turned over.After a while, the players with the best memories will find it easier and easier to turn over a matching pair of animals every time! The player with the most tiles at the end of the game is the winner.

This game is fun for all ages. Even the youngest child has a good chance of winning over the adults in the family! The game encourages concentration and attention, resulting in improved memory capacity for all players, whatever their ages.

## *Matching Game*

This is a simple, easy game for young children. Spread out the colored picture sheet on the table or floor. Choose a wooden tile, and match the animal on the tile to the same animal on the colored sheet. Put the wooden tile in place, and choose another.

Parents or an older child can choose a tile to start, say the name of the animal, and let the younger child find where to position the tile on the paper.

*(continued on back)*

**EXHIBIT B.85**

| Account No. | Order Date | Box Code | Location | Item No. | Order No. | Page |
|---|---|---|---|---|---|---|
| | 08/07/2006 | U07 | | | W4593119001001 | |

**PKT#:** 100279310 **CTN#:** 000000000001002928682

ContainerNo: 100289270

Ordered by

CHAD LEVY

Use this address to return merchandise. See back for more information.

RETURNS LABEL

Order No: W4593119001001

HearthSong®

3700 WYSE ROAD DAYTON, OH 45414

Returns Department

| Location | Qty Shipped | Item No. | Description | Line | Qty Ordered | Qty Back-Ordered | Comments (see back) | Price | Extra Shipping Cost | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| HRAB045C3 | 1 | 714630 | MATCHING MEMORY GAME | 100 | 1 | | | $0.00 | $0 | $0.00 |

Gift Message:

Special instructions:

Thank you for your order

You Have Been Charged Only For Items Shipped

Paid By

Total

Some Items May Be Shipped Separately

| | |
|---|---|
| Merchandise | $0.00 |
| Discount/Allowances | $0.00 |
| Net Merch Total | $0.00 |
| Sales Tax | $0.00 |
| Shipping Charge (for entire order) | $0.00 |
| Total | $0.00 |

BatchNo:84108 WaveNo:7838 SlotNo:04 Pg: 1 #Items:1

EXHIBIT
B.85r

NEED HELP?

**How to order:**

1. Find the product you would like
2. Select the size, color, and quantity
3. Click "add to basket" at the bottom of the page

CUSTOMER SERVICE

100% Satisfaction Guarantee.

- Our Guarantee
- Shipping Information
- Questions about Ordering

**Need Help?** E-mail or call us at 1-800-533-4397.

# Matching Memory Game

Remember playing memory games like this when you were a child? Our version features 56 colorful wooden tiles with pictures of 28 different animals.

Spread the tiles out picture-side down and take turns flipping them over to find a matching pair. Younger children like to play even simpler "name the animal" games using the full-color sheet.

The beautifully crafted set comes in its own wooden storage box with sliding lid.

For two to four players, ages 3 and up.

Email this page to a friend



Enlarge View

You Might Also Like:



**HappyVille Blocks**
Kids can create variations of villages endlessly by stacking and re-stacking these happy blocks.
more >

ORDER ITEMS BELOW

| Item / Availability | Item # | Price | Quantity |
| --- | --- | --- | --- |
| **Matching Memory Game** Available | 714630 | $16.95 | 1 |

After entering a quantity click the "Add to Basket" button to continue. Add to Basket

Please login to add to wish list

back to top

**Other Items:**

Rockin' Robots Balance Game

Cascade Tower

**See More:**

- Board Games
- Classic Games
- Last Minute Ideas



Copyright © 2006 HearthSong, Inc.



EXHIBIT
B.85w