# Tools of Science Memory Game Flash Cards

67302-01

Classroom TEACHER DEVELOPED Tested

THANK YOU for ordering this … D/CT") Kit. This exclusive line of products is d… e TD/CT products, or to find out how yc… royalties), go to our website (www.sciencekit.c… e).

6730201
Game. T… of Science Memory Game Flash Ca… TD/CT

## KIT CONTENTS

ITEM
1
2
3

* — See page 5

## OVERVIEW

These oversi… Each card inc… short descripti…

The cards ca… …ory" game is to ma… …ile. This game is … …ne familiar with th…

Classroom TEACHER DEVELOPED™ Tested www.sciencekit.com

SK Science Kit & Boreal Laboratories
777 East Park Drive • Tonawanda, NY 14151-5003 • Call Toll Free (800)828-7777
www.sciencekit.com • www.SKelementary.com

As familiarity w… …n'. student understanding is reaching a new level as mental connections are made between pictures, names, and functions.

This booklet also includes several ideas for additional games and activities using the cards. The games help students sharpen skills such as sorting and classifying, writing, connections, problem solving, and more.

## SUGGESTED GRADE LEVEL

(Pre) K … 8

## NATIONAL SCIENCE STANDARDS ADDRESSED






EXHIBIT
B.86

# Tools of Science Memory Game Flash Cards

**67302-01**

THANK YOU for ordering this **Teacher-Developed/Classroom Tested®** ("TD/CT") Kit. This exclusive line of products is developed by teachers for teachers. To see more TD/CT products, or to find out how you can become a teacher-developer (and earn royalties), go to our website (www.sciencekit.com) and click on the TD/CT logo (shown above).

## KIT CONTENTS

| ITEM | QUANTITY | DESCRIPTION |
|---|---|---|
| 1 | 1 deck of 48* | Tools of Science cards* |
| 2 | 1 | Instructions (this booklet): |
| | | Teacher's Guide — pages 1 - 5 |
| 3 | 1 | Reproducible worksheet — page 6 |

*** — See page 5 for a complete list of all the cards in this deck.**

## OVERVIEW / SUGGESTIONS FOR USE

These oversized cards are designed to introduce students to the tools of science and their uses. Each card includes a photo of a common piece of lab- or safety-ware, along with the name and a short description of how the tool is used.

The cards can be used as flash cards or for a game similar to "Memory". The object of the "Memory" game is to match two identical cards and to collect as many pairs of the pictured items as possible. This game is designed for 1 - 6 players. As students match up pairs of these images, they become familiar with the names, pictures, and uses of these tools.

As familiarity with these tools increases, students can use these cards as flash cards. At this point, student understanding is reaching a new level as mental connections are made between pictures, names, and functions.

This booklet also includes several ideas for additional games and activities using the cards. The games help students sharpen skills such as sorting and classifying, writing, connections, problem solving, and more.

## SUGGESTED GRADE LEVEL

(Pre) K – 8

## NATIONAL SCIENCE STANDARDS ADDRESSED

| Content Standards | Grades K-4 | Grades 5-8 |
|---|---|---|
| A. Science as Inquiry | Simple instruments provide more information than scientists obtain using only their senses. | Use appropriate tools to gather analyze and interpret data. |
| B. Physical Science | The observable properties of objects can be measured using tools. | |
| E. Science and Technology | Tools help scientists make better observations, measurements, and equipment for investigations | Students should organize materials and choose suitable tools and techniques to ensure adequate accuracy. |

EXHIBIT B.86

## MEMORY GAME

**Playing the game:**

1. Make sure you have a complete deck of 48 cards. (See list of cards, on page 5.)
2. Shuffle the cards.
3. Place each card picture side down on a table, in eight rows of six cards or six rows of eight cards. This is the field of play.
4. Determine which player will go first.
5. **Player 1:**
   - Turn over any two cards in the field of play, allowing all players to see the pictures on the cards.
   - If the two cards are identical (for example, both cards show a microscope), take the cards and place them in a pile in front of you. Continue turning over any two cards in the field of play until no match is made.
   - If/when the two cards don't match, turn the cards back over (face down) in the same position in the field of play. (When this occurs, all players should try to remember the placement of the various cards, so that they can draw a match during their turn.) The next player to the left (clockwise) then begins his/her turn.
6. **All additional players:**
   - Follow the procedures listed in Step 5.
7. The game is over when all cards have been matched and removed from the field of play.
8. The person with the most matching pairs is the winner.

**Variations:**

1. Remove some of the pairs from the deck to create a shorter game, or combine two decks to make a more complex game. You will need a very large play area for more than one deck.
2. Play in teams of two. Each player on a team turns over one card to try to find a match.
3. Play a version of "Go Fish" using the same deck.

## FLASH CARDS

**General suggestions:**

There are a variety of ways that the teacher can use these cards as flashcards. These include:

1. Group students together to quiz each other on names and functions of the tools shown on the cards.
2. Copy and distribute page 6. Give each student a card from the deck, and have him/her fill in the description for the tool shown on the card. Have each student pass his/her card to the next student. Repeat until all students have seen all the cards and have written a description for all the words listed on the sheet.
3. Place the Tools of Science cards face down in a pile, and have each student choose a card. Have students illustrate the scientific tool they have chosen, and write a description of the item or tell how the item can be used.
4. Stand in front of the class and show students individual cards. Quiz the class on names and functions of the science tools pictured.
5. Combine a game of "Memory" followed by a flash card session.

**EXHIBIT B.86**

**Using the Flash Cards:**

Cover the name and definition at the top of the card with the back of another card. Allow students to observe the pictured tool. Call on a student to say the name of the piece of equipment shown on the card, and to describe its function.

## CLASSIFICATION ACTIVITY

Instruct students to place the Tools of Science cards into specific groups based on the function or design of a specific tool. Give students a list of group categories or allow them to come up with their own. Some examples of categories are: glassware, safety equipment, biology tools, earth science tools, chemistry tools, physics tools, measuring devices, tools that magnify, etc.

## EXTENSION ACTIVITIES

1. Use the cards as an introduction to uses of labware and lab safety. Display one card at a time and describe the procedure for using this tool of science.

2. Have students match the picture card to the real object it represents. Then have students practice using the actual tool.

3. Give students a list of items or substances. Have students identify the appropriate tools that could be used to gather information about these items or substances. Example:

| Item or substance | Tools used to gather information about the item |
|---|---|
| **A rock** | **Magnifying glass,** used to more closely view the details in the rock<br>**Balance,** used to measure the mass of the rock<br>**Compass,** used to determine if the rock contains any magnetic material<br>**Ruler,** used to measure the length and size of the rock |

4. Give students a set of tool cards showing materials they will use in an upcoming lab activity. Have students review the cards, so that they are familiar with the tools they will use in the activity.

5. Give students a set of tool cards. Have students design an investigation that uses all of the tools shown on their cards.

6. Using a digital camera, have students create their own set of Tools of Science cards. Have students use a digital camera to photograph various pieces of equipment in the science lab. If a digital camera is not available, have students draw pictures of the equipment. On each card, have students write the name and function of the piece of equipment shown.

7. **Guess My Sort**
   Have one player sort the cards into categories, without telling the other players how the cards have been sorted. Students then have to figure out what categories were used to sort the cards.

   Sample sorting categories:
   - Items used to measure.
   - Items used for personal safety.
   - Items that can pick things up.

Venn diagrams can also be used in playing Guess My Sort.
Example:




**EXHIBIT B.86**

8. **Guess Which Tool**
Lay several cards out on a flat surface, picture side up. Choose one player to be the clue giver. The clue giver mentally chooses one of the cards on the table, but does not tell the other players which card s/he has chosen. The clue giver then gives a clue as to which card was chosen, with the other students taking turns guessing which item is being described. Examples of clues might include: This item has numbers on it. It can be used to measure liquids. It can be made of plastic.

9. **Clue Finders**
Tape a Tools of Science card to each student's back. Students have to figure out what scientific tool they have by walking around the room and asking other students yes/no questions about their scientific tool. For example, a student can ask, "Is it used it to measure something? Does it tell you something about the weather?" When a student thinks s/he knows the tool, they can ask, "Is it a _____?" For an added bonus, when the student knows which tool s/he has, they can try to find another student with the same scientific tool, finding their "match"!

10. **Science Word Wall**
Post the cards on a "science word wall." Pictures and words can then be used as references for recall, writing, and spelling.

**EXHIBIT B.86**

Janet McCoid
General Science Teacher (K-3)
Pine Grove Manor School
Somerset, NJ

© 2005, SKBL Printed in U.S.A. SK04903-01



Science Kit® & Boreal® Laboratories
Tonawanda, NY/San Luis Obispo, CA 1-800-828-7777
St. Catharines, Ontario, Canada 1-800-387-9393
www.sciencekit.com

SK
ce Kit & Boreal Laboratories
777 East Park Drive
Tonawanda, NY 14151
Phone 1-800-828-7777
Fax 1-800-828-3299
www.sciencekit.com

TOTAL CTNS | TOTAL NUMBER OF CARTONS IN THIS SHIPMENT

| OUR ORDER NUMBER | YOUR PURCHASE ORDER NO. | ORDER DATE | OUR ORDER NUMBER REFER TO THIS NUMBER WHEN CALLING OR WRITING |
|---|---|---|---|
| 6070-488-00 | CREDIT CARD | 8/08/06 | 6070-488-00 |
| | | DATE TYPED 8/08/06 | ACCT 3 |

BILL TO: Chad Levy

SHIP TO:
Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

| CODE | CATALOG NUMBER | QUANTITY SHIPPED | QUANTITY ✓ | FILLED | QUANTITY BACK ORDERED | DESCRIPTION | U/M | SEQ. |
|---|---|---|---|---|---|---|---|---|
| | 67302-01 | 1 | | | | Game, Tools of Science Memory Game Flash Cards, TD/CT | EACH | 1 |

----------------------------------

YOUR CREDIT CARD HAS BEEN CHARGED
AN ITEMIZED RECEIPT WILL BE MAILED
SEPARATELY

----------------------------------

* * * * * * * * * * * * * * *
* THANK YOU FOR YOUR ORDER *
* RECEIVED ON AUG 8, 2006 *
* * * * * * * * * * * * * * *

For 24-hour customer service,
please visit our web site
at http://sciencekit.com

EXHIBIT
B.86r



Science Kit & Boreal Laboratories 800-828-7777

CHECKOUT 100% Secure Shopping Guaranteed

Your Shopping Cart
Your Cart Contains 0 Items
Sub Total $0.00
Shipping $0.00
*Total $0.00

VIEW PRINT CHECK

HOME | WEB SPECIALS | CATALOG QUICK SHOP | FREE CATALOGS | MY ACCOUNT

Biology | Chemistry | Earth Science | Elementary K-6 | Forensics | Microscopes | Physics | Teacher Develop

I am looking for... Choose a Subject Classroom Products... Choose a Category August 25,

FREE E-MAIL NEWSLETTER
Enter Email GO!
Click here now for more info

SEARCH
Enter Keyword or Item #
All Products GO!
Helpful Tips

CATALOG QUICK ORDER
Click here to use our quick order form.

HIGHLIGHTS
- Elementary (K-6)
- New Products
- National Standards
- Online Science Library
- Quantum Tutors

BROWSE PRODUCTS
- Biology
- Chemicals (A-Z)
- Chemistry & Chemicals
- Earth Science
- Ecology & Environment
- Forensics
- HomeSchooling
- Instructional Technology
- Labware & Furniture
- Math
- Microscopes & Microscopy
- Physics
- Teacher Developed Classroom Tested
- Publisher/Recommended Materials Lists
- Cool Science

ABOUT US
- Customer Testimonials
- Free Catalogs
- Science Kit Guarantee
- Terms and Conditions

Catalog :: Elementary :: Science :: Scientific Inquiry/S... :: Inquiry Manipulatives :: Tools of Science Mem...

# Tools of Science Memory Game Flash Cards, TDCT

TDCT

*Appropriate for Grades K-8*



**Teacher Janet McCoid came up with an intriguing new way to teach students about the tools of science--with this deck of 48 oversized cards that are so versatile they can be used in any grade level from kindergarten through eighth grade!**

Each flash card measures 3.5" x 5" and features a full-color photograph of an actual piece of lab or safety ware, along with the name of the tool and a general definition of its use. The cards can be used in myriad ways. Students will love playing the "Memory" game, where the object is to match up two identical cards and collect as many pairs as possible. You can use them as flash cards, either within a group or in front of the entire class. You can ask your students to categorize the tool cards according to the function or design of each tool.

The included instruction sheet offers a list of fun and challenging extension activities that you can try, as well. For example, you can use the cards to give your students a materials set for a planned lab activity or, conversely, give them a set of tool cards and ask them to create their own investigation using those tools. Test your students newfound knowledge by using the fill-in-the-blanks vocabulary sheet (also included).

The Tools of Science cards address the "Science as Inquiry" and "Science and Technology" national science standards for grades K-8.

| | | | | |
|---|---|---|---|---|
| WW6730201 | Game, Tools of Science Memory Game Flash Cards, TD/CT | $21.50 | 0 | ADD TO CART |

1. Disposable Polysty Petri Dish
2. MegaZooka
3. Live *Elodea densa*
4. Plastic Test Tubes Rack
5. Great American Balloon Car Race, TDCT
6. Economy Tuning F Set
7. World's Largest Sol Bag
8. Diagnosis! You Are The Doctor, TDCT
9. Dino Digs, Tricerat GeoSafari
10. Brew Your Own Ro Beer Kit

EXHIBIT B.86w

69