
Golden Books
pat the bunny
EXHIBIT B.87
Inspired by Dorothy Kunhardt's award-winning baby's activity book.

## How to play

Shuffle the cards and place them face down on a flat surface. Turn over two cards of your choice. If the cards match, then you have found a matching pair.

Remove the matching pair from the game and place to one side. If the cards do not match, they are turned back over and another two cards are selected.

The game continues until all pairs have been matched.

***Contents: 24 Memory Cards (12 pairs)***

Golden Books

EXHIBIT
B.87

# 'rder# R00456864-3

ιip To: Chad Levy
1901 Avenue of the Stars 1600
Los Angeles, CA 90067

From: Chad Levy

| Order Date: 8/7/2006 | | | Ship Via: UPS 2ND DAY AIR | Ship Date: 8/8/2006 | |
|---|---|---|---|---|---|
| ty | Item# | Location | Description | Price | Item Amt |
| 1 | 2907X | DD17C02 | Pat the Bunny Mem ry Game | $7.98 | $7.98 |

| > Thank You for Your Order < Return instructions on reverse | | | S&H | Sales Tax | Total Amt |
|---|---|---|---|---|---|
| | | | $9.98 | $1.48 | $19.44 |

ssage:

Chad Levy
1901 Avenue of the Stars 1600
Los Angeles, CA 90067

Total Items Shipped 1
Page 1 of 1 R00456864

EXHIBIT
B.87r

WELCOME!
Click here to sign in.

cart my account find a gift service

GAMES PUZZLES OTHER FUN STUFF

SEARCH pat the bunny

...the largest game and puzzle store on the planet. SINCE 1998

ADVANCED SEARCH Click here.

FAVORITES
Disney
Dora
Monopoly
Nickelodeon
SpongeBob
MORE...

NEW STUFF

AGES
3-6
7-9
10-14
15-18
Adult

BEST SELLERS
Kids
Family / Adult

INTERESTS
SudokuWorld
Animals
BrainTeasers
Collectibles
Learning
Logic/Math
Mysteries
Romance
Sports
Trivia
TV/Film
MORE...

DEALS & STEALS
Kids
Family / Adult

Game Attic

# Pat the Bunny Memory Game




**Price: $7.98**

**Ages: 3+**
Weight: 0.4 lbs

Quantity: 1

In Stock

Add to Cart

Refer to a Friend

**See related categories:**

Kids' Memory Games

by **University Games** **#2907X**

MY ACCOUNT
Account Info
Address Book
Event Reminder

GIFT CENTER
Find-a-Gift
Gift Certificate

SERVICES
Customer Service
Placing Orders
Shipping & Handling
Security & Privacy
FAQ

CUSTOMER REVIEWS
LEARNING CORNER
DEMO ARCADE
POP QUIZ
COMPARE PRICES

## Description

Here's a memory game that's as cute as cute can be! Pat the Bunny is on all 24 cards. He's driving a car, dressed as a cowboy, singing a song, and eating some cake. Can you make a matching pair? Can you remember which one was where? Based on Golden Book's popular Pat the Bunny stories. Comes with 24 Memory Cards, For Ages 2 and Up.

**Review this item!**

NEWSLETTER
Extra! Extra! Read all about our new products and special offers! Just enter your email address below to start your subscription now. Click here to review our Privacy Policy.

EXHIBIT
B.87w