
Ages 2-5
UNIVERSITY GAMES
MY FIRST
BRAIN QUEST
PRESCHOOL
Animal Matching
EXHIBIT
B.88


Ages 2-5
1-4 Players
MADE IN THE USA
MY FIRST MATCHING
A charming memory-matching game from America's top-selling learning game line.
• Reinforces children's memory skills
• Great for group and solo play too
• Easy to learn and fun to play
lion
giraffe
Contents:
48 Picture Cards
Instructions
© 1999 Workman Publishing Co., Inc. and Groupe Play Bac S.A. © 1999 University Games Corporation, 2030 Harrison St., San Francisco, CA 94110. All Rights Reserved. BRAIN QUEST is a registered trademark of Workman Publishing Co. and Groupe Play Bac S.A. Used under license by University Games.
UNIVERSITY GAMES
01721
MY FIRST BRAIN QUEST PRESCHOOL
7 94764 01721 2
ISBN # 1-57528-099-X 899

EXHIBIT
B.88

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

Christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
C/O CHAD LEVY STE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

EAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/08/06 | MC **0001 | 9934286 | | 42608566 |

| | LOCATION | QTY | SKU | ITEM DESCRIPTION | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|
| 76 | GF003A | ① N/A | CPN | INSERT SHIPPING OFFER COUPON | | | |
| 76 | GF010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | |
| 76 | GF313D | 1 | JQ 901721 | MY FIRST BRAIN QUEST MATCHIN UNVW GAME | 8.99 | 8.99 | 1 |
| | | CATALOGS: BCO BAX | | | | | |

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126208512. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99

75

LP# 7135673
BOX SIZE 1

| THIS SHIPMENT | |
|---|---|
| MERCH. | 8.99 |
| P. & H. | 9.50 |
| TAX | 0.00 |
| TOTAL | 18.49 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 18.49 |
| RECEIVED | 18.49 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

EXHIBIT
B.88r

TICKET WT = 0.82 LBS 13 OZ ITEM.COUNT = 3 08/08/06 06:34am BATCH# 16082
TOLERANCE 9.6 OZ

Thank You!

Christianbook.com 1-800-CHRISTIAN FAB FRIDAYS

SHOPPING CART | ACCOUNT | WISHLIST | HELP

0 items CHECKOUT>>

FEATURED STORES CATALOG SHOPPING CUSTOMER SERVICE COMMUNITY GIFT CERTIFICATES

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

**SEARCH** Keywords **BROWSE ALL PRODUCTS or** Select Category

**EasyFind for Kids**

Keywords

☐ SEARCH IN RESULTS

ALL PRODUCTS
Crafts & Recreation
Games
➤**Card Games** (287)
- **Ages**
- **Seasonal**
- **Author/Artist**
- **Publisher**
- **Price**
  - $5 or less
  - $5 - $10
  - $10 - $25
  - $25 - $100
  - $100 and up

**Advanced Search Links**

**Commentary Search**
**Bible Search**
**Song Search**
**Bible Study Search**
**Gift Registry Search**

## My First Brain Quest Animal Matching Game Ages 2-5

BUY NOW

**QUANTITY** 1

ADD TO WISHLIST

**Retail Price:** ~~$9.99~~
**CBD Price: $8.99**
You Save $1.00 (10%)

SAVE! 10%

**CBD Stock Number:** WW901721
**Format:** Other
**Availability:** *Available to ship on or about 10/08/06.*

More Details about My First Brain Quest Animal Matching Game Ages 2-5

**Description:** A child-friendly format, My First Brain Quest Animal Matching promotes important preschool skills. To play, you face the cards up for all the players to see, then place the cards down and mix them up. On each turn, a player turns over two picture cards looking for a match. Animal Matching improves memory skills and teaches about animals at the same time. For 2 - 4 players.

**Recommend My First Brain Quest Animal Matching Game Ages 2-5 to Your Friends**

**Related Products**



**Brainy Baby: Dominoes, CBD Price: $7.99**



**Brainy Baby: Animal Puzzles, CBD Price: $7.99**



**Brain Baby: Snap Cards, CBD Price: $7.99**



**Brainy Baby: Memory Game, CBD Price: $7.99**

**Folks who purchased this product also bought these items:**


**God and Me! Devotions for Girls, Ages 2-5, CBD Price: $10.99**


**501 Practical Ways to Love Your Grandparents, CBD Price: $1.99**


**Gotta Have God: Fun Devotions for Boys Ages 2 to 5, CBD Price: $10.99**


**I Will Be Here, Folio, CBD Price: $8.99**

- **My First Brain Quest Dominoes, CBD Price: $8.99**
- **Songs 4 Worship Kids: Christmas, Compact Disc [CD], CBD Price: $8.99**
- **Classic Hymns 2 Volume Collector's Edition, Compact Disc [CD], CBD Price: $19.99**
- **Happy Day Books, Bible Stories: Five Small Loaves and Two Small Fish, CBD Price: $1.49**
- **Advent: Calendar of Devotions 2006, CBD Price: $0.49**

**EXHIBIT B.88w**

**Availability**

76

**Availability:** *Available to ship on or about 10/08/06. You may order this item now and we will ship it to you when it*