


77

EXHIBIT
B.90


Thomas' Station Stop Matching Game
Contents:
4 Game Boards
36 Character Tiles
Matching and Memory Fun!
• Memory • Matching
• What's Missing?
• Great game for beginners.
• Everybody wins!
• No reading required.
• Safe for toddlers: no small parts.
(Actual Size)
Visit the Thomas & Friends website at:
James
Thomas
Troublesome Trucks
Trevor
Boco
Donald and Douglas
Rusty
Thomas
Annie and Clarabel
Bertie
Terence
Diesel
Bulgy
Bill and Ben
Bertie
Harold
Edward
Daisy
Diesel 10
Cranky
Thumper
Toby

EXHIBIT
B.90

# BRIARPATCH, INC.

PAGE: 1

ORDER DATE: 08/08/06
PICKED DATE: 2006/08/08
16:00:23

ORDER#-REL#
10090270-00001

0021009027000001

BILL TO:
BabyUniverse.com
5601 Powerline Road
Suite #104
Fort Lauderdale, FL 33309

SHIP TO:
Sheppard Mullin Richter and Ha
Chad Levy
1901 Ave of the Stars
Suite #1600
Los Angeles, CA 90067

10074732-000
10074732-312

| ORDER TYPE | DUE DATE | PURCHASE ORDER# | SALES REP | WHS | REQ SHIP DATE |
|---|---|---|---|---|---|
| WHOLESALE - BRIARPA | 09/07/06 | 156552 | 002 ALEX FAZIO | HHP | 08/08/06 |

| AISLE BIN LVL | PART# | PART DESCRIPTION | UM | ORD# | B.O.# | CMT# |
|---|---|---|---|---|---|---|
| | FEE | Service Fee | EA | 1 | 0 | 1 |
| 4D 12N 100 | BP08108 | Thomas Station Stop Match Game | EA | 1 | 0 | 1 |

EXHIBIT
B.90r

PICKED DATE: 2006/08/08

ITEMS PACKED HAVE BEEN VERIFIED FOR ACCURACY

3RD PARTY BILL TO ACCT# 268931406 ADD THE BELOW
EMAIL ADDRESS TO EVERY SHIP TO SUFFIX FOR PACKAGE
TRACKING:TRACKING@BABYUNIVERSE.COM

SHIP VIA: FEDEX HOME DELIVERY
SHIP TERMS: 3RD PARTY BILLING

| TOTAL COMMITTED |
|---|
| 2 |
| 12 |

CUSTOMER SERVICE: (800) 232-7427

Search Keyword or Item#

Baby

DEPARTMENTS

- Baby Bedding
- Baby Furniture
- Strollers
- Car Seats
- Baby Clothes
- **Toys for Baby**
- Nursery Decor
- Diaper Bags
- Diapering
- Bathing
- Nursing & Feeding
- Baby Care
- Baby Safety
- Travel Items
- Baby Books
- Music & Video
- Baby Gifts
- Jewelry
- Personalize Items
- Licensed Products

**Popular Links:** Britax Car Seats | Bugaboo Stroller | Peg Perego Car Seats | Graco Stroller | Kidsline Bedding

**Briarpatch Thomas & Friends Game - Station Stop Matching Game**



view larger

# Briarpatch Thomas & Friends Game - Station Stop Matching Game

Model: BP08108 BU ID: 34922

**$19.99**

| Item #: | Price | Notes | Quantity |
|---|---|---|---|
| 34922 | $19.99 | | 1 |

ADD TO CART

**Shipping information**

- Usually takes up to 2 business days to process.
- Only $6.95 shipping per order [details]

**See below for more product information!**

QUICK LINKS

- Newsletter Signup
- Gift Certificates
- On Sale!
- Advice Center
- Free Shipping

No Maternity Insurance?

Even if you are already pregnant we can save you thousands.

CLICK HERE

**Appropriate for**

2 to 5 years of age

**Description of the Briarpatch Thomas & Friends Game - Station Stop Matching Game**

A must for the youngest Thomas enthusiasts! No Reading Required. 1-4 players. Contents: 4 playing boards, 36 matching cards.

**Product Ratings for the Briarpatch Thomas & Friends Game - Station Stop Matching Game**

rate this product! or write a customer review

excellent | very good | good | fair | poor

Rate Product

EXHIBIT B.90w