
Flyin' Frogs
The Hoppin', Poppin' Matching Game
For 2 to 4 players
Ages 5 and up
EXHIBIT
B.91
3177-47B-3
Flyin Frogs
PS228
C08
630N

81


Flyin' Frogs
The Hoppin', Poppin' Matching Game
Flyin' Frogs is an entirely new, entirely fresh action-memory game.
Funny Frogs are standing in the pond. Take a good look at what color legs they have because when the frogs are pressed down their legs will disappear. Then you'll need to use your memory to guess the color of each frog's legs.
On your turn move the boy around the pond. Turn the boy so that the color of his cap is turned to match the color of your guess. Now press him down and see if you're right! When you guess correctly the frog will leap out and you get to keep him. If you're wrong, remember what color you picked so that next time you don't pick the same color again.
The first player to collect four different color frogs wins the game.
Pressman
VISIT OUR WEBSITE AT: WWW.PRESSMANTOY.CO



EXHIBIT
B.91

eToys.com

**Bill To**
Chad Levy

**Ship To**
Chad Levy
Sheppard Mullin
1901 Avenue of the Stars,#1600
LOS ANGELES, CA 90067

Order: 9250079-12
Date: 08/07/2006
Page: 1 OF 1
PO:

NOTE: Prices listed below don't include discounts, coupons, credits, shipping costs or applicable taxes.

| Qty | Item | UPC | SKU | Description | Unit Price |
|---|---|---|---|---|---|
| 1 | | 021853026627 | 559488 | Flyin Frogs | |
| 1 | | 765023873047 | 682010 | Smart Splash Memory Match Clams | |

We value your business. Thank you for your order.
Note: orders that contain more than one item may arrive in separate shipments.

033349250079

Wave: 20060808001/001 Chute: PS228 Cust: C08 Carton: 4630 Ctn Size: 5

## Return Product to Warehouse Within 30 Days

1) Include this pack slip with your item in its original condition, including all packaging.
2) Wrap the package securely to protect the item in transit. If possible, use the original box.
3) Place the provided return label on the exterior of the shipping box.
4) We recommend using an insured, trackable carrier like UPS for your protection.
5) Once we process the item, we will send you an e-mail confirmation.

## More Information

- Unless the return/exchange is the result of an eToys error, we can't refund shipping charges.
- Sorry, KB Toys stores no longer accept eToys returns or exchanges.

## Return Reason:

__ Damaged / Defective
__ Wrong Item
__ Wrong Quantity
__ Changed my Mind
__ Product not as Expected
__ Missed Delivery Deadline
__ Shipped to Wrong Address

## I Would Like to Receive:

__ Refund to Credit Card
__ Replace with Same, if available

**Please remember that some items have special considerations:** Holiday Returns: orders received after October 1st may be returned until January 25th. Video Games,Software,VHS/DVD Movies,CDs or Consoles: must be returned in original,sealed condition.Collectibles:we accept returns only,not exchanges.

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars,#1600
LOS ANGELES, CA 90067
925007912

eToys Returns
Toy Distribution Center
200 Toy Lane
Blairs, VA 24527

925007912

To: From:

To: From:

To: From:

EXHIBIT
B.91r

eToys.com Childhood Dreams Delivered™

Track Your Order | Wish List | Your Account | Help

Shopping Cart | search:

Home • Toys & Games • Learning Toys • Books • Video Games • Kid's Room Decor • Gift Finder

Halloween • Party Supplies • Baby • Electronics • Movies & Videos • PC Software




larger image

Average Customer Rating:
★★★☆☆ Good
Based on 2 reviews. (Write Your Review)

# Flyin Frogs Memory Game

Pressman

In Stock

**Price: $9.99**

Usually ships in 1-3 business days.
Estimated Delivery Date

Add to Shop Cart

OR

Add to Wish List

(We'll help you create one)

**Age:** 5-9 years

Item Number: 559488

## Description

It's fast action and 3D excitement in this funny frog-themed memory game. Try to remember the colors on the frog's feet before they disappear. Pick up the special kid mover and use it to guess what frog he's landed by. If you're right, the frog magically appears out of the pond. The first player to collect four frogs to win!

E-mail this gift idea to a friend

**Package Weight**
1.78 pounds

**Package Dimensions**
10.9" x 11" x 3.5"

**Batteries**
Not Applicable

**Gift Wrap**
Available at Checkout

**Product Warning**
More Information

Submit Your Review **Customer Rating:** ★★★☆☆ based on 2 reviews.

## Customer Reviews for Flyin Frogs Memory Game

84

★☆☆☆☆ **Jaynee, Mother of 3 year old, from Tampa**
**Nothing to write home about**
Not entertaining and very cheaply made. One of the frogs broke on the 2nd use.

EXHIBIT
B.91w

★★★★☆ **BRENDA, GRANDMOTHER OF FOUR, from WV**

**MY 4 YEAR OLD GRANDSON LOVED IT**

Great to be able to ship items to alaska and the grandchildren love getting wrapped presents in the mail

search: Go

Shopping Cart | Your Account | About Us | Privacy Policy | Shipping Information | Birthday Club | Newsletter
Help | Career Opportunities | Site Map | Affiliate Program

**Need answers? Visit our help section or review your order status online.**

Copyright © 2006 eToys Direct, Inc. All rights reserved. "eToys" is a registered trademark of eToys Direct, Inc. Terms of Use

EXHIBIT
B.91w