
chelona
wooden
games
Idea and Design:
Susanne Kummer
© Chelona
3+
Animal
Memo
des animaux
EXHIBIT
B.93


chelona
wooden
games
Idea and Design:
Susanne Kummer
© Chelona
Made in Greece
3+
Content: 48 wooden pieces
Inhalt: 48 Kärtchen aus Holz
Contenu : 48 cartes en bois
CODE: 52209
CE
Chelona
Deutschland GmbH
Bgm.-Landmann-Platz 1 5
D-89312 Günzburg
www.chelona.net
chelona
4 260013 025094 >
1-4

EXHIBIT
B.93

OOMPATOYS

RETURN/EXCHANGE FORM

**ORDER ID: OT70544**

Date Placed:
08/07/2006 02:07:49

FOR OOMPA USE ONLY

RECEIVED

PROCESSED

BY

**SOLD TO**

Chad Levy

Phone: 310-228-3713
clevy@sheppardmullin.com

**SHIP TO**

Chad Levy
Sheppard Mullin, 1901 Avenue Of The Stars 1600
Los Angeles, CA 90067
United States

**RETURNS & EXCHANGES ARE EASY AT OOMPA!**

**STEP 1.**
Be sure to read and follow our return/exchange policies! http://www.oompa.com/cgi-bin/category/customerService_refund

**STEP 2.**
Fill out this form.

**STEP 3.**
Ship your return to:
**Oompa Toys**
**RETURNS: OT70544**
**2857 E. Pico Blvd.**
**Los Angeles, CA 90023**

**STEP 4.**
We'll issue a refund, credit or gift card when we get your shipment!

**ITEMS BEING RETURNED**

| QTY | SKU | NAME | PRICE | COUPON GIFT CARD STORE CREDIT | REASON CODE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 1 | C52209 | Chelona Memo Animal Memory Game | | | | $ |
| 1 | C52302 | Chelona Universe Memory Game | | | | $ |

Merchandise SubTotal ________

(- Coupons/Discounts/Promotions) ________

Tax (California Only x .0825) ________

Total Return ________

**SEND ME THESE ITEMS AS AN EXCHANGE**

| QTY | SKU | NAME | PRICE | COUPON GIFT CARD STORE CREDIT | TOTAL PRICE |
|---|---|---|---|---|---|
| | | | $ | | $ |
| | | | $ | | $ |
| | | | $ | | $ |

**Method of Payment**
**(If the total value of exchanged item(s) is more than refund please include payment information)**

Credit Card Type ________

Credit Card Number ________

Expiration Date ________

Cardholder's Signature ________

Merchandise Total ________

(Coupons/Discounts/Promotions) ________

Tax (California Only x .0825) ________

Total of Exchange Products ________

Is the Total Below $65?
Add $4.95 for shipping. ________

**REASON CODES**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Didn't Like Item | 2 | Arrived Late | 3 | Too Large |
| 4 | Too Small | 5 | Defective | 6 | Item Not As Pictured |
| 7 | Returning A Gift | 8 | Wrong Item Shipped | 9 | Other |

**EXHIBIT B.93r**

OOMPATOYS

0 item(s) in cart.
checkout now | view cart

ADD $ 65.00 TO GET FREE SHIPPING* some restrictions

Enter ACCOUNT FREE SHIPP

REGISTER FOR FREE!

...SHOP CATEGORY
- 2006 New Haba
- Baby Toys
- Back to School 2006
- Books and Bookmarks
- Building & Stacking
- Dollhouses and Accessories
- Dolls & Stuffed Animals
- Games
- Gift Card
- Kitchen & Store Play
- Learning Toys
  - :: Color Sorting
  - :: Counting
  - :: Fine Motor Skills
  - :: Memory & Matching
  - :: Shape Sorting
  - :: Threading
- Musical Instruments
- Outdoor Toys
- Pretend Play
- Puzzles
- Room Decor & Furniture
- Style
- Toddler Mind Benders
- Tricycles and Ride-Ons
- Wheels and Wings
- Wooden Figures
- Wooden Playsets
- Wooden Toys
- Active Play

SHOP BY BRAND
BAJO
Bamboo Collection
BLABLA |. Chelona
Crocodile Creek
DeNoest |. DJECO
Furnis |. HABA
Holztiger
. ImagiPLAY
JELLYCAT |. KALOO
Kathe Kruse
Keptin |. KETTLER
Kushies |. Lana
Organic
Latitude Enfant

GO BACK

Home > Learning Toys > Memory & Matching > C52209
Memo Animal Memory Game from Chelona





GIFT WRAPPABLE   TELL A FRIEND   ASK A QUESTION

..view all toys from: Chelona

you might also like ...



Fantasy Blocks from Haba

add to cart

more info




Memo Primo Memory Game from Selecta

add to cart



Bambini Flowers from Haba

add to cart

more info

Memo Animal Memory G
from Chelona
SKU:C52209

YOUR PRICE...$29.99
EARNS...37 LOYALTY POIN
...WHAT'S THIS?
AVAILABILITY...temporarily out
USUALLY SHIPS IN...1 BUSINESS DAY

In Memo Animal, the correct "clot must be found for each animal. T for example, wears a coat made wool while the zebra has black ar stripes. All the animal cards have peep-hole in the middle. When ch place an animal card on top of a card, they can see whether or no found the correct clothing! A fun traditional children's game.

Comes with 24 wooden pattern c animal cards and instruction bool Lovingly designed in Germany by Kummer for German company, C Game pieces are made of wood screen images.

**dimensions**
Memory Tiles: W 2.28 x L 2.28 in
Box: W 7.75 x L 7.75 x H 2 in. ()

**learning skills**
Cognitive . Language . Sensory . Social/Emotional .

**recommendations**
Children Ages 3 Years +

**loyalty rewards program**
Registered users earn 37 points f purchasing Chelona's Memo Anir Memory Game in the Oompa Loy Rewards Program! LEARN MORE

EXHIBIT
B.93w

Product Availability Notifica

- OOPSY DAISY | . Nest
- Noukies | . Quadrilla
- SELECTA
- Spielstabil
- Svan | . Tatiri
- Togu |. VILAC
- Woody Click

more info

Enter your e-mail address below we'll let you know when this prod becomes available!

E-mail Address:

Submit

Stock levels are typically replenis every week.

add to wishlist

SHOP AGE

- Newborn - 6 Months
- 6 - 12 Months
- 1 - 2 Years
- 2 - 3 Years
- 3 - 4 Years
- 4 - 5 Years
- 5 - 6 Years

SHOP WISHLIST

.Enter first or last name
.of wishlist owner:

Search

Sorry Live Help

Live chat by LivePerson

customer reviews of Memo Animal Memory Game from Chelona

Already purchased or received this item as a gift? Share your thoughts with others! Writing an online review earn 10 p the Oompa Loyalty Rewards Program. The more points you earn, the more you save!
LEARN MORE | CLICK HERE TO WRITE A REVIEW

previously viewed items

Last Viewed Items


Memo Animal Memory Game
Chelona


Meadow Memory Game
Chelona

Thank you for visiting Oompa Toys!

We appreciate your interest in our extensive line of quality European toys and European inspired toys. We're constan new wooden toys, baby toys, Chelona toys, toddler toys and learning toys to our product family, so please check bacl you have suggestions for baby toys or European toys similar to Memo Animal Memory Game from Chelona you'd like carry, please let us know! support@oompa.com

MY ACCOUNT

my cart
my account
my wishlist
my gift reminder
log in

CUSTOMER SERVICE

contact us
affiliate program
track my order
catalog request
loyalty rewards program
customer service

GIFT CENTER

wishlists
gift cards
gift card look-up
gift wrapping

Sale Center
What's New

Privacy Policy
Conditions of Use
About Us
Resources

TOLL FI
Orders, (
Support

GET OO

Subsci

BBB RELIABILITY PROGRAM BBBONLINE
GeoTrust All orders secured by GeoTrust
Shopping.com Trusted Store
HABA
ScanAlert HACKER SAFE TESTED 25-AUG
2006 Webby Awards Official Honoree

Copyright © 2003 - 2006 Oompa Enterprises, Inc. All Rights Reserved. Customer Support: 888.825.4109

EXHIBIT
B.93w