
J801302
Judy/Instructo
Grades 1&2
READ & RHYME
MEMORY MATCH
Old King Cole
Old King Cole was a merry old sole,
He liked to swim in a swimming ___.
He liked to fish with his fishing ___.
Ane eat his catch from his favorite ___.
bowl
phonics
EXHIBIT B.94
40 Playing Cards
For 2 to 4 players

# Read and Rhyme Memory Match

*(For Two to Six Players)*

**Contents:** 10 nursery rhyme cards; 30 word cards

**Objective:** To complete a rhyme by finding the cards that contain the missing rhyming words

**How to Play:**

1. Shuffle the word cards* and spread them facedown on a table or on the floor.
2. Each player chooses a nursery rhyme card and lays it in front of him or her
3. Players take turns picking up a word card and reading it aloud. If the word rhymes with the boldfaced word on his or her nursery rhyme card, the player keeps the card and may take another turn. If not, the player places the card face-down in its original position.
4. The game continues until one player has collected all three word cards for his or her nursery rhyme. That player determines where the three words fit in the rhyme and then reads the rhyme aloud to win the game.

**Optional: Players may select their nursery rhyme cards first and play only with those word cards that fit the rhymes.*

Children's Publishing

ISBN 0-7682-2090-4

0 89863 42506 9

Visit our Web site at ***www.MHteachers.com.***

By Judy/Instructo
An imprint of McGraw-Hill Children's Publishing
©1997 McGraw-Hill Children's Publishing
Printed in China

The McGraw-Hill Companies

EXHIBIT
B.94

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

Christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| | LOCATION | QTY | | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | AA558A | 1 | JQ | 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 | EA703G | 1 | JQ | 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 | EB654G | 1 | JQ | 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 | EC951A | 1 | JQ | 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 | FE029A | 1 | | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 | FE915E | 1 | JQ | 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 | GC356F | 1 | JQ | 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 | GD010A | 1 | | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 | HC751F | 1 | JQ | 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

EXHIBIT
B.94r

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

Christianbook.com 1-800-CHRISTIAN
FAB FRIDAYS

SHOPPING CART | ACCOUNT | WISHLIST | HELP
0 items CHECKOUT>>

FEATURED STORES CATALOG SHOPPING CUSTOMER SERVICE COMMUNITY GIFT CERTIFICATES

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

**SEARCH** Keywords

**BROWSE** ALL PRODUCTS **or** Select Category

**EasyFind for Kids**

Keywords

☐ SEARCH IN RESULTS

ALL PRODUCTS
Crafts & Recreation
Games
➤ **Card Games** (287)
- **Ages**
- **Seasonal**
- **Author/Artist**
- **Publisher**
- **Price**
  - $5 or less
  - $5 - $10
  - $10 - $25
  - $25 - $100
  - $100 and up

**Advanced Search Links**

- **Commentary Search**
- **Bible Search**
- **Song Search**
- **Bible Study Search**
- **Gift Registry Search**

## Read and Rhyme Memory Match Card Game

BUY NOW

**QUANTITY** 1

ADD TO WISHLIST

**Retail Price:** ~~$3.99~~
**CBD Price: $3.49**
You Save $0.50 (13%)

SAVE! 13%

**CBD Stock Number:** WW420904
**Format:** Other
**Availability:** *Available to ship on or about 10/08/06.*

More Details about Read and Rhyme Memory Match Card Game

**Description:** Complete rhymes by finding the cards that contain the missing rhyming words. The first player to collect all three word cards for his or her nursery rhyme and then read the rhyme aloud wins! Includes 40 playing cards. For 2 to 4 players. Grades 1-2.

**Recommend Read and Rhyme Memory Match Card Game to Your Friends**

**Related Products**



**Rhyme & Read Creatures & Critters, Ages 3-6, CBD Price: $12.49**

**Availability**

**Availability:** *Available to ship on or about 10/08/06. You may order this item now and we will ship it to you when it arrives. If you are charging this purchase to a credit card, you will not be charged for this item and its portion of your shipping charges until it is shipped.*

**Email me when this product is available.**

**Additional Product Information:**

**Type:** Other
**Vendor:** School Specialty Publishing
**ISBN:** 0768220904
**UPC:** 089863425069

**Search for more products in this category**

94

- Crafts & Recreation >> Games >> Card Games
- Crafts & Recreation >> Games >> Educational
- Crafts & Recreation >> Kids
- Kids >> Crafts & Recreation >> Games >> Card Games
- Kids >> Crafts & Recreation >> Games >> Educational
- Start A New Christianbook.com Search

EXHIBIT
B.94w