
TREND enterprises, Inc.
We make learning FUN!
Ages 4 & Up
Numbers
Match Me Cards
Use 6 Ways!
16
• 52 Two-Sided Cards
• Includes Numbers 0–25
EXHIBIT
B.95

# Numbers 0-25 Match Me® Cards



Count on Match Me® Cards to make practicing numbers fun! Sort the cards into numbers 0–10 for beginners. Add numbers 11–25 to increase the challenge. Play alone or take turns with friends. Create your own games, too!

**Match Two.** Lay out all cards, pictures facing up. Match each picture with another picture that shows the same number of items. Name the objects and tell how many.

**See and Say.** Lay out all cards, pictures facing up. Count the objects on each card and say how many. If you're not sure, ask a friend for help. Flip cards to check answers.

**Numerals Up.** Sort cards into two piles: numerals and number words. Leave the numeral cards facing up. Turn the number words over so their pictures face up. Match each numeral to a picture card with that number of objects. See if you can match them all!

**Words Up.** Sort cards into two piles: numerals and number words. Leave the word cards facing up. Turn the numeral cards over so their pictures face up. Try to match each word to a picture card with that number of objects.

**Numeral & Word Match.** Turn all cards picture sides down. Read and match number words to numerals.

**Number Line.** Sort the cards and use just the numerals. Lay them in order from left to right, starting with 0 and ending with 25. Then do the same for the word cards. Mix up the cards and arrange them to count backwards from 25 to 0. Mix them up again and arrange in skip-counting order (1, 3, 5, etc. or 2, 4, 6, etc.). What are some other number lines? Try them all!

T-58002

www.trendenterprises.com

©1997 TREND enterprises, Inc. St. Paul, MN 55164 Made in U.S.A.

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

Christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHIP TO:
SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

# BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|
| 11 AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

EXHIBIT
B.95r

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

97

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

Christianbook.com 1-800-CHRISTIAN | FAB FRIDAYS

SHOPPING CART | ACCOUNT | WISHLIST | HELP

0 items CHECKOUT>>

FEATURED STORES CATALOG SHOPPING CUSTOMER SERVICE COMMUNITY GIFT CERTIFICATES

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

**SEARCH** Keywords go

**BROWSE** ALL PRODUCTS **or** Select Category

**EasyFind for Homeschooling & Learning**

Keywords go

☐ SEARCH IN RESULTS

ALL PRODUCTS
Homeschool
Preschool Learning
➤ **Counting/Numbers** (477)

- **Grade Level**
- **Media Type**
- **Seasonal**
- **Author/Artist**
- **Publisher**
- **Price**
  - $5 or less
  - $5 - $10
  - $10 - $25
  - $25 - $100

**Advanced Search Links**

**Commentary Search**
**Bible Search**
**Song Search**
**Bible Study Search**
**Gift Registry Search**

## Numbers Match Me Cards

BUY NOW
QUANTITY 1
ADD TO WISHLIST

**Retail Price:** ~~$4.99~~
**CBD Price: $4.49**
You Save $0.50 (10%)

SAVE! 10%

**CBD Stock Number:** WW628580
**Format:** Other
**Availability:** *Only 2 in stock - order soon! Additional quantities may be backordered.*

More Details about Numbers Match Me Cards

**Description:** Award-winning Match Me Cards engage learners' matching, memory, and word/picture recognition skills. Two-sided cards feature numerals, number words, and photos for counting practice that's fun. Set includes six fun and easy-to-follow activities. Ages 4 & up. 52 cards.

**Recommend Numbers Match Me Cards to Your Friends**

**Related Products**



**Telling Time Match Me Cards,**
**CBD Price: $4.49**

**Folks who purchased this product also bought these items:**




**Learning at Home: Preschool and Kindergarten,**
**CBD Price: $34.99**



**Addition & Subtraction, Grade 1,**
**CBD Price: $1.99**




**I Can Add (Grades K - 1),**
**CBD Price: $2.49**

**Alphabet Penmanship Chart,**
**CBD Price: $1.19**

- **Early Learning Fun, Flash Card Set, CBD Price: $13.99**
- **Taking Godly Care of My Money (2-5): Stewardship Lessons in Money Matters, CBD Price: $7.99**

**Availability**

**Availability:** *Only 2 in stock - order soon! Additional quantities may be backordered.*

**Additional Product Information:**

**Type:** Other
**Vendor:** Trend Enterprises
**Publication Date:** 1997
**UPC:** 0078628580020

**Search for more products in this category**

EXHIBIT
B.95w

98