
InspiraLink
Bible Memory
Bible Card Game!
Match the picture pairs to win!
FOR AGES 3 AND UP
3+
For 2 to 4 players
EXHIBIT
B.96

**For 2 to 4 players**
**Ages 3 and Up**

InspiraLink by Standard Publishing
Inspired Learning!

*InspiraLink™ toys and games from Standard Publishing are the creative tools you need to carry out your greatest responsibility:* ***linking your child and your faith.*** *Organized around three key values, each toy teaches a biblical concept essential to your child's life every day. . .*

***This game's category is . . .***
**Love God**

Show your child that when her heart belongs to God, so do her actions. InspiraLink™ toys and games encourage children to honor God by obeying his commands. Fun and innovative toys and games teach about God and his Word and help your child's relationship with God flourish.

***To find out more about learning with InspiraLink™ toys and games, visit www.Inspira-Link.com***

**Find the most matching picture pairs to win! Jumbo-size cards feature colorful illustrations of favorite people from the Bible.**



© 2005 Standard Publishing,
Cincinnati, Ohio
A division of Standex International Corporation
All rights reserved
Made in China

Standard PUBLISHING
*Bringing The Word to Life*

www.Inspira-Link.com

GAMES & TOYS / CARD / GENERAL
UPC 7-07529-02968-9
UPC
7 07529 02968 9

02968 Ages 3 & up

EXHIBIT
B.96

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

Christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| | LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 | EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 | EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 | EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 | FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 | FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 | GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 | GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 | HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

**EXHIBIT**
**B.96r**

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

**101**

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

Christianbook.com 1-800-CHRISTIAN
FAB FRIDAYS

SHOPPING CART | ACCOUNT | WISHLIST | HELP
0 items CHECKOUT>>

FEATURED STORES CATALOG SHOPPING CUSTOMER SERVICE COMMUNITY GIFT CERTIFICATES

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

**SEARCH** Keywords GO

**BROWSE** **ALL PRODUCTS or** Select Category

**EasyFind**

Keywords GO

☐ SEARCH IN RESULTS

ALL PRODUCTS
Crafts & Recreation
**Games** (1,256)
- Bible Games
- Board Games
- Card Games
- Classics
- Educational
- Word Games

**REFINE WITHIN GAMES**
- **Ages**
- **Seasonal**
- **Special Occasions**
- **US States**
- **Destination**
- **Author/Artist**
- **Publisher**
- **Price**
  - $5 or less
  - $5 - $10
  - $10 - $25
  - $25 - $100
  - $100 and up

**Advanced Search Links**
- **Commentary Search**
- **Bible Search**
- **Song Search**
- **Bible Study Search**
- **Gift Registry Search**

## Bible Memory, Bible Card Game

BUY NOW
**QUANTITY** 1
ADD TO WISHLIST

**Retail Price:** ~~$4.99~~
**CBD Price: $3.99**
You Save $1.00 (20%)

SAVE! 20%

**CBD Stock Number:** WW902968
**Format:** Other
**Availability:** *In Stock*

More Details about Bible Memory, Bible Card Game

Front Cover Sample Sample

**Description:** In this matching card game, all you need to do is find the most matching picture pars to win! Jumbo-sized cards feature colorful illustrations of favorite people from the Bible.

Show your child that when her heart belongs to God, so do her actions. Inspiralink™ toys and games encourage children to honor God by obeying his commands. Fun and innovative toys and games teach about God and his Word and help your child's relationship with God flourish. Recommended for 2 to 4 players, ages 3 and up.

**Recommend Bible Memory, Bible Card Game to Your Friends**

**Related Products**


**Noah's Ark, Bible Card Game, CBD Price: $3.99**


**Fruit of the Spirit, Bible Card Game, CBD Price: $3.99**


**Dutch Blitz Game, CBD Price: $7.99**


**Do U Know? Game, CBD Price: $4.99**

- **Go Fish Game Cards, CBD Price: $2.49**

**Folks who purchased this product also bought these items:**


**Bible Land Adventure Game, CBD Price: $9.99**


**Press 'n' Praise Phone, CBD Price: $9.99**


**365 Read-Aloud Bedtime Bible Stories, CBD Price: $2.99**


**Amen Game, CBD Price: $7.99**

- **Ten Commandments Card Game, CBD Price: $4.99**
- **Left Behind II: Tribulation Force, Video, CBD Price: $1.99**

**EXHIBIT B.96w**

**Additional Product Information:**

**Type:** Other
**Vendor:** Standard Publishing

**UPC:** 0707529029689
**Dimensions:** 7.5 X 4.63 X 0.63

102

**Publication Date:** 2005

**Search for more products in this category**

- Crafts & Recreation >> Games
- Crafts & Recreation >> Kids
- Kids >> Crafts & Recreation >> Games >> Matching Games
- Start A New Christianbook.com Search

**Customer Reviews**

Be the first customer to review Bible Memory, Bible Card Game!

**Author/Artist Review**

I'm the author/artist and I want to review Bible Memory, Bible Card Game.

**Recommend Bible Memory, Bible Card Game to Your Friends**

**Start A New Christianbook.com Search**

Customer Service: 1-800-CHRISTIAN (1-800-247-4784)

**Christian Fiction | Bibles | Christian Living | Kids | Christian Music | Music Downloads | Homeschool | Gifts | Academics | Videos and DVDs | Bargains**
**Shopping Cart | Checkout | Account | Personal Profile | Order History | Wishlist | Registries | Gift Certificates**
**Home | Search | Browse | Coffeehouse | Catalog Quick Shop | Online Catalogs | Request Our Catalogs | Daily Devotions | Affiliates**
**Help | E-mail Us | Privacy Statement | Shipping Rates | Add Page To Favorites**

**Copyright © 2006 Christianbook.com**

BizRate.com customer certified Store Rating: As of: 08/24/06 Click to Verify
BizRate 2005
FAB FRIDAYS
VeriSign Secured

* 11 *

EXHIBIT
B.96w