
My First Game™
Noah's Memory Match-Up Game
Match the people and animals that were aboard the ark!
No Reading Required!
EXHIBIT B.97
Faith Parenting Guide
Ages 4 and up
Faith
2-4 Players
Faith Kids


My First Game™
Noah's Memory Match-Up Game
No Reading Required! 2–4 Players
Great travel size! Easy to take with you!
Equipping kids for life!
99481

EXHIBIT
B.97

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

**Christianbook.com**
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| | LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 | EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 | EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 | EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 | FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 | FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 | GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 | GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 | HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |
| | | CATALOGS: BAX BCO CPN | | | | | | | |

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

**EXHIBIT B.97r**

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

Christianbook.com 1-800-CHRISTIAN FAB FRIDAYS

SHOPPING CART | ACCOUNT | WISHLIST | HELP

0 items CHECKOUT>>

FEATURED STORES CATALOG SHOPPING CUSTOMER SERVICE COMMUNITY GIFT CERTIFICATES

BESTSELLERS | FICTION | BIBLES | CHRISTIAN LIVING | KIDS | MUSIC | HOMESCHOOL | GIFTS | ACADEMICS | VIDEOS/DVDS | BARGAINS

SEARCH Keywords

BROWSE ALL PRODUCTS or Select Category

EasyFind for Kids

Keywords

SEARCH IN RESULTS

ALL PRODUCTS
Crafts & Recreation
Games
Board Games (258)
Chess

REFINE WITHIN BOARD GAMES
Ages
Author/Artist
Publisher
Price
$5 or less
$5 - $10
$10 - $25
$25 - $100

Advanced Search Links

Commentary Search
Bible Search
Song Search
Bible Study Search
Gift Registry Search

# Noah's Memory Match-Up Game

BUY NOW

QUANTITY 1

ADD TO WISHLIST

**Retail Price:** ~~$7.99~~
**CBD Price: $5.99**
You Save $2.00 (25%)

**CBD Stock Number:** WW02621
**Format:** Other
**Availability:** *In Stock*

SAVE! 25%

More Details about Noah's Memory Match-Up Game

PRODUCT CLOSE-UP

**Description:** Your little ones won't forget to have fun playing *this* game! Players take turns flipping over any two cards, looking for pairs of Noah's animals and ark. The player who finds the most matches wins. Sized just right to bring along to Grandma's house! For two to four players, ages 4 and up.

**Recommend Noah's Memory Match-Up Game to Your Friends**

**Related Products**



**My First Bible Action Heroes Matching Game, CBD Price: $5.99**



**Bible Bingo, CBD Price: $5.99**



**Bible Old Man Card Game, CBD Price: $4.99**



**Colors & Shapes Match Me Game, CBD Price: $12.99**

**Folks who purchased this product also bought these items:**



**Amen Game, CBD Price: $7.99**



**Ten Commandments Card Game, CBD Price: $4.99**



**Jonah Go Fish Card Game, CBD Price: $4.99**



**God's Ten Best: The Ten Commandments Coloring Book, CBD Price: $1.25**

- **Bible Storytelling Blocks, CBD Price: $8.99**
- **Bible Rummy Card Game, CBD Price: $4.99**

**Additional Product Information:**

**Type:** Other
**Vendor:** Cook Communications
**Publication Date:** 1997
**ISBN:** 9834502621
**UPC:** 0612608502628

107

**Search for more products in this category**

EXHIBIT B.97w

- Crafts & Recreation >> Games >> Board Games