
Word
opposites
MEMORY
MATCH
48 colorful 3" x 3" cards
improves concentration and memory skills
one or more players
ages 3 and up
Frank Schaffer Publications
EXHIBIT
B.98

# MEMORY MATCH

## word opposites

### Memory Match for Fun and Learning

This colorful card game will help children improve their concentration and memory skills as well as teach them word opposites.

### Directions for Playing Memory Match

Directions for playing Memory Match are printed on the inside of the box lid.

### Building Skills with Memory Match Cards

- After the children complete the activities described in the directions, help them read the word printed on each card.
- Then have the children draw pairs of pictures of other word opposites.
- Let the children play another game of Memory Match using their own pictures.

**Contents**

48 Memory Match Cards




FS-2204 Word Opposites Memory Match

Copyright © 1997
Frank Schaffer Publications
All rights reserved—Printed in the U.S.A.
23740 Hawthorne Blvd.
Torrance, CA 90505

0 17257 02204 4

EXHIBIT B.98

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| | LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 | EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 | EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 | EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 | FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 | FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 | GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 | GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 | HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

EXHIBIT
B.98r

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

## Word Opposites Memory Match Cards

BUY NOW

**QUANTITY** 1

ADD TO WISHLIST

**Retail Price:** ~~$11.99~~
**CBD Price: $9.99**
You Save $2.00 (17%)

SAVE! 17%

**CBD Stock Number:** WW212189
**Format:** Other
**Availability:** *Only 3 in stock - order soon! Additional quantities may be backordered.*

More Details about Word Opposites Memory Match Cards

**Recommend Word Opposites Memory Match Cards to Your Friends**

**Folks who purchased this product also bought these items:**



**The NLT One Year Chronological Bible, Hardcover, CBD Price: $18.99**



**Community Wooden Sequencing Squares, CBD Price: $9.99**



**Home Wooden Sequencing Squares, CBD Price: $9.99**



**The Treasure of the Incas, CBD Price: $11.99**

- **Keystone Stables #3: Trouble Times Two, CBD Price: $3.99**
- **Keystone Stables #4: Teamwork at Camp Tioga, CBD Price: $3.99**
- **The Chronicles of Narnia, Limited Edition: Focus on the Family Radio Theatre - Audiodrama on CD, CBD Price: $39.99**
- **Keystone Stables #5: The Winning Summer, CBD Price: $3.99**
- **Disciplines of a Godly Woman, CBD Price: $11.99**
- **Testify (Limited Edition 2-CD Set with 24-Page Bound Book), CBD Price: $24.99**

**Availability**

**Availability:** *Only 3 in stock - order soon! Additional quantities may be backordered.*

**Additional Product Information:**

**Type:** Other
**Vendor:** School Specialty Publishing
**ISBN:** 0768212189
**UPC:** 0017257022044

**Search for more products in this category**

- Crafts & Recreation >> Games >> Card Games
- Crafts & Recreation >> Kids
- Homeschool >> Games
- Homeschool >> Preschool Learning >> Patterns/Sequencing
- Kids >> Crafts & Recreation >> Games >> Card Games
- Start A New Christianbook.com Search

EXHIBIT B.98w

111

**Check out our specialty shop for Homeschooling & Learning products!**