
6
identic®
memo game
110 CARTAS·CARDS·KARTEN·CARTES·CARTE·CARTAS

EXHIBIT
B.99



# identic® memo game

AÑOS - YEARS - JAHRE - ANS - ANNI - ANOS

6+

*Español*

Identic® es un apasionante juego de memoria. Si pones mucha atención y consigues descubrir muchas parejas serás el ganador. Contenido: 110 cartas.

*English*

Identic® is an exciting memory game. If you watch closely and manage to discover a lot of pairs, you will be the winner. Contents: 110 cards.

*Deustch*

Identic® ist ein spannendes Gedächtnisspiel. Du gewinnst, wenn du genau hinsiehst und viele Kartenpaare entdeckst. Inhalt: 110 Karten.

*Français*

Identic® est un passionnant jeu de mémoire. C'est celui qui fait le plus de paires qui gagne. Contenu : 110 cartes.

*Italiano*

Identic® è un appassionante gioco di memoria. Se presti molta attenzione e riesci a scoprire tante coppie, sarai il vincitore. Contenuto: 110 carte.

*Português*

Identic® é um jogo de memória apaixonante. Se você prestar muita atenção e conseguir achar muitos pares de cartas, será o vencedor. Conteúdo: 110 cartas.

*Nederlands*

"Identic® is een spannend geheugenspel. Als je goed oplet en je vindt veel van dezelfde kaarten, ben je winnaar." "Inhoud: 110 kaarten".

*Ελληνικά*

Το identic® είναι ένα παιχνίδι μνήμης. Αν δώσεις προσοχή και καταφέρεις να ανακαλύψεις πολλά ζευγαριά, θα είσαι ο νικητής. Περιεχόμενο: 110 kartes.

*Türkçe*

Identic tutku yaratan bir hafıza oyunudur. Eğer dikkat edersen ve çok kart çifti bulabilirsen kazanan sen olursun. Içindekiler: 110 Kart.

*Dansk*

Identic® er et fængslene huskespil. Du vinder, hvis du er rigtig opmærksom og finder mange par. Indhold: 110 kort.

*Suomeksi*

Identic® on mukaansa tempaava muistipeli. Jos kiinnität paljon huomiota ja onnistut löytämään paljon pareja olet voittaja. Sisältö: 110 korttia.

Ref. 3218

CE Educa Sallent, S.A.

EDUCA

EXHIBIT B.99

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

**Christianbook.com**
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| | LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|---|
| 11 | AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 | EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 | EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 | EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 | FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 | FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 | GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 | GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 | HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

114

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

*Thank You!*

EXHIBIT
B.99r




## Deluxe Memo Game

BUY NOW

**QUANTITY** 1

ADD TO WISHLIST

**CBD Price: $14.99**

**CBD Stock Number:** WW303218
**Format:** Other
**Availability:** *Only 4 in stock - order soon! Additional quantities may be backordered.*

More Details about Deluxe Memo Game

**Description:** Identic is an exciting memory game. If you watch closely and manage to discover a lot of pairs, you will be the winner. Contents: 110 cards.

**Recommend Deluxe Memo Game to Your Friends**

**Availability**

**Availability:** *Only 4 in stock - order soon! Additional quantities may be backordered.*

**Additional Product Information:**

**Type:** Other
**Vendor:** International Playthings

**Publication Date:** 2002
**UPC:** 8411349032188

**Search for more products in this category**

- Crafts & Recreation >> Games >> Card Games
- Crafts & Recreation >> Kids
- Kids >> Crafts & Recreation >> Games >> Card Games
- Start A New Christianbook.com Search

**Check out our specialty shop for Kids products!**

Kids

**Customer Reviews**

Be the first customer to review Deluxe Memo Game!

**Author/Artist Review**

I'm the author/artist and I want to review Deluxe Memo Game.

**Recommend Deluxe Memo Game to Your Friends**

115

**Start A New Christianbook.com Search**

**EXHIBIT B.99w**