


EXHIBIT B.100




EXHIBIT B.100

eToys.com

| Bill To | Ship To | | |
|---|---|---|---|
| CHAD LEVY | CHAD LEVY | Int Order: | 9250079 |
| | SHEPPARD MULLIN | Date: | 08/07/06 |
| | 1901 AVENUE OF THE STARS,#1600 | Page | 1 OF 1 |
| | LOS ANGELES CA 90067 | PO: | 2908586 |

| Qty | Location | UPC | SKU | Description |
|---|---|---|---|---|
| 1 | DO.TO.03.03. | 662248904177 | 3056942 | KINGDOM HEARTS:CHAINS OF MEMOR |

Order #:

12532191

We value your business. Thank you for your order.
Note: orders that contain more than one item may arrive in separate shipments.

6694544

## Return Product to Warehouse Within 30 Days

1) Include this pack slip with your item in its original condition, including all packaging.
2) Wrap the package securely to protect the item in transit. If possible, use the original box.
3) Place the provided return label on the exterior of the shipping box.
4) We recommend using an insured, trackable carrier like UPS for your protection.
5) Once we process the item, we will send you an e-mail confirmation.

## More Information

* Unless the return/exchange is the result of an eToys error, we can't refund shipping charges.
* Sorry, KB Toys stores no longer accept eToys returns or exchanges.

## Return Reason:

__ Damaged / Defective
__ Wrong Item
__ Wrong Quantity
__ Changed my Mind
__ Product not as Expected
__ Missed Delivery Deadline
__ Shipped to Wrong Address

## I Would Like to Receive:

__ Refund to Credit Card
__ Replace with Same, if available

**Please remember that some items have special considerations:** Holiday Returns: orders received after October 1st may be returned until January 25th. Video Games, Software, VHS/DVD Movies, CDs, or Consoles: must be returned in original, sealed condition. Collectibles: we accept returns only, not exchanges.

CHAD LEVY
SHEPPARD MULLIN
1901 AVENUE OF THE STARS,#1600
LOS ANGELES CA 90067

**eToys Returns**
**9271 Meridian Way**
**West Chester, OH 45069**

9250079

EXHIBIT
B.100r




# Kingdom Hearts: Chain of Memories (GBA)

**Game Boy Advance SP**
Square Enix USA

In Stock

**Price: $19.99**

Usually ships in 1-3 business days.
Estimated Delivery Date

Add to Shop Cart

OR

**Add to Wish List**

(We'll help you create one)

Average Customer Rating:
★★★★ Excellent
Based on 12 reviews. ( Write Your Review )

ESRB: Everyone (E)
Content Suitable for ages 6 or older

Item Number: 239378

## Description

The action starts roughly where the original Kingdom Hearts left off, with main character Sora kickin' it with Donald Duck, Goofy, and Pluto after a satisfying triumph over evil. An impressive video clip shows a shadowy figure contacting Sora and cryptically telling him that someone he holds dear is nearby. The plucky lad follows and soon finds an enormous castle. The action then shifts to the sprite-based game engine and shows the trio entering the castle. Initially, they all feel as though King Mickey is near, for no good reason other than a collective hunch, but they quickly discover that this is not the case. After a quick meeting of the minds with Jiminy Cricket, who happens to be traveling somewhere on Sora's person, they meet a mysterious black robed figure. Stay tuned to what happens next...

E-mail this gift idea to a friend

**Package Weight**
.15 pounds

**Package Dimensions**
5" x 5" x 1"

**Batteries**
Not Applicable

**Gift Wrap**
Not Available for this Item

**Product Warning**
More Information

119

Submit Your Review **Customer Rating:** ★★★★ based on 12 reviews.

EXHIBIT
B.100w

## Customer Reviews for Kingdom Hearts: Chain of Memories (GBA)

★★★★ **Connor, fun fun, from AZscottdsdale**

**it,s Asome**

this is the best

★★★★ **I, I, from I**

**I**

IIIIII

★★★★ **Jimmy , Game Legend, from Gadsden**

**Very good**

Very good I absolutley loved it. It is so tight.

★★★☆ **Amanda, Mother OF 2, from Keller Texas**

**Odd I was not expecting a card based rpg**

Fun not as entertaining as the original for the ps2 but a good portible game

**More Customer Reviews**

search: Go

Shopping Cart | Your Account | About Us | Privacy Policy | Shipping Information | Birthday Club | Newsletter
Help | Career Opportunities | Site Map | Affiliate Program

**Need answers? Visit our help section or review your order status online.**

eToys Respects Your Privacy | BBB Reliability Program BBBOnLine | BizRate.com customer certified Store Rating: As of: 08/17/06 Click to Verify | Forbes Favorite

Copyright © 2006 eToys Direct, Inc. All rights reserved. "eToys" is a registered trademark of eToys Direct, Inc. Terms of Use

EXHIBIT
B.100w