


EXHIBIT
B.106

121

[redacted]

**CONTENTS:** 72 cards depicting 36 pictures, therefore always two cards show the same picture, plus a multilingual information booklet, with a B/W reproduction of each picture. ( So that children can first visually identify the various pictures, the information is not printed on the individual cards, however, when an adult and child play the game together the adult can share with the child the information in the booklet. )

**RULES:** This versatile game can be played many different ways, depending on the age of the players. Similar to the game of „concentration," all cards are placed face down. In each round a player turns two cards face up so that all other players can see them. If a player uncovers two cards with the same picture, he keeps them and goes on uncovering two more cards. If they are not identical, they must be returned to their original position. The player with the most pairs of identical cards wins. Thus it is important to watch carefully all players and to remember the positions of the cards. Variations: Collect and match the cards according to genre and/or style. For adults and children of all ages.

**PIATNIK**

[redacted]

EXHIBIT B.106

```
IEB SHOP
.1 West 40th Street
Room 67
Iew York, NY 10018
212-930-0591
Fax: 212-930-0849

Receipt

3/8/06 11:53:05 AM
Receipt 13733         Store 99
Register 9903        Clerk LENA C

CHAD LEVY



310-228-3713

Ship Via: UPS

Ship To:
CHAD LEVY
.901 AVENUE OF THE STARS,
SUITE 1600
LOS ANGELES, CA 90067
310-228-3713

Item                  Price  Qty     Total
------------------------------------------
SHAKESPEARE MEMO     25.00    1      25.00
PIATNIK 7070
.000028895
SHIPPING 3 DAY       11.95    1      11.95
SHIPPING SHIP 3 DAY SELECT
.0005899
------------------------------------------
                    Total Units          2

                       Subtotal      36.95
                          Total      36.95
/8/06 11:52:35 AM   Mastrcd11        36.95




roceeds from this purchase help support
he programs and mission of
he New York Public Library.

ETURNS AND EXCHANGES:
f you are not completely satisfied
ith an item you purchased, please
eturn it within 30 days along with
our receipt and in the original
acking materials if possible.
eturned items must be in saleable
ondition. We will be happy to provide
```

EXHIBIT
B.106r

ın exchange or refund as you wish.
›lease note that we cannot refund
;hipping or gift-wrapping charges.

;hip items, insured, to:

:he Library Shop
.1 West 40th Street, Room 67
Iew York, New York 10018
ıttn: Returns

:eturns beyond 30 days, or without a
:eceipt, will be given store credit
›nly.

;ift receipts will receive store credit
›r refund to original purchaser.

:redit card sales will be returned to
›urchaser`s credit card.

'urchases paid by check will be credited
›y check. Please allow at least two
'eeks for processing.

'urchases paid by gift certificate will
›e given store credit only.

ales of earrings, sale items, engraved
tems and special orders are final.



EXHIBIT
B.106r

Information
Index
Email
View Basket
Search

Home
Calendar Collection
Gifts & Diversions
New York City Books & Gifts
Office & Home
Paper & Pens
Clothing & Accessories
Books
Shop around the Library
Jewelry
NYPL Kids
Writers Gift Collection
Readers Gift Collection
CDs & Tapes
Gift Certificates
Corporate Gifts
Games & Fun
Artist & Designer Directory
Receive our e-mailings!
Site Directory

THE LIBRARY SHOP
AT THE NEW YORK PUBLIC LIBRARY




## Shakespeare Memory Game: fun and information

**Shakespeare Memory Game** 7070 $25.00 Order

Learn about Shakespeare and improve your memory at the same time: the Shakespeare Memory Game has a set of attractive and informative cards to match up with their mates -- if you can remember where you saw them.

The Shakespeare Memory Game, 72 illustrated cardboard cards in a storage box; suitable for adults and older children.

back to Shakespeare | back to Gifts | back to Games & Puzzles | Library Shop Home

**EXHIBIT B.106w**