
Judy/Instructo
Blending Buddies
Memory Match
Grades K-3
PRICE
3.99
I like to eat
green __apes.
gr
EXHIBIT
B.107
phonics
40 Playing Cards
For 2 to 4 players

# Blending Buddies Memory Match

(For Two to Six Players)

**Contents:** 20 blends cards and 20 sentence cards

**Objective:** To complete words in sentences by finding the cards that contain the missing blends

**How to Play:**

1. Shuffle the sentence cards. Then have each player select three cards from the deck and place them faceup in front of him or her. Set the rest of the sentence cards aside.

2. Spread the blends cards facedown on a table or on the floor.

3. Players take turns picking up a blends card and naming the blend. If a card displays a blend that fits the incomplete word on the player's sentence card, he or she keeps the card, reads the sentence, and takes another turn. If not, the player places the card facedown in its original position and the play moves on to the next person.

4. The game continues until a player has collected a blends card for each of his or her sentences.

**About the Author:**

Mary E. Dietz, a reading specialist in San Ramon, California, has worked with mentor teachers as a national consultant for more than 17 years in the areas of reading instruction and teacher leadership.

0 89863 42557 1

© 1998 Judy/Instructo
A Division of Frank Schaffer Publications, Inc.
23740 Hawthorne Boulevard
Torrance, CA 90505-5927

DEFENDANT'S EXHIBIT

EXHIBIT
B.107

**PACKING LIST**

BK's Schoolhouse educational supplies

**CONTACT:**
BK's Schoolhouse
P.O. Box 37
Bridal Veil, OR 97010
1-866-280-3167
(503) 766-3361 (fax)
bjknotts@bksschoolhouse.com
http://bksschoolhouse.com

**Ship To:** Chad Levy
**Company:** Sheppard Mullin
**Address:** 1901 Avenue of the Stars
**Address (line 2):** Suite 1600
**City:** Los Angeles
**State/Province:** CA
**ZIP Code:** 90067
**Phone:** 310 228 3713
**Order Number:** 2088
**Date:** 08/08/2006

**Bill To:** Chad Levy
**Company:**
**Address:**
**Address (line 2):**
**City:**
**State/Province:**
**ZIP Code:**
**Phone:** 310 228 3713

| Order Qty | Item # | Qty Ship | Description |
|---|---|---|---|
| 1 | j801300 | 0 | Language Arts Card Games: Compound Word Memory Match |
| 1 | j801304 | 0 | Action Words Memory Match - Card Games |
| 1 | j801306 | 1 | ✓ Homonyms Match - Card Games |
| 1 | j801303 | 1 | ✓ Blending Buddies Memory Match - Card Games |

All returns must be accompanied by a receipt. Returns must be made within 14 days of receipt of shipment.

**EXHIBIT B.107r**

Manufacturer Info

Mc Graw Hill | Judy Instructo

- More school supplies from: Judy Instructo

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to Blending Buddies Memory Match Card Game

Suzy's Zoo

Suzy's Zoo School Supplies

# Blending Buddies Memory Match Card Game

**[J-801303]**

**$3.79**

These bright, adorably illustrated card games are the perfect way to practice identifying blending buddies. Complete words in sentences by finding the cards that contain the missing blends. Children will love the cute images and will be excited to practice their reading and phonics skills. 40 Playing Cards. Grades 1-2.

**Brand:** McGraw-Hill Children's Publishing - Judy Instructo
**UPC:** 89863425571
**Grade:** Kindergarten - 3rd
**Item #** J-801303




***Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.**

**Availability: Backorder**

Related Categories:
Home » Teacher Resources
Home » Teacher Resources » Games
Home » Teacher Resources » Language Arts
Home » Games » Card Games
Home » Games » Matching Games
Home » Language Arts » Phonics

Customers who bought this product also purchased


Word Family Fun (Long Vowels) Card Game


Homonyms Memory Match Card Game


Sight Word Match Card Game


Compound Word Memory Match Card Game


Word Family Fun Card Game


Beginning Fractions Card Game

EXHIBIT B.107w

**Local & International Sites:** United States | United Kingdom & Ireland | Canada | New Zealand / Australia / Pacific Oceania Region | India

We Accept VISA AMEX PayPal & Purchase Orders

Browse the web faster. Get Firefox with Google Toolbar.

SECURED BY GeoTrust click to verify 28-Aug-06 09:01 GMT

TeachersParadise.com HOME | Safe Shopping Guarantee | Help Desk

All trademarks, copyrights & brands are the property of their respective owners.
Legal Notice © 2000-2006 TeachersParadise.com, Inc. All Rights Reserved
All Teacher Resources

EXHIBIT
B.107w