
Judy/Instructo
FLUENT READER
HOMONYMS
Grades 1-4
PRICE
9.99
Match
sun
son
Mrs. Lee and her ___ played outside.
The boy likes playing in the warm ___.
EXHIBIT
B.108
spelling
36 Playing Cards
For 2 to 6 players

# Homonyms Match

*(For Two to Six Players)*

**Contents:** 12 sentence cards, 24 word cards

**Objective:** To complete sentences by finding the cards that contain the missing pairs of homonyms

**How to Play:**

1. Shuffle the word cards and spread them facedown on a table or on the floor.

2. Each player chooses one or two sentence cards and lays them in front of him or her.

3. Players take turns picking up a word card and reading it aloud. If the word completes one of his or her sentences, the player keeps the card and takes another turn. If not, the player places the card facedown in its original position, and the play moves on to the next player.

4. The game continues until one player has collected all the cards for his or her sentences. That player then reads the sentences aloud to win the game.

**About the Author:**

Mary E. Dietz, a reading specialist in San Ramon, California, has worked with mentor teachers as a national consultant for more than 17 years in the areas of reading instruction and teacher leadership.

0 89863 42560 1

© 1998 Judy/Instructo

A Division of Frank Schaffer Publications, Inc.
23740 Hawthorne Boulevard
Torrance, CA 90505-5927

EXHIBIT
B.108

**PACKING LIST**

BK's Schoolhouse
educational supplies

**CONTACT:**
BK's Schoolhouse
P.O. Box 37
Bridal Veil, OR 97010
1-866-280-3167
(503) 766-3361 (fax)
bjknotts@bksschoolhouse.com
http://bksschoolhouse.com

**Ship To:** Chad Levy
**Company:** Sheppard Mullin
**Address:** 1901 Avenue of the Stars
**Address (line 2):** Suite 1600
**City:** Los Angeles
**State/Province:** CA
**ZIP Code:** 90067
**Phone:** 310 228 3713
**Order Number:** 2088
**Date:** 08/08/2006

**Bill To:** Chad Levy
**Company:**
**Address:**
**Address (line 2):**
**City:**
**State/Province:**
**ZIP Code:**
**Phone:** 310 228 3713

| Order Qty | Item # | Qty Ship | Description |
|---|---|---|---|
| 1 | j801300 | 0 | Language Arts Card Games: Compound Word Memory Match |
| 1 | j801304 | 0 | Action Words Memory Match - Card Games |
| 1 | j801306 | 1 | ✓ Homonyms Match - Card Games |
| 1 | j801303 | 1 | ✓ Blending Buddies Memory Match - Card Games |

All returns must be accompanied by a receipt. Returns must be made within 14 days of receipt of shipment.

EXHIBIT
B.108r

Manufacturer Info

Mc Graw Hill | Judy/Instructo

- More school supplies from: **Judy Instructo**

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to **Homonyms Memory Match Card Game**

Suzy's Zoo School Supplies

# Homonyms Memory Match Card Game

**$3.79**

**[J-801306]**

These bright, adorably illustrated card games are the perfect way to practice identifying homonyms. Complete sentences by finding the cards that contain the missing pairs of homonyms. Children will love the cute images and will be excited to practice their reading and phonics skills. 36 Playing Cards. Grades 1-2.

**Brand:** McGraw-Hill Children's Publishing - Judy Instructo
**UPC:** 89863425601
**Grade:** 1st - 2nd
**Item #** J-801306




***Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.**

**Availability:** **Backorder**

Related Categories:
**Home** » **Teacher Resources**
**Home** » **Teacher Resources** » **Games**
**Home** » **Teacher Resources** » **Language Arts**
**Home** » **Games** » **Card Games**
**Home** » **Games** » **Matching Games**
**Home** » **Language Arts** » **Phonics**

Customers who bought this product also purchased



Blending Buddies Memory Match Card Game



Beginning Fractions Card Game



Fishing for Silent e Words Card Game



Action Words Memory Match Card Game



Compound Word Memory Match Card Game



Word Family Fun (Long Vowels) Card Game

134

EXHIBIT B.108w