
BUGS
MATCH-UP
A Memory Card Game
For One or More Players
Ages 2 to 6
EXHIBIT
B.109




EXHIBIT
B.109

95002183

**2nd Day**

POWELLS.COM
2720 NW 29th Ave • Portland, Oregon 97210
(800) 291-9676 orders@powells.com

| | |
|---|---|
| Items | 1 |
| Date | 09-Aug-2006 |
| Order # | 5002183 |
| Item total | $3.99 |
| Shipping total | $6.95 |
| Total charges | $10.94 |
| Payment method | credit card ($10.94) |

Ship to:
Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
United States
3102283713

Bill to:
Chad Levy

**EXHIBIT**
**B.109r**

Items: 1 LLU4 CHECKED BY

E7-6f (1)

| | |
|---|---|
| ☐ 1@$3.99 | Bugs Match-Ups: A Memory Card Game (Match-Ups)<br>Price Stern Sloan Publishing (new,trade paper) |

The following items are not currently available and are NOT on backorder:

| | |
|---|---|
| *1@$6.97* | *Spin, Read & Play (Memory Match Game Books)*<br>*Innovative Kids (markdown new,miscellaneous)* |

Powells.com
Free Shipping on qualified orders of $50 or more!

**100% satisfaction is our goal.**
If you have received defective, damaged, or incorrectly shipped merchandise, please contact customer service and we will make arrangements for its return. If you are unhappy with your purchase for any reason, simply return the book in its original condition within two weeks of receipt, and we'll credit your account for the full amount of the title.

Returns should be directed to:
Powells.com
ATTN: Returns
2720 NW 29th Ave
Portland, OR 97210

# Bugs Match-Ups: A Memory Card Game




CHECK FOR AVAILABILITY

add to Wish List

**About This Book**

Comment on this title and you could win free books!

**ISBN:** 0843174455
All Product Details

**Available at:** What Our Readers Are Saying

Be the first to add a comment for a chance to win!

back to top

## Product Details

**ISBN:** 0843174455
**Subtitle:** A Memory Card Game
**Author:** Price Stern Sloan Publishing
**Author:** Price Stern Sloan Publishing
**Publisher:** Price Stern Sloan
**Subject:** Children's 4-8 - Games / Gamebooks
**Subject:** Animals - Insects Spiders etc.
**Subject:** Games & Activities - Card Games
**Series:** Match-Ups
**Publication Date:** September 1998
**Binding:** Paperback
**Language:** English
**Dimensions:** 5.54x3.27x.72 in. .22 lbs.
**Age Level:** 02-06

back to top

EXHIBIT
B.109w