
ODD•BODZ™
The Memory Matching Character Snatching Card Game
For 3-5 Players, Ages 6 and Up
G2
EXHIBIT
B.110




EXHIBIT
B.110

**Bardic Tales, Inc.**

**From:** <chadlevy
**To:** "Bardic Tales, Inc." <bardictalesinc@yahoo.com>
**Sent:** Monday, August 07, 2006 6:25 PM
**Subject:** Item #8758640727 - Notification of an Instant Payment Received from

[x] PayPal

Dear Bardic Tales, Inc.,

You have an Instant Payment of $12.65 USD from

View the details of this transaction online

## Payment Details

**Purchased From:** bardictalesinc

| Item # | Item Title | Quantity | Price | Subtotal |
|---|---|---|---|---|
| 8758640727 | **Odd Bodz Memory Matching Card Gam e** | 1 | $6.00 USD | $6.00 USD |

| | |
|---|---|
| Shipping & Handling via USPS Priority Mail to 900XX (includes any seller handling fees) | $6.65 USD |
| Shipping Insurance (optional): | -- |
| **Total:** | $12.65 USD |

## Shipping Information

**Address:** Chad Levy
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
United States

**Address Status:** Confirmed [x]

Thank You

Thank you for using PayPal!
The PayPal Team

EXHIBIT
B.110r

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**




See larger image and other views



Share your own customer images

## Odd Bodz Card Game

**Availability:** This item is currently not available.

Get it for less! Order it used

Have one to sell? Sell yours here

A9 A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**ASIN:** B0000663R9

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

EXHIBIT
B.110w

142

## Customer Discussions Beta (what's this?)

Help