


EXHIBIT

143

EXHIBIT
B.111

# NATURE MEMO

Suitable for 2-4 players, ages 4-8



EXHIBIT
B.111

# Real-Life Photos of Animals in a Concentration & Memory Ga[me]

**Dear parents,**
This memory game enriches children's vocabulary and knowledge, helps to develop their concentration and memory skills and teaches them the names of animals.
While playing this game, children get to know the animal kingdom. All the photos were take[n] in nature, so that the children learn to recognize the animals as they actually look.

## Before the Game

Place the game cards in pairs (2 identical cards in each pair), face up, in front of the chil[d]. A number appears on each card. Read the enclosed list of the names of the animals (with corresponding numbers) to the child.

## How to Play

1. Shuffle the cards and arrange them in rows in the center of the playing area, face dow[n].
2. Decide the order of play.
3. The first player turns over two playing cards. If the two cards match, the player takes the pair, sets them aside, and takes another turn. If the cards do not match, they are returned to their original places, face down. It is now the next player's turn, and so fort[h] and so on.

* Try to remember the place of the cards that were shown but returned because they didn't match.
The **winner** is the player who matches the greatest number of pairs.

**Aims**
1. To learn the names of animals.
2. To develop memory retention and concentration, while having fun playing a memory game.
3. To enrich vocabulary and knowledge.

**Contents**
54 large playing cards, 7cm x 7cm (2.75" x 2.75")

DEFENDANT'S EXHIBIT

## Animal Names

1. polar bear
2. Afri[illegible]
3. [illegible] elephants
4. [illegible]
5. Arabian horses – mare with foal
6. Burchell's zebra, with tickbird
7. bald eagle
8. snow leopard
9. [illegible]
10. [illegible]
11. grizzly bear
12. red squirrel scratching
13. Eastern [illegible]
14. rabbit
15. Patas monkey
16. [illegible]
17. [illegible]
18. [illegible]
19. Adelie penguin
20. tiger
21. queen angelfish
22. giant [illegible]
23. [illegible]
24. [illegible]
25. [illegible]
26. Holstein dairy [illegible]
27. [illegible] and gold [illegible]

CREATIVE

No. 2625

7 27565 02625 1

MADE IN ISRAEL

PLAYERS 2-4 | TIME ± 25' | AGES 4-8

Colors and accessories may differ from those shown on this package

© 1997 All rights reserved - Creative Toys Ltd.

# Store for Knowledge

# Packing Slip

| SHIP VIA | REF. NO. | DATE | ORDER NO. |
|---|---|---|---|
| Priority Mail-Us Postal Service (2-3 day a | 18399 | 8/7/2006 | 17382 |

**Sold To**

3102283713

**SHIP TO**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles CA 90067
United States

| SKU | Description | Ordered | Shipped |
|---|---|---|---|
| Cre-2625 | Nature Memo Memory Game | 1 | 1 |

**Thanks for your order!**

EXHIBIT
B.111r

StoreForKnowledge.com
It's All In Here...



Home Page | Specials | Clearance | What's New | My Account | My Basket | Policies | Purchase Orders

**Categories**

Dinosaurs
Science Kits Gadgets
Bugs Insects
Wildlife
Spy Toys
Space & Flight
Ocean Life
History & Geography
Geology
Optics
Robot Kits
Games & Brain Teasers
Magnets
Gardening
Baby & Toddler
Radio Control Toys
Music
Diecast Models
Teacher Supplies
Pretend Play
Lil' Girls
Outdoor
Building Toys
Art Supplies
Furniture & Decor
Books & Videos

**Featured Products**



Ant Works Kit NASA Gel
Your Price 19.95

**Estimate Shipping**

Nature Memo Memory Game
Zip Code GO

Orders Shipped within 24 Hours
Click for Details

Join Now

$6.95 Flat Rate Priority Mail Shipping!
Order All You Want & Pay Only $6.95
UNITED STATES POSTAL SERVICE

ALL ORDERS SHIPPED WITHIN 24 HOURS

FREE Ground Shipp
Orders Over $9
FedEx



Nature Memo Mem Game

**SKU:** Cre-2625
**PRICE:** 14.95

IN STOCK.

**Nature Memo Memory Game Description**

Nature Memo Real-Life photos of animals in a concentration and memory game. Aim: to learn the names of animals devlelop memory retention and concentration, while having fun playing a memory game. To enrich vocabulary and knowledge. Contents: 54 large playing cards, 7cm x 7cm (2.75" x 2.75") Players 2 - 4 Ages: 4-8

**Choose Options**

**Quantity:** 1

Wish List | Buy Now

Email To Friend

EXHIBIT
B.111w

146