LEGO educational
early learning

ages 4+
2 to 4 players

3 ways to play

1 picture match

2 letter match

3 number match

Incluye instrucciones en español




147

EXHIBIT B.112

LEGO educational
early learning

# Make a Match

## 3 Ways To Play!

The Make a Match game is a fun, play-it-again way for young players to learn basic matching skills with pictures, letters, and numbers. Featuring LEGO Duplo bricks, players build memory and recognition skills as they search for matches. Remember where your match is and win the brick.

**Includes: 12 LEGO® Duplo® Bricks**

no. 31526




EXHIBIT B.112

**had Levy**

**om:** MidwayDeals.com [specials@midwaydeals.com]
**nt:** Monday, August 07, 2006 2:48 PM
**:** Chad Levy
**bject:** Your Order, 831 at MidwayDeals.com

```
**************
dwayDeals.com
**************

: Chad Levy
der ID: 831
te/Time: 17:47:46 Mon 07 Aug 2006

ur order has been received and paid for via online credit-card payment. Please print out this
ge for your own record. Your order is being processed and you will receive another email once
ur order has shipped.

ank you,

n
dwayDeals.com
tp://midwaydeals.com
ilto: {info@midwaydeals.com}

---------------------------------------------------
ems Ordered:
---------------------------------------------------

 1 X LEGO Make A Match Memory Matching Game (31526) @ $5.99 = $5.99


btotal: $ 10.99
ipping: $ 5.00
x: $ 0.00
tal Price: $ 10.99

ipment Method: UPS Ground/USPS Priority Mail  (Continental US Only)

---------------------------------------------------
ipping details:
---------------------------------------------------
me        : Chad Levy
ail       : clevy@sheppardmullin.com
mpany     : Sheppard Mullin
dress1    : 1901 Avenue of the Stars
dress2    : Suite 1600
ty        : Los Angeles
ate       : California
p code    : 90067
untry     : United States
lephone   : 310-228-3713

---------------------------------------------------
lling Details:
---------------------------------------------------
me        : Chad Levy
ail       : clevy@sheppardmullin.com
mpany     :
dress 1   :
dress 2   :
ty        :
ate       :
```

**EXHIBIT B.112r**

stcode :
intry :
lephone :

EXHIBIT
B.112r

# Midway Deals

REGISTER | LOGIN | TRACK ORDER | CONTACT US | ADVANCED SEARCH | WHOLESALE

PRODUCT SEARCH
ENTER KEYWORD

HOME | SHOPPING CART | MY ACCOUNT | WISH LIST

FEATURED

Rainbow Brite Doll

Barney Sing-Along Songs

123 Sesame Street Smile For Elmo

Charlie And The Chocolate Factory Board Game

TERMINALS

FOR THE HOME

BABY

MUSIC

MOVIES & GAMES

TOYS

CLOTHING

ELECTRONICS/OFFICE

HEALTH & BEAUTY

WATCHES/JEWELRY

SEASONAL

COLLECTIBLES

GIFTS FOR GIRLS

GIFTS FOR BOYS

GIFTS FOR WOMEN

GIFTS FOR MEN

LOST LUGGAGE

>MOVIES & GAMES

## LEGO Make A Match Memory Matching Game




click to see larger image

**Name:** LEGO Make A Match Memory Matching Game

**Your Price:** $5.99

**P/N:** 31526

**Status:** In Stock

Add To Shopping Cart

The make a match game is a fun, play-it-again way for young players to learn basic matching skills with pictures, letters, and numbers. Featuring LEGO duplo bricks, players build memory and recognition skills as they search for matches. Remember where your match is and win the brick.

List Price $12.99

Add To Shopping Cart | Save To Wish List

in cart — You have 0 item(s). Total: $0.00

100% SAFE SHOPPING

See Our Security Policy

QUESTIONS

Visit Customer Service

PRIVACY POLICY

Read Our Privacy Policy

INFORMATION

About Our Store Headquarters

FREE NEWSLETTER
ENTER YOUR E-MAIL

We Accept:

All rights reserved. Copyright MidwayDeals.com 2006.

EXHIBIT
B.112w