
Barbie
Number Match
Learning Game Cards
4 bugs
EXHIBIT
B.113




EXHIBIT
B.113

PayPal®

## Packing Slip

**Ship To:** Chad Levy

**Address:** Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
United States

**Email:**

**eBay ID:**

**Ship From:** Simply Flattering
http://simplyflattering.com

**Address:** Simply Flattering
696 E. 135th St.
Glenpool, OK 74033
United States

**Email:** pele2005@msn.com

**eBay ID:** simplyflatteringcom

**Transaction ID:** 48X20101C85718513

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 6063577667 | [illegible] GAME [illegible] | 1 | $2.99 USD | $2.99 USD |

Subtotal: $2.99 USD
Shipping & Handling: $4.55 USD
Shipping Insurance: $0.00 USD
**Total:** $7.54 USD
This is not a bill.

**Note:** Thanks for paying with PayPal - the safe way to pay online. It was a pleasure doing business with you.

Thanks Again For Your Purchase!!!

I just wanted to take a minute to see if you are happy with your purchase? If there are no problems, **Please take a moment to leave feedback** so I will know that the package has arrived and everything is great.

If there is a problem please take a moment to e-mail me through eBay so we can work on a solution.

Looking forward to hearing from you!
BABMT / Simple Flattering

EXHIBIT
B.113r

msn Shopping



## BARBIE NUMBER MATCH LEARNING GAME CARDS NEW IN BOX

[redacted] [redacted] Reviews & ratings

BARBIE NUMBER MATCH LEARNING GAME CARDS Barbie Number Match Learning Game Card: teach basic number concepts in a fun memory game! The object of this game is to find the card that h: the same number of objects and its matching numerical card. Look for these other Barbie Learning Ga Cards in my Store: Telling Time Shapes Colors Addition Counting Please see my... More

### Rate this item

Drag your mouse across the stars to select a rating from 1 to 5 stars, and then click to save it. To avoi duplicate ratings, we will ask you to sign in to MSN Shopping with your Microsoft Passport Network credentials (e-mail address and password).

### Reviews

Write revie

EXHIBIT B.113w