
NET
EXHIBIT
B.114
Mary
Memory
Card Game
Includes 40 beautiful images of Mary and directions
to play "Mary Memory" and "Go to the Grotto!"




EXHIBIT
B.114

**Chad Levy**

**From:** marianland.com Catholic Books, Videos, Music [marianland@earthlink.net]
**Sent:** Monday, August 07, 2006 4:09 PM
**To:** Chad Levy
**Subject:** Thank you for your order.
**Follow Up Flag:** Follow up
**Flag Status:** Red

Thank you for your order.
Your order will be processed as soon as possible.
You will receive confirmation receipt invoice by E-mail sometime today
with all transaction details as soon as we check all data received.
Your patience is appreciated.
God Bless you!

Marianland
marianland.com
Largest Catholic Marian Pro-Life Resource Web Site.
Catholic Books, Videos, DVDs, Music, Software, Statues, Church Supplies and other Christian Material.
http://www.marianland.com/

Two new best DVDs on Padre Pio and Sr. Faustina:
http://www.marianland.com/pious001.html

Free MP3 Music Downloads and Albums of Rafael Brom:
http://www.marianland.com/music14.html

On Aug 7, 2006, at 5:56 PM

First_Name = Chad
Last_Name = Levy

Items_Description = Mary Memory Card Game
Catholic Card Game for Children

Shipping Address:

Chad Levy
Sheppard Mullin

**EXHIBIT**
**B.114r**

1902 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
submit = Submit
REMOTE_HOST: 12.146.203.100



EXHIBIT
B.114r




# Mary Memory Card Game

## Catholic Card Game for Children

This game features beautiful full-color images of Mary from many cultures and time periods, ranging from the classic Pieta and Our Lady of Guadalupe to a seven year old's Mary Visits Elizabeth. Also includes directions to play Go to the Grotto!, our version of Go Fish. The 40 playing cards plus directions come in a sturdy clear plastic box for easy storage.

Price: $7.95
**Order Here**

THE BOOK OF DESTINY By Fr. H.B. Kramer
CATHOLIC PROPHECY THE COMING CHASTISEMENT By Yves Dupont
FORTY DREAMS OF ST. JOHN BOSCO By St. John Bosco
HISTORY OF ANTICHRIST By Fr. P. Huchede
LIFE OF ANNE CATHERINE EMMERICH By V. Rev. C. E. Schmoeger, C.SS.R.
THE PROPHECIES OF ST. MALACHY
PROPHECY FOR TODAY By Edward Connor (compiler)
THE PROPHETS AND OUR TIMES By Fr. R. Gerald Culleton
THE REIGN OF ANTICHRIST By Fr. R. Gerald Culleton
Divine Mercy and Sr. Faustina (Videos and Books)
Padre Pio (Videos)
Medjugorje - The Queen of Peace (Videos, Books and Audio Tapes)
Prophecy of The Third Secret of Fatima
The Kingdom of the Bride

EXHIBIT
B.114w