


EXHIBIT
B.115

This product conforms to safety requirements of ASTM F963 and EN71.

SUITABLE FOR CHILDREN AGED 36 MONTHS AND UP
RECOMENDADO PARA NIÑOS DE 36 MESES EN ADELANTE

# Fun With Memory

## An exciting 30 pair matching game



**Educational Benefits**
Beneficios Educativos

**THINKING / LEARNING**
Pensamiento Y Aprendizaje

- **Develops problem solving skills**
- Habilita para solucionar problemas

**LISTENING / VISUAL**
Capacidad Auditiva Y Visual

- **Develops visual discrimination skills**
- Desarrolla la habilidad visual

THE LEARNING JOURNEY

The Learning Journey International, L.L.C. 4727 E. Union Hills Dr., Ste. 300, Phoenix, AZ 85050, USA. Made in Indonesia. Please retain this information for future reference. ©The Learning Journey International L.L.C. All rights reserved. The Learning Journey and The Learning Journey characters are registered trademarks. For more information on our exciting line of high quality educational products, please see us at: http://www.thelearningjourney.com

6 57092 53272 0



EXHIBIT B.115

DATE: 08/08/2006 P A C K I N G L I S T PAGE: 1
TIME: 14:50:34 TEACHERSPARADISE.COM PROGRAM: WHP439

ack List Number: 0582373011

SHIPPED BY JENNIFER

hipper: TEACHERSPARADISE.COM
13800 SW 8TH STREET #478
MIAMI, FL 33184
(786) 522-3698

Consignee: 00050147
Sheppard Mullin
1901 AVENUE OF THE STARS STE 1600
LOS ANGELES, CA 90067

BX

ick Cntl: B48110 Stage: PS01 Ship Via: FEDEX GROUND

hecked By: [signature] Ship Date:

iscellaneous--
Chad Levy

) Id: 01-0582373011 Customer PO: 1506168

| ine | Product Nbr/Description | OW | UM | Ordered | Shipped | Back Ordered | |
|---|---|---|---|---|---|---|---|
| 1 | FS-2203 MEMORY MATCH DINOSAURS AGES 3-7 | ER | EA | 1 | 1 | 0 | H5428H |
| 2 | CTU5219 MATH MEMORY | ER | EA | 1 | 1 | 0 | H4601A |
| 3 | FS-2201 MEMORY MATCH COLORS & SHAPES AGES 3-7 | ER | EA | 1 | 1 | 0 | F18403B |
| 4 | FS-2202 MEMORY MATCH ANIMALS AGES 3-7 | ER | EA | 1 | 1 | 0 | H4732B |
| 5 | LJ-532720 FUN WITH MEMORY GAME | ER | EA | 1 | 1 | 0 | 01124B |

CENSE PLATES:
00800801 60

NTAINER IDS: 9000800801

***LAST***

ZJONIKKA

9000800801

EXHIBIT
B.115r

teachers paradise.com

Your Basket | Checkout

My Account | Help

HOME | Arts & Crafts | A/V Equipment | Office Supplies | Sports Equipment | Teacher Resources | POSTERSDOT.COM | COUPONS, SALES & JOBS

Free Teacher Resources | Associates Program $$$ | Gift Certificates | Redeem Gift Certificate | Free Encyclopedia

powered by Google SEARCH GO

Search

Home > Teacher Resources > Fun With Memory Game

My Account | Basket Contents | Checkout

Manufacturer Info

THE LEARNING JOURNEY INTERNATIONAL

- More school supplies from: **The Learning Journey**

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to **Fun With Memory Game**

GARFIELD
Garfield School Supplies

# Fun With Memory Game

**[LJ-532720]**

**$10.77**

English/Spanish Language
This fun memory game will challenge problem solving and develop memory skills of young children as they try to find a pair of matching cards. Bright, colorful illustrations of the Adventure Team characters participating in various activities also encourage discussions between parent and child. A great family game for all ages. Includes 30 matching pairs. Recommended for ages three and up. Bilingual English and Spanish packaging.



**Brand:** The Learning Journey
**Item #** LJ-532720

***Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.**

**Availability:** ✔ **In Stock** Usually ships within 1-3 business days

Add to Basket

Related Categories:
**Home** » **Teacher Resources**
**Home** » **Teacher Resources** » **Bilingual Education**
**Home** » **Teacher Resources** » **Games**
**Home** » **Bilingual Education** » **Spanish**
**Home** » **Games** » **Card Games**
**Home** » **Games** » **Matching Games**
**Home** » **New School Supply Items**

Customers who bought this product also purchased




Animals Memory Match




Dinosaurs Memory Match



Math Memory




Colors & Shapes Memory Match

EXHIBIT B.115w