


EXHIBIT
B.117

# MEMORY MATCH

## dinosaur

### Memory Match for Fun and Learning

This colorful card game will help children improve their concentration and memory skills as well as teach them about dinosaurs and other prehistoric animals.

### Directions for Playing Memory Match

Directions for playing Memory Match are printed on the inside of the box lid.

### Building Skills with Memory Match Cards

- After the children complete the activities described in the directions. help them read the animal's name printed on each card.
- Then have the children draw pairs of pictures of their favorite dinosaurs.
- Let the children play another game of Memory Match using their own pictures.
- Read a book about dinosaurs to the children.

**Contents**

48 Memory Match Cards




FS-2203 Dinosaur Memory Match

0 17257 02203 7

Copyright © 1997
Frank Schaffer Publications
All rights reserved—Printed in the U.S.A.
23740 Hawthorne Blvd.
Torrance, CA 90505

EXHIBIT B.117

DATE: 08/08/2006 P A C K I N G L I S T PAGE: 1
TIME: 14:50:34 TEACHERSPARADISE.COM PROGRAM: WHP439

ack List Number: 0582373011

SHIPPED BY JENNIFER

hipper: TEACHERSPARADISE.COM
13800 SW 8TH STREET #478
MIAMI, FL 33184
(786) 522-3698

BX

Consignee: 00050147
Sheppard Mullin
1901 AVENUE OF THE STARS STE 1600
LOS ANGELES, CA 90067

ick Cntl: B48110 Stage: PS01 Ship Via: FEDEX GROUND

hecked By: Sba Ship Date:

iscellaneous--
Chad Levy

) Id: 01-0582373011 Customer PO: 1506168

| ine | Product Nbr/Description | OW | UM | Ordered | Shipped | Back Ordered |
|---|---|---|---|---|---|---|
| 1 | FS-2203 MEMORY MATCH DINOSAURS AGES 3-7 | ER | EA | 1 | 1 | 0 H5428H |
| 2 | CTU5219 MATH MEMORY | ER | EA | 1 | 1 | 0 H4601A |
| 3 | FS-2201 MEMORY MATCH COLORS & SHAPES AGES 3-7 | ER | EA | 1 | 1 | 0 F18403B |
| 4 | FS-2202 MEMORY MATCH ANIMALS AGES 3-7 | ER | EA | 1 | 1 | 0 H4732B |
| 5 | LJ-532720 FUN WITH MEMORY GAME | ER | EA | 1 | 1 | 0 01124B |

:CENSE PLATES:
)00800801 60

)NTAINER IDS: 9000800801

***LAST***

ZJONIKKA

9000800801

EXHIBIT
B.117r

teachers paradise.com

Your Basket | Checkout

My Account | Help

HOME | Arts & Crafts | A/V Equipment | Office Supplies | Sports Equipment | Teacher Resources | POSTERSDOT.COM | COUPONS, SALES & JOBS

Free Teacher Resources | Associates Program $$$ | Gift Certificates | Redeem Gift Certificate | Free Encyclopedia

powered by Google SEARCH GO

Search

Home > Teacher Resources > Dinosaurs Memory Match

My Account | Basket Contents | Checkout

Manufacturer Info

McGraw Hill

- More school supplies from: **Frank Schaffer Publications**

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to **Dinosaurs Memory Match**

Suzy's Zoo

Suzy's Zoo School Supplies

# Dinosaurs Memory Match

**[FS-2203]**

**$9.79**

We've redesigned our Lotto, Learning Step, Memory Match, and Bingo Game boxes just in time for you to restock your shelves! They're all still the same great games, but with updated packaging to take you into the next millennium!

**Brand:** McGraw-Hill Children's Publishing - Frank Schaffer Publications
**UPC:** 17257022037
**Grade:** Preschool - 2nd
**Item #** FS-2203




*Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.

**Availability:** **In Stock** Usually ships within 1-3 business days

Add to Basket

Related Categories:

**Home** » **Teacher Resources**
**Home** » **Teacher Resources** » **Games**
**Home** » **Teacher Resources** » **Language Arts**
**Home** » **Teacher Resources** » **Science**
**Home** » **Games** » **Bingo**
**Home** » **Games** » **Lotto**
**Home** » **Games** » **Matching Games**
**Home** » **Language Arts** » **Bingo**
**Home** » **Science** » **Dinosaurs**

Customers who bought this product also purchased


Colors & Shapes Memory Match


In the Tree Storyboard


Smile! Its The First Thing (13" X 19")


Classic Accents Friendly Dinosaurs (36/Pk 5-1/2")


Mini Incentive Charts Positive Word 36/Pk 5" X 6"


Pattern Block Stamps

EXHIBIT B.117w