
colors and shapes
MEMORY MATCH
48 colorful 3" x 3" cards
improves concentration and memory skills
Frank Schaffer Publications
173
one or more players
EXHIBIT
B.118
ages 3 and up

# MEMORY MATCH

## colors & shapes

### Memory Match for Fun and Learning

This colorful card game will help children improve their concentration and memory skills as well as teach them colors and shapes.

### Directions for Playing Memory Match

Directions for playing Memory Match are printed on the inside of the box lid.

**Contents**

48 Memory Match Cards

### Building Skills with Memory Match Cards

- After the children complete the activities described in the directions, have them name the colors and shapes represented on the cards.
- Then have the children draw pairs of pictures that have the same colors and shapes.
- Let the children play another game of Memory Match using their own pictures.
- Challenge the children to find real objects that are colored or shaped like the objects pictured on the game cards.



**Frank Schaffer Publications**

ISBN 0-7682-1215-4

0 17257 02201 3

FS2201 Colors & Shapes Memory Match
Published by Frank Schaffer Publications
3195 Wilson Drive NW • Grand Rapids, Michigan 49534
© 1997 School Specialty Publishing
All rights reserved • Printed in China
Visit our Web site at ***www.FrankSchaffer.com***

EXHIBIT
B.118

DATE: 08/08/2006 P A C K I N G L I S T PAGE: 1
TIME: 14:50:34 TEACHERSPARADISE.COM PROGRAM: WHP439

ack List Number: 0582373011

SHIPPED BY
JENNIFER

hipper: TEACHERSPARADISE.COM
13800 SW 8TH STREET #478
MIAMI, FL 33184
(786) 522-3698

Consignee: 00050147
Sheppard Mullin
1901 AVENUE OF THE STARS STE 1600
LOS ANGELES, CA 90067

BX

ick Cntl: B48110 Stage: PS01 Ship Via: FEDEX GROUND

necked By: Sba Ship Date:

iscellaneous--
Chad Levy

) Id: 01-0582373011 Customer PO: 1506168

| ine | Product Nbr/Description | OW | UM | Ordered | Shipped | Back Ordered | |
|---|---|---|---|---|---|---|---|
| 1 | FS-2203 MEMORY MATCH DINOSAURS AGES 3-7 | ER | EA | 1 | 1 | 0 | H5428H |
| 2 | CTU5219 MATH MEMORY | ER | EA | 1 | 1 | 0 | H4601A |
| 3 | FS-2201 MEMORY MATCH COLORS & SHAPES AGES 3-7 | ER | EA | 1 | 1 | 0 | F18403B |
| 4 | FS-2202 MEMORY MATCH ANIMALS AGES 3-7 | ER | EA | 1 | 1 | 0 | H4732B |
| 5 | LJ-532720 FUN WITH MEMORY GAME | ER | EA | 1 | 1 | 0 | 01124B |

:CENSE PLATES:
)00800801 60

)NTAINER IDS: 9000800801

***LAST***

ZJONIKKA

9000800801

EXHIBIT
B.118r

teachers paradise.com

Your Basket | Checkout

My Account | Help

HOME | Arts & Crafts | A/V Equipment | Office Supplies | Sports Equipment | Teacher Resources | POSTERSDOT.COM | COUPONS, SALES & JOBS

Free Teacher Resources | Associates Program $$$ | Gift Certificates | Redeem Gift Certificate | Free Encyclopedia

powered by Google SEARCH GO

Search

Home > Teacher Resources > Colors & Shapes Memory Match

My Account | Basket Contents | Checkout

Manufacturer Info

- More school supplies from: **Frank Schaffer Publications**

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to **Colors & Shapes Memory Match**

Garfield School Supplies

# Colors & Shapes Memory Match

**[FS-2201]**

**$9.79**

Children will enjoy this colorfully illustrated game that helps improve concentration, visual memory, and discrimination skills. Children place a group of cards face down, then one by one turn them over, trying to match the correct cards. It will bring hours of learning fun! Each game includes 48 full-color 3" x 3" cards that are printed on extra-thick, durable stock for years of use. For ages 3 to 7.




***Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.**

**Brand:** McGraw-Hill Children's Publishing - Frank Schaffer Publications
**UPC:** 17257022013
**Grade:** Preschool - 2nd
**Item #** FS-2201

**Availability:** **In Stock** Usually ships within 1-3 business days

Add to Basket

Related Categories:
Home » Teacher Resources
Home » Teacher Resources » Early Childhood
Home » Teacher Resources » Games
Home » Early Childhood » Colors
Home » Early Childhood » Colors & Shapes
Home » Games » Matching Games

Customers who bought this product also purchased


3-Piece Matching Puzzle - Alphabet


Dinosaurs Memory Match


In the Tree Storyboard


School Tools (12" X 17")


Pocket Flash Cards Color & Shapes (3" X 5" 56 Two-Sided Cards)


Alphabet: Dot-to-Dot Be Smart

176

EXHIBIT B.118w