


177

EXHIBIT
B.119

MATH memory



178

EXHIBIT B.119

# A Game of Concentration to Build Math Skills

Desi[illegible] 2-4 [illegible] age[illegible]

## Aims:

1. To become familiar with the numbers and practice arithmetic: addition, subtraction, multiplication and division.
2. To Solve arithmetic problems while having fun, in a self-testing memory game.
3. To Improve memory skills and concentration.

## Contents:

- 70 "problem" game cards, 5cm x 5cm (1.96" x 1.96")
- 70 "answer" game cards, 5cm x 5cm (1.96" x 1.96")

## How to Play:

1. Before the game starts, decide which game cards will be used, according to the age an[d] knowledge of the players. (There are cards with addition, subtraction, multiplication an[d] division problems. You may use all together or each set separately.)
2. For every problem card there is one correct answer card. Use the answer cards that correspond to the problem cards you have chosen. There are 19 answer cards for additi[on] problems, 19 answer cards for subtraction problems, 18 answer cards for multiplication problems and 14 answer cards for division problems.
3. Shuffle the game cards you have decided to use (problems and answers together) and place them in rows in the center, face-down.
   **Note:** The Creative Toys logo appears on the back of the answer cards.
4. Decide the order of play.
5. The first player picks up a problem card, reads it aloud, solves the problem and places t[he] card face-up in its place. He/she then turns over an answer card and checks whether t[he] answer on the card is right for the problem. For instance: if the problem card says: 2+3 and the answer card says 5, the cards match.
   **Note:** On every answer card, the answer appears in the center with all the problems th[at] match around it. For instance, on the answer card '5,' we see the problems: 2+3, 9-4, 1x5, 10:2.
6. If the cards match, the player places them to his/her right.
   If the two cards turned over do not match, the player returns them to their original place, face-down.
7. It is now the next player's turn.

**Remember:** In every turn, the player is allowed to turn over one problem card and one answer card. Try to remember the location of cards that are returned to their place.

The **winner** is the player who matches the most pairs of cards.

CREATIVE

7 27565 05219 9

CE

MADE IN ISRAEL

PLAYERS TIME AGES

2-4 ± 30' 6-9

DATE: 08/08/2006 P A C K I N G L I S T PAGE: 1
TIME: 14:50:34 TEACHERSPARADISE.COM PROGRAM: WHP439

ack List Number: 0582373011

SHIPPED BY
JENNIFER

hipper:
TEACHERSPARADISE.COM
13800 SW 8TH STREET #478
MIAMI, FL 33184
(786) 522-3698

1Bx

Consignee: 00050147
Sheppard Mullin
1901 AVENUE OF THE STARS STE 1600
LOS ANGELES, CA 90067

ick Cntl: B48110 Stage: PS01 Ship Via: FEDEX GROUND

hecked By: Aba Ship Date:

iscellaneous--
Chad Levy

O Id: 01-0582373011 Customer PO: 1506168

| ine | Product Nbr/Description | OW | UM | Ordered | Shipped | Back Ordered |
|---|---|---|---|---|---|---|
| 1 | FS-2203<br>MEMORY MATCH DINOSAURS<br>AGES 3-7 | ER | EA | 1 | 1 | 0<br>H5428H |
| 2 | CTU5219<br>MATH MEMORY | ER | EA | 1 | 1 | 0<br>H4601A |
| 3 | FS-2201<br>MEMORY MATCH COLORS & SHAPES<br>AGES 3-7 | ER | EA | 1 | 1 | 0<br>F18403B |
| 4 | FS-2202<br>MEMORY MATCH ANIMALS<br>AGES 3-7 | ER | EA | 1 | 1 | 0<br>H4732B |
| 5 | LJ-532720<br>FUN WITH MEMORY GAME | ER | EA | 1 | 1 | 0<br>01124B |

[CENSE PLATES:
)00800801 60

)NTAINER IDS: 9000800801

***LAST***

ZJONIKKA

9000800801

EXHIBIT
B.119r

teachers paradise.com

Your Basket | Checkout

My Account | Help

HOME | Arts & Crafts | A/V Equipment | Office Supplies | Sports Equipment | Teacher Resources | POSTERSDOT.COM | COUPONS, SALES & JOBS

Free Teacher Resources | Associates Program $$$ | Gift Certificates | Redeem Gift Certificate | Free Encyclopedia

powered by Google SEARCH GO Search

Home > Teacher Resources > Math Memory

My Account | Basket Contents | Checkout

Manufacturer Info

CREATIVE TOYS USA Education & Imagination

- More school supplies from: **Creative Toys USA**

Tell A Friend

Tell someone you know about this product.

Shopping Cart

0 items

Notifications

Notify me of updates to **Math Memory**

Harry Potter School Supplies

# Math Memory

**[CTU5219]**

**$14.65**




***Note - Displayed image may contain watermark. TeachersParadise.com's watermark is not on the item itself.**

Build and reinforce basic math skills while improving memory and concentration! Played similarly to the classic game of concentration, this game is a great alternative to flash cards. For every problem card there is a corresponding answer card. You may use all operations together or separate them depending on ability. 2-4 players. Ages 6-9.

70 Problem Game Cards, 70 Answer Game Cards

A quick paced game of concentration that kids can't resist! A new twist to the old flash cards.

To become familiar with numbers and practice arithmetic: addition, subtraction, multiplication and division while improving memory skills and concentration.

Age Level: 6-9

Grade Level: 1-4

**Brand:** Creative Toys USA
**UPC:** 727565052199
**Item #** CTU5219

**Availability**: **In Stock** Usually ships within 1-3 business days

Add to Basket

Related Categories:
**Home** » **Teacher Resources**
**Home** » **Teacher Resources** » **Games**
**Home** » **Teacher Resources** » **Math**
**Home** » **Games** » **Card Games**
**Home** » **Math** » **Basic Skill Review**
**Home** » **Math** » **Flash Cards**
**Home** » **Math** » **Games & Activities**

Customers who bought this product also purchased

EXHIBIT B.119w