


EXHIBIT B.122

186






EXHIBIT
B.122

G5080

# MEMO

## PARTS LIST




## INSTRUCTION







EXHIBIT
B.122



## RULE :

Each player takes a turn and lifts off two disks revaling pictures underneath. If the pictures make a pair, the player can remove the disks and keep them. If two pictures do not match, then the disks are replaced, and the players try to remember the location of the pictures. The object of the game is to match the pictures and collect the most number of disks. This game helps develop perceptual as well as motor and memory skills. Substitute other

188

© 2002 Guidecraft USA
Englewood, NJ 07631
(800)524-3555

Page: 1

GUIDECRAFT USA

# PACKING LIST

**ORDER NUMBER: 0003136**

55508 Hwy 19 West
PO Box U
Winthrop MN 55396
PH: 800-524-3555 FAX: 507-647-3254
**www.guidecraft.com**

SHIP DATE: 8/8/2006

SHIPPING NUMBER: 0002886
ORDER DATE: 8/8/2006
SALESPERSON: DS01

SOLD TO:
CUSTOMER NO: 0005086

Sensory Edge.com
13843 Milbank Street
Sherman Oaks, CA 91423

**SHIP TO:**
**Chad Levy**
**Sheppard Mullin**
**1901 Ave of the stars Ste 1600**
**Los Angeles, CA 90067**

**CUSTOMER P.O. 38819**

**SHIP VIA**

| EM NO. | DESCRIPTION | UNIT | ORDERED | SHIPPED | BACK ORD |
|---|---|---|---|---|---|
| 5080 | Memos | EACH | 1 | 1 | 0 |
| S | Drop Ship Charge | EACH | 1 | 1 | 0 |

**EXHIBIT**
**B.122r**

TRACKING # 1Z56910E0300020340;

**Thank you for your Order. We appreciate your business.**

GUIDECRAFT USA
Creators of Fine Educational Toys & Furnishings

"I loved Guidecraft toys so much, I'm still playing with them."
Jason L. Fein
President



- Home
- About
- Catalog
- Contact
- Image Vault
- Assembly Instructions
- Where To Buy
- FAQ

MEMOS Search

You searched for:
***MEMOS***

**Results**

- **Memos (*G5080*)**



Each player takes a turn and lifts off two covers to reveal 10 matching insert pairs. If it's a match take the disks, collect the most, and win! Offers multiple level play. Use supplied wooden discs or substitute other small objects for extended play and learning opportunities. Instructions included. Material: Hardwood.(5080)

**$20.00**

Buy Now View Details

- New 2006
- Kids Furniture
  - Art
  - Discovery
  - Wooden Vehicles
- Sensory Games
- Toy Box/Chest
- Dramatic Play
- Award Winners
- Manipulatives
  - Block Play
    - School Products
  - Magneatos
- Rocking Chairs
  - Play Lofts
  - Bath Toys
    - Food & Nutrition
- Gross Motor
  - Puzzles

MEMOS
Search

EXHIBIT B.122w

190