
LEARNING RESOURCES®
Ages 2-
Mix & Match Doughnuts
Imaginative Play That Teaches
Matching Skills
Memory Skills
Hand-Eye Coordination
EXHIBIT B.123
191

LEARNING RESOURCES®

# Mix & Match Doughnuts



Mix and match colorful frosting toppings to these fun play doughnuts. Turn them all face down. Now pick two and see if the frostings match! Play alone or with friends.

***Teaches:***

- Matching Skills
- Memory Skills
- Hand-Eye Coordination

***Includes:***

- 12 play doughnuts (6 chocolate, 6 vanilla)
- 12 doughnut toppings (6 patterns, 2 each pattern)
- Play doughnut box for storage
- Instructions for doughnut matching game

***It's the smart way to play with your food!***

Ages 2+

Sma
Sna

*Wash thoroughly before use.*

EXHIBIT
B.123

ELGames.com / Next Generation Training, Inc.

804 Nebraska Ave.
Palm Harbor, FL 34683
**phone** 727-786-4850 **fax** 727-786-4785
**email** Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2006 | 24357 |

PAID

**Bill To**

Chad Levy

**Ship To**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GW0507 | Surprise Game | 9.95 | 9.95T |
| 1 | RAV21010 | Hide and Seek Memory Game | 12.99 | 12.99T |
| 1 | LER7205 | Mix and Match Doughnuts | 12.95 | 12.95T |
| 1 | Shipping | Shipping | 7.95 | 7.95 |
| | | Credit Card #:<br>Card Expiration:<br>Card Type:<br><br>E-Mail:clevy@sheppardmullin.com<br>Phone:310-228-3713 | | |
| | | | Subtotal | $43.84 |
| | | | Sales Tax (0.0%) | $0.00 |

**Thank You for shopping at www.EducationalLearningGames.com** **Total** **$43.84**

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp

**EXHIBIT B.123r**

EducationalLearningGames.com

Free Shipping over $75.00 In The Continental USA Only

THE FUN WAY TO LEARN!

no items in cart View Car

Home | Customer Service | Contact Us

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

Search

GO Advanced Search

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

Brain Teasers
Bible Games
Card Games
Drama/Music Games
Educational Toys
Family Games
Foreign Language
Geography Games
Government Games
History Games
Logic Games
Math Games
Magnetic Games
Mazes
Mensa Games
Money Games
Party Games
Phonics Games
Puzzles
Religious Games
Science Games
Sign Language
Spelling Games
Sport Games
Strategy Games
Time Games
Travel Games
Trivia Games
Wooden Games
Word Games

## Search Results

Searching for: **DOUGHNUTS** in Category: **All Categories**
**1** Records Returned **1** Records Displayed.
**TIP: You can click on a product image for more details and then use your browser's "Back" button to return to this page.**

---



**Product ID:** LER7205 **Category:** Educational Toys

Mix and Match Doughnuts

**Description:** Mix and Match Doughnuts Preschool Memory Game A tasty twist to a familiar memory game. Place all the doughnuts frosting side down, mix them up, and start searching for matching pairs.

**Price:** ~~$14.95~~
**Sale Price: $12.95**
*Savings: $2.00*

In Stock!

Quantity:

ADD TO CART

E-MAIL TO A FRIEND

---

View Shopping Cart
Check Out

EXHIBIT
B.123w

194