
Ravensburger
EXHIBIT
B.124
Hide & Seek
An on-the-move
memory game.
OPPENHEIM TOY PORTFOLIO
BEST
TOY
AWARD
GOLD SEAL
⚠ WARNING:
CHOKING HAZARD
Small parts. - Not for
children under 3 years.
© 2003 Ravensburger Spieleverlag
195




EXHIBIT
B.124

**ELGames.com / Next Generation Training, Inc.**

804 Nebraska Ave.
Palm Harbor, FL 34683
**phone** 727-786-4850 **fax** 727-786-4785
**email** Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2006 | 24357 |

PAID

**Bill To**

Chad Levy

**Ship To**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GW0507 | Surprise Game | 9.95 | 9.95T |
| 1 | RAV21010 | Hide and Seek Memory Game | 12.99 | 12.99T |
| 1 | LER7205 | Mix and Match Doughnuts | 12.95 | 12.95T |
| 1 | Shipping | Shipping | 7.95 | 7.95 |
| | | Credit Card #: | | |
| | | Card Expiration: | | |
| | | Card Type: | | |
| | | E-Mail:clevy@sheppardmullin.com | | |
| | | Phone:310-228-3713 | | |
| | | | Subtotal | $43.84 |
| | | | Sales Tax (0.0%) | $0.00 |

**Thank You for shopping at www.EducationalLearningGames.com**

| **Total** | **$43.84** |
|---|---|

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp



EXHIBIT
B.124r

EducationalLearningGames.com
Free Shipping over $75.00 In The Continental USA Only

THE FUN WAY TO LEARN!

no items in cart View Car

Home | Customer Service | Contact Us

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

Search

Advanced Search

Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12

# HIDE & SEEK MEMORY GAME

In Hide and Seek Game you roll the die to orange.
But wait - can you remember what's hiding beneath the orange disc?

Card Games | Party Games

Award Winning Games




**HIDE & SEEK MEMORY GAME**
by Ravensburger

Ages 4 +
Players 2 - 4
Playing Time: 20 Minutes

**RAV21010**
Price: ~~$14.99~~
**Sale Price: $12.99**
*Savings: $2.00*

Quantity:

ADD TO CART

E-MAIL TO A FRIEND

**Availability:** Usually ships within 24 hours

**Game Description:**
In Hide and Seek Game you roll the die to orange.
But wait - can you remember what's hiding beneath the orange disc?
If you do, take it! The player who collects the most hidden objects WINS!

Let's Play! How are your memory skills? Place the 24 picture cards face up on the table, and place a colored disk over five of the picture cards, being sure that each player sees which picture each disk is covering. Roll the colored die to determine which colored disk you can lift off. But first you have to tell everyone what picture you think is hidden beneath that disk. Then, lift the disk off of the picture to see if you were right. If you were, you keep the picture card and place the disk on another picture. If you were

Brain Teasers
Bible Games
Card Games
Drama/Music Games
Educational Toys
Family Games
Foreign Language
Geography Games
Government Games
History Games
Logic Games
Math Games
Magnetic Games
Mazes
Mensa Games
Money Games
Party Games
Phonics Games
Puzzles
Religious Games
Science Games
Sign Language
Spelling Games
Sport Games
Strategy Games
Time Games
Travel Games
Trivia Games
Wooden Games
Word Games

View Shopping Cart
Check Out

198

EXHIBIT
B.124w

**Phone: 727-786-4850**
**M-F 9am - 5 pm EST**
**Fax: 727-786-4785**

**E-Mail:**
**info@ELGames.com**

wrong, you have to replace the disk and your turn is over. The winner is the player who has collected the most picture cards. What Do You Learn? Memory skills, association, color recognition.

**Contents:**
24 Hide and Seek Picture Cards
5 Plastic Discs
1 Colored Die
Hide and Seek Instructions

| Customers Who Bought This Game Also Bought | | |
|---|---|---|
| **HIDE & SEEK SAFARI GAME** | **KATAMINO** | **BIG TOP GAME** |
| <br>View Details<br>*New Game for 2006*<br>Hidden in the jungle,<br>the Tiger waits..<br>Catch him if you can!!!<br>Use the Seeker wand to track down and catch this elusive Tiger.<br>**Ages 4 +**<br>**Price $29.99** | <br>View Details<br>Katamino<br>is an ever-changing puzzle and is a stimulating brain-teaser.<br>It calls on thinking ability and develops observation skills.<br>**Ages 3 +**<br>**Price $24.95** | <br>View Details<br>The Hide and Seek Circus Game<br>Help the Ringmaster find which animal and which color is missing from each scene and you collect a card.<br>**Ages 4+**<br>**Price $9.95** |

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

**Have Questions? Please E-mail:** info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com, a division of Next Generation Training, Inc

**EXHIBIT**
**B.124w**