
Surprise!™
The Fun-Filled Memory
and Matching Game
Ages 4 & Up
2-4 Players
EXHIBIT
B.125




EXHIBIT
B.125

ELGames.com / Next Generation Training, Inc.
1804 Nebraska Ave.
Palm Harbor, FL 34683
phone 727-786-4850 fax 727-786-4785
email Info@ELGames.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/7/2006 | 24357 |

PAID

**Bill To**

Chad Levy

**Ship To**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

| Ship Via |
|---|
| RegularShipping |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | GW0507 | Surprise Game | 9.95 | 9.95T |
| 1 | RAV21010 | Hide and Seek Memory Game | 12.99 | 12.99T |
| 1 | LER7205 | Mix and Match Doughnuts | 12.95 | 12.95T |
| 1 | Shipping | Shipping | 7.95 | 7.95 |
| | | Credit Card #: | | |
| | | Card Expiration: | | |
| | | Card Type: | | |
| | | E-Mail:clevy@sheppardmullin.com | | |
| | | Phone:310-228-3713 | | |
| | | | Subtotal | $43.84 |
| | | | Sales Tax (0.0%) | $0.00 |

Thank You for shopping at www.EducationalLearningGames.com

**Total** **$43.84**

For information about our return policy, please goto http://educationallearninggames.com/customer-service.asp



EXHIBIT
B.125r

EducationalLearningGames.com

Free Shipping over $75.00 In The Continental USA Only

THE FUN WAY TO LEARN!



Baby - Toddler | Preschool - K | Grades 1-3 | Grades 4-6 | Grades 7-12



# SURPRISE - THE FUN-FILLED MEMORY AND MATCHING GAME

Surprise! The Fun-Filled Memory and Matching Game.
You're invited to a surprise party! There are lots of fantastic gifts—if you can find them.

Party Games | Card Games




**Award Winning Games**

Oppenheim Toy Portfolio Gold Award

National Parenting Publications (NAPPA) Honors

iParenting Media Award

Creative Child Magazine Preferred Choice Award

Parent's Guide to Children's Media Award

**SURPRISE - THE FUN-FILLED MEMORY AND MATCHING GAME**
by Gamewright

2 - 4 Players
Ages 4 +
Playing Time: 15 Minutes

**GW0507**
Price: ~~$11.95~~
**Sale Price: $9.95**
*Savings: $2.00*

Quantity:
ADD TO CART
E-MAIL TO A FRIEND

**Availability:** Usually ships within 24 hours

**Game Description:**
Surprise! The Fun-Filled Memory and Matching Game.
You're invited to a surprise party! There are lots of fantastic gifts—if you can find them. Is the Dapper Dinosaur in this box? Or is the Party Palace hiding there? Or maybe it changed into the Super Starship? Using memory and a little luck, try to uncover all the presents shown on the Party Cards. Make a match and you get to go again. Whoever holds the most cards at the end of the game wins. Get ready... the party's about to begin!

How To Play - Surprise - Card Game Rules

EXHIBIT
B.125w

203

**Phone: 727-786-4850**
**M-F 9am - 5 pm EST**
**Fax: 727-786-4785**

**E-Mail:**
**info@ELGames.com**

**Contents:**
16 Party Cards
16 Double - Sided
Surprise Discs
13 Gift Squares
Rules of Play (in English, Spanish, and French)



| Customers Who Bought This Game Also Bought | | |
|---|---|---|
| **THREE LETTER WORD PUZZLES** | **26 - A to Z PUZZLES** | **GO AWAY MONSTERS** |
|  |  |  |
| View Details<br>Made from durable natural wood for years of rugged use, this is a must have for any early classroom or home.<br>Set of 16 double-sided, self-checking puzzles (32 total) teach letter recognition, basic spelling and matching.<br>**Ages 3 -6**<br>**Price $22.95** | View Details<br>Each puzzle begins with a different letter of the alphabet.<br>Put together all 26 puzzles to make fun pictures.<br>Then practice the alphabet and spelling, one puzzle piece at a time!<br>**Price $7.95** | View Details<br>The Puzzle game where little kids get rid of the monsters for GOOD!<br>Teaches little ones shape recognition, sharing and cooperation, and best of all, mastery over those pesky nighttime monsters!<br>**Ages 3 +**<br>**Price $9.95** |

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

**Have Questions? Please E-mail:** info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com a division of Next Generation Training, Inc

**EXHIBIT**
**B.125w**