
EXHIBIT
B.126
KIDS
m tch 'em up
by Mascotopia®
The memory game kids will never forget— featuring the logos of all 30 NBA™ teams!
CHICAGO BULLS
BOBCATS
PISTONS
NUGGETS
WARRIORS
LAKERS
CLIPPERS
Pacers
CAVALIERS
MEMPHIS GRIZZLIES
MIAMI HEAT
BUCKS
NETS
HORNETS
SUNS
KINGS
SPURS
SEATTLE SONICS
RAPTORS
Jazz
WIZARDS

NBA Kids

match 'em up by Mascotopia®

Children Don't Need to Be in the Pros to Enjoy Match 'Em Up™!

Match 'Em Up™ is a great way to develop your child's memory and concentration skills—as well as their love for basketball! Flip over two cards at a time and try to find a matching pair. If you match 'em up, you keep 'em! At the end of the game, the person with the most pairs wins! For even more excitement, award bonus points for matching the logos of your favorite team!

Featuring the colorful logos of every team in the National Basketball Association, Match 'Em Up™ makes early learning easy and fun!

That's the Spirit!®

mascotopia

www.mascotopia.com

NBA

Ages 3 and Up
Contains 60 Picture Cards

Mascotopia®
A division of ER Concepts
Made in China

Style 1011

8 59727 00011 0

© Copyright ER Concepts. All rights reserved. Match 'Em Up™ is fully licensed.
This product meets or exceeds government regulations, including Toy Safety ASTM 963.

EXHIBIT
B.126

# Target.com

**Sold to:**
CHAD JUSTIN LEVY

| |
|---|
| Ship ID: qgch62005 |
| PO: 071716999 |
| Batch: 00075839 |

**Ship to:**
SHEPPARD MULLIN RICHTER
AND HAMPTON
C/O CHAD LEVY
1901 AVE OF THE STARS, STE
1600
LOS ANGELES, CA 90067
310-228-3713

**Thank you for your order of Monday, August 7, 2006. *(Order ID: 601-0101775-1438577)***

| Priority | Gift Wrap | Qty | Item | Description | MFG ID | UPC |
|---|---|---|---|---|---|---|
| *Standard* | *N* | *1* | *10153291* | *ST NBA Match 'Em Up* | *1011* | *000859727000110* |

*Target items sold by Target.com (a division of Target Corp.).*

207

EXHIBIT
B.126r

**One Spot for Easy Returns**
At www.target.com/returns, you can view our Return Policy and return options. Once you're there we'll tell you whether your item can be returned in-store (by printing a receipt) or by mail (by printing a pre-paid mailing label).

Note: This packing slip cannot be used to return items to a Target store. *This shipment completes your order.*

All Products GO

Sign In | New Guest?

**Browse Similar Items**

- 2-3 Games + Puzzles
- All Games + Puzzles for Ages 4-5
- Learning + Memory
- Kids + Family Strategy
- 2-3 Boys' Under $25
- 4-5 Boys' Under $25
- Family Game Night
- All Games + Puzzles



## NBA Match 'Em Up

**$18.99**

Quantity: 1

ADD TO CART

Sign-in for 1-Click

VIEW LARGER IMAGE

VIEW COLLECTION

**Availability :**
Usually ships within 1 to 2 business days.

This item is available online,
but is not available in stores.

Warranty Information

- This memory game is a great way to help develop your child's memory and concentration skills
- Variation on the classic game of memory
- Makes learning fun and easy
- Colorful cards contain recognizable team logos
- Fun for adults too

**Guest Reviews**

Write an online review and share your thoughts with other guests.

**EXHIBIT B.126w**

208

Find a Store REDcards About Target Track an Order