
1 or more players
1 joueur ou plus
Max & Ruby™
AGE ÂGE 3+
PICK-A-PAIR
MEMORY GAME WITH A TWIST!
TROUVE LA PAIRE
LE JEU DE MÉMOIRE AVEC UN EXTRA !
Flip the cards to make a pair! Learn ENGLISH and FRENCH words!
Retourne les cartes et trouve les paires! Apprend des mots en ANGLAIS et en FRANÇAIS!
EXHIBIT B.127

## Matching Game!

It's fun to find matching pictures of your favourite characters, two by two. Can you remember what's hiding where? Just flip over cards, two at a time and try to make a match. If you find the same two cards, you keep them! Find the most pairs and you're the winner! The twist: Learn English and French words!

## Le jeu d'associations !

C'est amusant d'essayer de trouver deux illustrations semblables de tes personnages préférés. Peux-tu te rappeler où se cache les deux cartes qui font la paire? Retourne simplement deux cartes et vois si elles sont les mêmes. Si tu réussis, tu les conserve! Trouve le plus de paires et gagne la partie! L'extra : apprendre des mots français et anglais!

Contents: 72 pictures cards, instructions.
Contenu : 72 cartes illustrées, règles de jeu.

Actual product may vary from photograph shown.
Le produit réel peut différer de la photographie.




0 59562 38334 2

DANAWARES

0-3

CE

EXHIBIT
B.127

**KimmyShop.com**
CP 382, Succ. Pte-Claire/Dorval
15 Donegani
Pte-Claire, QC H9R 4P3
Canada

# Sales Receipt

| Date | Sale No. |
|---|---|
| 8/8/2006 | 899651 |

| BILL TO |
|---|
| CHAD LEVY |

| SHIP TO |
|---|
| CHAD LEVY<br>SHEPPARD MULLIN<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067 |

| Payment Method | Ship Date |
|---|---|
| | 8/8/2006 |

| Item | Description | Qty | Rate | Amount | HS | Origin |
|---|---|---|---|---|---|---|
| 38334 | Max and Ruby Pick-A-Pair Matching Game | 1 | 9.99 | 9.99 | 9503.60.00.00 | China |
| FREIGHT | Shipping & Handling | 1 | 7.99 | 7.99 | | |

| | |
|---|---|
| Subtotal | 17.98 |
| GST | 0.00 |
| PST | 0.00 |
| **Total** | US$17.98 |

**Thank you for your business.**
**Use coupon code QB10 for a 10% discount**
**on your next purchase.**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 866-345-4669 | 928-962-4848 | service@kimmyshop.com | http://www.kimmyshop.com |



**EXHIBIT B.127r**

KimmyShop.com
One Store. Toons Galore!

SHOP BY CHARACTER > Max & Ruby > Games & Puzzles




# Max and Ruby Pick-A-Pair Matching Game

38334

It's fun to find matching pictures of your favorite characters, two by two. Can you remember what's hiding where ? Just flip over cards, two at a time and try to make a match. If you find the same two cards, you keep them! Find the most pairs and you're the winner!

**The twist: Learn English and French words!**

- Availability: In Stock

**List Price** ~~$14.99~~
**Your Price** $9.99
**You Save** $5.00
**Quantity** 1

add to cart

Add to cart to calculate total cost including shipping.

print this page
email this page

**ou may also like...**



Max and Ruby 15 Piece Puzzle
~~$7.99~~
$5.99

KimmyShop.com

EXHIBIT
B.127w