


EXHIBIT
B.128




EXHIBIT
B.128

5

80sTees.com great t-shirts for the kid in us all!

**Customer Invoice**

**80sTees.com**
**12875 Route 30, Middle Suite**
**North Huntingdon, PA 15642**
**1-866-80sTees**
**help@80stees.com**

**Order No: 361497**

**Sold To**

Chad Levy

Order Date: 8/7/2006
Order No: 361497
Payment Method: Credit Card

clevy@sheppardmullin.com

**Ship To**

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles CA 90067 US
3102283713
clevy@sheppardmullin.com

| Qty | Product Code | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | CBEAR055 | Care Bears Mulit-Game card set<br>Game: Card Game Set **EE18A4** | $10.00 | $10.00 |

| | |
|---|---|
| Sub Total: | $10.00 |
| Tax: | $0.00 |
| UPS Standard Ground (USA): | $6.86 |
| Handling: | $0.00 |
| Total: | $16.86 |

Thank You for shopping with us!

Please see the back of your invoice for important information.

**EXHIBIT B.128r**




Care Bears Mulit-Game card set
Product: CBEAR055

This Care Bears card game set features 4 classic card games including Memory Match, Crazy Eights, Go Fish and Old Maid. The 4 sets of cards come in a collectible tin case.

| Game | Inventory |
| --- | --- |
| Card Game Set | In Stock |

**Price: $10.00** Quantity: 1

+ Add to Cart

Estimate Item Shipping Cost (?)

Click Thumbnails below for additional product images.





Email a Friend The 80sTees Promise

**View More Care Bears Merchandise**

Recommended Products



Wonder Woman Wristband
$5.00




Baseball Sleeve Junk Food My Little Pony shirt
$40.00

EXHIBIT
B.128w