

EXHIBIT
B.129

**Memory**
Mix and spread cards face down. Players take turns flipping any two cards face up. If cards match, player takes both cards and continues. If cards do not match, player's turn ends and cards are placed face down in the same location. When all cards are matched, player with the most cards wins. 2 – 4 players.



maharam

**EXHIBIT**
**B.129**

**had Levy**

| | |
|---|---|
| **'om:** | highbrowfurniture.com [stan@highbrowfurniture.com] |
| **ent:** | Monday, August 07, 2006 3:07 PM |
| **):** | Chad Levy |
| **ubject:** | Highbrow: Invoice no. 20060807-12937 |

Thank you for choosing highbrowfurniture.com! This is the invoice for your order. Please print it out and keep it for your records.

highbrowfurniture.com does not bill your credit card for items until they have shipped. As each item on this invoice is shipped, it will be billed to the credit card ending in "3359."

Questions? Call us toll-free at 1-888-329-0219.

```
============================================================================

ighbrowfurniture.com                               Invoice number 20060807-12937
----------------------------------------------------------------------------
): Chad Levy                                                Date: Aug 7, 2006
   Sheppard Mullin
   1901 Avenue of the Stars, Suite 1600
   Los Angeles Ca  90067

:y ID          Description                                               Price
-- ----------- ------------------------------------------------------    -----
 1 801012-001  maharam memory game                                          36

                                                            Subtotal $      36
                                                 Shipping and Handling       0
----------------------------------------------------------------------------
                                                               TOTAL $      36
```

EXHIBIT
B.129r

highbrowfurniture.com

contact us | faq | about us | check out

home | seating | tables | storage | lighting | accessories

|m|a|h|a|r|a|m|



**801012-001** · maharam memory game
10"w · 2.5"d · 2"h

## maharam memory game

*Designed by A4 Studio*

The classic memory game, turn over two cards at a time and try to match the patterns, but with a modern twist. Each card features images of textile patterns by designers from Alexander Girard, George Nelson, Charles and Ray Eames, Paul Smith and many others. The bright patterns and colors and the challenge of trying to remember exactly where it was that you saw that Verner Panton Optik pattern card last should provide you and your friends and family with hours of entertainment.

Game consists of 72 cards.

| | |
|---|---|
| ***Quickship*** | **Items marked with the *Quickship* logo are in stock and ready for immediate delivery!**<br>**There is no lead time on *Quickship* products.** |

| Item | Description | | Highbrow price |
|---|---|---|---|
| **801012-001** add to cart | **maharam memory game** | ***Quickship*** | **$36** |

Shipping, directly to your door, is *always* free at Highbrowfurniture.com!

finish options for 801012-001

© 2003 Highbrow, Inc. Legalese.

**EXHIBIT B.129w**