
Games For Geezers
The
card game
DAMMIT!
EXHIBIT
B.130
The Hilarious Game That
Tests Your Geezer's Senility




EXHIBIT
B.130

Games by James

P I C K I N G   T I C K E T

ler-#: 105560   Order-date: 08/07/06   Location: 1   Page: 1

.d Chad Levy

Ship To Chad Levy
Sheppard Mullin
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067

st-#: WEB-00004979   P.O.#:   Slp: REG

.p-via: Ground   Date-to-ship: ASAP   Date-shipped: 8.9.6

| : I-# | Item-# Description | Qty Ordered | Unit | Qty To-ship | Qty Shipped |
|---|---|---|---|---|---|
| 10 | 439034 LOSING YOUR MEMORY CARD GAME | 1 | EACH | 1 | ✓ |

1 line items   Total quantity: 1   .4
Total weight: .00

EXHIBIT
B.130r

GAMES by James

We're very serious about Fun. Since 1979



Search

Go

Advanced Search

Adventure Games
Books and Activities
Brainteasers
Cards, Dice & Cribbage
Casino & Gambling
Chess & Checkers
Classic Strategy
Jigsaw Puzzles
Kids Games & Activities
Outdoor & Action
Party & Group Games
Rec Room
More Games & Things

New Items
Specials

Our Stance on Privacy
Shipping Information
Returns
More About Us

## LOSING YOUR MEMORY CARD GAME

Party & Group Games / Risque Games



The Losing Your Memory Card Game helps your Geezer test if he or she has gone senile yet. Play solitaire or with other fogeys. The goal is to match pairs of old age symbols such as adult diapers, false teeth, and constipation. If you can't make all the matches it's time for the retirement home.

**List Price:** $4.99
**Internet Price:** $3.99

1 Buy

Questions, comments, or need a recommendation? Contact us at info@**GamesByJames.com** or call our stores. Click here for addresses, phone numbers, and hours.

VISA MasterCard NOVUS AMERICAN EXPRESS Cards

The authenticiation, privacy, and integrity of this site has been certified by THAWTE.

EXHIBIT
B.130w

224