
AGES 3+
Jay Jay
THE JET PLANE
Where imagination takes flight!™
Memory Game
EXHIBIT B.134
BRIARPATCH
Over 100 Awards!
SEE IT ON PBS KIDS




EXHIBIT
B.134

# AllAboardToys.com

Y

Bill To: Chad Levy

Ship To: Chad Levy
Sheppard Mullin; 1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
United States

**Thank you for shopping at AllAboardToys.Com!**

For questions and customer service related topics, please e-mail CustomerCare@AllAboardToys.com

| Order # | Order Date | Shipped Via | Order Status |
|---|---|---|---|
| 19335626 | 8/7/2006 3:44:31 PM | UPS Ground | Pending |

| Gift Message | Shipping Comments |
|---|---|
| | |

| Frequent Buyer Points Earned | |
|---|---|
| | |

| | Item # | | Description | Ordered | Shipped | Gift Wrap |
|---|---|---|---|---|---|---|
| 1 | BPD35303mem | 460 | Jay Jay Memory Card Game | 1 | \ | No |

**EXHIBIT B.134r**

Pulled By:

Shipped By:

View Cart| Order Status| My Account| Help| Site Map

AllAboardToys.com

Toll Free: 1.800.416.7155

"Delivering Fun Since 1999"

I'm shopping for: Search Site

Shop by character:

Jay Jay the Jet Plane DEPARTMENTS

- Accessories
- Back to School
- Backpacks & Cases
- Birthday Party Supplies
- Books
- Buildings
- Characters
- Clothing
- Die-cast Characters
- Flying Toys
- Gift Packs
- LeapFrog
- Playtables & Boards
- Puzzles & Games
- Videos & Music

- New Arrivals
- Coming Soon
- Shop by Price
- Wish List

All Aboard Toys > Jay Jay the Jet Plane > Puzzles & Games > **Jay Jay Memory Card Game**

<< Item 6 of 10 >>

## Jay Jay Memory Card Game




**Price:** ~~$7.00~~
**Sale:** $6.27
Item #: BPD35303mem
In Stock

Quantity: 1

Add to Cart

Add to Wish List

☐ Check here to gift wrap this item for $4.95

Email this gift idea to a friend

Click for Larger Image

**Product Description**

Jay Jay and his friends are unforgettable in this classic memory game. No reading required. Contains 48 playing cards.

**Product Dimensions**

L: 3" x H: 4.5" (7.6 cm x 11.4 cm)

**Recommended Products:**

**Jay Jay Action Magic Toothbrush (Red)** ~~$4.00~~ **Sale:** $3.57

<< Item 6 of 10 >>

Sign up for Newsletter | Birthday Club | Wish List | Product Giveaway Contest

SITE FEATURES

Best Selling Products
Shop by Price
Gift Certificates
Request a Catalog
Refer A Friend
Product Giveaway Contest
Birthday Club
Wish List
Day Out with Thomas
Site Map

CUSTOMER SERVICE

About Us / Contact Us
Help / FAQ
Shipping Information
Privacy & Security
Press Releases
Careers
Feedback
Testimonials
Guarantee
Terms of Use
Affiliate Program

ACCOUNT STATUS

My Account
Shopping Cart
Frequent Buyer Program

**EXHIBIT B.134w**

228