


EXHIBIT
B.135

229


Let the Dancing Begin!
Help them learn all five
Find Angelina,
Miss Lilly and others by flipping
over cards two at a time. Try
and make a match.
found
recital
your card.
Perform the
ballet position on your
token. When your card is full
you win!
Angelina
WARNING: TO AVOID DANGER OF SUFFOCATION
AWAY THIS POLYBAG FROM BABIES AND
Angelina
Ballerina™
www.angelinaballerina.com
Sababa Toys
HiT ENTERTAINMENT
ITEM 00760
8 31614 00760 0
EXHIBIT
B.135
230

amazon.com

**Sold To:**
Chad Justin Levy

**Ship To:**
Sheppard Mullin Richter &
HAMPTON
C/O CHAD LEVY, 1901 AVENUE OF THE S
LOS ANGELES, CA 90067
310-228-3713

ughh62126

| | |
|---|---|
| **Ship ID:** | ughh62126 |
| **Pkt Ctrl Nbr:** | 13574774 |
| **Carton No:** | 00000999994544309970 |

**Thank you for your order of Monday, August 7, 2006 (Order ID: 102-3432031-7058528).**

| Qty | Item | Description | UPC |
|---|---|---|---|
| *1* | *10055054* | *Sababa Toys Angelina Memory Game with 5" Plush Doll* | *831614003305* |

*Target items sold by Target.com (a division of Target Corp).*

*This shipment represents part of your order - some items may ship separately.*

Page 1 of 1

**Returns are Easy!**

Visit **www.amazon.com/returns** to return any item—including gifts—in unopened or original condition within 30 days for a full refund (other restrictions apply).

EXHIBIT
B.135r

All Products GO

Sign In | New Guest?

**Browse Similar Items**

- All Stuffed Animals
- 2-3 Games + Puzzles
- All Games + Puzzles for Ages 4-5
- Plush Characters
- Activity + Movement
- Angelina Ballerina
- Learning + Memory
- Small Dolls
- Favorite Characters
- 2-3 Activity Games
- 4-5 Activity Games
- All Games + Puzzles

**Recently Viewed Items**



NBA Match 'Em Up

Our Price: **$18.99**




VIEW LARGER IMAGE

## Sababa Toys Angelina Memory Game with 5" Plush Doll

**$12.99**

**Quantity:** 1

ADD TO CART

Sign-in for 1-Click

**Availability :**
Usually ships within 3 to 5 days.

This item is available online,
but is not available in stores.

- Game and plush Aurora figure in one
- Memory game with a new twist, kids dance
- Includes 42 character cards and 20 dance tokens
- For 4 to 6 players
- For ages 3 years and up

**EXHIBIT B.135w**

232

**Better Together**

Buy this Sababa Toys Angelina Memory Game with 5" Plush Doll with Sababa Toys Miss Lilly's School of Ballet Play Set with Mini Angelina Doll today!



Sababa Toys Angelina Memory Game with 5" Plush Doll

Sababa Toys Miss Lilly's School of Ballet Play Set with Mini

Total List Price: $27.98
**Buy Together Today: $27.98**

BUY BOTH NOW

Our Price: **$12.99**

Angelina Doll
Our Price: **$14.99**

Guest **Reviews**

Write an online review and **share your thoughts with other guests.**

Find a Store
Weekly Ad
SuperTarget
SuperTarget Coupons
See All

REDcards
Target Business Card
Club Wedd Registry
Target Baby Registry
Target Photo
Pharmacy
Optical
Portrait Studio
Super Target Recipes

About Target
Careers
News
Investors
Community
Diversity
Affiliates
Team Member Services

Track an Order
Return an Item
Contact Us
Shipping Information
Shopping Directory
My Account
See All

**Privacy + Security | Terms + Conditions**
**California Privacy Rights**

© 2006 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

EXHIBIT
B.135w