
the KOALA BROTHERS™
MATCHEROOS™
Game · Juego · Jeu
3+
1-4
EXHIBIT B.144
Fisher-Price
GAMES · JUEGOS · JEUX




EXHIBIT B.144

**Chad Levy**

---

**From:** Chad Levy
**Sent:** Tuesday, August 08, 2006 10:37 AM
**To:** Chad Levy
**Subject:** Fwd: Receipt for Your Payment to Toys_N_Collectibles@Yahoo.com

***"service@paypal.com" <service@paypal.com>*** wrote:

> Date: Mon, 07 Aug 2006 15:19:37 -0700
> Subject: Receipt for Your Payment to Toys_N_Collectibles@Yahoo.com
> To: Chad Levy
> From: "service@paypal.com" <service@paypal.com>
>
> PayPal *The way to send and receive money online*

Dear Chad Levy,

This email confirms that you, have paid Toys_N_Collectibles@Yahoo.com $16.10 USD using PayPal.

This credit card transaction will appear on your bill as "PAYPAL *EDMUNDSONTO".

## Payment Details

**Purchased From:** toys-n-collectibles

| Item # | Item Title | Quantity | Price | Subtotal |
|---|---|---|---|---|
| 300014072479 | **Brand New Disney Koala Brothers Matc heroos Game** | 1 | $8.99 USD | $8.99 USD |

| | |
|---|---|
| Shipping & Handling via USPS Parcel Post to 900XX (includes any seller handling fees) | $5.95 USD |
| Shipping Insurance (optional): | -- |
| Sales Tax (7.750% inCA) : | $1.16 USD |
| **Total:** | $16.10 USD |

## Shipping Information

**Shipping Info:** Chad Levy

EXHIBIT
B.144r

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
United States

**Address Status:** Confirmed

If you have questions about the shipping and tracking of your purchased item or service, please contact the seller Toys_N_Collectibles@Yahoo.com.

Thank you for using PayPal!
The PayPal Team

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/HISTORY. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/HELP.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and choose the Help link located in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, update your preferences here.



EXHIBIT
B.144r

amazon.com Ann's Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

earch Toys & Games GO Find Gifts A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today**.




See larger image and other views



Share your own customer images

## The Koala Brothers Matcheroos

**Availability:** Available from **these sellers**.

**1 used & new** available from $18.99

**1 used & new** from $18.99

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## ᐤroduct Details

**ASIN:** B0007ZKME2

This page was created by a seller.

## ʜelp others find this item

Make a search suggestion | Manage your search suggestions

## ʼag this product (What's this?)

**Search Products Tagged with** GO!

**See most popular tags**

**Your tags:** Add

(Press the 'T' key twice to quickly add tags.)

## ːustomer Reviews

**Be the first person to review this item.**

EXHIBIT
B.144w