
memo
fantasy
2½+
EXHIBIT
B.146
universe
chelona
creative wooden toys
chelon
Design Susanne Kummer
CE
CODE 52302

# memo fantasy

## universe

2½+

### universe

This is a memory-game for the very young. 10 stars cover 5 picture pairs in the sky. The first player picks up two stars and if the pictures underneath are the same the stars are kept. If not, the stars go back into the sky. Then the second player picks up two stars etc. etc. Who will collect the most stars? To play a NEW game there is the possibility to change the picture-plates underneath, fitting the colours, around the holes in the corners, to the same colours of the pegs. There are two plates, printed on both sides, that give four different possibilities. To add even more playing possibilities there are 5 papers included for drawing, or glueing pictures or photos.

To practise before playing memo you can start with a simple game, where you look for each pair. One picture is covered with a star. Who will find the same picture?

### l' univers

Voici un jeu de mémory pour les jeunes débutants. 10 étoiles sont posées dans le ciel sur 5 paires d'images différentes. Le premier joueur démarre en prenant deux étoiles sur le plateau et si les deux photos cachées en dessous sont identiques, elles sont conservés par le joueur. Si ce n'est pas le cas, elles sont reposées à l'endroit où elles ont été prises. Puis c'est au tour du second joueur de prendre deux étoiles ...etc... Qui remportera le plus grand nombre d'étoiles ? Pour jouer a un nouveau jeu, il est possible de changer les plateaux en faisant correspondre les couleurs des ronds placés dans chaque coin avec celles des plots du socle. Il y a deux plateaux imprimés recto verso qui permettent quatre possibilités différentes de jeu, ainsi que 5 feuilles de papier sur lesquelles il est possible de dessiner ses propres motifs ou de coller des images ou des photos.

Pour se familiariser avec le jeu avant de jouer au memory, on peut débuter d'une manière simple en retrouvant chacune des différentes paires. Pour cela, on recouvre une seule image avec une étoile. Qui trouvera alors la deuxième image identique ?

### Weltall

Dies ist ein Memory fur die ganz Kleinen. 10 Sterne verstecken am Himmel 5 Bildpaare. Der erste Spieler nimmt zwei Sterne hoch, wenn die darunter abgebildeten Motive ubereinstimmen, darf er die Sterne behalten. Wenn nicht, gehen die Sterne wieder zuruck an den Himmel. Dann kommt der zweite Spieler an die Reihe, nimmt zwei Sterne hoch usw. Wer sammelt die meisten Sterne? Fur ein neues Spiel, konnen die unterliegenden Platten ausgetauscht werden. Man fugt die Farben, die um die Locher der Stecker sind, mit den gleichen Farben der Stecker zusammen. Fur mehr Spielmoglichkeiten stehen 2 Platten, beidseitig bedruckt, zur Verfugung. Um das Spiel noch zu erweitern sind 5 Blatter beigefugt, die bemalt oder mit Bildern beklebt werden konnen.

Als Ubung fur das Memo kann man mit einem einfachen Spiel beginnen, bei dem die einzelnen Bildpaare gesucht werden. Ein Bild wird mit einem Stern zugedeckt. Wer findet das gleiche Motiv?

### σύμπαν

Αυτο ειναι ενα παιχνίδι μνημης για πολυ μικρες ηλικιες. 10 αστερια καλυπτουν 5 ζευγάρια εικονων στον ουρανό. Ο πρωτος παικτης διαλέγει 2 αστέρια, αν οι εικονες που βρισκονται από κατω είναι ίδιες, παιρνει τα αστερια. Αυτος που θα μαζεψει τα πιο πολλά έχει κερδισει το παιχνίδι. Υπάρχουν 2 καρτελες με εικονες και απο τις 2 πλευρες, έτσι δίνεται η δυνατοτητα να ξεκινήσουν καινουργιο παιχνίδι. Τα χρωματα γυρω απο τις τρύπες της κάθε γωνιας ορίζουν τον τρόπο τοποθετησης τις καρτέλας στις καβηλιες της βάσης. Ακομη υπάρχουν 5 χαρτια-καρτέλες ωστε τα παιδιά να ζωγραφίσουν, η να κολλησουν τις δικες τους εικονες.

Ως αρχική εξάσκηση στο Μεμο, καλύπτεται μονο μια εικονα με σκοπό να βρουν την αντίστοιχη του ζευγαριου που έχει μείνει ακάλυπτη



4 260013 025223

MADE IN HELLAS

Chelona Ltd Lakkia GR-57006 Vasilika Hellas www.chelona.net

CODE 52302 CE

Retain address • Adresse à conserver • Anschrift aufbewahren • Φυλάξτε την διεύθυνση

EXHIBIT B.146

OOMPA TOYS

RETURN/EXCHANGE FORM

**ORDER ID: OT70544**

Date Placed:
08/07/2006 02:07:49

**FOR OOMPA USE ONLY**

RECEIVED

PROCESSED

BY

**SOLD TO**

Chad Levy

Phone: 310-228-3713
clevy@sheppardmullin.com

**SHIP TO**

Chad Levy
Sheppard Mullin, 1901 Avenue Of The Stars 1600
Los Angeles, CA 90067
United States

**RETURNS & EXCHANGES ARE EASY AT OOMPA!**

**STEP 1.**
Be sure to read and follow our return/exchange policies! http://www.oompa.com/cgi-bin/category/customerService_refund

**STEP 2.**
Fill out this form.

**STEP 3.**
Ship your return to:
Oompa Toys
RETURNS: OT70544
2857 E. Pico Blvd.
Los Angeles, CA 90023

**STEP 4.**
We'll issue a refund, credit or gift card when we get your shipment!

**ITEMS BEING RETURNED**

| QTY | SKU | NAME | PRICE | COUPON GIFT CARD STORE CREDIT | REASON CODE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 1 | C52209 | Chelona Memo Animal Memory Game | | | | $ |
| 1 | C52302 | Chelona Universe Memory Game | | | | $ |

Merchandise SubTotal ______
(- Coupons/Discounts/Promotions) ______
Tax (California Only x .0825) ______
Total Return ______

**SEND ME THESE ITEMS AS AN EXCHANGE**

| QTY | SKU | NAME | PRICE | COUPON GIFT CARD STORE CREDIT | TOTAL PRICE |
|---|---|---|---|---|---|
| | | | $ | | $ |
| | | | $ | | $ |
| | | | $ | | $ |

**Method of Payment**
**(If the total value of exchanged item(s) is more than refund please include payment information)**

Credit Card Type ______
Credit Card Number ______
Expiration Date ______
Cardholder's Signature ______

Merchandise Total ______
(Coupons/Discounts/Promotions) ______
Tax (California Only x .0825) ______
Total of Exchange Products ______
Is the Total Below $65? Add $4.95 for shipping. ______

**REASON CODES**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Didn't Like Item | 2 | Arrived Late | 3 | Too Large |
| 4 | Too Small | 5 | Defective | 6 | Item Not As Pictured |
| 7 | Returning A Gift | 8 | Wrong Item Shipped | 9 | Other |

**EXHIBIT B.146r**

OOMPATOYS

0 item(s) in cart. checkout now | view cart

ADD $ 65.00 TO GET FREE SHIPPING* some restrictions

Enter ACCOUNT FREE SHIPP

REGISTER FOR FREE!

..SHOP CATEGORY

- 2006 New Haba
- Baby Toys
- Back to School 2006
- Books and Bookmarks
- Building & Stacking
- Dollhouses and Accessories
- Dolls & Stuffed Animals
- Games
- Gift Card
- Kitchen & Store Play
- Learning Toys
  - :: Color Sorting
  - :: Counting
  - :: Fine Motor Skills
  - :: Memory & Matching
  - :: Shape Sorting
  - :: Threading
- Musical Instruments
- Outdoor Toys
- Pretend Play
- Puzzles
- Room Decor & Furniture
- Style
- Toddler Mind Benders
- Tricycles and Ride-Ons
- Wheels and Wings
- Wooden Figures
- Wooden Playsets
- Wooden Toys
- Active Play

SHOP BY BRAND

BAJO
Bamboo Collection
BLABLA |. Chelona
Crocodile Creek
DeNoest |. DJECO
Furnis |. HABA
Holztiger
. ImagiPLAY
JELLYCAT |. KALOO
Kathe Kruse
Keptin |. KETTLER
Kushies |. Lana
organic
Latitude Enfant

GO BACK

Home > Learning Toys > Memory & Matching > C52302
Universe Wooden Memo Game from Chelona






GIFT WRAPPABLE  TELL A FRIEND  ASK A QUESTION

..view all toys from: Chelona

you might also like ...



Mini-Memo from Haba
add to cart
more info



Fantasy Blocks from Haba
add to cart
more info



Boîte à Souris from Chelona
add to cart
more info

Universe Wooden Memo from Chelona
SKU:C52302

YOUR PRICE...$39.99
EARNS...50 LOYALTY P
...WHAT'S THIS?
AVAILABILITY...IN STOCK
USUALLY SHIPS IN...1 BUSINESS D

QTY: 1  add to c
add to wishl

This is a memory game for the ve young. 10 stars cover 5 picture p the sky. The first player to pick u stars with matching pictures unde keeps the stars. If not, the stars into the sky. Then, it is the secor player's turn to uncover two stars matching pictures underneath.

Who will collect the most stars? boards, printed on both sides, are to play 4 different memory games Simply match colored corner peg with colored holes in corners of p board.

Also comes with 5 pages on whic can create your own playing boar photos, favorite pictures, and eve your objects. Comes with 14 pie

**dimensions**
7.33 x 7.26 in. (18.47 x 18.52 cm

**learning skills**
Creative Expression . Cognitive . Motor . Language . Sensory . Ind Play

**recommendations**
Children Ages 3 Years +

**loyalty rewards program**
Registered users earn 50 points purchasing Chelona's Universe V

242

EXHIBIT B.146w