


EXHIBIT B.147

243






EXHIBIT B.147

eToys.com

| Bill To | Ship To | | | |
|---|---|---|---|---|
| Chad Levy | Chad Levy<br>Sheppard Mullin<br>1901 Avenue of the Stars,#1600<br>LOS ANGELES, CA 90067 | Order:<br>Date:<br>Page:<br>PO: | 9250079-12<br>08/07/2006<br>1 OF 1 | NOTE: Prices listed below don't include discounts, coupons, credits, shipping costs or applicable taxes. |

| Qty | Item | UPC | SKU | Description | Unit Price |
|---|---|---|---|---|---|
| 1 | | 021853026627 | 559468 | Flyin Frogs | |
| 1 | | 765023873047 | 682010 | Smart Splash Memory Match Clams | |

We value your business. Thank you for your order.
Note: orders that contain more than one item may arrive in separate shipments.

033349250079

Wave: 20060808001/001 Chute: PS228 Cust: C08 Carton: 4630 Ctn Size: 5

## Return Product to Warehouse Within 30 Days

) Include this pack slip with your item in its original condition, including all packaging.
) Wrap the package securely to protect the item in transit. If possible, use the original box.
) Place the provided return label on the exterior of the shipping box.
) We recommend using an insured, trackable carrier like UPS for your protection.
) Once we process the item, we will send you an e-mail confirmation.

## More Information

Unless the return/exchange is the result of an eToys error, we can't refund shipping charges.
Sorry, KB Toys stores no longer accept eToys returns or exchanges.

## Return Reason:

__ Damaged / Defective
__ Wrong Item
__ Wrong Quantity
__ Changed my Mind
__ Product not as Expected
__ Missed Delivery Deadline
__ Shipped to Wrong Address

## I Would Like to Receive:

__ Refund to Credit Card
__ Replace with Same, if available

**lease remember that some items have special considerations:** Holiday Returns: orders received after October 1st may be returned until January 25th. deo Games,Software,VHS/DVD Movies,CDs or Consoles: must be returned in original,sealed condition.Collectibles:we accept returns only,not exchanges.

Chad Levy
Sheppard Mullin
1901 Avenue of the Stars,#1600
LOS ANGELES, CA 90067
925007912

eToys Returns
Toy Distribution Center
200 Toy Lane
Blairs, VA 24527

925007912

To: From:

To: From:

To: From:

EXHIBIT
B.147r

eToys.com Childhood Dreams Delivered™

Track Your Order | Wish List | Your Account | Help

Shopping Cart | search:

Home • Toys & Games • Learning Toys • Books • Video Games • Kid's Room Decor • Gift Finder

HALLOWEEN • Party Supplies • Baby • Electronics • Movies & Videos • PC Software



# Smart Splash Memory Match Clams

Learning Resources Inc.

In Stock

**Price: $15.99**

Usually ships in 1-3 business days.
Estimated Delivery Date

Add to Shop Cart

OR

**Add to Wish List**

(We'll help you create one)

larger image

Be the first to write a review.

**Age:** 2-5 years

Item Number: 682010

## Description

Make bath time or play time learning time with this colorful collection of floating water friends. The soft plastic clams are mold resistant and come in a convenient mesh storage bag. Build memory skills while matching with six, two-piece clams in three colors, with two small fish, crabs and starfish inside.

E-mail this gift idea to a friend

**Package Weight**
1.2 pounds

**Package Dimensions**
10.2" x 9" x 2.9"

**Batteries**
Not Applicable

**Gift Wrap**
Available at Checkout

Submit Your Review | **Customer Rating:** How do you rate it?

EXHIBIT
B.147w

search:

246