


EXHIBIT B.151




EXHIBIT B.151

**Uncle's Inc.**

**unclesgames.com**

**ORDER NUMBER: 83638**
**DATE ORDERED: 2006-08-07 17:19:42**

**Uncles Games, Puzzles, and More!**
**3808 N. Sullivan Rd. Building 8-Q, Spokane Valley, WA 99216**
**US**
**(866) 826-6959**

---

**SOLD TO:**
Chad Levy

**SHIP TO:**
Sheppard Mullin
Chad Levy
1901 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
United States

| Model | Products |
| --- | --- |
| 1 x 803004741005 | SHERLOCK CARD GAME |

**EXHIBIT B.151r**

unclesgames.com
Games, Puzzles & More!

FREE SHIPPING ON ORDERS $99 AND UP
Offer available in the US only.

My Account | Log In | Links | Contact Us | FAQ | Retail Stores | Specials Search:

Award Winning Games
Brainteasers
Card Games
Dominoes
Electronic Games
Jigsaw Puzzles
Playing Cards
-Playing Cards
-Bridge
-Cribbage
-Poker
Board Games
-Adventure Games
-Chess
-Family Games
-Mystery Games
-Party Games
-Strategy Games
-Trivia Games
-War Games
-Word Games
Kids Corner
-Kids Games
-Puzzles
-Activities
-Learning Center
-Toys
Dice
-Dice Games
-Dice
Travel Games
Murder Dinner Games
Other Great Items
-Desktoys 'n Doodads
-Juggling
-Magnetic Poetry
-Outdoor Toys

Affiliate Information
Affiliate Log In

# SHERLOCK CARD GAME

$7.99

**Total Reviews:** 0 review(s)
Be the first to write a review!

Qty: 1

Add to Cart

**On Hand:** 12

**Model:** 803004741005
**Players:** 2 to 5
**Ages:** 5 and up
**Manufacturer:** Playroom Entertainment




Click to enlarge



The Sherlock Card Game is the game where memory and deduction are "elementary"! At the beginning of the game, each player tries to remember each of the eight items in the circle before they are turned facedown. Next, Sherlock begins to travel from one card to another. Every time Sherlock stops at a facedown card, the player has to remember what object is on that card. Sherlock continues to move, as long as the player guesses correctly. If Sherlock travels to a previously revealed card, then the player gets to keep that card. The first player to collect six cards is the winner! The Sherlock card game was nominated for "Children's Game of the Year" (Kinderspiel des Jahres) in 2003.

Contents of the Sherlock Card Game:

- 50 playing cards
- Instructions

This product was added to our catalog on Thursday 02 September, 2004.

We also recommend:




ALIEN HOTSHOTS CARD ... - $9.99
Add to Cart

Customers who bought this product also purchased

Shopping Cart
0 items

Manufacturer Info
- Other products

Notifications
Notify me of updates to **SHERLOCK CARD GAME**

Latest Reviews




I just found these old auto bingo cards in a box, quite used ..
★★★★★



Unclesgames provided very quick shipment and the train marke ..
★★★★★



221 B BAKER STREET - $19.99

Add to Cart



MURDER ON THE TITANI... - $19.99

Add to Cart



SEQUENCE FOR KIDS - $13.99

Add to Cart

**Customer Reviews**

Be the first to write a review!

If you have questions about a product, or would like to know if we carry an item, please contact us toll free at:

**1-866-826-6959**

or by clicking on the "Contact Us" button above.

08-27-06 VERIFIED SECURE ControlScan.com

All Major Credit Cards Accepted!

BBBOnLine RELIABILITY PROGRAM

08-27-06 BUSINESS BACKGROUND REVIEWED ControlScan.com

Business Hours:
**M - F, 8:30am - 4:30pm PST.**

Uncles Games, Puzzles, and More!
3808 N. Sullivan Rd.
Building 8-Q, Spokane Valley, WA 99216
US
(866) 826-6959

(Warehouse not open to the public)

08-27-06 PRIVACY PROTECTED ControlScan.com

©Copyright 2006

Powered by osCommerce
eCommerce Solutions by J-D Strong Consulting