

EXHIBIT B.152

# SEARCH and FIND Bible Memory Game



**This fun card game takes you on a journey through twelve of the most well-known stories from the Old and New Testaments.**

## GAME RULES:

For each story there is a set of four cards, with the same color border and the same symbol in the corner. The aim of the game is to collect as many pairs from a story as possible (with the same border and symbol), or better still all four cards from the same set.

To play the game, all the cards are mixed up with the pictures face down on the table. The youngest player starts. He turns two cards over. If the two cards match he keeps them and the story may be read from the book (the symbol on the card matches the symbol in the book). The player takes another turn to find a pair.

If the cards do not match he replaces them face down on the table. Then the next player, on his right, takes a turn.

Try to remember the position of the cards and find the matching pairs.

When all the cards have been turned over and matched the game is finished.

Two points are awarded for each pair collected. If all four cards are collected then an extra point is awarded, making a total of five points. The player with the most points wins.

Two or more players.

Copyright © Evangelischer Werbedienst/Imatel Mediengesellschaft mbH und Deutsche Bibelgesellschaft

Worldwide co-edition organised and produced by
Angus Hudson Ltd, Concorde House, Grenville
Place, Mill Hill, London NW7 3SA
Tel: +44 20 8959 3668
Fax: +44 20 8959 3678
E-m: coed@angushudson.com

ISBN 0-8254-7221-0

9 780825 472213 >

Printed in China

Published in the USA by Candle Books 2001
Reprinted 2003
Distributed by: Kregel Publications, PO Box 2607
Grand Rapids, Michigan 49501

CANDLE BOOKS

EXHIBIT B.152

Christian Book Distributors®
P.O. Box 7000
Peabody, MA 01961-7000

Christianbook.com
U.S. & CANADA
1-800-CHRISTIAN (1-800-247-4784)
ALL OTHER COUNTRIES
1-978-977-5000
Customer.service@christianbook.com

CHAD LEVY

SHEPPARD MULLIN
CHAD LEVY SUITE 1600
1901 AVENUE OF THE STARS
LOS ANGELES, CA 90067

LAST ZONE

BLUE

| PKG. NO. | OPR. | SHIP VIA | ORDER DATE | PAY TYPE | CUSTOMER NUMBER | CUSTOMER PHONE NO. | ORDER NO. |
|---|---|---|---|---|---|---|---|
| 101 | WEB | BLUE | 08/07/06 | MC **0001 | 9934286 | | 42596159 |

| LOCATION | QTY | SKU | ITEM DESCRIPTION | | | PRICE EA. | TOTAL PRICE | LINE |
|---|---|---|---|---|---|---|---|---|
| 11 AA558A | 1 | JQ 02621 | NOAHS MEMORY MATCH UP | CHB | GAME | 5.99 | 5.99 | 5 |
| 51 EA703G | 1 | JQ 420904 | READ AND RHYME MEMORY MATCH | MLMW | GAME | 3.49 | 3.49 | 11 |
| 52 EB654G | 1 | JQ 303218 | DELUXE MEMO GAME | IPTW | GAME | 14.99 | 14.99 | 2 |
| 53 EC951A | 1 | JQ 628580 | NUMBERS MATCH ME CARDS | TREW | | 4.49 | 4.49 | 7 |
| 65 FE029A | 1 | HS | HOME SCHOOLING CATALOG | | | | | |
| 65 FE915E | 1 | JQ 212189 | WORD OPPOSITES MATCH CARDS | MLMW | | 9.99 | 9.99 | 4 |
| 73 GC356F | 1 | JQ 472210 | SEARCH/FIND BIB MEMORY GAME | KREW | GAME | 4.85 | 4.85 | 6 |
| 74 GD010A | 1 | P | ENCLOSE PREFERRED CATALOG | | | | | |
| 83 HC751F | 1 | JQ 902968 | BIBLE MEMORY BIBLE CARD GAME | STD | | 3.99 | 3.99 | 8 |

CATALOGS: BAX BCO CPN

ITEMS LISTED BELOW ARE PRESENTLY UNAVAILABLE

| | | | | |
|---|---|---|---|---|
| BACKORDERED | 09/20/06 | 1 | 311042 | BIBLE ABC MEMORY GAME |
| BACKORDERED | 09/20/06 | 1 | 858102 | NUMBERS MATCH ME GAME |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |
| BACKORDERED | 09/20/06 | 1 | 220920 | ACTION WORDS MEMORY MATCH |

EXHIBIT B.152r

254

<<*RUSH *>> THIS ORDER WAS GENERATED FROM OUR WEBSITE AS TRANSACTION # W126201467. CREDIT CARD CHARGES FOR ITEMS SHIPPED WILL APPEAR ON YOUR NEXT CREDIT CARD STATEMENT. FAR MORE PRODUCTS THAN WILL FIT IN A CATALOG! OVER 190,000 ITEMS & GROWING AT CHRISTIANBOOK.COM! THANK YOU FOR YOUR ORDER.

AS THANKS FOR YOUR ORDER, CBD OFFERS LOWER PRICES GOOD THRU AUG 15. POSTAL RATES ARE LISTED IN OUR CATALOG.
TK548 NEW TESTAMENT COMM 12VOL NTC (600.00) $149.99
TK549 INSTRUMENTAL MEDITATIVE 4CDS (31.96) $7.99
TK550 MESSAGE REMIX 2.0 HARDCOVER (24.99) $15.99
***** IMPORTANT INFORMATION *****
MULTIPLE BOX ORDERS MAY BE SHIPPED BY DIFFERENT CARRIERS AND ARRIVE ON DIFFERENT DATES. IF YOUR ORDER IS NOT COMPLETE, PLEASE ALLOW THE FULL DELIVERY TIME STATED IN OUR CATALOGS FOR YOUR ORDER TO BE COMPLETED.
TICKET WT = 5.055 LBS 81 OZ ITEM.COUNT = 9 08/07/06 09:05am BATCH# 16067
TOLERANCE 5.4 OZ

LP# 7122053
BOX SIZE 5

| THIS SHIPMENT | |
|---|---|
| MERCH. | 47.79 |
| P. & H. | 10.53 |
| TAX | 0.00 |
| TOTAL | 58.32 |

| TOTAL ORDER | |
|---|---|
| ORD. AMT. | 102.18 |
| RECEIVED | 102.18 |
| REFUND | 0.00 |
| AMT. DUE | 0.00 |

Thank You!

## Search and Find Bible Memory Game

BUY NOW

**QUANTITY** 1

ADD TO WISHLIST

**Retail Price:** ~~$6.99~~
**CBD Price: $4.85**
You Save $2.14 (31%)

SAVE! 31%

**CBD Stock Number:** WW472210
**Format:** Hardcover
**Availability:** *In Stock*

More Details about Search and Find Bible Memory Game

Sample Sample Sample

**Description:** This fun card game takes you on a journey through twelve of the most well-known stories from the Old and New Testaments. For two or more players, includes 48 cards and a booklet. The game retells the stories while you play. For children and adults, ages 4 and up.

**Recommend Search and Find Bible Memory Game to Your Friends**

**Related Products**



**Bible Bingo, CBD Price: $6.99**



**Bible Book Game, CBD Price: $3.99**



**My First Bible Action Heroes Matching Game, CBD Price: $5.99**



**Dig Into The Bible: Fun Activities That Explore Bible Treasure, CBD Price: $7.99**

- **Bible Land Adventure Game, CBD Price: $9.99**
- **Choose Your Clues, CBD Price: $6.99**

**Folks who purchased this product also bought these items:**



**Bible Dominoes, CBD Price: $5.99**



**Do U Know? Game, CBD Price: $4.99**



**Bible Bingo, CBD Price: $5.99**



**Donna Erickson's Fabulous Funstuff for Families: Hundreds of Quick and Easy Activities, Games & Projects, CBD Price: $2.99**

- **Ten Commandments Card Game, CBD Price: $4.99**
- **God's Ten Best: The Ten Commandments Coloring Book, CBD Price: $1.25**

**Additional Product Information:**

**Type:** Hardcover **ISBN:** 0825472210

EXHIBIT B.152w

**Vendor:** Kregel Publications **UPC:** 9780825472213
**Publication Date:** 2001

**Search for more products in this category**

- Crafts & Recreation >> Games >> Bible Games
- Crafts & Recreation >> Games >> Card Games
- Crafts & Recreation >> Games >> Educational
- Crafts & Recreation >> Kids
- Kids >> Crafts & Recreation >> Games >> Bible Games
- Kids >> Crafts & Recreation >> Games >> Card Games
- Kids >> Crafts & Recreation >> Games >> Educational
- Start A New Christianbook.com Search

**Check out our specialty shop for Kids products!**

**Customer Reviews**

Be the first customer to review Search and Find Bible Memory Game!

**Author/Artist Review**

I'm the author/artist and I want to review Search and Find Bible Memory Game.

**Recommend Search and Find Bible Memory Game to Your Friends**

**Start A New Christianbook.com Search**

Customer Service: 1-800-CHRISTIAN (1-800-247-4784)



**Copyright © 2006 Christianbook.com**

BizRate.com customer certified Store Rating: As of: 08/24/06 Click to Verify

BizRate 2005

THOUGH NONE GO WITH ME

VeriSign Secured



EXHIBIT
B.152w