
Birds of America's National Parks
100 PIECE MEMORY CARD GAME
EXHIBIT B.155

257

# Birds *of America's National Parks*

America is a land full of beautiful places and as a result of the efforts of many, millions of acres have been set aside as national parks. Equal to the beauty of the parks themselves are their winged inhabitants. The opportunity to watch an eagle soar overhead and hear the songs of birds perched nearby is treasured and held in fond memory by enthusiasts of all ages. This wonderful collection of photos will provide an enjoyable and educational experience as you call to memory your time spent amidst these fascinating creatures of the sky.

## How to Play the Game

1. Layout all 100 of the memory cards face down. For younger players lay out less pairs of cards.
2. Turn over two cards at a time. If cards don't match return face down, end of players turn. Move to the next player.
3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!



EXHIBIT B.155

# INVOICE

YOSEMITE ASSOCIATION
P.O. Box 230
El Portal, CA 95318
(209) 379-2646 (209) 379-2486 fax
www.yosemite.org info@yosemite.org

YOSEMITE ASSOCIATION

Invoice#: WSO012631
Invoice Date: 08/09/06
Customer #: RETAIL
Store: Website Store
Order#: WSO012631

Page: 1

**Billing Address:**
CHAD LEVY

**Shipping Address:**
CHAD LEVY
SHEPPARD MULLIN
1901 AVE OF THE STARS #1600
LOS ANGELES, CA 90067

| Cust. PO Number: | Order Date: | Ship Via: | Terms: | Due Date: |
|---|---|---|---|---|
| 20655 | 08/07/06 | UPS | Prepaid | 08/09/06 |

| Qty | Qty Shp. | Qty. B/O | Item # | Item | Price | Disc. % | Disc. | Total |
|---|---|---|---|---|---|---|---|---|
| | 1 | | 802285015782 | Birds of America's National Parks 100 Piece Memory Card Game | 12.00 | | | $ 12.00 |

**EXHIBIT B.155r**

*Join the Yosemite Association today! As a member you would have saved $1.80 on your purchase!*

| | |
|---|---|
| Subtotal: | $ 12.00 |
| Total Sales Tax: | 0.93 |
| Shipping and Handling: | 7.50 |
| Total: | $ 20.43 |
| Payment: | $ 20.43 |
| Balance Due | $ 0.00 |

How Paid: MC: $20.43



**Thank you for your order! Proceeds from your purchase directly benefit Yosemite National Park!**

The non-profit Yosemite Asso[illegible]ion initiates and supports interpretive, educational, research, scientific, and environmental programs in Yosemite National Park, in cooperation with the National Park Service. Authorized by Congress, the Association provides services and direct financial support in order to promote park stewardship and enrich the visitor experience.

# National Park Books




**2004 Passport To Your National Parks Stamp Set**
**by Eastern National Parks & Monuments**

This colorful sheet includes stamps that fit into your 'Passport To Your National Parks' book.

It includes one national and nine regional stamps on one sheet.

The featured parks and historic sites are Frederick Law Olmsted National Historic Site, Fort Necessity National Battlefield, Pennsylvania Avenue National Historic Site, Big South Fork National River and Recreation Area, Fort Larned National Historic Site, Fort Union National Monument, Colorado National Monument, Chiricahua National Monument and Lake Roosevelt National Recreation Area.

The national stamps is for Navajo National Monument.

1 sheet of 10 stamps; 8.5 x 11 inches; printed in full color; in plastic bag; copyright 2004, Eastern National

*Ref* 2004 Stamps

*Our Price* $3.95

add to cart

EXHIBIT
B.155w

The national park system contains the scenic and historic treasures of our country.

Presidential homes, historic lodges and hotesl, and National Park Service rustic cabins are abundant throughout the parks, whether they are shadowed by interstate highways in downtown areas of a city or discovered after miles of mountain hiking.

In this guidebook, the author takes readers on a tour through histoic structures discussing the architectural elements and hsitory of each building, showing how architectural form combined with history and natural beauty has created inspiring works of art.

Parks covered include Death Valley, Sequoia and Kings Canyon, Yosemite, Fort Vancouver, Crater Lake, Olympic, Mt. Rainier, Oregon Caves, and more.

The book is paced with photographs, maps, and detailed directions.

280 pages; 6 inches x 8.5 inches; illustrated in black-and-white; paperback; copyright 2002, Gibbs Smith

*Ref* 1586850660

*Our Price* $21.95

add to cart




**Birds of America's National Parks - 100 Piece Memory Card Game**

**by Impact**

Knowing how to identify birds by sight is a key to becoming familiar with different species.

This beautiful collection of photos provides an enjoyable and educational experience that will benefit birders of all ages.

To play the game, lay out all 100 memory cards face down. Turn over two cards at a time. If cards don't match, return them face down, and it's the next player's turn.

If the cards do match, keep the matching pairs and continue until player can no longer match. The player with the most matches wins!

For ages 3 and over. Includes poster with photos of and information about all the included birds.

100 cards; each card is 3 inches x 3 inches; cards and poster printed in full color; packaged in sturdy box; copyright 2002, Impact

*Ref* 802285015782

*Our Price* $12.00

add to cart

EXHIBIT
B.155w