
EXHIBIT B.156
60 PIECE MEMORY CARD GAME
INCLUDES FIVE LANGUAGE INTERPRETIVE TEXT

262

# Grand Circle

*The Grand Circle is a 1,400-mile area encompassing the four corner states of Arizona, Colorado, New Mexico and Utah. Bordered on the north by the Uinta Mountains, on the east by the Rocky Mountains, on the south by the Sonoran and Painted Desert, and on the west by the Great Basin, this region boasts some of the most spectacular and varied terrain on earth. Elevations within the Grand Circle range from 2,000 feet, at the bottom of the Grand Canyon, to over 10,000 feet on the plateaus of Southern Utah.*

## How to Play the Game



Layout all 60 of the memory cards face down



2. Turn over two cards at a time. If cards don't match return face down; end of player's turn. Move to the next player.



3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!



EXHIBIT B.156

Store 0110
**Invoice # 4893**
8/8/2006
Page 1

# INVOICE / PACKING SLIP

# CANYONLANDS NATURAL HIST. ASSOC.

3031 S HWY 191
MOAB, UT 84532

Bill To: LEVY, CHAD

Customer PO#
Date: 8/8/2006
Cashier: Julie
Associate: Julie

| Stock # | DESCRIPTION | QTY | SIZE | PRICE $ | DISCOUNT $ | EXT PRICE |
|---|---|---|---|---|---|---|
| 2245 | GAME GRAND CIRCLE MEMORY #2245 | 1 | | $10.95 | | $10.95 |

1 Unit(s) Subtotal: $10.95
Shipping: $5.00
**RECEIPT TOTAL: $15.95**

**CrCard: $15.95 MASTER /**

:NHA WEB SITE

CANYONLANDS NATURAL HIS
3031 S HIGHWAY 191
MOAB, UT. 84532-3629

TERMINAL I.D.: 0075420000800067480701

MERCHANT #: 8000674807

MASTERCARD

*

SALE
BATCH: 001459 INV: 000001
DATE: AUG 08, 06 TIME: 09:02
AUTH: 715546
AVS RESPONSE: Y

TOTAL $15.95

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY

**EXHIBIT B.156r**

264

***We Appreciate Your Business!***

CANYONLANDS
NATURAL HISTORY ASSOCIATION

Login | Contact Us



HOME | ABOUT CNHA | STORE | MEMBERSHIP

Search

GO

Browse our Store

- Books
- Calendars
- Colorado
- Games
- Gift Certificates
- Gift Ideas
- Hats
- Journals/Notecards
- Lapel Pins/Patches
- Maps
- Membership
- Music
- Packages
- Passport books
- Postcard Sets
- Posters
- Pottery
- Puppets
- Puzzles
- River Guides
- Safety Products
- Screen Savers
- Stamps/Park Stickers
- T-Shirts
- Videos/DVDs

## Grand Circle Memory Card Game

Impact



**Price:** $10.95
**Member Price:** $9.31

**About this Item**
Impact The Grand Circle is a 1,400-mile area encompassing the four corner states of Arizona, Colorado, New Mexico and Utah. There are over 15 National Parks and Monuments and numerous state parks as well. This 60 piece memory card game for ages 6 & up includes interpretive text in five languages.

Add to Cart 1

Add to Wish List

**Stock No:** 2245
**Category:** Games

Customer Reviews

Write an Online Review

Be the first to review this product!

**Banner photo** by Neal Herbert/National Park Service

Canyonlands Natural History Association | info@cnha.org | (800) 840-8978 | (435) 259-6003

EXHIBIT B.156w

265

AzureBay™ Images Everything

SHOP CUSTOMER SERVICE MY ACCOUNT VIEW CART

Order by Phone 1.888.790.1061

SIGN UP FOR EMAIL OFFERS Enter Email Address GO SEARCH BY PRODUCT OR ITEM# Product or item# GO

## Grand Circle Game



**Product Description**

**Grand Circle Game**
#3MGM
$12.95

ADD TO CART

SECURED BY GeoTrust click to verify 28-Aug-06 02:58 GMT

NEW ITEM! The Grand Circle is a 1,400 mile area encompassing the four-corner states of Arizona, Colorado, New Mexico and Utah. Bordered on the North by the Uinta Mountains, on the East by the Rocky Mountains, on the South by the Sonoran and Painted Deserts, and on the West bt the Great Basin, this region boasts some of the most spectacular and varied terrain on Earth. Elevations within the Grand Circle range from 2,000 feet at the bottom of the Grand Canyon, to over 10,000 feet on the plateaus of Southern Utah.




**Also Look At:**

**Grand Circle Cards**
#51PLY
$4.95

**Grand Circle Puzzle**
#45842-26Z
$11.95

HOME AFFILIATES CONTACT RESELLERS ABOUT US

Copyright 1995 - 2006 Impact Photographics, A Division of John Wagner Associates, Inc. All rights reserved.

EXHIBIT B.156w