UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING DECLARATION OF KENT RAYGOR WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

# DECLARATION OF KENT R. RAYGOR

I, Kent R. Raygor, hereby declare the following:

1. I am an attorney duly admitted to practice before the Courts of the State of California and admitted *pro hac vice* to practice before this Court for this matter. I am a partner at Sheppard Mullin Richter & Hampton LLP in Los Angeles, attorneys of record for defendant and counterclaimant MGA Entertainment, Inc. ("**MGA**"). I am lead counsel for MGA in this matter. This Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. ("**Hasbro**") to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. Since April 21, 2006, I have worked with employees of my firm, MGA's Rhode Island counsel's firm, and MGA who found much of the above-described evidence. The instructions (if, indeed, they could be construed as such) were simple—if you happened to be in or near a store that sells toys or books, see if you find any memory games, and purchase them if possible.

3. **Books Found At Public Libraries.**

On June 17, 2006, I visited the Glendale Public Library in Glendale and the Pasadena Public Library in Pasadena, California. I found the following books on the shelves and photocopied the relevant pages of them. Copies were submitted to the Court on July 17, 2006 with my previous declaration as the indicated "Opposition" Exhibit Number. True and correct copies of the covers, frontispieces, copyright pages, and relevant pages for these books are attached hereto as **EXHIBITS A.1, A.5, A.7, A.8,** and **A.9**.

| HEARING EXH. # | OPPOS. EXH. # | BOOK DESCRIPTION | LOCATION DESCRIPTION | COPYRIGHT | DATE COPIED | RELEVANT TEXT |
|---|---|---|---|---|---|---|
| A.1 | 1.1 | Morehead, A., Frey, R., Mott-Smith, G., THE NEW COMPLETE HOYLE: THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE WITH THE MOST AUTHORITATIVE ADVICE ON WINNING PLAY, (Garden City Books) | Public library (games section) | © Copyright 1956, 1947, by Albert H. Morehead | 06/17/06 | "CONCENTRATION (MEMORY, PELMANISM) As its various names suggest, this game is an excellent exercise for the development of visual memory . . . . While there is some luck n the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." |
| A.5 | 1.5 | Scarne, J., ENCYCLOPEDIA OF GAMES (Harper & Row) | Public library (games section) | Copyright © 1973 by John Scarne Games, Inc. | 06/17/06 | "CONCENTRATION – This game is also known as Memory or Pelmanism . . . . Players try to remember the denominations and positions of cards previously exposed so that they can form pairs . . . . The game is a test of memory." |

| HEARING EXH. # | OPPOS. EXH. # | BOOK DESCRIPTION | LOCATION DESCRIPTION | COPYRIGHT | DATE COPIED | RELEVANT TEXT |
|---|---|---|---|---|---|---|
| A.7 | 1.7 | Midgley, R., ed., THE WAY TO PLAY: THE ILLUSTRATED ENCYCLOPEDIA OF THE GAMES OF THE WORLD (Paddington Press, 1975) | Public library (games section) | © Diagram Visual Information Ltd 1975 | 06/17/06 | "MEMORY – This card game for any number of players is also called pelmanism or concentration. It is easy to play and is an excellent test of memory and observation . . . . The person to the first player's left now turns over any two cards. If the first card matches one that has already been turned over he must try to remember where that card is . . . . Memory and other card-matching games can be played with special cards. These can be smaller than standard playing cards and any number of pairs may be used . . . . The cards are printed with colored pictures, patterns, or symbols, and are particularly popular with young children. Rules for these games are like those for memory, with players trying to get matching pairs of, for example, pineapples, eskimoes, or boats." |
| A.8 | 1.8 | THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE (2d ed. 1987, unabridged) | Public library (2nd floor of the Glendale Public Library, reference desk) | Copyright © 1987 by Random House, Inc. First edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966 by Random House, Inc. | 06/17/06 | "**con·cen·tra·tion** . . . . 7. Also called **memory**. *Cards*: A game in which all 52 cards are spread face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair." "**mem·or·y** . . . . 13. *Cards*: concentration (def. 7)." |

| HEARING EXH. # | OPPOS. EXH. # | BOOK DESCRIPTION | LOCATION DESCRIPTION | COPYRIGHT | DATE COPIED | RELEVANT TEXT |
|---|---|---|---|---|---|---|
| **A.9** | **1.9** | FAMILY FUN & GAMES (Sterling Publishing, 1992) | Public library (games section) | © 1992 by Diagram Visual Information Ltd | 06/17/06 | "Concentration - This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and observation . . . . The person to the first player's left now turns over any two cards. If the first card matches one that has already been turned over he must try to remember where that card is. " |

4. **Books Purchased From Stores.**

I visited the following stores on the dates indicated and found and purchased the following books defining, describing, or discussing memory games. They are physically located in a room in my law firm. I have made them available to counsel for Hasbro for inspection. They continue to be available for inspection. True and correct copies of the covers, frontispieces, copyright pages, and relevant pages for these books are attached hereto as **EXHIBITS A.3, A.4, A.6,** and **A.10-A.16**. True and correct copies of the receipts for my purchases of these books are attached hereto as **EXHIBITS A.3r, A.4r, A.6r,** and **A.10r-A.16r**.

| HEARING EXH. # | OPPOS. EXH. # | BOOK TITLE | STORE DESCRIPTION | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|
| A.3 | 1.3 | OFFICIAL RULES OF CARD GAMES, edited by Albert H. Morehead | Borders Books and Music, Pasadena, California (games section) | Copyright © 1968, 1966, 1963, 1961, 1959, 1957, 1955, 1952, 1950, 1948, 1947, 1946, 1945, 1943, 1942, 1941, 1940, 1939, 1938, 1937, 1936, 1934, 1931, 1929, 1928, 1926, 1922, 1921 by The United States Playing Card Company and A Fawcett Book Published by the Random House Publishing Group | 06/25/06 |
| A.4 | 1.4 | ACCORDING TO HOYLE: OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY, authored by Richard L. Frey | Borders Books and Music, Pasadena, California (games section) | Copyright © 1956, 1965, 1970 by Hawthorne Books and A Fawcett Book Published by the Random House Publishing Group | 06/25/06 |
| A.6 | 1.6 | HOYLE'S ENCYCLOPEDIA OF CARD GAMES: THE RULES OF ALL THE BASIC GAMES AND POPULAR VARIATIONS, authored by Walter B. Gibson | Borders Books and Music, Pasadena, California (games section) | Copyright © 1974 by Walter B. Gibson; frontispiece states Broadway Books New York | 06/25/06 |
| A.10 | 1.10 | CARD GAMES: AN ESSENTIAL GUIDE TO THE MOST POPULAR AND ENTERTAINING GAMES, authored by | Borders Books and Music, Pasadena, California | HARPERTORCH *An Imprint of* HarperCollins *Publishers*" and "Copyright © Diagram Visual Information Limited 1999 | 6/25/06 |
| A.11 | 1.11 | THE AMAZING GAME BOARD BOOK: MORE THAN 50 GAMES AND ACTIVITIES, authored by Shereen Gertel Rutman | Childrens Book World, Los Angeles, California (games section) | HARPERTORCH *An Imprint of* HarperCollins *Publishers*" and Copyright © Diagram Visual Information Limited 1999 | 07/06/06 |

| HEARING EXH. # | OPPOS. EXH. # | BOOK TITLE | STORE DESCRIPTION | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|
| A.12 | 1.12 | HOYLE'S RULES OF GAMES, THIRD REVISED AND UPDATED EDITION, authored by Albert H. Morehead and Geoffrey Mott-Smith | Childrens Book World, Los Angeles, California (games section) | Copyright © 2000 by innovative KIDS® | 07/06/06 |
| A.13 | 1.13 | KIDS' CARD GAMES: 25 EXCITING CHILDREN'S CARD GAMES EXPLAINED STEP BY STEP, authored by Terry Eagle | Childrens Book World, Los Angeles, California (games section) | First Edition for the United States, its territories and dependencies and Canada published in 2002 by Barron Educational Series, Inc.; Copyright © Haldane Mason Ltd, 1999 | 07/06/06 |
| A.14 | 1.14 | GREAT BIG BOOK OF CHILDREN'S GAMES, authored by Debra Wise | Childrens Book World, Los Angeles, California (games section) | Copyright © 2003 by The Stonesong Press, LLC. Original copyright © 1999 Round Stone Press, Inc.; frontispiece states McGraw-Hill | 07/06/06 |
| A.15 | 1.15 | THE EVERYTHING CARD GAMES BOOK: A COMPLETE GUIDE TO OVER 50 GAMES TO PLEASE ANY CROWD, authored by Nikki Katz | Borders Books and Music, Pasadena, California (games section) | Copyright © 2004, F + W Publications, Inc. | 06/25/06 |
| A.16 | 1.16 | CARD GAMES FOR KIDS, authored by Adam Ward | Childrens Book World, Los Angeles, California (games section) | First published in Great Britain in 2004 by Hamlyn, an imprint of Octopus Publishing Group Ltd; Copyright © Octopus Publishing Group Ltd 2004 | 07/06/06 |

5. **Online Encyclopedias.**

On July 8 and 9, 2006, I used an Internet Explorer browser to access the Internet. I entered the URL addresses for, and connected directly to, reference websites at

http://en.wikipedia.org/ and http://boardgames.about.com. I typed in "memory" and "memory game" on each of these reference websites. True and correct copies of print-outs of the web pages showing the results of these searches are attached hereto as **EXHIBITS A.18** and **A.19**, respectively, and were previously provided in support of MGA'S OPPOSITION as **EXHIBITS 1.18** and **1.19**, respectively.

6. **Memory Games Purchased From Stores Or Online.**

I visited the following physical stores or online stores on the dates indicated. At these stores, I found the following memory games. I purchased the indicated games. They are physically located in a room in my law firm. I have made them available to counsel for Hasbro for inspection. They continue to be available for inspection. True and correct copies of the packaging for these games are attached hereto as **EXHIBITS B.2-B.12, B.14, B.25, B.27, B.32-B.34, B.44-B.50, B.52-B.57, B.59-B.63, B.71, B.72, B.137, B.148, B.150,** and **B.154**. True and correct copies of the receipts for my purchases of these games are attached hereto as **EXHIBITS B.2r-B.12r, B.14r, B.27r, B.32r-B.34r, B.44r-B.50r, .52r-B.57r, B.59r-B.63r, B.71r, B.72r, B.137r, B.148r, B.150r,** and **B.154r**. True and correct copies of the content of the web pages showing and/or describing the games that I purchased at online stores are attached hereto as **EXHIBITS B.33w** and **B.34w.** The games that I purchased at physical stores are also available for purchase at the Internet websites indicated below. In addition, the games that I purchased at online stores are also available at additional online stores as indicated below. Copies of printouts of these web pages are attached hereto as **EXHIBITS B.2w-B.12w, B.14w, B.27w, B.32w-B.34w, B.44w-B.50w, .52w-B.57w, B.59w, B.60w, B.62w, B.63w, B.71w, B.72w, B.137w, B.150w,** and **B.154w** (see DECLARATION OF JANENE P. BASSETT for authentification of these websites and the contents thereof).

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.2 | 2.2 | BALLERINA CARD GAMES (states "Five games to play . . . [including] Ballerina Memory . . .") | Vroman's Bookstore, Pasadena, California (games section) | http://www.shopatron.com/product/product_id=IPIP55011/224 | International Playthings, Inc. | 07/01/06 |
| B.3 | 2.3 | COLOR PIXTER LEARNING SOFTWARE (states "Teaches 25 Skills . . . Memory & Matching") | Target, Pasadena, California (games section) | http://www.fisher-price.com/fp.aspx?st=900002&e=storeproduct&pid=23408 | ©2004 Mattel, Inc. | 07/01/06 |
| B.4 | 2.4 | HORSE PLAY CARD GAME (contains HORSE MEMORY) | Vroman's Bookstore, Pasadena, California (games section) | http://www.breyerhorses.com/products/product.php?item=55016 | ©2002 International Playthings, Inc. | 07/01/06 |
| B.5 | 2.5 | THE SAME GAME THE MEMORY GAME WITH A SPIN! | Vroman's Bookstore, Pasadena, California (games section) | http://www.amazon.com/gp/product/B00021HB40/sr=1-256/qid=1154992187/ref=sr_1_256/002-7868746-2290400?ie=UTF8&s=toys-and-games | ©2002 Binary Arts Corp | 07/01/06 |
| B.6 | 2.6 | I SPY MEMORY GAME TRAVEL EDITION | Borders Books and Music, Pasadena, California (games section) | http://www.briarpatch.com/product-page.asp?intID=9 | ©2004 Briarpatch, Inc. | 06/25/06 |
| B.7 | 2.7 | K-9 CAPERS THE PICK-UP POOCHES MEMORY GAME | Target, Pasadena, California (games section) | http://www.gamewright.com/gamewright/index.php?section=games&page=game&show=78 | ©2003, 2006 Gamewright, A trademark of Ceaco | 07/01/06 |
| B.8 | 2.8 | MILO'S MAGICAL MEMORY GAME | Vroman's Bookstore, Pasadena, California (games section) | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=0735817448&itm=79. | © 2003 Nord-Sud Verlag AG | 07/01/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.9 | 2.9 | MY CLASSIC CARD GAMES (including MEMORY) | Vroman's Bookstore, Pasadena, California (games section) | http://www.mastermindtoys.com/store/product.asp?product%5Fcode=57722&cat=12&brand=0&subcat=621&page%5Ffrom=search%5Fresults%2Easp&link%5Fname=Search+Results&page=1&age=none&price=0&keyword=memory&category=0&search%5Ftype=exact&agecat=0&MSCSProfile=NBQG5B9355LD9J6HV3XP5WE0KD7D7H4B<br><br>http://www.intplay.com/cards.htm | International Playthings, Inc. | 07/01/06 |
| B.10 | 2.10; 3.66 (Internet printout only) | MY FIRST MEMORY CARD GAME | Childrens Book World, Los Angeles, California (games section) | http://www.boscovs.com/StoreFrontWeb/Product.bos?assortmentDepartmentNumber=6172230&itemNumber=59268&assortmentId=19&type=Product<br><br>http://briarpatch.com/product-page.asp?intID=46 | Game ©2002 Briarpatch, Inc. | 07/06/06 |
| B.11 | 2.11 | MY FIRST PICTURE PAIRS: A PRESCHOOL RECOGNITION AND MEMORY GAME | Childrens Book World, Los Angeles, California (games section) | http://www.amazon.com/gp/product/078945470X/002-0612872-2712022?v=glance&n=283155 | © 1999 Dorling Kindersley Limited, London | 07/06/06 |
| B.12 | 2.12 | OLD DINOSAUR: DISCOVER DINOSAURS WITH 3 FUN CARD GAMES! (contains JURASSIC MEMORY) | Childrens Book World, Los Angeles, California (games section) | http://www.birdcagebooks.com/game_dino.html | © 2005 Birdcage Press | 07/06/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.14 | 2.14 | ULTIMATE TRAVEL GAMES (contains MEMORY MATCHUP game) | Borders Books and Music, Pasadena, California (games section) | http://us.penguingroup.com/nf/Book/BookDisplay/0,,9780843120073,00.html | © 2006 Price Stern Sloan | 6/25/06 |
| B.25 | | PRESCHOOL MEMORY GAME | | | ©1999 Geoffrey Inc. | |
| B.27 | 2.27 | WHO LIVES WHERE? A MEMORY & MATCHING GAME | Target, Pasadena, California (games section) | http://www.cadaco.com/learning-time-fun/woodengames.html#learningwho<br><br>http://www.target.com/gp/detail.html/sr=1-3/qid=1155283411/ref=sr_1_3/602-1526283-6816608?%5Fencoding=UTF8&asin=B00011F5LM | © 2004 Cadaco | 7/1/06 |
| B.32 | 2.32 | PETER COTTONTAIL 25 PIECE PUZZLE & MEMORY GAME | Brentano's Bookstore, Los Angeles, California (childrens game section) | http://www.areyougame.com/interact/item.asp?itemno=2902X&sa=0 | ©2004 Imagination Entertainment Limited | 7/9/06 |
| B.33 | 2.33 | WHAT'S THE TIME? A MEMORY GAME ABOUT LEARNING TO TELL THE TIME | CastleShopping.com | http://www.castleshopping.com/playroomdetail.asp?id=2769<br><br>http://www.aqueenscollection.com/playroomdetail.asp?id=2769 | Made in the U.K. by Artstraws Ltd. | 7/10/06 |
| B.34 | 2.34 | I NEVER FORGET A FACE!: MATCHING GAME (states "MEMORY GAME FACES") | CastleShopping.com | http://www.castleshopping.com/playroomdetail.asp?id=2998<br><br>http://geniusbaby.com/eeboo-memory-game-i-never-forget-a-face.html | ©2004 eeBoo™ corporation | 07/10/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.44 | | AMERICA'S NATIONAL PARKS, MONUMENTS, 60 PIECE MEMORY CARD GAME | Zion Natural History Association, Springdale, UT | http://www.azurebay.com/Products.asp?Item=2MGM | © Impact | 08/01/06 |
| B.45 | | ART LOTTO (contains MEMORY ART LOTTO) | The Metropolitan Museum of Art Store, Rockefeller Plaza, NYC (childrens games section) | http://safariltd.com/Merchant2/merchant.mvc?Screen=PROD&Store_Code=SL&Product_Code=5402-13 | © 1990 National Gallery of Art, Washington | 07/28/06 |
| B.46 | 3.48 (Internet printout only) | BIRDS OF AMERICA'S NATIONAL PARKS, 100 PIECE MEMORY CARD GAME | Zion Natural History Association, Springdale, Utah | http://www.yosemitestore.com/Templates/frmTemplateP1.asp?SubFolderID=111&SearchYN=N | © Impact | 08/01/06 |
| B.47 | | CURIOUS GEORGE: MATCH-UP GAME: A FUN MEMORY GAME | Barnes & Noble Bookseller, Pasadena, California (childrens games section) | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1593952406&itm=66 | Peaceable Kingdom Press | 08/05/06 |
| B.48 | | GO FISH FOR ART: IMPRESSIONIST (contains MASTERPIECE MEMORY) | The Metropolitan Museum of Art Store, Rockefeller Plaza, NYC (childrens games section) | http://www.birdcagebooks.com/game_fish.html | © 2004 Birdcage Books | 07/28/06 |
| B.49 | 3.47 (Internet printout only) | GRAND CIRCLE, 60 PIECE MEMORY CARD GAME | Zion Natural History Association, Springdale, Utah | http://www.azurebay.com/Products.asp?Item=3MGM | © Impact | 08/01/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.50** | | I SPY MEMORY GAME - A GAME OF PICTURE RIDDLES | Children's General Store, Grand Central Terminal, NYC (games section) | http://www.briarpatch.com/product-page.asp?intID=5 | © 2002 by Briarpatch, Inc. | 07/26/06 |
| **B.52** | | MINI MIX & MATCH (states "Match up the pairs of real-life baby animals in this classic game where children use their memory to collect the most picture pairs.") | Children's General Store Grand Central Terminal, NYC (games section) | http://www.padilly.com/minimixmatch.html | ©2004 Ravensburger Spieleverlag | 07/26/06 |
| **B.53** | **3.63** (Internet printout only) | MY FIRST BRAIN QUEST – PRESCHOOL<br><br>(states "A charming memory-matching game" and "Reinforces children's memory skills") | Children's General Store, Grand Central Terminal, NYC (games section) | http://www.universitygames.com/ugitem.asp?itemno=01721&brand=UG | ©1999 University Games Corporation | 07/26/06 |
| **B.54** | **4.1** (Internet printout only) | NORTH AMERICAN WILDLIFE, 60 PIECE MEMORY CARD GAME | Zion Natural History Association, Springdale, Utah | http://www.rmna.org/cgi-bin/commerce.cgi?preadd=action&key=1708&reference=/cgi-bin/commerce.cgi%3Fsearch%3Daction%26keywords%3Dall%26searchstart%3D0%26template%3DPDGCommTemplates/FullNav/SearchResult.html%26category%3DB018 | © Impact | 08/01/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.55 | | OLD MUMMY (contains MUMMY MEMORY) | The Metropolitan Museum of Art Store, Rockefeller Plaza, NYC (childrens games section) | http://www.birdcagebooks.com/game_mummy.html | © 2004 Birdcage Books | 07/28/06 |
| B.56 | | SOUNDS OF THE SEASHORE: THE MAGICAL MATCHING AND MEMORY GAME | Toys "R "Us, Alhambra, California (games section) | http://store.cranium.com/catalog/product_info.php?cPath=1_9&products_id=913 | © 2006 Cranium, Inc. | 08/05/06 |
| B.57 | | TELL-A-STORY: AN IMAGINATIVE MEMORY AND STORYTELLING GAME | Children's General Store, Grand Central Terminal, NYC (games section) | http://www.kbtoys.com/genProduct.html/PID/2435779/ctid/17?cpncode=10-23614799-2&srccode=cii_10043468 | © 2003 Ravensburger Spieleverlag | 07/26/06 |
| B.59 | | THE BOOK OF CARDS FOR KIDS<br><br>(Includes Concentration – "A test of observation, the game is also known as Memory or as Pelmanism") | Children's General Store, Grand Central Terminal, NYC (games section) | http://www.workman.com/catalog/pagemaker.cgi?0761107088 | ©1992 Workman Publishing Comapny | 07/26/06 |
| B.60 | | THE BUG GAME (Game #1: Concentration "Object: To find the matching pairs, building memory skills as you play.") | Zion Natural History Association, Springdale, Utah | http://www.educationallearninggames.com/science-games-the-bug-game.asp | © 1994 Ampersand Press | 08/01/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| **B.61** | | THE FARMER IN THE DELL (includes "Farm Memory Game") | Children's General Store, Grand Central Terminal, NYC (games section) | Not on main page at http://www.eeboo.com/startpage.php?cat=120 | ©2005 eeBoo™ Corporation | 07/26/06 |
| **B.62** | | MEMO GAME – IMPRESSIONIST (states "A memory game compromising 36 fine impressionist painting.") | The Metropolitan Museum of Art, NYC (childrens games section) | http://www.metmuseum.org/store/st_family_viewer.asp/familyID/%7BFF57C0F5-EE96-4C0E-B829-F086C5ECE833%7D/FromPage/catForKids/familyNo/8/catID/%7B53067AB4-766E-469E-AAB4-6C710C473CF0%7D | © 1992 by Piatnik, Wien | 07/29/06 |
| **B.63** | | MEMO GAME - NEW YORK (states "The player with the most pairs of identical cards wins. Thus it is important to watch carefully all players and to remember the positions of the cards.") | The Metropolitan Museum of Art, NYC (childrens games section) | http://thoughthammer.com/product_info.php?cPath=100_125&products_id=2215&osCsid=d22d7c47fe2256455c80ec9efc0baad2 | © 1997 Piatnik | 07/29/06 |
| **B.71** | **3.30** (Internet printout only) | KOALA BROTHERS MATCHEROOS, MATCHIN', MIXIN' MEMORY FUN! | Toys R Us, Alhambra, California (games section) | http://www.amazon.com/gp/product/B0007ZKME2/002-0612872-2712022?vi=similarities | © 2004 Mattel, Inc. | 8/5/06 |

| HEARING EXH. # | OPPOS. EXH. # | PRODUCT NAME | STORE LOCATION | URL | COPYRIGHT | PURCHASE DATE |
|---|---|---|---|---|---|---|
| B.72 | | PICK A PAIR (states "Put your memory to the test with BRIO®s enjoyable wooden matching game") | Children's General Store, Grand Central Terminal, NYC (games section) | http://www.brio.co.uk/product.asp?GID=21&PID=34008#peter. | ©2005 BRIO AB (publ) | 07/26/06 |
| B.137 | | RAINBOW FISH MEMORY GAME | Childrens Book World, Los Angeles, California (games section) | http://search.barnesandnoble.com/booksearch/isbnInquiry.asp?z=y&isbn=1558588280&itm=160 | ©1992, 1997 Nord-Sud Verlag AG | 7/6/06 |
| B.148 | | MISS SPIDER'S MATCHEROOS, MATCHIN', MIXIN' MEMORY FUN! | Toys "R" Us, Alhambra, California (games section) | www.fisher-price.com No link to product | ©2005 Mattel, Inc. | 08/05/06 |
| B.150 | | BUGS! WHERE ARE YOU? CARD GAME (states "Kids test their memories when they try to pair up matching bugs in this easy-to-learn classic memory card game.") | Kidspace Children's Museum, Pasadena, California | http://www.areyougame.com/interact/item.asp?itemno=01557 | © 2005 University Games Corporation, San Francisco, California 94110. | 08/13/06 |
| B.154 | | LIFE ON EARTH Matching Game (states "Sharpens Recognition and Memory Skills!") | Kidspace Children's Museum, Pasadena, California | http://www.toadsandtulips.com/lioneamemaga.html | ©2005 eeBoo™ Corporation | 08/13/06 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 26, 2006, at Haena, Kauai (Hawaii).

KENT R. RAYGOR

400054477.1

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **NOTICE OF FILING DECLARATION OF KENT RAYGOR WITH EXHIBITS IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL.** The Notice is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 29, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY U.S. MAIL (AND EMAIL):**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman