
THE
NEW
COMPLETE
HOYLE
MOREHEAD
FREY
MOTT-SMITH
GARDEN CITY

EXHIBIT
A.1

BOOKS ON GAMES

:ards, dice, counters,
;, and numbers. Gen- m)
e and the calculation
:cal chances are ex-
horoughness and sim-
care has been taken
the rules of those
have—up to now—
l code. A review of
alone will convince
E NEW COMPLETE 3-55
nvaluable reference
:
! games
ırd games 3, 1927

· gambling games
:s
ımes
h boards and other
ipment -SMITH
es, with pencil and

MPLETE HOYLE an-
:ly and fully all
any game and tells
easy-to-understand
your best chances

# *The New* Complete Hoyle

The Official Rules

of all Popular Games of Skill and Chance

with the Most Authoritative Advice

on Winning Play

*By*

ALBERT H. MOREHEAD
RICHARD L. FREY · GEOFFREY MOTT-SMITH

7?.:?
1/
1956
c. 2

GARDEN CITY BOOKS
GARDEN CITY, NEW YORK



EXHIBIT A.1

©
Copyright 1956, 1947, by
ALBERT H. MOREHEAD

*Laws of Contract Bridge 1948 and Laws of Duplicate Contract Bridge 1949 © by the National Laws Commission of the American Contract Bridge League.*

*Laws of Canasta and Samba © 1950 by the Regency Club, New York.*

*Laws of 500 © 1904 by the United States Playing Card Co.*

*Laws of Auction Pinochle © 1955, 1946, by the United States Playing Card Co.*

*Laws of Skat © 1947 by the North American Skat League.*

*Laws of Backgammon © 1931 by the Racquet and Tennis Club, New York.*

*"Scrabble" is the registered trademark of the Production and Marketing Co.*

PRINTED IN THE UNITED STATES OF AMERICA

## WHO IS

THE only truly immortal hum
lishman named Edmond Hoyl
buried in 1769 but who has ne
Hoyle wrote "short treatises"
were bound together in one v
first edition of "Hoyle's Games
were putting Hoyle's name on
and advice for playing games. I
dozens of such books had appea
ent writers but all bearing the
Hoyle. Into the 20th century :
years as sure as fate, one may
appear on the market. Let othe
H. G. Wells, such supposedly pr
bear their output all hollow—an
Furthermore, there are countl
the innumerable Hoyle books an
living man, "the man who wrote t
in New York or Los Angeles or Mi
to whom a letter may be addresse
and who might even be gotten
distance telephone call if the prob
No less does this concept of a
authors and publishers. In a recer
castigated "Hoyle's laws"; his pub
Mr. Hoyle would sue, softened th
himself died at least fifty years bef
managing editor of a Reno newsp
being followed in the Nevada gaml
was out here and put the rules i
experts" who write books and artic
constantly, in citing some law or ot
says." Yet they might be quoting
"Hoyle" books, of which at least

EXHIBIT A.1

| | PAGE |
|---|---|
| *Thirty-one with Dice* | 709 |
| Memory | 478 |
| Mexican Stud Poker | 32 |
| Michigan | 298 |
| Michigan Rum | 71, 73 |
| Midnight Oil | 492 |
| Mill, The | 647 |
| Monte, Three-card | 34 |
| Morelles | 647 |
| Mouche, La | 232 |
| Muggins | 547 |
| Nap | 258 |
| Napoleon | 232, 258 |
| *—Variants* | 261 |
| Napoleon at St. Helena | 488 |
| Newmarket | 293, 298 |
| Nine Men's Morris | 647 |
| Nivernaise, La | 489 |
| Noddy | 448 |
| Norwegian Whist | 229 |
| Odd and Even | 706 |
| Oh Hell | 464 |
| Oklahoma | 69, 71, 74 |
| Old Maid | 469 |
| Old Sledge | 307 |
| Ombre | 275, 307, 415 |
| Omnibus Hearts | 275, 284 |
| One Pile | 705 |
| Ovid's Game | 665 |
| Pachisi | 555, 582, 616, 647, 650 |
| Panguingue | 111 |
| Papillon | 421 |



EXHIBIT A.1

*Strategy.* The player should arrange his cards by ranks, and the ranks in the order in which he will be called upon to play them. *Example:* In a seven-hand game, eldest hand should arrange the ranks: **A, 7, K, 6, Q, 5, J, 4, 10, 3, 9, 2, 8.** He should decide at once at what turn he will go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## CONCENTRATION (MEMORY, PELMANISM)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

*Age Group.* Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

*Players.* Any number up to six can play; but the best game is for two.

*The Layout.* A pack of 52 cards is shuffled and then dealt face





down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

*The Play.* Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book*.





EXHIBIT A.1