
OFFICIAL
RULES
OF
CARD
GAMES
EXHIBIT
A.3
EDITED BY
ALBERT H. MOREHEAD


COMPLETE UP-TO-THE-MINUTE RULES ON MORE THAN 300 POPULAR CARD GAMES, INCLUDING

NEW INTERNATIONAL LAWS OF CONTRACT BRIDGE

AND

** CHOOSING GAMES FOR PARTICULAR OCCASIONS **

** TEACHING CARD GAMES TO CHILDREN **

** GENERAL RULES APPLYING TO ALL GAMES **

** THE ETIQUETTE OF CARD GAMES **

** HOW TO GIVE A CARD PARTY **

** CHILDREN'S AND FAMILY GAMES **

** TECHNICAL TERMS USED IN CARD GAMES **

** AND MUCH MORE! **

PRICE $12.95
OFF RULES OF CARD GAMES
263 K
MOREHEAD A8934 Gen Games
1652321 QP000002 10262005 RAND
852- H 536542

U.S.A. $13.95 CANADA $21.00
ISBN 0-449-91158-6 GAMES
51395
9 780449 911587

Cover design by Carlos Beltrán
FAWCETT
Ballantine Books
Visit our website at
www.ballantinebooks.com

EXHIBIT A.3

# Official Rules of Card Games

Albert H. Morehead, Editor

FAWCETT • NEW YORK

Sale of this book without a front cover may be unauthorized. If this book is coverless, it may have been reported to the publisher as "unsold or destroyed" and neither the author nor the publisher may have received payment for it.

A Fawcett Book
Published by The Random House Publishing Group

Copyright © 1968, 1966, 1963, 1961, 1959, 1958, 1957, 1955, 1952, 1950, 1948, 1947, 1946, 1945, 1943, 1942, 1941, 1940, 1939, 1938, 1937, 1936, 1934, 1931, 1929, 1928, 1926, 1922, 1921 by The United States Playing Card Company

All rights reserved under International and Pan-American Copyright Conventions. Published in the United States by Fawcett Books, an imprint of The Random House Publishing Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Fawcett is a registered trademark and the Fawcett colophon is a trademark of Random House, Inc.

www.ballantinebooks.com

Library of Congress Catalog Card Number: 96-96728

ISBN: 0-449-91158-6

This edition published by arrangement with The United States Playing Card Company.

Manufactured in the United States of America

First Fawcett Crest Edition: August 1964
First Ballantine Books Edition: April 1983
First Fawcett Columbine Trade Paper Edition: August 1996

20 19 18 17 16 15 14 13 12

EXHIBIT A.3

| | Page | | Page |
|---|---|---|---|
| 2-hand Euchre | 170 | **Idiot's Delight** (Solitaire) | 287 |
| | | **I Doubt It** | 259 |
| **Fan Tan** | 269 | 3-card I Doubt It | 260 |
| **Faro** | 284 | **Italian Canasta** | 129 |
| **Fish** | 261 | | |
| **Five Fingers** | 174 | **Kalabrias** | 244 |
| **Five Hundred** | 159 | **Kaloochi** | 116 |
| Avondale Schedule | 161 | **Kalougi** | 116 |
| For two | 164 | **Kaluki** | 116 |
| Scoring Table | 161 | **Klaberjass** | 244 |
| **500 Rum** | 133 | **Klondike** | 290 |
| **Five or Nine** | 271 | **Knock Poker** | 92 |
| **Forty-Five** | 174 | **Knock Rummy** | 142 |
| **Forty Thieves** | 289 | | |
| **Frog** (Solo) | 236 | **Liverpool Rummy** | 143 |
| | | **Lowball** | 85 |
| **Garbage** | 94 | | |
| **Gin Rummy** | 135 | **Michigan** | 268 |
| For 3 Players | 140 | **Memory** | 265 |
| Hollywood | 139 | **Monte Bank** | 285 |
| Oklahoma | 139 | | |
| Partnership | 141 | **Napoleon** | 172 |
| Round-the-Corner | 142 | **Napoleon at St. Helena** | 289 |
| **Go Boom** | 265 | **Newmarket** | 268 |
| **Go Fish** | 261 | | |
| | | **Oh Pshaw** | 62 |
| **Hearts** | 152 | **Oklahoma** | 131 |
| Auction Hearts | 156 | **Oklahoma Gin** | 139 |
| Black Lady Hearts | 152 | **Old Maid** | 263 |
| Cancellation | 154 | **Old Sledge** | 182 |
| Domino Hearts | 155 | **Ombre** | 236 |
| Omnibus | 154 | | |
| Spot Hearts | 155 | **Pan** | 148 |
| **High Card Pool** | 274 | **Panguingue** | 148 |
| **High Five** | 180 | **Parliament** | 269 |
| **High-Low-Jack** | 177 | **Partnership Pinochle** | 190 |
| **Hollywood Gin** | 139 | **Party Bridge** | 39 |
| **Hombre** | 236 | **Pedro** | 180 |
| **Honeymoon Bridge** | 59 | **Peep Nap** | 173 |


EXHIBIT A.3

ıay remove only two of them). The ł out face down, to the player at his This player discards any pair which drawn, then offers his own hand to in this way until all cards have been which cannot be paired—and the Maid.

iscards two cards which are not a instead of one to remain at the end, ularity is the Old Maid.

lay it by themselves.
ȝht, each for himself.

ł first. The cards are shuffled and yer in rotation, until all have been even. Each player, without looking and into a neat pile in front of him,

he cards, by being first to slap each

ȝinning at the dealer's left, must lift n and place if face up in the center ırn up the card away from him, not t any sooner than any other player. the play with a very quick move- see the denomination of the card

er is a jack, the first player to slap h it, all cards below it in the center se cards turns them face down and and still remaining on the table in

: at a jack, the one whose hand is ins the pile.
eft, he remains in the game until a the jack in an effort to get a new ıe game.



Play proceeds until one player has all the cards. That player is the winner.

IRREGULARITIES—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

NUMBER OF PLAYERS—Any number from two up.

THE PACK—52 cards.

THE DEAL—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

OBJECT OF THE GAME—To take in pairs of cards of the same denomination, as two sixes or two queens.

THE PLAY—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

SCORING—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

NUMBER OF PLAYERS—Any number from two up.

THE PACK—Up to six players use the 52-card pack; seven or eight

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

GAME I SPY TRAVEL ED
7209665 SL T 10.00
CARD GAMES
7333252 MM T 5.99
HOYLES RULES OF GAMES-E03
6688554 MM T 6.99
HOYLES MODERN ENCY CARD GAMES
0003062 QP T 12.95
OFFICIAL RULES OF CARD GAMES
1652321 QP T 12.95
ACCORDING TO HOYLE
1652317 QP T 12.00
EVERYTHING CARD GAMES BK
7577469 QP T 14.95
ULTIMATE TRAVEL GAMES
8175532 CL T 12.99

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.3r