# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY



EXHIBIT
A.4

RICHARD L. FREY

Card Games. Dice Games.
Parlor Games. Word Games.
Chess. Checkers. Backgammon.
Solitaire Games.
THE WAY TO PLAY.
THE WAY TO WIN!!

You'll find in this comprehensive, up-to-date book the complete rules of your favorite games of every description—games of skill and games of chance, games for any number of players and for every mood or occasion.

ACCORDING TO HOYLE gives not only the rules but expert advice on winning.

"A must for anyone who wants to play a game and play it correctly."
—Charles H. Goren



PRICE $12.00
ACCORDING TO HOYLE
263 K
FREY R 8934 Gen Games
1852317 QP000001 03092005 RAND
852- D 537573

Cover des

FAWCETT E

Visit our Web site at
www.ballantinebooks.com

US $13.95 / $21.00 CAN
ISBN 0-449-91156-X
51395>
EAN
9 780449 911563

y

*10 Easy Lessons*

e

# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY

by Richard L. Frey

Editor-in-Chief:
*Official Encyclopedia of Bridge*

FAWCETT BOOKS ♦ NEW YORK

EXHIBIT A.4

A Fawcett Book
Published by The Random House Publishing Group

Copyright © 1956, 1965, 1970 by Hawthorn Books
All rights reserved under International and Pan-American Copyright Conventions, including the right to reproduce this book or portions thereof. Published in the United States by The Random House Publishing Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Laws of Contract Bridge © 1981 in the Western Hemisphere and the Philippines by the National Law Commission of the American Contract Bridge League.
Laws of Auction Pinochle © 1946 by the United States Playing Card Co.
Laws of Backgammon © 1931 by the Racquet and Tennis Club, New York.
Laws of Canasta © 1950 by the Regency Club, New York.

Fawcett is a registered trademark and the Fawcett colophon is a trademark of Random House, Inc.

www.ballantinebooks.com

Library of Congress Catalog Card Number: 96-96727

ISBN: 0-449-91156-X

Manufactured in the United States of America

First Fawcett Crest Edition: January 1956
First Ballantine Books Mass Market Edition: March 1983
First Ballantine Books Trade Edition: August 1996

12

Knock Rummy ..... 86
Kriegspiel ..... 242

Liar Dice ..... 274
Losing Game, The ..... 247
Lowball ..... 17
Low Poker ..... 17

Mah Jongg ..... 226
Modern Game ..... 232
Matador ..... 224
Memory ..... 284
Mexican Stud ..... 20
Michigan ..... 52
Mill, The ..... 248
Muggins ..... 223
Multiple Golf ..... 197

Napoleon at St. Helena ..... 195
Newmarket ..... 52
Ninety-nine ..... 277

Oh Hell ..... 216
Oh Pshaw ..... 216
Oklahoma Gin ..... 85
Old Maid ..... 279
Old Sledge ..... 59
Omnibus Hearts ..... 50

Panguingue ..... 75
Parliament ..... 55
PARLOR GAMES ..... 252
Partnership Auction Pinochle ..... 154
Partnership Auction Pinochle with a Widow 156
Partnership Casino ..... 184
Partnership Hearts ..... 49
Pass-out ..... 10
Password ..... 252
Patience ..... 186
Pedro ..... 63
Pedro Sancho ..... 63
Pelmanism ..... 284
Persian Rummy ..... 89
Pig ..... 280
Pinochle ..... 142
Piquet ..... 103

Pitch ..... 59
Play or Pay ..... 56
Poker ..... 1
Poker Dice ..... 272
Poker Probabilities ..... 23
Poker Solitaire ..... 197
Poker Squares ..... 198
Progressive Jackpots ..... 10
Pyramid ..... 187

Railroad Euchre ..... 33
Räuber Skat ..... 175
Red Dog ..... 28
Rouge et Noir ..... 101
Roulette ..... 250
Royal Casino ..... 184
Round-the-Corner Gin ..... 85
Rubicon Bézique ..... 163
Rummy ..... 71
Russian Bank ..... 200

Samba ..... 97
Saratoga ..... 52
Setback ..... 61
Seven-card Stud ..... 15
Sevens ..... 100
Seven-toed Pete ..... 15
Seven-Up ..... 59
Shotgun ..... 20
Six-card Stud ..... 15
Six-hand Partnership Pinochle ..... 156
Six-pack Bézique ..... 164
Skat ..... 169
Slapjack ..... 276
Snake ..... 265
Sniff ..... 223
Snip Snap Snorem ..... 54
SOLITAIRE ..... 186
Spade Casino ..... 184
Spider ..... 194
Spite & Malice ..... 218
Spit in the Ocean ..... 19
Spoil Five ..... 41
Stealing Bundles ..... 282
Stops ..... 52
Storehouse ..... 189
Straight Draw Poker ..... 10




EXHIBIT A.4

The rank is rigidly fixed: eldest hand must commence with aces, next hand must play kings, and so on in descending rank to deuces; then aces again, kings again, and so on in circular sequence.

The player must state correctly the number of cards he puts out, but none need be of the announced rank. The object of play is to get rid of one's entire hand; it is often advisable or necessary to add some cards not of the specified rank to the packet played.

Following a play, any other player may say "I doubt it!" Then if the last player discarded any card other than the specified rank, he must take all the cards on the table into his hand. But if the discard was strictly in accord with the announcement—as is proved by turning the last discard face up—the doubter must take up the whole discard pile.

It often happens that several players doubt the same discard. Paradoxically, this is most likely to occur when the discard is correct, the object of doubting being to obtain cards of certain ranks. The following rules as to precedence in doubting should be rigidly enforced:

1. "I doubt it" *may not be declared until the player's hand has quitted his discard.* A premature doubt is void, and the doubter loses his right to doubt that discard. (Announcement should be made before the cards are placed on the discard pile, to give due notice to would-be doubters.)

2. *The first to doubt takes precedence when his lead over the second doubter is clear.*

3. *When none has a clear lead in being the first to doubt, the doubter nearest the player's left in rotation has precedence.*

Scoring. The first player to get rid of all his cards wins the deal. Each deal should be treated as a separate game. Or the number of cards left in the hands may be charged against the owners, and the player with lowest score when another reaches 100 may be deemed the winner of a game.

## CONCENTRATION (MEMORY, PELMANISM)

Age Group. Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage.

Players. Any number up to six can play; but the best game is for two.



The Layout. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

The Play. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Each card turned should be left on the table, face up, in its original position, for a few seconds at least before it is either taken by the player or turned down again.

## WAR

Age Group. Four to nine.

Players. Two.

The Deal. The pack is divided equally; each player places his portion face down before him.

The Play. Each turns up a card. The player whose card is higher (suits are ignored) wins both cards and places them at the bottom of his pack. Play continues until a pair is turned up, at which point there is war. The two cards are placed in the center, and each player plays three cards face down and a fourth face up. The player who plays the higher face-up card wins all the cards in the *war*, unless the two cards again form a pair, in which case there is another war. (A player with insufficient cards remaining puts down as many as he has, and his opponent matches this number.) The object of the game is to win all the cards.

BORDERS®

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| | 7209665 | SL T | 10.00 |
| CARD GAMES | | | |
| | 7333252 | MM T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| | 6688554 | MM T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| | 0003062 | QP T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| | 1652321 | QP T | 12.95 |
| ACCORDING TO HOYLE | | | |
| | 1652317 | QP T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| | 7577469 | QP T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| | 8175532 | CL T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

**EXHIBIT
A.4r**