carne's

# ENCYCLOPEDIA OF GAMES

John Scarne

HARPER & ROW, PUBLISHERS
New York, Hagerstown, San Francisco, London

C2 JUN 13 1980

EXHIBIT A.5

Portions appearing in Chapters 2, 3, 9 and 12 taken in part from *Scarne on Cards* by John Scarne. Copyright 1949 by John Scarne. Reprinted by permission of the publishers, Crown Publishers, Inc.
Rules appearing in Chapter 7 condensed from *The Laws of Contract Bridge.* Copyright 1963 by the American Contract Bridge League. Reprinted by permission of the American Contract Bridge League.
Rules appearing in Chapter 7 condensed from *The Laws of Contract Bridge.* Copyright 1935 by the National Laws Commission. Reprinted by permission of National Laws Commission.
Excerpts appearing in Chapters 7, 13, 14 and 17 taken from *Official Rules of Card Games.* Copyright 1966 by United States Playing Card Company. Reprinted by permission of the United States Playing Card Company.
Material appearing on pages 136 to 138 taken from *The Complete Card Player.* Copyright 1945 by Albert A. Ostrow. Reprinted by permission of McGraw-Hill Book Company.
Portions appearing in Chapters 16 and 22 taken in part from *Scarne's Complete Guide to Gambling* by John Scarne. Copyright 1961 by John Scarne. Reprinted by permission of the publishers, Simon and Schuster.
Portions appearing in Chapter 18 taken in part from *Skarney* by John Scarne. Copyright 1967 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 21 taken from *100 Ways to Play Solitaire.* Copyright 1939 by Whitman Publishing Company. Reprinted by permission of the United States Playing Card Company.
Portions appearing in Chapter 24 taken in part from *Scarne on Dice* by John Scarne with Clayton Rawson. Copyright 1945 by John Scarne and Clayton Rawson. Reprinted by permission of the publishers, The Stackpole Company.
Portions appearing in Chapter 24 taken in part from *Scarne Dice* by John Scarne. Copyright 1969 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 25 taken in part from *Scarne on Teeko* by John Scarne. Copyright 1961 by John Scarne. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 26 taken in part from *Scarney on Follow the Arrow* by John Scarne. Copyright 1964 by John Scarne. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 26 taken in part from *Scarney* by John Scarne. Copyright 1968 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 27 taken in part from *The Women's Guide to Gambling* by John Scarne. Copyright 1964 by John Scarne. Reprinted by permission of the publishers, Crown Publishers, Inc.

Scarney Baccarat®, Skarney®, Scarney Dice®, Teeko®, Scarney®, Follow the Arrow®, Moko®, Scarney 3000® Copyright © John Scarne Games, Inc. The designs and names are trade-marked and their contents copyrighted and no part of these games can be reproduced in any form without written permission from their owner and distributors: John Scarne Games, Inc., 4319 Meadowview Avenue, North Bergen, New Jersey 07047.

SCARNE'S ENCYCLOPEDIA OF GAMES. *Copyright © 1973 by John Scarne Games, Inc. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address Harper & Row, Publishers, Inc., 10 East 53rd Street, New York, N.Y. 10022. Published simultaneously in Canada by Fitzhenry & Whiteside Limited, Toronto.*

STANDARD BOOK NUMBER: 06-013813-0

LIBRARY OF CONGRESS CATALOG CARD NUMBER: 72-79691

78 79 80 81 82 10 9 8 7 6 5 4 3



EXHIBIT A.5

## ANIMALS OR MENAGERIE

**Requirements**

1. Three to six, playing for themselves.
2. A standard 52-card deck.

**Object of the Game.** To win all of the cards, by being the first to make the proper call, when matching cards are faced up.

**Before Play.** Each player chooses the name of an animal—dog, cat, cow, lion, etc. Then he imitates the sound of that animal so that other players know how to call him.

**The Deal.** Anyone can deal. Beginning at the dealer's left, each player is dealt one card at a time until all cards have been given out. It does not matter if the cards do not deal out evenly. The hands are placed faced-down in packs as in Slap Jack.

**The Play.** Beginning at the dealer's left, each player, in clockwise rotation, plays one card face up to an exposed pile in front of his face-down pack. Whenever a card so faced up matches a card faced up on the pile of any other player, each tries to give the proper call of the other player. The one who gives the correct call first wins the other's up pile, and places it below his own pile. If both give the calls correctly, the one starting it first wins. An incorrect call, or a call given at the wrong time, costs a penalty of the top card of the pile (or of the pack, if there is no pile) to the other player. After each call, the player who loses leads. When a hand has been played out, the pile is reversed, and becomes a pack, as at the beginning of the game. The player who takes all of the cards is the winner.

**Variant.** In a simpler variation of this hilarious game, the names of the animals are called out, instead of their calls.

## CONCENTRATION

This game is also known as Memory or Pelmanism.

**Requirement**

1. Two to six players, but the best game is two.
2. A standard 52-card deck is used.

**The Deal and Play.** The deck is shuffled and then either dealt face down into any number of rows so that no two cards overlap, or the face-down cards may be mixed, some of them overlapping (this takes less space and makes the game a bit harder to play).

Each player turns one card face up, and the player turning the highest card is the first player. (In case of ties, the tieing players each turn up one more card.) Then the cards are all turned face down again in exactly the same positions.

The first player then turns up two cards, one at a time. If they form a pair (two cards of the same denomination), they are a *set* and the player puts them face down in front of himself and gets another turn. If the cards are not a pair, they are turned face down again in exactly the same positions, and the next player on the left takes his turn.

Players try to remember the denominations and positions of cards previously exposed so that they can form pairs. If a player turns up a king as his first card and can remember the location of a king previously exposed, he can turn it up as his second card. The game is a test of memory. When all the cards have been paired and collected, the player who has the most sets wins the game.

The game can also be played using chips or counters and is then scored as follows:

1. The player who collects the greatest number of sets takes one chip from each of the other players.
2. Or each player collects one chip from each other player for every pair he has collected.

**Variant.** A more difficult variation is to turn up four cards at a time and collect sets of four-of-a-kind.

## CUCKOO

This game is also known as Ranter Go Round.

**Requirements**

1. Six to approximately 20 players.
2. A standard 52-card deck. Rank of cards: king (high), queen, jack, ten, nine, eight, seven, six, five, four, three, two, ace (low).



EXHIBIT A.5