
WALTER B. GIBSON
HOYLE'S ENCYCLOPEDIA OF CARD GAMES
RULES OF ALL THE BASIC GAMES AND POPULAR VARIATIONS
EXHIBIT A.6

GAMES—CARD GAMES—GENERAL

*oyle's Encyclopedia* explains the rules of all the most popular and timeless card games clearly and simply. Special symbols, charts, and drawings help make the instructions easy to understand.

The easiest guide to use, it lists the games alphabetically and has extensive cross-referencing to help you find variations. The unique glossary-index features definitions of terms and page references to aid in the quick location of games that are known by different names. This comprehensive handbook covers all you need to know.

www.broadwaybooks.com

Cover design by Tamaye Perry

US $12.95/$17.95 CAN
ISBN 0-385-07680-0
51295
9 780385 076807

AGIC

'th

PHECY (*with*

ARD

# HOYLE'S ENCYCLOPEDIA OF CARD GAMES

Rules of All the Basic Games
and Popular Variations

BY WALTER B. GIBSON

Broadway Books
New York



EXHIBIT A.6

BROADWAY

This book was originally published in 1974 by Doubleday and titled *Hoyle's Modern Encyclopedia of Card Games.* It is here reprinted by arrangement with Doubleday.

*Hoyle's Encyclopedia of Card Games.* Copyright © 1974 by Walter B. Gibson. All rights reserved. Printed in the United States of America. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the publisher. For information, address: Broadway Books, a division of Random House, Inc., 1540 Broadway, New York, NY 10036.

Broadway Books titles may be purchased for business or promotional use or for special sales. For information, please write to: Special Markets Department, Random House, Inc., 1540 Broadway, New York, NY 10036.

BROADWAY BOOKS and its logo, a letter B bisected on the diagonal, are trademarks of Broadway Books, a division of Random House, Inc.

Visit our website at www.broadwaybooks.com

First Broadway Books trade paperback edition published 2001.

The Library of Congress has catalogued the previous edition as:
ISBN 0-385-07680-0
Library of Congress Catalog Card Number 73-163085

39 38 37 36 35

This concis
their variati
the name of
ther, all gan
so that com
quickly. Illu
provided in t
All variati
this general
under the b
taire. Since t
variety of v
the general
an effort to
For even
information,
tions and p
book.

*Lansquenet:* 155
*Lanterloo:* 156
*Laps:* 114, 155
Laps: A form of *Euchre;* also a mode of scoring in other games.
Last: Score for the last point in *Cribbage.*
*Last In:* 155
Last trick: A special 10-point score in *Pinochle.*
Last turn: A bet on the order of the last three cards in a *Faro* deal.
Lay away: To make discards in a crib in *Cribbage;* or in a widow in *Pinochle.*
Lay down: Make a meld or reveal a winning hand.
Lay off: To dispose of cards by placing them on an opponent's meld in *Rummy.*
Layout: Arrangement of cards on table in *Solitaire* and games like *Russian Bank* or *Spite and Malice.* Also extra cards placed on a table to indicate payoffs in *Faro* and *Michigan.*
*Lazy Edna* or *Lazy Lucy (Poker):* 156
Lead: Play a card from the hand face up as the start to a trick.
Least: An option to take the fewest points in *Schafkopf.*
Left bower: In games of the *Euchre* type, the jack of the same color as the jack of trump, or right bower.
Left pedro: In *Cinch,* the five of the same color as the five of trump, or right pedro.
*Lefty Louie (Poker):* 254
*Leg In Pot (Poker):* 254
*Lift Smoke:* 156
Light: Drawing chips from the pot in *Poker* to show how many the player owes when out of chips himself.
Limit: The ceiling placed on bets, particularly in *Poker.*
Little cassino: the ♠2, valued as a point in *Cassino.*
Little cat: Freak hand in *Poker,* with eight high and three low, but no pair, as **8 7 6 5 3** not of the same suit.
Little dog: Freak hand in *Poker,* with seven high and two low, as **7 6 5 3 2** not of the same suit.
Little slam: Taking twelve of the thirteen tricks in *Bridge.*
Little tiger: Same as "little cat."
*Liverpool Rummy:* 156
Lone hand: A player who plays on his own against two or more opponents.
Long game: Any in which the entire pack is dealt to start.
Long stud: A *Stud Poker* game in which a player is dealt more than five cards.
Long suit: Predominant suit in hand, or any exceeding length.
*Long Whist: See English Whist:* 372
*Loo* or *Lanterloo:* 156
Looed: To be penalized for failing to take any tricks in *Loo.*
*Louis Napoleon (Solitaire):* 345
Low: Any low card or hand; in *Pitch,* the lowest card in play; also a point scored for holding or taking it.
*Lowball (Poker):* 237
*Low Card Wild (Poker):* 254
*Low English Stud (Poker):* 254
Lowest hand: In standard *Poker,* five cards with values **7–5–4–3–2.**
Lowest with swinging ace: In *High-Low Poker,* the following: **6–4–3–2–A.**
*Low Hole Card Wild (Poker):* 254
*Low Poker:* 255
*Lucas (Solitaire):* 339
Lurched: To be beaten before reaching half the score for game; a player so defeated is left "in the lurch."

*Macao:* 159
*Ma Ferguson (Poker):* 255, 266
Major suits: Spades and hearts in *Bridge.*
Make: Name a trump; also, to win an amount bid.
Manilla: The seven of trump in *Solo;* in a few other games, the second highest trump.
Manille: Similar to Manilla.
March: To win all five tricks in *Euchre.*
Marker: A token or chip.
*Marriage:* 159
Marriage: The meld of a king and queen of the same suit, in *Bezique* and *Pinochle;* in *Solitaire,* an auxiliary build.
Matadors: Unbroken sequence of highest trumps in *Skat.*
Matched cards: Those forming a set in *Rummy.*
*Match 'Em (Poker):* 255
*Matrimony:* 159
*Maw:* 160
*Mediator:* 160
Meld: To lay combinations of cards face up and score their value.
*Memory:* 160
*Menagerie:* 160
Menel: The nine of trump in *Klob* and *Jass.*
*Mexicana* or *Mexican Canasta:* 161
*Mexican Low Card (Poker):* 255

EXHIBIT A.6

ple layout is also required, marked with these divisions: matrimony (any K and Q); intrigue (any Q and J); confederacy (any K and J); pair (any pair); and best (◇ A). Each player puts up a specified number of chips, distributing them among the sections as he wishes. Each is then dealt two cards; one face down, the other face up. Any player receiving the ◇ A face up immediately takes all the chips, not only from "best" but from every other section. If the ◇ A does not appear, each player, beginning at the dealer's left, turns up his downcard; and if his two cards form any combination named, he collects the chips from that section. The ◇ A has no value as a downcard. Any chips not won remain for the next deal, which moves to the left, with players putting up the same number that they did before, so that some very sizable pots are often built before the ◇ A appears as an upcard, to take all.

**MAW:** The earliest form of *Five Cards,* which later developed into *Spoil Five.* See *Spoil Five,* page 360.

**MEDIATOR:** A variation of *Tresette,* page 368, without melds or regular partners, in which a player may play alone for added stakes.

**MEMORY:** Another name for *Concentration,* page 70.

**MENAGERIE:** A juvenile game, best with a dozen or more players. Each takes the name of a wild animal—from antelope to zebra!—and cards are dealt around until they run out. Each player holds his packet face down, and, starting at dealer's left, each turns a card face up in front of him. When two match in value (as ♡ Q and ♠ Q), each player calls the "animal name" of the other. First to call wins the other's face-up cards and places them face down beneath his own packet. Play resumes where it left off, and whenever a player has dealt all his cards face up, he turns the packet over and begins again. Winner is the player who eventually garners all the cards.

MEXICA
Canast
dealt to
draw th
but in t
mode o
cannot
must ha
each.

MEXICAN
mode of

MEXICAN
See page

MICHIGA
a standar
value, 2,
ment is a
usually th
"pool" or
in whatev
The pa
an extra h
card in a
hand for
face down
beginning
places his
table and f
(as ◇ 4,
moves to t
or is stopp
sequence w
duced to th
resume it w

giving him a face-down card and receiving one in exchange, no payment being involved.

This continues indefinitely around the table, each player trying to form a combination in the following order: *Tricon,* three of the same value, these ranking **A, K, Q, J, 10** down to **2.** *Sequence* (later called *Sequence Flush*), with three cards of one suit in descending order, ace high (as ♡ **A, K, Q**) or low (as ♣ **3, 2, A**). *Point:* The lowest total of spots on three cards of the same suit: Ace counting 11, face cards (king, queen, jack, 10 each). (Example: ♡ **J, 7, 2**=10+7+2=19, beats ♠ **A, 6, 5**=11+6+5=22.)

Later, these values were introduced: *Flush,* just below sequence, any three cards of one suit (as ♡ **J, 7, 3**), and *Pair,* two cards of the same value (as ♡ **J,** ♠ **J**) rating just below that. This reduced *Point* to the status of only two cards of one suit, with the highest total of spots being winner (as ♠ **A,** ♡ **K**=11+10=21, beating ♡ **9, 8**=17). This makes a much better game.

In all cases, however, play ends when a player decides to stand on what he has. When his turn comes to trade or barter or even accept the barter offered by the player just ahead of him, he knocks on the table instead. Then all hands must be shown and the highest takes the pot. The dealer, having collected from the traders, must pay the others one chip each unless he is the winner, provided he holds a pair or better.

**COMMERCIAL PITCH:** Another name for *Sellout.* See page 303.

**CONCENTRATION:** A memory game in which a fifty-two-card pack is dealt face down in half a dozen rows of eight or nine cards each. A player turns up any pair of cards, and if they match in color and value (as ♠ **8** and ♣ **8,** or ◇ **Q** ♡ **Q**), he removes them and tries to turn up another matching pair. When he fails, he turns the two cards face down and another player makes a try. This continues with from two to six players, who make mental note of any cards turned down. Thus if Player *A* should turn down the ♡ **8** and the ♠ **K,**



Player *B* might later turn up either the ◇ **8** or the ♣ **K** and immediately be able to match it, provided he remembers where its mate happens to be. The player pairing the most cards wins the game. As a variant, the game is easier if dependent on values only, as any two aces being accepted as a pair regardless of color, and so on. Half-sized playing cards can be used to accommodate the layout in less space.

**CONQUIAN:** A Mexican predecessor of *Rummy,* with two players using a forty-card pack ranking in descending order: **K, Q, J, 7, 6, 5, 4, 3, 2, A.** Each is dealt a hand of ten cards, and his aim is to meld or lay down three or four cards of the same value (as **J–J–J** or **6–6–6–6**) and sequences of three or more in one suit (as ♡ **5 4 3**). Opponent begins by turning up top card of the undealt pack and melding whatever he can from his hand, using the turned-up card if it is suitable. In that case, following his meld, he discards an odd card from his hand, laying it face up beside the pack to start a discard pile. Otherwise, he must use the turned-up card to start the discard pile, as he cannot take it into his hand (as in rummy).

In his turn, the dealer may use the top card of the discard pile toward a meld if possible; otherwise, he must turn up the top card of the pack and proceed as the opponent did. Alternate play continues until one player has melded his entire hand, plus an extra card, making eleven in all. Thus sometimes, with ten cards already melded, a player must continue to turn up cards or wait for a discard that can be added to his existing meld. Besides "laying off" on his own meld, a player may "borrow" from one toward another, if both are kept valid. Example: Having melded ♠ **K Q J 7,** he could put the ♠ **K** with two other kings, for **K–K–K.** Or having melded **3–3–3–3** and ◇ **6 5 4,** he could take the ◇ **3** from the "set" and attach it to the "run" in order to add ◇ **2 A** for a sequence of ◇ **6 5 4 3 2 A.** At any time one player may insist that the other use a turned-up card toward a meld that he has already made, as that may hinder his further play.

Each hand is regarded as a separate game, and if the pack

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

| | | |
|---|---|---|
| | Subtotal | 88.82 |
| | CALIFORNIA 8.25% | 7.33 |
| 8 Items | Total | 96.15 |
| | | 96.15 |

ACCT # /S XXXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.6r