JUL 2 8 1976

# THE WAY TO PLAY

## The illustrated Encyclopedia of the games of the World

by the Diagram Group

R
796
D
1975
c. 1

PADDINGTON PRESS LTD
THE TWO CONTINENTS PUBLISHING GROUP

EXHIBIT A.7

**Library of Congress Cataloging in Publication Data**
Diagram Group.
The way to play.
Includes index.
1. Games—Rules. 2. Indoor games—Rules. I. Title.
GV1201.D48 790 75-11169
ISBN 0-8467-0060-3

ISBN 0-8467-0060-3

Library of Congress catalog card number 75-11169

Printed in the United States of America

© Diagram Visual Information Ltd 1975

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior permission of the publishers.

**In the United States** Paddington Press Ltd
Two Continents Publishing Group
30 East 42nd Street
New York City, New York 10017

**In the United Kingdom** Paddington Press Ltd
231 The Vale
London W3

**In Canada** distributed by
Random House of Canada Ltd
5390 Ambler Drive
Mississauga
Ontario L4W 1Y7

**Diagram Visual Information Ltd**
190 Goswell Rd, London EC1

Editor: Ruth Midgley
Deputy editor: Paulin Meier
Associate editor: David Heidenstam
Assistant editor: Kathryn Dunn

Art director: Robin Crane
Artists: Jeff Alger, Trevor Bounford, Richard Hummerstone, Susan Kinsey, Pavel Kostal, Kathleen McDougall, Graham Rosewarne, Andy Skinner

Picture researcher: Diana Phillips

Contributors: Windsor Chorlton, Jean Cooke, Peter Eldin, Joan Faller, Peter Finch, Bridget Gibbs, Barbara Horn, Ann Kramer, Jenny Mussell, Susan Pinkus, Allyson Rodway, Theo Rowland-Entwistle, Gina Sanders, Joan Ward

EXHIBIT A.7



Games of chance

268 *Lottery tickets from many countries*
270 Scissors, paper, stone
Spoof
271 Mora
Shoot
272 Fan-tan
Dollar poker
273 Put-and-take top
274 Lotto
Bingo
275 Picture lotto
Lotteries
276 Roulette
279 Boule



Children's party games

280 *Detail from "Children's Games" by Breugel the Elder*
282 Musical chairs
Musical bumps
Musical blackout
Musical magic carpet
High steppers
283 Musical statues
Musical rings
Musical islands
Gods and goddesses
284 Blind man's buff
Squeak-piggy-squeak
Blind man's stick
Blind postman
285 The donkey's tail
Draw the elephant's tail
Blind man's sort out
A blind judgment
Murals
Thieves, Jailer
286 Blind man's treasure hunt
Sweet tooth
Murder in the dark
Hunt the thimble
287 Blindfold obstacle walk
Nelson's eye
Hunt the slipper
Hunt the ring
Up Jenkins!
288 Bean hunt
Butterfly hunt
Jigsaw hunt
Present hunt
Color hunt
Easter egg hunt
Detective treasure hunt
Card hunt
Storekeepers
Cut-out pairs
Mothers and babies
Hide and seek
Sardines
Kim's game
289 Mismatches
Rumors
Wrong!
Happy travelers
Printers' errors
290 Simon says
Do this, do that!
In the ditch
Pass the parcel
291 My little bird
Yes-no beans
Laughing handkerchief
Forfeits parcel
Mystery parcel
Hot parcel
Lucky chocolate game
292 Balloon flights
Static electricity
Card and bucket
Apple paring
293 Candy wrapper
Hoppit
Singing high jump
Apple on a string
Limbo
Grandmother's footsteps
Two-minute walk
Stork fighting contest
Cock fighting contest
Triangular tug-of-war
Arm wrestling
294 Avenue goals
Overhead goals
Number parade
Word parade
295 Balloon volleyball
Blow volleyball
Astride ball
Hockey rag time
Mystery numbers
Simple numbers
Ladders
My mother's cake
296 Pick and cup
Nose in the matchbox
Double pass
Switchback
297 Balloon pass
Tunnell ball
Straws and beans
Sugar and spoons
Passing the orange
Palms
298 Newspaper walk
Tortoise race
Fishermen
Rabbit race
Bottle fishing
Back to back race
Piggy back race
299 Three-legged race
Patches
Necklace race
Yarn tangles
Dumb artists
Crocodile race
300 Flying fish
Burst the bag
Fruit colors
Surprise sentences
301 Emptying socks
Egg cups
Hat and scarf
Balloon hop
Hurry waiter!



Children's card games

*Illustration from "Alice through the Looking Glass" by Lewis Carroll*
304 Snap
Easy snap
Speed snap
Menagerie
305 Animal noises
Slapjack
War
Persian pasha
306 Memory
Other card-matching games
Beggar my neighbor
307 Donkey
Pig
Pit
My ship sails
308 Happy families
Old maid
309 Authors
Fish
Le vieux garçon
Black Peter
310 Stealing bundles
I doubt it
Up and down cheat
311 Go boom
Scoring go boom
Crazy eights
Snip-snap-snorem
Jig
312 Play or pay
Sequence
Card dominoes
313 Rolling stone
Linger longer
Knockout whist
314 Racing demon
Spit
315 Give away
316 **How many players?**
318 **Index**

EXHIBIT A.7



## MEMORY

This card game for any number of players is also called pelmanism or concentration. It is easy to play and is an excellent test of memory and observation.

**Cards** One or two standard decks of playing cards are used, depending on the number of players.

The cards should be clean and reasonably new, so that when they are lying face down they cannot be identified by creases, marks, or torn corners!

**The playing area** must be flat and as large as possible—the floor or a big table is best.

**The deal** One player shuffles the cards and lays them face down on the table—in all directions and so that no card is touching another.

**Objective** Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture).

**First player** The player to the left of the dealer starts the game. He turns over two cards at random and allows the other players to see them.

If the rank of the two cards is the same, for example two aces or two kings, he takes them and may turn over two more cards. He continues in this way until he turns over two cards that do not match.

If the cards that are turned over do not match, the player must put them face down in their original positions. His turn then ends.

**Second player** The person to the first player's left now turns over any two cards.

If the first card matches one that has already been turned over he must try to remember where that card is. If he is successful he takes the pair. He continues his turn until he fails to turn over a matching pair.

**Successive players** Play continues with the players taking their turns in a clockwise direction, until all the cards have been collected.

**The winner** is the player with most cards at the end of the game.

## OTHER CARD-MATCHING GAMES

Memory and other card-matching games may be played with special cards. These can be smaller than standard playing cards and any number of pairs may be used, depending on the number of players.

The cards are printed with colored pictures, patterns, or symbols, and are particularly popular with young children. Rules for these games are like those for memory, with players trying to get matching pairs of, for example, pineapples, eskimos, or boats.

To make play simpler for very young children, the cards may be laid out at the start of the game in rows, and fewer pairs may be used.




## BEGGAR MY NEIGHBOR

Beggar-my neighbor is an easy and exciting game. No skill is required as the outcome is wholly decided by the luck of the deal.

**Players** There may be two to six players.

**Cards** Any deck of standard playing cards may be used, and it need not be complete. For more than three players it is a good idea to mix two decks together.

**The objective** is to win all the cards. But, as the game may go on for a very long time, the winner may be the player who has the most cards at the end of an agreed length of time.

**Deal** One player deals out all the cards in a clockwise direction—one at a time and face down. It does not matter if some players have one card more than the others.

Each player puts his cards into a neat pile face down in front of him.

Players are not allowed to look at their cards.

**Play** The player to the dealer's left turns up the top card in his pile and places it in the center of the playing area.

Each player in turn, in a clockwise direction, then places the top card from his pile face up on the central pile. This continues until one player turns up an ace or a court card (a jack, queen, or king).

**Payment of cards** The player next to him then has to "pay" him by placing a certain number of cards on the central pile:

four cards for an ace;

three cards for a king;

two cards for a queen;

one card for a jack.

If, however, one of the payment cards is an ace or a court card, the payer stops turning over his cards and the player next to him has to pay the correct number of cards.

This goes on until a player paying out cards turns over the correct number of cards with no aces or court cards.

When this happens, the last player to have turned over an ace or a court card may take the central pile and place it face down at the bottom of his own pile.

The payer then starts a new round by playing his next card face up in the center of the playing area.

As soon as a player has no more cards, he is out.

EXHIBIT A.7