REFERENCE

GLENDALE CALIF. PUBLIC LIBRARY

3 9010 01191278 3

Noted 1644
Writing
6/30/01
N.B.

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

EXHIBIT A.8

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher.
All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3 1987 423 87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas*, Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet*, courtesy International Phonetic Association.

**EXHIBIT A.8**

Manufactured in the United States of America

2

tes (kônt). French. count².

n. (I·si·dore) Au·guste (Ma-ō gyst′ mä rē′ fräN swA′), of the philosophical system of

.. pl. -tesses (-tes′). French.

ôN′-), adj. 1. Also, Com′te· philosophy of Auguste Comte. philosophy of Auguste Comte. N]

kôN′-), n. the philosophy of 1. [1870–75; A. COMTE + -ISM]

ancient Greek and Roman god Also, Komos. [< L < Gk EDY]

rsion (of the Bible).

nst a proposition, opinion, etc.: —n. 2. the argument, position, something. Cf. pro¹. [1575–85; osition, against].

, con·ning. 1. to learn; study; ally. 2. to commit to memory. E cunnan var. of CAN¹ in sense , learn to know"]

con·ning. n. Naut. —v.t. 1. to ship). —n. 2. the station of the ne act of conning. Also, conn. apocopated var. of ME condie, < L condūcere to CONDUCT]

onned, con·ning. n. Informal. use of confidence: a con trick. k: That crook conned me out of persuade by deception, cajolery, e game or swindle. 5. a lie, ex- -serving talk: He had a dozen ng out of paying traffic tickets. nortening of CONFIDENCE]

convict. [1715–25; by shorten-

ed, con·ning. Brit. Dial. 1. to ething or someone). 2. to ham- to beat or thrash a person with [1890–95; perh. akin to F cognée k in, drive (a nail) home]

ore a consonant (except b, h, l, p, before n: convene; condone; con-

2. Consul.

. conclusion. 3. connection. 4. . 6. continued. 7. against. [< L

Continental Air Defense Com-

kRē′), n. a seaport in and the W Africa. 525,671 with suburbs.

. môr′ē, -môr′ā, -mōr′ē, -mōr′ā, ). 1. (italics) Italian. with love, zeal. 2. tenderly and lovingly ection). [1730–40]

a male given name.

an′ə mä′, kōn ä′nē mä′; It. kōn animatedly (used as a musical di- It. lit., with spirit]

. James Bryant. 1893–1978, U.S. president of Harvard University

ral. 1. a person adept at lying, ca- rving talk. 2. a person adept at f confidence games; swindler.

hən), n. Psychol. the part of men- with striving, including desire and < L cōnātiōn- (s. of cōnātiō) an (us) (ptp. of cōnārī to try) + -iōn-

iv, kō′nə-), adj. 1. Psychol. per- nature of conation. 2. Gram. ex- r effort: a conative verb. —n. 3. ord, affix, or verbal aspect. [1680– E]

s), n., pl. -tus. 1. an effort or striv- endency simulating a human effort. of Spinoza) the force in every ani- d the preservation of its existence. ion, equiv. to cōnā(ri) to attempt + on]

′ō, kōn; It. kōn brē′ō), with vigor; a musical direction). [1890–95; < It]

ite. 2. concentrated. 3. concentra- 5. concrete.

on kat′n′āt′), v., -nat·ed, -nat·ing. together; unite in a series or chain. gether, as in a chain. [1425–75; late concatēnātus (ptp. of concatēnāre), + L catēn(a) CHAIN + -ātus -ATE¹]

, n.

(kon kat′n ā′shən), n. 1. the act 2. the state of being concatenated; chain. 3. a series of interconnected things or events. [1595–1605; < LL concatēnātiōn- (s. of concatēnātiō), equiv. to concatēnā-t(us) CONCATENATE + -iōn- -ION]

**con·cave** (adj., v. kon kāv′, kon′kāv; n. kon′kāv), adj., n., v., -caved, -cav·ing. —adj. 1. curved like a segment of the interior of a circle or hollow sphere; hollow and curved. Cf. convex (def. 1). 2. Geom. (of a polygon) having at least one interior angle greater than 180°. 3. Obs. hollow. —n. 4. a concave surface, part, line, or thing. 5. Mach. a concave piece, as one against which a drum rotates. —v.t. 6. to make concave. [1375–1425; late ME (< MF) < L concavus, hollow. See CON-, CAVE] —con·cave′ly, adv. —con·cave′·ness, n.

A, concave or plano-concave lens; B, concavo-concave lens; C, concavo-convex lens




**con·cav·i·ty** (kon kav′i tē), n., pl. -ties for 2. 1. the state or quality of being concave. 2. a concave surface or thing; cavity. [1350–1400; ME concavite < LL concavitāt- (s. of concavitās). See CON-, CAVE, -ITY]

**con·ca·vo-con·cave** (kon kā′vō kon kāv′), adj. concave on both sides. [< L concav(us) + -o- + CONCAVE]

**con·ca·vo-con·vex** (kon kā′vō kon veks′), adj. 1. Also, convexo-concave. concave on one side and convex on the other. 2. Optics. pertaining to or noting a lens in which the concave face has a greater degree of curvature than the convex face. [1670–80; < L concav(us) + -o- + CONVEX]

**con·ceal** (kən sēl′), v.t. 1. to hide; withdraw or remove from observation; cover or keep from sight: He concealed the gun under his coat. 2. to keep secret; to prevent or avoid disclosing or divulging: to conceal one's identity by using a false name. [1275–1325; ME conselen, concelen < AF conceler < L concēlāre, equiv. to con- CON- + cēlāre to hide (akin to HULL¹, Gk koleón scabbard (see COLEOPTERA); cf. OCCULT)] —con·ceal′a·ble, adj. —con·ceal′a·bil′i·ty, n. —con·ceal′ed·ly, adv. —con·ceal′ed·ness, n. —con·ceal′er, n. —Syn. 1. See hide¹.

**con·ceal·ment** (kən sēl′mənt), n. 1. the act of concealing. 2. the state of being concealed. 3. a means or place of hiding. [1275–1325; ME concelement < AF. See CONCEAL, -MENT]

**con·cede** (kən sēd′), v., -ced·ed, -ced·ing. —v.t. 1. to acknowledge as true, just, or proper; admit: He finally conceded that she was right. 2. to acknowledge (an opponent's victory, score, etc.) before it is officially established: to concede an election before all the votes are counted. 3. to grant as a right or privilege; yield: to concede a longer vacation for all employees. —v.i. 4. to make concession; yield; admit: She was so persistent that I conceded at last. [1625–35; < L concēdere, equiv. to con- CON- + cēdere to withdraw, yield, CEDE] —con·ced′ed·ly, adv. —con·ced′er, n. —con·ces′si·ble, adj.
—Syn. 1. grant. —Ant. 1. deny. 3. refuse.

**con·ceit** (kən sēt′), n. 1. an excessively favorable opinion of one's own ability, importance, wit, etc. 2. something that is conceived in the mind; a thought; idea: He jotted down the conceits of his idle hours. 3. imagination; fancy. 4. a fancy; whim; fanciful notion. 5. an elaborate, fanciful metaphor, esp. of a strained or far-fetched nature. 6. the use of such metaphors as a literary characteristic, esp. in poetry. 7. a fancy, purely decorative article. 8. Brit. Dial. a. favorable opinion; esteem. b. personal opinion or estimation. 9. Obs. the faculty of conceiving; apprehension. 10. out of conceit with, displeased or dissatisfied with. —v.t. 11. to flatter (esp. oneself). 12. Brit. Dial. to take a fancy to; have a good opinion of. 13. Obs. a. to imagine. b. to conceive; apprehend. [1350–1400; ME conceyte, conceipt, deriv. of CONCEIVE by analogy with DECEIVE, DECEIT and RECEIVE, RECEIPT; cf. AF conceite; see CONCEPT]
—Syn. 1. self-esteem, vanity, egotism, complacency. See pride. —Ant. 1. humility.

**con·ceit·ed** (kən sē′tid), adj. 1. having an excessively favorable opinion of one's abilities, appearance, etc. 2. Archaic. a. having an opinion. b. fanciful; whimsical. 3. Obs. intelligent; clever. [1535–45; CONCEIT + -ED³] —con·ceit′ed·ly, adv. —con·ceit′ed·ness, n.
—Syn. 1. vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), adj. capable of being conceived; imaginable. [1425–75; late ME. See CONCEIVE, -ABLE] —con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness, n. —con·ceiv′a·bly, adv.

**con·ceive** (kən sēv′), v., -ceived, -ceiv·ing. —v.t. 1. to form (a notion, opinion, purpose, etc.): He conceived the project while he was on vacation. 2. to form a notion or idea of; imagine. 3. to hold as an opinion; think; believe: I can't conceive that it would be of any use. 4. to experience or form (a feeling): to conceive a great love for music. 5. to express, as in words. 6. to become pregnant with. 7. to beget. 8. to begin, originate, or found (something) in a particular way (usually used in the passive): a new nation conceived in liberty. 9. Archaic. to understand; comprehend. —v.i. 10. to form an idea; think (usually fol. by of). 11. to become pregnant. [1250–1300; ME < AF, OF conceivre < L concipere to take fully, take in, equiv. to con- CON- + -cipere, comb. form of capere to take] —con·ceiv′er, n.
—Syn. 2, 8. See imagine.

-brat·ing. —v.i. 1. to participate in a concelebration. —v.t. 2. to celebrate (a Eucharist or Mass) with other members of the clergy. [1565–75; < L concelebrātus, ptp. of concelebrāre; see COM-, CELEBRATE]

**con·cel·e·bra·tion** (kən sel′ə brā′shən, kon-), n. the celebration of a Eucharist or Mass by two or more members of the clergy. [1840–50; CONCELEBRATE + -ION]

**con·cent** (kən sent′), n. Archaic. concord of sound, voices, etc.; harmony. [1575–85; < L concentus harmony, chorus, lit., singing or playing together, equiv. to concen-, var. s. of concinere to sing together (con- CON- + -cinere, comb. form of canere to sing; cf. CHANT) + -tus suffix of v. action]

**con·cen·ter** (kon sen′tər, kən-), v.t., v.i. to bring or converge to a common center; concentrate. Also, esp. Brit., concentre. [1585–95; < MF concentrer, equiv. to con- CON- + centrer to CENTER]

**con·cen·trate** (kon′sən trāt′), v., -trat·ed, -trat·ing, n. —v.t. 1. to bring or draw to a common center or point of union; converge; direct toward one point; focus: to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens. 2. to put or bring into a single place, group, etc.: The nation's wealth had been concentrated in a few families. 3. to intensify; make denser, stronger, or purer, esp. by the removal or reduction of liquid: to concentrate fruit juice; to concentrate a sauce by boiling it down. 4. Mining. to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. —v.i. 5. to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by on or upon): to concentrate on solving a problem. 6. to come to or toward a common center; converge; collect: The population concentrated in one part of the city. 7. to become more intense, stronger, or purer. —n. 8. a concentrated form of something; a product of concentration: a juice concentrate. [1630–40; CONCENTR(IC) + -ATE¹; cf. F concentrer, It concentrare] —con·cen·tra·tive (kon′sən trā′tiv, kən sen′trə-), adj. —con′cen·tra′tive·ness, n. —con′cen·tra′tor, n.
—Syn. 1. See contract. —Ant. 1. dissipate, disperse. 5. diverge.

**con·cen·trat·ed** (kon′sən trā′tid), adj. 1. applied with all one's attention, energy, etc.: their concentrated efforts to win the election. 2. clustered or gathered together closely. 3. treated to remove or reduce an inessential ingredient, esp. liquid: concentrated orange juice. [1680–90; CONCENTRATE + -ED²]

**con·cen·tra·tion** (kon′sən trā′shən), n. 1. the act of concentrating; the state of being concentrated. 2. exclusive attention to one object; close mental application. 3. something concentrated: a concentration of stars. 4. Mil. a. the assembling of military or naval forces in a particular area in preparation for further operations. b. a specified intensity and duration of artillery fire placed on a small area. 5. the focusing of a student's academic program on advanced study in a specific subject or field. 6. Chem. (in a solution) a measure of the amount of dissolved substance contained per unit of volume. 7. Also called memory. Cards. a game in which all 52 cards are spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [1625–35; CONCENTR(IC) + -ATION]

**concentra′tion camp′**, a guarded compound for the detention or imprisonment of aliens, members of ethnic minorities, political opponents, etc., esp. any of the camps established by the Nazis prior to and during World War II for the confinement and persecution of prisoners. [1900–05; applied orig. to camps where noncombatants were placed during the Boer War]

**concentra′tion cell′**, Physical Chem. a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal. [1895–1900]

**con·cen·tre** (kon sen′tər, kən-), v.t., v.i., -tred, -tring. Chiefly Brit. concenter.

**con·cen·tric** (kən sen′trik), adj. having a common center, as circles or spheres. Also, con·cen′tri·cal. [1350–1400; ME consentrik < ML concentricus. See CON-, CENTER, -IC] —con·cen′tri·cal·ly, adv. —con·cen·tric·i·ty (kon′sən tris′i tē, -sen-), n.

**Con·cep·ción** (kōn′sep syōn′; Eng. kən sep′sē ōn′, -sep′shən), n. 1. a city in central Chile, near the mouth of the Bío-Bío River. 196,000. 2. a city in central Paraguay, on the Paraguay River. 19,200.

**con·cept** (kon′sept), n. 1. a general notion or idea; conception. 2. an idea of something formed by mentally combining all its characteristics or particulars; a construct. 3. a directly conceived or intuited object of thought. —v.t. 4. Informal. to develop a concept of; conceive: Experts pooled their talents to concept the new car. [1550–60; < L conceptum something conceived, orig. neut. of conceptus (ptp. of concipere), equiv. to concon- + cep- (var. s. of -cipere, comb. form of capere to seize) + -tus ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), n. Biol. an organ or cavity enclosing reproductive bodies. [1605–15; < L conceptāculum, equiv. to concept(us) conceived (see CONCEPT) + -āculum (see RECEPTACLE)] —con·cep·tac·u·lar (kon′sep tak′yə lər), adj.

**con′cept art′**. See conceptual art.

**con·cep·tion** (kən sep′shən), n. 1. the act of conceiving; the state of being conceived. 2. fertilization; inception of pregnancy. 3. a notion; idea; concept: She has some odd conceptions about life. 4. something that is conceived: That machine is the conception of a genius. 5. origination; beginning: The organization has been beset by problems from its conception. 6. a design; plan. 7. a sketch of something not actually existing: an artist's conception of ancient Athens. 8. the act or power of forming notions, ideas, or concepts. [1300–50; ME con-

con· or c· con· conc conc (kar con the that tool rec wo Als con any twe as co cei con ing —i Br -iz iz′ co un ce co ar de co er cr co w sl re S 3 h a 5 c p a p o t

**EXHIBIT A.8**

any member of a legislative body. 3. a part or organ of an animal body; a limb, as a leg, arm, or wing. 4. *Bot.* a structural entity of a plant body. 5. the penis. 6. a constituent part of any structural or composite whole, as a subordinate architectural feature of a building. 7. *Math.* a. either side of an equation. b. an element of a set. 8. *Geol.* a stratigraphic unit recognized within a formation, and mapped as such. —*adj.* 9. being a member of or having membership in an association, organization, etc.: *member countries of the United Nations.* [1250–1300; ME *membre* < OF < L *membrum*] —**mem′ber·less,** *adj.*
—**Syn.** 6. element, portion.

**mem·bered** (mem′bərd), *adj.* having members, esp. of a specified number or kind (often used in combination): *a four-membered body.* [1375–1425; late ME. See MEMBER, -ED³]

***Mem′ber of the Wed′ding, The,*** a novel (1946) and play (1950) by Carson McCullers.

**mem·ber·ship** (mem′bər ship′), *n.* 1. the state of being a member, as of a society or club. 2. the status of a member. 3. the total number of members belonging to an organization, society, etc. [1640–50; MEMBER + -SHIP]

**mem·brane** (mem′brān), *n.* 1. *Anat.* a thin, pliable sheet or layer of animal or vegetable tissue, serving to line an organ, connect parts, etc. 2. *Cell Biol.* the thin, limiting covering of a cell or cell part. [1375–1425; late ME; ME *membraan* parchment < L *membrāna.* See MEMBER, -AN] —**mem′brane·less,** *adj.*

**mem′brane bone′,** a bone that develops from membranous tissue. Cf. **cartilage bone.** [1875–80]

**mem·bra·no·phone** (mem brā′nə fōn′), *n.* any musical instrument, as a drum, in which the sound is produced by striking, rubbing, or blowing against a membrane stretched over a frame. [1935–40; MEMBRANE + -O- + -PHONE] —**mem·bra·no·phon·ic** (mem brā′nə fon′ik), *adj.*

**mem·bra·nous** (mem′brə nəs), *adj.* 1. consisting of, of the nature of, or resembling membrane. 2. characterized by the formation of a membrane. Also, **mem·bra·na·ceous** (mem′brə nā′shəs). [1590–1600; MEMBRANE + -OUS; cf. F *membraneux*] —**mem′bra·nous·ly,** *adv.*

**mem′branous lab′yrinth.** See under **labyrinth** (def. 6a). [1865–70]

**Me·mel** (mā′məl, mem′əl), *n.* 1. German name of **Klaipeda.** 2. the lower course of the Niemen River. Cf. **Niemen.**

**me·men·to** (mə men′tō), *n., pl.* **-tos, -toes.** 1. an object or item that serves to remind one of a person, past event, etc.; keepsake; souvenir. 2. anything serving as a reminder or warning. 3. (*cap., italics*) *Rom. Cath. Ch.* either of two prayers in the canon of the Mass, one for persons living and the other for persons dead. [1350–1400; ME < L *mementō,* impv. of *meminisse* to remember]
—**Usage.** MEMENTO is sometimes spelled MOMENTO, perhaps by association with *moment.* The word is actually related to *remember.* One of its earliest meanings was "something that serves to warn." The meaning "souvenir" is a recent development: *The stone animal carvings are mementos of our trip to Victoria.* MOMENTO is considered by many to be a misspelling, but it occurs so frequently in edited writing that some regard it as a variant spelling rather than an error.

**me·men·to mo·ri** (mə men′tō mȏr′ī, mōr′ī, mȏr′ē, mōr′ē; *for 1 also Lat.* me men′tō mō′rē), *pl.* **memento mori** for 2. 1. (*italics*) *Latin.* remember that you must die. 2. an object, as a skull, serving as a reminder of death or mortality. [1585–95; < L *mementō morī*]

**Mem·ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, German painter of the Flemish school. Also, **Mem·linc** (mem′lingk).

**Mem·non** (mem′non), *n.* 1. **Colossus of,** (in ancient Egypt) a colossal statue near Thebes said to produce a musical sound when the rays of the early morning sun struck it. Cf. **Vocal Memnon.** 2. *Class. Myth.* an Ethiopian king slain by Achilles in the Trojan War. —**Mem·no·ni·an** (mem nō′nē ən), *adj.*

**Mem·no·ni·a** (mem nō′nē ə), *n.* an area in the southern hemisphere of Mars, appearing as a light region when viewed telescopically from the earth.

**mem·o** (mem′ō), *n., pl.* **mem·os.** memorandum. [by shortening; see -O]

**mem·oir** (mem′wär, -wȏr), *n.* 1. a record of events written by a person having intimate knowledge of them and based on personal observation. 2. Usually, **memoirs.** a. an account of one's personal life and experiences; autobiography. b. the published record of the proceedings of a group or organization, as of a learned society. 3. a biography or biographical sketch. [1560–70; < F *mémoire* < L *memoria;* see MEMORY]
—**Syn.** 2a. journal, recollections, reminiscences.

**mem·oir·ist** (mem′wär ist, -wȏr-), *n.* a person who writes memoirs. [1760–70; MEMOIR + -IST]

**mem·o·ra·bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab′ə lē). 1. mementos; souvenirs. 2. matters or events worthy to be remembered; points worthy of note. [1800–10; n. use of L *memorābilia* things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·bil·i·ast** (mem′ər ə bil′ē ast′), *n.* a person who collects mementos or souvenirs, as postcards or playbills. [MEMORABILI(A) + -ast, taken as var. of -IST attached to a s. ending in -i-, on the model of ENTHUSIAST]

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). 1. a short note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. 2. a record or written statement of something. 3. an informal message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* 4. *Law.* a writing, usually informal, containing the terms of a transaction. 5. *Diplomacy.* a summary of the state of an issue, the reasons for a decision agreed on, etc. 6. a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [1400–50; late ME < L: something to be noted, n. use of neut. of *memorandus,* gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə mȏr′ē əl, -mōr′-), *n.* 1. something designed to preserve the memory of a person, event, etc., as a monument or a holiday. 2. a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* 3. preserving the memory of a person or thing; commemorative: *memorial services.* 4. of or pertaining to the memory. [1350–1400; ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for or containing memoranda. See MEMORY, -AL¹] —**me·mo′ri·al·ly,** *adv.*

**Memo′rial Day′,** 1. Also called **Decoration Day.** a day, May 30, set aside in most states of the U.S. for observances in memory of dead members of the armed forces of all wars: now officially observed on the last Monday in May. 2. any of several days, as April 26, May 10, or June 3, similarly observed in various Southern states. [1865–70, *Amer.*]

**me·mo·ri·al·ist** (mə mȏr′ē ə list, -mōr′-), *n.* 1. a person who writes memorials. 2. a person who writes memoirs. [1700–10; MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə mȏr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz·ing.** 1. to commemorate. 2. to present a memorial to. Also, *esp. Brit.,* **me·mo′ri·al·ise′.** [1790–1800; MEMORIAL + -IZE] —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**memo′rial park′,** cemetery. [1915–20]

**mem·o·ried** (mem′ə rēd), *adj.* 1. having a memory (usually used in combination): *short-memoried; long-memoried.* 2. filled with memories: *a quiet, memoried town.* [1565–75; MEMORY + -ED³]

**mem·o·rist** (mem′ər ist), *n.* a person who has a remarkably retentive memory. [1675–85; MEMOR(Y) + -IST]

**me·mo·ri·ter** (mə mȏr′i tər, -ter, -mōr′-), *adv.* 1. by heart; by memory. —*adj.* 2. involving or requiring memorization: *the memoriter aspects of a college course.* [1605–15; < L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.,* **-rized, -riz·ing.** —*v.t.* 1. to commit to memory; learn by heart: *to memorize a poem.* —*v.i.* 2. to learn by heart: *I've always been able to memorize easily.* Also, *esp. Brit.,* **mem′o·rise′.** [1585–95; MEMOR(Y) + -IZE] —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** 1. the mental capacity or faculty of retaining and reviving facts, events, impressions, etc., or of recalling or recognizing previous experiences. 2. this faculty as possessed by a particular individual: *to have a good memory.* 3. the act or fact of retaining and recalling impressions, facts, etc.; remembrance; recollection: *to draw from memory.* 4. the length of time over which recollection extends: *a time within the memory of living persons.* 5. a mental impression retained; a recollection: *one's earliest memories.* 6. the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* 7. the state or fact of being remembered. 8. a person, thing, event, fact, etc., remembered. 9. commemorative remembrance; commemoration: *a monument in memory of Columbus.* 10. the ability of certain materials to return to an original shape after deformation. 11. Also called **computer memory, storage.** *Computers.* a. the capacity of a computer to store information subject to recall. b. the components of the computer in which such information is stored. 12. *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. 13. *Cards.* concentration (def. 7). [1275–1325; ME *memorie* < L *memoria,* equiv. to *memor* mindful, remembering + *-ia* -Y³]

**mem′ory bank′,** 1. the complete records, archives, or the like of an organization, country, etc. 2. the total of a person's memories or recollections. 3. See **data bank** (def. 1). [1950–55]

**mem′ory cell′,** *Immunol.* any small, long-lived lymphocyte that has previously encountered a given antigen and that on reexposure to the same antigen rapidly initiates the immune response (**memory T cell**) or proliferates and produces large amounts of specific antibody (**memory B cell**): the agent of lasting immunity.

**mem′ory lane′,** the memory of one's past life likened to a road down which one may travel: *The class reunion was a trip down memory lane.* [1950–55]

**mem′ory trace′,** *Psychol.* engram. [1920–25]

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday school.

**Mem·phi·an** (mem′fē ən), *n.* 1. a native or inhabitant of the ancient Egyptian city of Memphis. 2. Egyptian (def. 3). 3. a native or resident of Memphis, Tennessee. [1585–95; MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* 1. a port in SW Tennessee, on the Mississippi. 646,356. 2. a ruined city in Upper

its style of design. [the name was alleged[...] Ettore Sottsass, one of the group's founde[...] Dylan song "Stuck Inside of Mobile with [...] Blues Again" on the evening of December [...]

**Mem·phite** (mem′fīt), *adj.* 1. Also, (mem fit′ik). of or pertaining to the anc[...] city of Memphis. —*n.* 2. Memphian (def[...] *Memphites* inhabitant of Memphis; see -[...]

**Mem·phre·ma·gog** (mem′frē mā′gog) lake on the boundary between the U.S. an[...] tween N Vermont and S Quebec. 30 mi. ([...]

**mem·sa·hib** (mem′sä′ib, -sēb), *n.* (form[...] a term of respect for a married Euro[...] [1855–60; < Hindi, equiv. to *mem* (< E M[...] master (< Ar *ṣāḥib*)]

**men** (men), *n.* pl. of **man.**

**men-,** var. of **meno-** before a vowel: *men*[...]

**men·ace** (men′is), *n., v.,* **-aced, -ac·**[...] something that threatens to cause evil, etc.; a threat: *Air pollution is a menace t*[...] person whose actions, attitudes, or ideas [...] dangerous or harmful: *When he gets behin*[...] *a car, he's a real menace.* 3. an extrem[...] person. —*v.t.* 4. to utter or direct a t[...] threaten. 5. to serve as a probable threa[...] —*v.i.* 6. to express or serve as a threat. [1[...] < MF < L *mināc*ia, equiv. to *mināc-* (s. [...] ting out, threatening + *-ia* -IA] —**m**[...] —**men′ac·ing·ly,** *adv.*

**men·ac·me** (mə nak′mē, mē nak′-), *n.* part of a female's life during which menstr[...] [MEN- + ACME]

**me·nad** (mē′nad), *n.* maenad.

**men·a·di·one** (men′ə dī′ōn), *n. Pharm.* yellow crystalline powder, $C_{11}H_8O_2$, insolu[...] used as a vitamin K supplement. Also calle[...] [1940–45; ME(THYL) + NA(PHTHALENE) + D[...]

**Me·na·do** (me nä′dō), *n.* a seaport on N[...] NE Indonesia. 169,684. Also, **Manado.**

**mé·nage** (mā näzh′; *Fr.* mā nazh′), *n.* (-nä′zhiz; *Fr.* -nazh′). 1. a domestic e[...] household. 2. housekeeping. Also, **me·na**[...] 1300; ME < F << VL **mansiōnāticum.* [...] -AGE]

**mé·nage à trois** (mā näzh′ ä trwä′; *F*[...] trwä′), a domestic arrangement in which having sexual relations occupy the same h[...] F: household of three]

**me·nag·er·ie** (mə naj′ə rē, -nazh′-), *n.* [...] of wild or unusual animals, esp. for exhi[...] place where they are kept or exhibited. 3[...] and varied group of people. [1705–15; < F[...] keeping. See MÉNAGE, -ERY]

**Men′ai Strait′** (men′ī), a strait between land and the mainland of NW Wales. 14 mi.

**Me·nam** (me näm′), *n.* a former na[...] **Phraya.**

**Me·nan·der** (mə nan′dər), *n.* 342?–291 writer of comedies.

**men·ar·che** (mə när′kē, me-), *n. Physi*[...] menstrual period; the establishment of [...] [1895–1900; MEN- + *archē* beginning] —**me**[...] **men·ar′chi·al,** *adj.*

**Me·nash·a** (mə nash′ə), *n.* a city in [...] 14,728.

**me·nat** (mā′nät), *n.* an amulet worn by c[...] tians in ancient times to secure divine prot[...] ensure fertility. [vocalization of Egyptian *r*[...]

**men·a·zon** (men′ə zon′), *n. Chem.* a colorl[...] line compound, $C_6H_{12}N_5O_2PS_2$, used as a sy[...] cide, esp. for control of aphids. [1960–65; (AMI)N(O)- + (TRI)AZ(INE) + (THI)ON(ATE)]

**men·chil·dren** (men′chil′drən, -drin), *n.* child. Also, **men′chil′dren.**

**Men·ci·us** (men′shē əs), *n.* c380–289 B.C., losopher. Also called **Mengtzu, Mengtse, Mengzi.**

**Menck·en** (meng′kən), *n.* **H(enry) L(o**[...] 1956, U.S. writer, editor, and critic. —**Me**[...] (meng kē′nē ən), *adj., n.*

**mend** (mend), *v.t.* 1. to make (something b[...] torn, or otherwise damaged) whole, sound, repairing: *to mend old clothes; to mend a br*[...] to remove or correct defects or errors in. 3. make better; improve: *to mend matters.* progress toward recovery, as a sick person. ken bones) to grow back together; knit. 6. as conditions or affairs. 7. **mend sail,** *Na*[...] sails that have been badly furled. Also, **me**[...] —*n.* 8. the act of mending; repair or improv[...] mended place. 10. **on the mend,** a. recove[...] illness. b. improving in general, as a state o[...] *breach between father and son is on the m*[...] 1200; ME *menden,* aph. var. of AMEND] —[...] *adj.*
—**Syn.** 1. fix, restore, retouch. MEND, [...] mean to repair something and thus renew it MEND is a general expression that emphasi[...] of making whole something damaged: *to me*[...] *dish, a tear in an apron.* DARN and PATCH a[...] cific, referring particularly to repairing ho[...] To DARN is to repair by means of stitches

EXHIBIT A.8