# Family Fun & Games

The Diagram Group

R
795.4
FAM

Sterling Publishing Co., Inc. New York

Library of Congress Cataloging-in-Publication Data
Available

10 9 8 7 6 5 4 3 2 1

Published 1992 by Sterling Publishing Company, Inc.
387 Park Avenue South, New York, N.Y. 10016
© 1992 by Diagram Visual Information Ltd
195 Kentish Town Road, London NW5 8SY
Distributed in Canada by Sterling Publishing
% Canadian Manda Group, P.O. Box 920, Station U
Toronto, Ontario, Canada M8Z 5P9

*Manufactured in the United States of America*
*All rights reserved*

Sterling ISBN 0-8069-8776-6

# Foreword

This illustrated refer
games, card games
provide many hours

Some of the games
interesting and chall
from ancient times
and abilities – from
the complexities of
party games and rac
coins, marbles, jack
those included in thi

The order in which
Alphabetical orderi
of games; these are
the parent game (alt
index).

Detailed rules of pla
clear, concise langua
explanatory diagram
equipment needed to
suggestions for impr
games.

Card games are place
games, children's ga
Obviously these div
games may be play
popular with adults
of card-playing skill
players.

# Concentration

This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and observation.

**Cards** One or two standard decks of playing cards are used, depending on the number of players.

The cards should be clean and reasonably new, so that when they are lying face down they cannot be identified by creases, marks, or torn corners!

**The playing area** must be flat and as large as possible – the floor or a big table is best.

**The deal** One player shuffles the cards and lays them face down on the table – in all directions and so that no card is touching another.

**Objective** Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture).

**First player** The player to the left of the dealer starts the game. He turns over two cards at random and allows the other players to see them.

If the rank of the two cards is the same, for example two aces or two kings, he takes them and may turn over two more cards. He continues in this way until he turns over two cards that do not match.

If the cards that are turned over do not match, the player must put them face down in their original positions. His turn then ends.

**Second player** The person to the first player's left now turns over any two cards.

If the first card matches one that has already been turned over he must try to remember where that card is. If he is successful he takes the pair. He continues his turn until he fails to turn over a matching pair.

**Successive players** Play continues with the players taking their turns in a clockwise direction, until all the cards have been collected.

**The winner** is the player with most cards at the end of the game.

EXHIBIT A.9

· called
·n excellent

are used,

that when
by creases,

·le – the floor

m face down
; touching

; as possible
picture).
ts the game.,
›ther players

e two aces or
›re cards.
·ds that do

›layer must
·urn then

›w turns

ırned over
successful
; to turn

ıking their
e been

›f the game.








EXHIBIT A.9