HARPERESSENTIALS

An essential guide to the most popular and entertaining games



# Card Games

- Favorites that are fun for the whole family
- Tricks and tips for card-game night
- Easy-to-learn rules and strategies

The Diagram Group

EXHIBIT A.10

# CARD GAMES

Card playing has been a popular pastime for more than five hundred years —and there is still no better way to bring a family together. This compact yet comprehensive volume contains the rules and strategies for a wealth of fun and action-packed card games that the entire household can enjoy — from bridge to go fish to pinochle to skat. No matter if your preference runs to the challenging or to the zany, there is something for everyone in these pages, expert player and novice alike. Get ready to start dealing!

More than sixty family-friendly games

Play-by-play diagrams

Games specifically designed for children

Long-time favorites and little-known gems

A useful glossary of card-playing terms

HARPERESSENTIALS

FACTS FOR LIVING

www.harpercollins.com

AuthorTracker

U.S.$5.99
CAN.$7.99

ISBN 0-06-053457-5

53457>

UPC

0 99455 00599 9

**Other HarperEssentials**

FAMILY AND PARTY GAMES
FIRST AID
STRESS SURVIVAL GUIDE
UNDERSTANDING DREAMS
WINE GUIDE

ATTENTION: ORGANIZATIONS AND CORPORATIONS
Most HarperTorch paperbacks are available at special quantity discounts for bulk purchases for sales promotion, premiums, or fund-raising. For information, please call or write:

Special Markets Department, HarperCollins Publishers, Inc., 10 East 53rd Street, New York, N.Y. 10022-5299. Telephone: (212) 207-7528. Fax: (212) 207-7222.

HARPERESSENTIALS

# Card Games

The Diagram Group

HarperTorch
*An Imprint of* HarperCollins*Publishers*

EXHIBIT A.10

This book was first published in 1991 and this edition was published in 1999 by HarperCollins UK.

HARPERTORCH
*An Imprint of* HarperCollins*Publishers*
10 East 53rd Street
New York, New York 10022-5299

Copyright © Diagram Visual Information Limited 1999
ISBN 0-06-053457-5

All rights reserved. No part of this book may be used or reproduced in any manner whatsoever without written permission, except in the case of brief quotations embodied in critical articles and reviews. For information address HarperTorch, an Imprint of HarperCollins Publishers.

First HarperTorch paperback printing: December 2003

HarperCollins ®, HarperTorch™, and ™ are trademarks of HarperCollins Publishers Inc.

Printed in the United States of America

Visit HarperTorch on the World Wide Web at www.harpercollins.com

10 9 8 7 6 5 4

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

# Introduction

Card playing has been a popular pastime among young and old for more than 500 years. This long history and the enormous variety of card games that exist, give card playing its great potential as a plentiful source of entertainment for all ages.

*HarperEssentials Card Games* is a fascinating, fun guide to the rules and strategies for more than sixty exciting family and children's games. There's something for everyone—beginner and expert alike—as well as an easy-to-use, complete glossary of important terms used in card playing.



EXHIBIT A.10

**Children's Card Games** 187
Card Dominoes 189
Give Away 191
Go Boom 193
Go Boom variations: 194
  Scoring Go Boom 194
  Crazy Eights 195
Go Fish 197
Knockout Whist 199
Linger Longer 202
Memory 205
Menagerie 207
My Ship Sails 209
Old Maid 211
  Le vieux garçon 213
Play or Pay 214
Racing Demon 216
Rolling Stone 219
Sequence 221
Slap Jack 223





Snap 226
Snap variations: 228
  Easy 228
  Speed 228
Spit 229
War 233
War variations: 235
  War for three players 235
  Persian Pasha 236

Cards should follow the suit of the first card; otherwise a trump card or any other card can be played.

The trick is won by the person who:

a) plays the highest trump card; or

b) by the highest card of the leading suit if trumps are not used.

The winning player collects his trick near him, takes a card from the stock pile and uses any of his cards to start the next trick.

Players continue as long as they have cards in their hand.

A player whose hand runs out drops out of the game.

The winner is the last person in the game.

# Memory

Also known as pelmanism or concentration, this is a simple game of observation and memory for any number of players.

## Aim

Everyone tries to collect as many cards as he can.

## Cards

One standard deck of cards is needed for two or three players;~~ two decks would be better for~~ more players. The cards should be fairly new and clean so they look alike from the back and do not give away clues about their identity by being torn or creased. A large flat area is needed for playing, such as the floor or a large table.

## Dealing

One person shuffles the cards and places them all face down and separate, so they are not touching.

## Playing

The player on the dealer's left turns over any two cards so that all players can see them.

If they are the same rank, such as two Ks or two 5s, he keeps them and turns over two more cards.

The player continues in this way until the two cards do not match. Then he leaves them exactly where they were, face down. The next player clockwise then has a turn.

If a player turns a card up the same rank as one that has already been turned and replaced, he must try to remember where it was, hoping to make a pair.

Play continues until all the cards have been taken. The player with the most cards is the winner.

# Menagerie

Also called animals, this game is for two or more players, the more the better. It is great fun and very noisy. Two standard decks of cards are used.

## Aim

Each player tries to win all the cards.

## Choosing animals

Each player chooses an animal name that is long and hard to say. These names are written on small pieces of paper, which are folded and shaken up together in a hat or box. Each player takes one and has that animal for the game. Everyone then learns the names of all the animals.

## Dealing

All the cards are dealt clockwise, one at a time and face down. The hands might be unequal. A player must not look at his cards but put them in a face-down pile.

## Playing

The player on the left of the dealer turns his top

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

GAME I SPY TRAVEL ED
7209665 SL T 10.00
CARD GAMES
7333252 MM T 5.99
HOYLES RULES OF GAMES-E03
6688554 MM T 6.99
HOYLES MODERN ENCY CARD GAMES
0003062 QP T 12.95
OFFICIAL RULES OF CARD GAMES
1652321 QP T 12.95
ACCORDING TO HOYLE
1652317 QP T 12.00
EVERYTHING CARD GAMES BK
7577469 QP T 14.95
ULTIMATE TRAVEL GAMES
8175532 CL T 12.99

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.10r