
THE
AMAZING
GAME
BOARD
BOOK™
MORE THAN 50 GAMES AND ACTIVITIES!
EDUCATIONAL
FUN
FOR AGES
6 TO 99
GREAT FOR TRAVEL
innovative

EXHIBIT A.11


THE AMAZING GAME BOARD BOOK™
EXERCISE YOUR BRAIN!
More than 50 games and activities, including:
Foam Board with 60 Colorful Pegs 28 DOMINOES Capture the Flag! Game Secret CODES Magnetic Checkers Write-on/Wipe-off DRAWING BOARD with Erasable Marker Brain Teasers 30-Piece, Two-Sided JIGSAW PUZZLE Around the World GEOGRAPHY GAME with Color Die 7-Piece Magnetic TANGRAMS Superstar Hangman Reusable 20 Questions Fill-in Fiction LANGUAGE GAME Optical Illusions 84 Magnetic TRI-ZA-IC™ Pieces Tic-Tac-Toe Cosmic SCIENCE GAMES Add-iplication Operation MATH GAME Easy-to-Follow Game Instructions
Plus dozens of spin-off activities and built-in storage box!
GREAT FOR TRAVEL!
Written by
Shereen Gertel Rutman
John Clementson
AGES 6 to 99
Conforms to
ASTM D4236
CE
Conceived, designed, and developed by the creative team at innovative KIDS
Copyright © 2000 by innovative KIDS
All rights reserved
Published by innovative KIDS
A division of innovative USA, Inc.
18 Ann Street
Norwalk, CT 06854
Printed in China

EXHIBIT A.11

**reryone knows what dominoes are, but many rget how to play. Here's a crash course to mind you.**

**BJECT OF GAME:** To match dominoes by the ımber of dots and use up your dom no pieces

**QUIPMENT:** 28 domino pieces (punch out of eet at left; store in box)

**ETTING UP:** Place all dominoes dot side down ı a table. If 2 players, take 7 tiles each if 3 or 4 ayers, take 5 tiles each Leave extra dominoes ı table. The player with the h ghest double ıch as a tile with a 6 on both sides) begins.

**LAYING THE GAME:** The first player places the ghest double on the table. The second player aces a domino that has the same number of ots in at least one section so that the match ng ections touch The next player can match either the end sections. Remember: Unlike sections annot touch Players take turns matching pieces either end If a player cannot make a match, e player draws from the extra pile. When that ıe is used, players without matches m ss a turn

**WINNING & SCORING:** The game ends when one ayer runs out of pieces or when no player can ake a match The first player to go out wins. He she adds the points left on the other players eces. That becomes the winner's score If no ayer can make a match, the players add up e points on their own dominoes. ıe player with the east oints wins. H s or her ore is the total of e others' points. ıe first player with 00 points wins the ries of games.



**Use the memory cards—on the reverse side of the dominoes—to play this game. Get ready to recall what you see!**

**OBJECT OF GAME:** To make the most matches.

**SETTING UP:** Mix up the memory cards and lay them in four rows of seven cards each. The domino side should be face-up.

**PLAYING THE GAME:** Two or more players alternate turning over two cards at a time. If the cards match, the player keeps them. If the two cards are different, turn them face down again. Players try to remember which cards have been played and where cards are located

**WINNING:** When all the pairs are claimed the game is over The player with the most pa rs wins.

## GO MATCH!

**This two-person matching game also uses the memory cards—and your memory skills!**

**SETTING UP:** Deal seven cards to each player Put the rest of the deck face down.

**PLAYING THE GAME:** Go Match s similar to Go Fish The first player holds up one of his or her cards. If the other player has the matching card, player one takes it, puts the pair down, and gets an extra turn. If player two doesn't have the matching card, player one chooses a card from the pile. A player who uses all of his or her cards draws a new card from the pile.

**WINNING:** The game continues until all the cards in the deck have been used. The person with the most pairs wins.

## PACK RAT

**ow many items can you pack into an imaginary ackpack? At least 26! This memory game is easr if you're good at remembering the sequence of ıe alphabet.**

ay with as many players as you like. The first player says. "I'm going on a trip and I'm going to take ..." Player one fills in the blank with an item that starts with an A, such as an aardvark or an anvil or an apple. The next person repeats what the first player said, adding an item beginning with the letter B. Play continues that way with each person adding an item starting with C, D, E, etc. By the time you get to Z, you've got a lot of words to remember—and a whole lot of stuff in the pack!

EXHIBIT A.11

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.11r