

OVER EIGHT MILLION COPIES SOLD

# HOYLE'S RULES OF GAMES

THIRD REVISED AND UPDATED EDITION



*THE ESSENTIAL FAMILY GUIDE TO*

CARD GAMES · BOARD GAMES · PARLOR GAMES

NEW POKER VARIATIONS · AND MORE

PLUS A NEW SECTION ON COMPUTER GAMES



ALBERT H MOREHEAD AND GEOFFREY MOTT-SMITH
REVISED AND UPDATED BY PHILIP D MOREHEAD

**EXHIBIT A.12**

# HOYLE'S RULES OF GAMES

In 1742, Edmond Hoyle published the definitive book on the most popular game of his day, whist. Games evolve with time, just as whist gave rise to contract bridge. However, more than 250 years later, *Hoyle's* is still the definitive name when it comes to the rules of the game—whether it's bridge, backgammon, Scrabble®, or blackjack. The game player's basic reference, this handy guide has now been updated and expanded and includes rules, strategies, and odds for more than 250 games, from such favorites as:

- SCRABBLE® • CANASTA • CONTRACT BRIDGE • GIN RUMMY • CHESS • BACKGAMMON
- SOLITAIRE GAMES: NESTOR, POUNCE, PYRAMID, AND RUSSIAN BANK
- POKER VARIATIONS: ANACONDA, BLIND TIGER, AND HOLD 'EM
- CHILDREN'S GAMES: BEGGAR-YOUR-NEIGHBOR, MEMORY, AND SLAPJACK
- COMPUTER GAMES: MINESWEEPER AND FREECELL

• AND MORE •

LEARN HOW TO PLAY, SHARPEN YOUR STRATEGY, AND SETTLE DISPUTES—WITH THIS NEWEST EDITION OF THE CLAS[illegible]FERENCE GUIDE.

$6.39

PRICE
HOYLES RULES OF GAMES
263 K
MOREHEAD A6934 Gen Games
6688554 MM000001 05032006
852- A 539284
PFFM

4-0
20484
http:
$6.9
$9.99
UPC
S

# HOYLE'S RULES OF GAMES

THIRD UPDATED AND REVISED EDITION

Descriptions of Indoor Games of Skill and Chance, with Advice on Skillful Play. Based on the Foundations laid down by Edmond Hoyle, 1672–1769.

EDITED BY ALBERT H. MOREHEAD
AND GEOFFREY MOTT-SMITH

REVISED AND UPDATED BY PHILIP D. MOREHEAD

A SIGNET BOOK

EXHIBIT A.12

SIGNET
Published by New American Library, a division of
Penguin Group (USA) Inc., 375 Hudson Street,
New York, New York 10014, USA
Penguin Group (Canada), 10 Alcorn Avenue, Toronto,
Ontario M4V 3B2, Canada (a division of Pearson Penguin Canada Inc.)
Penguin Books Ltd., 80 Strand, London WC2R 0RL, England
Penguin Ireland, 25 St. Stephen's Green, Dublin 2,
Ireland (a division of Penguin Books Ltd.)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124,
Australia (a division of Pearson Australia Group Pty. Ltd.)
Penguin Books India Pvt. Ltd., 11 Community Centre, Panchsheel Park,
New Delhi - 110 017, India
Penguin Group (NZ), cnr Airborne and Rosedale Roads, Albany,
Auckland 1310, New Zealand (a division of Pearson New Zealand Ltd.)
Penguin Books (South Africa) (Pty.) Ltd., 24 Sturdee Avenue,
Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd., Registered Offices:
80 Strand, London WC2R 0RL, England

Published by Signet, an imprint of New American Library, a division of Penguin Group (USA) Inc. Published simultaneously in a Plume edition.

First Signet Printing (Second Revised Edition), September 1983
First Signet Printing (Third Revised and Updated Edition), December 2001
10 9 8

Copyright © Philip D. Morehead and Andrew T. Morehead, 1983, 2001
Copyright © New American Library, a division of Penguin Group (USA) Inc., 1946, 1949, 1954, 1958, 1963
All rights reserved

"Scrabble" is the registered trademark of Selchow & Righter Company (USA and Canada); of Messrs. Scrabble Australia Pty. Limited (Australia); of Scrabble Schutzrechte und Handels GmbH, a subsidary of J. W. Spear and Sons Limited (all other countries).

Game title illustrations by Tim Grajek.

REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form, or by any means (electronic, mechanical, photocopying, recording, or otherwise), without the prior written permission of both the copyright owner and the above publisher of this book.

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials. Your support of the author's rights is appreciated.

## CONTENTS

Card Games
- All Fours 3
- Barbu 12
- Bridge 17
- Briscola 49
- Casino 51
- Cribbage 58
- Eleusis 67
- Klaberjass 72
- Hearts 77
- Oh Hell 84
- Palace 87
- Pinochle 90
- Piquet 108
- Rook 114
- Rummy 117
- Sixty-Six 149
- Skat 152
- Spades 161
- Stops 163
- Triumph 174
- Variety 191
- Solitaire 195
- Card Games for Larger Groups or Parties 219
- Card Games Played by Children 230

Gambling Games
- Poker 241
- Other Gambling Games 275

Dice, Board, and Other Games
- Dice Games 295
- Dominoes 303
- Board Games 309
- Parlor Games 339
- Computer and Online Games 347

Resources 350
Glossary 351

### INDEX OF GAMES

Accordion 202
Aces High 198
Aces Up 198
Acey-Deucey 332
All Fours 3
Anaconda 261
Arlington 143
Asian Poker 289
Auction Bridge 46
Auction Forty-Fives 176
Auction Pinochle 95
Auction Pitch 9
Australian Poker 251
Authors 235

Five Card Stud 252
Five-Hand Five Hundred 190
Five Hundred 184
Five-Hand Five Hundred 150
Four-Hand Five Hundred 189
Two-Hand Five Hundred 190
Five Hundred Rum 125
Football 260
Fortress 199
Forty-Five 178
Forty Thieves 203
Four-Deal Bridge 23
Four-Hand Casino 56
Four-Hand Cribbage 64
Four-Hand Five Hundred 189
Four-Hand Gin Rummy 133
Freecell 347

Gambling Games 239
Gaps 208
Geography 341
Ghosts 340
Gin Rummy 128
Gin Rummy for Three 133
Gin Rummy for Four or More 133
Golf 202
Goren System 24
Grandfather's Clock 200
Guggenheim 342

Hand and Foot 144
Hasenpfeffer 183
Double Hasenpfeffer 184
Hazard 297
Hearts 77
Black Lady 79
Cancellation Hearts 81
Omnibus Hearts 81
Partnership Hearts 82
Reverse 77
High-Card Pool 282
High Five 3
High-Low-Jack 3
High-Low Poker 258
High-Low Seven-Card Stud 254
High-Low Stud Poker 254
Hold 'em Poker 257
Hollywood Gin 132
Honeymoon Bridge 39
Hurricane 259

Idiot's Delight 198
I Doubt It 231
Indian Poker 262

Jackpots 249
Jacks Back 251
Joker Canasta 143

Karma 87
King Rummy 120
Kings in the Corners 216
Klaberjass 72
Klob 72
Klondike 195
Knock Poker 260
Knock Rummy 123
Kriegspiel 317

Lamebrain Pete 256
Let It Ride 290
Liar Dice 298
Liverpool Rummy 120
Looking for Friends 224





Lowball 251
Low Poker 241

Matador 306
Memory 233
Mexican Stud 259
Michigan 171
Michigan Rum 125
Minesweeper 349
Miss Milligan 201

Nap 174
Napoleon 179
Napoleon at St. Helena 203
Nestor 207
Newmarket 171

Oh Hell 84
Oh Pshaw 84
Oklahoma 143
Oklahoma Gin 132
Old Maid 233
Old Sledge 3
Omaha 256
Omnibus Hearts 81
1000 Blank White Cards 236
Online Games 347
Open Poker 241

Pai Gow Poker 289
Palace 87
"Pan" 146
Panguingue 146
Parlor Games 339
Battleships 344
Botticelli 345
Charades 339
Categories 342
Geography 341
Ghosts 340
Guggenheim 342
Poker Squares 342
Quotations 339
Salvo 344
The Game 339
Word Squares 343
Partnership Auction Pinochle 100
Partnership Casino 56
Partnership Five Hundred Rummy 127
Partnership Hearts 82
Pass and Out 249–252
Passout 252
Patience 195
Persian Rummy 127
Pig 232
Pinochle 90
Auction Pinochle 95
Double-Pack Pinochle 103
Partnership Auction Pinochle 100
Two-Hand Pinochle 91
Pinochle Rummy 125
Piquet 108
Pitch 11
Poker 241
Anaconda 261
Australian Poker 251
Baseball 259
Bet or Drop 252
Blind and Straddle 251
Blind Opening 251
Blind Tiger 251
Butcher Boy 261
Cincinnati 256
Closed Poker 241
Criss-Cross 256
Dealer's Choice 255
Down-the-River 254


EXHIBIT A.12

The last batch of cards played is then turned face up, and if any card is not of the rank stated, the player who put them down must take up all the cards on the table. But if the cards are correct, all of the named rank, the doubter must take all the cards on the table. If several players call "I doubt it," the following rules should be strictly enforced: (1) "I doubt it" may not be declared until the player's hand has quitted his discard. (2) The first to doubt takes precedence when his lead over the second doubter is clear. (3) When none has a clear lead in being the first to doubt, the doubter nearest the player's left, in rotation, has precedence.

The one who first gets rid of all his cards wins the game. He always puts his last batch of cards face up, because everybody is bound to doubt him.

While a favorite for children's parties, I Doubt It is actually a game of considerable skill. The trick is to arrange the hand with the ranks in the sequence in which you must play them; plan to be "honest" in your last five or six turns, and therefore do all your cheating early. If you are lacking some ranks near the end of your hand, it often pays to do some doubting, if these ranks are called early, in order to fill your hand. The ideal hand for going out is one with every rank represented. Or you may try getting rid of some ranks that otherwise would fall to you in your last several turns, by slipping them as "cheats" into your early plays.

## PIG

Pig is a favorite "icebreaker" for large parties, whether of children or adults. Any number may play, up to thirteen, and the more, the merrier.

From a regular pack, take four cards of a rank for each player in the game. For example, with seven players, take the aces, deuces, and so on up to sevens, discarding all higher cards. It does not matter what ranks you choose.

After shuffling, deal the cards out one at a time, thus giving each player four. The entire play consists in exchanging cards. All players take a card from their hands and place it to the left, then all simultaneously pick up the cards



they find at their right. Actually, it is not important to keep these exchanges synchronized. The "ice breaking" feature is that the etiquette of the game permits the player to scream at his right-hand neighbor, "Hurry up, I'm waiting!"

When any player gets four cards of the same rank into his hand, he must stop passing cards and put a finger to his nose. Each other player, on seeing this act, must quickly stop and put a finger to his nose. The last to perceive that the game is ended is a Pig, and is usually required to pay a forfeit.

## CONCENTRATION or MEMORY

Concentration may be played by any number from two up. Take a regular pack of cards, shuffle it, and lay the cards out one by one on a large table, with their faces down and so spaced that they do not overlap.

Each player in turn must turn up any two cards, one at a time, leaving them in their original positions on the table. If they are a pair, he takes them and similarly turns up two more cards. If they are not a pair, he turns them face down again (still in their original position) and the next player to his left plays.

The point is that by careful watching you can remember where cards of certain kinds are. After turning up your first card, you may remember what card to turn up to find its mate. The object is to get as many pairs as possible, and the one who gets the most wins the game.

This is a game that interests people of all ages.

## OLD MAID

From a regular pack discard one queen. Deal the remaining cards out, one at a time, until all are dealt—they do not have to come out even. Two to eight may play. Each player discards, face up, all his pairs (never three of a kind). Then each player in turn shuffles his hand and offers it face down to his left-hand neighbor, who draws one card, discards a pair if he has drawn one, and offers

EXHIBIT A.12

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES-MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.12r