
McGraw-Hill
Great Big Book of Children's Games
Over 450 Indoor and Outdoor Games for Kids
Written by Debra Wise
Illustrated by Sandy Forrest
GAMES FOR AGES 3-14

EXHIBIT A.14

Parenting / Games



# The **Perfect Antidote** *for* **Rainy-Day Sulks** and **Backseat Boredom**

Your kids are buzzing bundles of energy, ever eager for new experiences and new challenges. And one of your toughest jobs as a parent is finding ways to channel kids' energies that promote healthy development while keeping them entertained. Good news, your job just got a little easier.

Great for car trips, rainy days, and even power outages, the *Great Big Book of Children's Games* is a treasury of games and activities for all occasions, every setting and every mood. You'll find indoor games and outdoor games, party games and solo games, sidewalk games, beach games, ball games and water games. There are games that stimulate young minds and those that promote physical development. You'll find skill-building games and games designed to sharpen individual faculties, card games and word games, and an abundance of pencil-and-paper games. And to help you do your part to keep our highways safe (and your sanity intact), there's an entire section devoted to games to be played while on the road.

**Fair weather or foul, the *Great Big Book of Children's Games* provides favorite games for hours of fun, including:**

- 450 indoor and outdoor games for pre-school to middle-school-age kids arranged by age group
- Games for every occasion, setting, and number of players
- Solo games, team games, party games, and family games, many including innovative twists on old favorites
- Colorful text, 375 illustrations, and amusing game trivia that add to the fun and make the book easy to use



**DEBRA WISE** is a writer specializing in women's and children's topics, and has written for the *New York Times*, *Cosmopolitan*, *Glamour*, and *GQ*.

**SANDY FORREST** has designed and illustrated over 40 books and won a Parent's Choice Award for Illustration.

$12.95 USA / $20.95 CAN/ £7.99 UK

The McGraw-Hill Companies

Visit us at: www.books.mcgraw-hill.com

Cover design by La Shae V. Ortiz; Cover illustrations by Shirley V. Beckes/Getty Images

9

# Great BIG BOOK of Children's Games

OVER 450 INDOOR AND OUTDOOR GAMES FOR KIDS

*written by* DEBRA WISE
*illustrated by* SANDY FORREST



McGraw-Hill
New York Chicago San Francisco Lisbon
London Madrid Mexico City Milan New Delhi
San Juan Seoul Singapore Sydney Toronto

The McGraw-Hill Companies

**A Grand Central Press Book**
Originally conceived and produced by Round Stone Press, Inc.

**Grand Central Press (a division of The Stonesong Press, LLC)**
Executive Editor: Judy Pray
Publisher: Paul Fargis
Directors: Alison Fargis, Ellen Scordato
Design: Sandy Forrest
Design Concept: Charles Kreloff
Production Design: Steven Rosen, Laura Smyth
Project Editor: Sue Heinemann
Text Editors: Virginia Croft, James Waller

Copyright © 2003 by The Stonesong Press, LLC. Original copyright © 1999 Round Stone Press, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

4 5 6 7 8 9 0 DOW/DOW 0 9 8 7 6 5 4

ISBN 0-0714-2246-3

Printed and bound by RR Donnelley.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

This book is printed on recycled, acid-free paper containing a minimum of 50% recycled, de-inked fiber.

Library of Congress Cataloging in Publication Data in application.

# Concentration

The player with the best concentration skills wins in this memory and matching game.

**Players:** 2 or more

**Ages:** 5 and up

**Place:** Large table or other large flat surface, with seating for all players

**Equipment:** Standard deck of cards

Concentration is a playing-card version of an old TV game show, except there are no fabulous prizes offered at the end. It is a great game for honing the powers of memory and observation. It also teaches kids to pay attention during the whole game, not just when it's their turn.

To set up the game, all the cards are laid face down and side by side in even rows to form a neat, more or less rectangular arrangement. If players want to have exactly the same number of cards in each row, they should remove three Twos from the deck and arrange the cards in a seven-by-seven square—in that case, though, there will always be one extra card left at the end of the game.

The players now take turns flipping over two cards from the rectangle. Their aim is to find two that match in rank, regardless of suit. If a player finds a matching pair, she not only gets to keep it but also gets to take another turn. If the cards don't match, however, the player simply flips the cards down again, and the next player gets a try.

During one player's turn, it is crucial that all the other players pay attention to which cards are revealed and where they are in the rectangle. They can use this information when it's their turn to make a match. As the game progresses and more and more cards are removed from the board, it becomes easier to remember what is where. When all the cards are gone, the player with the most pairs wins.

For young players, it's a good idea to use only a small portion of the deck—say, 16 cards—but every card should have a match. Expert Concentration players can make things more challenging by picking up only pairs that are of the same rank and color (a Seven of clubs and a Seven of spades, for example).

# Stealing Bundles

In this card-matching game, opponents may rob each other of victory up to the very end.

**Players:** 2

**Ages:** 6 to 12

**Place:** Table or other flat surface, with seating for both players

**Equipment:** Standard deck of cards

Stealing Bundles is a game for anyone who's good at matching cards. A one-on-one game, Stealing Bundles has the added fun of allowing a player to foil her opponent by capturing his cards unexpectedly.

Each player picks a card, and the one who draws the higher card shuf- [illegible] nent and himself. Next, four cards from the deck are laid out, face up and side by side, in the center of the table; the rest of the deck is put aside. The players arrange their hands by rank, regardless of suit.

The dealer's opponent goes first by scanning her hand for a card that matches (in rank) any of the four cards in the center. If she has one, she throws it on top of the matching card, gathers up the two-card bundle, and stacks it face up to one side. Throughout the game, she adds all other captured bundles, face up, to this pile. If two or more center cards are the same rank and match a card in her hand, she may use the one card to [illegible] has no matching cards, a card from her hand must be added to the ones i[n] the middle.

Once the opponent has taken her turn, the dealer tries to capture a car[d]. He, however, has another option. He may either match and take one from the middle or "steal" his opponent's bundle (if she has one) by matching the card on top of her bundle pile.

Play continues back and forth, wit[h] players matching cards from their hands with cards from the center or using a card to steal the top bundle [of] the other player's pile. When both players have played all four cards from their hands, four more cards a[re] dealt to each from the stack that wa[s] set aside at the beginning. No more cards are dealt into the center.

When all the cards have been dea[lt] and played, the game is over. If one player runs out of cards first, the other player may continue to try to play cards from his hand. The play[er] who has the most cards in her bun[dle] [illegible] and wins the game.

EXHIBIT A.14

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.14r