# THE EVERYTHING® CARD GAMES BOOK







A complete guide to over 50 games to please any crowd



Nikki Katz

EXHIBIT A.15

$14.95 (CANADA $22.95)

GAMES

# Your best bet for acing card games—hands down!




If you find yourself coming down with a case of rainy-day boredom or "I can't watch another rerun on TV" syndrome, grab the closest deck of cards and get ready for some serious fun! *The Everything® Card Games Book* is packed with loads of variety to keep you entertained for hours with games you can play solo or with a group of people. Wow your friends and family with your card-shark skills by mastering these basic games—along with a handful of more advanced ones, too!

In addition to key rules and instructions for play, *The Everything® Card Games Book* provides tips on shuffling and dealing, essential etiquette, and knowing when to hold and when to fold.

***The Everything® Card Games Book* teaches you how to play:**

- **Classic games, such as bridge and whist**
- **Team games, such as pinochle and spades**
- **Variations of games, such as Mexican Stud and Pai Gow Poker**
- **Games from abroad, such as Black Maria and Scopone Scientifico**
- **Kids' games, such as Go Fish and Memory**

The perfect way to get you up to speed on more than fifty popular games, *The Everything® Card Games Book* is your wild card for scoring big. Pull up a seat, gather your friends and family, and let the games begin!

Nikki Katz is a freelance writer and experienced card game player. She grew up playing a variety of children's card games l
rummy, and
engineering,
edge of strat
San Diego, C

PRICE $14.95
EVERYTHING CARD GAMES BK
263 K
KATZ NIKKI8931 Gen Games
7577469 QP000001 06152005 ADAT
852- H 537866

51495
9 781593 371302
ISBN 1-59337-130-6



THE EVERYTHING® CARD GAMES BOOK

adams media
www.everything.com

Cover design and illustrations by Barry Littmann

EXHIBIT A.15

# THE EVERYTHING® CARD GAMES BOOK

A complete guide to over 50 games to please any crowd

Nikki Katz

Adams Media
Avon, Massachusetts

*To my husband and daughters*

Copyright ©2004, F+W Publications, Inc. All rights reserved.
This book, or parts thereof, may not be reproduced
in any form without permission from the publisher; exceptions
are made for brief excerpts used in published reviews.

An Everything® Series Book.
Everything® and everything.com® are registered trademarks of F+W Publications, Inc.

Published by Adams Media, an F+W Publications Company
57 Littlefield Street, Avon, MA 02322 U.S.A.
*www.adamsmedia.com*

ISBN: 1-59337-130-6
Printed in the United States of America.

J I H G F E D C B A

**Library of Congress Cataloging-in-Publication Data**
Katz, Nikki.
The everything card games book / Nikki Katz.
p. cm.
ISBN 1-59337-130-6
1. Card games. I. Title. II. Series: Everything series.

GV1243.K29 2004
795.4–dc22

2004008568

This publication is designed to provide accurate and authoritative information with regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional advice. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

—From a *Declaration of Principles* jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book and Adams Media was aware of a trademark claim, the designations have been printed with initial capital letters.

*This book is available at quantity discounts for bulk purchases.*
*For information, call 1-800-872-5627.*



EXHIBIT A.15

**Partnership Card Games / 51**
Canasta 52 • Pinochle 56 • Push 59 • Spades 60 • Rook 63

**Games for Larger Groups / 67**
The Game of Twos 68 • The Game of 727 70 • Brag 71 • Fan Tan 74 • Hearts 75 • Oh Hell! 76 • President 78

**Card Games for Kids / 81**
52 Pickup 82 • Crazy Eights 82 • Go Fish 83 • Memory 84 • I Doubt It 85 • Old Maid 86 • Slap Jack 86 • Speed 87 • Spoons 88 • War 89

**Whist / 91**
History of the Game 92 • Standard Whist 92 • Bid Whist 93 • Contract Whist 96 • German Whist 97 • Knock-Out Whist 99 • Minnesota Whist 100 • Winning Strategies 102

**Bridge / 103**
History of Bridge 104 • Dealing a Hand 104 • Bidding 105 • Rules of Play 106 • Scoring 109 • Variations of Bridge 113 • Winning Strategies 115

**All Fours / 117**
History of the Game 118 • Playing All Fours 118 • Scoring Games 120 • California Jack 120 • Cinch 121 • Pitch 123 • All Fives 124

**Euchre / 127**
History of the Game 128 • North American Euchre 128 • British Euchre 130 • Bid Euchre 132 • The Game of 500 133 • Spoil Five 136

table. Play begins with all players laying down any pair(s) of cards that they have in their hand. Then the dealer is first to act. He gets to ask another player for a card of a specific value in the hopes of making a pair with a card in his hand.

If the player has that card he must give it to the person who asked, and he places that card with the matching card in his hand and lays them down. He may then ask another player for a card. Anytime a player does not have the card that he's asked for, he says, "Go Fish," and the player who asked takes a card out of the pool on the table. If the card picked up is the card asked for (a catch), he places the pair down and may ask another player for a card. If it is not the card asked for, his turn ends and it is the next player's turn. Play continues in the same fashion around the table until one player's hand is gone or the pool is drained. The player with the most pairs wins the game.

### Variations

There are several variations of Go Fish. In one variation, a player must collect all four cards (a "book") before laying them down. Therefore, in play, you will ask another player for "all of" the card that you wants (that is, "Give me all of your threes"). Instead of taking cards out of the pool, you can play with a stockpile, and if the player has to go fish, he takes the top card. In the variation called Authors, players must ask for a specific card including its suit—"Give me the queen of hearts" instead of "Give me your queens."

## Memory

Also known as Concentration, Memory is a game of . . . well, just that! The game requires players to remember where previous cards are positioned in order to make a match. This game is played with two to four players and a standard deck of fifty-two cards. The objective of Memory is to collect the most matching pairs of cards.

A random dealer is selected, and he shuffles the cards and deals all of the cards face down in a grid pattern. The game begins with the first

player turning over two cards, keeping them in their original position on the grid. If you make a match, you collect that pair and may turn over two more cards. If they do not match, you turn those cards back over, and it is the next player's turn. The player to the left repeats the process. Play continues until the grid is completely gone. The player with the most pairs wins the game.

ESSENTIAL

If you turn over a card and you think you know where the match is, turn over your guess first. If you got mixed up and didn't remember correctly, you still hope to make a pair by turning up another card and seeing if it makes a match.

## I Doubt It

If you're good at bluffing, I Doubt It is the game for you! The objective of I Doubt It is to be the first to get rid of your stack of cards. This game requires two or more players, using a standard deck of fifty-two cards, and helps to develop counting skills and the ability to recognize the value of cards.

A random dealer is selected who deals out the entire deck evenly to the players. Play begins with the youngest player laying face down on the table any number of aces in her hand. As she lays them down, she calls out what they are ("Two aces"). The next player then discards any or all of his twos, the next player his threes, and so on until kings are played. After you play kings, play continues on again to aces.

E ALERT!

Since the game ends when the first player gets rid of his hand, a player will undoubtedly yell, "I doubt it" when you lay your last card. Make sure that it's a correct call, or you'll be stuck picking up the discards and possibly losing!

Since you are laying your cards face down, you can actually bluff your opponents. You can lay down a four but say that you are laying down a ten. If you believe that another player did not lay down the cards





EXHIBIT A.15

BORDERS®

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

GAME I SPY TRAVEL ED
7209665 SL T 10.00
CARD GAMES
7333252 MM T 5.99
HOYLES RULES OF GAMES-E03
6688554 MM T 6.99
HOYLES-MODERN ENCY CARD GAMES
0003062 QP T 12.95
OFFICIAL RULES OF CARD GAMES
1652321 QP T 12.95
ACCORDING TO HOYLE
1652317 QP T 12.00
EVERYTHING CARD GAMES BK
7577469 QP T 14.95
ULTIMATE TRAVEL GAMES
8175532 CL T 12.99

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.15r