
hamlyn
50 FUN GAMES for your children
Adam Ward
CARD GAMES for kids
EXHIBIT A.16

# 50 great boredom-beating games for children of all ages

Includes simple card recognition games that are ideal for young children as well as fiendishly competitive games promising hours of entertainment for older kids. Easy-to-follow instructions and cartoon illustrations make the games quick to learn.



Games for:

- peaceful car journeys
- rowdy parties
- rainy days
- groups of children
- single players
- the whole family to enjoy

£6.99
US $7.95
Can $11.95

For more information, catalogues or corporate sales please e-mail us at: info-ho@hamlyn.co.uk or visit our website www.hamlyn.co.uk

Jacket artwork: Octopus Publishing Group Limited/KJA-artists.com

EXHIBIT A.16

hamlyn



# CARD GAMES for kids

Adam Ward

In memory of Adam Ward, 1970–2004

First published in Great Britain in 2004 by
Hamlyn, an imprint of Octopus Publishing Group Ltd
2–4 Heron Quays, London E14 4JP

Copyright © Octopus Publishing Group Ltd 2004

Distributed in the United States and Canada by
Sterling Publishing Co., Inc.
387 Park Avenue South, New York, NY 10016–8810

All rights reserved. No part of this work may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system, without the prior written permission of the publisher.

ISBN 0 600 61074 8
EAN 9780600610748

A CIP catalogue record for this book is available from the British Library

WADDINGTONS NO. 1 PLAYING CARDS ©
2004 Hasbro International Inc.
Used with kind permission of Hasbro.

COOP BOLD and COOP BLACK fonts © and ™
2004 House Industries

Printed and bound in Dubai

10 9 8 7 6 5 4 3 2 1



EXHIBIT A.16

# PAIRS

## OR CONCENTRATION, MEMORY, PELMANISM

**AGES:** 3+

**SKILL LEVEL:**

**GOOD FOR:** Getting competitive youngsters to concentrate and test their powers of memory.

*As simple as Snap! but with less noise, Pairs is the perfect way to get youngsters using their brains rather than their mouths.*

**AIM OF THE GAME:**

To locate matching pairs and collect more cards than your opponents by the time the table is bare.

### TO START

1. For this game to run smoothly, it is imperative that the cards are laid out properly at the start of the game. The cards (which must be shuffled) are placed face down on a flat surface (for example, a table) and spaced evenly in a grid made up of 13 rows of four cards.



## HOW TO PLAY

1. The game begins when the youngest player turns over two cards in the layout. If the cards revealed are of equal value, the player picks them up and puts them to one side. He or she may now reveal another pair of cards, and their turn continues until they choose two cards that do not match.

2. When two unmatched cards are revealed, they remain in the layout and are turned face down once more before the next player takes their turn.

3. It is important that players take great care not to make a mess of the layout. If cards move out of line and start overlapping, the game can easily descend into chaos.

4. Players take alternate turns until there are no cards left to play.

## WHO'S THE WINNER?

At the end of the game players count up how many pairs of cards they have each collected. The player with the most cards is the winner



## TOO EASY

**If matching cards by their face value becomes too easy, you can also make the game colour-specific. So, for example, if you reveal the two of hearts, you will only complete a match if you locate the two of diamonds next.**

## WINNING WAY

Pairs is essentially a game that tests players' ability to memorize card positions. To improve your chances of winning, you must endeavour to employ strategies that will help you recall the positions of the cards revealed throughout the game. Some people use repetition, chanting to themselves as if they were saying a mantra (for example, 'top left Ace, bottom right Queen'), while others try to visualize the cards they have seen. More sophisticated memory systems like 'chunking' can be researched through self-help books if you're feeling very competitive. Be warned, though – children often have very good memories compared to those found in the addled brains of adults. If you're not careful, your precocious six-year-old might well give you a sound thrashing at Pairs.

EXHIBIT A.16

CHILDRENS BOOK, WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.16r