# Concentration (game)

From Wikipedia, the free encyclopedia
(Redirected from Concentration/game)

It has been suggested that this article or section be merged with *Pelmanism*. (Discuss)

**Concentration** or **Memory** is a card game of the Rummy family where all the cards are laid out on a surface and two cards are turned over each turn. The object is to turn over a pair of matching cards (for example, a pair of kings) and then remove them from play. Play ends when all cards have been removed from the table. Optionally, the player who made the match then plays again. Concentration can be played with one player or many players. This scheme is often used in quiz shows.



Variously themed cards are available for children of all age groups.

## External links

- Remember Me (http://www.aliciaramirez.com/goodies/remember-me) - Flash based concentration game. Three levels, three decks of cards, and adjustable speed.

Retrieved from "http://en.wikipedia.org/wiki/Concentration_%28game%29"

Categories: Articles to be merged | Card game stubs

- This page was last modified 12:22, 20 June 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.

**EXHIBIT A.18**