


EXHIBIT
B.2


Ballerina
~Card Game~
Five games to play
with cards featuring classic ballet positions
Perfect for budding ballerinas, the imaginative games are simple to learn, quick to play, and are fun for the whole family! The oversized cards are easy for small hands to hold, and the sturdy box is perfect to fit into a suitcase, backpack or ballet tote when on the go!
~ Name That Ballet Position! ~
~ Ballerina Color Rummy ~
~ Classic Ballerina Rummy ~
~ Ballet Practice ~
~ Ballerina Memory ~
Game includes: 48 cards - 41 for card games and 7 bonus informational ballet cards, game rules
Playing time: about 10 minutes per game.
international playthings inc.
Made In China
Item # P5501
0 20373 55011 7

VROMAN'S BOOKSTORE
695 E COLORADO BLVD
PASADENA, CA 91101
626-449-5320
WWW.VROMANSBOOKSTORE.COM

| QTY | | PRODUCT | DEPT | PRICE |
|---|---|---|---|---|
| 1 | T | BALLERINA CARD | GA680000 | 11.00 |
| 1 | T | MY CLASSIC CARD | G672100 | 11.00 |
| 1 | T | HORSE PLAY CARD | G680000 | 16.50 |
| 1 | T | SAME GAME MEMORY | 680000 | 10.50 |
| 1 | T | MEMORY GAME FACES | 672100 | 14.50 |
| 1 | T | MILOS MAGICAL MEM | 405000 | 14.95 |

| | | | |
|---|---|---|---|
| | | TOTAL SALE | $78.45 |
| | T | SALES TAX | $6.47 |
| 02598 | | NET SALE | $84.92 |

6 VISA $84.92
CARD NUMBER ************8345 XX/XX
RAYGOR/KENT R

** CUSTOMER COPY *** CUSTOMER COPY **

00001 07-000 CAI 7/01/06 12:36 PM
CELEBRATING OVER 100 YEARS OF SERVICE

PLEASE RETAIN YOUR RECEIPT
SALEABLE RETURNS REFUNDED IN THE
METHOD PAID WITHIN 30 DAYS OF PURCHASE
ALL SALES FINAL ON CLEARANCE ITEMS
THANK YOU FOR SUPPORTING YOUR LOCAL
INDEPENDENT BOOKSTORE

**EXHIBIT**
**B.2r**

# International Playthings, Inc. Ballerina Card Game




Item is available.

**$9.99**

1

Add to Cart

**More Details**

**Description**

Card game for 2-4 players, ages 4+

ScanAlert HACKER SAFE TESTED 25-AUG

SECURED BY GeoTrust click to verify 25-Aug-06 17:01 GMT

For information on products in the International Playthings, Inc. online catalog, send email to info@intplay.com. For questions about your order please log into Your Account.

International Playthings, Inc.
75D Lackawanna Ave.
Parsippany, NJ 07054
United States of America
P: 973-316-2500
F: 973-316-5883

Search For Search

**540,315 Shopatron Items sold and shipped.**

©Copyright 2000-2006, FirePoppy, Inc. and International Playthings, Inc.. All Rights Reserved. Aspects of the Shopatron network are either patented, patent-pending, or patent-applied-for.

Shopatron

EXHIBIT
B.2w