
G6513
Learning Software
Teaches 25 Skills
• Letters & Writing
• Beginner reading
• Numbers & Math
• Weather
• Memory & Matching
• Plus music, drawing & more!
Fisher-Price
www.fisher-price.com

EXHIBIT
B.3


G6513
Expand your system!
For Color Pixter® systems!
Color Arcade
Color Dinosaurs DinoDraw
SpongeBob SquarePants Color Aqua Adventure
Color Rescue Heroes Mission Masters
Global Passport
Symphony Painter
Mazes, Puzzles & Games
©2003 Viacom International, Inc. All Rights Reserved.
Nickelodeon, SpongeBob SquarePants and all related titles, logos and characters are trademarks of Viacom International, Inc.
Created by Stephen Hillenburg.
Pixter® Basic, Deluxe and Color Software available in a variety of titles. Each sold separately and subject to availability.
www.pixter.com
Mattel Canada Inc. Mississauga, Ontario L5R 3W2
Mattel East Asia Ltd. Room 1106, South Tower, World Finance Centre, Harbour City, Tsimshatsui, HK, China. Made in China.
Fisher-Price
www.fisher-price.com

EXHIBIT
B.3

TARGET
EXPECT MORE. PAY LESS.

PASADENA - 626-584-1606
07/01/2006 11:54 AM
RECEIPT EXPIRES ON 09/29/06

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 086000923 | PIXTER | T | 19.99 |
| 087000114 | 12 MIN CARDS | T | 4.49 ↓ |
| 087101294 | MARVEL MEMOR | T | 7.99 |
| 086120174 | WHO LIVES | T | 12.99 |

| | | |
|---|---|---|
| | SUBTOTAL | 45.46 |
| T = CA TAX 8.2500% on | 45.46 | 3.75 |
| | TOTAL | 49.21 |
| | *8345 VISA CHARGE | 49.21 |

RECEIPT ID# 2-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

<------ CUT HERE ------>

TARGET
*A Gift for You*

To:____________________

From: ____________________

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

Gift receipts are linked to the
original purchase. Bring the item
and receipt back after the
purchase date and before 09/29/06
for a gift card. Some items
cannot be returned if opened.

RECEIPT ID# 5-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

EXHIBIT
B.3r




Pixter®

## Creative Geniusâ„¢

**Product #: C1450**
Ages: 4 years & up
**~~$20.00~~ Sale Price $6.99**

Add to Cart | Add to Wish List | E-mail page to a friend

For reading, writing & arithmetic, Creative Geniusâ„¢ does the trick. With the help of exciting games & music, learn to count, form letters & numbers, understand seasons and develop beginner-reading skills. Itâ€™s fun & easy! For use with Color PixterÂ® and PixterÂ® Multi-Media Systems.




**See more pictures**



Get our catalog in the mail!

Fisher-Price®
www.fisher-price.com

BizRate.com customer certified

**FISHER-PRICE PRIVACY POLICY | FISHER-PRICE LEGAL TERMS & CONDITIONS**
© 2006 Mattel, Inc. All Rights Reserved.
Use of this U.S. site signifies your acceptance of the terms and conditions of use.
Help with Fisher-Price.com • E-mail Page to a Friend

**EXHIBIT B.3w**