
5 games to play featuring
favorite Breyer® Horses
BREYER®
Horse Play
Card
Game
Bonus
Limited Edition
Breyer®
Stablemates™
Horse
Included!
American
Quarter Horse
Palomino
For 2 to 4 players
Ages 6 and up

EXHIBIT
B.4


5 games to play with cards featuring favorite Breyer® Horses
BREYER
Bonus Limited Edition Breyer Stablemates Horse Included!
Horse Play Card Game
No More Horses!
Find the Horses
Color Rummy
Classic Rummy
Horse Memory
Perfect for horse lovers, the imaginative games are simple to learn, quick to play, and are fun for the whole family! The oversized cards are easy for small hands to hold, and the sturdy box is perfect to fit into a suitcase or backpack when on the go!
Includes a special bonus LIMITED EDITION Breyer® collectible horse!!
Game includes: 48 cards, game rules
Playing time: about 10 minutes per game
For 2-4 players • Ages 6 & up
BREYER ANIMAL CREATIONS a division of Reeves International, Inc. Pequannock, NJ 07440 U.S.A.
Discover us at www.BreyerHorses.com
©2002 International Playthings, Inc
Made in China
KiD TESTED
international playthings inc
Parsippany, NJ 07054 USA
Visit us at www.intplay.com
American Paint
Warmblood
Chevaux qui jouent
Plus de chevaux ! • Retenez vos chevaux • Rami couleur
Rami classique • Mémoire avec les chevaux
Parfait pour les amateurs de chevaux de tous les âges. Les jeux imaginatifs sont faciles à apprendre, rapides à jouer et amusants pour toute la famille ! Les cartes surdimensionnées sont faciles à tenir pour les petites mains et la boîte solide va parfaitement dans une valise ou un baluchon lors de voyage !
Incluant en prime en EDITION LIMITÉE le cheval Breyer à collectionner !!
HORSE PLAY CARD GAME $16.50
2320010632755 JUVENILE GIFT 7/18/05
Vroman's Pasadena

EXHIBIT B.4

VROMAN'S BOOKSTORE
695 E COLORADO BLVD
PASADENA, CA 91101
626-449-5320
WWW.VROMANSBOOKSTORE.COM

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 T | BALLERINA CARD | GA680000 | 11.00 |
| 1 T | MY CLASSIC CARD | G672100 | 11.00 |
| 1 T | HORSE PLAY CARD | G680000 | 16.50 |
| 1 T | SAME GAME MEMORY | 680000 | 10.50 |
| 1 T | MEMORY GAME FACES | 672100 | 14.50 |
| 1 T | MILOS MAGICAL MEM | 405000 | 14.95 |

TOTAL SALE $78.45
T SALES TAX $6.47
02598 NET SALE $84.92

6 VISA $84.92
CARD NUMBER ************8345 XX/XX
RAYGOR/KENT R

** CUSTOMER COPY *** CUSTOMER COPY **

00001 07-000 CAI 7/01/06 12:36 PM
CELEBRATING OVER 100 YEARS OF SERVICE

PLEASE RETAIN YOUR RECEIPT
SALEABLE RETURNS REFUNDED IN THE
METHOD PAID WITHIN 30 DAYS OF PURCHASE
ALL SALES FINAL ON CLEARANCE ITEMS
THANK YOU FOR SUPPORTING YOUR LOCAL
INDEPENDENT BOOKSTORE

EXHIBIT
B.4r

BREYER

**55016**
**Breyer Horse Play Card Game**
**Colorful and Educational!**

size in inches: 6H x 9W x 2L

recommended age: 6 and Up

related item: #20031 - The Breyer Game of Horse Sense




**description:** Colorful Breyer model game cards can be used to play five fun games for 2-4 players for children ages 6 and older: No More Horses!, Find the Horses, Color Rummy, Classic Rummy, and Horse Memory. Simple to learn! Quick to play! Fun for the whole family! Includes: 48 cards, game rules and special Limited Edition Collectible Breyer model horse.

zoom! 1X 2X

www.BreyerHorses.com

EXHIBIT
B.4w