
BINARY ARTS
The Smart Toy People
The Same Game
TM
The MEMORY GAME with a SPIN!

EXHIBIT
B.5

# The Same Game™

## The MEMORY GAME with a SPIN!




**Does a green caterpillar match a green airplane? How 'bout two fish and two shoes…or a train and a police car?**

Each is a match when playing The Same Game!

Unlike traditional memory games, The Same Game's spinner lets you match pairs in three different ways– same COLOR, NUMBER, or CATEGORY. Three ways to match means more chances to find a matching pair! The player with the most matching pairs wins.

Children have fun discovering associations between the cards and learning to stretch their memories three ways!

**Ages 5 & Up**
**2-4 players**

***Have Fun! Get Smart!®***

**THE SAME GAME SKILLS**

*Playing The Same Game will help build these learning and social skills:*

- Image recognition and matching
- Verbalize expression
- Concentration and memory
- Fine motor skills
- Following instructions
- Winning and losing

**CONTENTS:**

- 30 Picture cards
- 1 Spinner
- Game Rules

BINARY ARTS The Smart Toy People®

©2002 Binary Arts Corp.
All Rights Reserved

Binary Arts Corporation
1321 Cameron Street
Alexandria, VA 22314 USA
www.puzzles.com

Ages 5 & Up
Made in China #7910
The Same Game was created by Matan and Theora Design.
Illustrations by: Dave Garbot

Please retain for future reference:
Exclusive Distributor for UK:
Ravensburger Ltd.
Unit 1 Avonbury Business Park
Howes Lane, Bicester
Oxon OX26 2UB

CE

0 19275 07910 9

EXHIBIT
B.5

VROMAN'S BOOKSTORE
695 E COLORADO BLVD
PASADENA, CA 91101
626-449-5320
WWW.VROMANSBOOKSTORE.COM

| QTY | | PRODUCT | DEPT | PRICE |
| --- | --- | --- | --- | --- |
| 1 | T | BALLERINA CARD | GA680000 | 11.00 |
| 1 | T | MY CLASSIC CARD | G672100 | 11.00 |
| 1 | T | HORSE PLAY CARD | G680000 | 16.50 |
| 1 | T | SAME GAME MEMORY | 680000 | 10.50 |
| 1 | T | MEMORY GAME FACES | 672100 | 14.50 |
| 1 | T | MILOS MAGICAL MEM | 405000 | 14.95 |

| | | |
| --- | --- | --- |
| | TOTAL SALE | $78.45 |
| T | SALES TAX | $6.47 |
| 02598 | NET SALE | $84.92 |

| | | |
| --- | --- | --- |
| 6 | VISA | $84.92 |
| CARD NUMBER | ************8345 | XX/XX |
| RAYGOR/KENT R | | |

** CUSTOMER COPY *** CUSTOMER COPY **

00001 07-000 CAI 7/01/06 12:36 PM
CELEBRATING OVER 100 YEARS OF SERVICE

PLEASE RETAIN YOUR RECEIPT
SALEABLE RETURNS REFUNDED IN THE
METHOD PAID WITHIN 30 DAYS OF PURCHASE
ALL SALES FINAL ON CLEARANCE ITEMS
THANK YOU FOR SUPPORTING YOUR LOCAL
INDEPENDENT BOOKSTORE

EXHIBIT
B.5r

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today.**



See larger image and other views

Share your own customer images

## Same Game

**Price: $9.95**

**Availability:** In Stock. Ships from and sold by LaToys Etcetera.

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00021HB40

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

EXHIBIT B.5w

123

## Customer Discussions Beta (what's this?)

Help

Amazon customers talk about this product and related topics.

**Related forums** **This product's forum**

**This product's forum** (0)

Ask questions. Share opinions. Gain insight.

**Start** the discussion

Discussion topic:

## ProductWiki: Product Information from Our Customers (What's this?)

**Be the first person to add product information.**

**See Top Wikis...**

## Look for similar items by category

## This Item and You

Rate this item: Not interested I own it

Write a Review | Write a *So You'd Like To...* Guide | Tell a Friend About This Item

## Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Is there any other feedback you would like to provide? Click here

LA TOYS ETCETERA Privacy Statement

LA TOYS ETCETERA Shipping Information

LA TOYS ETCETERA Returns & Exchanges

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Search** Amazon.com GO!

## Your Recent History

Learn more

**Recently Viewed Products**

- Math Memory by Creative Toys
- The Koala Brothers Matcheroos
- Teddy Mix & Match Game by Ravensburger
- Odd Bodz Card Game
- Memory Circles by Tag Toys

**Customers who bought items in your Recent History also bought:**



Hullabaloo Cranium



Smath Game Pressman

**View & edit Your Browsing History**

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Join Our Staff | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2006, Amazon.com, Inc. or its affiliates