
Walter Wick and Jean Marzollo's
I SPY™
MEMORY GAME
TRAVEL
EDITION
BRIARPATCH.
Over 100 Awards!
SCHOLASTIC

EXHIBIT
B.6




EXHIBIT
B.6

127

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| | 7209665 | SL T | 10.00 |
| CARD GAMES | | | |
| | 7333252 | MM T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| | 6688554 | MM T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| | 0003062 | QP T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| | 1652321 | QP T | 12.95 |
| ACCORDING TO HOYLE | | | |
| | 1652317 | QP T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| | 7577469 | QP T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| | 8175532 | CL T | 12.99 |

| | | |
|---|---|---|
| | Subtotal | 88.82 |
| | CALIFORNIA 8.25% | 7.33 |
| 8 Items | Total | 96.15 |
| | VISA | 96.15 |

ACCT # /S XXXXXXXXXXXX8345
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
B.6r




What's New
Games
Puzzles
Card Games
About Us
Contact Us

New Products:
- Puzzle Gallery™
- Disney
- Sudoku
- Spider-Man
- Spider-Man & Friends
- Nerdy Wordy
- Disney Princess
- Dinosaurs, Extinct?

Can we help you find a product? search age [ ] gender both GO!

View All I Spy Products

## I Spy Travel Game

Your favorite I Spy Memory Game in a take-along, travel-size version. All new cards for new memory and matching fun! Made your matches? Now solve the 5 new riddles.

**Age** 4+
**Players** 1 - 6
**Skills** No Reading Required
**SKU#** BP06109
**UPC** 761707061090
**ISBN** 1-932049-29-0
**Dimensions** 6 " W 4 3/4" H 1" D

**Awards:** AWARD 2 WINNER



**Contents:** 20 memory cards, 5 riddle cards

**Available Packaging:**

**Box**
**SKU** BP06109
**UPC** 761707001782
**Pack** 6
**Dimensions** 5 5/8" W 7 3/4" H 6 3/4" D

**Other Products for Boys and Girls of 4 to 6:**
- Finding Nemo Dory Doubts It! Card Game
- Finding Nemo Childrens Card Game Display (Shrink)
- I Spy Travel Game w/Display

**Also available:**
- I Spy Games
- I Spy Puzzles
- I Spy Card Games

BRIARPATCH®

what's new games puzzles card games licenses about us awards press releases contact us site map legal home

© 2006 BRIARPATCH, Inc. All Rights Reserved.

129

EXHIBIT B.6w