


EXHIBIT
B.7


AGES 6+
2-6 PLAYERS
K-9 CAPERS
Nine pooches are dressed to the nines in this sequencing card game where the dogs steal the show! Roll the die and use your memory to find dogs hiding in the game board area. The only catch is that you must collect them in numerical order. The first player to collect all nine canines in a row wins best in show!
5
6
7
Contents:
Playing time:
⚠WARNING:
CHOKING HAZARD - Small parts
Not for children under 3 years
Kids Learn
memory
counting
CE
0 75975 05204 1

**EXHIBIT B.7**

TARGET
EXPECT MORE. PAY LESS.

PASADENA - 626-584-1606
07/01/2006 11:54 AM
RECEIPT EXPIRES ON 09/29/06

A receipt dated within 90 days is required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 086000923 | PIXTER | T | 19.99 |
| 087000114 | 12 MIN CARDS | T | 4.49 ↓ |
| 087101294 | MARVEL MEMOR | T | 7.99 |
| 086120174 | WHO LIVES | T | 12.99 |

| | | |
|---|---|---|
| | SUBTOTAL | 45.46 |
| T = CA TAX 8.2500% on | 45.46 | 3.75 |
| | TOTAL | 49.21 |
| | *8345 VISA CHARGE | 49.21 |

RECEIPT ID# 2-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

<------ CUT HERE ------>

TARGET
A Gift for You

To: ____________________

From: ____________________

A receipt dated within 90 days is required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

Gift receipts are linked to the original purchase. Bring the item and receipt back after the purchase date and before 09/29/06 for a gift card. Some items cannot be returned if opened.

RECEIPT ID# 5-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

EXHIBIT
B.7r

# K-9 Capers™

## The Pick-Up-Pooches Memory Game




click to download a hi-res image

### Details

- Ages 6 and up
- 2 to 4 players
- Playing time: 12 minutes or less
- Stock #: 5204
- see additional specs

### Contents

- 36 dog cards
- 1 custom die
- rules of play - Download PDF [help]
- rules in Spanish and French

### Awards

- Oppenheim Toy Portfolio Gold Award
- Dr. Toy's Best Vacation Products
- Parents' Choice Recommended
- Canadian Toy Testing Council *** (Highest Rating)

### How To Play

Nine pooches are dressed to the nines in this card game where the dogs steal the show! Roll the die and use your memory to find dogs hiding in the game board. The only catch is that you must collect them in numerical order! The first player to collect all nine canines in a row wins the blue ribbon.

### Reinforces

- Memory
- Counting
- Matching

### You Might Also Like:







