

EXHIBIT
B.8

# Milo's Magical Memory Game



Actual size of cards

- Easy to Learn!
- Fun to Play!
- Helps Build Memory and Attention Skills!

Milo's Magical Memory Game is based on the traditional game of Memory and can be played that way, with players turning over cards, two at a time, trying to find as many matching pairs as possible through luck or by remembering the location of the cards.

The game also includes 12 special Milo's Magical Stone cards, which make possible numerous variations on the traditional game. Some of these are easier to play; some more challenging; all are great fun.

Milo's Magical Memory Game will delight children whether or not they are familiar with Marcus Pfister's best-selling books featuring Milo:

**Milo and the Magical Stones**
**Milo and the Mysterious Island**

Game includes 72 full-color cards (30 picture pairs and 12 Milo's Magical Stone cards with holographic foil stamping), instructions, and a convenient plastic tray for storage.

$14.95 Higher in Canada

NORTH-SOUTH BOOKS

ISBN 0-7358-1744-8

Copyright © 2003 by Nord-Süd Verlag AG. A[illegible]
First published in the United States and Canada in [illegible] North-[illegible] imprint of Nord-Süd Verlag AG, Gossau Zürich, Switzerland. Distributed [illegible] States by North-South Books Inc., 11 East 26th Street, New York, N[illegible] in Canada by Vanwell Publishing Ltd., 1 Northrup Crescent, St. [illegible] L2R 7S2. Made in Hong Kong. Visit our web site [illegible]

9 780735 817449 90000

EXHIBIT B.8

VROMAN'S BOOKSTORE
695 E COLORADO BLVD
PASADENA, CA 91101
626-449-5320
WWW.VROMANSBOOKSTORE.COM

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 T | BALLERINA CARD | GA680000 | 11.00 |
| 1 T | MY CLASSIC CARD | G672100 | 11.00 |
| 1 T | HORSE PLAY CARD | G680000 | 16.50 |
| 1 T | SAME GAME MEMORY | 680000 | 10.50 |
| 1 T | MEMORY GAME FACES | G672100 | 14.50 |
| 1 T | MILOS MAGICAL MEM | 405000 | 14.95 |

| | | |
|---|---|---|
| | TOTAL SALE | $78.45 |
| T | SALES TAX | $6.47 |
| 02598 | NET SALE | $84.92 |

6 VISA $84.92
CARD NUMBER ***********8345 XX/XX
RAYGOR/KENT R

** CUSTOMER COPY *** CUSTOMER COPY **

00001 07-000 CAI 7/01/06 12:36 PM
CELEBRATING OVER 100 YEARS OF SERVICE

PLEASE RETAIN YOUR RECEIPT
SALEABLE RETURNS REFUNDED IN THE
METHOD PAID WITHIN 30 DAYS OF PURCHASE
ALL SALES FINAL ON CLEARANCE ITEMS
THANK YOU FOR SUPPORTING YOUR LOCAL
INDEPENDENT BOOKSTORE



EXHIBIT
B.8r

BARNES&NOBLE.com
www.bn.com

FAST&FREE DELIVERY
»SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH ■ MORE SEARCH OPTIONS

Summer Clearance – Save up to 80%.

## Milo's Magical Memory Game
by Marcus Pfister



**Other Format - Cards**
ISBN: 0735817448
Pub. Date: September 2003
Age Range: 4 to 6

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$14.95**

Members Pay:
**$13.45** Join Now

ADD TO CART

Usually ships within 24 hours - Same Day delivery in Manhattan

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

BUY IT USED

Used Copies Available from our Authorized Sellers

**B&N Customers Who Bought This Game Also Bought**

**Classic Books from the Library of Hogwarts School of Witchcraft and Wizardry**: Quidditch through the Ages and Fantastic Beasts and Where to Find Them
J. K. Rowling, Newt Scamander

**Where Is Baby's Belly Button**
Karen Katz

**Baby's Box of Fun**: A Lift-the-Flap Gift Set
Marion Dane Bauer, Karen Katz, Marion Dane Bauer

**Cut and Fold Paper Spaceships that Fly**
Michael Grater, Grater

**A Series of Unfortunate Events**: The Puzzling Puzzles
Lemony Snicket, Biff Nussbaum

**More About Milo's Magical Memory Game**

From the Publisher

EXHIBIT
B.8w

**From the Publisher**

Easy to learn, fun to play, and helps build memory and attention skills!Based on the popular game of Concentration, Milo's Magical Memory Game comes in a sturdy box and includes 72 playing cards (60 regular picture cards and 12 special Milo's Magical Stone cards with glittering holographic foil-stamping), a plastic tray for storage, and a rules sheet describing several different ways to play - ranging from the simplest traditional game of memory for the very young, to one for older children using the special Magical Stone cards as wild cards.

137

Author Biography: Marcus Pfister has written and illustrated the ABBY-winning The Rainbow

Fish, Rainbow Fish to the Rescue!, Rainbow Fish and the Big Blue Whale, and Rainbow Fish and the Sea Monsters' Cave. His other titles include the books in the Hopper and Penguin Pete series. He lives in Berne, Switzerland.

**Product Details**

ISBN: 0735817448
ISBN-13: 9780735817449
Format: Other Format
Publisher: North-South Books
Edition Description: Cards
Sales Rank: 667,198

B&N SERVICES

About B&N
Investor Relations
Affiliate Network
B&N Membership
Bulk Order Discounts
Library Services
Publisher & Author Guidelines
Purchase Order Accounts

SHIPPING & DELIVERY

About Fast & Free Delivery
About Shipping
Shipping Rates
Store Returns

QUICK HELP

Customer Service
Order Status
Easy Returns
All Help Desk Topics

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.8w