
My
Classic
Card Games
5 Games to Play!
Go Fish
Old Maid
Rummy
Memory
Snap
For 2 - 4 Players · Ages 3 and Up
i-play

EXHIBIT
B.9


My Classic Card Games
All your favorite classic card games can be played with these eye catching colorful high quality playing cards! Kids can enjoy a game by themselves or the whole family can join in. Whether you want to play a quick 10-minute game or spend a rainy day of game-playing fun, these cards are the perfect solution!
Oversized cards with rounded edges for easy and safe play!
Game Includes
Playing time
Item No. P55021
Visit us at www.intplay.com
20373 55021

EXHIBIT
B.9

VROMAN'S BOOKSTORE
695 E COLORADO BLVD
PASADENA, CA 91101
626-449-5320
WWW.VROMANSBOOKSTORE.COM

| QTY | PRODUCT | DEPT | PRICE |
|---|---|---|---|
| 1 T | BALLERINA CARD | GA680000 | 11.00 |
| 1 T | MY CLASSIC CARD | G672100 | 11.00 |
| 1 T | HORSE PLAY CARD | G680000 | 16.50 |
| 1 T | SAME GAME MEMORY | 680000 | 10.50 |
| 1 T | MEMORY GAME FACES | 672100 | 14.50 |
| 1 T | MILOS MAGICAL MEM | 405000 | 14.95 |

| | | |
|---|---|---|
| | TOTAL SALE | $78.45 |
| T | SALES TAX | $6.47 |
| 02598 | NET SALE | $84.92 |

6 VISA $84.92
CARD NUMBER ************8345 XX/XX
RAYGOR/KENT R

** CUSTOMER COPY *** CUSTOMER COPY **

00001 07-000 CAI 7/01/06 12:36 PM
CELEBRATING OVER 100 YEARS OF SERVICE

PLEASE RETAIN YOUR RECEIPT
SALEABLE RETURNS REFUNDED IN THE
METHOD PAID WITHIN 30 DAYS OF PURCHASE
ALL SALES FINAL ON CLEARANCE ITEMS
THANK YOU FOR SUPPORTING YOUR LOCAL
INDEPENDENT BOOKSTORE

EXHIBIT
B.9r

MASTERMIND toys.com

Privacy Statement | Site Map | Testimonials | About Us | News Room | Resources

Live Help OPEN | Your Account | Check out now | View Cart Contents | Store Locations | Customer Service | eUpdates

virtual cart

search

GO

gift finder...

Return to Search Results

Shop

Shop

0-6 Months
6-12 Months
1-2 Years
3-4 Years
5 Years
6-7 Years
8-10 Years
11+ Years
See All

Shop

Sale Items
Summer Time Fun
Arts & Crafts
Audio
Baby Toys
Bath Toys
Batteries
Books
Construction Toys
Cooltoys
Dinosaur Toys
Doll House
Dolls
Dress Up
Educational Software
Electronic Toys
French
Games
Gift Cards
Home Learning
Imaginative Play
Jewelry
Loot Bag Stuff!
Magic Toys
Music Makers
Outdoor Toys
Pirates & Knights
Plush Toys

Home > Games > Games for Ages 3 and up > My Classic Card Games

***Shopping in $'s (click to change)***




e-mail to a friend | free gift wrap

**$12.99**

## My Classic Card Games

Ages 3 and Up

**Play all your favourite card games!**

Play all the favorite classics with these whimsical characters. Games include Go Fish, Old Maid, Rummy, Memory, and Snap. For 2-4 players.

Manufacturer Code: P55021
Mastermind #: 57722

Product Choice:

Gift For:

Add to Cart

Go Back

**EXHIBIT B.9w**

Something we need to know about an item on your order? Let us know by adding a comment in the "Product Choice" box.

**Shipping Details:** This item ships to New York 10019 for **$8.84** via **UPS Ground**. Per Item shipping charges decrease with multiple item orders! **<learn more>**

**Top 12 Items Found In Games for Ages 3 and up** > Click here to view our entire selection




I Spy Memory Game




142

Kids on Stage




I Spy - Preschool Game

# international playthings, inc.





**International Playthings Card Games** feature popular graphic images and favorite illustrated characters. Carefully kid-tested, each product is designed to capture the imagination of young players, as well as stimulate important developmental skills. Large size cards help small hands to hold.

**Lost Your Game Rules? Click Here for a Copy**




**P55039 Peanut Gallery**
The card game where your opinion counts. A fast-moving, fast-talking, really nutty game! Ages 8 & up.
For 2-4 players.




**P55035 Great Card Games for Kids**
Clever, fun card game to play with easy-to-follow rules. Oversized, sturdy cards with great illustrations.
For 2-4 players.




BUY ONLINE

**P55029 25 Ways to Play Solitaire**
Chock full of fun, easy to learn games for quiet time. Ages 7 & up.
For 1 -2 players.




BUY ONLINE

**P55024 Kids' Favorite Card Games**
Wonderfully illustrated deck of standard cards. For 2-4 players. Ages 4+




**P55021 My Classic Card Games**
Play all the favorite classics with these whimsical characters. For 2-4 players. Ages 3+




BUY ONLINE

**P55032 Knock Knock, Who's There?**
52 Knock Knock jokes - sure to make kids laugh. Ages 8 & up.
For 2 - 4 players.

EXHIBIT
B.9w