


EXHIBIT
B.10



EXHIBIT
B.10

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
B.10r

Boscov's EST. 1921

back to DORM






**A Little Golden Book™ My First Memory Card Game**

The Saggy Baggy Elephant never forgets, do you? Join your favorite Golden Book characters in a classic memory card game! Turn over each card and try to remember where you've seen a match. Promotes visual and memory skills. Matching pairs, designed for the youngest players. No reading required. Ages 3-6. 1 or more players.

Item # 59268

**Price: $5.99**

Quantity: 1

Add to Shopping Bag
and View Your Bag

Add to Shopping Bag
and Continue Shopping

Talk to Shopping Assistant
Purchase easily by Phone

✓ DELIVERY CHOICES & COSTS
Save $ with our Options

✓ CONVENIENT RETURN POLICY
Return to Stores or by UPS

✓ SAFE SHOPPING GUARANTEE
You are Protected from Online Concerns

✓ GREAT CUSTOMER SERVICE
Answers for Any Questions

You might also like ...

Boscov's Outlet Center LIMITED QUANTITIES

CLICK HERE
Outlet Center




CLICK HERE
Sauder-RTA Furniture




CLICK HERE
Shoe Sale



4-Minute Raised Queen Size Bed
Price: $99.99

**Now! $49.99**

EXHIBIT
B.10w

New Products:

Puzzle Gallery™
Disney
Sudoku
Spider-Man
Spider-Man & Friends
Nerdy Wordy
Disney Princess
Dinosaurs, Extinct?

Can we help you find a product? search age [ ] gender both GO

View All Golden Books Products

## A Little Golden Book Memory Card Game

The Saggy Baggy Elephant never forgets, do you? Join your favorite Golden Book characters in a classic memory card game! Turn over each card and try to remember where you've seen a match.




- Promotes visual and memory skills.
- Matching pairs, designed for the youngest players.

**Age** 3+
**Players** 1 or more
**Skills** No Reading Required
**SKU#** BP26301
**UPC** 761707263012
**ISBN** 1-932049-03-7
**Dimensions** 3 1/8" W 4 5/8" H 3/4" D

**Contents:** 48 jumbo playing cards

**Available Packaging:**

**Blister Card**
**SKU** BP26301
**UPC** 761707001577
**Pack** 12
**Dimensions** 5 3/8" W 6 7/8" H 5 1/2" D

**Other Products for Boys and Girls of 0 to 3:**
Spider-Man & Friends Hide 'n Seek Game
Finding Nemo ABC Alphabet Card Game
A Little Golden Book Go Fish Card Game

**Also available:**
Golden Books Games
Golden Books Puzzles
Golden Books Card Games

BRIARPATCH.

EXHIBIT B.10w