


EXHIBIT
B.11

149

DK games

# my first picture pairs

A preschool recognition and memory game



My First Picture Pairs helps preschool children develop their observation, visual recognition, and memory skills.

- An exciting game for 1-4 players.
- Develops the skills of sorting and matching.
- Developed in association with early learning consultants.

Other Dorling Kindersley games for 3-5 year olds.
My First Number Pairs • My First Alphabet Game • My First Picture Dominoes

Contents:
- 54 sturdy cards featuring clear photographic images
- Easy-to-follow instruction sheet with helpful note to parents and teachers

AGE 3-5 YEARS

Published in the United States by Dorling Kindersley Publishing, Inc. 375 Hudson Street New York, NY 10014

Copyright © 1999 Dorling Kindersley Limited, London
All rights reserved.

Printed and assembled in China.

$ 7.99 USA $ 9.99 Canada

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
B.11r

amazon.com | Ann's Store | Books | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Advanced Search | Browse Subjects | Bestsellers | The New York Times® Best Sellers | Magazines | Corporate Accounts | Amazon Shorts | Sell Your Stuff | Bargain Books | Textbooks

Search Books GO Find Gifts A9 Web Search GO

**You've qualified:** ***Two-Day Shipping*** on this item is **FREE** with a free trial of Amazon Prime.




See larger image

Share your own customer images

Publisher: learn how customers can search inside this book.

Are you the publisher or author? Learn how Amazon can help you make this book an eBook.

## DK Games: My First Picture Pairs (Misc. Supplies)

by DK Publishing

**List Price:** $7.99

**Price:** **$7.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**Availability:** In Stock. Ships from and sold by Amazon.com.

Only 5 left in stock--order soon (more on the way).

**Want it delivered Monday, August 28?** Order it in the next 5 hours and 21 minutes, and choose **One-Day Shipping** at checkout. See details

**31 used & new** available from $4.65

Avg. Customer Review: (1)

Rate this item | I Own It

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

A9.com users **save 1.57%** on Amazon. Learn how.

**More Buying Choices**

**31 used & new** from $4.65

Have one to sell? Sell yours here

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

This book is eligible for our **4-for-3 Books, Music, DVD** promotion. How do I find more eligible items?

## Product Promotions

Buy 4 eligible items in the 4-for-3 promotion offered by Amazon.com and get 1 of them free. Here's how (restrictions apply)

## Better Together

Buy this book with DK Games: My First Number Pairs by DK Publishing today!



**Buy Together Today: $15.98**

Buy both now!

152

EXHIBIT B.11w

## Customers who bought this item also bought

DK Games: My First Number Pairs by DK Publishing

DK Games: My First Alphabet Game by DK Publishing

My First Puzzle: Animals by Anne Millard

My First Puzzle: ABC Floor Puzzle by Anne Millard

DK Games: My First Picture Dominoes by DK Publishing

▸ **Explore similar items**

## Editorial Reviews

**Book Description**
Innovative games promote learning through play -- the proven path to success in school.

At last Dorling Kindersley quality is available in a new group of games designed for the younger set. Full-color photos and bold graphics plus traditional and original, specially created games make these the playthings children will return to again and again.

My First Picture Pairs: Preschool recognition, sorting , and memory game.

## Product Details

**Reading level:** Ages 4-8

**Misc. Supplies**

**Publisher:** DK Preschool; 1st edition (June 1, 2000)

**Language:** English

**ISBN:** 078945470X

**Product Dimensions:** 8.1 x 7.8 x 1.2 inches

**Shipping Weight:** 13.28 ounces (View shipping rates and policies)

**average customer review:** ☆☆☆☆ based on 1 review. (Write a review.)

**Amazon.com Sales Rank:** #430,946 in Books (See Top Sellers in Books)
(Publishers and authors: improve your sales)
Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

Search Products Tagged with GO!

**See most popular tags**

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

## Are you the publisher or author? Learn how Amazon can help you make this book an eBook.

If you are a publisher or author and hold the digital rights to a book, you can make it available as an eBook on Amazon.com. Learn more.

153

EXHIBIT
B.11w