


EXHIBIT
B.12


Play 3 favorite card games...
Old Dinosaur
Ages 5+
Learn which dinosaurs were ferocious killers and which were gentle giants, as you play 3 games of memory and strategy. The deck of 47 cards includes the biggest, fiercest, fastest, and strangest dinosaurs. The companion guide is filled with fun facts.
ISB-N-X1080
8 900 $15.99
OLD DINOSAUR GAME
Childrens Bk 11/05

EXHIBIT
B.12

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
B.12r

# Birdcage Press

BRINGING HISTORY, ART & NATURE ALIVE FOR THE WHOLE FAMILY!

HOME | ABOUT US | PRESS ROOM | CONTACT US | VIEW CART

Educational Games | Books | Playing Cards | Rulers | Product List | Fun Facts | Catalogs | How to Order

- Impressionist Art Game
- Impressionist Go Fish for Art
- Old Dinosaur
- Old Mummy
- Renaissance Art Game
- Renaissance Go Fish for Art
- Van Gogh & Friends Art Game
- Van Gogh & Friends Go Fish for Art




**OLD DINOSAUR $15.95**

47 playing cards and a dinosaur guide come in a fun tin box. Ages 5 and up.

Add to Shopping Cart

**WATCH OUT FOR T-REX!**

Discover the world of dinosaurs as you play three favorite card games: "Old Maid," "Go Fish," and "Concentration."

Discover:

- Which flesh-eating dinosaur was even bigger than T-Rex?
- Which dinosaurs had feathers but could not fly?
- Who was a "missing link" between dinosaurs and birds?

Learn a little French as you play different card games. The cards have dinosaur descriptions in both English and French. They also give each dinosaur's Latin name and how to pronounce it, and show you how big each dinosaur was.

---



**Old Mummy**
**LEARN MORE »**



**Dinosaur Rulers**
**LEARN MORE »**



**Van Gogh & Friends Art Game**
**LEARN MORE »**

Birdcage Press :: 853 Alma Street : Palo Alto, CA 94301 : 800.345.2980 : Fax: 650.462.6305 : info@birdcagepress.com

EXHIBIT
B.12w