
Crazy Games
ULTIMATE
travel
GAMES
W
E
S
⚠ WARNING:
CHOKING HAZARD - Small parts
Not for children under 3 years

EXHIBIT
B.14


Checkers, chess, and more!
Crazy Games
$12.99 US
($18.00 CAN)
Ultimate Travel GAMES
THE ULTIMATE TRAVEL GAME PACKAGE!
Never again will you have to ask "Are we there yet?"
Crazy Games
N
E
S
ISBN 0-8431-2007-X
EAN
51299>
Ages 8 and up
Conforms to ASTM 963
Conforme à la Norme ASTM 963
www.penguin.com/youngreaders

EXHIBIT B.14



# Contents


Are We There Yet? ........ 5
Travel Bingo ........ 6-7
Mancala ........ 8-9
Chinese Checkers ........ 10-11
Jokes ........ 12-13
Word Search ........ 14-15
Backgammon ........ 16-19
Match the State to Its License-Plate Slogan ........ 20
License Plates Across the States ........ 21
Checkers ........ 22-23
Chess ........ 24-29
Tic-Tac-Toe ........ 30-31
Memory Matchup ........ 32-33
Classic Road-Trip Games ........ 34
Travel Scavenger Hunt ........ 35
Tongue Twisters ........ 36
Word Games ........ 37
Wei Qi/Go ........ 38-39
Optical Illusions ........ 40-41
Pyramid Solitaire ........ 42-43
Travel Scrapbook ........ 44-45
Brain Teasers ........ 46-47
Happy Trails! ........ 48
Answer Key ........ 48

# MEMORY MATCHUP

Here's a game that will test your memory. Have a look at the game board on the opposite page—you'll note that there are two of every icon. Then grab a pair of scissors and a sheet of scrap paper. Cut the paper into 16 squares that are bigger than the images you see. Give yourself and your opponent a good sixty seconds or so to really take in the board. Now cover up all of the icons with the paper.

Do you think you remember which icons were where? Now's your chance to find out! Taking turns, you and your opponent must uncover two icons at a time. Your goal, of course, is to uncover two identical icons. If you don't, replace the paper over the icons and turn the board over to your opponent. If you do, you get to keep both slips of paper and go again. The goal, of course, is to have the most pieces of paper once the board is clear.



EXHIBIT
B.14




EXHIBIT B.14

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT B.14r

penguin group (usa)

my cart | sign in | newsletters

Enter search term here go

home browse books browse authors special interest special offers sales annex

**About the Book**

**About Micol Ostow**

Books by Micol Ostow

## Ultimate Travel Games

*Micol Ostow - Author*

$12.99 add to cart view cart

**Book: Hardcover** | 9.25 x 6.25in | 48 pages | ISBN 9780843120073 | 04 May 2006 | PSS Juvenile | 8 - 12 years




For anyone who's ever asked, "Are we there yet?" It's Crazy Games: Ultimate Travel Games—the ultimate travel package! Inside, find a reversible game board for checkers, chess, and backgammon, as well as dice, playing pieces, and instructions for these games and more. Read up on your favorite board games, and then get set to play anywhere, anytime. Chinese checkers, bingo, mancala, tic-tac-toe, and other games—all in one portable package!

### Email Alerts

To keep up-to-date, input your email address, and we will contact you on publication

Please alert me via email when:

☐ The author releases another book

enter your email address GO

Send this page to a friend

Printable version

**About Penguin Group USA** Copyright © 2006
Services: Academic | Educational | Library
Site Map | Help | Contact Us | Penguin Worldwide
Privacy Policy | Terms of Use | Permissions Requests | Subsidiary Rights

EXHIBIT
B.14w