
PAVILION
PRESCHOOL
MEMORY GAME
DISCOVER...
CREATE...
AND LEARN!
FOR AGES
4+
includes:
64 flash cards
instructions
for 2+ players

EXHIBIT
B.25

PAVILION®

# PRESCHOOL MEMORY GAME

## DISCOVER, CREATE...AND LEARN!

## Instructions

**Number of Players:** 2 or more

**What You Need:** 64 flash cards

**To Play:** Mix all the cards and place face down. Each player will alternate lifting two cards at a time and allowing all the players to view. Each time a pair is found the player gets to keep it and to lift two more cards. If no match is found place cards face down. The winner will have the most pairs.

0 40008 78774 9

ITEM #8805
©1999 Geoffrey Inc.
Distributed by Toys"R"Us
Paramus, NJ 07652
Made in Spain

EXHIBIT
B.25