


167

EXHIBIT B.27

Cadaco

# Who Lives



Be the first to find homes for all of your animal friends!

- Place wooden roofs over each empty animal house and then mix them up.
- Divide the 20 animal pieces among each player and you're ready to play!
- On each turn, a player removes any roof looking for the right home for their animals.
- If you guess right, place your animal inside the home.
- If you're wrong, put the roof back and it's someone else's turn.
- The first player to find homes for all of their animals wins!

A fun and easy way to teach memory, shape sorting, colors and animal recognition.

A MEMORY & MATCHING GAME!




**CONTENTS:**

- 10 wooden cut-out houses
- 10 wooden roofs
- 20 colored wooden animals
- 1 wooden storage tray
- Instructions in English & Spanish

Instructions in English & Español

Questions? Comments?
Cadaco Customer Service
1-800-621-5426
www.cadaco.com

0 26608 00596 4

Cadaco

EXHIBIT B.27

TARGET
EXPECT MORE. PAY LESS.

PASADENA - 626-584-1606
07/01/2006 11:54 AM
RECEIPT EXPIRES ON 09/29/06

A receipt dated within 90 days is required for ALL returns & exchanges. Giving a gift? Include a gift receipt!

| | | | |
|---|---|---|---|
| 086000923 | PIXTER | T | 19.99 |
| 087000114 | 12 MIN CARDS | T | 4.49 ↓ |
| 087101294 | MARVEL MEMOR | T | 7.99 |
| 086120174 | WHO LIVES | T | 12.99 |

| | | |
|---|---|---|
| | SUBTOTAL | 45.46 |
| T = CA TAX 8.2500% on | 45.46 | 3.75 |
| | TOTAL | 49.21 |
| | *8345 VISA CHARGE | 49.21 |

RECEIPT ID# 2-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

<------ CUT HERE ------>

TARGET
*A Gift for You*

To: ____________________

From: ____________________

A receipt dated within 90 days is required for ALL returns & exchanges. Giving a gift? Include a gift receipt!

Gift receipts are linked to the original purchase. Bring the item and receipt back after the purchase date and before 09/29/06 for a gift card. Some items cannot be returned if opened.

RECEIPT ID# 5-6182-0883-0093-8959-3
TM#****6443
VCD# 759-254-843

EXHIBIT
B.27r

Cadaco®

Family Fun for 70 years!

ABOUT




### Other Learning Time Fun Pro

- Wooden Learning Games
- Learning Activities

Fill out our
PARTS REQUEST F

Call Toll Free at:
1-800-621-5426

Or send us an email at:
customerservice@cadaco.




**Count Across™**
Test your math and strategy skills against the luck of the roll. Simply roll the dice and add or multiply the numbers. Then claim a space on the number board. First player to connect four in a row wins. Learning math has never been such a fun challenge for both kids AND adults!
Ages 6 & up.

**4 Way Countdown™**
This award-winning math game is redesigned to accommodate four-person play. Double the fun, double the learning. This game mixes arithmetic with the luck of the roll. Be the first player to flip over all 10 number keys and win the game.
Ages 6 & up.

EXHIBIT
B.27w







**4 Way Spelldown™**
Put your spelling skills to the test! Roll the letter dice and use the letters on the dice and your letter keys to make a word. Flip over any keys used, the first player to flip over all 10 letter keys wins the game.
Ages 6 & up.

**Who Lives Where?™**
Memory and matching in a unique wood format. Players uncover houses looking for the right home for their animals. The first player to house all of their friends wins the game!

171

EXHIBIT
B.27w




**Teaches memory, matching, shape sorting and animal identification.**
**Ages 3 & up.**



Back to the top

EXHIBIT
B.27w

All Products GO

Sign In | New Guest?

**Browse Similar Items**

- Wood Games
- 2-3 Games + Puzzles
- All Games + Puzzles for Ages 4-5
- Preschool + Kindergarten Reading, Writing + Language
- Learning + Memory
- 2-3 Award-Winning Toys
- 4-5 Puzzles
- 4-5 Learning Toys
- Learning Toys
- 2-3 Learning Toys
- Learning Toys
- All Award-Winning Toys
- All Preschool + Kindergarten Learning Skills
- Cadaco
- Games
- Award-Winning Preschool Toys
- Award-Winning
- Award-Winning
- Award-Winning for Boys Ages 2-3
- Award-Winning for Girls Ages 2-3
- Top Preschool Toys for Ages 2-3
- Top Preschool Toys for Ages 4-5
- 2-3 Reading + Language
- 2-3 Boys' Award-Winning
- 2-3 Girls' Award-Winning



VIEW LARGER IMAGE

## Who Lives Where? Game

**$12.99**
also in stores

Quantity: 1

ADD TO CART

Sign-in for 1-Click

**Availability :**
Usually ships within 3 to 5 days.

This item is available online
and in stores.

Prices and availability may vary by location.

Warranty Information

- Be the first to find homes for all your animal friends and you win
- Includes wooded cutout houses, roofs, colored animals, storage tray and instructions
- An easy way to learn memory, shapes, sorting and color and animal recognition

**Guest Reviews**

Write an online review and share your thoughts with other guests.

EXHIBIT
B.27w