


EXHIBIT
B.32




EXHIBIT
B.32

B R E N T A N O ' S

| | | |
|---|---|---|
| SALE | 5007 105 2464 | 07-09-06 |
| | REL 7.9/1.08 45 | 17:23:39 |

| | |
|---|---|
| START GROUP DISCOUNT | |
| 01 0681231939 | 9.99 |
| 02 0681549041 | 9.99 |
| END GROUP -- SUBTOTAL | 19.98 |
| DISCOUNT 52 15% OFF | 3.00- |
| SUBTOTAL | 16.98 |
| CALIFORNIA 8.25% TAX | 1.40 |
| TOTAL | 18.38 |
| XXXXXXXXXXXX8345 VISA | 18.38 |
| PV# 0052464 | |

Visit www.WaldenbooksStores.com

===========CUSTOMER RECEIPT===========



EXHIBIT
B.32r

WELCOME!
Click here to sign in.

cart my account find a gift service

GAMES PUZZLES OTHER FUN STUFF

SEARCH

...the largest game and puzzle store on the planet. SINCE 1998

ADVANCED SEARCH Click here.

**FAVORITES**
Disney
Dora
Monopoly
Nickelodeon
SpongeBob
*MORE...*

**BEST SELLERS**
Kids
Family / Adult

**DEALS & STEALS**
Kids
Family / Adult

NEW STUFF

**AGES**
3-6
7-9
10-14
15-18
Adult

**INTERESTS**
SudokuWorld
Animals
BrainTeasers
Collectibles
Learning
Logic/Math
Mysteries
Romance
Sports
Trivia
TV/Film
*MORE...*

Game Attic

**MY ACCOUNT**
Account Info
Address Book
Event Reminder

**GIFT CENTER**
Find-a-Gift
Gift Certificate

**SERVICES**
Customer Service
Placing Orders
Shipping & Handling
Security & Privacy
FAQ

**NEWSLETTER**
Extra! Extra! Read all about our new products and special offers! Just enter your email address below to start your subscription now. Click here to review our Privacy Policy.

# Peter Cottontail Gift Pack




**Price: $9.98**

**Ages: 3+**
Weight: 0.6 lbs

Quantity: 1

In Stock

Add to Cart

Refer to a Friend

**See related categories:**

Kids' Memory Games

by **University Games** **#2902X**

## Description

Here comes Peter Cottontail! This darling gift pack includes a 25-piece puzzle and the Peter Cottontail Memory Game. The simple and fun puzzle of Peter Cottontail at home in April Valley is a colorful look at "The Official Easter Bunny". The 25 self-correcting large pieces are perfect for small hands to enjoy. In the Peter Cottontail Memory Game, kids must find matching pairs of Easter eggs from the 24 memory cards. This set is as cute as a bunny's nose! Ages 3 and Up.

**Review this item!**

EXHIBIT
B.32w

177