
What's the Time?
A memory game about learning to tell the time
Big Box

EXHIBIT
B.33



# What's the Time?

**What's the Time?** is a memory game which can be played alone or with other players. It will help children learn to tell the time.
There are 56 cards (28 pairs). The game is to collect pairs of pictures and matching clocks by remembering where they are positioned.
At first younger children may find it easier to play the game with only the 26 cards (13 pairs) which show the "o'clocks" and "half-pasts".

HOW TO PLAY

■ Place the cards face down and shuffle them, making sure none overlap.

■ Decide who is to start. This player begins by turning over any two cards. Perhaps they are a picture of a postman showing the time 8 o'clock and a clock showing 7.00 p.m.

■ Because they are not a pair they must be replaced, face down, but all the players must see the cards first.

■ The next player turns over a card. It's a clock showing eight o' clock! Now he must remember where the picture of a postman is. He turns over his second card. If this is the postman he keeps the pair and has another go.

■ The game continues in this way until all the pairs have been collected. The winner is the player with the most pairs.

LEARNING TO TELL THE TIME

Children on their own can play many different sorting and matching games which will help them become familiar with the time. Start with easy tasks, perhaps just finding the o'clocks and putting them into order of time through the day.



5 014337 010040

Made in the U.K. by
Artstraws Ltd, Swansea, SA6 8RB

1004

Big Box

EXHIBIT
B.33

# CastleShopping.com

11810 Goodson Rd.
Black Forest, CO 80908

Phone: 888.831.4357
Fax: 719.495.7804

# Packing Slip

**Invoice Number:**
128538

**Ship Date:**
7/10/2006

**Shipping Information:**
Kent Raygor
Sheppard Mullin
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
United States

Phone: 310-228-3730
Fax: 310-228-3701

**Ordered By:**
Kent R. Raygor

| Customer PO | Your CastleShopping.com Representative |
|---|---|
| | Joy Marie Russell, joy@castleshopping.com |

| Product ID | Qty | Type | Product Description |
|---|---|---|---|
| E30000-110 | 1 | | I Never Forget a Face Memory And Matching Game |
| C340000-150 | 1 | | What's the Time A Memory Game |

If you have any questions regarding your shipment, please contact your CastleShopping.com Representative listed above at 719.280.0587 or toll free at 888.831.4357.

FedEx 2nd Day

EXHIBIT
B.33r



Thank you for choosing CastleShopping.com!




## What's the Time - A Telling Time Memory Game




FREE Ground Shipping On Orders Over $79

What's the Time is a memory game which can be played alone or with other players. It will help children learn to tell the time. The game is to collect pairs of pictures and matching clocks by remembering where they are positioned.

- 56 cards (28 pairs)
- 1-4 Players

| Secure Online Ordering | | |
|---|---|---|
| **What's the Time - A Memory Game**<br>#C340000-150<br>Currently In Stock Ships Out By NEXT Business Day | **Price**<br>$4.99 | Add to Cart<br>Add to Wish List |




If you have any questions about this product, please contact us now! We have 3 easy methods of contact. Please pick the method you feel most comfortable using.



- **Online Chat Support:** If our Support Staff is online, you should see somewhere on the page a Live Support link. If we are online, we are available to help you via an online chat.
- **Telephone Support:**Our toll-free number is 888.831.4357.
- **E-Mail:** Click here to send us an email.

Whatever method you choose, we enjoy answering your questions and hearing your feedback.



Our customers are talking about us.
Click here to see what they have to say.



EXHIBIT
B.33w




**Know a Friend Who Would Like This?**

Email this product to a friend.

FREE Ground shipping on orders over $79

**Today's Special**
Place a $69.00 order and receive the Free Gift below.



Tumble Bunnies Assorted Colors (We pick color)
Available while supplies last.

## Related Products



### My Own Little Judy Clock & Telling Time Booklet

This geared Judy Clock is now miniature! This 5" x 5" plastic clock brings the complexity of geared movement down to a hand-held size. Bright, knobbed hands make practicing time skills easy for little fingers. And a clear, plastic window reveals working bright red and green gears! A 16-page mini activity book filled with reproducible exercises is included.

**More Information...**



### Puzzibilities Wood Puzzle Telling Time Clock

A clock and a puzzle, this two-for-one wooden toy set is a great value and lots of fun! Teach your kids to match and count with the removable number pieces, while introducing the basics of telling time.

**More Information...**



EXHIBIT
B.33w

### What's the Time - A Telling Time Memory Game




What's the Time is a memory game which can be played alone or with other players. It will help children learn to tell the time. The game is to collect pairs of pictures and matching clocks by remembering where they are positioned.

More Information...



A Distinctive Shopping Site

Tea Room | The Computer Learning Center | The Playroom | The Great Hall | Kitchen | Clearance
The Observatory | Salt & Pepper | Gifts for Him | Gifts for Her | The Dungeon
Collectible Treasures | The Holiday Spirit

Home | Return Policy | Shopping Cart | Product Search | Payment Methods | Contact Us | Link to Us

Phone: 888.831.4357 Local: 719.495.5191 Fax: 719.495.7081

Copyright© 2002-2006, Forward Innovations, Inc. - All Rights Reserved

EXHIBIT
B.33w




HOME THE FOYER SHOPPING CART PRODUCT SEARCH PRIVACY CONTACT

## What's the Time - A Telling Time Memory Game




FREE Ground Shipping On Orders Over $79

What's the Time is a memory game which can be played alone or with other players. It will help children learn to tell the time. The game is to collect pairs of pictures and matching clocks by remembering where they are positioned.

- 56 cards (28 pairs)
- 1-4 Players

| Secure Online Ordering | | |
|---|---|---|
| **What's the Time - A Memory Game**<br>#C340000-150<br>Currently In Stock Ships Out By NEXT Business Day | **Price**<br>$4.99 | Add to Cart<br>Add to Wish List |




If you have any questions about this product, please contact us now! We have 3 easy methods of contact. Please pick the method you feel most comfortable using.



- **Online Chat Support:** If our Support Staff is online, you should see somewhere on the page a Live Support link. If we are online, we are available to help you via an online chat.
- **Telephone Support:**Our toll-free number is 888.831.4357.
- **E-Mail:** Click here to send us an email.

Whatever method you choose, we enjoy answering your questions and hearing your feedback.



Our customers are talking about us.
Click here to see what they have to say.

EXHIBIT
B.33w






**Know a Friend Who Would Like This?**

Email this product to a friend.

| FREE Ground shipping on orders over $79 | **Today's Special**<br>Place a $69.00 order and receive the Free Gift below.<br><br>Tumble Bunnies Assorted Colors (We pick color)<br>Available while supplies last. |
|---|---|

## Related Products



### My Own Little Judy Clock & Telling Time Booklet

This geared Judy Clock is now miniature! This 5" x 5" plastic clock brings the complexity of geared movement down to a hand-held size. Bright, knobbed hands make practicing time skills easy for little fingers. And a clear, plastic window reveals working bright red and green gears! A 16-page mini activity book filled with reproducible exercises is included.

More Information...



### Puzzibilities Wood Puzzle Telling Time Clock

A clock and a puzzle, this two-for-one wooden toy set is a great value and lots of fun! Teach your kids to match and count with the removable number pieces, while introducing the basics of telling time.

More Information...

185

EXHIBIT
B.33w

## What's the Time - A Telling Time Memory Game




What's the Time is a memory game which can be played alone or with other players. It will help children learn to tell the time. The game is to collect pairs of pictures and matching clocks by remembering where they are positioned.

**More Information...**



A Distinctive Shopping Site

Tea Room | The Computer Learning Center | The Playroom | The Great Hall | Kitchen | Clearance
The Observatory | Salt & Pepper | Gifts for Him | Gifts for Her | The Dungeon
Collectible Treasures | The Holiday Spirit

Home | Return Policy | Shopping Cart | Product Search | Payment Methods | Contact Us | Link to Us

Phone: 888.831.4357 Local: 719.495.5191 Fax: 719.495.7081
Copyright© 2002-2006, Forward Innovations, Inc. - All Rights Reserved

EXHIBIT
B.33w