


187

EXHIBIT
B.34

# A Classic Concentration Game With Matching Pairs




## A game for one or more players

**Directions:** Lay the tiles out on a flat surface in a grid pattern, faces down. Each player turns over two tiles. If the tiles match, the player may turn over two more. Play continues until a match cannot be made and the next player takes a turn. When all matches have been made, the player with the most pairs wins.

Illustrations copyright 2004 © Lizzy Rockwell
©2004 eeBoo™ corporation
ALL RIGHTS RESERVED
#MGFACE

MADE IN CHINA

eeBoo
Box 404 Catl
New Yc
e-mail: eeBoo@b
www

MEMORY GAME FACES $14.50
232001084263S GAMES 5/10/06
Vroman's Pasadena
3

# CastleShopping.com

11810 Goodson Rd.
Black Forest, CO 80908

Phone: 888.831.4357
Fax: 719.495.7804

# Packing Slip

**Invoice Number:**
128538

**Ship Date:**
7/10/2006

**Shipping Information:**
Kent Raygor
Sheppard Mullin
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
United States

Phone: 310-228-3730
Fax: 310-228-3701

**Ordered By:**
Kent R. Raygor

| Customer PO | Your CastleShopping.com Representative |
|---|---|
| | Joy Marie Russell, joy@castleshopping.com |

| Product ID | Qty | Type | Product Description |
|---|---|---|---|
| E30000-110 | 1 | | I Never Forget a Face Memory And Matching Game |
| C340000-150 | 1 | | What's the Time A Memory Game |

If you have any questions regarding your shipment, please contact your CastleShopping.com Representative listed above at 719.280.0587 or toll free at 888.831.4357.

FedEx 2nd Day

EXHIBIT
B.34r



Thank you for choosing CastleShopping.com!




HOME THE FOYER SHOPPING CART PRODUCT SEARCH PRIVACY CONTACT

## I Never Forget a Face Memory And Matching Game




FREE Ground Shipping On Orders Over $79

**Awards Received**

- Openheim Toy Portfolio Best Toy Award Gold Seal

With the tiles image side down playing this matching game will teach your child to learn about children from different cultures. This game will sharpen recognition and memory skills along with make learning fun. Oppenheim Gold Seal Award Winner!

CHAT ONLINE
CLICK HERE TO CHAT

**Includes:**

- 24 - Life on Earth Pairs to Match
- Sturdy Storage Box




**Matching Pairs Include:**
- France
- Mexico
- Hawaii
- Bolivia
- Puerto Rico
- Canada
- Viet Nam
- Albania
- Haiti
- Isreal
- India
- Iraq
- Mongolia
- Brazil

190

EXHIBIT
B.34w



- Afganistan
- South Africa
- Norway
- Mali
- Scotland
- United States
- China
- Russia
- Myanmar
- Tanzania



**Details:**

- Package Size: 9 1/2" x 1" x 7"
- Matching Tile Size: 2" x 2"
- Recommended for Ages 5 & Up
- Arrives in a Sturdy Full Color Laminated Gift Box
- Gift Wrap Is Available

**Secure Online Ordering**

| | | |
|---|---|---|
| **I Never Forget a Face Memory And Matching Game**<br>#E30000-110<br>Currently In Stock Ships Out By NEXT Business Day | **Price**<br>$12.99 | Add to Cart<br><br>Add to Wish List |



If you have any questions about this product, please contact us now! We have 3 easy methods of contact. Please pick the method you feel most comfortable using.



- **Online Chat Support:** If our Support Staff is online, you should see somewhere on the page a Live Support link. If we are online, we are available to help you via an online chat.
- **Telephone Support:**Our toll-free number is 888.831.4357.
- **E-Mail:** Click here to send us an email.

**Know a Friend Who Would Like This?**

Email this product to a friend.

Whatever method you choose, we enjoy answering your questions and hearing your feedback.



Our customers are talking about us. Click here to see what they have to say.

FREE Ground shipping on orders over $79

**Today's Special**

Place a $69.00 order and receive the Free Gift below.



Tumble Bunnies Assorted Colors (We pick color) Available while supplies last.

EXHIBIT B.34w

geniusbabies.com

GeniusBabies.com
~ Baby Gifts & Baby Toys Co.~

Search: go

Enter to Win $100 Baby Gifts & Baby Toys Certificate &
and receive subscriber only Baby Gifts & Baby Toys Promotions!
e-mail address go

$1.99 Gift Wrapping
$7.95 * U.S. Shipping Your Entire Order!
YAHOO! SHOPPING — TOP SERVICE —





Home > BEST SELLERS! > Award Winning Toys! > **eeBoo Matching Game - I Never Forget a Face!**




Click to enlarge

# eeBoo Matching Game - I Never Forget a Face!

## I Never Forget a Face! eeBoo. Oppenheim Toy Portfolio Gold Award Winner! 2004

Code: MGFACE

Select Gift Wrap: No Wrap

Look at our gift wrap choices

Availability: Usually ships the same business day.

Regular Price: $13.95

Add to Cart

Send Page to a Friend | Add to Wish List

**eeBoo Matching Game - I Never Forget a Face!** A beautiful and challenging game for children 3+. Made of extra sturdy laminated board. A guide to the children's countries of origin shown on the box bottom.

Illustrations by Lizzie Rockwell.

Ages 3 +

May W

Friends

eeBoo Cc

Beginn Puzzle

EXHIBIT B.34w

192

e-commerce by YAHOO!