
National Parks ★ Monuments ★ Memorials
America's
100 PIECE MEMORY CARD GAME

EXHIBIT
B.44

EXHIBIT
B.44

# America's

National Parks ★ Monuments ★ Memorials

Although Congress set aside Yellowstone National Park in 1872, there was no real system of national parks until a federal bureau, the National Park Service, was created on August 25, 1916 to manage those areas then assigned to the U.S. Department of the Interior. Since 1872 the National Park Service has grown to include more than 350 units or areas, encompassing approximately 80.7 million acres. The National Park System is dedicated to preserving historical, natural and cultural places/events that are worthy of the concern and attention of our generation and future generations. National Parks represent the grand diversity that is America.

## How to Play the Game

1. Layout all 100 of the memory cards face down. For younger players lay out less pairs of cards.
2. Turn over two cards at a time. If cards don't match return face down, end of players turn. Move to the next player.
3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:56
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

S-A-L-E-S D-R-A-F-T
RE-PRINT

DATE: 08/01/06 TIME: 10:55PM

TRAN TYPE : SALE
REGISTER #: 02
INVOICE # : 732325
CLERK NAME: TAMMY

CC NUMBER : 4XXXXXXXXXXX6065 EXP: 0906
AUTH CODE : 067K27

MC/V AMOUNT: $65.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X________________________________

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:55
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

621 GAME MEMORY AM NATL PARKS
1 @ 10.95 10.95 T
924 GAME MEMORY BIRDS OF NA
1 @ 10.95 10.95 T
622 GAME MEMORY GRAND CIRCLE
1 @ 10.95 10.95 T
147 GAME BUG GAME
1 @ 12.95 12.95 T
1029 GAME MEMORY WILDLIFE NA
1 @ 10.95 10.95 T
9999 SHIPPING
1 @ 9.00 9.00 N

TOTAL ORDERED : 6
TOTAL TAKEN : 6

SUB TOTAL 65.75
SALES TAX 0.00
PURCHASE TOTAL 65.75

LESS MC/V 65.75

THANK YOU FOR SUPPORTING
ZION NATIONAL PARK
CHECK OUR WEBSITE
www.zionpark.org
RETURNS/EXCHANGES WITH RECEIPT ONLY

EXHIBIT
B.44r

AzureBay™ Images Everything

SHOP CUSTOMER SERVICE MY ACCOUNT VIEW CART

Order by Phone 1.888.790.1061

SIGN UP FOR EMAIL OFFERS Enter Email Address GO

SEARCH BY PRODUCT OR ITEM# Product or item# GO

# Nat'l Parks Game



**Product Description**

**Nat'l Parks Game**
#2MGM
$12.95

ADD TO CART

SECURED BY GeoTrust click to verify
25-Aug-06 17:10 GMT

NEW! Although Congress set aside Yellowstone National Park in 1872, there was no real system of national parks until a federal bureau, the National Park Service, was created on August 25, 1916 to manage those areas then assigned to the U.S. Department of the Interior. Since 1872 the National Park Service has grown to include more than 350 units or areas, encompassing approximately 80.7 million acres. The National Park System is dedicated to preserving historical, natural and cultural places/events that are worthy of the concern and attention of our generation and future generations. National Parks represent the grand diversity that is America.

**Also Look At:**

**America's National Parks**
#80SS
$9.95

**National Parks Cards**
#63PLY
$4.95

**Rushmore Cards**
#7PLY
$4.95

EXHIBIT
B.44w










Copyright 1995 - 2006 Impact Photographics, A Division of John Wagner Associates, Inc. All rights reserved.