





# ART LOTTO

NATIONAL GALLERY
OF ART
WASHINGTON

AN EDUCATIONAL GAME







EXHIBIT
B.45

# ART LOTTO

## AN EDUCATIONAL GAME

**BASIC ART LOTTO:** Each player is given a collecting board. If only two are playing, each player can play 2 boards. Choose a game leader, who can also play. The game leader shuffles the small picture cards and places them in a pack face down. The game leader turns up the top small picture card. If a player recognizes it from his collecting board, he/she claims it and places it over the matching picture. If no player claims the small picture card, the game leader places it at the bottom of the pack face down. The game leader then turns up the next small picture card. The winner is the first player to cover all the pictures on his board correctly.

**MEMORY ART LOTTO:** Memory Lotto can be played with two players but is more fun with at least three. Instead of placing the small picture cards in a pack, the game leader spreads them out face down. The first player turns up a small picture card. If it matches a picture on his collecting board, he/she keeps it and gets another turn. If not, the small picture card is turned over and the next player takes a turn. The first person to fill his board wins.

**CONTENTS:** 5 collecting boards, 45 small picture cards

**PLAYERS:** 1 to 5 players age 3 and up

© 1990 National Gallery of Art, Washington
Images may not be reproduced without the permission of the National Gallery of Art

Safari, Limited, P.O. Box 630685
Miami, Florida, 33163 U.S.A. 5402-13

Made in China

EXHIBIT
B.45

199

THE METROPOLITAN MUSEUM OF ART
ROCKEFELLER PLAZA
(212) 332-1360

SALE 31842 1 00002 13355
TAKE 0054 07/28/06 12:33 PM

CUSTOMER'S ZIP COD: 91105

| | | |
|---|---|---|
| 1 | 13137724 GO FISH FOR ART | 9.95 |
| 2 | 13102561 ART LOTTO GAME | 11.95 |
| | SUB TOTAL | 21.90 |
| | 8.375% | 1.83 |
| | TOTAL | $23.73 |
| | MCARD/VISA | 23.73 |

KENT R RAYGOR
ACCOUNT NUMBER
************8345
EXPIRATION DATE 12/08
AUTHORIZATION NUMBER 93720B

Thank you for supporting the Museum.

**EXHIBIT**
**B.45r**

Safari Ltd™





# National Gallery of Art Lotto Game




**Quantity in Basket:** *none*
**Item #:** 5402-13
**Price:** Not Available

**Shipping Weight:** 0.00 pounds

Quantity: 6
Add To Basket

Acquaint even a young child with great art from around the world. Images from the National Gallery of Art are offered as a game that teaches while you play. Each of the 45 full-color playing cards is identified by the title of the work, the artist's name, and his or her lifespan. Box size 8" L x 8" H x 1" D (20 x 20 x 2.5 cm). Age 3+

## World's Leading Manufacturer of Educational Toys



EXHIBIT
B.45w