


EXHIBIT
B.46

202

EXHIBIT B.46

203

# Birds *of America's National Parks*

America is a land full of beautiful places and as a result of the efforts of many, millions of acres have been set aside as national parks. Equal to the beauty of the parks themselves are their winged inhabitants. The opportunity to watch an eagle soar overhead and hear the songs of birds perched nearby is treasured and held in fond memory by enthusiasts of all ages. This wonderful collection of photos will provide an enjoyable and educational experience as you call to memory your time spent amidst these fascinating creatures of the sky.

924 11

$10.95

## › Play the Game

1. Layout all 100 of the memory cards face down. For younger players lay out less pairs of cards.
2. Turn over two cards at a time. If cards don't match return face down, end of players turn. Move to the next player.
3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:56
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

S-A-L-E-S D-R-A-F-T
RE-PRINT

DATE: 08/01/06 TIME: 10:55PM

TRAN TYPE : SALE
REGISTER #: 02
INVOICE # : 732325
CLERK NAME: TAMMY

CC NUMBER : 4XXXXXXXXXXX6065 EXP: 0906
AUTH CODE : 067627

MC/V AMOUNT: $65.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_______________________________

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:55
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

621 GAME MEMORY AM NATL PARKS
1 @ 10.95 10.95 T
984 GAME MEMORY BIRDS OF NA
1 @ 10.95 10.95 T
622 GAME MEMORY GRAND CIRCLE
1 @ 10.95 10.95 T
147 GAME BUG GAME
1 @ 12.95 12.95 T
1029 GAME MEMORY WILDLIFE NA
1 @ 10.95 10.95 T
9999 SHIPPING
1 @ 9.00 9.00 N

TOTAL ORDERED : 6
TOTAL TAKEN : 6

SUB TOTAL 65.75
SALES TAX 0.00
PURCHASE TOTAL 65.75

LESS MC/V 65.75

THANK YOU FOR SUPPORTING
ZION NATIONAL PARK
CHECK OUR WEBSITE
www.zionpark.org
RETURNS/EXCHANGES WITH RECEIPT ONLY

EXHIBIT
B.46r

# National Park Books




**2004 Passport To Your National Parks Stamp Set**
**by Eastern National Parks & Monuments**

This colorful sheet includes stamps that fit into your 'Passport To Your National Parks' book.

It includes one national and nine regional stamps on one sheet.

The featured parks and historic sites are Frederick Law Olmsted National Historic Site, Fort Necessity National Battlefield, Pennsylvania Avenue National Historic Site, Big South Fork National River and Recreation Area, Fort Larned National Historic Site, Fort Union National Monument, Colorado National Monument, Chiricahua National Monument and Lake Roosevelt National Recreation Area.

The national stamps is for Navajo National Monument.

1 sheet of 10 stamps; 8.5 x 11 inches; printed in full color; in plastic bag; copyright 2004, Eastern National

| | |
|---|---|
| *Ref* | 2004 Stamps |
| *Our Price* | $3.95 |

add to cart

EXHIBIT
B.46w

The national park system contains the scenic and historic treasures of our country.

Presidential homes, historic lodges and hotesl, and National Park Service rustic cabins are abundant throughout the parks, whether they are shadowed by interstate highways in downtown areas of a city or discovered after miles of mountain hiking.

In this guidebook, the author takes readers on a tour through histoic structures discussing the architectural elements and hsitory of each building, showing how architectural form combined with history and natural beauty has created inspiring works of art.

Parks covered include Death Valley, Sequoia and Kings Canyon, Yosemite, Fort Vancouver, Crater Lake, Olympic, Mt. Rainier, Oregon Caves, and more.

The book is paced with photographs, maps, and detailed directions.

280 pages; 6 inches x 8.5 inches; illustrated in black-and-white; paperback; copyright 2002, Gibbs Smith

*Ref* 1586850660

*Our Price* $21.95

add to cart




**Birds of America's National Parks - 100 Piece Memory Card Game**

**by Impact**

Knowing how to identify birds by sight is a key to becoming familiar with different species.

This beautiful collection of photos provides an enjoyable and educational experience that will benefit birders of all ages.

To play the game, lay out all 100 memory cards face down. Turn over two cards at a time. If cards don't match, return them face down, and it's the next player's turn.

If the cards do match, keep the matching pairs and continue until player can no longer match. The player with the most matches wins!

For ages 3 and over. Includes poster with photos of and information about all the included birds.

100 cards; each card is 3 inches x 3 inches; cards and poster printed in full color; packaged in sturdy box; copyright 2002, Impact

*Ref* 802285015782

*Our Price* $12.00

add to cart

EXHIBIT
B.46w