
Curious George
MATCH-UP GAME
A Fun Memory Game
Ages 2-5
EXHIBIT B.47
207




EXHIBIT
B.47

208

Barnes & Noble Bookseller
111 W Colorado Blvd.
Pasadena, CA 91105
(626) 585-0362
08-05-06 S02563 R004

CUSTOMER RECEIPT COPY

| | |
|---|---|
| Curious George Match-Up | 6.95 |
| 9781593952402 | |
| SUB TOTAL | 6.95 |
| SALES TAX | .57 |
| **TOTAL** | **7.52** |
| AMOUNT TENDERED | |
| **VISA** | **7.52** |
| CARD #: | ************8345 |
| AMOUNT | 7.52 |
| AUTH CODE | 29651B |
| TOTAL PAYMENT | 7.52 |

Thank you for Shopping at
Barnes & Noble Booksellers
#387931 08-05-06 11:50A ay

**EXHIBIT**
**B.47r**

**Summer Clearance – Save up to 80%.**

## Curious George Match-Up Game

by Peaceable Kingdom Press



More Views

**Other Format**
ISBN: 1593952406
Pub. Date: December 2005

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$6.95**

Members Pay:
**$6.25** Join Now

ADD TO CART

Usually ships within 24 hours - Same Day delivery in Manhattan

FAST&FREE DELIVERY
This item is eligible for Fast&Free Delivery

**Find Related Items**

**Browse Books**
- Children - Learning Basic Concepts
- Children - Fiction & Literature
- Children - Animals

**Search Related Subjects**
*Children*

- ☐ Curious George (Fictitious character) -> Children's fiction
- ☐ Matching -> Children's fiction

SEARCH

**More About Curious George Match-Up Game**

From the Publisher

**From the Publisher**

**Publisher**

A fun memory game for children ages two to five. 14 sturdy picture cards help children learn numbers!

**Product Details**

ISBN: 1593952406
ISBN-13: 9781593952402
Format: Other Format
Publisher: Peaceable Kingdom Press
Sales Rank: 139,351



Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.47w