


EXHIBIT
B.48


Learn About Great Art
MMA
13 -13772 - 4
$ 9.95
Go FIS..
FOR
art
PLAY TWO CLASSIC CARD GAMES OF MEMORY, STRATEGY, AND ART APPRECIATION
In "Go Fish for Art" players collect paintings by Monet, Renoir, Degas, Pissarro, Manet, Caillebotte, and two extraordinary women, Mary Cassatt and Berthe Morisot.
In "Concentration" players win by matching different works of art by the same artist.
CE
EAN
ISBN 1-889613-13-4
9 781889 613130 >
Birdcage Books
Palo Alto, California
(650) 424-1701
BirdcageBooks.com
PRINTED IN CHINA

EXHIBIT
B.48

THE METROPOLITAN MUSEUM OF ART
ROCKEFELLER PLAZA
(212) 332-1360

| | | |
|---|---|---|
| SALE | 31842 1 00002 13355 | |
| TAKE | 0054 07/28/06 | 12:33 PM |

CUSTOMER'S ZIP COD: 91105

| | | |
|---|---|---|
| 1 | 13137724 GO FISH FOR ART | 9.95 |
| 2 | 13102561 ART LOTTO GAME | 11.95 |
| | SUB TOTAL | 21.90 |
| | 8.375% | 1.83 |
| | TOTAL | $23.73 |
| | MCARD/VISA | 23.73 |

KENT R RAYGOR
ACCOUNT NUMBER
************8345
EXPIRATION DATE 12/08
AUTHORIZATION NUMBER 93720B

Thank you for supporting the Museum.

EXHIBIT
B.48r

Birdcage Press

BRINGING HISTORY, ART & NATURE ALIVE FOR THE WHOLE FAMILY!





Impressionist Art Game

Impressionist Go Fish for Art

Old Dinosaur

Old Mummy

Renaissance Art Game

Renaissance Go Fish for Art

Van Gogh & Friends Art Game

Van Gogh & Friends Go Fish for Art



**GO FISH FOR GREAT ART!**

Learn about great art as you play "Go Fish" and "Concentration" card games. Use strategy and memory to collect all the works of art by each artist. You don't need to know about art to win the game and you learn a lot as you play.

All 3 *Go Fish for Art* games are winners of a Parents' Choice Gold Medal.



**IMPRESSIONIST GO FISH FOR ART $9.95**

A deck of 32 museum-quality playing cards and a guide to the artists. Ages 7 to adult.

Add to Shopping Cart



**RENAISSANCE GO FISH FOR ART $9.95**

A deck of 30 museum-quality playing cards and a guide to the artists. Ages 7 to adult.

Add to Shopping Cart



**VAN GOGH & FRIENDS GO FISH FOR ART $9.95**

A deck of 36 museum-quality playing cards and a guide to the artists. Ages 7 to adult.

Add to Shopping Cart

RETAILERS!

Free display comes loaded with 24 games, 8 of each title.

HOW TO ORDER »



**EXHIBIT B.48w**

Birdcage Press :: 853 Alma Street : Palo Alto, CA 94301 · 800.345.2980 : Fax: 650.462.6305 : info@Birdcagepress.com