
60 PIECE MEMORY CARD GAME
INCLUDES FIVE LANGUAGE INTERPRETIVE TEXT

EXHIBIT
B.49

# Grand Circle

*The Grand Circle is a 1,400-mile area encompassing the four corner states of Arizona, Colorado, New Mexico and Utah. Bordered on the north by the Uinta Mountains, on the east by the Rocky Mountains, on the south by the Sonoran and Painted Desert, and on the west by the Great Basin, this region boasts some of tl ... ctacular and varied terrain on earth. E ... thin the Grand Circle range from 2,000 fe... ... .... bottom of the Grand Canyon, to over 10,000 feet on the plateaus of Southern Utah.*

## How to Play the Game



1. Layout all 60 of the memory cards face down.



2. Turn over two cards at a time. If cards don't match return face down, end of players turn. Move to the next player.



3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!



EXHIBIT B.49

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:56
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

S-A-L-E-S D-R-A-F-T
RE-PRINT

DATE: 08/01/06 TIME: 10:55PM

TRAN TYPE : SALE
REGISTER #: 02
INVOICE # : 732325
CLERK NAME: TAMMY

CC NUMBER : 4XXXXXXXXXXX6065 EXP: 0906
AUTH CODE : 067827

MC/V AMOUNT: $65.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X______________________________

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:55
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

| | |
|---|---|
| 621 GAME MEMORY AM NATL PARKS | |
| 1 @ 10.95 | 10.95 T |
| 924 GAME MEMORY BIRDS OF NA | |
| 1 @ 10.95 | 10.95 T |
| 622 GAME MEMORY GRAND CIRCLE | |
| 1 @ 10.95 | 10.95 T |
| 147 GAME BUG GAME | |
| 1 @ 12.95 | 12.95 T |
| 1029 GAME MEMORY WILDLIFE NA | |
| 1 @ 10.95 | 10.95 T |
| 9999 SHIPPING | |
| 1 @ 9.00 | 9.00 N |

TOTAL ORDERED : 6
TOTAL TAKEN : 6

| | |
|---|---|
| SUB TOTAL | 65.75 |
| SALES TAX | 0.00 |
| PURCHASE TOTAL | 65.75 |
| LESS MC/V | 65.75 |

THANK YOU FOR SUPPORTING
ZION NATIONAL PARK
CHECK OUR WEBSITE
www.zionpark.org
RETURNS/EXCHANGES WITH RECEIPT ONLY

EXHIBIT
B.49r

AzureBay™ Images Everything

SHOP CUSTOMER SERVICE MY ACCOUNT VIEW CART

Order by Phone 1.888.790.1061

SIGN UP FOR EMAIL OFFERS Enter Email Address GO SEARCH BY PRODUCT OR ITEM# Product or item# GO

## Grand Circle Game



**Product Description**

**Grand Circle Game**
#3MGM
$12.95

ADD TO CART

SECURED BY GeoTrust click to verify 25-Aug-06 17:10 GMT

NEW ITEM! The Grand Circle is a 1,400 mile area encompassing the four-corner states of Arizona, Colorado, New Mexico and Utah. Bordered on the North by the Uinta Mountains, on the East by the Rocky Mountains, on the South by the Sonoran and Painted Deserts, and on the West bt the Great Basin, this region boasts some of the most spectacular and varied terrain on Earth. Elevations within the Grand Circle range from 2,000 feet at the bottom of the Grand Canyon, to over 10,000 feet on the plateaus of Southern Utah.




**Also Look At:**

**Grand Circle Cards**
#51PLY
$4.95

**Grand Circle Puzzle**
#45842-26Z
$11.95

HOME AFFILIATES CONTACT RESELLERS ABOUT US

Copyright 1995 - 2006 Impact Photographics, A Division of John Wagner Associates, Inc. All rights reserved.

EXHIBIT B.49w