# I SPY™ MEMORY GAME

## A GAME OF PICTURE RIDDLES

**I spy a spider, a baby in blue,
Memory riddles are fun to do!**

A game by Martine Redman



EXHIBIT
B.50

EXHIBIT
B.50

Walter Wick and Jean Marzollo's

# I SPY™

# MEMORY GAME

**I spy a spider, a baby in blue,**
**Memory riddles are fun to do!**

**Memory game for 1-6 players, ages 5 to adult.**

BEGINNING PLAYERS

**No reading required.** Place all 60 memory cards face down on the table. Turn over two cards so that all players can see them. If they match, keep them and turn over two more. If not, turn them face down again. The player who collects the most pairs wins.

ADVANCED PLAYERS

**Solve the riddles!** Take a riddle card from the stack. Turn up four memory cards. If one matches your riddle, keep the card and turn up one more. Your turn continues until none of the cards showing fits your riddle. The player who solves the most riddles wins.

LOTS OF WAYS TO PLAY!

**Word games and cooperative games are included. Fun and rewarding for the entire family!**

**SKILLS FOR YOUNG PLAYERS:** This game helps young players to develop memory, reading, thinking and language skills, as well as important social skills: taking turns, following rules and sharing.

**Contents:**

- 60 Memory cards
- 15 Riddle cards
- Game instructions

SCHOLASTIC and logo is a trademark of Scholastic Inc. © 2002 Scholastic Entertainment Inc. I SPY logo is a trademark of Jean Marzollo & Walter Wick.
scholastic.com/ispy

Game Author: Martine Redman
Game © 2002 by Briarpatch Inc.
150 Essex St.
Millburn, NJ 07041
(800)232-7427
www.briarpatch.com

ISBN 1-890809-06-3
7 61707 06101 4
BP 06101

MADE IN THE USA

BRIARPATCH®
*Over 100 Awards!*

EXHIBIT B.50

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| | --------- |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| | ========= |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechi14
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED

EXHIBIT
B.50r




What's New
Games
Puzzles
Card Games
About Us
Contact Us

New Products:
Puzzle Gallery™
Disney
Sudoku
Spider-Man
Spider-Man & Friends
Nerdy Wordy
Disney Princess
Dinosaurs, Extinct?

Can we help you find a product? search age [ ] gender both GO

View All I Spy Products

## I Spy Memory Game

I spy a spider, a baby in blue, memory riddles are fun to do! Beginners search for matching pairs while advanced players solve the riddles.

- Since its introduction, one of the best-selling games in the specialty market.
- From the popular I Spy series published by Scholastic. Millions of copies sold!
- 8 ways to play!
- Promotes visual, memory and reading skills.




**Age** 4+
**Players** 1 - 6
**Skills** No Reading Required
**SKU#** BP06101
**UPC** 761707061014
**ISBN** 1-890809-06-3
**Dimensions** 14 1/4" W 10 3/4" H 1 3/8" D

**Awards:** AWARD 9 WINNER

**Contents:** 60 memory cards, 15 challenging riddle cards

**Available Packaging:**

**Box**
**SKU** BP06101
**UPC** 761707000075
**Pack** 6
**Dimensions** 10 " W 14 7/8" H 11 3/4" D

**Other Products for Boys and Girls of 4 to 6:**
Thomas Tic Tac Toe Game
Maya & Miguel Los Dulces Puzzle
Finding Nemo Dory Doubts It! Card Game

**Also available:**
I Spy Games
I Spy Puzzles
I Spy Card Games

**EXHIBIT B.50w**

BRIARPATCH

222

what's new games puzzles card games licenses about us awards press releases contact us site map legal home