
© 2004 Ravensburger Spieleverlag
MINI
Ages 4+
Mix&Match
Picture Pairs Fun!
Ravensburger

EXHIBIT
B.52


MINI
Ages 4+
Match up the pairs of real-life baby animals in this classic game where children use their memory to collect the most picture pairs.
For 2–8 players, Ages 4 and up
Contents:
48 Cards
Instructions
Animal Photos: Angermayer
Design: Ravensburger
Photo: Thomas Weiss
© 2004 Ravensburger Spieleverlag
www.ravensburger.com
Ravensburger Spieleverlag
Postfach 24 60 · D-88194 Ravensburg
Ravensburger

EXHIBIT
B.52

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechi14
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED

EXHIBIT
B.52r

- Home
- What's on Sale
- Shop by ...
- What's New
- Manufacturers

- Animals
- Baby Corner
- Building Blocks
- Circus
- Dollhouse
- Farm
- Games
- German Corner
- Imagination Play
- Jewelry
- Just For Girls
- Kids' Corner
- Kitchen & Market
- Knights & Pirates
- Marble Runs
- Music
- Nativity Sets
- Noah's Ark
- People
- Puzzles
- Vehicles

- Shopping Cart
- Info Center
- Privacy Policy
- Search




**Ravensburger Game**
**Mini Mix & Match**

If you find the second tile that matches your cute little animal baby, you get to keep the pair. You'll need good concentration & memory to collect the most pairs & win the game. For 2 - 8 players. Playing time: 15 minutes.

Recommended for 4 years and up.

R23173 **$6.65** Add to Cart

**$4.85 shipping on all orders - over $100.00 it's FREE**
**(48 contiguous states only)**

**Receive a free handwritten gift card with any order, simply provide us with the text you would like.**

Home -- About PADiLLY -- Shipping -- Shopping Cart -- Site Map -- Sale
Questions and Comments -- Customer Reviews

Copyright © 2003-2006 PADiLLY. All rights reserved.
Have a Question? 1-888-PADiLLY

EXHIBIT
B.52w