
UNIVERSITY GAMES
MY FIRST
BRAIN QUEST
PRESCHOOL
Animal Matching

EXHIBIT B.53


Ages 2-5
1-4
Players
MY FIRST MATCHING
MADE IN THE
USA
A charming memory-matching game from America's top-selling learning game line.
• Reinforces children's memory skills
• Great for group and solo play too
• Easy to learn and fun to play
lion
giraffe
Contents:
48 Picture Cards
Instructions
© 1999 Workman Publishing Co., Inc. and Groupe Play Bac S.A. © 1999 University Games Corporation, 2030 Harrison St. San Francisco, CA 94110. All Rights Reserved. BRAIN QUEST is a registered trademark of Workman Publishing Co. and Groupe Play Bac S.A. Used under license by University Games.
UNIVERSITY GAMES
01721
MY FIRST BRAIN QUEST PRESCHOOL
7 94764 01721 2
ISBN # 1-57528-099-X 899

EXHIBIT
B.53

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST<br>01721 UNI | 11.00 |
| 011991 PICK A PAIR<br>34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS<br>10708 | 12.95 |
| 007824 CARDS FOR KIDS<br>3240 | 12.95 |
| 012801 THE FARMER IN THE DELL<br>PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH<br>23173 RAV | 8.00 |
| 012062 TELL-A- STORY<br>00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME<br>BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechil4
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED



EXHIBIT
B.53r

Sudoku Solutions
Instructions
New Products
About Us
Awards
Contact Us
European Customers, Please Click Here

our brands University Games our story news our products

## My First Brain Quest Animal Matching



A child-friendly format, My First Brain Quest Animal Matching promotes important preschool skills. To play, you face the cards up for all the players to see, then place the cards down and mix them up. On each turn, a player turns over two picture cards looking for a match. Animal Matching improves memory skills and teaches about animals at the same time (and, the picture cards are cute, cute, cute). For 2 - 4 players.

Click Here to Return to the Product List

©2006 University Games Corporation

EXHIBIT
B.53w