


EXHIBIT
B.54

EXHIBIT
B.54

232

**North American Wildlife** is as extraordinary as the continent's climatic regions. Animals are connected to their environment in a special way adapting and growing with the changes that occur in it. Just as the temperature and terrain vary throughout the continent, so does the complexity of its wildlife. From humid wetlands and coastal cliffs to grassy prairies and frozen tundras. the animals of North America are ly diverse, yet they all have a nmon goal—***survival.***

## How to Play the Game



1. Layout all 100 of the memory cards face down.



2. Turn over two cards at a time. If cards don't match return face down, end of players turn. Move to the next player.



3. If the cards do match, keep the matching pairs and continue until player can no longer match. Move to the next player. The player that matches the most pairs wins!

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:56
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

S-A-L-E-S D-R-A-F-T
RE-PRINT

DATE: 08/01/06 TIME: 10:55PM

TRAN TYPE : SALE
REGISTER #: 02
INVOICE # : 732325
CLERK NAME: TAMMY

CC NUMBER : 4XXXXXXXXXXX6065 EXP: 0906
AUTH CODE : 067027

MC/V AMOUNT: $65.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X________________________________

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:55
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

| | |
|---|---|
| 621 GAME MEMORY AM NATL PARKS | |
| 1 @ 10.95 | 10.95 T |
| 924 GAME MEMORY BIRDS OF NA | |
| 1 @ 10.95 | 10.95 T |
| 622 GAME MEMORY GRAND CIRCLE | |
| 1 @ 10.95 | 10.95 T |
| 147 GAME BUG GAME | |
| 1 @ 12.95 | 12.95 T |
| 1635 GAME MEMORY WILDLIFE NA | |
| 1 @ 10.95 | 10.95 T |
| 9999 SHIPPING | |
| 1 @ 9.00 | 9.00 N |

TOTAL ORDERED : 6
TOTAL TAKEN : 6

| | |
|---|---|
| SUB TOTAL | 65.75 |
| SALES TAX | 0.00 |
| PURCHASE TOTAL | 65.75 |
| LESS MC/V | 65.75 |

THANK YOU FOR SUPPORTING
ZION NATIONAL PARK
CHECK OUR WEBSITE
www.zionpark.org
RETURNS/EXCHANGES WITH RECEIPT ONLY

EXHIBIT
B.54r

# ROCKY MOUNTAIN NATURE ASSOCIATION

Serving Rocky Mountain I
and other public lands
since 1931

Home Bookstore Seminars Membership Visitor Info Park Projects Fellowshi

PRODUCT SEARCH
Keywords for Search

Search
Advanced Search

Books

- Rocky Mtn Natl Park
- National Parks
- Hiking
- Colorado
- Nature & Science
- Childrens
- RMNA Publications

Trip Planning
Maps
Apparel & Equipment
Audio Visual
Games & Toys
Posters Notcards & Calendars
RMNA Publications
On-Line Bargains




**North American Wildlife Memory Card Game $10.95**
**( 1708 )**

**A great introduction to wildlife in a fun and educational format. Contains 100 beautifully illustrated pi and up.)**

**Cost:$10.95**
**Quantity: 1**

Submit Continue Shopping

EXHIBIT
B.54w

www.rmna.org

EXHIBIT
B.54w