
OLD
Mummy
Discover the treasures of ancient Egypt in a fun new card game
EXHIBIT
B.55




EXHIBIT
B.55

237

## OLD MUMMY

*Played like "Old Maid"*
*2 or more players*

Deal out all the cards. It does not matter if some players have one more card than others. Anyone holding a pair of identical cards lays the pair aside. The first player selects any card from the player to the left. If the card drawn matches one that the first player already holds, the player sets the pair aside and it is the next person's turn. The person holding Old Mummy when no other cards are left loses the game.



## MUMMY MEMORY

*Played like "Concentration"*
*2 or more players*



Place all the cards face down in several rows. The first player turns any two cards face up so that all the players can see them. If the cards match, the player keeps the cards and gets to take another turn. If the cards do not match, they must be turned over again and it is the next person's turn. Whoever is first to turn over the Old Mummy card gets to keep it. The winner is the player with the most cards at the end of the game.



EXHIBIT B.55

THE METROPOLITAN MUSEUM OF ART
ROCKEFELLER PLAZA
(212) 332-1360

SALE 31842 1 00002 13363
TAKE 0054 07/28/06 12:37 PM

CUSTOMER'S ZIP COD: 91105

| | | |
|---|---|---|
| 1 13137716 OLD MUMMY | | 15.95 |
| 8.375% | | 1.33 |
| TOTAL | | $17.28 |
| | MCARD/VISA | 17.28 |

KENT R RAYGOR
ACCOUNT NUMBER
************8345
EXPIRATION DATE 12/08
AUTHORIZATION NUMBER 301938

Thank you for supporting the Museum.

**EXHIBIT**
**B.55r**

# Birdcage Press

BRINGING HISTORY, ART & NATURE ALIVE FOR THE WHOLE FAMILY!









**OLD MUMMY $15.95**

47 playing cards and a guide come in a fun tin box in the shape of a sarcophagus. Ages 6 and up.

Add to Shopping Cart

**WATCH OUT FOR OLD MUMMY!**

Learn about ancient Egypt as you play fun card games in the style of "Old Maid" and "Concentration." Collect ancient treasures but don't get caught with the "Old Mummy" card! The game comes in a keepsake tin box and includes a full-color guide that describes the gods, goddesses, symbols and beliefs of the ancient Egyptians.

Discover:

- Who swallowed the sun each night and gave birth to it each morning?
- Why did the ancient Egyptians believe gold was the "flesh of the gods"?
- What symbol was painted on coffins so the dead could see out?

*Learning about the lives and beliefs of ancient Egyptians is given an entirely new twist with these intriguing versions of classic card games...Where was this game when the entire elementary school studied Egypt for four full weeks?* **"**

*- Parents' Choice Product Review*

*Old Mummy* is the winner of a Parents' Choice Silver Medal and was selected for sale at the King Tut and Quest for Immortality exhibits.

RETAILERS:

This free display comes loaded with 12 games.

HOW TO ORDER »





Old Dinosaurs
LEARN MORE »

Ancient Egypt Rulers
LEARN MORE »



Renaissance Art Game
LEARN MORE »



EXHIBIT B.55w