
AGES
3
CRANIUM
Sounds of the Seashore
The Magical Matching and Memory Game
Two
ays to play
Beginner
tching game
Advanced
mory game
treasure
Match sounds to pictures and words
RNING:
ARD — Small parts.
3 years.
EXHIBIT
B.56
240

...oducts have
...than 60 awards

For everything Cranium, visit:
cranium.com

AGES 3 and up | PLAYERS 2 to 4

CRANIUM

# Sounds of the Seashore™

## The Magical Matching and Memory Game

Explore the sights and sounds of a day by the sea. Hold the Magic Seashell to your ear and match the sounds you hear with the pictures on the shell cards. You'll find boats, seals, dolphins — even a buried treasure!







**Sounds of the Seashore** includes the Magic Seashell* and base, the game mat, and 13 shell cards.

*Requires three AAA batteries (nc...

© 2006 CRANIUM, INC. ALL RIGHTS RESERVED. CRANIUM CHARACTER AND GAME ILLUSTRATIONS © 1998-2006 BASEMAN™. THE GAME NAMES, CRANIUM LOGOS, CRANIUM TAG LINES, AND CRANIUM CHARACTER NAMES (AND OTHER MARKS LISTED IN THE RULES SHEET) ARE TRADEMARKS OR REGISTERED TRADEMARKS OF CRANIUM, INC. IN THE U.S. AND/OR OTHER JURISDICTIONS. **MADE IN CHINA.**

SAFETY TESTED. CONFORMS TO THE REQUIREMENTS OF ASTM F963, AS / NZS ISO 8124, CHPA, EN 71, EN 50088, AND EMC. PLEASE RETAIN THIS PACKAGE FOR FUTURE REFERENCE.

CRANIUM, INC. PO BOX 2307 SEATTLE, WA 98111 USA
Australia: Dorcy Irwin Pacific Pty Ltd, Customer Support 1 800 228 889
Hong Kong: Imported by Toys "R" Us — Li Fung Ltd, 13/F, Li Fung Centre, 2 On Ping Street, Siu Lek Yuen, Shatin, NT
New Zealand: Planet Fun, 79 Ellice Road, Glenfield, Auckland
South Africa: Prima Toys, 5 Hawkins Avenue, Epping Industria 1, Cape Town
UK: Recreation Group Plc, Pentos House, Falcon Business Park, Finchampstead, Berkshire RG40 4QQ

CE

0-3

**WARNING: CHOKING HAZARD**
**Small parts. Not for children under 3 years.**

THE CRANIUM FUND

We believe we all deserve a chance to shine. Your purchase supports the Cranium Fund, which helps kids in challenging circumstances discover their own hidden talents. Find out more at: cranium.com/craniumfund.

ISBN 19331...
9 781933 1...



EXHIBIT
B.56

TOYS R US

SAVE ALL RECEIPTS
(626) 284-8909
Alhambra, CA 91802

A DATED RECEIPT IS REQUIRED FOR ALL RETURNS & EXCHANGES

PLEASE GIVE GIFT RECEIPTS

5662/10 T-4954:9 C-81915 SALE

| | |
|---|---|
| VSMILE SDRMAN2 SMARTRIDGE<br>050803925208 | 19.99 T |
| MATCHEROOS AST<br>027084180510 | 4.98 T |
| SOUNDS OF SEASHORE<br>667792231564 | 16.99 T |
| SUBTOTAL | 41.96 |
| T 8.250% TAX | 3.46 |
| TOTAL | 45.42 |
| **VISA** | 45.42 |
| XXXXXXXXXXXX8345 / 0030052B | |
| KENT R RAYGOR | |

CHANGE DUE 0.00
ITEM COUNT 3

Your friendly cashier was,
LUCY

515662104954621705

Thank You for Shopping At Toys 'R' Us
WWW.TOYSRUS.COM
Get FREE product safety & recall info @www.recalls.gov

RECEIPT EXPIRES 90 DAYS FROM DATE BELOW

08/05/06 02:10 PM

EXHIBIT
B.56r




# Sounds Seashore™

## The Magical Matching and Memory Game

| AGES | PLAYERS | TIME |
|---|---|---|
| 3 and up | 2 to 4 | About 15 min |

$16.95

**Product Info** | How to Play | Awards | More Editions | Spare Parts | FAQ

Sounds of the Seashore Product Info



- Explore the seashore and match the sounds
- Enjoy a unique twist on a classic kids game
- Create shining moments while building skills
- Hold the Magic Seashell to your ear for clues
- Two ways to play: matching and memory

Whisk your child away on a trip to the seashore with this exciting matching and memory game.

Hold the one-of-a-kind Magic Seashell to your ear and hear familiar seashore sounds like the bark of a seal or the horn of a friendly boat. Then match each sound with a picture on a shell card, practicing memory skills as you work together to uncover the buried treasure.

Crafted to reinforce matching, memory, and sound-recognition skills, Sounds of the Seashore rewards every successful turn with a "Way to go!" or "You did it!"

And the rewards keep coming as the game can be played two ways -- a beginner listen-and-match version or an advanced memory game for older kids -- making it great for kids to play as they grow or for kids of different ages to play.

**What's in the box?**
Sounds of the Seashore includes the Magic Seashell and base, the game mat,

FREE U.S. ground shipping on orders of $25 or more!

**My Cart**

Your Shopping Cart is empty!

**Craniac Favorites**



The Family Fun Game



Bumparena

EXHIBIT B.56w

and 13 shell cards.





Big Book of Outrageous Fun

**Get the Details**

- Secure Shopping
- Shipping Rates
- Store Finder
- Privacy Policy
- Contact Us
- **Order by phone**
  U.S. (toll-free):
  1-877-272-6486

  Canada:
  1-425-908-3791

Home | Help | Learn About Us | Contact Us | Cranium Worldwide | Privacy Policy | Terms of Use

© 1998-2006 Cranium, Inc. All rights reserved. Cranium character illustrations © 1998-2006

EXHIBIT
B.56w