


© 2003 Ravensburger Spieleve

# TELL-A-STORY

A game by Stefan Lemke & Birgit Bock

## An imaginative memory and storytelling game

In this game there are many stories waiting to be discovered and told. Here's how: Each player tries to be first to collect all five story cards about a single character.
Then players arrange the cards to tell a story of their choice. Maybe the kitten unraveled the sweater and rolled the yarn into a tidy ball. Or maybe the clever kitten started with the ball of yarn and knit his very own outfit.
It's all in the cards–and how you decide to arrange them.

**Skills:**

Tell-a-story encourages children to develop their imagination and creativity as well as logical thinking and language skills.

**Contents:**

50 Story cards
10 Character cards
Game rules

For **1 to 5** players ages **4 to 8**
Duration of play: about 15 minutes



Photo: Th. A. Weiss
Design: Stefan Lemke
Author: Stefan Lemke & Birgit Bock
© 2003 Ravensburger Spieleverlag
www.ravensburger.com

Instructions en français incluses

Ravensburger Spieleverlag · Postfach 1860 · D-88188 Ravensburg

246

EXHIBIT B.57

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechil4
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED



EXHIBIT
B.57r

toys .com Your Shop Cart Track Your Order • Your Account • Wish List • Help

Home | Toys & Games | Video Games | Books | Party Supplies | Electronics | Kid's Room | Baby | Movies & Videos | HALLOWEEN

Store Locator • In-Store Specials Gift Finder



larger image

## Tell- A-Story

Ravensburger

In Stock

**Price: $19.99**

Usually ships in 1-3 business days.
Estimated Delivery Date

Add to Shop Cart

OR

**Add to Wish List**

(We'll help you create one)

**Age:** 4-8 years

Item Number: 122742

Average Customer Rating:
Good
Based on 1 review. ( Write Your Review )

### Description

It's a memory game that encourages kids to use their imagination. First, each player gathers all five story cards about a single character. Once all of the players have collected their story cards, they arrange the cards to tell a story of their choice. Maybe the kitten unravelled the sweater and rolled the yarn into a tidy ball. Or, maybe the clever kitten started with the ball of yarn and knit his very own sweater. Tell-A-Story encourages kids to develop their imagination and creativity as well as logical thinking and language skills.

For 1 to 5 players.

E-mail this gift idea to a friend

**Package Weight**
1.22 pounds

**Package Dimensions**
13.1" x 9" x 1.7"

**Batteries**
Not Applicable

**Gift Wrap**
Available at Checkout

Submit Your Review **Customer Rating:** based on 1 review.
**See Customer Reviews**

EXHIBIT
B.57w