
THE BOOK OF
CARDS FOR KIDS
Speed Snap • Beggar Your Neighbor
• Crazy Eights and Chase the Ace,
Call Rummy and Knockout Whist
• 35 Noisy Games for the Whole
Family • Plus Solitaire
for Rainy Days
By Gail MacColl
EXHIBIT
B.59

EXHIBIT
B.59

# OLD-FASHIONED FAMILY FUN!

UPC
0 19628 03240 0

## THE BOOK

A complete introduction for kids and a refresher for adults, here's the everything-you-need-to-know guide to 35 great card games. With:

- Objectives, rules, score-keeping, favorite variations
- How to shuffle, cut and deal
- Strategy, and even the art of bluffing
- Glossary of card terms

BOOKLAND EAN
9 781563 052408 51295>



## THE CARDS

Big. Bold. Bright. And specially designed. The Cards for Kids deck is an oversized, durably laminated 52-card playing deck with two jokers included. Symbols and numbers are extra large plus each suit's background color is different. Spades, Hearts, Diamonds, Clubs: Deal 'em!

WORKMAN PUBLISHING, NEW YORK

ISBN 1-56305-240-7 $12.95 IN U.S.

250

EXHIBIT B.59

CARDS FOR KIDS

2–4 PLAYERS

## OBJECT OF THE GAME

To collect as many cards as possible by making pairs.



## SET UP

- Use a large flat area, such as a big table or the floor. Shuffle the cards well.

250B



- Lay the cards out, face down, in a large rectangle. Make sure the cards do not touch each other.
- Decide who will go first; the youngest, perhaps, or by alphabetical order of first names.

**START**

**FIRST PLAYER:** Turn over any two cards, being careful not to disturb the nearby cards.

If the turned-over cards are the same number or letter—two Sixes, for instance—pick them up and put them beside you. Then turn over two more cards.



- If the cards don't match, turn them back over in the same position they were in. Your turn is finished.



EXHIBIT B.59

250C



## PLAY

**NEXT PLAYER:** Turn over another card. If it matches the number or letter of a card you've already seen, try to remember where you saw that one and turn it over.

- If you make a match, pick up the two cards and put them beside you. If not, turn the cards back over.
- Players take turns, turning over cards and trying to make pairs. A turn lasts as long as a player can make pairs.
- When all the cards have been picked up, the game is over. The player with the most pairs is the winner.

**WINNER:** Gather up the cards, shuffle them, and lay them out for another game.

## VARIATIONS

- Pairs must be of the same rank *and* color—two red Sixes, for instance.
- To make an easier, faster game, remove the Twos, Threes, Fours, Fives, and Sixes from the deck.

### STRATEGY

Watch closely when other players are turning over cards. Don't lose interest just because it isn't your turn.

EXHIBIT B.59

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechi14
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED



EXHIBIT
B.59r

Print E-mail

**See Larger Image**
**Table of Contents**
**Reviews**
**Cover Copy**
**By the Same Author**

$12.95 (U.S.)
Paperback
128 pages
two-color; illustrations throughout; 40 full-color cards; 10 x 5
ISBN: 0761107088
Order No: 10708
UPC: 019628107084

**Workman Publishing Company**

## THE BOOK OF CARD GAMES FOR LITTLE KIDS

By Gail MacColl




buy

How do you follow a million-copy bestseller? With Hungry Hyenas, Puppy Snap, Game Warden, Little Fish, Brothers & Sisters. With old favorites like Catch the Cat, Safari, Creature Feature, Woof, Gorilla War. And classics with a twist-Girl Power, Amazon, Feed the Kitty, Jungle Rummy. A new book from the author of the enormously successful The Book of Cards for Kids, with over 1.1 million copies in print, *Card Games for Little Kids* offers over 30 card games specially designed for the littlest members of the family. They-along with their siblings, friends, and parents-will delight in these extra-fun, extra-noisy games that require barking, roaring, shouting, slapping, and sometimes even jumping around like a monkey.

Packaged with the two-color illustrated book is a customized, oversized, four-color 40-card deck that features ten different animal "suits" of a mother, father, brother, and sister. The illustrations are bright and cheerful-skateboarding elephants, jump-roping rhinos, giraffes, tigers, and other animals-and all but irresistible. Deal 'em.

---

- 50,000 copies in print

about the author

Gail MacColl Jarrett is a writer who lives in England. She has four children, giving her an intimate knowledge of card games for kids.



EXHIBIT
B.59w