
The Bug Game
insects and other
backyard creatures
Dragon Fly
Dragon Fly
Lady Bug
Lady Bug
Bee
Bee

EXHIBIT
B.60

# The Bug Game

## insects and other backyard creatures




A window into the fascinating world of the backyard wilderness for children and adults.

Forty four full color bug cards representing twenty three bugs. Includes full size color poster of the bugs in their world.

Enjoy three levels of playing this exquisitely illustrated matching game.

For 1-6 players

Ages 3 and up

#G200

&

1-800-624-4263
www.ampersandpress.com

7 27819 17200 0

MADE IN U.S.A.

We have used recycled material whenever possible.
The printed coatings on the cards are water based.

EXHIBIT
B.60

EXHIBIT
B.60

# The BUG GAME

## insects and other backyard creatures

255



The bugs in your own backyard! Here they are in a game. What a good way to get acquainted with them! With competitive and cooperative ways to play you can have fun while learning about the invertebrates in your neighborhood. Though not all of these creatures are true bugs, they are commonly referred to as bugs. The BUG GAME uses the word "bug" to include all of those tiny, creepy, crawly, interesting creatures who live among us.

You will be matching the front half of the bugs with the back half. There are 22 bugs, so there are 44 cards.

## Game Directions

First, get acquainted with the cards. Lay the cards face up and everybody help match heads with bodies. Then, get to know where the creatures live. Find all 22 creatures in the poster.

## Game #1: Concentration 1-6 players

Object: To find the matching pairs, building memory skills as you play.

Lay the cards face down in random order. The first player gets to turn 2 cards face up in hopes of finding a matching pair. If they find it they get to take the pair. Finding a match allows the player to try for another matching pair, and they may keep trying until they fail to make the match. When they don't find the match they turn both cards face down. Now, it is the next player's turn. When all the cards have been matched, the player with the most pairs wins.

With young children, and those who haven't played many card games, start with only 3 or 4 animals. Gradually add others.

## Game #2: Buzzzz! (like Go Fish) 2-6 players

Object: To get the most matching pairs by asking for specific cards in the other player's hands. A memory skill builder!

Choose a dealer and decide the order of players. Deal out the cards as follows:

2 players: each gets 8 cards
3 players: each gets 7 cards
4-6 players: each gets 5 cards

The undealt cards are placed face down in a "draw pile".

Player #1 starts by asking any one of the other players for the match to a card in their hand. The card they are trying to match should be displayed for all players to see. For example, Player #1 says to Player #4, "Can you find the head to my bee? " If the asked player has the card it must be given to Player #1. Player #1 sets the matched pair in a pile in front of him or her and picks the top card from the draw pile and places it in their hand. Play moves to Player #2.

When the asked for match is not found the asked player says "Buzzzzz" and play moves on to Player #2. Play continues until all cards are matched. The player with the most pairs wins!

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:56
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

S-A-L-E-S D-R-A-F-T
RE-PRINT

DATE: 08/01/06 TIME: 10:55PM

TRAN TYPE : SALE
REGISTER #: 02
INVOICE # : 732325
CLERK NAME: TAMMY

CC NUMBER : 4XXXXXXXXXXX6065 EXP: 0906
AUTH CODE : 067027

MC/V AMOUNT: $65.75

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X________________________________

ZION NATURAL HISTORY ASSOCIATION
ZION NATIONAL PARK
SPRINGDALE, UT 84767
1-800-635-3959

I N V O I C E

PRINTED: 08/01/06 10:55
08/01/06 10:55 TERMINAL NO. 02
INVOICE NO. 732325
CLERK: TAMMY

621 GAME MEMORY AM NATL PARKS
1 @ 10.95 10.95 T
924 GAME MEMORY BIRDS OF NA
1 @ 10.95 10.95 T
622 GAME MEMORY GRAND CIRCLE
1 @ 10.95 10.95 T
147 GAME SUN GAME
1 @ 12.95 12.95 T
1029 GAME MEMORY WILDLIFE NA
1 @ 10.95 10.95 T
9999 SHIPPING
1 @ 9.00 9.00 N

TOTAL ORDERED : 6
TOTAL TAKEN : 6

SUB TOTAL 65.75
SALES TAX 0.00
PURCHASE TOTAL 65.75

LESS MC/V 65.75

THANK YOU FOR SUPPORTING
ZION NATIONAL PARK
CHECK OUR WEBSITE
www.zionpark.org
RETURNS/EXCHANGES WITH RECEIPT ONLY

EXHIBIT
B.60r

# The Bug Game - Educational Science Card Games For Kids

The Bug Game also includes a full color poster of the bugs in their world, instructions for play, a bug facts sheet, glossary, and bibliography.

Science Games | Card Games | Family Games



**THE BUG GAME**
by Ampersand Press

Ages 3+
1 - 6 Players

**AMG200**
Price: ~~$14.99~~
**Sale Price: $11.99**
*Savings: $3.00*

Quantity:

ADD TO CART

E-MAIL TO A FRIEND

**Availability:** Usually ships within 24 hours

**Game Description:**
The Bug Game is the a fun science game for kids.
Open The Bug Game and walk into the amazing world of the backyard wilderness. This exquisitely illustrated card game sparks the natural curiosity of players of all ages. The forty-four cards represent twenty-two familiar creatures. Three levels of matching and memory play provide a challenge for all. The Bug Game also includes a full color poster of the bugs in their world, instructions for play, a bug facts sheet, glossary, and bibliography.

Customers Who Bought This Game Also Bought

| LEAPING LILYPADS | MY FIRST 3 NATURE GAMES | JUNIOR ALPHA ANIMALS GAME |
|---|---|---|
| 257 |  | EXHIBIT B.60w |

**Phone: 727-786-4850**
**M-F 9am - 5 pm EST**
**Fax: 727-786-4785**

**E-Mail:**
**info@ELGames.com**



View Detail
Leaping Lilypads is a fun frog playing game with teaches counting, strategy, rain forest facts and fun frog facts.
**Ages 5 +**
**Price $12.95**

View Details
Three nature games which include dominoes, memory game cards, and an ancient board reinvented by Bioviva.
**Ages Pre-K**
**Price: $17.99**



View Detail
You will learn the names of animals in the air, on land or in water. In this fun preschool game we combined animals and the alphabet for inventive learning.
**Ages 4 +**
**Price $14.95**

THE FUN WAY TO LEARN!

**ELGames.com / Next Generation Training, Inc.**
**Phone: 727-786-4850 | Fax 727-786-4785**

**Have Questions? Please E-mail:** info@ELGames.com

Copyright 2003 - 2006 EducationalLearningGames.com a division of Next Generation Training, Inc.



**EXHIBIT B.60w**