
GREAT Big PLAYING CARDS
The Farmer in the Dell
EXHIBIT
B.61


Easy to follow instructions included
Wife
Child
Goat
The Cheese
Illustration copyright 2005 ©Dan Yaccarino
©2005 eeBoo™ corporation
ALL RIGHTS RESERVED
eeBoo™ Corporation
Box 404 Cathedral Station, New York, NY 10025
e-mail: eeBoo@nyc.rr.com
www.eeboo.com
#PCFARM
MADE IN CHINA
TCGS0191

EXHIBIT
B.61

## Farm Memory Game

for 2 to 6 players

*The object of this game is to collect the most pairs by turning over cards to find matches. Use two of each card from the deck and set the remaining cards aside.*

- Shuffle the cards and lay them face down in a grid, 4 cards by 6 cards.
- The youngest player goes first by selecting any two cards and turning them face up so that all players can see. If the two cards are a match, the player takes them and keeps the pair. This player now may select two more cards, in an attempt to find another match. If they do not match, they are turned face down again and play passes to the next person.
- Play continues with each player revealing two cards at a time in search of pairs.
- The winner is the player who has the most pairs when all the cards have been matched and removed from the grid.



EXHIBIT
B.61

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechi14
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED



EXHIBIT B.61