


EXHIBIT
B.62

# IMPRESSIONIST MEMO GAME

Nr. 7081

REGOLO DEL GIOCO

Disporre le carte sul tavolo con l'immagine coperta. Il giocatore di turno deve scoprire due carte mostrandole anche agli altri concorrenti, se sono uguali queste gli appartengono e puó continuare scoprendo sempre due carte per volta fintanto ché riesce ad individuare coppie di carte uguali. Se lé due carte scoperte sono diverse, devono essere rimesse esattamente al loro posto, coperte e il gioco passa al concorrente succesivo. Vince chi riesce a raccogliere il maggior numero di carte; è quindi importante seguire attentamente il gioco degli altri partecipanti e cercare di ricordare la posizione delle carte che sono già state scoperte.

RULES OF THE GAME

All the cards are turned face down. In each round each player turns two cards face up so that all the other players can see them. If a player uncovers two cards with the same picture, he keeps them and turns over two more cards. If they are not identical, they must be returned to their original position on the table. The player with the most pairs of identical cards wins. Thus, it is important to remember the positions of all the cards on the table.

RÈGLE DU JEU

Etaler toutes les cartes faces cachées. Chaque joueur, à son tour, retourne deux cartes de manière à ce que les faces soient visibles par tous. Si le joueur retourne deux cartes identiques formant une paire, il garde la paire et rejoue. Si les deux cartes sont différentes, il les remet en place face cachée, c'est au joueur suivant de jouer. Le Gagnant est le joueur qui a le plus de paires. Il est donc important de se souvenir de l'emplacement des cartes déjà retournées.

SPIELREGEL

Alle Karten werden mit Bildseite nach unten aufgelegt, und jeder Spieler muß pro Runde zwei Karten so aufdecken, daß alle die Motive erkennen können. Werden von einem Spieler zwei Karten mit denselben Motiven aufgedeckt, so gehören diese dem Spieler. Er muß dann noch zwei weitere Karten aufdecken. Sind jedoch die beiden Karten nicht gleich, so müssen sie an ihren Platz wieder zurückgelegt werden. Gewinner ist, wer am Ende die meisten Kartenpaare hat. Es ist also wichtig, das Spiel der anderen Teilnehmer zu verfolgen und sich die Lage der schon einmal aufgedeckten Karten zu merken.

264

EXHIBIT
B.62

265

**CONTENTS:** 72 cards depicting 36 pictures, therefore always two cards show the same picture, plus a multilingual information booklet, with a B/W reproduction of each picture. ( So that children can first visually identify the various pictures, the information is not printed on the individual cards; however, when an adult and child play the game together, the adult can share with the child the information in the booklet. )

**RULES:** This versatile game can be played many different ways, depending on the age of the players. Similar to the game of „concentration," all cards are placed face down. In each round a player turns two cards face up so that all other players can see them. If a player uncovers two cards with the same picture, he keeps them and goes on uncovering two more cards. If they are not identical, they must be returned to their original position. The player with the most pairs of identical cards wins. Thus it is important to watch carefully all players and to remember the positions of the cards. Variations: Collect and match the cards according to genre and/or style. For adults and children of all ages.

Not suitable for children under 3 years. Contains small parts.

PIATNIK
Made in Austria

EXHIBIT
B.62

# IMPRESSIONIST MEMO GAME

Made in Austria

Un jeu de mémoire comprenant 36 grands tableaux impressionistes. Laissez-vous emporter, en jouant, par la fascination de ce monde de lumière et de couleur (dont les contours se dissolvent dans de vibrants coups de brosse).

A memory game comprising 36 fine impressionist paintings. As you play you will succumb to this enthralling world of light and colour, its contours softened by the vibrancy of the brush-strokes.

EXHIBIT
B.62

THE METROPOLITAN MUSEUM OF ART
1000 Fifth Avenue, NY, NY
(212) 570-3894

SALE 31754 1 62039 19771
TAKE 0002 07/29/06 01:29 PM

CUSTOMER'S ZIP COD: 91105

| | | |
|---|---|---|
| 1 13080437 | | |
| ART MEMO: IMPRES | | 20.00 |
| 2 13117189 | | |
| NEW YORK MEMO GA | | 20.00 |
| SUB TOTAL | | 40.00 |
| 8.375% | | 3.35 |
| TOTAL | | $43.35 |
| | MCARD/VISA | 43.35 |

KENT R RAYGOR
ACCOUNT NUMBER
************8345
EXPIRATION DATE 12/08
AUTHORIZATION NUMBER 38351B

Receipt required for full refund.



EXHIBIT
B.62r

MetKids

- Home
- The Met Store

Browse The Met Store | Order From Our Catalogue | Gift Services | View Basket | Check Out

Met Bestsellers | From Our Exhibitions | Special Values | Customer Service | Members Save 10%

Search

GO

The Met Store

Search Tips

Books
Jewelry
Luxury Fine Jewelry
Posters, Panels, and Framed Prints
Sculpture

MetKids
Music, Multimedia, and Educational Materials
Scarves and Shawls

Tote Bags and Accessories
Ties and Cuff Links
Stained Glass, Picture Frames, and Home Decor
For the Table

Christmas Ornaments and Judaica
Stationery and Calendars
Art Supplies

Met Store Category Index

Request Met Store Email

Browse The Met Store
Order From Our Catalogue
Gift Services
Met Bestsellers
From Our Exhibitions
Special Values
Special Offers for Members

The Mezzanine Gallery

MetKids > Puzzles and Games

## Impressionist Memo Game




ENLARGE

ADD TO BASKET

This fun memory game features renowned works by Monet, Gauguin, Van Gogh, and other Impressionist masters. The set includes 72 cards as well as a guide with descriptions of the 36 different works of art.

72 cards. Ages 3 and older.

Impressionist Memo Game
M8043
Member Price: **$18.00 each**
Non-Member Price: **$20.00 each**

Quantity: 1

ADD TO BASKET

You may also like



Vincent van Gogh Sunflowers Jigsaw Puzzle
M8047
Member Price: **$13.46**
Non-Member Price: **$14.95**
ADD TO BASKET



Art-Omino: Fine Arts
M8044
Member Price: **$18.00**
Non-Member Price: **$20.00**
ADD TO BASKET



Ultra Tangoes
M4552
Member Price: **$11.65**
Non-Member Price: **$12.95**
ADD TO BASKET

EXHIBIT
B.62w