


EXHIBIT
B.63

269

# NEW YORK

## MEMO® GAME

Nr. 7097

© 1997 PIATNIK

REGOLO DEL GIOCO

Disporre le carte sul tavolo con l'immagine coperta. Il giocatore di turno deve scoprire due carte mostrandole anche agli altri concorrenti, se sono uguali queste gli appartengono e puó continuare scoprendo sempre due carte per volta fintanto ché riesce ad individuare coppie di carte uguali. Se le due carte scoperte sono diverse, devono essere rimesse esattamente al loro posto, coperte e il gioco passa al concorrente succesivo. Vince chi riesce a raccogliere il maggior numero di carte; è quindi importante seguire attentamente il gioco degli altri partecipanti e cercare di ricordare la posizione delle carte che sono già state scoperte.

270

RULES OF THE GAME

All the cards are turned face down. In each round each player turns two cards face up so that all the other players can see them. If a player uncovers two cards with the same picture, he keeps them and turns over two more cards. If they are not identical, they must be returned to their original position on the table. The player with the most pairs of identical cards wins. Thus, it is important to remember the positions of all cards on the table.

REGLE DU JEU

Toutes les cartes sont déposées face vers le bas. Chaque joueur tournera deux cartes de manière que les figures soient visibles pour tous. Si deux cartes retornées ont la même figure elles apartiennent à ce joueur, qui peut encore retourner deux cartes et ainsi de suite, Si les nouvelles cartes ne sont pas identiques, elle doivent être remises à leurs places. Le jeu passe au prochain joueur. Gagne celui qui à la fin du jeu a le plus de paires de cartes. Il est done important de suivre le jeu des autres participants afin de se souvenir de la position des cartes déjà retournées.

SPIELREGEL

Alle Karten werden mit der Bildseite nach unten aufgelegt, und jeder Spieler muß pro Runde zwei Karten so aufdecken, daß alle die Motive erkennen können. Werden von einem Spieler zwei Karten mit denselben Motiven aufgedeckt, so gehören diese dem Spieler. Er muß dann noch zwei weitere Karten aufdecken. Sind jedoch die beiden Karten nicht gleich, so müssen sie an ihren Platz wieder zurückgelegt werden. Gewinner ist, wer am Ende die meisten Kartenpaare hat. Es ist also wichtig, das Spiel der anderen Teilnehmer zu verfolgen und sich die Lage der schon einmal aufgedeckten Karten zu merken.



The Art Deco Chrysler Building and Empire State Building



Central Park South



Metropolitan Opera at Lincoln Center

EXHIBIT B.63

**CONTENTS:** 72 cards depicting 36 pictures, therefore always two cards show the same picture, plus a multilingual information booklet, with a B/W reproduction of each picture. ( So that children can first visually identify the various pictures, the information is not printed on the individual cards; however, when an adult and child play the game together; the adult can share with the child the information in the booklet. )

**RULES:** This versatile game can be played many different ways, depending on the age of the players. Similar to the game of „concentration," all cards are placed face down. In each round a player turns two cards face up so that all other players can see them. If a player uncovers two cards with the same picture, he keeps them and goes on uncovering two more cards. If they are not identical, they must be returned to their original position. The player with the most pairs of identical cards wins. Thus it is important to watch carefully all players and to remember the positions of the cards. Variations: Collect and match the cards according to genre and/or style. For adults and children of all ages.

Not suitable for children under 3 years. Contains small parts.

PIATNIK
Made in Austria

EXHIBIT
B.63

THE METROPOLITAN MUSEUM OF ART
1000 Fifth Avenue, NY, NY
(212) 570-3894

SALE 31754 1 62039 19771
TAKE 0002 07/29/06 01:29 PM

CUSTOMER'S ZIP COD: 91105

| | | |
|---|---|---|
| 1 13080437 | | 20.00 |
| ART MEMO: IMPRES | | |
| 2 13117189 | | 20.00 |
| NEW YORK MEMO GA | | 40.00 |
| SUB TOTAL | | 3.35 |
| 8.375% | | $43.35 |
| TOTAL | | 43.35 |
| | MCARD/VISA | |

KENT R RAYGOR
ACCOUNT NUMBER
************8345
EXPIRATION DATE 12/08
AUTHORIZATION NUMBER 38351B

Receipt required for full refund.



EXHIBIT
B.63r

Thought Hammer™

Email Address:
Password: (Forgot?)
Sign In New? **Create an Account**

» **Home** » **All Products** » **N** » **PTK 7097**

**Cart Contents** | **Checkout**

**Keywords:** **Search in Description:** ☐ All Categories Search **Frequer Asl Questi**

**Categories**

- New Games/Restocks
- Board Games
- Card Games
- War Games
- 2-Player
- Family Games
- Kids Games
- Party Games
- Word Games
- Religious Games
- Co-operative Games
- Classic Games
- Dexterity Games
- CCGs
- Miniature Games
- RPGs
- Trivia
- Puzzles
- Poker
- Dice Games
- Game Accessories
- Computer Games
- Ding & Dent
- Pre-Orders
- Apparel
- **All Products**

**Publishers**

Please Select

**Random Game**




Reviews Add to Cart

## New York Memo

~~$20.00~~ **$14.00** **(30% off!)**

**[PTK 7097]**

This item is in stock.




Click to enlarge

The Memo-Games series offers a wide selection of attractive pictures from the world of fine art, history and geography.

72 cards with 36 different pictures are spread on a table, face down. Each contestant turns two cards up. If the cards turned up are identical, the player can keep them and continue turning up cards; if they are not identical, the player puts them back again, face downwards, and it is the next player´s turn to try and find matching cards.

## Game Contents:

- 72 cards
- Rules
- Description of all the paintings or photographs used in the game

2+

N/A

N/A

**Shopping Cart**

0 items

**Publisher Info**

**Piatnik**

- Piatnik Homepage
- Other products

**Email A Friend**

Email someone you know about this product.

EXHIBIT B.63w

Finding Nemo
Storytelling Travel Game
$9.09

For more information, please visit this products webpage.

Reviews Add to Cart

**Information**

Frequently Asked Questions
Shipping & Returns
Special Orders & Item Availability
Privacy Policy
Contact Us

**Reviews**

Write a review.

**Friday 25 August, 2006**

Copyright © 2004-2006 Thought Hammer

EXHIBIT
B.63w