
the KOALA BROTHERS ™
MATCHEROOS™
Game · Juego · Jeu
3+
1-4
EXHIBIT
B.71
Fisher-Price
GAMES · JUEGOS · JEUX


3+
1-4
the KOALA BROTHERS
The Koala Brothers™ are here to help.
Now it's your turn to help Frank, Buster and friends by matching them up.
Whoever makes the most matches wins!
Los Koala Brothers™ están aquí para ayudar.
Ahora te toca a ti ayudar a Frank, Buster y a sus amigos haciendo pares.
¡Quien logre hacer más pares gana!
Les Koala Brothers sont là pour vous aider!
C'est maintenant à vous de venir en aide à Frank, Buster et leurs amis en faisant des associations. Celui qui fait le plus d'associations gagne la partie!
MATCHEROOS
Game · Juego · Jeu
1
Koala Brothers characters.
En el Nivel 1 te toca hacer pares con tus personajes Koala Brothers favoritos.
Au niveau 1, il s'agit d'associer vos personnages Koala Brothers préférés.
2
In Level Two, can you remember where the Koala Brothers objects are? If you get the special Mix 'Em card, mix them all up!
En el Nivel 2, ¿recuerdas dónde están los objetos de los Koala Brothers? ¡Si te sale la carta especial Mix 'Em, revuélvelas todas!
Au niveau 2, il s'agit de se rappeler où sont les objets Koala Brothers! Si vous obtenez la carte spéciale «Mix 'Em» (mélangez-les), mélangez les cartes!
Contents:
54 Playing Cards
1 Rules sheet
Contenido:
54 cartas de juego
Instrucciones
Contenu:
54 cartes de jeu
1 feuille d'instructions
© Spellbound Entertainment Limited & Famous Flying Films Limited 2004
www.koalabrothers.com
Spellbound
MADE IN CHINA.
FABRIQUÉ EN CHINE
G7277-0750
www.fisher-price.com
Fisher-Price
GAMES · JUEGOS · JEUX
SAFETY TESTED. CONFORMS TO ASTM F963.
CONFORME AUX NORMES DE SÉCURITÉ.
CUMPLE CON TODAS LAS NORMAS DE SEGURIDAD.
0 27084 18051 0

EXHIBIT
B.71

TOYS"R"US

SAVE ALL RECEIPTS
(626) 284-8909
Alhambra, CA 91802

A DATED RECEIPT IS REQUIRED FOR ALL RETURNS & EXCHANGES

PLEASE GIVE GIFT RECEIPTS

5662/10 T-4954:9 C-81915 SALE

| | |
|---|---|
| VSMILE SDRMAN2 SMARTRIDGE<br>050803925208 | 19.99 T |
| MATCHEROOS AST<br>027084180510 | 4.98 T |
| SOUNDS OF SEASHORE<br>667792231564 | 16.99 T |
| SUBTOTAL | 41.96 |
| T 8.250% TAX | 3.46 |
| TOTAL | 45.42 |
| **VISA** | 45.42 |
| XXXXXXXXXXXX8345 / 0030052B | |
| KENT R RAYGOR | |
| CHANGE DUE | 0.00 |
| ITEM COUNT 3 | |

Your friendly cashier was,
LUCY

515662104954621705

Thank You for Shopping At Toys 'R' Us
WWW.TOYSRUS.COM
Get FREE product safety & recall info @www.recalls.gov

RECEIPT EXPIRES 90 DAYS FROM DATE BELOW

08/05/06 02:10 PM

EXHIBIT
B.71r

amazon.com | Ann's Store | Toys & Games | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Browse Categories | Electronics For Kids | Games | Action Figures | Dolls | Vehicles & Die-Cast

Search Toys & Games GO | Find Gifts | A9 Web Search GO

This item is not eligible for Amazon Prime, but over a million other items are. **Try Amazon Prime for FREE today**.






See larger image and other views



Share your own customer images

## The Koala Brothers Matcheroos

**Availability:** Available from **these sellers**.

**1 used & new** available from $18.99

**1 used & new** from $18.99

See all buying options

Get it for less! Order it used

Have one to sell? Sell yours here

A9.com users **save 1.57%** on Amazon. Learn how.

Add to Wish List

Add to Shopping List

**NEW LIST!** Learn more.

Add to Wedding Registry

Add to Baby Registry

Tell a friend

## Product Details

**ASIN:** B0007ZKME2

This page was created by a seller.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

**Your tags:** Add
(Press the 'T' key twice to quickly add tags.)

**Search Products Tagged with** GO!

**See most popular tags**

## Customer Reviews

**Be the first person to review this item.**

278

EXHIBIT B.71w