
BRIO®
Pick a Pair
Paare suchen
Jeu de mémo
Leta Par Spel
Juego de emparejamiento
3+
BRIO
EXHIBIT
B.72
34008
26 Pieces • Teile • Eléments • Delar • Piezas
2-4 Players • Spieler
Joueurs • Spelare • Jugadores
279

EXHIBIT
B.72

BRIO®

# Pick a Pair

## (en) Who gets the most pairs?

Children enjoy competing with the grown-ups. Put your memory to the test with BRIO®'s enjoyable wooden matching game. Turn over a picture disk and try to find another one like it. The player who makes the most pairs in this quick and enjoyable game is the winner! Contains 24 wooden pieces with embossed images. Wooden storage box included.

## (de) Wer findet die meisten Paare?

Kinder lieben es, sich im Spiel mit Erwachsenen zu messen. Bei BRIOs lustigem Memoryspiel aus Holz haben sie beste Chancen. Dreh eine Karte um und versuch, ihr Gegenstück zu finden. Wer ein gutes Gedächtnis hat, findet die meisten Paare und gewinnt das schnelle Spiel. Enthält 24 Holzkarten mit aufgedruckten Bildern. Im praktischen Holzkasten.




## (sv) Vem hittar flest par?

Barn älskar att tävla med oss vuxna. Utmana varandra i BRIOs roliga parletarspel i trä. Vänd upp en bildbricka och försök hitta en likadan. Den som minns mest, vinner flest par i detta snabba och roliga kom-ihågspel. Innehåller 24 brickor i trä med pätryckt dekor. Praktisk förvaringslåda i trä ingår.

## (fr) Qui trouvera le plus de paires ?

Les enfants adorent se mesurer aux adultes. Défiez-vous en jouant à cet amusant jeu de mémo en bois BRIO®. Retourne un carré et essaie de trouver une image identique. Celui qui a la meilleure mémoire gagne le plus de paires dans ce jeu rapide et passionnant. Comprend 24 carrés en bois avec décor imprimé. Boîte de rangement pratique en bois.

## (es) ¿Quién encuentra más pares?

A los niños les encanta jugar con adultos. Probar la memoria de cada uno con el divertido juego de emparejamiento BRIO de madera. Dar la vuelta a una ficha e intentar encontrar otra igual. El que tiene mejor memoria obtiene más pares en este rápido y divertido juego de memorización. Contiene 24 fichas de madera con figura impresa. Incluye un práctico estuche de madera.

BRIO.

It's more than a toy. It's a childhood.

34008

EXHIBIT B.72

280

Children's General Store
Grand Central Terminal
New York, NY
(212)682-0004

02 02-53015 MB 7/26/06 5:32 PM

| | |
|---|---|
| 011038 MATCHING BRAINQUEST | |
| 01721 UNI | 11.00 |
| 011991 PICK A PAIR | |
| 34008 BRIO | 21.00 |
| 007082 CARD GAMES FOR LITTLE KIDS | |
| 10708 | 12.95 |
| 007824 CARDS FOR KIDS | |
| 3240 | 12.95 |
| 012801 THE FARMER IN THE DELL | |
| PCFARM EEB | 8.50 |
| 010741 MINI MIX & MATCH | |
| 23173 RAV | 8.00 |
| 012062 TELL-A- STORY | |
| 00936 RAV | 21.00 |
| 000503 I SPY MEMORY GAME | |
| BP06101 BP | 21.00 |
| SUBTOTAL | 116.40 |
| SALES TAX | 9.75 |
| TOTAL | 126.15 |
| VISA/MASTER | 126.15 |

VISA/MASTER
Merchant ID: thechi14
Credit Card #: XXXXXXXXXXXX8345
Expire Date: 12/08
Approval Code: 39643B

Merchandise may be returned within 7days provided it's in original condition and accompanied by original store receipt.
SEASONAL OR HOLIDAY MERCHANDISE CANNOT BE EXCHANGED OR RETURNED



EXHIBIT
B.72r

BRIO®




BRIO.
Purchase end of
discounted to

BRIO®

# Games

## BRIO Games

A BRIO game is a natural way to spend time together

Please make a selection from the items below
**Click on image to see larger picture and description**

New!

**26 Pieces**



**STOCKISTfinder**
Enter your postcode.
Go
Choose a county.
Go

**34008** A quick and enjoyable visual wooden game that exercises your memory. Turn over a picture disc and try to find another one like it. Collect as many pairs as possible. Contains 24 wooden discs with printed images. Practical wooden storage box included. For 2–4 players. Box length 140 mm/5.5".

**Memory Game**

**Click on small images below to see larger picture and description**


Moon Trip


Memory Game


Spiral Game

Back

282

**EXHIBIT B.72w**

**BRIO Product Menu**
- Wooden Railway
- Smart Track
- Waterway
- Builder System

**Other BRIO links**
- UK Gold Star Stockist search
- Request a BRIO brochure