

EXHIBIT
B.137

# THE RAINBOW FISH MEMORY GAME



- **FUN TO PLAY!**
- **EASY TO LEARN!**
- **HELPS BUILD MEMORY AND ATTENTION SKILLS!**

*The Rainbow Fish Memory Game* is based on the traditional game of memory and can be played that way, with players turning over cards, two at a time, trying to find as many matched pairs as possible through luck or by remembering the location of the cards.

The game also includes 12 special Rainbow Fish cards which make possible numerous variations of the traditional game. Some of these are easier to play; some more challenging; all are great fun.

*The Rainbow Fish Memory Game* will delight children whether or not they are familiar with Marcus Pfister's best-selling books *The Rainbow Fish* and *Rainbow Fish to the Rescue!*

**Game includes:** 72 cards (30 regular picture pairs and 12 special Rainbow Fish Cards), all in full color, 20 with holographic foil stamping; instructions; and a convenient plastic tray for storage.

**NORTH-SOUTH BOOKS**
© 1992, 1997 by Nord-Süd Verlag AG. All right
Distributed in the United States by North-South
Distributed in Canada by Vanwell Publishing Ltd
Made in Germany. Visit our web site: http://ww



EXHIBIT
B.137

CHILDRENS BOOK, WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
B.137r

BARNES & NOBLE
www.bn.com

FAST & FREE DELIVERY
» SEE DETAILS

CART 0 Items CHECK OUT

ACCOUNT : ORDER STATUS : WISH LIST :
HELP : ABOUT SHIPPING

HOME | BOOKS | USED & OUT OF PRINT | TEXTBOOKS | DVD | MUSIC | PC & VIDEO GAMES | CHILDREN'S | TOYS & GAMES | GIFTS | GIFT CARDS | B&N MEMBER PROGRAM | B&N UNIVERSITY

BROWSE BOOKS | WHAT'S NEW | BESTSELLERS | COMING SOON | RECOMMENDED | AUDIOBOOKS | BOOK CLUBS | LIBROS | SALE ANNEX

Keyword SEARCH » MORE SEARCH OPTIONS

Summer Clearance – Save up to 80%.

## Rainbow Fish Memory Game

by Marcus Pfister



**Other Format - CARDS**
ISBN: 1558588280
Pub. Date: September 1997
Series: Rainbow Fish Series
Age Range: 4 to 8

**More ...**
Add to Wish List
Write a Review

BUY IT NEW

Online Price:
**$14.95**

Members Pay:
**$13.45** Join Now

ADD TO CART

BUY IT USED

Used Copies Available from our Authorized Sellers

Usually ships within 2-3 days

FAST & FREE DELIVERY
This item is eligible for Fast&Free Delivery

**B&N Customers Who Bought This Item Also Bought**

**D.W.'s Guide to Perfect Manners**
Marc Brown

**The Doll People**
Brian Selznick, Ann M. Martin, Laura Godwin

**Giving Tree**
Shel Silverstein

**Rainbow Fish:** Tattle Tale
Benrei Huang, Sonia Sander

**The Feelings Book:** The Care and Keeping of Your Emotions (AmericanGirl Library)
Bonnie Timmons, Lynda Madison, Norm Bendell, Norm Bendell

**Find Related Items**

**Browse Books**
Children - Fiction & Literature
Children - Animals

**Search Related Subjects**
*Children*

☐ Fish -> Children's fiction

SEARCH

**More About Rainbow Fish Memory Game**

**Product Details**

ISBN: 1558588280
ISBN-13: 9781558588288
Format: Other Format
Publisher: North-South Books
Edition Description: CARDS
Sales Rank: 384,713

EXHIBIT
B.137w

286

| | | | |
|---|---|---|---|
| Investor Relations | Library Services | About Shipping | Order Status |
| Affiliate Network | Publisher & Author Guidelines | Shipping Rates | Easy Returns |
| B&N Membership | Purchase Order Accounts | Store Returns | All Help Desk Topics |

Terms of Use, Copyright, and Privacy Policy
© 1997-2006 Barnesandnoble.com llc

EXHIBIT
B.137w