


EXHIBIT
B.148




EXHIBIT
B.148

TOYS R US

SAVE ALL RECEIPTS
(626) 284-8909
Alhambra, CA 91802

A DATED RECEIPT IS REQUIRED FOR ALL RETURNS & EXCHANGES

PLEASE GIVE GIFT RECEIPTS

5662/10 T-4954:9 C-81915 SALE

| | |
|---|---|
| VSMILE SDRMAN2 SMARTRIDGE<br>050803925208 | 19.99 T |
| MATCHEROOS AST<br>027084180510 | 4.98 T |
| SOUNDS OF SEASHORE<br>667792231564 | 16.99 T |
| SUBTOTAL | 41.96 |
| T 8.250% TAX | 3.46 |
| TOTAL | 45.42 |
| **VISA** | 45.42 |

XXXXXXXXXXXX8345 / 0030052B
KENT R RAYGOR

| | |
|---|---|
| CHANGE DUE | 0.00 |
| ITEM COUNT 3 | |

Your friendly cashier was,
LUCY

5156621049546217O5

Thank You for Shopping At Toys 'R' Us
WWW.TOYSRUS.COM
Get FREE product safety & recall info @www.recalls.gov

RECEIPT EXPIRES 90 DAYS FROM DATE BELOW

08/05/06 02:10 PM

EXHIBIT
B.148r