
BUGS!
where are you?
Card Game
THE SAN FRANCISCO SCHOOL COLLECTION
UNIVERSITY GAMES
01557
DEFENDANT'S EXHIBIT
EE
EXHIBIT B.150
Ages 4 and Up
2 or More Players




EXHIBIT
B.150

8/13/2006 4:15:32 PM

**Kidspace Children's Museum**

480 North Arroyo Boulevard
Pasadena, CA 91103
www.kidspacemuseum.org

Regular

Receipt #: 142273 Cashier: Paul

| ITEM # | DESC | QTY | PRICE | EXT PRICE |
|---|---|---|---|---|
| 2099 | Bugs card ga | 1 | $10.00 | $10.00 |
| 3026 | Life on Earth | 1 | $14.00 | $14.00 |

2 Unit(s) Subtotal: $24.00
8.250 % Tax: $1.98
**RECEIPT TOTAL: $25.98**

Tend: $25.98

CrCard: $25.98 VISA
XXXXXXXXXX 345 Exp 12/08

Signature ______________________

**Become a Kidspace member today and we'll deduct the cost of today's admission up to $40.00!**

EXHIBIT
B.150r

AreYouGame.com

WELCOME!
Click here to sign in.

cart | my account | find a gift | service

GAMES | PUZZLES | OTHER FUN STUFF

SEARCH GO

...the largest game and puzzle store on the planet. SINCE 1998

ADVANCED SEARCH Click here.

NEW STUFF

FAVORITES
Disney
Dora
Monopoly
Nickelodeon
SpongeBob
MORE...

AGES
3-6
7-9
10-14
15-18
Adult

BEST SELLERS
Kids
Family / Adult

INTERESTS
SudokuWorld
Animals
BrainTeasers
Collectibles
Learning
Logic/Math
Mysteries
Romance
Sports
Trivia
TV/Film
MORE...

DEALS & STEALS
Kids
Family / Adult

Game Attic

# BUGS! Card Game

**Price: $9.98**

**Ages: 4+**
Weight: 0.4 lbs




Quantity: 1

In Stock

Add to Cart | Refer to a Friend

**See related categories:**

Kids' Memory Games

Crawlers, Slitherers and Hoppers

Animals

by **University Games** **#01557**

## Description

Search for the scorpion. Find the fly! It's a game of fast-moving fun - all you have to do to win the game is be the quickest to find it, flip it and match it! Kids test their memories when they try to pair up matching bugs in this easy-to-learn classic memory game. Each card features beautiful hand-painted artwork by students from the San Francisco School as well as a fun fact about the featured bug, so you can learn as you play. Includes 50 Bug Cards (25 Matching Pairs) and instructions. Ages 4 and Up.

**Review this item!**

MY ACCOUNT
Account Info
Address Book
Event Reminder

GIFT CENTER
Find-a-Gift
Gift Certificate

SERVICES
Customer Service
Placing Orders
Shipping & Handling
Security & Privacy
FAQ

EMPLOYEE REVIEWS
LEARNING CORNER
DEMO ARCADE
POP QUIZ
COMPARE PRICES

NEWSLETTER
Extra! Extra! Read all about our new products and special offers! Just enter your email address below to start your subscription now. Click here to review our Privacy Policy.

294

**EXHIBIT B.150w**