


DEFENDANT'S EXHIBIT
GG

EXHIBIT B.154

295




## For 2 or more players

### Directions

Lay the tiles out on a flat surface in a grid pattern, image side down. The first player turns over two tiles trying to make a match. If the tiles match, the player collects the pair and may turn over two more. If a match is not made, the tiles are returned image side down, and the next player takes a turn. Play continues until all matches have been made; the player with the most pairs wins. This game can also be played alone!

eeBoo™ Corporation
Box 404 Cathedral Station
New York, NY 10025
e-mail: eeBoo@bellatlantic.net
www.eeboo.com

Illustrations copyright 2005 © Melissa Sweet
©2005 eeBoo™ corporation
ALL RIGHTS RESERVED
#MGLOE
MADE IN CHINA

6 89196 59963 7



EXHIBIT B.154

[redacted]

EXHIBIT B.154

8/13/2006 4:15:32 PM

**Kidspace Children's Museum**
480 North Arroyo Boulevard
Pasadena, CA 91103
www.kidspacemuseum.org
Regular

Receipt #: 142273 Cashier: Paul

| ITEM # | DESC | QTY | PRICE | EXT PRICE |
|---|---|---|---|---|
| 2099 | Bugs card ga | 1 | $10.00 | $10.00 |
| 3026 | Life on Earth | 1 | $14.00 | $14.00 |

| | | |
|---|---|---|
| 2 Unit(s) | Subtotal: | $24.00 |
| | 8.250 % Tax: | $1.98 |
| | **RECEIPT TOTAL:** | **$25.98** |
| | Tend: | $25.98 |

CrCard: $25.98 VISA
XXXXXXXXXX 345 Exp 12/08

Signature ________________________

**Become a Kidspace member today and we'll deduct the cost of today's admission up to $40.00!**

EXHIBIT B.154r

Toads & Tulips
children's toys, furniture & accessories

Home | About Us | Shipping | Help | Contact Us | Shopping Cart

Search our Pond
GO!

Browse by Age
Browse by Brand

**Baby Gear & Accessories**
**Original Children's Wall Art**
**Growth Charts & More by eeBoo**
**Plush Toys**
**Erector® Sets**
**Train Sets**
**Dolls/Dollhouses and Groovy Girls®**
**Classic Toys**
**Wooden Toys & Blocks**
**Die Cast Toys**
**Games & Puzzles**
**Curious George Collection**
**Outdoor Toys, Wagons, Pedal Cars & Bikes**
**Puppets**
**Bath Toys & Accessories**
**Creative Activity**
**Jewelry & Accessories**
**Books & Character Sets**
**Furniture & Accessories**
**Funny Friends**
**Gift Certificates**
**Sitemap**

## Customer Reviews

"I was so impressed by Toads and Tulips. They carry high-end products at very reasonable prices and offer free shipping for any item over $75! We ordered the Svan high chair for our 7 month old on a weekend.

# Life on Earth Memory Matching Game by eeboo

**Home > Growth Charts & More by eeBoo >** Life on Earth Memory Matching Game by eeboo




Life on Earth Memory Matching Game by eeboo

| | |
|---|---|
| Item # | 9914 |
| Our Price | $14.95 |
| Availability | Usually ships the same business day. |
| Enter Quantity | 1 |

ADD TO CART

All orders over $75 qualify for FREE ground shipping, (excludes furniture). Ground shipping rates for smaller orders start at $5.55

This Life on Earth Memory and Matching Game by eeboo is a beautiful and challenging game for children 3 years & up. Made of extra sturdy laminated board. Illustrations by Melissa Sweet.

Toll Free 866-666-7482 Local 919-562-9299 FAX 919-263-4381 customercare@toadsandtulips.com
Online Ordering is 100% Safe and Secure!
©2006 Toads and Tulips, Inc.

EXHIBIT
B.154w