UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

# MGA ENTERTAINMENT'S OBJECTIONS TO HASBRO'S CROSS-MOTIONS FOR PROTECTIVE ORDERS QUASHING MGA'S DEPOSITION NOTICE AND QUASHING MGA'S 30(B)(6) DEPOSITION NOTICE

For the reasons set forth in its accompanying Memorandum of Law, defendant/counterclaimant MGA Entertainment, Inc., respectfully objects to both plaintiff Hasbro's motion for a protective order quashing MGA's deposition notice and plaintiff Hasbro's motion for a protective order quashing MGA's 30(b)(6) deposition notice.

Respectfully submitted,
Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Objections on September 1, 2006. The Objection is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**MEMORANDUM IN SUPPORT OF OBJECTIONS OF MGA ENTERTAINMENT TO HASBRO'S CROSS-MOTIONS FOR PROTECTIVE ORDERS QUASHING MGA'S DEPOSITION NOTICE AND QUASHING MGA'S 30(B)(6) DEPOSITION NOTICE**

On August 25, 2006, Plaintiff Hasbro, Inc. served two documents with this Honorable Court entitled 1) "Plaintiff's Cross-Motion for Protective Order," and 2) "Plaintiff's Objection to Defendant's Second Motion to Compel and to Cancel or Adjourn the Hearing on the Motion for a Preliminary Injunction and Cross-Motion for a Protective Order." Both motions cite for support the memorandum of Hasbro, which memorandum was filed in response to MGA's "second" Motion to Compel. The only material difference between the two motions is that the first protective order motion of

Hasbro seeks to quash "the Notice of Deposition issued by Defendant MGA Entertainment, Inc. pursuant to Fed. R. Civ. P. Rule 30(b)(6)," and the second protective order motion of Hasbro seeks to quash "a deposition notice issued by Defendant." Because both protective order motions of Hasbro are supported by the same memorandum of law, it is not entirely clear whether both motions address the same deposition notice. However, out of an abundance of caution, MGA respectfully asks that this Honorable Court treat its objection as responsive to both of Hasbro's motions for protective orders. The grounds upon which MGA objects are set forth in the following documents already filed with the Court:

1) Motion of Defendant/Counterclaimant MGA Entertainment, Inc. to Compel Appropriate Responses to Interrogatories, Document Requests and Requests for Admissions and Produce Persons for Their Depositions and supporting memorandum (filed: August 17,2006),

2) Reply Memorandum of MGA Entertainment, Inc. to Objection of Hasbro, Inc. to Motion to Compel Appropriate Responses to Interrogatories, Document Requests and Requests for Admission and to Produce Persons for Their Depositions (filed: August 28, 2006),

3) Motion of Defendant/Counterclaimant MGA Entertainment, Inc. to Compel Discovery and Order Plaintiff/Counterclaim Defendant to Appear for its Deposition and Deponents to Answer Questions and for Sanctions and supporting memorandum (filed: August 22, 2006),

4) Reply Memorandum of MGA Entertainment, Inc. to Hasbro's Response to MGA's Second Motion to Compel and to Cancel or Adjourn the Hearing on the Motion for Preliminary Injunction (filed: August 28, 2006).

Moreover, MGA asks the Court to consider the position on these issues as set forth by MGA through its attorney, at a hearing conducted before Magistrate Judge Martin on August 29, 2006.[1]

For the reasons set forth by MGA, it asks that the Honorable Court deny both protective order motions of Hasbro.

Respectfully submitted,
Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

[1] The transcript of the August 29 hearing is on file.

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Memorandum of Law on September 1, 2006. The Memorandum of Law is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ George E. Lieberman