UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, | C.A. No. 06-262S |
| - against - | **EXPEDITED RELIEF SOUGHT PURSUANT TO LOCAL RULE (CIVIL) 9** |
| MGA ENTERTAINMENT, INC., Defendant. | |

**HASBRO'S MOTION TO EXPEDITE CONSIDERATION**
**OF MOTION TO COMPEL 30(b)(6) DEPOSITION OF MGA**

Plaintiff Hasbro, Inc. ("Hasbro") hereby moves pursuant to Local Rules (Civil) 7 and 9 for expedited consideration of Hasbro's Motion to Compel 30(b)(6) Deposition of MGA (the "Motion to Compel"). The grounds for this Motion are set forth in the accompanying Memorandum of law.

Dated: September 26, 2006

Respectfully submitted,

/s/ Jeffrey K. Techentin

Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., Plaintiff, | : | C.A. No. 06-262S |
| - against - | : | **EXPEDITED RELIEF SOUGHT PURSUANT TO LOCAL RULE (CIVIL) 9** |
| MGA ENTERTAINMENT, INC., Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF HASBRO'S MOTION TO EXPEDITE CONSIDERATION OF MOTION TO COMPEL 30(b)(6) DEPOSITION OF MGA**

Expedited consideration of the Motion to Compel is appropriate under the circumstances of this case. Currently pending before the Court is Hasbro's Motion for Preliminary Injunction and Recall. The Court had originally scheduled an evidentiary hearing on the Motion for Preliminary Injunction and Recall to begin on September 8, 2006. Following a series of motions by Defendant MGA Entertainment, Inc. ("MGA"), the Court compelled certain additional discovery by Hasbro and the evidentiary hearing on the Motion for Preliminary Injunction and Recall was postponed to permit MGA to complete the ordered discovery. That discovery is complete. What is ***incomplete***, however, is the discovery that Hasbro has sought from MGA. MGA is apparently trying to ignore the duly-issued notice of deposition in an attempt to either (1) further delay the proceedings on Hasbro's Motion for Preliminary Injunction and Recall or (2) force Hasbro to proceed with evidentiary hearings without the benefit of that discovery. An

order expediting consideration of the Motion to Compel is necessary to allow Hasbro to obtain the discovery sought without undue delay of this case.

As explained in the Memorandum of Law submitted in support of Hasbro's Motion to Compel (Document No. 81), Hasbro has been attempting to work with counsel for MGA to find a mutually-acceptable schedule for the evidentiary hearing on the Motion for Preliminary Injunction and Recall. To date, despite Hasbro having offered two different weeks during the month of October 2006 during which it is available for the hearing, MGA's counsel has not responded substantively with respect to scheduling. It appears, therefore, that MGA does not have any scheduling conflict that would prevent the hearing on Hasbro's Motion for Preliminary Injunction and Recall to proceed during either the week of October 16 or the week of October 30.

Expedited review of Hasbro's Motion to Compel is necessary in order to permit Hasbro to obtain the discovery sought prior to the evidentiary hearing for which the discovery is necessary. *See* Memorandum of Law in Support of Motion to Compel 30(b)(6) Deposition of MGA (Document No. 81) at 5-9. Without expedited review, MGA need not even respond to Hasbro's Motion to Compel until October 12, 2006. Even assuming the Court were to order the requested relief immediately upon receipt of MGA's opposition papers, Hasbro would have as little as one business day before the commencement of the evidentiary hearing (October 16, 2006). Following the standard briefing schedule, Hasbro's reply would not even be due until October 30, 2006.

The issue presented in Hasbro's Motion to Compel is straightforward and is entirely capable of thorough, fair, expedited review: whether MGA must present itself for a duly noticed deposition pursuant to Rule 30(b)(6). As its own counsel has noted,

when faced with a notice of deposition “[y]ou must either show up with the witness or file a motion for protective order.” Tr. of Proceedings on August 29, 2006 ("8/29 Tr."), at page 6, lines 13-16. MGA has done neither. MGA should be compelled to come forward for deposition, and its own attempt to ignore the Notice of Deposition should not be rewarded by further delay of the Preliminary Injunction and Recall proceedings. Only expedited consideration of the Motion to Compel will have the just result of providing Hasbro the discovery to which it is entitled without further, unnecessary delay.

Dated: September 26, 2006

Respectfully submitted,

/s/ Jeffrey K. Techentin
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

## CERTIFICATE OF SERVICE

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Motion to Expedite Consideration of Hasbro's Motion to Compel 30(b)(6) Deposition of MGA and the accompanying Memorandum of Law in support thereof through the ECF system on the 26th day of September, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin____________

*394597_1*