UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S **EXPEDITED RELIEF SOUGHT PURSUANT TO LOCAL RULE (CIVIL) 9** |

**HASBRO'S MOTION TO EXPEDITE CONSIDERATION**
**OF MOTION TO COMPEL 30(b)(6) DEPOSITION OF MGA**

Plaintiff Hasbro, Inc. ("Hasbro") hereby moves pursuant to Local Rules (Civil) 7 and 9 for expedited consideration of Hasbro's Motion to Compel 30(b)(6) Deposition of MGA (the "Motion to Compel"). The grounds for this Motion are set forth in the accompanying Memorandum of law.

Dated: September 26, 2006

Ruled moot.
David L. Martin
USMJ
9-28-06

Respectfully submitted,

/s/ Jeffrey K. Techentin
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and