UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | C.A. No. 06-262S |

**HASBRO'S MOTION TO COMPEL 30(B)(6) DEPOSITION OF MGA**

Plaintiff Hasbro, Inc. ("Hasbro") respectfully moves pursuant to Fed. R. Civ. P. 37(a)(2) to compel defendant MGA Entertainment, Inc. ("MGA") to appear immediately for its deposition noticed pursuant to Fed. R. Civ. P. 30(b)(6). Because of the imminence of the preliminary injunction hearing, Hasbro also respectfully requests an expedited schedule for hearing and deciding its motion. The grounds for this motion are set forth in the accompanying Memorandum of Law and in the supporting Declaration of Kim J. Landsman, filed contemporaneously herewith.

Ruled moot.
David L. Martin
USMJ
9-28-06