UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S SUPPLEMENTAL DECLARATION OF ANDREA H. VOGTMAN RE AUTHENTICATION IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL**

**SUPPLEMENTAL DECLARATION OF ANDREA H. VOGTMAN**

I, Andrea H. Vogtman, hereby declare the following:

1. I am a Litigation Support Specialist at Sheppard Mullin Richter & Hampton LLP in Los Angeles, attorneys of record for defendant and counterclaimant MGA Entertainment, Inc. ("MGA"). This Supplemental Declaration is submitted as a follow-up to the evidence submitted in support of MGA's OPPOSITION TO PLAINTIFF HASBRO, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND RECALL, and in response to the refusal of plaintiff and counterclaim-defendant Hasbro, Inc. (**"Hasbro"**) to stipulate to authenticity, foundation, and admission of that evidence, *and* to Hasbro's queries as to where, how, when, and why that evidence was obtained.

2. **Downloaded third-party memory games from the Internet**: On August 10-11 and 14-15, 2006, I used an Internet Explorer browser to access the Internet and connected to the websites listed below containing downloadable versions of the following computer memory games. True and correct copies of printouts from these webpages are attached hereto as **EXHIBITS D.3, D.44, D.49, D.52,** and **D.105-D.110.** At each site, I located the relevant game listed below (identified originally in **EXHIBIT 4** to MGA'S OPPOSITION). I then launched that game (unless it was an "executable," which I describe below) and clicked on |view|source in Internet Explorer to view the source code for that game. I then searched the source code file for that game for the file extension .swf, which represents that it is a ShockWave File. Once I located the .swf file for that game, I searched in Windows Explore for the Temporary Internet File corresponding to the .swf and copied it to a file folder named for the website. Finally, I copied the file from the file folder and burned it (and thus the game) to an individual compact disk. If the file was in an "executable" format, I copied the executable file directly to a file folder and then burned it to an individual compact disk. True and correct copies of the front of each of these disks containing the downloaded versions of the

following games are attached hereto as **EXHIBITS D.3cd, D.44cd, D.49cd, D.52cd,** and **D.105cd-D.110cd**. True and correct physical copies of these compact disks containing downloaded versions of each of the following games, as well as all of the games identified in my first declaration, are also being submitted to the Court herewith (Internet Explorer should be used to view and/or play the games from these disks).

| HEARING EXH. # | OPPOS. EXH. # | NAME OF GAME | URL |
|---|---|---|---|
| D.3 | 4.3 | MEMORY MATCH | http://webcenters.netscape.compuserve.com/celebrity/memorymatch.jsp |
| D.44 | 4.44 | MEMORY GAME – BRAIN TEASERS | http://www.brainconnection.com/teasers/?main=ma/ffmemory |
| D.49 | 4.49 | CAILLOU, THE MEMORY GAME | http://pbskids.org/caillou/games/memory.html |
| D.52 | 4.52 | MEMORY QUEST (GEORGE SHRINKS) | http://pbskids.org/georgeshrinks/fun/flash/flip_match/george.html |
| D.105 | 4.105 | DOCTOR X MEMORY | http://www.hypegames.com/puzzle/1153/doctor-x-memory.html |
| D.106 | 4.106 | MONSTER MEMORY | http://www.hypegames.com/puzzle/1300/monster-memory.html |
| D.107 | 4.107 | ROAD SIGN MEMORY MATCH | http://www.hypegames.com/puzzle/1362/road-sign-memory-match.html |
| D.108 | 4.108 | MIND GEM MEMORY | http://www.hypegames.com/arcade/2082/mind-gem-memory.html |
| D.109 | 4.109 | POKEMAN MEMORY | http://www.hypegames.com/puzzle/1342/pokemon-memory.html |
| D.110 | 4.110 | POKEMAN MEMORY 2 | http://www.hypegames.com/puzzle/1343/pokemon-memory-2.html |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 25, 2006, at Los Angeles, California.

ANDREA H. VOGTMAN

400084584.1

CERTIFICATE OF SERVICE

I hereby certify that a color copy of the within Declaration of Andrea H. Vogtman with Exhibits was filed hand delivered with the court. In addition the undersigned certifies that on September 28, 2006 I had caused to be served the above referenced document upon the below-listed counsel as stated:

**BY FED EX MAIL:**

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

**BY HAND DELIVERY W/O DISKS:**

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345