# PLAINTIFF'S EXHIBIT 127A




PLAINTIFF'S EXHIBIT 1.27A

♣ ♣ ♣

# *Scarne* ON CARDS

Revised, Augmented Edition

BY JOHN SCARNE

*Illustrations by George Karger*

♣ ♣ ♣

A SIGNET BOOK
NEW AMERICAN LIBRARY
TIMES MIRROR

© 1949, by John Scarne
Revised, Augmented Edition © 1965 by John Scarne

All rights reserved. For information address Crown Publishers, Inc. 1 Park Avenue, New York, New York 10016.

*ACKNOWLEDGMENTS*

I should like to express here my appreciation for assistance in the preparation of this book to Steffi Storm, Clayton Rawson, Guy Bellobuono, Audley Walsh, Bert and Mac Feinson, Dr. Ben Braude, Matty Sabato, Anna Klunck, George Brown, Red Burnett, Ira Zweifack, William Kelleher, Dr. Alan Barnert, Peter Musto, Frank Moore, George Starke, Howard Wurst, Rufus Steele, Francis Carlyle, Edward Walker, Evelyn and Arthur Martinetti, Charles Feinhals, Bob Esposito, Ben Dalgin, and to W. G. Kessler for the proofreading.

I must also thank the many thousands of World War II servicemen whose questions first indicated to me what it is that people need to know about the games we play.

And for authoritative and unselfish assistance in the formulation of the answers, I must express for all of us my gratitude to the operators of casinos in Nevada—especially Elmer West, manager of the Palace Club in Reno—and throughout the United States; and to many gamblers and one-time card sharpers who, though celebrated in their calling, shall remain anonymous in these pages.

This is an authorized reprint of a hardcover edition published by Crown Publishers, Inc.

SIGNET TRADEMARK REG. U.S. PAT. OFF. AND FOREIGN COUNTRIES
REGISTERED TRADEMARK—MARCA REGISTRADA
HECHO EN CHICAGO, U.S.A.

SIGNET, SIGNET CLASSICS, MENTOR, PLUME, MERIDIAN AND NAL BOOKS *are published by The New American Library, Inc., 1633 Broadway, New York, New York 10019*

FIRST PRINTING, DECEMBER, 1973

10 11 12 13 14 15 16

PRINTED IN THE UNITED STATES OF AMERICA

# Contents


| | CHAPTER | | |
|---|---|---|---|
| | | Introduction to the Revised, Augmented Edition | vii |
| | | Foreword | ix |
| *Part One* | 1. | Introductory | 1 |
| | 2. | Card Cheats and Their Methods | 5 |
| | 3. | Marked Cards | 19 |
| | 4. | The Only Player You Can't Beat | 26 |
| | 5. | Can Luck Beat Skill? | 29 |
| *Part Two* | 6. | What Is Gin Rummy? | 34 |
| | 7. | The Experts Make a Mess of Things | 39 |
| | 8. | Rules for Gin Rummy | 44 |
| | 9. | Variations of Gin | 55 |
| | 10. | The Play of the Hand at Gin Rummy | 64 |
| | 11. | Cheating at Gin Rummy | 83 |
| | 12. | Other Rummy Games—I | 87 |
| | 13. | Other Rummy Games—II | 101 |
| | 14. | Other Rummy Games—III | 122 |
| *Part Three* | 15. | Black Jack or Twenty-one | 138 |
| | 16. | The Mathematics of Black Jack | 148 |
| | 17. | Cheating at Black Jack | 161 |
| | 18. | Faro or Farobank | 163 |
| | 19. | Stuss, Red Dog and Other Faro Variants | 173 |

Case 1:06-cv-00262-S-DLM Document 88-2 Filed 10/17/2006 Page 6 of 11




| | | | |
|---|---|---|---|
| | 20. | Card Craps, Farmer and Other Games | 187 |
| | 21. | Chemin de Fer and Other Games | 200 |
| *Part Four* | 22. | Poker—Not According to Hoyle | 224 |
| | 23. | Draw Poker and Its Variations | 241 |
| | 24. | Stud Poker and Its Variations | 258 |
| | 25. | Poker Odds and Probabilities | 273 |
| | 26. | Cheating at Poker | 283 |
| | 27. | Strategy at Poker | 290 |
| | 28. | The Dealer Who Moves Without Getting Up | 305 |
| *Part Five* | 29. | Pinochle—General Rules | 308 |
| | 30. | Two-Handed Pinochle | 318 |
| | 31. | Three-Handed and Four-Handed Pinochle | 332 |
| | 32. | Partnership Pinochle and Other Variations | 364 |
| | 33. | Cheating at Pinochle | 388 |
| *Part Six* | 34. | Cribbage | 395 |
| | 35. | Pitch or Setback | 405 |
| | 36. | Casino | 408 |
| | 37. | Kalabrias, Klobiosh, Klabberjass, or Klob | 414 |
| | 38. | Hearts According to Scarne and Regular Hearts | 420 |
| | | Index | 429 |

# INDEX


Ace—Deuce—Jack, 211
Alternating Partnership Gin, **57**
angling, 228
ante, 228
Auction Pinochle with Widow, 336ff.
—additional rules, 347
—Game—1,000 Points, Scarne's rules, 360
—mathematics, 357
—misdeals, 347
—Scarne's rules, 336ff.
—strategy, 349
Auction Pinochle without Widow Individual Play: Game—1,000 Points, Scarne's rules, 370

Baccarat, 205, 208
banco, 203
Bango, 218
Banker and Broker, 215
Bankers' Rummy, 94
base dealers, 11
Baseball Poker, 269
belly strippers, 24
Black Jack, 139ff.
—cheating, 161
—strategy, 152
Black Jack, Casino Play, rules, 143
Black Jack, Private, rules, 139
blitzed, 48
block-out, 21
bonus problem, 44
bottom dealer, 11
bottom stack 83
break, 93, 105
Bridge, 3
buck, 228
burn, 228
bury, 228

call the turn, 166
Caloochi, 114
Canasta, 127
—for Six Players, Partnership Style, 137
—for Two, Three, Five, or Six Players, 137
Captains, 56
Card Craps, 187ff.
card dealing, middle, 12
Casino, 408ff.
cases, 166
chance, 29
cheating,
—amateur, 17
—Black Jack, 161
—Draw Poker, 283
—Faro, 173
—Farobank, 173
—Gin Rummy, 83ff.
—pictures, 23
—Pinochle, 388ff.
—Poker, 283ff.
—Stud Poker, 288
—on the count, 86
cheats and their methods, 5ff.
check, 229
check cop, 12
Check Pinochle, 376
checking on the last round, 265
Chemin de Fer, 200ff.
cinch hand, 229
Cincinnati, 256
cold deck, 15
Combination Rummy, 112
Con Quien, 34
Contract Pinochle, 380
Cutthroat Pinochle, Scarne's rules, 368
Continental Rummy, 99
Coon Can, 34, 109
coppering the bet, 169
counterfeit meld, 87

Cribbage, 395ff.
crimping, 8
cut-out, 21

daubing, 24
dealer, bottom, 11
Dealer's Choice, 273
dealing,
—from lower part of deck, 85
—middle card, 12
—seconds, 11
Deuces Wild Rummy, 122
Double-Barrel Shotgun, 257
Double Deck Auction Pinochle with Widow: Individual Play, 368
Double Deck Partnership Pinochle with Widow, 368
Double Deck Rummy, 99
Draw Poker, 241ff.
—additional rules, 245
—cheating, 283
—English variant, 252
—High Spade Bet, 254
—misdeals, 245
—strategy, 297
—variations, 250
Draw Poker Blind Betting, 253
Draw Poker—Blind Openers, 252
Draw Poker—Deuces Wild, 252
Draw Poker—Joker Wild, 253

edge work, 20

fading, 203
false cuts, 14
false openers, 229
false shuffles, 7
Farmer, 194
Faro, 163ff.
—cheating, 173
Farobank, 163ff.
fattening, 75
Fifteen, 196
fifty-one-card deck, 84
Firehouse Pinochle, 375
Five-Hundred Rummy, 116
four-flush, 229
Fortune Rummy, 122
Four-Handed Pinochle, 332ff.
—additional rules, 334
—misdeals, 334
—rules, 332
free-ride, 229
freezing a raise, 238
Freeze Out, 260
front-money, 229

gambler's fallacy, 31
Gin Rummy, 34ff.
—cheating, 83ff.
—for an odd number of players, 57
—for three players, 55
—misdeals, 49
—rules, 44ff.
—skill, 67
—variations, 55ff.

Hearts, 420ff.
hiding a card, 87
High Low Poker, 271
hoc card, 166
hock card, 166
holding out, 13
holdout machine, 15
hole card, 230
Hollywood Gin, 59
Horse Race, 208
Hurricane, 257

international signs, 284
irregular pack of cards, 88

Jack Pot, 259
Jersey Gin, 104

Kalabrias, 414ff.
kitty, 341
Klabberjass, 414ff.
Klob, 414ff.
Klobiosh, 414ff.
knock-reserve, 72
Knock Rummy, 96

L-Ball, 250
Lame Brain, 256
—High and Low, 257
—Pete, 256
law of averages, 30
Lay-off Gin Rummy, 64
light work, 20
line work, 21
Liverpool Rummy, 112
locater, 16, 27
Lowball, 250
Low Hand Stud, 268
Low Poker, rank of hands, 236
—strategy, 304
luck, 29ff.
luminous readers, 23

marked cards, 19ff., 389
mathematics, 152ff.
—Auction Pinochle with Widow, 357
—Black Jack, 152
—Card Craps, 187
—Gin, 77
maturity of chances, 31
mechanic, 1
mechanic's grip, 10
methods of cheats, 5ff.
Michigan Rummy, 118
middle card dealing, 12
misdeals, 90, 325, 334, 347
—Draw Poker, 245
—Gin, 49
—Rummy, 88
—Stud Poker, 263
Mississippi Rummy, 118
Monte, Spanish, 181
Monty, 257
Multiple-Partnership Gin, 57

nailing, 23
natural, 145
no cut, 85
nullifying the cut, 8

offices, 390
Oklahoma Gin, 63
—with Extra Bonuses, 63
Oklahoma Rummy, 101
Old-fashioned Gin, 62
one-card false cut, 14
one-handed shift, 10
One-Hundred-and-One Rummy, 106
overhand shuffle, 26
overhand stack, 7

palming, 13
Partnership Aeroplane Pinochle, 375
Partnership Auction Pinochle with Widow, Scarne's rules, 364
—without Widow, Game—1,000 Points, Scarne's rules, 373
Partnership Gin, 56
Partnership Pinochle, Turn-up Trump, 336
Partnership Rummy, 124
peeking, 17
—at two cards, 86
pegging, 24
Penny Game, 220
Persian Rummy, 124
pick-up, 6
pictures, cheating, 23
Pig in the Poke, 254
Partnership Auction Pinochle with Widow, Scarne's rules, 364
Pinochle, 308ff.
—cheating, 388ff.
—general rules, 308
—Scarne's general rules, 311
Pinochle Rummy, 116
Pitch, 405ff.
Poker, 224ff.
—cheating, 283ff.
—do's and don'ts, 292
—general rules, 232
—odds, 300
—odds and probabilities, 273ff.
—optional rules, 238
—rank of hands, 233
—strategy, 290ff.
—terms, 227
Poker hands, rank, 233
—Low Poker, 236
—with wild cards, 235

Pot Limit, 260
Private Black Jack, rules, 139
Progressive Draw Poker, 253
probability, theory of, 30
pull-through, 8
Put and Take, 193

Radio Partnership Pinochle, 384
recognizable cards, 86
Red Dog, 183
—variations, 186
riffle-shuffle, 27
riffle stack, 6
Round-the-Corner Gin, 61
Rum Poker, 37
Rummy games, 34ff.

Sand Tell cards, 173, 178
sandbagging, 231, 288
sanding, 24
Scarne cut, 16
schneider, 63
schneidered, 48
seconds, dealing, 11
second dealing box, 12
Setback, 405ff.
Seven and a Half, 197
Seven-Card Stud High-Low, 273
Seven-Card Stud Poker, 269
—strategy, 303
shading, 21
shifting the cut, 9
shiners, 17
Shotgun, 257
Showdown Straight Poker, 254
Shuffle, how to, 27
—overhand, 26
—riffle, 27
shuffling cards face up, 87
shutout, 48
shy, 231
signaling, 85, 390
Six- and Eight-Handed Auction Pinochle with Widow, 369
Six-Card Stud, 268
Skin, 178
skunked, 48
sleeper, 231
slick ace cards, 15
Slogger, 207
soda, 165
sorts, 22
Spades Double Turn-up Gin, 62
Spanish Monte, 181
Spit in the Ocean, 254
spread, 284
stack, overhand, 7
stacking, 5
standard values of melded cards, 312
Stormy Weather, 255
Straight Draw Poker, 251
Straight Gin Rummy, 62
Straight Rummy, 92
strategy,
—Auction Pinochle with Widow, 349
—Black Jack, 160
—Draw Poker, 297
—Low Poker, 304
—Poker, 290ff.
—Seven-Card Stud, 303
—Stud Poker, 299
—Two-Handed Pinochle, 327
—Wild Games, 304
Streamlined Gin Rummy, 61
strippers, 389
—belly, 24
strong work, 20
Stud Poker, 258ff.
—additional rules, 263
—cheating, 288
—Deuces Wild, 268
—misdeals, 263
—strategy, 299
—variations, 268
Stuss, 173ff.
Super-Gin, 64

table shift, 10
Table Stakes, 260
tapping out, 266
theory of probability, 30
Thirty-Five, 216
Three-Handed Pinochle, 332ff.
—additional rules, 334
—misdeals, 334
—rules, 332ff.

Case 1:06-cv-00262-S-DLM Document 88-2 Filed 10/17/2006 Page 11 of 11



Tonk, 108
trims, 21
Twenty-One, 138ff.
Twin Beds, 255
two-handed false cut, 14
Two-Handed Pinochle, 318ff.
—additional rules, 325
—doubling and re-doubling, 331
—misdeals, 325
—Scarne's rules, 318
—strategy, 327
—with sixty-four-card deck, 331
two-handed shift, 10
Turn-up Gin, 62

undercut, 42
underknock, 42
upcard, 231

waving, 24
wild cards, 235
Whiskey Poker, 37

X Marks the Spot, 255

Ziginette, 175