# PLAINTIFF'S EXHIBIT 128A




PLAINTIFF'S EXHIBIT 128A




CRESCENT BOOKS
New York

First published in Great Britain in 1979 by
Allen Lane

Copyright David Parlett, 1979
All rights reserved

This 1987 edition published by Crescent Books,
distributed by Crown Publishers, Inc.,
225 Park Avenue South, New York, New York 10003

By arrangement with Octopus Books Limited

Printed in Czechoslovakia

ISBN 0-517-64731-1

# Contents

Only major game headings are shown, with a note (in brackets) of the number of players required. Nearly all games have relatives and variants suitable for the same or other numbers of players. For a complete list of games see the index.


13 INTRODUCTION
19 How to Play Cards
29 The Good Game Guide

31 WHIST/BRIDGE FAMILY
32 Contract Bridge (4)
54 Bridge Variants (4)
56 Three-hand Bridge (3)
58 Two-hand Bridge (2)
59 Whist (4)
66 Whist Variants (4)
70 Three-hand Whist (3)
71 Two-hand Whist (2)
72 Ninety-nine (3)
75 Ninety-nine Variants (2-4)
80 Oh Hell (3-7)

83 SOLO GAMES
84 Solo Whist (4)
92 Three-hand Solo (3)
93 Auction Solo (4)
94 Boston (4)
98 Brandle (4)
100 Preference (3)
104 Ombre (3)
112 German Solo (4)

115 **FIVE-CARD FAMILY**

116 Ecarté (2)
122 Euchre (4)
124 Euchre Variants (2–6)
131 Five Hundred (2–6)
140 Nap (2–7)
145 Loo (3–8)
146 Loo Variants (2–7)
148 Spoil Five (2–10)
153 Auction Forty-fives (4, 6)

155 **HEARTS FAMILY**

156 Black Maria (3–7)
160 Hearts (2–10)
163 Slobberhannes (4)
163 Polignac (4)
164 Bassadewitz (4)
165 Knaves (3)

169 **ALL FOURS FAMILY**

170 All Fours (Seven Up) (2–4)
172 Auction Pitch (2–7)
176 Pitch Variants (2–7)
178 Cinch (2–6)

181 **ITALIAN GAMES**

182 Calabresella (3)
184 Tressette (4)

187 **SKAT FAMILY**

188 German Skat (3)
205 American Skat (3)
207 Schafkopf (4)
211 Tarock (3)
213 Six-bid (3)
215 Tyzicha (3)

219 **JASS GAMES**

220 Handjass (3)
223 Klabberjass (2)
228 Klaverjass (4)

235 **BÉZIQUE/PINOCHLE**

236 Bézique (2)
241 Rubicon Bézique (2)
244 Chinese Bézique (2)
246 Bézique Variants (3–4)
247 Fildinski (2)
249 Sixty-six (2)
253 Gaigel (4)
255 Auction Pinochle (3)
261 Pinochle Variants (2–8)

271 **PIQUET**

272 Piquet (2)
281 Piquet Variants (2–4)
285 Imperial (2)

289 **RUMMY GAMES**

294 Rummy (2–6)
296 Rummy Variants (2–6)
300 Gin Rummy (2)
303 Gin Variants (2–3)
306 Coon Can (Conquian) (2)
308 Pan (Panguingue) (6–15)
311 Continental Rummy (2–12)
312 Contract Rummy (3–8)
314 Michigan Rum (2–6)
317 Arlington (Oklahoma) (2–5)
320 Canasta (4)
329 Canasta Variants (2–6)

335 **CRIBBAGE**

339 Five-card Cribbage (2)
345 Cribbage Variants (2–4)

Case 1:06-cv-00262-S-DLM Document 88-3 Filed 10/17/2006 Page 8 of 16



349 **CASSINO GAMES**
350 Cassino (2–4)
355 Cassino Variants (2–4)
359 Scopone (4)

365 **POKER/BRAG**
367 Poker (general)
374 Draw Poker (5–7)
380 Stud Poker (7–10)
395 Brag (3–8)
401 Commerce (3–12)
403 Related games (2–6)

405 **BANKING GAMES**
406 Pontoon (3–10)
410 Related games (2–10)

413 **STOPS FAMILY**
414 Newmarket (3–8)
415 Related games (3–7)
419 Fan Tan (3–8)
420 Switch (Eights) (2–8)

423 **PATIENCE GAMES**
426 Beleaguered Castle
426 Belle Lucie (Fan)
427 Clock
428 Demon (Canfield)
429 Klondike (Canfield)
430 Miss Milligan
431 Salic Law
431 Spider
432 Sultan
433 Windmill

435 **ODDS-AND-END-GAMES**
436 Calypso (4)

438 Catch-the-ten (2–8)
439 Gops (2)
440 Le Truc (2, 4)
445 Pip-Pip (3–7)
447 Poker Squares (1 +)
449 Quinto (4)
451 Rolling Stone (2–6)
452 Russian Bank (2)
455 Spite and Malice (2)
460 Zetema (2–6)

463 Select Bibliography
465 Technical Terms
469 Index of Games

as it has no part to play in the rest of the game or the scoring, and draws the top card of the stock to add to his hand before leading. His opponent then draws the next before replying. As soon as the last card has been drawn players bid on and play their last 13 cards as at Contract Bridge and score accordingly. Variant: before leading to each trick, leader exposes the top card of stock so that each player may gauge whether or not he wishes to win the trick. The loser of a trick draws an unknown card, of course. This version considerably improves the strategy of the game.

MEMORY BRIDGE Deal 13 each and place the rest face down to form a stock. The first 13 are played as tricks at no trump. Non-dealer leads and it is obligatory to follow suit. There is no drawing from stock. The player who takes more scores in Contract Bridge fashion, as for a bid of 1NT, and adds a premium of 100 above the line. The remaining cards are then dealt, bid on, played and scored as at Contract Bridge.

SINGLE DUMMY Deal four hands of 13 cards including two dummies. After the deal one dummy is turned face up. Players bid as at Contract. Bidding over, the declarer announces whether he will play with the exposed dummy or take his chance with the concealed one. Then the concealed dummy is turned up and play proceeds as at Double Dummy.

## Whist

***4 players***
***1 pack (52)***

I was delighted to see him again, and suggested we should have a game of Whist with a dummy, and by way of merriment said, '*You* can be the dummy.' Cummings (I thought rather ill naturedly) . . . said he couldn't stop, he only called to leave me the *Bicycle News*, as he had done with it.

(G. and W. Grossmith, *The Diary of a Nobody*, 1892)

# Index of Games

Games in *italics* are mentioned only in passing


Acey-Deucey (Poker), 388
All Fives, 171
All Fours, 170
*Aluette*, 440
*Ambigu*, 400
American Whist, 62
Anaconda (Poker), 387
Arlington, 317
Army and Navy Pinochle, 266
*As Nas*, 367, 400
Auction Bridge, 54
Auction Cribbage, 345
Auction Euchre, 130
Auction Forty-fives, 153
Auction Hearts, 161
Auction Pinochle, 255
Auction Piquet, 281
Auction Pitch, 172
Auction Sixty-six, 252
Auction Solo, 93

*Baccarat*, 410
Bassadewitz, 164
Bastard (Brag), 398
Beat your Neighbour (Poker), 390
Bedsprings (Poker), 386
Beleaguered Castle (Patience), 426
Belle Lucie (Patience), 426
Belote, 226
Best Flush (Poker), 390
Bézique, 236
  Chinese, 244
  Eight-pack, 246
  Polish (Fildinski), 247
  Rubicon, 241
  variants, 246
Bid Whist, 66
Bierlachs (Skat), 202
Bierspiel, 248
Binage (Cinq Cents), 269
Binocle, 267
Binokel, 268
*Biritch*, 54
Bismarck, 70
Blackjack, 410
Black Maria, 156
Blackout (Oh Hell), 80
Blind Cinch, 180
Blind Euchre, 129
Block Rummy, 297
Boathouse Rummy, 297
Bolivia, 330
Booby, 56
Boodle (Michigan), 415
Boston, 94, 98
  de Fontainebleau, 98
  French, 98
  Russian, 94
*Bouillotte*, 400
Bourre, 146
Brag, 395
  American, 398
  Classical, 398
  Nine-card, 399
  Seven-card, 399
  Three-stake, 399
Brandle, 98
Brazilian Canasta, 331
*Brelan*, 400
Bridge, 32, 54
  Auction, 54
  Contract, 32
  Cut-throat, 57
  Four-deal, 55
  Honeymoon, 58
  Jungle (Oh Hell), 80
  *Pirate*, 55
  *Pivot*, 55
*Bridge Whist*, 55
*Brint*, 55
*Briscan*, 268
*Brusquembille*, 268
Bull (Poker), 382
Butcher Boy (Poker), 391

Calabresella, 182
California Jack, 172
Callabra, 355
Call Rummy, 297
Calypso, 436

Canadian Poker (Freak-hand), 388
Canasta, 320, 329
  Brazilian, 331
  Chilean, 331
  Cuban, 331
  Hollywood, 331
  Italian, 332
  Wild-card, 332
Cancellation Hearts, 161
Canfield (Patience), 426
Card Dominoes (Fan Tan), 419
Carousel, 305
Cassino, 350
  Diamond, 356
  Draw, 356
  Dry, 356
  Ladies', 357
  Royal, 358
  Spade, 358
Catch-the-ten, 438
Cayenne (Whist), 66
Cedarhurst (Oklahoma) Gin, 304
Check (Partnership) Pinochle, 264
*Chemin de Fer* (*Baccarat*), 410
Chicago (Four-deal Bridge), 55
Chile (Canasta), 331
Chinese Bezique, 244
Chinese Whist, 68, 70
Chouette (Bézique), 246
Chouette (Piquet), 283
Cinch, 178
Cincinnati (Poker), 386
Cinq Cents (Bézique), 269
Cinq Cents (Jass), 227
Clobby (Klabberjass), 223
Clobiosh (Klabberjass), 223
Clock (Patience), 427
Cold Hands (Poker), 379
Comet, 415, 418
Commerce, 401
Commit, 415
Conquian (Coon Can), 306
Coon Can (Conquian), 306
Coon Can (Panguingue), 308
Crapette (Russian Bank), 452
*Crash*, 399
Cribbage, 335
  Auction, 345
  Five-card, 339
  Partnership, 346
  Seven-card, 345
  Six-card, 345
  Solitaires, 347
  Three-hand, 346
Crossover (Poker), 386
Cuban Canasta, 331
Cut-throat Bridge, 57

Demon (Patience), 428
Diamond Cassino, 356
Discard Rummy, 297
Domino Hearts, 161
Dom Pedro, 177
Don, Nine-card, 177
Doppelkopf, 210
Double Barrel (Poker), 379
Double Dummy (Bridge), 58
Double Dummy (Whist), 71
Double Pedro (Cinch), 178
Double Rummy, 298
Doubling Gin, 304
Draw and Discard (Bridge), 58
Draw Bridge, 58
Draw Cassino, 356
Draw Hearts, 161
Draw Knaves, 167
Draw Poker, 374
Dreiwendsch, 210
Dry Cassino, 356
Dummy (Whist), 71
Duplicate Bridge, 55
Duplicate Piquet, 284
Duplicate Whist, 68
Dutch Whist, 68

Ecarté, 116
Ecarté Nap, 143
Eights (Switch), 420
Elfern, 269
Elimination Rummy, 298
Enflé (Rolling Stone), 451
Euchre, 122
  Auction, 130
  Blind, 129
  Call-Ace, 129
  Jackpot, 129
  Partnership, 124
  Railroad, 128
  Three-hand, 124
  Two-hand, 124

Fan (Belle Lucie Patience), 246
Fan Tan, 419
Farmer, 410
*Faro*, 405
Favourite Whist, 69
Fifteen (Quinze), 411

Fildinski, 247
Firehouse (= Partnership) Pinochle, 264
Five-card Loo, 147
Five Hundred, 131
Five Hundred Rum, 316
Five or Nine (Fan Tan), 420
*Five-suit Bridge*, 55
Flip (Mexican Stud Poker), 383
Forty-five, 152
Four-deal Bridge, 55
Four Forty Four (Poker), 383
Four Jacks (Polignac), 163
Freeze-out (Rummy), 297
French Boston, 98
French Ruff (Ecarte), 116
French Whist (Catch-the-ten), 439
Frog, 215

Gaigel, 253
German Solo, 112
German Whist, 71
*Gilet*, 400
Gin (Rummy), 300
Cedarhurst, 304
Doubling, 304
Hollywood, 304
Oklahoma, 304
Open, 304
*Gleek*, 400
Gops, 439
Greek Hearts, 162

Handjass, 220
Hasenpfeffer, 130
Hearts, 160
Auction, 161
Cancellation, 161
Domino, 161
Draw, 161
Greek, 162
Joker, 162
Omnibus, 162
Spot, 162
Widow, 162
Heartsette, 162
High Five (Cinch), 178
High-low (Poker), 380
High-low Rummy, 299
*Hoc*, 413
Hollywood Canasta, 331
Hollywood Gin, 304
Hollywood (= Contract) Rummy, 312

Honeymoon Bridge, 58
Humbug (Whist), 72
Hurricane, 356

Imperial, 285
Irish Loo, 147
Italian Canasta, 332

Jass, 220
Java Rummy, 297
*Jo-jotte*, 227
Joker Hearts, 162
Joker Pitch, 174
Joker (= Contract) Rummy, 312
Jungle Bridge (Oh Hell), 80

Kalabriasz (Klabberjass), 223
Kaluki (Rummy), 297
King (= Contract) Rummy, 312
Kings and Queens (Rummy), 298
Klabberjass, 223
Klaverjass, 228
Klondike (Patience), 429
Knaves, 165
Knock Poker, 391
Knock Rummy, 298

Ladies' Cassino, 357
Lamo (Poker), 378
Le Truc, 440
*Lily Bridge (Bridge Whist)*, 55
Liverpool (= Contract) Rummy, 298
Long Whist, 62
Loo, 145
Five-card, 147
Irish, 147
Three-card, 145
Lowball (Poker), 380

Mariage (Bézique), 269
*Mariaš*, 269
Marjolet, 269
*Maw*, 149
Mediatore, 184
Memory Bridge, 59
Mexicana (Canasta), 332
Mexican Stud (Poker), 383
Michigan (Rummy), 314
Michigan (Stops), 415
Miss Milligan (Patience), 430
Molotov, 203
Monte (Three-card Poker), 388

Nap (Napoleon), 140
  Ecarté, 143
  Modern, 142
  Peep, 142
  Purchase, 143
  Widow, 143
Newmarket, 414
Ninety-nine, 72
Norwegian Whist, 69
Nullos (Bridge), 55

Offizierskat, 203
Oh Hell, 80
Oh Well (Oh Hell), 80
Oklahoma (Rummy), 317
Oklahoma Gin, 304
Omaha (Poker), 386
Ombre, 104
Omnibus Hearts, 162
One-meld Rummy, 299
Open Gin, 304

Pan (Panguingue), 308
Papillon, 357
Parliament (Fan Tan), 419
Patience games, 423
  Competitive, 452, 455
  Cribbage, 347
  Poker, 447
Pedro (Cinch), 178
Peep Nap, 143
*Penchant*, 269
Persian Rummy, 316
Phat, 177
Picket (Piquet), 272
Pink Lady, 162
Pink Nines, 416
Pinochle, 261
  Army and Navy, 266
  Auction, 255
  Check, 264
  Contract, 266
  Firehouse, 264
  Four-hand, 263
  Partnership, 264
  Three-hand, 255, 262
  Two-hand, 262
Pinochle Rum, 316
Pip-Pip, 445
Piquet, 272
  Auction, 281
  Au Cent, 282
  Chouette, 283
  Duplicate, 284
  Imperial, 285
  Normand, 283
  Partnership, 284
  Round, 284
*Pirate Bridge*, 55
Pishti, 357
Pitch, Auction, 172
*Pivot Bridge*, 55
*Plafond (Bridge)*, 56
Plus and Minus (Poker), 391
*Pochen*, 401
*Pochspiel*, 367, 401
Poker (general), 365, 392
  Blind and Straddle (English), 377
  Canadian (Freak-hand), 388
  Dealer's Choice, 390
  Draw, 374
  English, 377
  Flat, 379
  Four-card, 388
  Freak-hand, 388
  High-low, 380
  Indian, 388
  Knock, 391
  One-card, 387
  Open, 378
  Pass-on, 385
  Straight, 379
  Stripped-pack, 387
  Stud, 380
  Three-card, 388
  Two-card, 388
  Whisky, 391
  Wild-card, 384
  Zebra, 392
Poker Patience, 447
Poker Rummy, 299
Poker Solitaire, 447
Poker Squares, 447
Polignac, 163
Polish Bézique (Fildinski), 247
Polish Rummy (Michigan), 316
Pontoon, 316
Pope Joan, 416
*Poque*, 367
*Post and Pair*, 395
Preference, 100
*Primero*, 395, 401
*Primiera*, 401
Procter & Gamble (Poker), 386
*Progressive Bridge*, 56
Progressive (= Contract) Rummy, 312

Prussian Whist, 69
*Punto Banco (Baccarat)*, 410
Purchase Nap, 143
*Put (Putt)*, 440
Put and Take (Poker), 391

Quatre Valets (Polignac), 163
Queen City Rummy, 299
*Quinella (Canasta)*, 332
Quinto, 449
*Quintract (Bridge)*, 56
Quinze, 411
*Quinzent (Cinq Cents)*, 227

Racehorse Pitch, 174
*Racing Aces*, 405
Railroad Euchre, 128
Rams, 147
Ramsch, 204
Rana (Frog), 215
Razzle Dazzle (Auction Cinch), 179
Red and Black (Poker), 391
Red Dog, 411
Rejoué (Whist), 69
*Reversis*, 155
Robber Skat, 206
Robuse (Russian Bank), 452
Rockaway (Switch), 420
Roll 'em (Poker), 378
Rolling Stone, 451
*Rounce*, 148
Round-the-corner Rummy, 299
Royal Cassino, 358
Royal Spade Bridge, 56
Royal Spade Cassino, 358
*Royalton (Bridge)*, 56
Rubber Bridge, 56
Rubicon Bézique, 241
Rubicon Piquet, 272
Rummy, 294
- Block, 297
- Boathouse, 297
- Call, 297
- Continental, 311
- Contract, 312
- Discard, 297
- Double, 298
- Elimination, 298
- Five Hundred, 316
- Gin, 300
- Knock, 298
- Michigan, 314
- One-meld, 299
- Persian, 316
- Pinochle, 316
- Poker, 299
- Polish, 316
- Queen City, 299
- Round-the-corner, 299
- Seven-card, 299
- Two-meld, 299
- Wild-card, 300

Russian Bank, 452
Russian Boston, 94
*Russian Whist*, 69

Sackjass (Handjass), 220
Salic Law (Patience), 431
Samba, 330
Sancho Pedro, 176
Sant, Saunt (Piquet), 282
Sbarazzina, 358
Schafkopf, 207
- American (Shep), 211
- Double (Doppelkopf), 210
- German, 210
- Wendish, 208

*Schnapsen*, 269
Schwellen (Rolling Stone), 451
Scopa, 358
Scopone, 359
Scotch Whist (Catch-the-ten), 438
Sergeant Major, 71
Sell-out, 174
*Senserln (Cinq Cents)*, 227
Setback (Auction Pitch), 172
Seven and a Half, 411
Seven-card Rummy, 299
Seven-deal (= Contract) Rummy, 312
Seventeens, 93
Seven Up, 170
Shanghai (= Contract) Rummy, 312
Sheepshead (Schafkopf), 207
Shep (American Schafkopf), 211
Shotgun (Poker), 379
Showdown (Poker), 379
Single Dummy (Bridge), 59
Sir Garnet (Nap), 143
Six-bid, 213
Sixty-six, 249
Sixty-three, 180
Skat, 187
- American, 205
- German, 188

Slippery Sam (Red Dog), 411

Slobberhannes, 163
Slough, Sluff (Six-bid), 213
Smudge, 174
Snoozer, 177
Solitaire (Patience), 423
Solo (Six-bid), 213
Solo, German, 112
Solo Whist, 84
Spade Cassino, 358
Spider (Patience), 431
Spinado, 417
Spit (Poker), 379, 386
Spite and Malice, 455
Spoil Five, 148
Spoof Sevens, 419
Spot Hearts, 162
Stops, 413, 415
Straight Draw (Poker), 374
Straight Poker, 379
Stud (Poker), 380
  Eight-card, 383
  English Seven-card, 383
  Mexican, 383
  Nine-card, 383
  Pig, 384
  Seven-card, 384
  Six-card, 384
  Ten-card, 384
*Stuss*, 405
Suit-value Whist, 69
Sultan (Patience), 432
Super Contract (Bridge), 56
Swedish Rummy (Switch), 420
Switch, 420

Tablanette, 358
Tampa (Canasta), 332
Tarock, Bavarian, 211
*Tattle*, 226
Tausendeins, 217
Thirty-five, 403
Thirty-one, 403
Three-card Loo, 145
Three Forty-five (Poker), 384
Towie (Bridge), 57
Trash (Poker), 385
Trenta Cinque, 404
Tresillo (Ombre), 104
Tressette, 184
Triomphe (Écarté), 116
*Truco*, 440
Tunk (Rummy), 305
Twenty-one (Pontoon), 406
Two-meld Rummy, 299
Tyzicha, 215

*Ulti*, 269
Up the River (Oh Hell), 80
Uruguay (Canasta), 332

Vingt-(et-)Un (Pontoon), 406
Vint, 70

Whisky Poker, 391
Whist, 59
  Auction Solo, 93
  Bid, 66
  Boston, 98
  Bridge, 55
  Cayenne, 66
  Chinese, 68, 70
  Contract, 68
  Dummy, 71
  Dutch, 68
  Duplicate, 68
  Favourite, 69
  French, 439
  German, 71
  Norwegian, 69
  Prussian, 69
  Russian (Vint), 70
  Scotch, 438
  Suit-value, 69
Widow Cinch, 180
Widow Hearts, 162
Widow Nap, 143
Wild-card Canasta, 331
Wild-card Poker, 384
Wild-card Rummy, 300
Windmill (Patience), 433

*Yellow Dwarf*, 419
Yukatan (Canasta), 332
Yukon, 207

Zebra Poker, 391
*Zensa (Cinq Cents)*, 227
Zetema, 460
Zioncheck (Contract Rummy), 312