# PLAINTIFF'S EXHIBIT 132

# THE NEW COMPLETE HOYLE

**The newest official rules and playing strategy for every popular game**

**Over 500 games played with: cards, dice, boards, counters, numbers, words**

Albert H. Morehead, Richard L. Frey, and Geoffrey Mott-Smith




PLAINTIFF'S EXHIBIT 132
PENGAD 800-631-6989

# BOOKS ON GAMES

**By RICHARD L. FREY**

Four Aces System of Contract Bridge, 1935
*(with the other members of the Four Aces team)*
Outline of the Culbertson System, 1937
How to Win at Canasta, 1950
How to Play Samba, 1951
According to Hoyle, 1956

**By ALBERT H. MOREHEAD**

Outline of the Culbertson System, 1934
Encyclopedia of Bridge *(Editor)*, 1935
Slam Bidding and Asking Bids, 1937
Bridge the Expert Way, 1941
Doubletalk Crossword Puzzles, 1943
Pocket Book of Games, 1943
The Modern Hoyle, 1944
The Official Rules of Card Games *(Editor)*, 1946-55
Canasta, 1950
Poker, 1950
Crossword Puzzles, 1952
Contract Bridge Today, 1956

**By GEOFFREY MOTT-SMITH**

Contract Bridge and Advanced Auction Bidding, 1927
Pencil Bridge, 1928
Mathematical Games and Puzzles, 1946
Handy Book of Indoor Games, 1949
Handy Book of Hobbies, 1949
Gin Rummy and Canasta, 1950
Indoor Games and How to Play Them, 1954
Ciphers for Solvers, 1955
How to Win at Calypso, 1955

**By ALBERT H. MOREHEAD *and* GEOFFREY MOTT-SMITH**

The Penguin Hoyle, 1946
The New Quiz Book, 1947
Hoyle Up-to-Date, 1947
Games for Two, 1947
The Penguin Crossword Puzzle Book, 1948
Hoyle's Rules of Games, 1949
Complete Book of Solitaire Games, 1949
Fun with Games of Rummy, 1950
Hoyle Up-to-Date *(with Ewart Kempson)*, 1952

# *The New* Complete Hoyle

The Official Rules

of all Popular Games of Skill and Chance

with the Most Authoritative Advice

on Winning Play

*By*

ALBERT H. MOREHEAD

RICHARD L. FREY · GEOFFREY MOTT-SMITH

DOUBLEDAY & COMPANY, INC.

GARDEN CITY, NEW YORK

©

Copyright 1964, 1956, 1947, by

ALBERT H. MOREHEAD

*Laws of Contract Bridge 1963 and*
*Laws of Duplicate Contract Bridge 1963*
*© by the National Laws Commission of the*
*American Contract Bridge League.*

*Laws of Canasta and Samba*
*© 1950 by the Regency Club, New York.*

*Laws of 500*
*© 1904 by the United States Playing Card Co.*

*Laws of Auction Pinochle*
*© 1955, 1946, by the United States*
*Playing Card Co.*

*Laws of Skat*
*© 1947 by the North American Skat League.*

*Laws of Backgammon*
*© 1931 by the Racquet and Tennis Club, New York.*

*"Scrabble" is the registered trademark of*
*the Production and Marketing Co.*

PRINTED IN THE UNITED STATES OF AMERICA

## WHO IS HOYLE?

THE only truly immortal human being on record is an Englishman named Edmond Hoyle, who was born in 1679 and buried in 1769 but who has never really died.

Hoyle wrote "short treatises" on five different games. They were bound together in one volume in 1746. This was the first edition of "Hoyle's Games." Within the year plagiarists were putting Hoyle's name on other books that gave rules and advice for playing games. By the end of the 19th century dozens of such books had appeared, different books by different writers but all bearing the name of this same Edmond Hoyle. Into the 20th century it has continued. Every few years, as sure as fate, one may see another book "by Hoyle" appear on the market. Let others toast Horatio Alger, Jr., or H. G. Wells, such supposedly prolific authors; Edmond Hoyle beats their output all hollow—and from the grave!

Furthermore, there are countless millions who own one of the innumerable Hoyle books and in whose minds Hoyle is a living man, "the man who wrote the book," who probably lives in New York or Los Angeles or Miami or wherever authors live; to whom a letter may be addressed if a ticklish problem arises, and who might even be gotten on the other end of a long-distance telephone call if the problem were sufficiently urgent.

No less does this concept of a living Hoyle persist among authors and publishers. In a recent book on Poker, the author castigated "Hoyle's laws"; his publisher, no doubt fearful that Mr. Hoyle would sue, softened the tone of the attack. (Hoyle himself died at least fifty years before Poker was invented.) The managing editor of a Reno newspaper, asked what rules were being followed in the Nevada gambling houses, replied, "Hoyle was out here and put the rules in his book." Not even the "experts" who write books and articles about rules are immune; constantly, in citing some law or other, they begin with "Hoyle says." Yet they might be quoting from any of hundreds of "Hoyle" books, of which at least ten different ones are still

on sale. And Edmond Hoyle himself never wrote or saw a word of any of these books.

Among writers on games who know all about the Hoyle history, the prestige of the immortal old man is immense. Surely no one in history ever made a greater name for himself in the realm of games than Ely Culbertson. Nevertheless, Culbertson's book of games was called "Culbertson's Hoyle." The worthiest successor to Edmond Hoyle, over a period that stretched from 1880 into the 1920s, was the old Scotsman R. F. Foster, but after a brief, futile effort to sell his "Encyclopedia of Games" he gave up and thereafter his book carried the simple and eloquent title "Hoyle." If Edmond Hoyle has any peer in immortality, it's no gamester. It's Noah Webster.

## PREFACE TO THE REVISED EDITION

WHEN the first edition of *The New Complete Hoyle* was published, in 1947, two of the authors of the book—Albert Morehead and Geoffrey Mott-Smith—were so restricted by prior contracts that they could not permit their names to be used. Accordingly, only Richard L. Frey was able to sign the first edition.

Among others who contributed greatly to this book were Alex McKay, publisher of the first edition, who wanted the best book possible and did not stint on cost or space; Allison F. Stanley, now president of the United States Playing Card Company, which company underwrote much of the research for this book so that its own smaller publication, *The Official Rules of Card Games*, might share the advantage of having accurate contents; such noted experts as Oswald Jacoby, Alfred P. Sheinwold, George S. Coffin, Ely Culbertson, Alphonse Moyse, Jr., Lee Hazen, Walter J. Zarse, Lloyd E. Smith, E. N. Marcus, Max Wolfson, and many others, whose advice added to the usefulness of the rules; Andor Braun, who designed the format; and especially Loy Morehead, to whom goes the credit for the production management and the unusual freedom from typographic error and inconsistency of style—a Fifth Freedom that in books on games is almost unprecedented.

New York, 1956

# ABOUT THIS BOOK

THE games described or mentioned in this book are listed alphabetically in the following pages. In the text they are arranged, not alphabetically, but according to the type of equipment used and the "family" to which each game belongs.

Attention is called to several added features:

¶The historical notes on the origins of games, in connection with every family and every principal variant.

¶Indication of the character of many games now obsolete, but frequently mentioned in literature.

¶The appendix, containing useful collateral information.

The general arrangement of the book is as follows:


| *Text* | *Pages* |
| --- | --- |
| Adult card games of skill | 1–467 |
| Juvenile card games | 468–479 |
| Solitaire card games | 480–504 |
| Banking or gambling games | 505–528 |
| Dice games | 529–542 |
| Domino games | 543–554 |
| Games using boards and other special equipment | 555–678 |
| Parlor games, with pencil and paper | 679–686 |
| *Appendix* | |
| The general procedure of card games | 687–693 |
| The calculation of chances | 694–705 |
| Mathematical games | 705–709 |
| Bibliography | 710–718 |
| Glossary | 719–740 |

# CONTENTS


| | PAGE |
|---|---|
| Accordion | 481 |
| Acey Deucey | 577 |
| *European—* | 579 |
| All Fives (cards) | 311 |
| All Fives (dominoes) | 547 |
| All Fours | 307 |
| *California Jack* | 310 |
| *Auction Pitch* | 312 |
| *Cinch* | 318 |
| All Threes | 549 |
| Ambigu | 440 |
| Anagrams | 679 |
| Auction Bridge | 118, 220 |
| Auction Cinch | 323 |
| Auction Hearts | 281 |
| Auction Pinochle | 324 |
| Auction Pitch | 312 |
| Authors | 472 |
| Baccarat | 517 |
| Backgammon | 555 |
| *Laws of—* | 560 |
| *Chouette* | 576 |
| *Acey Deucey* | 577 |
| *European Acey Deucey* | 579 |
| *Russian—* | 579 |
| *Dutch—* | 580 |
| *Snake* | 580 |
| Bank Craps | 532 |
| Barbudi | 536 |

| | PAGE |
|---|---|
| Baseball (cards) | 35 |
| Battle Chess | 611 |
| Battleship | 666 |
| Beast | 232 |
| Beggar-Your-Neighbor | 474 |
| Beleaguered Castle, The | 494 |
| Belle Lucie, La | 492 |
| Belotte | 373 |
| Bergen | 549 |
| Bezique | 324, 361 |
| *—for Three Players* | 364 |
| *—for Four Players* | 364 |
| *Rubicon—* | 365, 368 |
| *Six-Pack or Chinese—* | 366, 368 |
| *Eight-Pack—* | 367 |
| Bid Whist | 228 |
| Bierspiel | 262 |
| Big Forty | 488 |
| Bingo | 552 |
| Binocle | 324 |
| Bird Cage | 534 |
| Biritch | 116 |
| Black Jack | 509 |
| *The Farm* | 515 |
| *Seven and One-half* | 517 |
| *Macao* | 517 |
| Black Lady | 282 |
| Blackout | 464 |
| Block Game, The | 550 |
| Blucher | 261 |
| Boat House Rum | 59 |
| Bolivia | 83 |
| Boodle | 293, 298 |
| Boston | 231 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 11 of 28



| | PAGE |
|---|---|
| Brag | 1 |
| Bridge | 117 |
| See *Contract Bridge, Auction Bridge, Bridge Whist* | |
| Bridge Whist | 118, 222 |
| Bughouse Chess | 612 |
| Butcher Boy | 35 |
| Calabrasella | 381, 421, 444 |
| Calculation | 488 |
| California Jack | 310 |
| Callabra | 421 |
| Calypso | 459 |
| Cameroon, Double | 540 |
| Canasta | 76 |
| Cancellation Hearts | 280 |
| Canfield | 483 |
| Casino | 421 |
| *Three-hand—* | 427 |
| *Partnership—* | 427 |
| *Royal—* | 427 |
| *Spade—* | 428 |
| *Draw—* | 428 |
| Catch the Ten | 457 |
| Categories | 682 |
| Cayenne | 231 |
| Cent | 429 |
| Chaturanga | 581 |
| Checkers | 616 |
| *Eleven-men—* | 636 |
| *Contract—* | 636 |
| *Stack-up—* | 637 |
| *Other Checkerboard Games* | 637 |
| *National Variants* | 639 |
| Check Pinochle | 358 |

| | PAGE |
|---|---|
| Chemin-de-fer | 517, 519 |
| Chess | 581 |
| *Odds—* | 608 |
| *Kriegspiel* | 609 |
| *—Derivatives* | 611 |
| *Four-hand—* | 613 |
| *Team—* | 614 |
| Chicago | 298 |
| Chinese Bezique | 366 |
| Chinese Checkers | 646 |
| Chouette | 563, 576 |
| Chuck-a-luck | 534 |
| Cinch | 307, 318 |
| *Auction—* | 323 |
| Cincinnati | 33 |
| Clabber | 373 |
| Clock | 490 |
| Clover Leaf | 492 |
| Cold Hands Poker | 37 |
| Comet | 289 |
| Commercial Pitch | 316 |
| Commit | 289, 292 |
| Concentration | 478 |
| Conquian | 1, 53, 60, 111, 669 |
| Continental Rum | 107 |
| Contract Bridge | 118, 119 |
| *Laws of—* | 127 |
| *—Strategy* | 166 |
| *Duplicate—* | 196 |
| *Laws of Duplicate—* | 166 |
| *Cutthroat—* | 209 |
| *Super—* | 211 |
| *Percentage—* | 212 |
| *Five-suit—* | 213 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 13 of 28



| | PAGE |
|---|---|
| *Goulashes* | 214 |
| *Towie* | 215 |
| *Three-hand—* | 217 |
| *Two-hand—* | 218 |
| *Honeymoon—* | 218 |
| Contract Checkers | 636 |
| Contract Rummy | 109 |
| Coon-Can | 53, 59, 60 |
| Corner Card | 487 |
| Crag | 540 |
| Crapette | 500 |
| Craps | 529 |
| *The Banking Game* | 532 |
| Crazy Aces,—Jacks,—Sevens | 304 |
| Cribbage | 448 |
| *Five-card—* | 455 |
| *Three-hand—* | 456 |
| *Four-hand—* | 456 |
| Cribbage Solitaire | 497 |
| Criss-Cross | 33 |
| Cuckoo | 470 |
| Damenspiel | 616 |
| Dealer's Choice Poker | 31 |
| Devil and the Tailors, The | 638 |
| Dice Games | 529 |
| *Craps* | 529 |
| *Chuck-a-luck* | 534 |
| *Barbudi* | 536 |
| *Four-Five-Six* | 536 |
| *Poker Dice* | 537 |
| *Twenty-one with Dice* | 538 |
| *High Dice* | 538 |
| *Yacht* | 538 |
| *Crag* | 540 |

| | PAGE |
|---|---|
| *Double Cameroon* | 540 |
| *Liar Dice* | 540 |
| Dominoes | 543 |
| *The Draw Game* | 544 |
| *Muggins* | 547 |
| *All Threes* | 549 |
| *Bergen* | 549 |
| *Matador* | 549 |
| *The Block Game* | 550 |
| *Tiddly-Wink* | 550 |
| *Card Games with—* | 550 |
| *Forty-two* | 551 |
| *Bingo* | 552 |
| Down-the-River | 26 |
| Draughts | 616 |
| Draw Game, The | 544 |
| Draw Poker | 15 |
| *Jackpots* | 15 |
| *Progressive Jackpots* | 20 |
| *Straight—* | 21 |
| *Blind and Straddle* | 21 |
| *Whiskey Poker* | 22 |
| Dual-Bid Percentage Bridge | 212 |
| Duplicate Bridge | 196 |
| *Laws of—* | 166 |
| *Laws of Progressive Bridge* | 203 |
| *Laws of Pivot Bridge* | 207 |
| Dutch Backgammon | 580 |
| Earl of Coventry | 296 |
| Écarté | 232, 246 |
| Eights | 304 |
| Eleven-men Ballot System | 636 |
| Enflé | 289, 296 |
| English Stud Poker | 35 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 15 of 28



| | PAGE |
|---|---|
| Euchre | 232 |
| *Four-hand—* | 232 |
| *Three-hand—(Cutthroat)* | 238 |
| *Two-hand* | 238 |
| *Railroad—* | 239 |
| *Auction—* | 240 |
| *Call-Ace—* | 241 |
| *Hasenpfeffer* | 243 |
| *Double Hasenpfeffer* | 245 |
| Fan Tan | 301 |
| Farm, The | 509, 515 |
| Farmer | 515 |
| Faro | 521 |
| *Stuss* | 523 |
| Five Hundred | 267 |
| *Three-hand—* | 267 |
| *Two-hand—* | 273 |
| *Four-hand—* | 274 |
| *—for Five or Six* | 274 |
| *Game of 1000 or 1500* | 274 |
| 500 Rum | 71 |
| *—Variations* | 73 |
| *Michigan Rum* | 73 |
| *Oklahoma* | 74 |
| Five or Nine | 302 |
| Five-suit Bridge | 213 |
| Flip | 32 |
| Fortress | 495 |
| Forty-five | 256 |
| *Auction—* | 256 |
| Forty Thieves | 488 |
| Forty-two | 551 |
| Four-Five-Six | 536 |
| Four Seasons | 487 |

| | PAGE |
|---|---|
| Fox and Geese | 638 |
| Freezeout | 37 |
| French Whist | 275 |
| Frog | 410 |
| German Draughts | 640 |
| Ghosts | 685 |
| Gillet | 440 |
| Gin Rummy | 53, 64 |
| *Laws of—* | 67 |
| *—Variations* | 69 |
| Giveaway Checkers | 637 |
| Giveaway Chess | 612 |
| Go | 650 |
| Go Bang | 665 |
| Go Boom | 475 |
| Go Fish | 473 |
| Golf Solitaire | 493 |
| *Multiple—* | 493 |
| Go Maku | 665 |
| Guggenheim (Categories) | 682 |
| Halma | 645 |
| *Chinese Checkers* | 646 |
| Hasenpfeffer | 243 |
| *Double—* | 245 |
| Hazard, Hazzard | 529, 534 |
| Hearts | 275 |
| *"Straight"—* | 276 |
| *Joker—* | 280 |
| *Domino—* | 280 |
| *Two-hand—* | 280 |
| *Cancellation—* | 280 |
| *Auction—* | 281 |
| *Black Lady* | 282 |
| *Omnibus—* | 284 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 17 of 28



| | PAGE |
|---|---|
| *Polignac* | 287 |
| *Slobberhannes* | 288 |
| Heartsette | 275, 276 |
| Heart Solo | 410 |
| High-card Pool | 505 |
| High Dice | 538 |
| High Five | 318 |
| High-Low-Jack | 307 |
| High-low Poker | 30 |
| Hoc | 440 |
| Hollywood Gin | 69 |
| Hurricane | 34 |
| I Doubt It | 476 |
| I-Go | 650 |
| Imperial | 440 |
| Irish | 555 |
| Jackpots | 15 |
| Jacquet | 555 |
| Jass | 379 |
| Jig | 296 |
| Juvenile Games | 468 |
| *Slapjack* | 468 |
| *Old Maid* | 469 |
| *Pig* | 470 |
| *Cuckoo* | 470 |
| *Authors* | 472 |
| *Go Fish* | 473 |
| *Stealing Bundles* | 474 |
| *Beggar-Your-Neighbor* | 474 |
| *Go Boom* | 475 |
| *I Doubt It* | 476 |
| *Concentration* | 478 |
| Kalaber | 373 |
| Kalabriàs | 373, 406, 421 |

| | PAGE |
|---|---|
| King Rummy | 109 |
| Klaberjass | 373 |
| Klob | 373 |
| Klondike | 482 |
| *Double—* | 483 |
| Knock Poker | 36 |
| Knock Rummy | 62 |
| Kontraspiel, das | 232 |
| Kriegspiel | 609 |
| Lame Brains | 33 |
| Lanterloo | 262 |
| Liar Dice | 540 |
| Lift Smoke | 289, 297 |
| Little Game of Chess, The | 611 |
| Liverpool Rum | 109 |
| Loo | 232, 262 |
| *Three-card—* | 262 |
| *Unlimited—* | 265 |
| *Irish—* | 265 |
| *Five-card—* | 265 |
| Losing Game, The | 637 |
| Lowball | 30 |
| Low Poker | 30 |
| Macao | 517 |
| Ma Cheuk | 668 |
| Mah Jongg | 668 |
| Man d'Auvergne | 232 |
| Matador | 549 |
| Mathematical Games | 705 |
| *One Pile* | 705 |
| *Odd and Even* | 706 |
| *Three-Five-Seven* | 706 |
| *Thirty-one* | 707 |
| *Wit and Reason* | 708 |

| | PAGE |
|---|---|
| *Thirty-one with Dice* | 709 |
| Memory | 478 |
| Mexican Stud Poker | 32 |
| Michigan | 298 |
| Michigan Rum | 71, 73 |
| Midnight Oil | 492 |
| Mill, The | 647 |
| Monte, Three-card | 34 |
| Morelles | 647 |
| Mouche, La | 232 |
| Muggins | 547 |
| Nap | 258 |
| Napoleon | 232, 258 |
| –*Variants* | 261 |
| Napoleon at St. Helena | 488 |
| Newmarket | 293, 298 |
| Nine Men's Morris | 647 |
| Nivernaise, La | 489 |
| Noddy | 448 |
| Norwegian Whist | 229 |
| Odd and Even | 706 |
| Oh Hell | 464 |
| Oklahoma | 69, 71, 74 |
| Old Maid | 469 |
| Old Sledge | 307 |
| Ombre | 275, 307, 415 |
| Omnibus Hearts | 275, 284 |
| One Pile | 705 |
| Ovid's Game | 665 |
| Pachisi | 555, 582, 616, 647, 650 |
| Panguingue | 111 |
| Papillon | 421 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 20 of 28



| | PAGE |
|---|---|
| Parchesi | 555 |
| Parliament | 301 |
| Parlor Games | 679 |
| *Anagrams* | 679 |
| *Categories* | 682 |
| *Ghosts* | 685 |
| *Word Squares* | 686 |
| Partnership Pinochle | 349 |
| *Auction–* | 353 |
| *Six-hand–* | 354 |
| Peasant's Revolt, The | 612 |
| Pedro | 307, 317 |
| *–Sancho* | 317 |
| *Dom–* | 317 |
| *Double–* | 318 |
| Pelmanism | 478 |
| Percentage Bridge | 212 |
| Persian Rummy | 71, 73 |
| Pharaoh | 117, 521 |
| Pig | 53, 470 |
| Pinochle | 324 |
| *Auction–* | 324 |
| *Two-hand–* | 342 |
| *64-card–* | 348 |
| *Three-hand* | 348 |
| *Partnership–* | 349 |
| *Partnership Auction–* | 353 |
| *Six-hand Partnership–* | 354 |
| *Double Pack* | 355 |
| *Firehouse* | 358 |
| *Check–* | 358 |
| Pinochle Rummy | 71 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 21 of 28



| | PAGE |
|---|---|
| Piquet | 429 |
| *—au Cent* | 434 |
| *Rubicon—* | 434 |
| *Four-deal Game* | 435 |
| *Three-hand—(—Normand)* | 438 |
| *Four-hand—(—Voleur)* | 439 |
| Pitch | 307 |
| *Auction—* | 312 |
| *Commercial—* | 316 |
| *Pedro* | 317 |
| Pivot Bridge, Laws of | 207 |
| Plafond | 219 |
| Play or Pay | 301, 303 |
| Pochen | 1 |
| Polignac | 275, 288 |
| Polish Draughts | 639 |
| Poker | 1 |
| *Standard Laws of—* | 2 |
| *Draw—*(q.v.) | 15 |
| *Stud—*(q.v.) | 23 |
| *Variations of—* | 27 |
| *Strategy of—* | 39 |
| Poker Dice | 537 |
| Poker Solitaire | 496 |
| *Poker Squares* | 497 |
| Poque | 1, 440 |
| Progressive Bridge, Laws of | 203 |
| Puff | 555 |
| Put and Take | 38 |
| Pyramid (board) | 638 |
| Pyramid Solitaire | 491 |
| Quadrille | 117, 307, 415 |
| Quinze | 550 |

| | PAGE |
|---|---|
| **Rams** | 232, 262 |
| **Ranter Go** Round | 470 |
| **Räuber Skat** | 381, 404 |
| **Razzle Dazzle** | 323 |
| **Red and** Black | 37 |
| **Red Dog** | 505 |
| **Reverse,** Reversis | 275 |
| **Revertier** | 555 |
| **Rickey** de Laet | 33 |
| **Romestecq** | 440 |
| **Ronfle,** La | 429 |
| **Rouge** et Noir | 520 |
| **Roulette** | 526 |
| Rubicon Bézique | 365 |
| Rubicon Piquet | 434 |
| Ruff and Honours | 116 |
| Rum | 53 |
| Rummy | 53 |
| *–Variations* | 58 |
| *Conquian* | 60 |
| *Knock–* | 62 |
| *Gin–* | 64 |
| *500 Rum* | 71 |
| *Canasta* | 76 |
| *Continental Rum* | 107 |
| *Contract–* | 109 |
| *Panguingue* | 111 |
| **Russian** Backgammon | 579 |
| **Russian** Bank | 500 |
| *–with One Pack* | 504 |
| **Russian** Whist | 116 |
| **Salvo** | 666 |
| **Samba** | 82, 85 |
| **Saratoga** | 295, 298 |

| | PAGE |
|---|---|
| Schafkopf | 406 |
| Schnipp-Schnapp-Schnurr-Basilorum | 296 |
| Schwellen (Enflé) | 296 |
| Scorpion | 486 |
| Scotch Whist | 457 |
| Scrabble | 641 |
| Sell Out | 316 |
| Seven and One-half | 517 |
| Sevens | 301 |
| Seven-toed Pete | 26 |
| Seven-Up | 307 |
| Shatranj | 581 |
| Sheepshead (Schafkopf) | 406 |
| Shotgun | 33 |
| *Double Barrelled–* | 34 |
| Sir Garnet | 261 |
| Six-Bid Solo | 411 |
| 64-card Pinochle | 348 |
| Sixty-six | 370 |
| *–for Three* | 372 |
| Skat | 381, 406 |
| *Official Rules of–* | 396 |
| *Räuber–* | 404 |
| Slamm | 116 |
| Slapjack | 468 |
| Slobberhannes | 275, 288 |
| Slough, Sluff | 410 |
| Snake | 580 |
| Sniff | 547 |
| Snip Snap Snorem | 289, 295 |
| Snoozer | 317 |
| Solitaire | 480 |

| | PAGE |
|---|---|
| *Accordion* | 481 |
| *Klondike* | 482 |
| *Canfield* | 483 |
| *Spider* | 485 |
| *Scorpion* | 486 |
| *Four Seasons* | 487 |
| *Napoleon at St. Helena* | 488 |
| *Calculation* | 488 |
| *La Nivernaise* | 489 |
| *Clock* | 490 |
| *Pyramid* | 491 |
| *La Belle Lucie* | 492 |
| *Golf* | 493 |
| *The Beleaguered Castle* | 494 |
| *Fortress* | 495 |
| *Virginia Reel* | 495 |
| *Poker—* | 496 |
| *Poker Squares* | 497 |
| *Cribbage—* | 497 |
| Solo (Frog) | 410 |
| Solo (Modern Ombre) | 415 |
| Solo (Six-Bid—) | 411 |
| Solo Whist | 230 |
| Spanish Draughts | 639 |
| Speculation | 524 |
| Spider | 485 |
| Spin, Spinado | 295 |
| Spit in the Ocean | 32 |
| Spoil Five | 232, 253 |
| *Forty-five* | 256 |
| *Auction 45's* | 256 |
| Stack-up Checkers | 637 |
| Stealing Bundles | 474 |
| Stock Market | 523 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 25 of 28



| | PAGE |
|---|---|
| Stops | 289, 298 |
| *Comet* | 289 |
| *Commit* | 292 |
| *Boodle* | 293 |
| *Spinado* | 295 |
| *Saratoga* | 295 |
| *Snip Snap Snorem* | 295 |
| *Enflé* | 296 |
| *Lift Smoke* | 297 |
| *Michigan* | 298 |
| *Fan Tan* | 301 |
| *Five or Nine* | 302 |
| *Play or Pay* | 303 |
| *Eights* | 304 |
| Stud Poker | 23 |
| *Seven-card—* | 26 |
| *Six-card, Eight-card—* | 26 |
| See also *Variations of Poker* | 27 |
| Stuss | 523 |
| Super Contract Bridge | 211 |
| Swedish Rummy | 304 |
| Tapp | 410 |
| Tarok | 381, 410, 415 |
| Thirty-one | 707 |
| *—with Dice* | 709 |
| Three-Five-Seven | 706 |
| Tick-Tack | 555 |
| Tiddly-Wink | 550 |
| Tit Tat Toe | 555, 665 |
| Tokkadille | 555 |
| Tournament | 489 |
| Towie | 215 |
| Trente et Quarante | 520 |
| Trictrac | 555 |

Case 1:06-cv-00262-S-DLM Document 88-7 Filed 10/17/2006 Page 26 of 28



| | PAGE |
|---|---|
| Triomphe, Triumph | 116, 232 |
| Trumps | 232 |
| Twenty-one | 509 |
| Twenty-one with Dice | 538 |
| Turkish Draughts | 640 |
| Up and Down the River | 38 |
| Van John | 509 |
| Vingt-et-un | 509 |
| Vint | 231 |
| Virginia Reel | 495 |
| Vive l'Amour | 53 |
| Wei-ch'i | 650 |
| Wellington | 261 |
| Whisk | 116 |
| Whiskey Poker | 1, 22, 53 |
| Whist | 116, 223 |
| *Laws of–* | 224 |
| *Bid–* | 228 |
| *Norwegian–* | 229 |
| *Solo–* | 230 |
| *Other–Variants* | 231 |
| Whist Family | 116 |
| *Contract Bridge* (q.v.) | 119 |
| *Plafond* | 219 |
| *Auction Bridge* | 220 |
| *Bridge Whist* | 222 |
| *Whist* (q.v.) | 223 |
| Wild Widow, The | 33 |
| Wit and Reason | 708 |
| Word Squares | 686 |
| Yacht | 538 |
| Zioncheck | 109 |

*Strategy.* The player should arrange his cards by ranks, and the ranks in the order in which he will be called upon to play them. *Example*: In a seven-hand game, eldest hand should arrange the ranks: **A, 7, K, 6, Q, 5, J, 4, 10, 3, 9, 2, 8.** He should decide at once at what turn he will go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## CONCENTRATION (MEMORY, PELMANISM)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

*Age Group.* Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

*Players.* Any number up to six can play; but the best game is for two.

*The Layout.* A pack of 52 cards is shuffled and then dealt face

down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

***The Play.*** Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book.*