# PLAINTIFF'S EXHIBIT 133

# Games TO MAKE AND PLAY AT Home

Joseph Leeming

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
133

# GAMES TO MAKE AND PLAY AT HOME

BY JOSEPH LEEMING

D. APPLETON–CENTURY COMPANY
Incorporated
NEW YORK LONDON

COPYRIGHT, 1943, BY
D. APPLETON-CENTURY COMPANY, INC.

All rights reserved. This book, or parts thereof, must not be reproduced in any form without permission of the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

# CONTENTS

PAGE

Foreword . . . . . . . . . . . . . . vii

How to Make Spinners, Catapults, and Playing Boards . . . . . . . . . . . . . . 1

## Games for One Player

Hop over Two . . . . . . . . . . . . . 7

The Great Pyramid . . . . . . . . . . . 9

Ring-on-a-Peg . . . . . . . . . . . . . 11

Peg Solitaire . . . . . . . . . . . . . 12

Marble Solitaire . . . . . . . . . . . . 14

## Games for Two Players

London . . . . . . . . . . . . . . . . 19

Table Top Football . . . . . . . . . . . 21

Box Hockey . . . . . . . . . . . . . . 24

Playing Card Hockey . . . . . . . . . . 26

Spinner Baseball . . . . . . . . . . . . 28

Spinner Basketball . . . . . . . . . . . 30

Mouse Trap . . . . . . . . . . . . . . 32

Cross Corner Checkers . . . . . . . . . 33

Out You Go! . . . . . . . . . . . . . 34

Nine Men's Morris or Merelles . . . . . . 36

The Thirty-One Game . . . . . . . . . . 38

Stick Ring Toss . . . . . . . . . . . . 40

Case 1:06-cv-00262-S-DLM Document 88-8 Filed 10/17/2006 Page 6 of 9



PAGE

Catch as Catch Can . . . . . . . . . . . 41
Swing Ball . . . . . . . . . . . . . . 42
Fox and Geese . . . . . . . . . . . . . 44
Hanging . . . . . . . . . . . . . . . 46
The Mill . . . . . . . . . . . . . . . 48

## Outdoor Games

Skiddles . . . . . . . . . . . . . . . 53
Spot the Rabbit . . . . . . . . . . . . 55
Snowball Tenpins . . . . . . . . . . . . 57
Hoop Target . . . . . . . . . . . . . . 58
Goolio . . . . . . . . . . . . . . . . 59
Wicket Bowling . . . . . . . . . . . . 60
Ringing the Hoop . . . . . . . . . . . . 62

## War Games

Salvo . . . . . . . . . . . . . . . . 67
Convoy . . . . . . . . . . . . . . . . 71
Tank Battle . . . . . . . . . . . . . . 75
Cannonade . . . . . . . . . . . . . . 77
Air Sortie . . . . . . . . . . . . . . 79
Night Attack . . . . . . . . . . . . . 81
Ack-Ack . . . . . . . . . . . . . . . 83
Invasion . . . . . . . . . . . . . . . 85
Air Raid . . . . . . . . . . . . . . . 88

## Games Played with Home-Made Cards

Old Maid . . . . . . . . . . . . . . . 93
Home-Made Slap Jack . . . . . . . . . . 95

Case 1:06-cv-00262-S-DLM Document 88-8 Filed 10/17/2006 Page 7 of 9



PAGE
Snap . . . . . . . . . . . . . . . . 96
Grab . . . . . . . . . . . . . . . . 97
Pig . . . . . . . . . . . . . . . . 98

## Miscellaneous Games for Indoors and Outdoors

Number Maze Game . . . . . . . . . . 101
Checker Pitching . . . . . . . . . . . 103
Five-in-a-Row or Goban . . . . . . . . . 104
Halma . . . . . . . . . . . . . . 106
Bean Tossing . . . . . . . . . . . . 109
Nine Holes . . . . . . . . . . . . . 110
American Bagatelle . . . . . . . . . . 112
Cockamaroo or Russian Bagatelle . . . . . . . 114
Indian Plum Stone Game . . . . . . . . . 117
Indian Pa-Tol Stick Game . . . . . . . . . 119
Tip-Tap-Toe . . . . . . . . . . . . . 122
Shuffleboard . . . . . . . . . . . . . 124
Checker Shuffleboard . . . . . . . . . . 128
Indoor Horseshoe Pitching . . . . . . . . . 129
Skittles . . . . . . . . . . . . . . 132
Table Skittles . . . . . . . . . . . . 134
Auto Race . . . . . . . . . . . . . 135
Steeplechase . . . . . . . . . . . . 137
Obstacle Race . . . . . . . . . . . . 139
The Game of India . . . . . . . . . . . 141
Circles of Sixes . . . . . . . . . . . 143
Stake Your Claims . . . . . . . . . . . 145
Tops and Numbers . . . . . . . . . . . 146
Cup and Ball . . . . . . . . . . . . 147

| | PAGE |
|---|---|
| Ring Tennis | 149 |
| Bean Bags | 150 |
| Bean Bag Naval Battle | 152 |
| Box Bean Bags | 153 |
| Tin Can Bean Bag Game | 154 |
| Bull Board | 155 |
| Fourex or Exo | 157 |
| The Fishing Game | 159 |
| A Bird Shooting Gallery | 161 |
| Indoor Golf | 164 |
| Indoor Croquet | 167 |
| Disk Croquet | 169 |
| Tenpins | 170 |
| Marble Tenpins | 172 |
| Ring Toss | 174 |
| Storming the Castle | 176 |
| Jackstraws | 177 |
| Kim's Game or Observation | 179 |
| Eyes | 180 |
| Letters and Words | 181 |
| Scrambled Words | 183 |
| Zoo Animals | 184 |
| Who Was It? | 186 |
| Balloon Football | 188 |
| Balloon Tennis | 190 |
| Tissue Paper Race | 192 |
| The Donkey's Tail | 193 |
| The Word Game | 195 |
| Jack Pot | 197 |
| Bounce | 199 |
| Cross Country | 200 |
| Seven Up | 202 |

# KIM'S GAME OR OBSERVATION

THIS is the famous game that Kim was made to play in Rudyard Kipling's book of that name. It was a part of Kim's training for the secret service in India, and, while few of us may ever end up in that exciting career, we can get a good deal of genuine interest from playing the game. There is no special equipment to make, but the gathering together of the various objects that are needed takes about the same length of time and the same attention to detail as the making of many of the other games in this book.

To prepare for the game, you go about the house and collect between twenty and thirty different objects of all different kinds. The collection may include a match-box, an ash tray, a book, a piece of paper, a pencil, a pen, a ring, a knife, a pair of scissors, and a number of other things. The only rule is that no two objects may be alike.

*To Play.* Put all the objects on a table and cover them with a cloth. The players stand around the table, and the cloth is then removed for one minute. During that time the aim of each player is to note and remember as many of the objects as possible. The cloth is then put on again, and the players have five minutes in which to write the most complete list they can of the objects they have seen.

This is an extremely interesting game and one in which practice quite speedily develops a keener sense of observation and a better memory. There is also a very sharp sense of competition, which gives the game a quality all its own.