UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br><br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**MGA ENTERTAINMENT, INC.'S WITNESS LIST**
**FOR THE EVIDENTIARY HEARING ON HASBRO'S**
**MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER**

Evidentiary Hearing
Date: Monday, October 23, 2006
Time: Commencing at 9:00 a.m.
Place: Courtroom of the Hon. William E. Smith

The following are the witnesses that defendant/counterclaim plaintiff MGA Entertainment, Inc. ("**MGA**") intends to have provide testimony at the evidentiary hearing in support of its opposition to plaintiff/counterclaim defendant Hasbro, Inc.'s ("**Hasbro**") motion for a preliminary injunction and recall order.[1] MGA also submits in opposition to Hasbro's motion all of the argument, points and authorities, evidence, declarations, expert reports, and requests for judicial notice that MGA has previously submitted to this Court in connection with Hasbro's motion. The following witnesses are not necessarily presented in the order in which they will appear, which has yet to be determined.

| WITNESS | POSITION | FORMAT OF TESTIMONY |
|---|---|---|
| Yuval Caspi | MGA VP of Product Development, Toys | In court[2] |
| Alex Keossian | MGA Graphic Designer | Video conference[3] |
| Courtney Werner | MGA Product Designer | In court |
| Bo Lumabao | MGA Product and Marketing Manager | In court |
| Jeremy Anderson | MGA Copywriter | Deposition |
| Sandra Disner | Linguistics expert | In court |
| Barry Shapiro | Toy industry expert | In court |
| Phil Johnson | Consumer survey expert | Video conference[4] |
| Beth Chapman | U.S. Patent and Trademark Office expert on trademarks | Video conference[5] |
| George Cooper | U.S. Patent and Trademark Office expert on patents | Declaration[6] |

[1] Hasbro sent MGA a letter on October 16, 2006 in which Hasbro states that it intends to present testimony from the following witnesses in the following order in its case: Mark Stark, Thomas Dupont; Sean Wiggins; Millens Taft; Paul Vanasse; Bruce Whitehill.

[2] The parties have agreed not to designate deposition testimony for those witnesses who will be testifying before the Court.

[3] Mr. Keossian's wife just had their first baby by emergency C-section a few days ago, so he cannot travel from Los Angeles to Rhode Island at this time as he is needed to drive her to and from doctors and other appointments with their newborn. MGA requests that he be permitted to testify by video conference, using the video conference equipment in MGA's outside counsel's Los Angeles office.

[4] Mr. Johnson lives and works in Chicago, and cannot make it to Rhode Island on such short notice. He requests that he be permitted to testify by video conference, using video conference equipment at a nearby law firm in Chicago.

[5] Ms. Chapman works in Arlington, Virginia, and cannot make it to Rhode Island on such short notice. She requests that she be permitted to testify by video conference, using the video conference equipment in MGA's outside counsel's Washington, D.C. office.

| | | |
|---|---|---|
| Mark Stark | Hasbro VP of Marketing | In court[7] |
| Millens Taft | Ex-Hasbro Director of Research and Development | In court |
| Paul Vanasse | Hasbro Director of Intellectual Properties | In court |
| Jill Hambley | Hasbro VP of Marketing | Deposition[8] |
| Jill Hambley 30(b)(6) | Hasbro VP of Marketing | Deposition |
| Barry Nagler | Hasbro Corporate Secretary, SVP, General Counsel | Deposition |
| Anne-Marie Kroisi 30(b)(6) | Hasbro Director of Consumer Insights | Deposition |
| Mark Sullivan 30(b)(6) | Hasbro SVP of Sales for Customer Service, Replenishment, and Retail Marketing | Deposition |
| Mitchell Walker 30(b)(6) | Hasbro Category Manager for Games, Electronic Games, and Puzzles for Wal-Mart | Deposition |

[6] Mr. Cooper lives in Virginia. His testimony will be very short, and will be provided by the filing of a declaration. If necessary, he can be made available to testify by video conference, using the video conference equipment in MGA's outside counsel's Washington, D.C. office.

[7] Hasbro states that Messrs. Stark, Taft, and Vanasse will be in court, and the parties have agreed that they need not designate deposition testimony for those witnesses who will appear in court.

[8] Hasbro states that Messrs. Nagler, Kroisi, Mitchell and Sullivan and Ms. Hambley will not be attending the hearing so, in reliance on that representation, MGA will present their testimony by deposition.

Dated: October 19, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ Brooks R. Magratten /jpb
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place, 3rd Floor
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
JANENE P. BASSETT, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
jbassett@sheppardmullin.com

400103602.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within **MGA ENTERTAINMENT, INC.'S WITNESS LIST FOR THE EVIDENTIARY HEARING ON HASBRO'S MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER** on October 19, 2006. The **MGA ENTERTAINMENT, INC.'S WITNESS LIST FOR THE EVIDENTIARY HEARING ON HASBRO'S MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER** is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Janene P. Bassett
Janene P. Bassett