UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**DECLARATION AND AMENDED PRELIMINARY EXPERT REPORT OF SANDRA FERRARI DISNER SUBMITTED IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO HASBRO, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER**

Evidentiary Hearing
Date: Monday, October 23, 2006
Time: Commencing at 9:00 a.m.
Place: Courtroom of the Hon. William E. Smith

# DECLARATION AND AMENDED PRELIMINARY EXPERT REPORT OF SANDRA FERRARI DISNER

I, Sandra Ferrari Disner, state as follows:

1. I am a professional linguist. I hold a Ph.D. in Linguistics from the University of California, Los Angeles, an M.A. in Linguistics from the University of California, Los Angeles, and a Bachelor of Arts degree from Wellesley College, where I was elected to Phi Beta Kappa. I also pursued graduate studies at Harvard University.

2. I have worked as a translator (Spanish, French, Italian, German) at the U.S. Department of State (1973-75); visiting scholar at Bell Laboratories (1979-80); lecturer in the Department of Linguistics at the University of California, Riverside (1981); member of the technical staff at Mattel Electronics (1981-83); linguistic consultant at Centigram, Inc. (1988-97), at Breveon, Inc. (1999-2001) and at NeoSpeech, Inc. (2003-04); lecturer in the Department of Linguistics at the University of Southern California (2006); lecturer in the Department of Linguistics at the University of California, Los Angeles (2006); and as an expert witness in linguistics (1983-2006).

3. I have previously testified or given expert opinions in other cases as an expert witness in linguistics. Examples of such cases involving trademarks are as follows:

*Innovative Beverage Concepts, Inc. v. Ames International, Inc.*

*Case No. SACV04-562 CJC*

*United States District Court, Central District of California*

*Deckers Outdoor Corporation. v. Koolaburra et al.*

*Case No. CV 04-1137*

*United States District Court, Central District of California*

*Ameriquest Mortgage Company adv. Americrest Bank*

*Case No. 021456*

*United States District Court, Western District of Oklahoma*

4. I am a member of the Linguistic Society of America, the Acoustical Society of America, and the International Association for Forensic Phonetics and Acoustics.

5. I am being compensated for my work on this matter at my standard fee of $250 per hour.

6. I have been asked by Sheppard, Mullin, Richter & Hampton LLP, attorneys for MGA Entertainment, Inc., to provide an opinion as to whether the term "memory" is generic for a certain type of card game. In providing this opinion, I have relied on the documents, games and websites identified in this report, as well as on the charts attached to this report entitled "MGA ENTERTAINMENT 'A' EXHIBITS—DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS" and "MGA ENTERTAINMENT 'B' EXHIBITS—

PURCHASED PHYSICAL GAMES", and the documents, games and websites identified in them. I have examined each of the documents and games identified in those charts, and the websites identified in them, to verify that the information in the charts is accurate.

7. Linguistics is the study of the nature, structure, and history of language. Linguists analyze the components of language, such as words, meanings, sounds, grammar, discourse, and the like. It is my opinion as a linguist that, for speakers of American English, the term "memory" is generic for a certain type of card game.

8. Dictionaries synthesize the lexical intuitions of an entire language group at a given time, in order to describe what people know about the words in their vocabulary. As such, dictionaries can be indicative of the primary significance to the public of the words contained therein.

9. I first surveyed the two most authoritative dictionaries of American English at the time of first use of the term "memory" by Hasbro, Inc., which, Hasbro states, was in 1966. These were the 1966 *Webster's Third New International Dictionary of the English Language, Unabridged*, and the 1967 *Random House Dictionary of the English Language*, both copyright 1966. To address the question of whether Hasbro's "first use" may have pre-dated the publication of these dictionaries in that year, I also consulted the previous (and original) publication of *Webster's Third*, copyright 1961. (The *Random House Dictionary* that I consulted, copyright 1966, was the first printing of the first edition of that work.)

10. *Webster's Third* has been described as "the only synchronic, unabridged dictionary in English" (Landau, Sidney. *Dictionaries, The Art and Craft of Lexicography* p.125. Cambridge: Cambridge University Press, 2001). It contains 450,000 entries. *The Random House Unabridged Dictionary* (first edition), with 260,000 entries, has been called "semi-unabridged", and it is said to have "considerably more text than any" in its class. (Landau p. 31, *supra*)

11. In the *Random House Dictionary of the English Language* (first edition, copyright 1966), the twelfth definition of the word "memory", with subject specification *Cards* [italics original], is "concentration (def. 7)". The seventh definition of "concentration" in that dictionary is as follows:

> "Also called **memory**. *Cards.* a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed." [boldface and italics original]

12. The definition of "concentration" is slightly changed in the second edition (copyright 1987, printed in 1993) of the *Random House Dictionary of the English Language*, and in the 2001 printing of this same reference work (renamed the *Random House Webster's Unabridged Dictionary*), but the opening words are still "Also called **memory**." There is no

longer a specification that the game is "for two or more players". And "the pack" is changed to "all 52 cards", which even more firmly associates the game-play with a standard deck of playing cards. Otherwise, the definition is unchanged.

13. In the 1961 *Webster's Third*, the fifth definition of the word "concentration" is as follows:

> "a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play – called also *memory*" [italics original]

This definition remains unchanged in the 1966 *Webster's Third.*

14. All subsequent printings of *Webster's Third*, and also the current online version of that dictionary (http://unabridged.merriam-webster.com/cgi-bin/unabridged?va=concentration&x=31&y=3, accessed October 3, 2006), maintain this definition and continue to list "memory" as another name for this game.

15. In none of these dictionaries is there any reference to "memory" being a trademark. It is not capitalized, and there is no "*trademark*" notation alongside it, as can be found alongside trademarked terms such as "Kleenex" and "Xerox" in these same dictionaries.

16. Game encyclopedias and rule books published before Hasbro's 1966 "first use" call this game "Memory" (Mulac, Margaret. *The Game Book* p. 144. New York: Harper, 1946), or "Concentration (Memory, Pelmanism)" (Frey, Richard. *Rules of Games According to Hoyle* p. 190. Greenwich CT: Crest-Fawcett, 1956 (9th Crest Printing, 1965); Frey, Richard. *The New Complete Hoyle* p. 478. Philadelphia: McKay, 1947; Morehead, Albert, Frey, Richard, and Mott-Smith, Geoffrey. *The New Complete Hoyle* p. 478. Garden City NY: Doubleday, 1964), or "Concentration (Memory)" (Morehead, Albert et al , eds. *The Official Rules of Card Games: Hoyle Up-to-Date* p. 220. Cincinnati: US Playing Card Company, 1952, 1959, 1961, 1963), or "Concentration or Memory" (Morehead, Albert and Mott-Smith, Geoffrey, eds. *Hoyle's Rules of Games* p. 171. New York: Signet, 1958). Another source calls it "Concentration", but notes that "[i]t is often called Memory" (Goren, Charles. *Goren's Hoyle Encyclopedia of Games* p. 492. New York: Greystone-Hawthorn, 1961). All of these sources describe "memory" as requiring a pack or deck of cards, with most of the sources specifying 52 cards or a "regular deck".

17. Game encyclopedias and rule books postdating Hasbro's 1966 "first use" continue to refer to "memory" as a game for a standard 52-card deck, or pack, of cards (Scarne, John. *Scarne's Encyclopedia of Games* p. 364. New York: Harper & Row, 1973; U.S. Playing Card Company. *The Official Rules of Card Games* p. 220. Cincinnati: U.S. Playing Card Company, 1968; Kansil, Joli, ed. *Bicycle Official Rules of Card Games* p. 294. Cincinnati: U.S. Playing Card Company, 2006; Frey, Richard. *According to Hoyle* p. 284. NY: Fawcett, 1970 (First Ballantine Trade Edition 1996); Morehead, Albert et al, eds. *The New Complete Hoyle, Revised* p. 459. New York: Doubleday, 1991; Gibson, Walter B. *Hoyle's Encyclopedia of Card Games* p. 70. New York: Broadway, 1974; Katz, Nikki. *The Everything Card Games Book* p.

84. Avon MA: Adams, 2004), or "one or two standard decks of playing cards" (Diagram Group. *The Way to Play: The illustrated encyclopedia of the games of the world* p. 306. New York: Paddington Press, 1975; Diagram Group. *The Ultimate Book of Card Games* p. 416. New York: Sterling, 1995; Diagram Group. *Family Fun and Games* p. 506. NY: Sterling, 1992), or "one standard deck of cards" (Diagram Group. *Card Games* p. 205. New York: HarperTorch, 1999) or "a regular pack of cards" (Morehead, Albert and Mott-Smith, Geoffrey, eds. *Hoyle's Rules of Games* p. 233. New York: Signet-New American Library, 2001), or "the whole deck" (Eagle, Terry. *Kids' Card Games* p. 21. Hauppage NY: Barron's, 1999).

18. Before Hasbro's 1966 "first use", the term "memory" was clearly the generic name of a card game. It had been listed in dictionaries for at least five years, and in game-play guides for at least two decades, before that date. It appeared in all of the early sources, *supra*, simply as a noun ("Memory"), and never appeared in trademark fashion as a modifier (such as if "Memory Game" had actually been attested).

19. A word's flexibility in moving across grammatical categories, in combining with other words, and in contracting in certain contexts, can be indicative of its generic status (Roger Shuy, *Linguistic Battles in Trademark Disputes* pp. 50-51. New York: Palgrave Macmillan, 2002). The term "memory" gives evidence of such flexibility in the years since 1966, as can be determined from a survey of news articles (Exhibit F, which I am informed was previously submitted to the court as an "Exhibit 1") and of books, games, and websites (Exhibits A, B, and D, which I am informed have been submitted to the court) that all make use of this term.

20. Trademarks are properly used as modifiers, functioning like adjectives in a phrase in which the head noun is a generic term (e.g., Kleenex tissues). However, **Exhibit 1** lists a number of examples of "memory" used as the head noun itself, including "Easy Memory" (Exhibit D58), "Math Memory" (B119), and "Jurassic Memory" (B12), as well as several freestanding examples of "Memory" (e.g., B9, B37). These games may be contrasted with others that have "game" in the title, some manufactured by Hasbro (e.g., "Finding Nemo Memory Game", "Pooh Memory Game") and some by other third parties (e.g., "Rainbow Fish Memory Game" (B13), "I Spy Memory Game" (B21)). This shows "memory" moving across grammatical categories, from modifier to noun.

21. The principles of lexical combining (juxtaposing two nouns into a compound) and lexical contracting (deletion of one noun before another) are characteristic of an active, dynamic term. "Active language constructions give evidence of common, generic use, unfettered by whatever special definitions and functions that may be claimed for them." (Shuy p. 51, *supra*).

In the exhibit database there are a number of examples of "memory" appearing in noun compounds other than "memory game" (which is what appears on Hasbro's products). These include complex ones such as "memory-matching game", "memory match-up game", "memory match game", and "memory match card game", and also opaque ones such as "memory flash" and "memory mate".

22. There are also a number of examples of the deletion of "memory". One card game entitled "Bible Memory" (B96) is subtitled "Bible Card Game!" Another game (B67) containing a box of cards labeled "Memory Match Card Game" refers to this simply as "Match Game" on the outer box. And what is described as "the waddling walking memory matching game" leaves out any reference to "memory" in its title, "Penguin March and Match" (B138). The optional presence of "memory" in these phrases is typical of generic terms, just as "tissues" is sometimes dropped from the phrase "Kleenex tissues".

23. Numerous examples of "memory" preceded by a modifier are listed in **Exhibit 2**, such as "Twins Memory Game" (B77), "Farm Memory Game" (B61), and "Lizzie's Tile Stylin' Memory Game" (D46). The many games whose titles consist of a modifier (to distinguish them from other such games) and the word "memory" suggest that "memory" is no longer a unique referent. Rather, it refers to a category, a type of game, of which there are numerous sub-types.

None of the examples in **Exhibit 2** is a Hasbro product, but a number of Hasbro products developed after its 1966 "Memory" game, such as "My Little Pony Memory Game", "Tonka Memory Game", and "Pooh Memory Game" could be added to this list. These are also sub-types of the "memory" category of games.

24. Additional linguistic evidence points to the non-uniqueness of "memory" [**Exhibit 3**]. There are numerous examples of the indefinite article ("A memory game for adults" (B69), "A fun memory game for kids ages 2-6" (B102), "A Match & Dance Memory

Game" (B1)), the demonstrative ("This simple memory game" (F37), "this easy-to-learn classic memory card game" (B150)), the post-nominal modifier ("Memory game with a twist" (B127), "A memory game with team logos" (F17), "The memory game kids will never forget" (B126)), and the plural head noun ("Unlike traditional memory games" (B5), "As simple as the memory games of childhood" (B68)), all implying the existence of other memory games available to the playing public. "A" game implies another; "this" game implies that other one; "the memory game that kids will never forget" implies other, forgettable ones; and the use of the plural is, by definition, a denial of uniqueness.

25. In contrast, the definite article "the", implying uniqueness, is not very well-attested before "memory game" in the database. Moreover, in several cases, this phrase clearly indicates a product which is not Hasbro's ("...this little game she plays on the computer, the memory game" (F36); "'Do You Remember?' is the classic memory game" (D97)).

26. The 2004 "Parents' Choice Silver Honor", an award bestowed on the "Who Lives Where" game (B105), makes reference to "the memory game concept". A "concept" is defined in *Webster's Third New International Dictionary of the English Language, Unabridged* as "a generic mental image abstracted from percepts". The Parents' Choice Foundation thus seems to consider "memory game" a generic term.

27. A semantic class of modifiers, illustrated in **Exhibit 4**, is used in the description of a number of these games. They are variously described as "classic", "original" or "traditional" -- all modifiers occupying the same semantic field, which might be called

"prototypal". There are, of course, two likely candidates for the prototype: either the generic, 52-card game described in the dictionaries and rule books; or the trademarked Hasbro product. In the examples at hand, the use of the indirect object ("a classic [...] game" (B15)), the demonstrative ("this classic game" (B52)), the possessive pronoun ("my classic card games" (B9)), the plural ("unlike traditional memory games" (B5)), and even the linking verb "be", which here links a non-Hasbro product to the prototype ("'Do You Remember?' is the classic memory game" (D97)), all point to the non-unique, and thus generic, usage.

28. I have examined receipts, order confirmations, and packing slips and have satisfied myself that the games and books in the MGA Entertainment exhibit list were indeed purchased or obtained from a public library, with the exception of Exhibits A31, A36, A43, B164, B166, B168, B175, B176, and B178, for which the receipts were incomplete or missing.

29. The use of the term "memory" for a game in which one turns over and matches pairs of cards was well-established in American English before Hasbro's 1966 "first use", with clear and detailed definitions of this game appearing in the most authoritative dictionaries and rule books of the time. Those definitions are repeated, almost unchanged, in the most authoritative dictionaries and rule books of the present day. Moreover, the term "memory" has been adopted by a large class of games and websites which follow the same, or nearly the same, rules of play as those described in the dictionaries and rule books. Grammatical structures in the titles and descriptions point to the non-uniqueness of this type of "memory" game. It is, therefore, my professional opinion that the term "memory" was originally generic, and remains generic today, for games that involve turning over and matching pairs of cards.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October, 2006 at Los Angeles, California.

Sandra Ferrari Disner

**Exhibit 1**

**"Memory" as a noun**

| Exhibit: | Title: | Accompanying phrases: |
|---|---|---|
| B2 | | "Ballerina Memory" |
| B4 | | "Horse Memory" |
| B12 | | "Jurassic Memory" |
| B15 | Animal ABC Memory | |
| B48 | | "Masterpiece Memory" |
| B55 | | "Mummy Memory" |
| B82 | Monkey Memory | |
| B96 | Bible Memory | |
| B114 | | "directions to play Mary Memory" |
| B115 | Fun with Memory | |
| B 119 | Math Memory | |
| B143 | First Step Memory | |
| B149 | | "Classic Memory" |
| B170 | | "Masterpiece Memory" |
| D58 | Easy Memory | |
| D76 | Absolute Memory | |
| D78 | Matchem Memory | |
| D120 | Harem Games Memory | |
| D139 | Schnezel Musical Memory | |
| | | |
| B21 | | "Match the pairs and play memory!" |
| B37 | Memory | |
| B129 | Memory | |
| B9, B149 | | "Memory" [one of "My Classic Card Games"] |
| B172 | | "Includes: Memory" |
| B173 | | "Play 3 ways: Lotto, Memory, Matching |
| B174 | | "Play 3 ways: Lotto, Memory, Matching |
| D62 | Memory (aka Concentration) | |

**Exhibit 2**

**"Memory" preceded by modifiers**

| Exhibit | Title | Accompanying phrases |
|---|---|---|
| B1,135 | Angelina Ballerina, a Match & Dance Memory Game | |
| B7 | | "The Pick Up Pooches Memory Game" |
| B8 | Milo's Magical Memory Game | |
| B13,137 | Rainbow Fish Memory Game | |
| B17 | Brainy Baby Memory Game | |
| B21,6 | | "the challenging Riddle Memory Game" |
| B21,6 | I Spy Memory Game | |
| B25 | Preschool Memory Game | |
| B26 | | "Thomas Memory Game" |
| B32 | Peter Cottontail Puzzle & Memory Game | |
| B39 | Search & Find Bible Memory Game | |
| B40 | Coffee Break Memory Game | |
| B51 | | "Baby Animals Memory Game" |
| B56 | | "Advanced Memory Game" |
| B61 | | "Farm Memory Game" |
| B68 | Erotic Memory Game | |
| B77 | Twins Memory Game | |
| B87 | Pat the Bunny Memory Game | |
| B114 | Mary Memory Card Game | |
| B134 | Jay Jay the Jet Plane Memory Game | |
| B157 | Hawaiian Memory Game | |
| B161 | | "Basic Memory Game" |
| B165 | Kids Travel Memory Game | |
| B175 | | "Match the Symbols Memory Game" |
| D8 | Chicken Little Memory Game | |
| D46 | | "Lizzie's Tile Stylin' Memory Game" |
| D60 | Animated Memory Game | |
| D61 | Matching Pairs Memory Game | |
| D79 | Keeping Fit Memory Games | |
| D83 | National Geographic Kids' Memory Game | |
| D91 | The Coin Memory Game | |
| D114 | Fish Memory Game | |
| D115 | Dinosaur Memory Game | |
| D136 | Message Club Memory Game | |
| D137 | Whoosh Memory Game | |
| D138 | Play School Memory Game | |
| D139 | Musical Memory Game | |
| F31 | The Sneaker Memory Game | |
| F38 | the Match II memory game | |
| | | |
| B18 | Colors & Shapes Memory Match | |
| B19 | Creation Memory Match | |
| B94 | Read & Rhyme Memory Match | |

| | | |
|---|---|---|
| B98 | Word Opposites Memory Match | |
| B107 | Blending Buddies Memory Match | |
| B116 | Animals Memory Match | |
| B117 | Dinosaur Memory Match | |
| B118 | Colors and Shapes Memory Match | |
| B132 | Animals Memory Match | |
| B133 | Word Opposites Memory Match | |
| B140 | | "Animal Memory Match" |

Also, the examples cited in the first section of Exhibit 1.

**Exhibit 3**

**Grammatical elements**

| Exhibit | Title | Accompanying phrases |
|---|---|---|
| **[Indefinite article:]** | | |
| B5 | | "The Same Game is a memory game" |
| B10,84 | | "A very memorable Memory Game" |
| B16 | | "A Memory Game that teaches you Spanish" |
| B17 | | "More than just a memory game" |
| B33 | | "A memory game about learning to tell time" |
| B47 | | "A Fun Memory Game" |
| B69 | | "A memory game for adults" |
| B69 | | "A very sexy Memory Game!" |
| B79 | | "A memory game for the very young" |
| B82 | | "A quick-thinking logical memory game" |
| B86 | | "A game similar to 'Memory'" "The 'Memory' game" |
| B89 | | "An on-the-move memory game" |
| B99 | | "An exciting memory game" |
| B102 | | "A fun memory game for children ages 2-6" |
| B109 | | "A Memory Card Game" "A fun-filled memory game" |
| B113 | | "A fun memory game!" |
| B119 | | "…a self-testing memory game" |
| B1,135 | | "A Match & Dance Memory Game" |
| B158 | | "…can be used as a memory game" |
| B161 | | "A First Memory Game" |
| B169 | | "A Memory Card Game" |
| B169 | | "A fun-filled memory game" |
| D103 | | "A memory game for you to make and play" |
| F16 | | "It's a simple memory game in which…" |
| F17 | | "Players can … try a memory game with team logos |
| F18 | | "a diagnostically & audibly responsive computer learning memory game" |
| F22 | | "Match 'Em Up is a new twist on the classic memory game" |
| F23 | | "a matching and memory game that incorporates the sights & sounds…" |
| F25 | | "Teachers can create a memory game by using duplicates of the photos…" |
| F27 | | "…a math memory game…" |
| F29 | | "…a memory game in which kids have to match lemurs..." |
| F35 | | "…match pictures in a child's memory game" |
| F40 | | "a memory game in which the players divide up 60 vampires" |
| F42 | | "a memory game, in which the child matches tiles by flipping…" |
| **[Plural:]** | | |
| B5 | | "Unlike traditional memory games" |
| B68 | | "As simple as the memory games of childhood" |
| D9 | | "Concentration--The Memory Games" |

| | | |
|---|---|---|
| D79 | "Keeping Fit Memory Games" | "…these fun memory games" |
| F31 | | "The Sneaker Memory Game is just like the ones you used to play as a kid" |
| F33 | | "Memory games & auditory exercises can help students…" |

**[Demonstrative:]**

| | |
|---|---|
| B24 | "This Memory card game…" |
| B40 | "Relax over this classic game" |
| B40 | "Relax with this fantastic Coffee Break Memory Game" |
| B52 | "in this classic game where children use their memory..." |
| B111 | "This memory game enriches children's vocabulary…" |
| B150 | "in this easy-to-learn classic memory card game" |
| D79 | "Exercise your brain with these fun memory games" |
| F14 | "This Memory Game" |
| F26 | "This familiar memory game will be a winner with younger children" |
| F36 | "this little game she plays on the computer, the memory game" |
| F37 | "…matching up the patriotic symbols in this simple memory game." |

**[Post-nominal modifier:]**

| | |
|---|---|
| B5 | "The memory game with a spin" |
| B16 | "A Memory Game that Teaches You Spanish" |
| B126 | "The memory game kids will never forget" |
| B127 | "Memory game with a twist" |
| B138 | "The memory game that gets you up and waddling away" |
| F17 | "try a memory game with team logos" |

**[Conjunction of "the memory game" and a non-Hasbro product:]**

| | |
|---|---|
| B127 | "Pick-a-Pair: The Memory Game" |
| D97 | "'Do You Remember?' is the classic memory game" |
| F36 | "…this little game she plays on the computer, the memory game" |

**Exhibit 4**

**References to prototype:**

| Exhibit: | Title: | Accompanying phrases: |
|---|---|---|
| B5 | | "Unlike traditional memory games" |
| B8 | | "Based on the traditional game of Memory & can be played that way" |
| B9 | | "Classic Memory" |
| B9 | My Classic Card Games [one of which is called "Memory"] | |
| B13, 137 | | "Based on the traditional game of memory & can be played that way" |
| B15 | Animal ABC Memory | "a classic alphabet matching game" |
| B15 | | "Classic Memory Game" |
| B15 | | "Play as in Classic Memory on the reverse side" |
| B17 | | "This game is Brainy Baby's twist on the classic memory game" |
| B40 | Coffee Break Memory Game | "Relax over this classic game" |
| B42 | Scratch n' Match Original Memory Game | |
| B52 | | "in this classic game where children use their memory..." |
| B70 | | "Similar to the classic Memory Game"; |
| B70 | | "Plays like the Classic Memory Game" |
| B105 | | "a well-crafted wooden twist on the traditional memory game" |
| B150 | | "…in this easy-to-learn classic memory card game" |
| D97 | | "'Do You Remember?' is the classic memory game where you uncover tiles…" |
| F22 | | "Match 'Em Up is a new twist on the classic memory game" |
| F31 | | "The Sneaker Memory Game is just like the ones you used to play as a kid" |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **DECLARATION AND AMENDED PRELIMINARY EXPERT REPORT OF SANDRA FERRARI DISNER SUBMITTED IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO HASBRO, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER** on October 20, 2006. The **DECLARATION AND AMENDED PRELIMINARY EXPERT REPORT OF SANDRA FERRARI DISNER SUBMITTED IN SUPPORT OF MGA ENTERTAINMENT, INC.'S OPPOSITION TO HASBRO, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND RECALL ORDER** is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Janene P. Bassett