# EXHIBIT 1 TO:

# DECLARATION AND EXPERT REPORT OF BETH A. CHAPMAN

**Beth A. Chapman**

Experience: 2006-present Of Counsel, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., specializing in trademark prosecution and litigation

1998-2005 Administrative Trademark Judge, Trademark Trial and Appeal Board (TTAB), United States Patent and Trademark Office (USPTO). Determined administrative cases involving registrability of trademarks, service marks, collective membership marks and certification marks in *inter partes* cases (oppositions, cancellations, and concurrent use) after trial, and in *ex parte* appeals of refusals of the trademark examining attorney to register.

1982-1998 Interlocutory Attorney, TTAB. Responsible for handling motions in *inter partes* cases, including motions to compel, to extend dates, for summary judgment, for sanctions, and for failure to state a claim. In 1996, received the Department of Commerce Bronze Medal Award for superior performance as an interlocutory attorney.

1980-1982 Managing Attorney, Trademark Examining Operation. Supervised over 20 Trademark Examining Attorneys, who examined applications covering a wide variety of classes of goods and services. Responsible for administrative matters as well as substantive and procedural trademark law issues. Instructor for the Trademark Academy Class. Served on the USPTO Incentive Awards Committee 1981-1983, as alternate chair and then chair.

1978-1979 Department of Commerce Science and Technology Fellowship. Worked at the Office of the U.S. Trade Representative during the closing stages of the Geneva Multilateral Trade Negotiations.

1973-1978 Trademark Examining Attorney. Responsible for examining trademark applications for substantive and procedural issues.

Seminars/Lectures: Numerous speeches and presentations in seminars and classes since 1980 on trademark registrability and practice before the Trademark Trial and Appeal Board. The sponsors of these seminars and classes include:

DC Bar Association
Pharmaceutical Manufacturers Association
Michigan Bar Association
San Francisco Intellectual Property Law Association
George Mason University School of Law
International Trademark Association
Kansas City Metropolitan Bar Association
American Law Institute-American Bar Association

The Merchandising Reporter
Practicing Law Institute
Los Angeles Intellectual Property Law Association
Pennsylvania Bar Institute

Publications: "Motion Practice Before the Board," chapter for the United States Trademark Association seminar book on TTAB Proceedings for the Board's 25th Anniversary, 1983.
"Trademarks as Ornamentation," The Merchandising Reporter, Dec 1983-Jan 1984, Vol. 2, No. 11, p. 15.
"Tips From the TTAB: Amending Pleadings: The Right Stuff," Vol. 81 The Trademark Reporter p. 302 (1991).

Education: University of South Dakota, BA 1970, JD 1973

Memberships: South Dakota Bar. Admitted to practice in South Dakota, and before the United States District Court for the District of South Dakota, the United States Court of Appeals for the Federal Circuit and the United States Supreme Court. Member of the Federal Circuit Bar Association.