# EXHIBIT 2 TO:

# DECLARATION AND EXPERT REPORT OF BETH A. CHAPMAN

# Trademark ID Manual

**Refine Search:** "MEMORY GAME"

Submit Query

*Documents:* 1 - 1 of 1

| *Hit No.* | *Class* | *Description* | *Status* | *Effective Date* | *Type* | *Note* | *Trilateral* |
|---|---|---|---|---|---|---|---|
| 1 | 028 | Equipment sold as a unit for playing a memory game | A | 01 Oct 94 | G | N | |

**Refined Search:** "MEMORY GAME"

Submit Query

Return to Search