# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **DECLARATION AND EXPERT REPORT OF BETH A. CHAPMAN** (which includes two exhibits to it) on October 20, 2006 on behalf of defendant and counterclaim-plaintiff MGA Entertainment, Inc.

The **DECLARATION AND EXPERT REPORT OF BETH A. CHAPMAN** is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ George Lieberman