UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**DEFENDANT MGA'S REQUEST THAT CERTAIN REFERENCE MATERIALS (DICTIONARIES, BOOKS, *ETC.*) AND GAMES PURCHASED FROM PHYSICAL AND ONLINE STORES BE DEEMED AUTHENTICATED AND TO HAVE PROPER FOUNDATION THEREFOR**

Evidentiary Hearing
Date: Monday, October 23, 2006
Time: Commencing at 9:00 a.m.
Place: Courtroom of the Hon. William E. Smith

During the in-chambers conference with the Hon. William E. Smith on October 10, 2006, the Court stated that it expected counsel for the parties to work out a stipulation to the authenticity of and foundational facts concerning the third-party books and games that defendant/counterclaim plaintiff MGA Entertainment, Inc. ("**MGA**") discussed at the conference. Counsel for plaintiff/counterclaim defendant Hasbro, Inc. ("**Hasbro**") agreed that Hasbro could stipulate to such matters, leaving its arguments, if any, concerning the *weight* of that evidence to be raised before the Court at a later date.

On Sunday, October 15, 2006, MGA provided the attached draft stipulation to Hasbro, which included the two charts attached thereto that outlined in detail the foundational facts concerning such third-party books and games that were the subject of the stipulation. MGA asked Hasbro for its prompt response. MGA also has repeatedly made the third-party books and games that are the subject of that stipulation available for inspection by Hasbro, and has provided photocopies of the relevant portions of those documents. Hasbro, however, did not respond to MGA concerning its proposed stipulation. As stated on the October 10 conference, MGA should not have to bring the numerous witnesses who found and bought all of these books and games to the Court just to authenticate them and provide the foundational evidence concerning what is stated in or on such items and when and where they were found, and by whom. This should be a straightforward matter that the parties should be able to handle by stipulation among themselves, but MGA has been trying for months to get Hasbro's cooperation, to no avail. MGA, therefore, requests that at the upcoming evidentiary hearing the Court hold that the matters stated in the attached draft stipulation are deemed to be properly authenticated and to have sufficient foundation established therefor, in order to avoid having to provide numerous witnesses to authenticate and lay a foundation for the acquisition of all of these materials.

Dated: October 21, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ Brooks R. Magratten /jpb
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place, 3rd Floor
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
JANENE P. BASSETT, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
jbassett@sheppardmullin.com

400107772.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within **DEFENDANT MGA'S REQUEST THAT PLAINTIFF HASBRO BE REQUIRED TO STIPULATE TO AUTHENTICITY AND FOUNDATION FOR REFERENCE MATERIALS (DICTIONARIES, BOOKS, *ETC.*) AND GAMES PURCHASED FROM PHYSICAL AND ONLINE STORES, PURSUANT TO A WRITTEN STIPULATION PROVIDED BY DEFENDANT MGA TO PLAINTIFF HASBRO** (which includes one exhibit to it) on October 21, 2006.

**DEFENDANT MGA'S REQUEST THAT PLAINTIFF HASBRO BE REQUIRED TO STIPULATE TO AUTHENTICITY AND FOUNDATION FOR REFERENCE MATERIALS (DICTIONARIES, BOOKS, *ETC.*) AND GAMES PURCHASED FROM PHYSICAL AND ONLINE STORES, PURSUANT TO A WRITTEN STIPULATION PROVIDED BY DEFENDANT MGA TO PLAINTIFF HASBRO** is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Janene P. Bassett