UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**REQUEST FOR JUDICIAL NOTICE AND EXHIBITS A.1-A.43 OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC. RE DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS**

This request for judicial notice is submitted in support of defendant/counterclaimant MGA Entertainment, Inc.'s ("MGA") counterclaim and affirmative defense that plaintiff/counter-defendant Hasbro, Inc.'s alleged "memory" mark is invalid as generic because, among other things, "memory" is defined in various dictionaries, books, and other gaming reference materials as a generic class of card game.

MGA hereby requests that the Court take judicial notice of the following exhibits and information from numerous dictionaries, books, and gaming reference materials, which may be obtained from Internet retailers, such as amazon.com and ebay.com:

**EXHIBITS A.1-A.43:** Copies of various dictionaries, games encyclopedias, and other gaming reference materials defining the term "memory" listed in the chart attached hereto. These dictionaries, games encyclopedias, and other gaming reference materials were purchased from amazon.com, ebay.com, and other Internet retailers,[1] and were copied by defendant/counterclaimant MGA.

**Reference to "memory":** The definitions of "memory" included in **EXHIBITS A.1 – A.43** and identified in the chart attached hereto include the text identified in the attached chart. The contents of voluminous records may be presented in the form of a chart or summary. FED. R. EVID. 1006.

Pursuant to Federal Rule of Evidence 201(d), a court is mandated to take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "A judicially

[1] The chart attached hereto specifies the retailer from which each dictionary, game, or gaming reference was purchased.

noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b).

**EXHIBITS A.1-A.43** are copies of dictionaries, books, and other reference materials. The information cited in the attached chart is from those dictionaries, books, and other reference materials, all of which may be obtained from Internet retailers, such as amazon.com and ebay.com. Because all of these exhibits and the information cited therein are taken from dictionaries, books, and other reference materials, they are capable of accurate and ready determination and therefore subject to judicial notice. *See B.V.D. Licensing Corp. v. Body Action Design*, 846 F.2d 727, 728 (Fed. Cir. 1988) ("Courts may take judicial notice of facts of universal notoriety, which need not be proved, and of whatever is generally known within their jurisdictions. To that end, dictionaries and encyclopedias may be consulted.") (internal citations omitted). *See also, e.g., Garb v. Republic of Poland*, 440 F.3d 579, 598 (2d Cir. 2006) (noting various circumstances in which courts have taken judicial notice of "authoritative texts"); *Commercial Bank v. Lexington Ins. Co*., 3 F.3d 939, 944 (6th Cir. 1993) ("Furthermore, the district court was within its discretion to take judicial notice of the dictionary definition of the word 'arising.'").

//

//

//

//

Dated: October 21, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ Brooks R. Magratten /jpb
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within **REQUEST FOR JUDICIAL NOTICE AND EXHIBITS A.1-A.43 OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC. RE DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS** on October 21, 2006. The **REQUEST FOR JUDICIAL NOTICE AND EXHIBITS A.1-A.43 OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC. RE DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS** is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Janene P. Bassett
Janene P. Bassett