# "A" EXHIBITS:

## DICTIONARIES, BOOKS AND OTHER REFERENCE MATERIALS

| Exh. No. | DESCRIPTION |
|---|---|
| A.1 | REFERENCE BOOK: THE NEW COMPLETE HOYLE: THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE WITH THE MOST AUTHORITATIVE ADVICE ON WINNING PLAY |
| A.2 | REFERENCE BOOK: THE NEW COMPLETE HOYLE: THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE WITH THE MOST AUTHORITATIVE ADVICE ON WINNING PLAY |
| A.3 | REFERENCE BOOK: OFFICIAL RULES OF CARD GAMES |
| A.4 | ACCORDING TO HOYLE: OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY |
| A.5 | REFERENCE BOOK: SCARNE'S ENCYCLOPEDIA OF GAMES |
| A.6 | REFERENCE BOOK: HOYLE'S ENCYCLOPEDIA OF CARD GAMES: RULES OF ALL THE BASIC GAMES AND POPULAR VARIATIONS |
| A.7 | REFERENCE BOOK: THE WAY TO PLAY: THE ILLUSTRATED ENCYCLOPEDIA OF THE GAMES OF THE WORLD |
| A.8 | REFERENCE BOOK: THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE: SECOND EDITION, UNABRIDGED |
| A.9 | REFERENCE BOOK: FAMILY FUN & GAMES |
| A.10 | REFERENCE BOOK: CARD GAMES: AN ESSENTIAL GUIDE TO THE MOST POPULAR AND ENTERTAINING GAMES |
| A.11 | REFERENCE BOOK: THE AMAZING GAME BOARD BOOK: MORE THAN 50 GAMES AND ACTIVITIES |
| A.12 | REFERENCE BOOK: HOYLE'S RULES OF GAMES, Third Revised and Updated Edition |
| A.13 | REFERENCE BOOK: KIDS' CARD GAMES: 25 EXCITING CHILDREN'S CARD GAMES EXPLAINED STEP BY STEP |
| A.14 | REFERENCE BOOK: GREAT BIG BOOK OF CHILDREN'S GAMES |

| Exh. No. | Description |
|---|---|
| A.15 | Reference Book: The Everything Card Games Book: A complete guide to over 50 games to please any crowd |
| A.16 | Reference Book: Card Games For Kids |
| A.17 | Reference Book: Crazy Games Ultimate Travel Games |
| A.18 | Reference: Printout of a webpage at http://en.wikipedia.org/wiki/Concentration/game |
| A.19 | Reference: Printouts of a webpage at http://boardgames.about.com/od/cardgames/a/aconcentration.htm |
| A.20 | Reference Book: The New Complete Hoyle: An Encyclopedia of Rules, Procedure, Manners and Strategy for Games Played with Cards, Dice, Counters, Boards, Words, and Numbers |
| A.21 | Reference Book: The Official Rules of Card Games: Hoyle Up-To-Date |
| A.22 | Reference Book: Rules of Games According to Hoyle |
| A.23 | Reference Book: Hoyle's Rules of Games |
| A.24 | Reference Book: 51st Edition of Hoyle Up-to-Date Official Rules of Card Games |
| A.25 | Reference Book: 52nd Edition of Hoyle Up-to-Date Official Rules of Card Games |
| A.26 | Reference Book: 53rd Edition Official Rules of Card Games |
| A.27 | Reference Book: The Game Book |
| A.28 | Reference Book: The Random House Dictionary of the English Language: The Unabridged Edition |
| A.29 | Reference Book: The Random House Dictionary of the English Language |
| A.30 | Reference Book: Webster's Third New International Dictionary of the English Language Unabridged |
| A.31 | Reference Book: Bicycle® Official Rules of Card |

| Exh. No. | DESCRIPTION |
|---|---|
| A.32 | REFERENCE BOOK: RULES OF GAMES ACCORDING TO HOYLE |
| A.33 | REFERENCE BOOK: GOREN'S HOYLE ENCYCLOPEDIA OF GAMES, WITH OFFICIAL RULES AND POINTERS ON PLAY INCLUDING THE LATEST LAWS OF CONTRACT BRIDGE |
| A.34 | REFERENCE BOOK: WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, UNABRIDGED |
| A.35 | REFERENCE BOOK: WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED |
| A.36 | REFERENCE BOOK: WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED |
| A.37 | REFERENCE BOOK: WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED |
| A.38 | REFERENCE BOOK: OFFICIAL RULES OF CARD GAMES |
| A.39 | REFERENCE BOOK: RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY |
| A.40 | REFERENCE BOOK: THE NEW COMPLETE HOYLE, REVISED – THE AUTHORITATIVE GUIDE TO THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE |
| A.41 | REFERENCE BOOK: THE ULTIMATE BOOK OF CARD GAMES |
| A.42 | REFERENCE BOOK: OFFICIAL RULES OF CARD GAMES |
| A.43 | REFERENCE BOOK: HOYLE UP-TO-DATE 50TH EDITION OFFICIAL RULES OF CARD GAMES |

# Exhibit A

1


THE
NEW
COMPLETE
HOYLE
MOREHEAD
FREY
MOTT-SMITH
EXHIBIT
A.1
GARDEN CITY

©
**Copyright 1956, 1947, by**

**ALBERT H. MOREHEAD**

*Laws of Contract Bridge 1948 and*
*Laws of Duplicate Contract Bridge 1949*
*© by the National Laws Commission of the*
*American Contract Bridge League.*

*Laws of Canasta and Samba*
*© 1950 by the Regency Club, New York.*

*Laws of 500*
*© 1904 by the United States Playing Card Co.*

*Laws of Auction Pinochle*
*© 1955, 1946, by the United States*
*Playing Card Co.*

*Laws of Skat*
*© 1947 by the North American Skat League.*

*Laws of Backgammon*
*© 1931 by the Racquet and Tennis Club, New York.*

*"Scrabble" is the registered trademark of*
*the Production and Marketing Co.*

PRINTED IN THE UNITED STATES OF AMERICA

EXHIBIT A.1

| | PAGE |
|---|---|
| *Thirty-one with Dice* | 709 |
| Memory | 478 |
| Mexican Stud Poker | 32 |
| Michigan | 298 |
| Michigan Rum | 71, 73 |
| Midnight Oil | 492 |
| Mill, The | 647 |
| Monte, Three-card | 34 |
| Morelles | 647 |
| Mouche, La | 232 |
| Muggins | 547 |
| Nap | 258 |
| Napoleon | 232, 258 |
| —*Variants* | 261 |
| Napoleon at St. Helena | 488 |
| Newmarket | 293, 298 |
| Nine Men's Morris | 647 |
| Nivernaise, La | 489 |
| Noddy | 448 |
| Norwegian Whist | 229 |
| Odd and Even | 706 |
| Oh Hell | 464 |
| Oklahoma | 69, 71, 74 |
| Old Maid | 469 |
| Old Sledge | 307 |
| Ombre | 275, 307, 415 |
| Omnibus Hearts | 275, 284 |
| One Pile | 705 |
| Ovid's Game | 665 |
| Pachisi | 555, 582, 616, 647, 650 |
| Panguingue | 111 |
| Papillon | 421 |



EXHIBIT A.1

***Strategy.*** The player should arrange his cards by ranks, and the ranks in the order in which he will be called upon to play them. *Example*: In a seven-hand game, eldest hand should arrange the ranks: **A, 7, K, 6, Q, 5, J, 4, 10, 3, 9, 2, 8.** He should decide at once at what turn he will go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## CONCENTRATION (MEMORY, PELMANISM)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

***Age Group.*** Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

***Players.*** Any number up to six can play; but the best game is for two.

***The Layout.*** A pack of 52 cards is shuffled and then dealt face





down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

***The Play.*** Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book*.



EXHIBIT A.1

**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping **Cart** for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: matt_books | $6.74 You Save: $20.26 (75%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: c_new | $16.70 You Save: $10.30 (38%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: tatertot222 | $2.00 You Save: $25.00 (93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

EXHIBIT A.1r

| | | | |
|---|---|---|---|
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: gretchenbooks | **$7.85** You Save: $6.10 (44%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: a-bookworm2 | **$4.95** You Save: $9.00 (65%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: tranquilrain | **$2.00** You Save: $11.95 (86%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: aandcbooks | **$1.99** You Save: $11.96 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.1r**

2




EXHIBIT
A.2

©
Copyright 1964, 1956, 1947, by

ALBERT H. MOREHEAD

*Laws of Contract Bridge 1963 and*
*Laws of Duplicate Contract Bridge 1963*
*© by the National Laws Commission of the*
*American Contract Bridge League.*

*Laws of Canasta and Samba*
*© 1950 by the Regency Club, New York.*

*Laws of 500*
*© 1904 by the United States Playing Card Co.*

*Laws of Auction Pinochle*
*© 1955, 1946, by the United States*
*Playing Card Co.*

*Laws of Skat*
*© 1947 by the North American Skat League.*

*Laws of Backgammon*
*© 1931 by the Racquet and Tennis Club, New York.*

*"Scrabble" is the registered trademark of*
*the Production and Marketing Co.*

PRINTED IN THE UNITED STATES OF AMERICA

EXHIBIT A.2

*Strategy.* The player should arrange his cards by ranks, and the ranks in the order in which he will be called upon to play them. *Example*: In a seven-hand game, eldest hand should arrange the ranks: **A, 7, K, 6, Q, 5, J, 4, 10, 3, 9, 2, 8.** He should decide at once at what turn he will go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## CONCENTRATION (MEMORY, PELMANISM)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

*Age Group.* Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

*Players.* Any number up to six can play; but the best game is for two.

*The Layout.* A pack of 52 cards is shuffled and then dealt face





down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

*The Play.* Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book*.



EXHIBIT A.2

amazon.com Janene's Store | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Search Amazon.com GO Find Gifts A9 Web Search



**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping Cart

for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| Shopping Cart Items--To Buy Now | | Price: | Qty: |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: matt_books | $6.74<br>You Save:<br>$20.26<br>(75%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: c_new | $16.70<br>You Save:<br>$10.30<br>(38%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: tatertot222 | $2.00<br>You Save:<br>$25.00<br>(93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.2r**

| | | | |
|---|---|---|---|
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: gretchenbooks | **$7.85** You Save: $6.10 (44%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: a-bookworm2 | **$4.95** You Save: $9.00 (65%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: tranquilrain | **$2.00** You Save: $11.95 (86%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: aandcbooks | **$1.99** You Save: $11.96 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

EXHIBIT A.2r

PACKING SLIP:
Amazon Marketplace Item: **The New Complete Hoyle [Hardcover] by Frey, Richard L.; Mott-Smith, Geoffrey...**
Listing ID: 0304W026640
SKU: **1M 1136**
Quantity: 1
Purchased on: 2006-07-09 21:45:58 PST6.74
Buyer Name: Janene Bassett

**EXHIBIT A.2r**

3




EXHIBIT
A.3

COMPLETE UP-TO-THE-MINUTE RULES ON MORE THAN 300 POPULAR CARD GAMES, INCLUDING

NEW INTERNATIONAL LAWS OF CONTRACT BRIDGE

AND

** CHOOSING GAMES FOR PARTICULAR OCCASIONS **

** TEACHING CARD GAMES TO CHILDREN **

** GENERAL RULES APPLYING TO ALL GAMES **

** THE ETIQUETTE OF CARD GAMES **

** HOW TO GIVE A CARD PARTY **

** CHILDREN'S AND FAMILY GAMES **

**TECHNICAL TERMS USED IN CARD GAMES **

** AND MUCH MORE! **

PRICE $12.95
OFF RULES OF CARD GAMES
263 K
MOREHEAD A6934 Gen Games
1652321 QP000002 10262005 RAND
852- H 538542

U.S.A. $13.95 CANADA $21.00

ISBN 0-449-91158-6 GAMES

51395

9 780449 911587

Cover design by Carlos Beltrán

FAWCETT

Ballantine Books

Visit our website at
www.ballantinebooks.com

EXHIBIT A.3

# Official Rules of Card Games

Albert H. Morehead, Editor

FAWCETT • NEW YORK

EXHIBIT A.3

Sale of this book without a front cover may be unauthorized. If this book is coverless, it may have been reported to the publisher as "unsold or destroyed" and neither the author nor the publisher may have received payment for it.

A Fawcett Book
Published by The Random House Publishing Group

Copyright © 1968, 1966, 1963, 1961, 1959, 1958, 1957, 1955, 1952, 1950, 1948, 1947, 1946, 1945, 1943, 1942, 1941, 1940, 1939, 1938, 1937, 1936, 1934, 1931, 1929, 1928, 1926, 1922, 1921 by The United States Playing Card Company

All rights reserved under International and Pan-American Copyright Conventions. Published in the United States by Fawcett Books, an imprint of The Random House Publishing Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Fawcett is a registered trademark and the Fawcett colophon is a trademark of Random House, Inc.

www.ballantinebooks.com

Library of Congress Catalog Card Number: 96-96728

ISBN: 0-449-91158-6

This edition published by arrangement with The United States Playing Card Company.

Manufactured in the United States of America

First Fawcett Crest Edition: August 1964
First Ballantine Books Edition: April 1983
First Fawcett Columbine Trade Paper Edition: August 1996

20 19 18 17 16 15 14 13 12

EXHIBIT A.3

| | Page |
|---|---|
| 2-hand Euchre | 170 |
| **Fan Tan** | 269 |
| **Faro** | 284 |
| **Fish** | 261 |
| **Five Fingers** | 174 |
| **Five Hundred** | 159 |
| Avondale Schedule | 161 |
| For two | 164 |
| Scoring Table | 161 |
| **500 Rum** | 133 |
| **Five or Nine** | 271 |
| **Forty-Five** | 174 |
| **Forty Thieves** | 289 |
| **Frog** (Solo) | 236 |
| **Garbage** | 94 |
| **Gin Rummy** | 135 |
| For 3 Players | 140 |
| Hollywood | 139 |
| Oklahoma | 139 |
| Partnership | 141 |
| Round-the-Corner | 142 |
| **Go Boom** | 265 |
| **Go Fish** | 261 |
| **Hearts** | 152 |
| Auction Hearts | 156 |
| Black Lady Hearts | 152 |
| Cancellation | 154 |
| Domino Hearts | 155 |
| Omnibus | 154 |
| Spot Hearts | 155 |
| **High Card Pool** | 274 |
| **High Five** | 180 |
| **High-Low-Jack** | 177 |
| **Hollywood Gin** | 139 |
| **Hombre** | 236 |
| **Honeymoon Bridge** | 59 |

| | Page |
|---|---|
| **Idiot's Delight** (Solitaire) | 287 |
| **I Doubt It** | 259 |
| 3-card I Doubt It | 260 |
| **Italian Canasta** | 129 |
| **Kalabrias** | 244 |
| **Kaloochi** | 116 |
| **Kalougi** | 116 |
| **Kaluki** | 116 |
| **Klaberjass** | 244 |
| **Klondike** | 290 |
| **Knock Poker** | 92 |
| **Knock Rummy** | 142 |
| **Liverpool Rummy** | 143 |
| **Lowball** | 85 |
| **Michigan** | 268 |
| **Memory** | 265 |
| **Monte Bank** | 285 |
| **Napoleon** | 172 |
| **Napoleon at St. Helena** | 289 |
| **Newmarket** | 268 |
| **Oh Pshaw** | 62 |
| **Oklahoma** | 131 |
| **Oklahoma Gin** | 139 |
| **Old Maid** | 263 |
| **Old Sledge** | 182 |
| **Ombre** | 236 |
| **Pan** | 148 |
| **Panguingue** | 148 |
| **Parliament** | 269 |
| **Partnership Pinochle** | 190 |
| **Party Bridge** | 39 |
| **Pedro** | 180 |
| **Peep Nap** | 173 |

EXHIBIT A.3

ıay remove only two of them). The
l out face down, to the player at his
This player discards any pair which
. drawn, then offers his own hand to
in this way until all cards have been
which cannot be paired—and the
Maid.
iscards two cards which are not a
instead of one to remain at the end,
ularity is the Old Maid.

lay it by themselves.
ht, each for himself.

l first. The cards are shuffled and
yer in rotation, until all have been
even. Each player, without looking
and into a neat pile in front of him,

he cards, by being first to slap each

inning at the dealer's left, must lift
n and place it face up in the center
ırn up the card away from him, not
t any sooner than any other player.
the play with a very quick move-
see the denomination of the card

er is a jack, the first player to slap
h it, all cards below it in the center
se cards turns them face down and
and still remaining on the table in

at a jack, the one whose hand is
ins the pile.
eft, he remains in the game until a
the jack in an effort to get a new
ıe game.



Play proceeds until one player has all the cards. That player is the winner.

IRREGULARITIES—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

NUMBER OF PLAYERS—Any number from two up.

THE PACK—52 cards.

THE DEAL—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

OBJECT OF THE GAME—To take in pairs of cards of the same denomination, as two sixes or two queens.

THE PLAY—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

SCORING—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

NUMBER OF PLAYERS—Any number from two up.

THE PACK—Up to six players use the 52-card pack; seven or eight

EXHIBIT A.3

BORDERS®

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| | 7209665 | SL T | 10.00 |
| CARD GAMES | | | |
| | 7333252 | MM T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| | 6688554 | MM T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| | 0003062 | QP T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| | 1652321 | QP T | 12.95 |
| ACCORDING TO HOYLE | | | |
| | 1652317 | QP T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| | 7577469 | QP T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| | 8175532 | CL T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.3r

4

# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY



EXHIBIT
A.4

RICHARD L. FREY

**Card Games. Dice Games.**
**Parlor Games. Word Games.**
**Chess. Checkers. Backgammon.**
**Solitaire Games.**
**THE WAY TO PLAY.**
**THE WAY TO WIN!!**

You'll find in this comprehensive, up-to-date book the complete rules of your favorite games of every description—games of skill and games of chance, games for any number of players and for every mood or occasion.

ACCORDING TO HOYLE gives not only the rules but expert advice on winning.

"A must for anyone who wants to play a game and play it correctly."
—Charles H. Goren



PRICE $12.00
ACCORDING TO HOYLE
263 K
FREY R 6034 Gen Games
1652317 QP000001 03092005 RAND
852- D 537573

Cover des
FAWCETT E

Visit our Web site at
www.ballantinebooks.com

US $13.95 / $21.00 CAN
ISBN 0-449-91156-X
51395>
EAN
9 780449 911563

EXHIBIT A.4

y

*10 Easy Lessons*

e

# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY

by Richard L. Frey

Editor-in-Chief:
*Official Encyclopedia of Bridge*

FAWCETT BOOKS ♦ NEW YORK

EXHIBIT A.4

A Fawcett Book
Published by The Random House Publishing Group

Copyright © 1956, 1965, 1970 by Hawthorn Books
All rights reserved under International and Pan-American Copyright Conventions, including the right to reproduce this book or portions thereof. Published in the United States by The Random House Publishing Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

Laws of Contract Bridge © 1981 in the Western Hemisphere and the Philippines by the National Law Commission of the American Contract Bridge League.
Laws of Auction Pinochle © 1946 by the United States Playing Card Co.
Laws of Backgammon © 1931 by the Racquet and Tennis Club, New York.
Laws of Canasta © 1950 by the Regency Club, New York.

Fawcett is a registered trademark and the Fawcett colophon is a trademark of Random House, Inc.

www.ballantinebooks.com

Library of Congress Catalog Card Number: 96-96727

ISBN: 0-449-91156-X

Manufactured in the United States of America

First Fawcett Crest Edition: January 1956
First Ballantine Books Mass Market Edition: March 1983
First Ballantine Books Trade Edition: August 1996



EXHIBIT A.4

Knock Rummy ........ 86
Kriegspiel ........ 242

Liar Dice ........ 274
Losing Game, The ........ 247
Lowball ........ 17
Low Poker ........ 17

Mah Jongg ........ 226
Modern Game ........ 232
Matador ........ 224
Memory ........ 284
Mexican Stud ........ 20
Michigan ........ 52
Mill, The ........ 248
Muggins ........ 223
Multiple Golf ........ 197

Napoleon at St. Helena ........ 195
Newmarket ........ 52
Ninety-nine ........ 277

Oh Hell ........ 216
Oh Pshaw ........ 216
Oklahoma Gin ........ 85
Old Maid ........ 279
Old Sledge ........ 59
Omnibus Hearts ........ 50

Panguingue ........ 75
Parliament ........ 55
PARLOR GAMES ........ 252
Partnership Auction Pinochle ........ 154
Partnership Auction Pinochle with a Widow ........ 156
Partnership Casino ........ 184
Partnership Hearts ........ 49
Pass-out ........ 10
Password ........ 252
Patience ........ 186
Pedro ........ 63
Pedro Sancho ........ 63
Pelmanism ........ 284
Persian Rummy ........ 89
Pig ........ 280
Pinochle ........ 142
Piquet ........ 103
Pitch ........ 59
Play or Pay ........ 56
Poker ........ 1
Poker Dice ........ 272
Poker Probabilities ........ 23
Poker Solitaire ........ 197
Poker Squares ........ 198
Progressive Jackpots ........ 10
Pyramid ........ 187

Railroad Euchre ........ 33
Räuber Skat ........ 175
Red Dog ........ 28
Rouge et Noir ........ 101
Roulette ........ 250
Royal Casino ........ 184
Round-the-Corner Gin ........ 85
Rubicon Bézique ........ 163
Rummy ........ 71
Russian Bank ........ 200

Samba ........ 97
Saratoga ........ 52
Setback ........ 61
Seven-card Stud ........ 15
Sevens ........ 100
Seven-toed Pete ........ 15
Seven-Up ........ 59
Shotgun ........ 20
Six-card Stud ........ 15
Six-hand Partnership Pinochle ........ 156
Six-pack Bézique ........ 164
Skat ........ 169
Slapjack ........ 276
Snake ........ 265
Sniff ........ 223
Snip Snap Snorem ........ 54
SOLITAIRE ........ 186
Spade Casino ........ 184
Spider ........ 194
Spite & Malice ........ 218
Spit in the Ocean ........ 19
Spoil Five ........ 41
Stealing Bundles ........ 282
Stops ........ 52
Storehouse ........ 189
Straight Draw Poker ........ 10



EXHIBIT A.4

The rank is rigidly fixed: eldest hand must commence with aces, next hand must play kings, and so on in descending rank to deuces; then aces again, kings again, and so on in circular sequence.

The player must state correctly the number of cards he puts out, but none need be of the announced rank. The object of play is to get rid of one's entire hand; it is often advisable or necessary to add some cards not of the specified rank to the packet played.

Following a play, any other player may say "I doubt it!" Then if the last player discarded any card other than the specified rank, he must take all the cards on the table into his hand. But if the discard was strictly in accord with the announcement—as is proved by turning the last discard face up—the doubter must take up the whole discard pile.

It often happens that several players doubt the same discard. Paradoxically, this is most likely to occur when the discard is correct, the object of doubting being to obtain cards of certain ranks. The following rules as to precedence in doubting should be rigidly enforced:

1. "I doubt it" *may not be declared until the player's hand has quitted his discard.* A premature doubt is void, and the doubter loses his right to doubt that discard. (Announcement should be made before the cards are placed on the discard pile, to give due notice to would-be doubters.)

2. *The first to doubt takes precedence when his lead over the second doubter is clear.*

3. *When none has a clear lead in being the first to doubt, the doubter nearest the player's left in rotation has precedence.*

SCORING. The first player to get rid of all his cards wins the deal. Each deal should be treated as a separate game. Or the number of cards left in the hands may be charged against the owners, and the player with lowest score when another reaches 100 may be deemed the winner of a game.

## CONCENTRATION (MEMORY, PELMANISM)

AGE GROUP. Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage.

PLAYERS. Any number up to six can play; but the best game is for two.



THE LAYOUT. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

THE PLAY. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Each card turned should be left on the table, face up, in its original position, for a few seconds at least before it is either taken by the player or turned down again.

## WAR

AGE GROUP. Four to nine.

PLAYERS. Two.

THE DEAL. The pack is divided equally; each player places his portion face down before him.

THE PLAY. Each turns up a card. The player whose card is higher (suits are ignored) wins both cards and places them at the bottom of his pack. Play continues until a pair is turned up, at which point there is war. The two cards are placed in the center, and each player plays three cards face down and a fourth face up. The player who plays the higher face-up card wins all the cards in the *war,* unless the two cards again form a pair, in which case there is another war. (A player with insufficient cards remaining puts down as many as he has, and his opponent matches this number.) The object of the game is to win all the cards.



EXHIBIT A.4

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.4r

5

carne's

# ENCYCLOPEDIA OF GAMES

John Scarne

HARPER & ROW, PUBLISHERS
New York, Hagerstown, San Francisco, London

C2 JUN 13 1980

EXHIBIT A.5

Portions appearing in Chapters 2, 3, 9 and 12 taken in part from *Scarne on Cards* by John Scarne. Copyright 1949 by John Scarne. Reprinted by permission of the publishers, Crown Publishers, Inc.
Rules appearing in Chapter 7 condensed from *The Laws of Contract Bridge*. Copyright 1963 by the American Contract Bridge League. Reprinted by permission of the American Contract Bridge League.
Rules appearing in Chapter 7 condensed from *The Laws of Contract Bridge*. Copyright 1935 by the National Laws Commission. Reprinted by permission of National Laws Commission.
Excerpts appearing in Chapters 7, 13, 14 and 17 taken from *Official Rules of Card Games*. Copyright 1966 by United States Playing Card Company. Reprinted by permission of the United States Playing Card Company.
Material appearing on pages 136 to 138 taken from *The Complete Card Player*. Copyright 1945 by Albert A. Ostrow. Reprinted by permission of McGraw-Hill Book Company.
Portions appearing in Chapters 16 and 22 taken in part from *Scarne's Complete Guide to Gambling* by John Scarne. Copyright 1961 by John Scarne. Reprinted by permission of the publishers, Simon and Schuster.
Portions appearing in Chapter 18 taken in part from *Skarney* by John Scarne. Copyright 1967 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 21 taken from *100 Ways to Play Solitaire*. Copyright 1939 by Whitman Publishing Company. Reprinted by permission of the United States Playing Card Company.
Portions appearing in Chapter 24 taken in part from *Scarne on Dice* by John Scarne with Clayton Rawson. Copyright 1945 by John Scarne and Clayton Rawson. Reprinted by permission of the publishers, The Stackpole Company.
Portions appearing in Chapter 24 taken in part from *Scarne Dice* by John Scarne. Copyright 1969 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 25 taken in part from *Scarne on Teeko* by John Scarne. Copyright 1961 by John Scarne. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 26 taken in part from *Scarney on Follow the Arrow* by John Scarne. Copyright 1964 by John Scarne. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 26 taken in part from *Scarney* by John Scarne. Copyright 1968 by John Scarne Games, Inc. Reprinted by permission of John Scarne Games, Inc.
Portions appearing in Chapter 27 taken in part from *The Women's Guide to Gambling* by John Scarne. Copyright 1964 by John Scarne. Reprinted by permission of the publishers, Crown Publishers, Inc.

Scarney Baccarat®, Skarney®, Scarney Dice®, Teeko®, Scarney®, Follow the Arrow®, Moko®, Scarney 3000® Copyright © John Scarne Games, Inc. The designs and names are trade-marked and their contents copyrighted and no part of these games can be reproduced in any form without written permission from their owner and distributors: John Scarne Games, Inc., 4319 Meadowview Avenue, North Bergen, New Jersey 07047.

SCARNE'S ENCYCLOPEDIA OF GAMES. *Copyright © 1973 by John Scarne Games, Inc. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address Harper & Row, Publishers, Inc., 10 East 53rd Street, New York, N.Y. 10022. Published simultaneously in Canada by Fitzhenry & Whiteside Limited, Toronto.*

STANDARD BOOK NUMBER: 06–013813–0

LIBRARY OF CONGRESS CATALOG CARD NUMBER: 72–79691

78 79 80 81 82 10 9 8 7 6 5 4 3

EXHIBIT A.5

## ANIMALS OR MENAGERIE

**Requirements**

1. Three to six, playing for themselves.
2. A standard 52-card deck.

**Object of the Game.** To win all of the cards, by being the first to make the proper call, when matching cards are faced up.

**Before Play.** Each player chooses the name of an animal—dog, cat, cow, lion, etc. Then he imitates the sound of that animal so that other players know how to call him.

**The Deal.** Anyone can deal. Beginning at the dealer's left, each player is dealt one card at a time until all cards have been given out. It does not matter if the cards do not deal out evenly. The hands are placed faced-down in packs as in Slap Jack.

**The Play.** Beginning at the dealer's left, each player, in clockwise rotation, plays one card face up to an exposed pile in front of his face-down pack. Whenever a card so faced up matches a card faced up on the pile of any other player, each tries to give the proper call of the other player. The one who gives the correct call first wins the other's up pile, and places it below his own pile. If both give the calls correctly, the one starting it first wins. An incorrect call, or a call given at the wrong time, costs a penalty of the top card of the pile (or of the pack, if there is no pile) to the other player. After each call, the player who loses leads. When a hand has been played out, the pile is reversed, and becomes a pack, as at the beginning of the game. The player who takes all of the cards is the winner.

**Variant.** In a simpler variation of this hilarious game, the names of the animals are called out, instead of their calls.

## CONCENTRATION

This game is also known as Memory or Pelmanism.

**Requirement**

1. Two to six players, but the best game is two.
2. A standard 52-card deck is used.

**The Deal and Play.** The deck is shuffled and then either dealt face down into any number of rows so that no two cards overlap, or the face-down cards may be mixed, some of them overlapping (this takes less space and makes the game a bit harder to play).

Each player turns one card face up, and the player turning the highest card is the first player. (In case of ties, the tieing players each turn up one more card.) Then the cards are all turned face down again in exactly the same positions.

The first player then turns up two cards, one at a time. If they form a pair (two cards of the same denomination), they are a *set* and the player puts them face down in front of himself and gets another turn. If the cards are not a pair, they are turned face down again in exactly the same positions, and the next player on the left takes his turn.

Players try to remember the denominations and positions of cards previously exposed so that they can form pairs. If a player turns up a king as his first card and can remember the location of a king previously exposed, he can turn it up as his second card. The game is a test of memory. When all the cards have been paired and collected, the player who has the most sets wins the game.

The game can also be played using chips or counters and is then scored as follows:

1. The player who collects the greatest number of sets takes one chip from each of the other players.
2. Or each player collects one chip from each other player for every pair he has collected.

**Variant.** A more difficult variation is to turn up four cards at a time and collect sets of four-of-a-kind.

## CUCKOO

This game is also known as Ranter Go Round.

**Requirements**

1. Six to approximately 20 players.
2. A standard 52-card deck. Rank of cards: king (high), queen, jack, ten, nine, eight, seven, six, five, four, three, two, ace (low).

EXHIBIT A.5

6


WALTER B.
GIBSON
HOYLE'S
ENCYCLOPEDIA
OF CARD
GAMES
RULES OF ALL
THE BASIC GAMES
AND POPULAR
VARIATIONS

EXHIBIT
A.6

GAMES—CARD GAMES—GENERAL

*oyle's Encyclopedia* explains the rules of all the most popular and timeless card games clearly and simply. Special symbols, charts, and drawings help make the instructions easy to understand.

The easiest guide to use, it lists the games alphabetically and has extensive cross-referencing to help you find variations. The unique glossary-index features definitions of terms and page references to aid in the quick location of games that are known by different names. This comprehensive handbook covers all you need to know.

www.broadwaybooks.com

Cover design by Tamaye Perry

US $12.95 /$17.95 CAN

ISBN 0-385-07680-0

51295

9 780385 076807

EXHIBIT A.6

AGIC

th

PHECY (with

ARD

# HOYLE'S ENCYCLOPEDIA OF CARD GAMES

Rules of All the Basic Games
and Popular Variations

BY WALTER B. GIBSON

Broadway Books
New York

EXHIBIT A.6

BROADWAY

This book was originally published in 1974 by Doubleday and titled *Hoyle's Modern Encyclopedia of Card Games.* It is here reprinted by arrangement with Doubleday.

*Hoyle's Encyclopedia of Card Games.* Copyright © 1974 by Walter B. Gibson. All rights reserved. Printed in the United States of America. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the publisher. For information, address: Broadway Books, a division of Random House, Inc., 1540 Broadway, New York, NY 10036.

Broadway Books titles may be purchased for business or promotional use or for special sales. For information, please write to: Special Markets Department, Random House, Inc., 1540 Broadway, New York, NY 10036.

BROADWAY BOOKS and its logo, a letter B bisected on the diagonal, are trademarks of Broadway Books, a division of Random House, Inc.

Visit our website at www.broadwaybooks.com

First Broadway Books trade paperback edition published 2001.

The Library of Congress has catalogued the previous edition as:
ISBN 0-385-07680-0
Library of Congress Catalog Card Number 73-163085

39 38 37 36 35

This concise
their variati
the name of
ther, all gan
so that com
quickly. Illu
provided in t
All variati
this general
under the b
taire. Since t
variety of v
the general
an effort to
For even
information,
tions and p
book.

EXHIBIT A.6

*Lansquenet:* 155
*Lanterloo:* 156
*Laps:* 114, 155
Laps: A form of *Euchre;* also a mode of scoring in other games.
Last: Score for the last point in *Cribbage.*
*Last In:* 155
Last trick: A special 10-point score in *Pinochle.*
Last turn: A bet on the order of the last three cards in a *Faro* deal.
Lay away: To make discards in a crib in *Cribbage;* or in a widow in *Pinochle.*
Lay down: Make a meld or reveal a winning hand.
Lay off: To dispose of cards by placing them on an opponent's meld in *Rummy.*
Layout: Arrangement of cards on table in *Solitaire* and games like *Russian Bank* or *Spite and Malice.* Also extra cards placed on a table to indicate payoffs in *Faro* and *Michigan.*
*Lazy Edna* or *Lazy Lucy (Poker):* 156
Lead: Play a card from the hand face up as the start to a trick.
Least: An option to take the fewest points in *Schafkopf.*
Left bower: In games of the *Euchre* type, the jack of the same color as the jack of trump, or right bower.
Left pedro: In *Cinch,* the five of the same color as the five of trump, or right pedro.
*Lefty Louie (Poker):* 254
*Leg in Pot (Poker):* 254
*Lift Smoke:* 156
Light: Drawing chips from the pot in *Poker* to show how many the player owes when out of chips himself.
Limit: The ceiling placed on bets, particularly in *Poker.*
Little cassino: the ♠2, valued as a point in *Cassino.*
Little cat: Freak hand in *Poker,* with eight high and three low, but no pair, as **8 7 6 5 3** not of the same suit.
Little dog: Freak hand in *Poker,* with seven high and two low, as **7 6 5 3 2** not of the same suit.
Little slam: Taking twelve of the thirteen tricks in *Bridge.*
Little tiger: Same as "little cat."
*Liverpool Rummy:* 156
Lone hand: A player who plays on his own against two or more opponents.
Long game: Any in which the entire pack is dealt to start.
Long stud: A *Stud Poker* game in which a player is dealt more than five cards.
Long suit: Predominant suit in hand, or any exceeding length.
*Long Whist: See English Whist:* 372
*Loo* or *Lanterloo:* 156
Looed: To be penalized for failing to take any tricks in *Loo.*
*Louis Napoleon (Solitaire):* 345
Low: Any low card or hand; in *Pitch,* the lowest card in play; also a point scored for holding or taking it.
*Lowball (Poker):* 237
*Low Card Wild (Poker):* 254
*Low English Stud (Poker):* 254
Lowest hand: In standard *Poker,* five cards with values **7–5–4–3–2.**
Lowest with swinging ace: In *High-Low Poker,* the following: **6–4–3–2–A.**
*Low Hole Card Wild (Poker):* 254
*Low Poker:* 255
*Lucas (Solitaire):* 339
Lurched: To be beaten before reaching half the score for game; a player so defeated is left "in the lurch."

*Macao:* 159
*Ma Ferguson (Poker):* 255, 266
Major suits: Spades and hearts in *Bridge.*
Make: Name a trump; also, to win an amount bid.
Manilla: The seven of trump in *Solo;* in a few other games, the second highest trump.
Manille: Similar to Manilla.
March: To win all five tricks in *Euchre.*
Marker: A token or chip.
*Marriage:* 159
Marriage: The meld of a king and queen of the same suit, in *Bezique* and *Pinochle;* in *Solitaire,* an auxiliary build.
Matadors: Unbroken sequence of highest trumps in *Skat.*
Matched cards: Those forming a set in *Rummy.*
*Match 'Em (Poker):* 255
*Matrimony:* 159
*Maw:* 160
*Mediator:* 160
Meld: To lay combinations of cards face up and score their value.
*Memory:* 160
*Menagerie:* 160
Menel: The nine of trump in *Klob* and *Jass.*
*Mexicana* or *Mexican Canasta:* 161
*Mexican Low Card (Poker):* 255

EXHIBIT A.6

ple layout is also required, marked with these divisions: matrimony (any **K** and **Q**); intrigue (any **Q** and **J**); confederacy (any **K** and **J**); pair (any pair); and best (◇ **A**). Each player puts up a specified number of chips, distributing them among the sections as he wishes. Each is then dealt two cards; one face down, the other face up. Any player receiving the ◇ **A** face up immediately takes all the chips, not only from "best" but from every other section. If the ◇ **A** does not appear, each player, beginning at the dealer's left, turns up his downcard; and if his two cards form any combination named, he collects the chips from that section. The ◇ **A** has no value as a downcard. Any chips not won remain for the next deal, which moves to the left, with players putting up the same number that they did before, so that some very sizable pots are often built before the ◇ **A** appears as an upcard, to take all.

**MAW:** The earliest form of *Five Cards*, which later developed into *Spoil Five*. See *Spoil Five*, page 360.

**MEDIATOR:** A variation of *Tresette*, page 368, without melds or regular partners, in which a player may play alone for added stakes.

**MEMORY:** Another name for *Concentration*, page 70.

**MENAGERIE:** A juvenile game, best with a dozen or more players. Each takes the name of a wild animal—from antelope to zebra!—and cards are dealt around until they run out. Each player holds his packet face down, and, starting at dealer's left, each turns a card face up in front of him. When two match in value (as ♡ **Q** and ♠ **Q**), each player calls the "animal name" of the other. First to call wins the other's face-up cards and places them face down beneath his own packet. Play resumes where it left off, and whenever a player has dealt all his cards face up, he turns the packet over and begins again. Winner is the player who eventually garners all the cards.

MEXICA
Canaste
dealt tc
draw th
but in t
mode o
cannot
must ha
each.

MEXICAN
mode of

MEXICAN
See page

MICHIGA
a standar
value, 2,
ment is a
usually th
"pool" or
in whateve
The pa
an extra h
card in a
hand for
face down;
beginning
places his
table and f
(as ◇ 4,
moves to t
or is stopp
sequence w
duced to th
resume it wl

EXHIBIT A.6

giving him a face-down card and receiving one in exchange, no payment being involved.

This continues indefinitely around the table, each player trying to form a combination in the following order: *Tricon,* three of the same value, these ranking **A, K, Q, J, 10** down to **2.** *Sequence* (later called *Sequence Flush*), with three cards of one suit in descending order, ace high (as ♡ **A, K, Q**) or low (as ♣ **3, 2, A**). *Point:* The lowest total of spots on three cards of the same suit: Ace counting 11, face cards (king, queen, jack, 10 each). (Example: ♡ **J, 7, 2**=10+7+2=19, beats ♠ **A, 6, 5**=11+6+5=22.)

Later, these values were introduced: *Flush,* just below sequence, any three cards of one suit (as ♡ **J, 7, 3**), and *Pair,* two cards of the same value (as ♡ **J,** ♠ **J**) rating just below that. This reduced *Point* to the status of only two cards of one suit, with the highest total of spots being winner (as ♠ **A,** ♡ **K**=11+10=21, beating ♡ **9, 8**=17). This makes a much better game.

In all cases, however, play ends when a player decides to stand on what he has. When his turn comes to trade or barter or even accept the barter offered by the player just ahead of him, he knocks on the table instead. Then all hands must be shown and the highest takes the pot. The dealer, having collected from the traders, must pay the others one chip each unless he is the winner, provided he holds a pair or better.

**COMMERCIAL PITCH:** Another name for *Sellout.* See page 303.

**CONCENTRATION:** A memory game in which a fifty-two-card pack is dealt face down in half a dozen rows of eight or nine cards each. A player turns up any pair of cards, and if they match in color and value (as ♠ **8** and ♣ **8**, or ◇ **Q** ♡ **Q**), he removes them and tries to turn up another matching pair. When he fails, he turns the two cards face down and another player makes a try. This continues with from two to six players, who make mental note of any cards turned down. Thus if Player *A* should turn down the ♡ **8** and the ♠ **K**,



Player *B* might later turn up either the ◇ **8** or the ♣ **K** and immediately be able to match it, provided he remembers where its mate happens to be. The player pairing the most cards wins the game. As a variant, the game is easier if dependent on values only, as any two aces being accepted as a pair regardless of color, and so on. Half-sized playing cards can be used to accommodate the layout in less space.

**CONQUIAN:** A Mexican predecessor of *Rummy,* with two players using a forty-card pack ranking in descending order: **K, Q, J, 7, 6, 5, 4, 3, 2, A.** Each is dealt a hand of ten cards, and his aim is to meld or lay down three or four cards of the same value (as **J–J–J** or **6–6–6–6**) and sequences of three or more in one suit (as ♡ **5 4 3**). Opponent begins by turning up top card of the undealt pack and melding whatever he can from his hand, using the turned-up card if it is suitable. In that case, following his meld, he discards an odd card from his hand, laying it face up beside the pack to start a discard pile. Otherwise, he must use the turned-up card to start the discard pile, as he cannot take it into his hand (as in rummy).

In his turn, the dealer may use the top card of the discard pile toward a meld if possible; otherwise, he must turn up the top card of the pack and proceed as the opponent did. Alternate play continues until one player has melded his entire hand, plus an extra card, making eleven in all. Thus sometimes, with ten cards already melded, a player must continue to turn up cards or wait for a discard that can be added to his existing meld. Besides "laying off" on his own meld, a player may "borrow" from one toward another, if both are kept valid. Example: Having melded ♠ **K Q J 7,** he could put the ♠ **K** with two other kings, for **K–K–K.** Or having melded **3–3–3–3** and ◇ **6 5 4,** he could take the ◇ **3** from the "set" and attach it to the "run" in order to add ◇ **2 A** for a sequence of ◇ **6 5 4 3 2 A.** At any time one player may insist that the other use a turned-up card toward a meld that he has already made, as that may hinder his further play.

Each hand is regarded as a separate game, and if the pack

EXHIBIT A.6

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| | 7209665 | SL T | 10.00 |
| CARD GAMES | | | |
| | 7333252 | MM T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| | 6688554 | MM T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| | 0003062 | QP T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| | 1652321 | QP T | 12.95 |
| ACCORDING TO HOYLE | | | |
| | 1652317 | QP T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| | 7577469 | QP T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| | 8175532 | CL T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.6r

# 7

JUL 1 9 1976

# THE WAY TO PLAY

## The illustrated Encyclopedia of the games of the World

by the Diagram Group

R
796
D
1975
c. 1

PADDINGTON PRESS LTD
THE TWO CONTINENTS PUBLISHING GROUP

EXHIBIT A.7

**Library of Congress Cataloging in Publication Data**
Diagram Group.
The way to play.
Includes index.
1. Games—Rules. 2. Indoor games—Rules. I. Title.
GV1201.D48 790 75-11169
ISBN 0-8467-0060-3

ISBN 0-8467-0060-3

Library of Congress catalog card number 75-11169

Printed in the United States of America

© Diagram Visual Information Ltd 1975

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without prior permission of the publishers.

**In the United States** Paddington Press Ltd
Two Continents Publishing Group
30 East 42nd Street
New York City, New York 10017

**In the United Kingdom** Paddington Press Ltd
231 The Vale
London W3

**In Canada** distributed by
Random House of Canada Ltd
5390 Ambler Drive
Mississauga
Ontario L4W 1Y7

**Diagram Visual Information Ltd**
190 Goswell Rd, London EC1

Editor: Ruth Midgley
Deputy editor: Paulin Meier
Associate editor: David Heidenstam
Assistant editor: Kathryn Dunn

Art director: Robin Crane
Artists: Jeff Alger, Trevor Bounford, Richard Hummerstone, Susan Kinsey, Pavel Kostal, Kathleen McDougall, Graham Rosewarne, Andy Skinner

Picture researcher: Diana Phillips

Contributors: Windsor Chorlton, Jean Cooke, Peter Eldin, Joan Faller, Peter Finch, Bridget Gibbs, Barbara Horn, Ann Kramer, Jenny Mussell, Susan Pinkus, Allyson Rodway, Theo Rowland-Entwistle, Gina Sanders, Joan Ward

**EXHIBIT A.7**








**Games of chance**

268 *Lottery tickets from many countries*
270 Scissors, paper, stone
Spoof
271 Mora
Shoot
272 Fan-tan
Dollar poker
273 Put-and-take top
274 Lotto
Bingo
275 Picture lotto
Lotteries
278 Roulette
279 Boule

**Children's party games**

280 *Detail from "Children's Games" by Breugel the Elder*
282 Musical chairs
Musical bumps
Musical blackout
Musical magic carpet
High steppers
283 Musical statues
Musical rings
Musical islands
Gods and goddesses
284 Blind man's buff
Squeak-piggy-squeak
Blind man's stick
Blind postman
285 The donkey's tail
Draw the elephant's tail
Blind man's sort out
A blind judgment
Murals
Thieves, Jailer
286 Blind man's treasure hunt
Sweet tooth
Murder in the dark
Hunt the thimble
287 Blindfold obstacle walk
Nelson's eye
Hunt the slipper
Hunt the ring
Up Jenkins!
288 Bean hunt
Butterfly hunt
Jigsaw hunt
Present hunt
Color hunt
Easter egg hunt
Detective treasure hunt
Card hunt
Storekeepers
Cut-out pairs
Mothers and babies
Hide and seek
Sardines
Kim's game
289 Mismatches
Rumors
Wrong!
Happy travelers
Printers' errors
290 Simon says
Do this, do that!
In the ditch
Pass the parcel
291 My little bird
Yes-no beans
Laughing handkerchief
Forfeits parcel
Mystery parcel
Hot parcel
Lucky chocolate game
292 Balloon flights
Static electricity
Card and bucket
Apple paring
293 Candy wrapper
Hoppit
Singing high jump
Apple on a string
Limbo
Grandmother's footsteps
Two-minute walk
Stork fighting contest
Cock fighting contest
Triangular tug-of-war
Arm wrestling
294 Avenue goals
Overhead goals
Number parade
Word parade
295 Balloon volleyball
Blow volleyball
Astride ball
Hockey rag time
Mystery numbers
Simple numbers
Ladders
My mother's cake
296 Pick and cup
Nose in the matchbox
Double pass
Switchback
297 Balloon pass
Tunnell ball
Straws and beans
Sugar and spoons
Passing the orange
Palms
298 Newspaper walk
Tortoise race
Fishermen
Rabbit race
Bottle fishing
Back to back race
Piggy back race
299 Three-legged race
Patches
Necklace race
Yarn tangles
Dumb artists
Crocodile race
300 Flying fish
Burst the bag
Fruit colors
Surprise sentences
301 Emptying socks
Egg cups
Hat and scarf
Balloon hop
Hurry waiter!

**Children's card games**

*Illustration from "Alice through the Looking Glass" by Lewis Carroll*
304 Snap
Easy snap
Speed snap
Menagerie
305 Animal noises
Slapjack
War
Persian pasha
306 Memory
Other card-matching games
Beggar my neighbor
307 Donkey
Pig
Pit
My ship sails
308 Happy families
Old maid
309 Authors
Fish
Le vieux garçon
Black Peter
310 Stealing bundles
I doubt it
Up and down cheat
311 Go boom
Scoring go boom
Crazy eights
Snip-snap-snorem
Jig
312 Play or pay
Sequence
Card dominoes
313 Rolling stone
Linger longer
Knockout whist
314 Racing demon
Spit
315 Give away

316 **How many players?**

318 **Index**



## MEMORY

This card game for any number of players is also called pelmanism or concentration. It is easy to play and is an excellent test of memory and observation.

**Cards** One or two standard decks of playing cards are used, depending on the number of players.

The cards should be clean and reasonably new, so that when they are lying face down they cannot be identified by creases, marks, or torn corners!

**The playing area** must be flat and as large as possible—the floor or a big table is best.

**The deal** One player shuffles the cards and lays them face down on the table—in all directions and so that no card is touching another.

**Objective** Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture).

**First player** The player to the left of the dealer starts the game. He turns over two cards at random and allows the other players to see them.

If the rank of the two cards is the same, for example two aces or two kings, he takes them and may turn over two more cards. He continues in this way until he turns over two cards that do not match.

If the cards that are turned over do not match, the player must put them face down in their original positions. His turn then ends.

**Second player** The person to the first player's left now turns over any two cards.

If the first card matches one that has already been turned over he must try to remember where that card is. If he is successful he takes the pair. He continues his turn until he fails to turn over a matching pair.

**Successive players** Play continues with the players taking their turns in a clockwise direction, until all the cards have been collected.

**The winner** is the player with most cards at the end of the game.

## OTHER CARD-MATCHING GAMES

Memory and other card-matching games may be played with special cards. These can be smaller than standard playing cards and any number of pairs may be used, depending on the number of players.

The cards are printed with colored pictures, patterns, or symbols, and are particularly popular with young children. Rules for these games are like those for memory, with players trying to get matching pairs of, for example, pineapples, eskimoes, or boats.

To make play simpler for very young children, the cards may be laid out at the start of the game in rows, and fewer pairs may be used.




## BEGGAR MY NEIGHBOR

Beggarmy neighbor is an easy and exciting game. No skill is required as the outcome is wholly decided by the luck of the deal.

**Players** There may be two to six players.

**Cards** Any deck of standard playing cards may be used, and it need not be complete. For more than three players it is a good idea to mix two decks together.

**The objective** is to win all the cards. But, as the game may go on for a very long time, the winner may be the player who has the most cards at the end of an agreed length of time.

**Deal** One player deals out all the cards in a clockwise direction—one at a time and face down. It does not matter if some players have one card more than the others.

Each player puts his cards into a neat pile face down in front of him.

Players are not allowed to look at their cards.

**Play** The player to the dealer's left turns up the top card in his pile and places it in the center of the playing area.

Each player in turn, in a clockwise direction, then places the top card from his pile face up on the central pile.

This continues until one player turns up an ace or a court card (a jack, queen, or king).

**Payment of cards** The player next to him then has to "pay" him by placing a certain number of cards on the central pile:

four cards for an ace;
three cards for a king;
two cards for a queen;
one card for a jack.

If, however, one of the payment cards is an ace or a court card, the payer stops turning over his cards and the player next to him has to pay the correct number of cards.

This goes on until a player paying out cards turns over the correct number of cards with no aces or court cards.

When this happens, the last player to have turned over an ace or a court card may take the central pile and place it face down at the bottom of his own pile.

The payer then starts a new round by playing his next card face up in the center of the playing area.

As soon as a player has no more cards, he is out.

EXHIBIT A.7

8

REFERENCE
GLENDALE CALIF. PUBLIC LIBRARY
3 9010 01191278 3

Noted 1644
Writing
6/30/01
N.B.

# THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE

Second Edition

Unabridged

EXHIBIT A.8

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3 1987 423 87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas*, Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet*, courtesy International Phonetic Association.

Manufactured in the United States of America

EXHIBIT A.8

tes (kônt). *French.* count².

n. (I-si-dore) Au-guste (Ma-
ō gyst′ ma rē′ frän swa′),
of the philosophical system of

., *pl.* -tesses (-tes′). *French.*

ôn′-), *adj.* 1. Also, Com′te-
philosophy of Auguste Comte.
philosophy of Auguste Comte.
n]

kôn′-), *n.* the philosophy of
. [1870–75; A. Comte + -ism]

ancient Greek and Roman god
Also, Komos. [< L < Gk
edy]

rsion (of the Bible).

ast a proposition, opinion, etc.:
—n. 2. the argument, position,
something. Cf. pro¹. [1575–85;
osition, against].

, con-ning. 1. to learn; study;
ally. 2. to commit to memory.
E *cunnan* var. of can¹ in sense
, learn to know"]

con-ning. *n. Naut.* —*v.t.* 1. to
ship). —*n.* 2. the station of the
e act of conning. Also, conn.
apocopated var. of ME *condie,*
< L *condūcere* to conduct]

onned, con-ning. *n. Informal.*
use of confidence: *a con trick.*
k: *That crook conned me out of*
ersuade by deception, cajolery,
e game or swindle. 5. a lie, ex-
-serving talk: *He had a dozen*
g *out of paying traffic tickets.*
nortening of confidence]

convict. [1715–25; by shorten-

d, con-ning. *Brit. Dial.* 1. to
ething or someone). 2. to ham-
to beat or thrash a person with
[1890–95; perh. akin to F *cognée*
k in, drive (a nail) home]

re a consonant (except *b, h, l, p,*
before *n*: *convene; condone; con-*

2. Consul.
conclusion. 3. connection. 4.
6. continued. 7. against. [< L

Continental Air Defense Com-

krē′), *n.* a seaport in and the
W Africa. 525,671 with suburbs.

mōr′ē, -mōr′ä, -môr′ē, -môr′ä,
). 1. (*italics*) *Italian.* with love,
zeal. 2. tenderly and lovingly
ection). [1730–40]

a male given name.

n′ə mä′, kôn ä′nē mä′; *It.* kôn
animatedly (used as a musical di-
It: lit., with spirit]

, James Bryant. 1893–1978. U.S.
president of Harvard University

*al.* 1. a person adept at lying, ca-
rving talk. 2. a person adept at
f confidence games; swindler.

hən), *n. Psychol.* the part of men-
with striving, including desire and
< L *cōnātiōn-* (s. of *cōnātiō*) an
(us) (ptp. of *cōnārī* to try) + *-iōn-*

iv, kō′nə-). *adj.* 1. *Psychol.* per-
nature of conation. 2. *Gram.* ex-
r effort: *a conative verb.* —*n.* 3.
ord, affix, or verbal aspect. [1680–
e]

s), *n., pl.* -tus. 1. an effort or striv-
endency simulating a human effort.
of Spinoza) the force in every ani-
d the preservation of its existence.
ion, equiv. to *cōnā(rī)* to attempt +
on]

′ō, kôn; *It.* kôn brē′ô). with vigor;
a musical direction). [1890–95; < It]

ite. 2. concentrated. 3. concentra-
5. concrete.

on kat′n āt′), *v.,* -nat-ed, -nat-ing.
together; unite in a series or chain.
gether, as in a chain. [1425–75; late
*oncatēnātus* (ptp. of *concatēnāre*),
+ L *catēn(a)* chain + *-ātus* -ate¹]

n.

(kon kat′n ā′shən), *n.* 1. the act
2. the state of being concatenated;
chain. 3. a series of interconnected
things or events. [1595–1605; < LL

*concatēnātiōn-* (s. of *concatēnātiō*), equiv. to *concatēnāt(us)* concatenate + *-iōn-* -ion]

**con·cave** (*adj., v.* kon kāv′, kon′kāv; *n.* kon′kāv), *adj., n., v.,* -caved, -cav·ing. —*adj.* 1. curved like a segment of the interior of a circle or hollow sphere; hollow and curved. Cf. convex (def. 1). 2. *Geom.* (of a polygon) having at least one interior angle greater than 180°. 3. *Obs.* hollow. —*n.* 4. a concave surface, part, line, or thing. 5. *Mach.* a concave piece, as one against which a drum rotates. —*v.t.* 6. to make concave. [1375–1425; late ME (< MF) < L *concavus,* hollow. See con-, cave] —con·cave′ly, *adv.* —con·cave′ness, *n.*

A, concave or plano-concave lens; B, concavo-concave lens; C, concavo-convex lens



**con·cav·i·ty** (kon kav′i tē), *n., pl.* -ties for 2. 1. the state or quality of being concave. 2. a concave surface or thing; cavity. [1350–1400; ME *concavite* < LL *concavitāt-* (s. of *concavitās*). See con-, cave, -ity]

**con·ca·vo-con·cave** (kon kā′vō kon kāv′), *adj.* concave on both sides. [< L *concav(us)* + -o- + concave]

**con·ca·vo-con·vex** (kon kā′vō kon veks′), *adj.* 1. Also, convexo-concave. concave on one side and convex on the other. 2. *Optics.* pertaining to or noting a lens in which the concave face has a greater degree of curvature than the convex face. [1670–80; < L *concav(us)* + -o- + convex]

**con·ceal** (kən sēl′), *v.t.* 1. to hide; withdraw or remove from observation; cover or keep from sight: *He concealed the gun under his coat.* 2. to keep secret; to prevent or avoid disclosing or divulging: *to conceal one's identity by using a false name.* [1275–1325; ME *conselen, concelen* < AF *conceler* < L *concēlāre,* equiv. to *con-* con- + *cēlāre* to hide (akin to hull¹, Gk *koleón* scabbard (see coleoptera); cf. occult)] —con·ceal′a·ble, *adj.* —con·ceal′a·bil′i·ty, *n.* —con·ceal′ed·ly, *adv.* —con·ceal′ed·ness, *n.* —con·ceal′er, *n.*
—Syn. 1. See hide¹.

**con·ceal·ment** (kən sēl′mənt), *n.* 1. the act of concealing. 2. the state of being concealed. 3. a means or place of hiding. [1275–1325; ME *concelement* < AF. See conceal, -ment]

**con·cede** (kən sēd′), *v.,* -ced·ed, -ced·ing. —*v.t.* 1. to acknowledge as true, just, or proper; admit: *He finally conceded that she was right.* 2. to acknowledge (an opponent's victory, score, etc.) before it is officially established: *to concede an election before all the votes are counted.* 3. to grant as a right or privilege; yield: *to concede a longer vacation for all employees.* —*v.i.* 4. to make concession; yield; admit: *She was so persistent that I conceded at last.* [1625–35; < L *concēdere,* equiv. to *con-* con- + *cēdere* to withdraw, yield, cede] —con·ced′ed·ly, *adv.* —con·ced′er, *n.* —con·ces′si·ble, *adj.*
—Syn. 1. grant. —Ant. 1. deny. 3. refuse.

**con·ceit** (kən sēt′), *n.* 1. an excessively favorable opinion of one's own ability, importance, wit, etc. 2. something that is conceived in the mind; a thought; idea: *He jotted down the conceits of his idle hours.* 3. imagination; fancy. 4. a fancy; whim; fanciful notion. 5. an elaborate, fanciful metaphor, esp. of a strained or far-fetched nature. 6. the use of such metaphors as a literary characteristic, esp. in poetry. 7. a fancy, purely decorative article. 8. *Brit. Dial.* a. favorable opinion; esteem. b. personal opinion or estimation. 9. *Obs.* the faculty of conceiving; apprehension. 10. out of conceit with, displeased or dissatisfied with. —*v.t.* 11. to flatter (esp. oneself). 12. *Brit. Dial.* to take a fancy to; have a good opinion of. 13. *Obs.* a. to imagine. b. to conceive; apprehend. [1350–1400; ME *conceyte, conceipt,* deriv. of conceive by analogy with deceive, deceit and receive, receipt; cf. AF *conceite;* see concept]
—Syn. 1. self-esteem, vanity, egotism, complacency. See pride. —Ant. 1. humility.

**con·ceit·ed** (kən sē′tid), *adj.* 1. having an excessively favorable opinion of one's abilities, appearance, etc. 2. *Archaic.* a. having an opinion. b. fanciful; whimsical. 3. *Obs.* intelligent; clever. [1535–45; conceit + -ed³] —con·ceit′ed·ly, *adv.* —con·ceit′ed·ness, *n.*
—Syn. 1. vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), *adj.* capable of being conceived; imaginable. [1425–75; late ME. See conceive, -able] —con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness, *n.* —con·ceiv′a·bly, *adv.*

**con·ceive** (kən sēv′), *v.,* -ceived, -ceiv·ing. —*v.t.* 1. to form (a notion, opinion, purpose, etc.): *He conceived the project while he was on vacation.* 2. to form a notion or idea of; imagine. 3. to hold as an opinion; think; believe: *I can't conceive that it would be of any use.* 4. to experience or form (a feeling): *to conceive a great love for music.* 5. to express, as in words. 6. to become pregnant with. 7. to beget. 8. to begin, originate, or found (something) in a particular way (usually used in the passive): *a new nation conceived in liberty.* 9. *Archaic.* to understand; comprehend. —*v.i.* 10. to form an idea; think (usually fol. by *of*). 11. to become pregnant. [1250–1300; ME < AF, OF *conceivre* < L *concipere* to take fully, take in, equiv. to *con-* con- + *-cipere,* comb. form of *capere* to take] —con·ceiv′er, *n.*
—Syn. 2, 8. See imagine.

-brat·ing. —*v.i.* 1. to participate in a concelebration. —*v.t.* 2. to celebrate (a Eucharist or Mass) with other members of the clergy. [1565–75; < L *concelebrātus,* ptp. of *concelebrāre;* see com-, celebrate]

**con·cel·e·bra·tion** (kən sel′ə brā′shən, kon-), *n.* the celebration of a Eucharist or Mass by two or more members of the clergy. [1840–50; concelebrate + -ion]

**con·cent** (kən sent′), *n. Archaic.* concord of sound, voices, etc.; harmony. [1575–85; < L *concentus* harmony, chorus, lit., singing or playing together, equiv. to *concen-,* var. s. of *concinere* to sing together (con- con- + *-cinere,* comb. form of *canere* to sing; cf. chant) + *-tus* suffix of v. action]

**con·cen·ter** (kon sen′tər, kən-), *v.t., v.i.* to bring or converge to a common center; concentrate. Also, *esp. Brit.,* concentre. [1585–95; < MF *concentrer,* equiv. to *con-* con- + *centrer* to center]

**con·cen·trate** (kon′sən trāt′), *v.,* -trat·ed, -trat·ing, *n.* —*v.t.* 1. to bring or draw to a common center or point of union; converge; direct toward one point; focus: *to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens.* 2. to put or bring into a single place, group, etc.: *The nation's wealth had been concentrated in a few families.* 3. to intensify; make denser, stronger, or purer, esp. by the removal or reduction of liquid: *to concentrate fruit juice; to concentrate a sauce by boiling it down.* 4. *Mining.* to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. —*v.i.* 5. to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by *on* or *upon*): *to concentrate on solving a problem.* 6. to come to or toward a common center; converge; collect: *The population concentrated in one part of the city.* 7. to become more intense, stronger, or purer. —*n.* 8. a concentrated form of something; a product of concentration: *a juice concentrate.* [1630–40; concentr(ic) + -ate¹; cf. F *concentrer,* It *concentrare*] —con·cen·tra·tive (kon′sən trā′tiv, kən sen′trə-), *adj.* —con′cen·tra′tive·ness, *n.* —con′cen·tra′tor, *n.*
—Syn. 1. See contract. —Ant. 1. dissipate, disperse. 5. diverge.

**con·cen·trat·ed** (kon′sən trā′tid), *adj.* 1. applied with all one's attention, energy, etc.: *their concentrated efforts to win the election.* 2. clustered or gathered together closely. 3. treated to remove or reduce an inessential ingredient, esp. liquid: *concentrated orange juice.* [1680–90; concentrate + -ed²]

**con·cen·tra·tion** (kon′sən trā′shən), *n.* 1. the act of concentrating; the state of being concentrated. 2. exclusive attention to one object; close mental application. 3. something concentrated: *a concentration of stars.* 4. *Mil.* a. the assembling of military or naval forces in a particular area in preparation for further operations. b. a specified intensity and duration of artillery fire placed on a small area. 5. the focusing of a student's academic program on advanced study in a specific subject or field. 6. *Chem.* (in a solution) a measure of the amount of dissolved substance contained per unit of volume. 7. Also called memory. *Cards.* a game in which all 52 cards are spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [1625–35; concentr(ic) + -ation]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, members of ethnic minorities, political opponents, etc., esp. any of the camps established by the Nazis prior to and during World War II for the confinement and persecution of prisoners. [1900–05; applied orig. to camps where noncombatants were placed during the Boer War]

**concentra′tion cell′,** *Physical Chem.* a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal. [1895–1900]

**con·cen·tre** (kon sen′tər, kən-), *v.t., v.i.,* -tred, -tring. *Chiefly Brit.* concenter.

**con·cen·tric** (kən sen′trik), *adj.* having a common center, as circles or spheres. Also, con·cen′tri·cal. [1350–1400; ME *consentrik* < ML *concentricus.* See con-, center, -ic] —con·cen′tri·cal·ly, *adv.* —con·cen·tric·i·ty (kon′sən tris′i tē, -sen-), *n.*

**Con·cep·ción** (kôn′sep syôn′; *Eng.* kən sep′sē ōn′, -sep′shən), *n.* 1. a city in central Chile, near the mouth of the Bío-Bío River. 196,000. 2. a city in central Paraguay, on the Paraguay River. 19,200.

**con·cept** (kon′sept), *n.* 1. a general notion or idea; conception. 2. an idea of something formed by mentally combining all its characteristics or particulars; a construct. 3. a directly conceived or intuited object of thought. —*v.t.* 4. *Informal.* to develop a concept of; conceive: *Experts pooled their talents to concept the new car.* [1550–60; < L *conceptum* something conceived, orig. neut. of *conceptus* (ptp. of *concipere*), equiv. to *con-* con- + *cep-* (var. s. of *-cipere,* comb. form of *capere* to seize) + *-tus* ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), *n. Biol.* an organ or cavity enclosing reproductive bodies. [1605–15; < L *conceptāculum,* equiv. to *concept(us)* conceived (see concept) + *-āculum* (see receptacle)] —con·cep·tac·u·lar (kon′sep tak′yə lər), *adj.*

**con′cept art′.** See conceptual art.

**con·cep·tion** (kən sep′shən), *n.* 1. the act of conceiving; the state of being conceived. 2. fertilization; inception of pregnancy. 3. a notion; idea; concept: *She has some odd conceptions about life.* 4. something that is conceived: *That machine is the conception of a genius.* 5. origination; beginning: *The organization has been beset by problems from its conception.* 6. a design; plan. 7. a sketch of something not actually existing: *an artist's conception of ancient Athens.* 8. the act or power of forming notions, ideas, or concepts. [1300–50; ME con-

EXHIBIT A.8

any member of a legislative body. 3. a part or organ of an animal body; a limb, as a leg, arm, or wing. 4. *Bot.* a structural entity of a plant body. 5. the penis. 6. a constituent part of any structural or composite whole, as a subordinate architectural feature of a building. 7. *Math.* a. either side of an equation. b. an element of a set. 8. *Geol.* a stratigraphic unit recognized within a formation, and mapped as such. —*adj.* 9. being a member of or having membership in an association, organization, etc.: *member countries of the United Nations.* [1250–1300; ME *membre* < OF < L *membrum*] —**mem′ber·less,** *adj.*
—**Syn.** 6. element, portion.

**mem·bered** (mem′bərd), *adj.* having members, esp. of a specified number or kind (often used in combination): *a four-membered body.* [1375–1425; late ME. See MEMBER, -ED³]

***Mem′ber of the Wed′ding, The,*** a novel (1946) and play (1950) by Carson McCullers.

**mem·ber·ship** (mem′bər ship′), *n.* 1. the state of being a member, as of a society or club. 2. the status of a member. 3. the total number of members belonging to an organization, society, etc. [1640–50; MEMBER + -SHIP]

**mem·brane** (mem′brān), *n.* 1. *Anat.* a thin, pliable sheet or layer of animal or vegetable tissue, serving to line an organ, connect parts, etc. 2. *Cell Biol.* the thin, limiting covering of a cell or cell part. [1375–1425; late ME; ME *membraan* parchment < L *membrāna.* See MEMBER, -AN] —**mem′brane·less,** *adj.*

**mem′brane bone′,** a bone that develops from membranous tissue. Cf. **cartilage bone.** [1875–80]

**mem·bra·no·phone** (mem brā′nə fōn′), *n.* any musical instrument, as a drum, in which the sound is produced by striking, rubbing, or blowing against a membrane stretched over a frame. [1935–40; MEMBRANE + -O- + -PHONE] —**mem·bra·no·phon·ic** (mem brā′nə fon′ik), *adj.*

**mem·bra·nous** (mem′brə nəs), *adj.* 1. consisting of, of the nature of, or resembling membrane. 2. characterized by the formation of a membrane. Also, **mem·bra·na·ceous** (mem′brə nā′shəs). [1590–1600; MEMBRANE + -OUS; cf. F *membraneux*] —**mem′bra·nous·ly,** *adv.*

**mem′branous lab′yrinth.** See under **labyrinth** (def. 6a). [1865–70]

**Me·mel** (mā′məl, mem′əl), *n.* 1. German name of **Klaipeda.** 2. the lower course of the Niemen River. Cf. **Niemen.**

**me·men·to** (mə men′tō), *n., pl.* **-tos, -toes.** 1. an object or item that serves to remind one of a person, past event, etc.; keepsake; souvenir. 2. anything serving as a reminder or warning. 3. (*cap., italics*) *Rom. Cath. Ch.* either of two prayers in the canon of the Mass, one for persons living and the other for persons dead. [1350–1400; ME < L *mementō,* impv. of *meminisse* to remember]
—**Usage.** MEMENTO is sometimes spelled MOMENTO, perhaps by association with *moment.* The word is actually related to *remember.* One of its earliest meanings was "something that serves to warn." The meaning "souvenir" is a recent development: *The stone animal carvings are mementos of our trip to Victoria.* MOMENTO is considered by many to be a misspelling, but it occurs so frequently in edited writing that some regard it as a variant spelling rather than an error.

**me·men·to mo·ri** (mə men′tō môr′ī, môr′ī, môr′ē, mōr′ē; *for 1 also Lat.* me men′tō mō′rē), *pl.* **memento mori** for 2. 1. (*italics*) *Latin.* remember that you must die. 2. an object, as a skull, serving as a reminder of death or mortality. [1585–95; < L *mementō mori*]

**Mem·ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, German painter of the Flemish school. Also, **Mem·linc** (mem′lingk).

**Mem·non** (mem′non), *n.* 1. **Colossus of,** (in ancient Egypt) a colossal statue near Thebes said to produce a musical sound when the rays of the early morning sun struck it. Cf. **Vocal Memnon.** 2. *Class. Myth.* an Ethiopian king slain by Achilles in the Trojan War. —**Mem·no·ni·an** (mem nō′nē ən), *adj.*

**Mem·no·ni·a** (mem nō′nē ə), *n.* an area in the southern hemisphere of Mars, appearing as a light region when viewed telescopically from the earth.

**mem·o** (mem′ō), *n., pl.* **mem·os.** memorandum. [by shortening; see -o]

**mem·oir** (mem′wär, -wôr), *n.* 1. a record of events written by a person having intimate knowledge of them and based on personal observation. 2. Usually, **memoirs.** a. an account of one's personal life and experiences; autobiography. b. the published record of the proceedings of a group or organization, as of a learned society. 3. a biography or biographical sketch. [1560–70; < F *mémoire* < L *memoria;* see MEMORY]
—**Syn.** 2a. journal, recollections, reminiscences.

**mem·oir·ist** (mem′wär ist, -wôr-), *n.* a person who writes memoirs. [1760–70; MEMOIR + -IST]

**mem·o·ra·bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab′ə lē). 1. mementos; souvenirs. 2. matters or events worthy to be remembered; points worthy of note. [1800–10; n. use of L *memorābilia* things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·bil·i·ast** (mem′ər ə bil′ē ast′), *n.* a person who collects mementos or souvenirs, as postcards or playbills. [MEMORABILI(A) + *-ast,* taken as var. of -IST attached to a s. ending in *-i-,* on the model of ENTHUSIAST]

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). 1. a short note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. 2. a record or written statement of something. 3. an informal message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* 4. *Law.* a writing, usually informal, containing the terms of a transaction. 5. *Diplomacy.* a summary of the state of an issue, the reasons for a decision agreed on, etc. 6. a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [1400–50; late ME < L: something to be noted, n. use of neut. of *memorandus,* gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə môr′ē əl, -mōr′-), *n.* 1. something designed to preserve the memory of a person, event, etc., as a monument or a holiday. 2. a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* 3. preserving the memory of a person or thing; commemorative: *memorial services.* 4. of or pertaining to the memory. [1350–1400; ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for containing memoranda. See MEMORY, -AL¹] —**me·mo′ri·al·ly,** *adv.*

**Memo′rial Day′,** 1. Also called **Decoration Day.** a day, May 30, set aside in most states of the U.S. for observances in memory of dead members of the armed forces of all wars: now officially observed on the last Monday in May. 2. any of several days, as April 26, May 10, or June 3, similarly observed in various Southern states. [1865–70, *Amer.*]

**me·mo·ri·al·ist** (mə môr′ē ə list, -mōr′-), *n.* 1. a person who writes memorials. 2. a person who writes memoirs. [1700–10; MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz·ing.** 1. to commemorate. 2. to present a memorial to. Also, *esp. Brit.,* **me·mo′ri·al·ise′.** [1790–1800; MEMORIAL + -IZE] —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**memo′rial park′,** cemetery. [1915–20]

**mem·o·ried** (mem′ə rēd), *adj.* 1. having a memory (usually used in combination): *short-memoried; long-memoried.* 2. filled with memories: *a quiet, memoried town.* [1565–75; MEMORY + -ED³]

**mem·o·rist** (mem′ər ist), *n.* a person who has a remarkably retentive memory. [1675–85; MEMOR(Y) + -IST]

**me·mo·ri·ter** (mə môr′i tər, -ter, -mōr′-), *adv.* 1. by heart; by memory. —*adj.* 2. involving or requiring memorization: *the memoriter aspects of a college course.* [1605–15; < L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.,* **-rized, -riz·ing.** —*v.t.* 1. to commit to memory; learn by heart: *to memorize a poem.* —*v.i.* 2. to learn by heart: *I've always been able to memorize easily.* Also, *esp. Brit.,* **mem′o·rise′.** [1585–95; MEMOR(Y) + -IZE] —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** 1. the mental capacity or faculty of retaining and reviving facts, events, impressions, etc., or of recalling or recognizing previous experiences. 2. this faculty as possessed by a particular individual: *to have a good memory.* 3. the act or fact of retaining and recalling impressions, facts, etc.; remembrance; recollection: *to draw from memory.* 4. the length of time over which recollection extends: *a time within the memory of living persons.* 5. a mental impression retained; a recollection: *one's earliest memories.* 6. the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* 7. the state or fact of being remembered. 8. a person, thing, event, fact, etc., remembered. 9. commemorative remembrance; commemoration: *a monument in memory of Columbus.* 10. the ability of certain materials to return to an original shape after deformation. 11. Also called **computer memory, storage.** *Computers.* a. the capacity of a computer to store information subject to recall. b. the components of the computer in which such information is stored. 12. *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. 13. *Cards.* concentration (def. 7). [1275–1325; ME *memorie* < L *memoria,* equiv. to *memor* mindful, remembering + *-ia* -Y³]

**mem′ory bank′,** 1. the complete records, archives, or the like of an organization, country, etc. 2. the total of a person's memories or recollections. 3. See **data bank** (def. 1). [1950–55]

**mem′ory cell′,** *Immunol.* any small, long-lived lymphocyte that has previously encountered a given antigen and that on reexposure to the same antigen rapidly initiates the immune response (**memory T cell**) or proliferates and produces large amounts of specific antibody (**memory B cell**): the agent of lasting immunity.

**mem′ory lane′,** the memory of one's past life likened to a road down which one may travel: *The class reunion was a trip down memory lane.* [1950–55]

**mem′ory trace′,** *Psychol.* engram. [1920–25]

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday school.

**Mem·phi·an** (mem′fē ən), *n.* 1. a native or inhabitant of the ancient Egyptian city of Memphis. 2. Egyptian (def. 3). 3. a native or resident of Memphis, Tennessee. [1585–95; MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* 1. a port in SW Tennessee, on the Mississippi. 646,356. 2. a ruined city in Upper

its style of design. [the name was alleged[ly] Ettore Sottsass, one of the group's founde[rs] Dylan song "Stuck Inside of Mobile with [the Memphis] Blues Again" on the evening of Decembe[r]

**Mem·phite** (mem′fīt), *adj.* 1. Also, [**Mem·phit·ic**] (mem fit′ik). of or pertaining to the anc[ient] city of Memphis. —*n.* 2. Memphian (def [1]). *Memphites* inhabitant of Memphis; see -[ITE]

**Mem·phre·ma·gog** (mem′frē mā′gog) lake on the boundary between the U.S. an[d] [be]tween N Vermont and S Quebec. 30 mi. (

**mem·sa·hib** (mem′sä′ib, -ēb), *n.* (form[erly] a term of respect for a married Euro[pean] [1855–60; < Hindi, equiv. to *mem* (< E M[A'AM]) master (< Ar *ṣāḥib*)]

**men** (men), *n.* pl. of **man.**

**men-,** var. of **meno-** before a vowel: *men*

**men·ace** (men′is), *n., v.,* **-aced, -ac·i[ng]** something that threatens to cause evil, etc.; a threat: *Air pollution is a menace t[o]* person whose actions, attitudes, or ideas a[re] dangerous or harmful: *When he gets behin[d] a car, he's a real menace.* 3. an extrem[e] person. —*v.t.* 4. to utter or direct a th[reat] threaten. 5. to serve as a probable thre[at] —*v.i.* 6. to express or serve as a threat. [1 < MF < L *mināc*ia, equiv. to *mināc-* (s. ting out, threatening + *-ia* -IA] —**m[en′ac·er]** —**men′ac·ing·ly,** *adv.*

**men·ac·me** (mə nak′mē, mē nak′-), *n.* part of a female's life during which menstr[uation] [MEN- + ACME]

**me·nad** (mē′nad), *n.* maenad.

**men·a·di·one** (men′ə dī′ōn), *n. Pharm.* yellow crystalline powder, $C_{11}H_8O_2$, insolu[ble] used as a vitamin K supplement. Also calle[d] [1940–45; ME(THYL) + NA(PHTHALENE) + D[I-]

**Me·na·do** (me nä′dō), *n.* a seaport on N[E] NE Indonesia. 169,684. Also, **Manado.**

**mé·nage** (mā näzh′; *Fr.* mā NAZH′), *n.* (-nä′zhiz; *Fr.* -NAZH′). 1. a domestic e[stablishment] household. 2. housekeeping. Also, **me·na[ge]** 1300; ME < F << VL *mansiōnāticum.* -AGE]

**mé·nage à trois** (mā näzh′ ä trwä′; *F.* TRWÄ′), a domestic arrangement in which having sexual relations occupy the same h[ousehold] F: household of three]

**me·nag·er·ie** (mə naj′ə rē, -nazh′-), *n.* of wild or unusual animals, esp. for exhi[bition] place where they are kept or exhibited. 3 and varied group of people. [1705–15; < ] keeping. See MÉNAGE, -ERY]

**Men′ai Strait′** (men′ī), a strait between land and the mainland of NW Wales. 14 mi.

**Me·nam** (me näm′), *n.* a former na[me of the] **Phraya.**

**Me·nan·der** (mə nan′dər), *n.* 342?–291 writer of comedies.

**men·ar·che** (mə när′kē, me-), *n. Physi[ol.]* menstrual period; the establishment of [menstruation] [1895–1900; MEN- + *archē* beginning] —**me[n·ar′]che·al, men·ar′chi·al,** *adj.*

**Me·nash·a** (mə nash′ə), *n.* a city in [Wisconsin] 14,728.

**me·nat** (mā′nät), *n.* an amulet worn by c[ertain E]tians in ancient times to secure divine prot[ection and] ensure fertility. [vocalization of Egyptian *m*

**men·a·zon** (men′ə zon′), *n. Chem.* a colo[rless] fine compound, $C_6H_{12}N_5O_2PS_2$, used as a sy[stemic in]secticide, esp. for control of aphids. [1960–65; [(A)MI]N(O)- + (TRI)AZ(INE) + (THI)ON(ATE)]

**men·chil·dren** (men′chil′drən, -drin), *n.* child. Also, **men′chil′dren.**

**Men·ci·us** (men′shē əs), *n.* c380–289 B.C., [Chinese phi]losopher. Also called **Mengtzu, Mengtse** **Mengzi.**

**Menck·en** (meng′kən), *n.* **H(enry) L(o[uis])** 1956, U.S. writer, editor, and critic. —**M[enck·e′ni·an]** (meng kē′nē ən), *adj., n.*

**mend** (mend), *v.t.* 1. to make (something b[roken,] torn, or otherwise damaged) whole, sound, [by] repairing: *to mend old clothes; to mend a br[oken]* to remove or correct defects or errors in. 3. make better; improve: *to mend matters.* progress toward recovery, as a sick person. ken bones) to grow back together; knit. 6. as conditions or affairs. 7. **mend sail.** *Na[ut.]* sails that have been badly furled. Also, **me[nd]** —*n.* 8. the act of mending; repair or improv[ement] mended place. 10. **on the mend,** a. recove[ring from] illness. b. improving in general, as a state of *breach between father and son is on the m[end]* 1200; ME *menden,* aph. var. of AMEND] —[**mend′a·ble,**] *adj.*
—**Syn.** 1. fix, restore, retouch. MEND, mean to repair something and thus renew it MEND is a general expression that emphasi[zes] of making whole something damaged: *to me[nd a] dish, a tear in an apron.* DARN and PATCH a[re more spe]cific, referring particularly to repairing ho[les] To DARN is to repair by means of stitches

9

# Family Fun & Games

The Diagram Group

R
795.4
FAM

Sterling Publishing Co., Inc. New York

EXHIBIT A.9

Library of Congress Cataloging-in-Publication Data
Available

10 9 8 7 6 5 4 3 2 1

Published 1992 by Sterling Publishing Company, Inc.
387 Park Avenue South, New York, N.Y. 10016
© 1992 by Diagram Visual Information Ltd
195 Kentish Town Road, London NW5 8SY
Distributed in Canada by Sterling Publishing
% Canadian Manda Group, P.O. Box 920, Station U
Toronto, Ontario, Canada M8Z 5P9

*Manufactured in the United States of America*
*All rights reserved*

Sterling ISBN 0-8069-8776-6

# Foreword

This illustrated refe
games, card games,
provide many hours

Some of the games
interesting and chall
from ancient times
and abilities – from
the complexities of
party games and rac
coins, marbles, jacks
those included in thi

The order in which
Alphabetical orderin
of games; these are
the parent game (alt
index).

Detailed rules of pla
clear, concise langua
explanatory diagram
equipment needed fo
suggestions for impr
games.

Card games are plac
games, children's ga
Obviously these div
games may be playe
popular with adults
of card-playing skill
players.

# Concentration

This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and observation.

**Cards** One or two standard decks of playing cards are used, depending on the number of players.

The cards should be clean and reasonably new, so that when they are lying face down they cannot be identified by creases, marks, or torn corners!

**The playing area** must be flat and as large as possible – the floor or a big table is best.

**The deal** One player shuffles the cards and lays them face down on the table – in all directions and so that no card is touching another.

**Objective** Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture).

**First player** The player to the left of the dealer starts the game. He turns over two cards at random and allows the other players to see them.

If the rank of the two cards is the same, for example two aces or two kings, he takes them and may turn over two more cards. He continues in this way until he turns over two cards that do not match.

If the cards that are turned over do not match, the player must put them face down in their original positions. His turn then ends.

**Second player** The person to the first player's left now turns over any two cards.

If the first card matches one that has already been turned over he must try to remember where that card is. If he is successful he takes the pair. He continues his turn until he fails to turn over a matching pair.

**Successive players** Play continues with the players taking their turns in a clockwise direction, until all the cards have been collected.

**The winner** is the player with most cards at the end of the game.

EXHIBIT A.9

ı called
n excellent

are used,

that when
by creases,

le – the floor

m face down
; touching

; as possible
picture).
ts the game.
ther players

e two aces or
ore cards.
ds that do

player must
urn then

ow turns

ırned over
successful
; to turn

ıking their
e been

of the game.




EXHIBIT A.9