18

# Concentration (game)

From Wikipedia, the free encyclopedia
(Redirected from Concentration/game)

It has been suggested that this article or section be merged with *Pelmanism*. (Discuss)

**Concentration** or **Memory** is a card game of the Rummy family where all the cards are laid out on a surface and two cards are turned over each turn. The object is to turn over a pair of matching cards (for example, a pair of kings) and then remove them from play. Play ends when all cards have been removed from the table. Optionally, the player who made the match then plays again. Concentration can be played with one player or many players. This scheme is often used in quiz shows.



Variously themed cards are available for children of all age groups.

## External links

- Remember Me (http://www.aliciaramirez.com/goodies/remember-me) - Flash based concentration game. Three levels, three decks of cards, and adjustable speed.

Retrieved from "http://en.wikipedia.org/wiki/Concentration_%28game%29"

Categories: Articles to be merged | Card game stubs

- This page was last modified 12:22, 20 June 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.

**EXHIBIT A.18**

19

Advertisement

Board / Card Games

About

# Concentration / Memory – Card Game Rules

From Erik Arneson,
Your Guide to Board / Card Games.
**FREE** Newsletter. Sign Up Now!

## A simple game that can be enjoyed by a variety of ages.

Concentration, also known as Memory, is a great family card game. It's easy to make the game easier or more difficult, and younger players tend to be able to compete with older players because they generally excel at memory-based games.

**Players**

1 to 6 players.

**Deck**

Standard 52-card deck.

**Goal**

To collect the most pairs of cards.

**Setup**

Shuffle the cards and lay them on the table, face down, in a pattern (e.g. 4 cards x 13 cards).

**Gameplay**

The youngest player goes first. Play then proceeds clockwise.

On each turn, a player turns over two cards (one at a time) and keeps them if they match numbers. If they successfully match a pair of numbers, that player also gets to take another turn.

When a player turns over two cards that do not match numbers, those cards are turned face down again and it becomes the next player's turn.

**Variants**

To make the game easier, cards can be removed in sets of 4 (e.g.

all of the 2s and 3s).

To make the game more difficult, require players to match both numbers and colors, as opposed to just numbers. (e.g. The King of hearts would match the King of diamonds – but neither of those cards would match the King of clubs.)

**Scoring for 1 player**

Time yourself to see how fast you can find all of the matching pairs. Compete with yourself by trying to get a faster time in a second game.

EXHIBIT A.19

**Scoring for 2 to 4 players**

Players keep each pair they find. At the end of the game, each pair scores one point.

**Winning**

When all the pairs have been found, the player with the most points wins.

| Print | Bookmark | XML | + MY YAHOO!

Our Story | Be a Guide | Advertising Info | News & Events | Work at About | Site Map | Reprints | Help
User Agreement | Ethics Policy | Patent Info. | Privacy Policy | Kids' Privacy Policy

©2006 About, Inc., A part of The New York Times Company. All rights reserved.

**EXHIBIT A.19**

From Erik Arneson,
Your Guide to Board / Card Games.
FREE Newsletter. Sign Up Now!

A simple game that can be enjoyed by a variety of ages.

Concentration, also known as Memory, is a great family card game. It's easy to make the game easier or more difficult, and younger players tend to be able to compete with older players because they generally excel at memory-based games.

# Concentration / Memory Card Game Rules

**Players**

1 to 6 players.

**Deck**

Standard 52-card deck.

**Goal**

To collect the most pairs of cards.

**Setup**

Shuffle the cards and lay them on the table, face down, in a pattern (e.g. 4 cards x 13 cards).

**Gameplay**

The youngest player goes first. Play then proceeds clockwise.

On each turn, a player turns over two cards (one at a time) and keeps them if they match numbers. If they successfully match a pair of numbers, that player also gets to take another turn.

When a player turns over two cards that do not match numbers, those cards are turned face down again and it becomes the next player's turn.

**Variants**

To make the game easier, cards can be removed in sets of 4 (e.g.
all of the 2s and 3s).

To make the game more difficult, require players to match both numbers and colors, as opposed to just numbers. (e.g. The King of hearts would match the King of diamonds – but neither of those cards would match the King of clubs.)

**Scoring for 1 player**

Time yourself to see how fast you can find all of the matching pairs. Compete with yourself by trying to get a faster time in a second game.

**Scoring for 2 to 4 players**

Players keep each pair they find. At the end of the game, each pair scores one point.

**Winning**

When all the pairs have been found, the player with the most points wins.

**EXHIBIT A.19**

**More Card Games**

Go FishHeartsCard Game Index

**Recent Discussions**

For Sale or TradeWhat's your first reaction to Mattel'...I Spy Bingo

**EXHIBIT A.19**

20

# THE NEW COMPLETE HOYLE

EXHIBIT
A.20

# *The New*
# Complete Hoyle

An Encyclopedia

of Rules, Procedure, Manners and Strategy of Games

Played with Cards, Dice, Counters,

Boards, Words, and Numbers.

*Edited by*

RICHARD L. FREY

EXHIBIT A.20

*Philadelphia*

DAVID McKAY COMPANY

WASHINGTON SQUARE

Copyright, 1947, by
DAVID McKAY COMPANY

*Printed in the United States of America*

EXHIBIT A.20

| | PAGE |
|---|---|
| *Thirty-one with Dice* | 709 |
| Memory | 478 |
| Mexican Stud Poker | 32 |
| Michigan | 298 |
| Michigan Rum | 82, 84 |
| Midnight Oil | 492 |
| Mill, The | 647 |
| Monte, Three-card | 34 |
| Morelles | 647 |
| Mouche, La | 232 |
| Muggins | 547 |
| Nap | 258 |
| Napoleon | 232, 258 |
| —*Variants* | 261 |
| Napoleon at St. Helena | 488 |
| Newmarket | 293, 298 |
| Nine Men's Morris | 647 |
| Nivernaise, La | 489 |
| Noddy | 448 |
| Norwegian Whist | 229 |
| Odd and Even | 706 |
| Oh Hell | 463 |
| Oklahoma | 82, 85 |
| Old Maid | 469 |
| Old Sledge | 307 |
| Ombre | 275, 307, 415 |
| Omnibus Hearts | 275, 284 |
| One Pile | 705 |
| Ovid's Game | 665 |
| Pachisi | 555, 582, 616, 647, 650 |
| Parlor Games | 679 |
| *Anagrams* | 679 |

EXHIBIT A.20

**Strategy.** The player should arrange his cards by ranks, and the ranks in the order in which he will be called upon to play them. *Example*: In a seven-hand game, eldest hand should arrange the ranks: **A, 7, K, 6, Q, 5, J, 4, 10, 3, 9, 2, 8.** He should decide at once at what turn he will go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## CONCENTRATION (MEMORY, PELMANISM)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

**Age Group.** Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

**Players.** Any number up to six can play; but the best game is for two.

**The Layout.** A pack of 52 cards is shuffled and then dealt face



EXHIBIT A.20

down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

**The Play.** Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book*.

amazon.com | Janene's Store | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Search Amazon.com GO Find Gifts A9 Web Search

**Save $30 instantly with the Amazon.com Visa® Card**

**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.

Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping Cart

for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| Shopping Cart Items--To Buy Now | | Price: | Qty: |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: matt_books | $6.74<br>You Save: $20.26 (75%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: c_new | $16.70<br>You Save: $10.30 (38%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: tatertot222 | $2.00<br>You Save: $25.00 (93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.20r**

| | | | |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: gretchenbooks | **$7.85**<br>You Save:<br>$6.10<br>(44%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: a-bookworm2 | **$4.95**<br>You Save:<br>$9.00<br>(65%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: tranquilrain | **$2.00**<br>You Save:<br>$11.95<br>(86%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: aandcbooks | **$1.99**<br>You Save:<br>$11.96<br>(86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

EXHIBIT A.20r

PACKING SLIP:
Amazon Marketplace Item: The New Complete Hoyle Revised [Hardcover] by Frey, Richard L.; Mott-Smith...
Listing ID: 0210T029120
SKU:
Quantity: 1

Purchased on: 09-Jul-2006
Shipped by: newcarolnew@aol.com
Shipping address:

Thank you!

Ship to: Janene Bassett
Address Line 1: Sheppard, Mullin Richter & Hampton, LLP
Address Line 2: 1901 Avenue of the Stars, 16th Floor
City: Los Angeles
State/Province/Region: CA
Zip/Postal Code: 90067
Country: United States

Buyer Name: Janene Bassett

EXHIBIT A.20r

21

# THE OFFICIAL RULES of CARD GAMES

EXHIBIT
A.21

HOYLE UP-TO-DATE

# *The* OFFICIAL RULES *of* CARD GAMES



ENDORSED BY ASSOCIATION OF
AMERICAN PLAYING CARD
MANUFACTURERS

## HOYLE UP-TO-DATE

ALBERT H. MOREHEAD, Editor

*Publisher's 48th Edition*

Published by
THE UNITED STATES PLAYING CARD COMPANY
At Cincinnati, Ohio, U. S. A.

*Canadian Distributors*
INTERNATIONAL PLAYING CARD COMPANY, Limited
Windsor, Ontario

EXHIBIT A.21

International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952.

BY
THE UNITED STATES PLAYING CARD COMPANY
AT CINCINNATI, OHIO, U. S. A.

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

# Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

# Go Boom

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

EXHIBIT A.21

**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping **Cart** for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: matt_books | $6.74<br>You Save:<br>$20.26<br>(75%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: c_new | $16.70<br>You Save:<br>$10.30<br>(38%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: tatertot222 | $2.00<br>You Save:<br>$25.00<br>(93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.21r**

| | | | |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: gretchenbooks | **$7.85**<br>You Save: $6.10 (44%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: a-bookworm2 | **$4.95**<br>You Save: $9.00 (65%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: tranquilrain | **$2.00**<br>You Save: $11.95 (86%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: aandcbooks | **$1.99**<br>You Save: $11.96 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

EXHIBIT A.21r

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PACKING SLIP:
Amazon Marketplace Item: Official Rules of Card Games [Paperback] by Moorehead, Albert H.
Listing ID: 0703T215089
SKU:
Quantity: 1

Purchased on: 09-Jul-2006
Shipped by: aandcbooks@hotmail.com
Shipping address:

Thank you!
- A and c Books

Ship to: Janene Bassett
Address Line 1: Sheppard, Mullin Richter & Hampton, LLP
Address Line 2: 1901 Avenue of the Stars, 16th Floor
City: Los Angeles
State/Province/Region: CA
Zip/Postal Code: 90067
Country: United States

**EXHIBIT A.21r**

Buyer Name: Janene Bassett

- - - - - - - - - - - - - - - - - - - - - - -

22

R617

60¢

*Rules of Games*

# ACCORDING TO HOYLE

By RICHARD L. FREY

Complete up-to-date instructions, scoring and strategy for over 200 games: card . . . board . . . dice . . . parlor . . . word . . . children's games.

**SPECIAL SECTION ON THE BEST SOLITAIRE GAMES!**



EXHIBIT
A.22

# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY

by Richard L. Frey
Author of
HOW TO WIN AT CANASTA
and HOW TO PLAY SAMBA, etc.

CREST BOOK

FAWCETT PUBLICATIONS, INC., GREENWICH, CONN.
MEMBER OF AMERICAN BOOK PUBLISHERS COUNCIL, INC.

EXHIBIT A.22

A Crest Book published by arrangement with the author.

Copyright 1956, Fawcett Publications, Inc.
All rights reserved, including the right to reproduce
this book or portions thereof.

Laws of Contract Bridge © 1948 in the Western Hemisphere and the Philippines by the National Laws Commission of the American Contract Bridge League.
Laws of Auction Pinochle © 1946 by the United States Playing Card Co.
Laws of Five Hundred © 1906 by the United States Playing Card Co.
Laws of Backgammon © 1931 by the Racquet and Tennis Club, New York.
Laws of Canasta © 1950 by the Regency Club, New York.
"Scrabble" is the registered trademark of the Production and Marketing Co.

Ninth Crest printing, June 1965

Crest Books are published by Fawcett World Library,
67 West 44th Street, New York, New York 10036.
Printed in the United States of America.

EXHIBIT A.22

*the doubter nearest the player's left in rotation has precedence.*

Scoring. The first player to get rid of all his cards wins the deal. Each deal should be treated as a separate game. Or the number of cards left in the hands may be charged against the owners, and the player with lowest score when another reaches 100 may be deemed the winner of a game.

## CONCENTRATION (MEMORY, PELMANISM)

Age Group. Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage.

Players. Any number up to six can play; but the best game is for two.

The Layout. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

The Play. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Each card turned should be left on the table, face up, in its original position, for a few seconds at least before it is either taken by the player or turned down again.

EXHIBIT A.22

**NWSpas**

**From:** "Amazon.com Payments" <payments-messages@amazon.com>
**To:** <lloyd@nwspas.com>
**Cc:** <payments-mail@amazon.com>
**Sent:** Tuesday, July 11, 2006 2:29 PM
**Subject:** Sold, ship now. According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and

Dear lloyd@nwspas.com,

Your Amazon Marketplace sale is official! We've deposited your earnings from the sale of this item into your Amazon Payments account.

Please ship item immediately via expedited shipping speed.

1 of According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and

You have agreed to ship no later than two business days after the buyer's purchase on 11-Jul-2006.

*************************************************************
Important--Prepare Your Packages With Care. See our guidelines:
www.amazon.com/exec/obidos/tg/browse/-/1161254
*************************************************************

Here is your buyer's shipping address (use your own address as the return address, and enclose the packing slip in this e-mail for your buyer's reference):

Shipping Label
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Janene Bassett
Sheppard, Mullin Richter & Hampton, LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PACKING SLIP:
Amazon Marketplace Item: According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and
Listing ID: 0303L526038
SKU:
Quantity: 1

Purchased on: 11-Jul-2006
Shipped by: lloyd@nwspas.com
Shipping address:

**EXHIBIT A.22r**

amazon.com Your Store | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Search Amazon.com GO Find Gifts A9 Web Search

**Save $30 instantly with the Amazon.com Visa® Card**

**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.

Find out how

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping Cart

Already a customer? Sign in

See more items like those in your cart

**Subtotal: $61.58**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: antiquequalitybooks | $34.00 | 1 |
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: adamsfamiliesbooks | $10.99 | 1 |
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: boazad | $4.45 You Save: $2.54 (36%) | 1 |
| Item added on July 11, 2006 | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. | $2.25 You Save: | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- Ultimate Travel Games (Crazy Games) by Micol Ostow
- Card Games for Kids : 50 Fun Games for Your Children by Adam Ward
- The Everything Card Games Book: A complete guide to over 50 games to please any crowd (Everything: Sports and Hobbies) by Nikki Katz
- Great Big Book of Children's Games by Derba Wise

**See more in the Page You Made**

**Featured Item**




The Book of Card Games for Little Kids by Gail MacColl

**EXHIBIT A.22r**

| | | | |
|---|---|---|---|
| Save for later<br>Delete | Morehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: sunrisebooks_pld | $4.74<br>(68%) | |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: sellerbuy | **$6.00**<br>You Save: $7.95 (57%) | 1 |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: basementseller101 | **$1.95**<br>You Save: $12.00 (86%) | 1 |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: mariner1944 | **$1.94**<br>You Save: $12.01 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- The Complete Book of Solitaire and Patience Games by Albert H. Moorehead
- The Rules of Neighborhood Poker According to Hoyle by Stewart Wolpin

**EXHIBIT A.22r**

23

KP379
60¢

**COMPLETELY UP TO DATE.** The final authority on popular games — the book that answers all questions, settles all arguments.

SIGNET KEY BOOKS

# HOYLE'S rules of GAMES

As Webster is to Dictionaries, so Hoyle is to Games. This compact book of rules gives complete authoritative instructions and scoring on over one hundred card and parlor games including Bridge, Poker, Canasta, Bolivia, "The Game," Solitaire and Scrabble.[®]





ALBERT H. MOREHEAD
AND
GEOFFREY MOTT-SMITH

EXHIBIT
A.23

A SIGNET KEY BOOK

# HOYLE'S

## RULES OF

# GAMES

*Descriptions of*

Indoor Games of Skill and Chance, with Advice on Skillfull Play. Based on the Foundations laid down by Edmond Hoyle, 1672-1769. Edited by

ALBERT H. MOREHEAD
and GEOFFREY MOTT-SMITH

NEWLY REVISED
AND EXPANDED EDITION

EXHIBIT A.23

A SIGNET KEY BOOK

Published by THE NEW AMERICAN LIBRARY

COPYRIGHT © 1958 BY THE NEW AMERICAN LIBRARY OF WORLD LITERATURE, INC.

COPYRIGHT, 1946, 1949, 1954 BY THE NEW AMERICAN LIBRARY OF WORLD LITERATURE, INC.

All rights reserved, including the right to reproduce this book or portions thereof, in any form.

FIRST EDITION, NOVEMBER, 1946
TWENTIETH EDITION, FEBRUARY, 1962

"Scrabble" is the registered trademark of Production and Marketing Company

Designs of playing cards reproduced by permission of The United States Playing Card Co., Cincinnati

Library of Congress Catalog Card No. 55-1340

SIGNET TRADEMARK REG. U.S. PAT. OFF. AND FOREIGN COUNTRIES
REGISTERED TRADEMARK—MARCA REGISTRADA
HECHO EN CHICAGO, U.S.A.

*SIGNET KEY BOOKS are published by*
*The New American Library of World Literature, Inc.*
*501 Madison Avenue, New York 22, New York*

PRINTED IN THE UNITED STATES OF AMERICA

EXHIBIT A.23

Cribbage 68
Cribbage Solitaire 188
Four-Hand Cribbage 74
Three-Hand Cribbage 74
Cribbage Solitaire 188
Criss-Cross 90
Cutthroat Bridge 28
Cutthroat Euchre 53

Dealer's Choice 75, 88
Demon Patience 181
Dice 224
Bird Cage 227
Chuck-Luck 227
Craps 224
Hazard 227
Liar Dice 228
Poker Dice 227
Yacht 230
Domino Bridge 30
Dominoes 195
Bergen 197
Block Game 196
Draw Game 197
Matador 198
Sebastopol 197
Sniff 198
Tiddly-Wink 197
Double Golf 185
Double Hasenpfeffer 61
Double-Pack Pinochle 146
Down-the-River 86
Draughts 207
Draw Bridge 30
Draw Casino 168
Draw Game 197
Draw Poker 82
Dutch Backgammon 222

Eight-Card Stud Poker 86
Eights 35
English Poker 84
Euchre 50, 61
Call-Ace Euchre 54
Railroad Euchre 53
Three-Hand Euchre 53

Fan Tan 34
Fascination 181
Fish 169
Five-Card Stud Poker 85
Five-Hand Five Hundred 61
Five Hundred 55
Five-Hand Five Hundred 61
Four-Hand Five Hundred 60
Two-Hand Five Hundred 60
Five Hundred Rum 103, 109
Forty-Five 49
Forty Thieves 185
Four-Deal Bridge 7
Four-Hand Casino 168
Four-Hand Cribbage 74
Four-Hand Five Hundred 60
Four-Hand Gin Rummy 119

Gin Rummy 113
Glossary 243
Golf 184
Goren System of Contract Bridge 12
Guggenheim 234

Hasenpfeffer 61
Hazard 227
Hearts 62
Black Lady 64
Cancellation Hearts 66
Omnibus Hearts 66
Reverse 62
High-Card Pool 101
High-Low-Jack 40
High-Low Poker 75, 87
High-Low Seven-Card Stud 87
High-Low Stud Poker 89
Hollywood Gin 118
Honeymoon Bridge 30

I Doubt It 170

Jackpots 82
Jacks Back 87
Joker Canasta 129

King Rummy 106
Klaberjass 151
Klob 151
Klondike 181
Knock Rummy 103, 108
Kriegspiel 206

Liar Dice 228
Liverpool Rummy 106
Lowball 75, 87
Low Poker 75

Matador 198
Memory 171

EXHIBIT A.23

The one who first gets rid of all his cards wins the game. He always puts his last batch of cards face up, because everybody is bound to doubt him.

While a favorite for children's parties, I Doubt It is actually a game of considerable skill. The trick is to arrange the hand with the ranks in the sequence in which they must be played; plan to be "honest" in your last five or six turns, and therefore do all your cheating early. If you are lacking some ranks near the end of your hand, it often pays to do some doubting, if these ranks are called early, in order to fill your hand. The ideal hand for going out is one with every rank represented. Or you may try getting rid of some ranks that otherwise would fall to you in your last several turns, by slipping them as "cheats" into your early plays.

## Pig

Pig is a favorite "ice-breaker" for large parties, whether of children or adults. Any number may play, up to thirteen, and the more, the merrier.

From a regular pack, take four cards of a rank for each player in the game. For example, with seven players, take the aces, deuces, and so on up to sevens, discarding all higher cards. It does not matter what ranks you choose.

After shuffling, deal the cards out one at a time, thus giving each player four. The entire play consists in exchanging cards. All players take a card from their hands and place it to the left, then all simultaneously pick up the cards they find at their right. Actually, it is not important to keep these exchanges synchronized. The "ice-breaking" feature is that the etiquette of the game permits the player to scream at his right-hand neighbor, "Hurry up, I'm waiting!"

When any player gets four cards of the same rank into his hand, he must stop passing cards and put a finger to his nose. Each other player, on seeing this act, must quickly stop and put a finger to his nose. The last to perceive that the game is ended is a Pig, and is usually required to pay a forfeit.

EXHIBIT A.23

## Concentration or Memory

Concentration may be played by any number from two up. Take a regular pack of cards, shuffle it, and lay the cards

out one by one on a large table, with their faces down and so spaced that they do not overlap.

Each player in turn must turn up any two cards, one at a time, leaving them in their original positions on the table. If they are a pair, he takes them and similarly turns up two more cards. If they are not a pair, he turns them face down again (still in their original position) and the next player to his left plays.

The point is that by careful watching you can remember where cards of certain kinds are. After turning up your first card, you may remember what card to turn up to find its mate. The object is to get as many pairs as possible, and the one who gets the most wins the game.

This is a game that interests people of all ages.

## Old Maid

From a regular pack discard one queen. Deal the others out, one at a time, until all are dealt—they do not have to come out even. Two to eight may play. Each player discards, face up, all his pairs (never three of a kind). Then each player in turn shuffles his hand and offers it face down to his left-hand neighbor, who draws one card, discards a pair if he has drawn one, and offers his shuffled hand to his left. Eventually one player must be left with the odd queen and is the "old maid."

## War

Two play. A regular pack is divided into halves, one for each player, face down. Each turns up a card and the higher card wins the other, the two cards going face down under the winner's packet. This continues until the turned cards are a pair; then there is "war." The pair are placed in the center, each player adds a card, and each player turns a card, the high card winning all six. If these third cards also are a pair, they go in the center, each adds a card, and the whole group goes to the winner of the next turn. Since it takes a long time for either player to win all 52 cards, it is usually agreed that the first to win three wars is the winner of the game.

EXHIBIT A.23

amazon.com Your Store | See All 34 Product Categories | Your Account | Cart | Your Lists | Help |

Search Amazon.com GO Find Gifts A9 Web Search

**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping Cart

Already a customer? Sign in

See more items like those in your cart

**Subtotal: $61.58**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: antiquequalitybooks | $34.00 | 1 |
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: adamsfamiliesbooks | $10.99 | 1 |
| Item added on July 11, 2006 Save for later Delete | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. Morehead; **Paperback** Usually ships in 1-2 business days Shipped from: boazad | $4.45 You Save: $2.54 (36%) | 1 |
| Item added on July 11, 2006 | **Hoyle's Rules of Games, Third Revised and Updated Edition** - Albert H. | $2.25 You Save: | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- Ultimate Travel Games (Crazy Games) by Micol Ostow
- Card Games for Kids : 50 Fun Games for Your Children by Adam Ward
- The Everything Card Games Book: A complete guide to over 50 games to please any crowd (Everything: Sports and Hobbies) by Nikki Katz
- Great Big Book of Children's Games by Derba Wise

**See more in the Page You Made**

**Featured Item**



The Book of Card Games for Little Kids by Gail MacColl

**EXHIBIT A.23r**

| | | | |
|---|---|---|---|
| Save for later<br>Delete | Morehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: sunrisebooks_pld | $4.74<br>(68%) | |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: sellerbuy | **$6.00**<br>You Save: $7.95 (57%) | 1 |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: basementseller101 | **$1.95**<br>You Save: $12.00 (86%) | 1 |
| Item added on July 11, 2006<br>Save for later<br>Delete | **According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play** - Richard L. Frey; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: mariner1944 | **$1.94**<br>You Save: $12.01 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- The Complete Book of Solitaire and Patience Games by Albert H. Moorehead
- The Rules of Neighborhood Poker According to Hoyle by Stewart Wolpin

**EXHIBIT A.23r**

## Packing List for Order #058-9066840-0584567

**Shipping to**

Janene Bassett
Sheppard, Mullin Richter & Hampton, LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
United States

**Order Information**

Payment Date: 07/11/2006
Buyer Name: Janene Bassett
Shipping Speed: Expedited

**Item Details**

**Hoyle's Rules of Games, Third Revised and Updated Edition [Paperback] by...**
ASIN/ISBN: 0451204840
Quantity: 1
Listing ID: 0302L275516
Order-Item ID: 69524908749957

**EXHIBIT A.23r**

**Seller Information**

Shipped by: adamsfamiliesbooks
Seller Email: adamsfamiliesbks@aol.com

**Thanks for buying on Amazon Marketplace.** Please be sure to rate your experience with this seller by visiting www.amazon.com/feedback. View more information about this seller at www.amazon.com/seller/adamsfamiliesbooks.

24

# Hoyle

## UP-TO-DATE



Edmond Hoyle

# OFFICIAL RULES

## OF CARD GAMES

EXHIBIT
A.24

# *The* OFFICIAL RULES *of* CARD GAMES



ENDORSED BY ASSOCIATION OF
AMERICAN PLAYING CARD
MANUFACTURERS

## HOYLE UP-TO-DATE

ALBERT H. MOREHEAD, Editor

*Publisher's 51st Edition*

THE UNITED STATES PLAYING CARD COMPANY
At Cincinnati, Ohio, U. S. A.

*Canadian Distributors*
INTERNATIONAL PLAYING CARD COMPANY, Limited
Windsor, Ontario

EXHIBIT A.24

©
International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909,
1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922,
1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941
1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959
BY

THE UNITED STATES PLAYING CARD COMPANY
AT CINCINNATI, OHIO, U. S. A.

EXHIBIT A.24

Page
**Fish** . . . . . 217
**Five Hundred** . . . . . 130
Avondale Schedule . . . . . 132
For two . . . . . 133
Games of 1,000 and 1,500 . . . . . 133
Laws of Five Hundred . . . . . 135
"Nullo" Bid . . . . . 134
Progressive Five Hundred . . . . . 134
Scoring Table . . . . . 132
Table of Points . . . . . 132
**500 Rum** . . . . . 101
**Five or Nine** . . . . . 224
**Forty-Five** . . . . . 148
**Forty Thieves** . . . . . 238
**Frog** (Solo) . . . . . 197

**Garbage** . . . . . 83
**Gin Rummy** . . . . . 120
For Three Players . . . . . 124
Hollywood . . . . . 123
Oklahoma . . . . . 123
Partnership . . . . . 125
Round-the-Corner . . . . . 125
**Go Boom** . . . . . 220
**Go Fish** . . . . . 217

**Hearts** . . . . . 126
Auction Hearts . . . . . 129
Black Lady Hearts . . . . . 126
Cancellation . . . . . 128
Domino Hearts . . . . . 129
Omnibus . . . . . 128
Spot Hearts . . . . . 129
**High Card Pool** . . . . . 227
**High Five** . . . . . 152
**High-Low-Jack** . . . . . 149
**Hollywood Gin** . . . . . 123
**Hombre** . . . . . 197
**Honeymoon Bridge** . . . . . 55

**I Doubt It** . . . . . 215
Three-card I Doubt It . . . . . 216
**Idiot's Delight** (Solitaire) . . . . . 236
**Italian Canasta** . . . . . 113

**Kalabrias** . . . . . 203
**Klaberjass** . . . . . 203
**Klondike** . . . . . 239
**Knock Poker** . . . . . 83
**Knock Rummy** . . . . . 119

**Liverpool Rummy** . . . . . 114
**Low Ball** . . . . . 76

**Michigan** . . . . . 222
**Michigan Rum** . . . . . 101
**Memory** . . . . . 220
**Monte Bank** . . . . . 235

**Napoleon** . . . . . 145
**Napoleon at St. Helena** . . . . . 238
**Newmarket** . . . . . 222

**Oh Pshaw** . . . . . 57
**Oklahoma** . . . . . 102
**Oklahoma Gin** . . . . . 123
**Old Maid** . . . . . 219
**Old Sledge** . . . . . 153
**Ombre** . . . . . 197

Page
**Panguingue** . . . . . 117
**Parliament** . . . . . 223
**Partnership Pinochle** . . . . . 160
**Party Bridge** . . . . . 38
**Pedro** . . . . . 152
**Persian Rummy** . . . . . 102
**Pig** . . . . . 218
**Pinochle** . . . . . 156
American Pinochle . . . . . 156
Auction Pinochle . . . . . 168
Check Pinochle . . . . . 163
Double-pack Pinochle . . . . . 164
Firehouse Pinochle . . . . . 162
Partnership Auction Pinochle . . . . . 161
Partnership Pinochle . . . . . 160
Six- and Eight-hand Pinochle . . . . . 162
Three-hand American Pinochle . . . . . 159
Two-hand Pinochle . . . . . 156
**Piquet** . . . . . 200
**Pitch** . . . . . 149
Auction (Setback) . . . . . 149
Smudge . . . . . 151
**Play or Pay** . . . . . 224
**Poker** . . . . . 64
Dealer's Choice . . . . . 77
Draw Poker . . . . . 70
Ethics . . . . . 95
Knock Poker . . . . . 81
Laws of Poker . . . . . 83
Percentages . . . . . 96
Straight Poker or Bluff . . . . . 79
Strategy . . . . . 96
Stud Poker . . . . . 73
Variations . . . . . 77
Whiskey . . . . . 81
**Poker Solitaire** . . . . . 242
**Poker Squares** . . . . . 241
**Pounce** . . . . . 220
**Progressive Bridge** . . . . . 44
**Put and Take** . . . . . 81

**Railroad Euchre** . . . . . 143
**Red and Black** . . . . . 84
**Red Dog** . . . . . 227
**Royal Cassino** . . . . . 214
**Rubicon Bezique** . . . . . 181
**Rummy** (Rum) . . . . . 98
Boat House . . . . . 103
Continental . . . . . 116
Double Rum . . . . . 103
500 Rum . . . . . 101
Gin . . . . . 120
Knock . . . . . 119
Liverpool . . . . . 114
Contract Rummy . . . . . 114
Michigan . . . . . 101
Oklahoma . . . . . 102
Partnership 500 Rum . . . . . 102
Persian . . . . . 102
**Russian Bank** (Crapette) . . . . . 243
One-pack Russian Bank . . . . . 246

**Samba** . . . . . 111
**Saratoga** . . . . . 222
**Schafskopf** . . . . . 193
**Set Back** . . . . . 149
**Sevens** . . . . . 223
**Seven-up** (All Fours or Old Sledge) 153
**Shasta Sam** . . . . . 155
**Sheepshead** (Schafskopf) . . . . . 193

EXHIBIT A.24

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

EXHIBIT A.24

25

# Hoyle

## UP-TO-DATE



EXHIBIT
A.25

Edmond Hoyle

# OFFICIAL RULES
## OF CARD GAMES

# *The* OFFICIAL RULES *of* CARD GAMES




## HOYLE UP-TO-DATE

ALBERT H. MOREHEAD, Editor

*Publisher's 52nd Edition*

THE UNITED STATES PLAYING CARD COMPANY
At Cincinnati, Ohio, U.S.A.

*Canadian Distributors*
INTERNATIONAL PLAYING CARD COMPANY, Limited
Windsor, Ontario

EXHIBIT A.25

©
International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909,
1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918,
1919, 1920, 1921, 1922,
1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941
1942, 1943, 1945, 1946, 1947, 1948, 1950,
1952, 1955, 1957, 1958, 1959, 1961
BY

THE UNITED STATES PLAYING CARD COMPANY
AT CINCINNATI, OHIO, U.S.A.

EXHIBIT A.25

| | Page |
|---|---|
| **Eights** | 225 |
| **Euchre** | 140 |
| Auction Euchre | 143 |
| Call-Ace Euchre | 144 |
| Cutthroat Euchre | 143 |
| Four-, Five-, Six- and Seven-hand | 140 |
| Railroad Euchre | 143 |
| Three-hand Euchre | 143 |
| Two-hand Euchre | 143 |
| **Fan Tan** | 223 |
| **Faro** | 234 |
| **Fish** | 217 |
| **Five Fingers** | 147 |
| **Five Hundred** | 134 |
| Avondale Schedule | 136 |
| For two | 139 |
| Scoring Table | 136 |
| **500 Rum** | 114 |
| **Five or Nine** | 224 |
| **Forty-Five** | 148 |
| **Forty Thieves** | 238 |
| **Frog** (Solo) | 197 |
| **Garbage** | 83 |
| **Gin Rummy** | 116 |
| For Three Players | 120 |
| Hollywood | 119 |
| Oklahoma | 119 |
| Partnership | 121 |
| Round-the-Corner | 121 |
| **Go Boom** | 220 |
| **Go Fish** | 217 |
| **Hearts** | 129 |
| Auction Hearts | 132 |
| Black Lady Hearts | 129 |
| Cancellation | 131 |
| Domino Hearts | 132 |
| Omnibus | 131 |
| Spot Hearts | 132 |
| **High Card Pool** | 227 |
| **High Five** | 152 |
| **High-Low-Jack** | 149 |
| **Hollywood Gin** | 119 |
| **Hombre** | 197 |
| **Honeymoon Bridge** | 55 |
| **Idiot's Delight** (Solitaire) | 236 |
| **I Doubt It** | 215 |
| Three-card I Doubt It | 216 |
| **Italian Canasta** | 111 |
| **Kalabrias** | 203 |
| **Kaloochi** | 101 |
| **Kalougi** | 101 |
| **Kaluki** | 101 |
| **Klaberjass** | 203 |
| **Klondike** | 239 |
| **Knock Poker** | 81 |
| **Knock Rummy** | 122 |
| **Liverpool Rummy** | 123 |
| **Low Ball** | 76 |
| **Michigan** | 222 |
| **Michigan Rum** | 101 |
| **Memory** | 220 |
| **Monte Bank** | 235 |

| | Page |
|---|---|
| **Napoleon** | 145 |
| **Napoleon at St. Helena** | 238 |
| **Newmarket** | 222 |
| **Oh Pshaw** | 57 |
| **Oklahoma** | 113 |
| **Oklahoma Gin** | 119 |
| **Old Maid** | 219 |
| **Old Sledge** | 153 |
| **Ombre** | 197 |
| **Pan** | 126 |
| **Panguingue** | 126 |
| **Parliament** | 223 |
| **Partnership Pinochle** | 160 |
| **Party Bridge** | 38 |
| **Pedro** | 152 |
| **Peep Nap** | 146 |
| **Persian Rummy** | 115 |
| **Pig** | 218 |
| **Pinochle** | 156 |
| American Pinochle | 156 |
| Auction Pinochle | 168 |
| Check Pinochle | 163 |
| Double-pack Pinochle | 164 |
| Firehouse Pinochle | 162 |
| Partnership Auction Pinochle | 161 |
| Partnership Pinochle | 160 |
| Six- and Eight-hand Pinochle | 162 |
| Three-hand American Pinochle | 159 |
| Two-hand Pinochle | 156 |
| **Piquet** | 200 |
| **Pitch** | 149 |
| Auction (Setback) | 149 |
| Smudge | 151 |
| **Play or Pay** | 224 |
| **Poker** | 64 |
| Dealer's Choice | 77 |
| Draw Poker | 70 |
| Ethics | 95 |
| Knock Poker | 81 |
| Laws of Poker | 83 |
| Percentages | 96 |
| Straight Poker or Bluff | 79 |
| Strategy | 96 |
| Stud Poker | 73 |
| Variations | 77 |
| Whiskey | 81 |
| **Poker Rum** | 122 |
| **Poker Solitaire** | 242 |
| **Poker Squares** | 242 |
| **Pool Nap** | 146 |
| **Pounce** | 221 |
| **Progressive Bridge** | 44 |
| **Progressive Rummy** | 123 |
| **Put and Take** | 82 |
| **Railroad Euchre** | 143 |
| **Red and Black** | 82 |
| **Red Dog** | 227 |
| **Royal Cassino** | 214 |
| **Rubicon Bezique** | 181 |
| **Rummy** (Rum) | 98 |
| Boat House | 101 |
| Continental | 125 |
| Double Rum | 101 |
| 500 Rum | 114 |
| Gin | 116 |


EXHIBIT A.25

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

EXHIBIT A.25

amazon.com Janene's Store | See All 34 Product Categories | Your Account | Cart | Your Lists | Help

Search Amazon.com GO Find Gifts A9 Web Search

**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping Cart

for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| Shopping Cart Items--To Buy Now | | Price: | Qty: |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: matt_books | $6.74<br>You Save:<br>$20.26<br>(75%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: c_new | $16.70<br>You Save:<br>$10.30<br>(38%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover**<br>Usually ships in 1-2 business days<br>Shipped from: tatertot222 | $2.00<br>You Save:<br>$25.00<br>(93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.25r**

| | | | |
|---|---|---|---|
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: gretchenbooks | **$7.85**<br>You Save: $6.10 (44%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: a-bookworm2 | **$4.95**<br>You Save: $9.00 (65%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: tranquilrain | **$2.00**<br>You Save: $11.95 (86%) | 1 |
| Item added on July 9, 2006<br>Save for later<br>Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback**<br>Usually ships in 1-2 business days<br>Shipped from: aandcbooks | **$1.99**<br>You Save: $11.96 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.25r**

| Amazon Marketplace Seller<br>P.O. BOX 65<br>Fairplay, MD 21733-0065 | **Packing Slip** |
|---|---|
| Order Date: 7/9/2006 | Ship Date: 7/10/2006 |
| Order Number: 058-6350377-7417335 | Customer Contact: Janene Bassett |

Ship To:
Janene Bassett
SHEPPARD, MULLIN RICHTER & HAMPTON, LLP
1901 AVENUE OF THE STARS, 16TH FLOOR
LOS ANGELES, CA 90067
USA

| Part Number | Description |
|---|---|
| 0420R741557 | Official Rules of Card Games [Paperback] by Moorehead, Albert H. |

Hello, and thank you for your purchase from our on-line bookstore through Amazon.com.

We hope you are pleased with your purchase. If not, return it at your expense within 10 days of delivery for a refund. If you are pleased with your purchase, good seller feedback on Amazon.com would be greatly appreciated. To leave a good feedback on Amazon: Go into "Your Account" or "Where's My Stuff?" and click on "Track your packages". Go to Orders placed in the past 6 months. Find the book you purchased from us and click on "Leave seller feedback".
To order other books from us go to: www.gretchenbooks.com at Amazon Marketplace.

If you wish to contact us regarding this order, please email us at gretchenbooks@yahoo.com .

Thank you for your purchase!

EXHIBIT A.25r

26

# OFFICIAL RULES OF CARD GAMES

NEW INTERNATIONAL LAWS of CONTRACT BRIDGE

EXHIBIT
A.26

# The OFFICIAL RULES *of* CARD GAMES



ALBERT H. MOREHEAD, Editor

*Publisher's 53rd Edition*

THE UNITED STATES PLAYING CARD COMPANY
At Cincinnati, Ohio, U.S.A.

*Canadian Distributors*
INTERNATIONAL PLAYING CARD COMPANY, Limited
Windsor, Ontario

EXHIBIT A.26

©
International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909,
1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918,
1919, 1920, 1921, 1922,
1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941
1942, 1943, 1945, 1946, 1947, 1948, 1950,
1952, 1955, 1957, 1958, 1959, 1961, 1963
BY
THE UNITED STATES PLAYING CARD COMPANY
AT CINCINNATI, OHIO, U.S.A.

EXHIBIT A.26

| | Page |
|---|---|
| **Eights** | 225 |
| **Euchre** | 140 |
| Auction Euchre | 143 |
| Call-Ace Euchre | 144 |
| Cutthroat Euchre | 143 |
| Four-, Five-, Six- and Seven-hand | 140 |
| Railroad Euchre | 143 |
| Three-hand Euchre | 143 |
| Two-hand Euchre | 143 |
| **Fan Tan** | 223 |
| **Faro** | 234 |
| **Fish** | 217 |
| **Five Fingers** | 147 |
| **Five Hundred** | 134 |
| Avondale Schedule | 136 |
| For two | 139 |
| Scoring Table | 136 |
| **500 Rum** | 114 |
| **Five or Nine** | 224 |
| **Forty-Five** | 148 |
| **Forty Thieves** | 238 |
| **Frog** (Solo) | 197 |
| **Garbage** | 83 |
| **Gin Rummy** | 116 |
| For Three Players | 120 |
| Hollywood | 119 |
| Oklahoma | 119 |
| Partnership | 121 |
| Round-the-Corner | 121 |
| **Go Boom** | 220 |
| **Go Fish** | 217 |
| **Hearts** | 129 |
| Auction Hearts | 132 |
| Black Lady Hearts | 129 |
| Cancellation | 131 |
| Domino Hearts | 132 |
| Omnibus | 131 |
| Spot Hearts | 132 |
| **High Card Pool** | 227 |
| **High Five** | 152 |
| **High-Low-Jack** | 149 |
| **Hollywood Gin** | 119 |
| **Hombre** | 197 |
| **Honeymoon Bridge** | 55 |
| **Idiot's Delight** (Solitaire) | 236 |
| **I Doubt It** | 215 |
| Three-card I Doubt It | 216 |
| **Italian Canasta** | 111 |
| **Kalabrias** | 203 |
| **Kaloochi** | 101 |
| **Kalougi** | 101 |
| **Kaluki** | 101 |
| **Klaberjass** | 203 |
| **Klondike** | 239 |
| **Knock Poker** | 81 |
| **Knock Rummy** | 122 |
| **Liverpool Rummy** | 123 |
| **Low Ball** | 76 |
| **Michigan** | 222 |
| **Michigan Rum** | 101 |
| **Memory** | 220 |
| **Monte Bank** | 235 |

| | Page |
|---|---|
| **Napoleon** | 145 |
| **Napoleon at St. Helena** | 238 |
| **Newmarket** | 222 |
| **Oh Pshaw** | 57 |
| **Oklahoma** | 113 |
| **Oklahoma Gin** | 119 |
| **Old Maid** | 219 |
| **Old Sledge** | 153 |
| **Ombre** | 197 |
| **Pan** | 126 |
| **Panguingue** | 126 |
| **Parliament** | 223 |
| **Partnership Pinochle** | 160 |
| **Party Bridge** | 38 |
| **Pedro** | 152 |
| **Peep Nap** | 146 |
| **Persian Rummy** | 115 |
| **Pig** | 218 |
| **Pinochle** | 156 |
| American Pinochle | 156 |
| Auction Pinochle | 168 |
| Check Pinochle | 163 |
| Double-pack Pinochle | 164 |
| Firehouse Pinochle | 162 |
| Partnership Auction Pinochle | 161 |
| Partnership Pinochle | 160 |
| Six- and Eight-hand Pinochle | 162 |
| Three-hand American Pinochle | 159 |
| Two-hand Pinochle | 156 |
| **Piquet** | 200 |
| **Pitch** | 149 |
| Auction (Setback) | 149 |
| Smudge | 151 |
| **Play or Pay** | 224 |
| **Poker** | 64 |
| Dealer's Choice | 77 |
| Draw Poker | 70 |
| Ethics | 95 |
| Knock Poker | 81 |
| Laws of Poker | 83 |
| Percentages | 96 |
| Straight Poker or Bluff | 79 |
| Strategy | 96 |
| Stud Poker | 73 |
| Variations | 77 |
| Whiskey | 81 |
| **Poker Rum** | 122 |
| **Poker Solitaire** | 242 |
| **Poker Squares** | 242 |
| **Pool Nap** | 146 |
| **Pounce** | 221 |
| **Progressive Bridge** | 44 |
| **Progressive Rummy** | 123 |
| **Put and Take** | 82 |
| **Railroad Euchre** | 143 |
| **Red and Black** | 82 |
| **Red Dog** | 227 |
| **Royal Cassino** | 214 |
| **Rubicon Bezique** | 181 |
| **Rummy** (Rum) | 98 |
| Boat House | 101 |
| Continental | 125 |
| Double Rum | 101 |
| 500 Rum | 114 |
| Gin | 116 |

EXHIBIT A.26

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

**Save $30 instantly with the Amazon.com Visa® Card**
**Save $30 instantly** off your first purchase, earn up to **3% rewards**, get a **0% initial APR**, and pay **no annual fee**.
Find out how (Don't show this again)

After just 2,500 points you'll get a **$25 Amazon.com Reward Certificate**. Own a small business? Get even more benefits with the **Amazon.com Business Visa Card**.

# Shopping **Cart** for Janene Bassett (If you're not Janene Bassett, click here.)

See more items like those in your cart

**Subtotal: $132.23**

Make any changes below? Update

| **Shopping Cart Items--To Buy Now** | | **Price:** | **Qty:** |
|---|---|---|---|
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: book_time | $55.00 | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: matt_books | $6.74 You Save: $20.26 (75%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: c_new | $16.70 You Save: $10.30 (38%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **The New Complete Hoyle Revised** - Richard L. Frey; **Hardcover** Usually ships in 1-2 business days Shipped from: tatertot222 | $2.00 You Save: $25.00 (93%) | 1 |

**READY TO ORDER?**

A9.com users **save 1.57%** on Amazon. Learn how.

Proceed to Checkout

Sign in to turn on 1-Click ordering.

**Recently Viewed Items:**

- The New Complete Hoyle Revised by Richard L. Frey
- Official Rules of Card Games by Albert H. Moorehead
- Spider-Man & Friends Memory Match-up MGA
- Secrets of Six-Figure Women : Surprising Strategies to Up Your Earnings and Change Your Life by Barbara Stanny

**See more in the Page You Made**

**Featured Item**




According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.26r**

| | | | |
|---|---|---|---|
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: ninacarruso | **$35.00** | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: gretchenbooks | **$7.85** You Save: $6.10 (44%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: a-bookworm2 | **$4.95** You Save: $9.00 (65%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: tranquilrain | **$2.00** You Save: $11.95 (86%) | 1 |
| Item added on July 9, 2006 Save for later Delete | **Official Rules of Card Games** - Albert H. Moorehead; **Paperback** Usually ships in 1-2 business days Shipped from: aandcbooks | **$1.99** You Save: $11.96 (86%) | 1 |

## Customers who bought the items in your shopping cart also bought:

- Hoyle's Modern Encyclopedia of Card Games: Rules of All the Basic Games and Popular Variations by Walter B. Gibson
- Hoyle's Rules of Games, Third Revised and Updated Edition by Albert H. Morehead
- According to Hoyle : Official Rules of More Than 200 Popular Games of Skill and Chance With Expert Advice on Winning Play by Richard L. Frey

**EXHIBIT A.26r**