# CHART ATTACHMENT TO
# REQUEST FOR JUDICIAL NOTICE AND EXHIBITS A.1-A.43
# OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.
# RE DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS

# MGA ENTERTAINMENT "A" EXHIBITS—DICTIONARIES, BOOKS, AND OTHER REFERENCE MATERIALS

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| **A.1** | THE NEW COMPLETE HOYLE: THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE WITH THE MOST AUTHORITATIVE ADVICE ON WINNING PLAY; authored by Albert H. Morehead, Richard L. Frey, and Geoffrey Mott-Smith; published by Garden City Books, Garden City, NY | "Memory" *in the table of contents (p. xix)*. *Card-matching game described (pp. 478-79)*: "**CONCENTRATION (MEMORY, PELMANISM)** As its various names suggest, this game is an excellent exercise for the development of visual memory . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | http://www.amazon.com/gp/product/B000GZF3NS/sr=1-2/qid=1160730227/ref=sr_1_2/102-8176279-1102518?ie=UTF8&s=books | © Copyright **1956**, 1947 by Albert H. Morehead | | 07/09/06 by Janene Bassett from www.amazon.com |
| **A.2** | THE NEW COMPLETE HOYLE: THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE WITH THE MOST AUTHORITATIVE ADVICE ON WINNING PLAY; authored by Albert H. Morehead, Richard L. Frey, and Geoffrey Mott-Smith; published by Doubleday & Company, Inc., Garden City, NY | "Memory" *in the table of contents (p. xix)*. *Card-matching game described (pp. 478-79)*: "**CONCENTRATION (MEMORY, PELMANISM)** As its various names suggest, this game is an excellent exercise for the development of visual memory . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | http://www.amazon.com/gp/product/B000HZJTLE/sr=1-3/qid=1160730227/ref=sr_1_3/102-8176279-1102518?ie=UTF8&s=books | © Copyright **1964**, 1956, 1947 by Albert H. Morehead | | 07/09/06 by Janene Bassett from www.amazon.com |
| **A.3** | OFFICIAL RULES OF CARD GAMES; edited by Albert H. | "Memory" *in the index (p. 325)*. *Card-matching game described (p.265)*: "**Concentration (Memory)** . . . *The Pack*—52 cards. *The Deal*—Any player shuffles the pack and lays all the cards out face | http://www.amazon.com/gp/product/B0007FNKWS/sr=1- | Copyright © **1968**, 1966, 1963, 1961, 1959, 1958, 1957, 1955, | | 06/25/06 by Kent Raygor from Borders, Pasadena, |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | Morehead; published by Fawcett, NY | down, one at a time . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . ." | 12/qid=1160730184/ref=sr_1_12/102-8176279-1102518?ie=UTF8&s=books | 1952, 1950, 1948, 1947, 1946, 1945, 1943, 1942, 1941, 1940, 1939, 1938, 1937, 1936, 1934, 1931, 1929, 1928, 1926, 1922, 1921 by The United States Playing Card Company | | CA |
| **A.4** | ACCORDING TO HOYLE: OFFICIAL RULES OF MORE THAN 200 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY; authored by Richard L. Frey; published by Fawcett Books, NY; First Ballantine Books Trade Edition (1996) | "Memory" *in the table of contents (p. xi)*. *Card-matching game described (pp. 284-85)*: **"CONCENTRATION (MEMORY, PELMANISM) . . . *The Layout*. A pack of 52 cards is shuffled** and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | http://www.amazon.com/gp/product/044991156X/sr=1-1/qid=1160728121/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=books | Copyright © 1956, 1965, **1970** by Hawthorn Books | | 06/25/06 by Kent Raygor from Borders, Pasadena, CA |
| **A.5** | SCARNE'S ENCYCLOPEDIA OF GAMES; authored by John Scarne; published by Harper & Row Publishers, NY, Hagerstown, San Francisco, London | *Card-matching game described (p. 364)*: "**CONCENTRATION** . . . This game is also known as Memory or Pelmanism . . . . A standard 52-card deck is used . . . . The deck is shuffled and then either dealt face down into any number of rows . . . . The first player then turns up two cards, one at a time. If they form a pair . . ., they are a set and the player puts them face down in front of himself and gets another turn. If the cards are not a pair, they are turned face down again in exactly the same positions, and the next player on the left takes a turn. Players try to remember the denominations and positions of cards previously exposed so that they can form pairs . . . . The game is a test of memory." | http://www.amazon.com/gp/product/0060138130/sr=1-3/qid=1160728191/ref=sr_1_3/102-8176279-1102518?ie=UTF8&s=books | Copyright © **1973** by John Scarne Games, Inc. | From the Pasadena or Glendale, CA public library, on a shelf in a games section | |
| **A.6** | HOYLE'S ENCYCLOPEDIA OF CARD GAMES: RULES | "Memory" *in the index (p. 390)*. *Card-matching game described (p. 160)*: "**MEMORY:** Another name for *Concentration*, page 70." *At pp. 70-71*: "**CONCENTRATION:** A memory game in which a fifty-two- | http://www.amazon.com/gp/product/0385076800/sr=1- | Copyright © **1974** by Walter B. Gibson | | 06/25/06 by Kent Raygor from Borders, Pasadena, |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | OF ALL THE BASIC GAMES AND POPULAR VARIATIONS, authored by Walter B. Gibson; published by Broadway Books, NY | card pack is dealt down in half a dozen rows of eight or nine cards each . . . . A player turns up any pair of cards, and if they match in color and value . . ., he removes them and tries to turn up another matching pair. When he fails, he turns the two cards face down and another player makes a try . . . . Thus if Player *A* should turn down the [heart] 8 and the [spade] K, Player B might later turn up either the [diamond] 8 or the [club] K and immediately be able to match it, provided he remembers where its mate happens to be." | 1/qid=1160728236/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=books | | | CA |
| **A.7** | THE WAY TO PLAY: THE ILLUSTRATED ENCYCLOPEDIA OF THE GAMES OF THE WORLD; authored by the Diagram Group; published by Paddington Press Ltd., NY | "Memory" *in the table of contents (ch. 15). Card-matching game described (p. 306)*: "**MEMORY** . . . This card game for any number of players is also called pelmanism or concentration. It is easy to play and is an excellent test of memory and observation. *Cards* One or two standard decks of playing cards are used . . . . *Objective* Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture). *First player* . . . He turns over two cards at random and allows the other players to see them. If the rank of the two cards is the same . . ., he takes them and may turn over two more cards . . . . If the two cards that are turned over do not match, the player must put them face down in their original positions . . . . *Second player*—The person to the first payer's left now turns over any two cards. If the first card matches one that has already been turned over he must try to remember where that card is." | http://www.amazon.com/gp/product/0846700603/ref=sr_11_1/102-8176279-1102518?ie=UTF8 | © Diagram Visual Information, Ltd **1975** | From the Pasadena or Glendale, CA public library, on a shelf in a games section | |
| **A.8** | THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE: SECOND EDITION, UNABRIDGED; published by Random House, NY | *At p. _22*: "**con-cen-tra-tion** . . . **7.** Also called **memory**. *Cards*. a game in which all 52 cards are spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed."<br><br>*At p. 1199*: "**mem-o-ry** . . . **13.** *Cards*. concentration (def. 7)." | http://www.amazon.com/gp/product/0394500504/sr=1-2/qid=1160728318/ref=sr_1_2/102-8176279-1102518?ie=UTF8&s=books | Copyright © **1987**, by Random House, Inc. First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc." | From the Glendale, CA public library, on a stand in front of a reference desk on the second floo | |
| **A.9** | FAMILY FUN & GAMES; authored by The Diagram Group; | *Card-matching game described (pp. 506-07)*: "**Concentration** This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and | http://www.fetchbook.info/fwd_description/search_0 | © **1992** by Diagram Visual Information Ltd | From the Pasadena or Glendale, CA | |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | published by Sterling Publishing Co., Inc., NY | observation. *Cards* One or two standard decks of playing cards are used, depending on the number of players . . . . *Objective* Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture). *First player* . . . He turns over two cards at random and allows the other players to see them. If the rank of the two cards is the same . . ., he takes them and may turn over two more cards . . . . If the two cards that are turned over do not match, the player must put them face down in their original positions . . . *Second player* The person to the first payer's left now turns over any two cards. If the first card matches one that has already been turned over he must try to remember where that card is." | 806987766.html | | public library, on a shelf in a games section | |
| **A.10** | CARD GAMES: AN ESSENTIAL GUIDE TO THE MOST POPULAR AND ENTERTAINING GAMES; authored by The Diagram Group; published by HarperTorch, HarperCollins Publishers, NY | "Memory" *in the table of contents (p. x)*. *Card-matching game described (pp. 205-06)*: "**Memory** Also known as pelmanism or concentration, this is a simple game of observation and memory for any number of players . . . . *Cards* One standard deck of cards is needed . . . . *Dealing* One person shuffles the cards and places them all face down . . . . *Playing* The player on the dealer's left turns over any two cards so that all players can see them. If they are the same rank, such as two Ks or two 5s, he keeps them and turns over two more cards. The player continues in this way until the two cards do not match. Then he leaves them exactly where they were, face down. The next player clockwise has a turn. If a player turns a card up the same rank as one that has already been turned and replaced, he must try to remember where it was, hoping to make a pair." | http://www.harpercollins.com/books/9780060534578/Card_Games/index.aspx | Copyright © Diagram Visual Information Limited **1999** | | 06/25/06 by Kent Raygor from Borders, Pasadena, CA |
| **A.11** | THE AMAZING GAME BOARD BOOK: MORE THAN 50 GAMES AND ACTIVITIES; authored by Shereen Gertel Rutman; published by Innovative Kids, Norwalk, CT | *Card-matching game described*: "**MEMORY LANE** Use the memory cards--on the reverse side of the dominoes--to play this game. Get ready to recall what you see! *Object of Game*: To make the most matches. *Setting Up*: Mix up the memory cards and lay them in four rows of seven cards each . . . . *Playing the Game*: Two or more players alternate turning over two cards at a time. If the cards match, the player keeps them. If the two cars are different, turn them face down again. Players try to remember which cards have been played and where cards are located." | http://www.amazon.com/gp/product/1584760206/002-0612872-2712022?v=glance&n=283155 | Copyright © **2000** by innovative KIDS® | | 07/06/06 by Kent Raygor from Childrens Book World, Los Angeles, CA |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | | *Approval rating/award*: 2000 "Parents' Choice Silver Honor", by the Parents' Choice Foundation, http://www.parents-choice.org/product.cfm?product_id=852&award=xx&from=Search%20 Results | | | | |
| **A.12** | HOYLE'S RULES OF GAMES, Third Revised and Updated Edition, edited by Albert H. Morehead and Geoffrey Mott-Smith; published by Signet, New American Library, a division of Penguin Group (USA) Inc., NY | "Memory" *in the table of contents (p. ix)*. *Card-matching game described (pp. 233)*: "**CONCENTRATION** or **MEMORY** . . . Take a regular pack of cards, shuffle it, and lay the cards out one by one on a large table, with their faces down and so spaced that they do not overlap. Each player in turn must turn up any two cards, one at a time, leaving them in their original positions on the table. If they are a pair, he takes them and similarly turns up two more cards. If they are not a pair, he turns them face down again . . . and the next player to his left plays. The point is that by careful watching you can remember where cards of certain kinds are. After turning up your first card, you may remember what card to turn up to find its mate." | http://www.amazon.com/gp/product/0451204840/ref=pd_rhf_f_1/102-8176279-1102518?ie=UTF8 | Copyright © Philip D. Morehead and Andrew T. Morehead, 1983, **2001** Copyright © New American Library, a division of Penguin Group (USA) Inc., 1946, 1949, 1954, 1958, 1963 | | 06/25/06 by Kent Raygor from Borders, Pasadena, CA |
| **A.13** | KIDS' CARD GAMES: 25 EXCITING CHILDREN'S CARD GAMES EXPLAINED STEP BY STEP; authored by Terry Eagle; published by Barron's Educational Games, Inc., Hauppauge, NY | "Pelmanism" *in the table of contents (p. 64)*. *Card-matching game described (p.* 21): "**Pelmanism** This game is sometimes called *Memory* – and you'll see why! . . . . Lay out the whole deck face down on a table . . . . The first player turns over any two cards. If they are of the same rank (for example two 3s), they form a pair and the player picks them up . . . . The same player turns up another two cards. When he turns over two that do not make a pair, he replaces them face down in their original positions. It is now the other player's turn. *Pelmanism* is all about remembering which card was where, so it is a great game for practicing memory skills." | http://www.a1wdb.com/cgi-bin/women/13474.html<br><br>http://www.amazon.com/gp/product/0764175661/sr=1-6/qid=1160728882/ref=sr_1_6/102-8176279-1102518?ie=UTF8&s=books | Copyright © Haldane Mason Ltd, **1999** | | 07/06/06 by Kent Raygor from Childrens Book World, Los Angeles, CA |
| **A.14** | GREAT BIG BOOK OF CHILDREN'S GAMES; authored by Debra Wise; published by McGraw-Hill, NY | "Concentration" *in the table of contents*. *Card-matching game described (p. 30)*: "**Concentration** The player with the best concentration skills wins in this memory and matching game . . . . *Equipment* Standard deck of cards . . . . It is a great game for honing the powers of memory and observation . . . . To set up the game, all the cards are laid face down and side by side in even rows . . . . The | http://www.amazon.com/gp/product/0071422463/sr=1-1/qid=1160728936/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=bo | Copyright © **2003** by The Stonesong Press, LLC. Original copyright © 1999 Round Stone Press, Inc. | | 07/06/06 by Kent Raygor from Childrens Book World, Los Angeles, CA |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | | players now take turns flipping over two cards from the rectangle. Their aim is to find two that match in rank, regardless of suit. If a player finds a matching pair, she not only gets to keep it but also gets to take another turn. If the cards don't match, however, the player simply flips the cards down again, and the next player gets a try . . . . As the game progresses and more and more cards are removed from the board, it becomes easier to remember what is where." | oks | | | |
| **A.15** | THE EVERYTHING CARD GAMES BOOK: A COMPLETE GUIDE TO OVER 50 GAMES TO PLEASE ANY CROWD; authored by Nikki Katz; published by Adams Media, Avon, MA | "Memory" *in the table of contents (p. vi). Card-matching game described (pp. 84-85)*: "**Memory** Also known as Concentration, Memory is a game of . . . well, just that! The game requires players to remember where previous cards are positioned in order to make a match. This game is played with two or four players and a standard deck of fifty-two cards. The objective of Memory is to collect the most matching pairs of cards. A random dealer . . . deals all of the cards face down in a grid pattern. The game begins with the first player turning over two cards, keeping them in their original position on the grid. If you make a match, you collect that pair and may turn over two more cards. If they do not match, you turn those cards back over, and it is the next player's turn . . . . If you got mixed up and didn't remember correctly, you still hope to make a pair by turning up another cards and seeing if it makes a match." | http://www.amazon.com/gp/product/1593371306/ref=sr_11_1/102-8176279-1102518?ie=UTF8 | Copyright © **2004**, F+W Publications, Inc. | | 06/25/06 by Kent Raygor from Borders, Pasadena, CA |
| **A.16** | CARD GAMES FOR KIDS; authored by Adam Ward; published by Hamlyn, London; distributed in the U.S. by Sterling Publishing Co., Inc., NY | "Memory" *in the index (p. 127). Card-matching game described (pp. 54-55)*: "**PAIRS OR CONCENTRATION, MEMORY, PELMANISM** *GOOD FOR***:** Getting competitive youngsters to concentrate and test their powers of memory . . . . The cards . . . are placed face down on a flat surface . . . . The game begins when the youngest player turns over two cards in the layout. If the cards revealed are of equal value, the player picks them up and puts them to one side. He or she may now reveal another pair of cards, and their turn continues until they choose cards that do not match. 2. When two unmatched cards are revealed, they remain in the layout and are turned face down once more before the next player takes their turn . . . . Pairs is essentially a game that tests players' ability to memorize card positions." | http://www.amazon.com/gp/product/0600610748/sr=1-4/qid=1160729004/ref=sr_1_4/102-8176279-1102518?ie=UTF8&s=books | Copyright © Octopus Publishing Group Ltd **2004** | | 07/06/06 by Kent Raygor from Childrens Book World, Los Angeles, CA |
| **A.17** | CRAZY GAMES ULTIMATE TRAVEL | "Memory Matchup" *in the table of contents (p. 4). Image-matching game described (pp. 32-33)*: "**MEMORY MATCHUP** Here's a game | http://us.penguingroup.com/nf/Book/BookDisplay/0, | © **2006** Price Stern Sloan | | 06/25/06 by Kent Raygor from |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | GAMES; authored by Micol Ostow; published by Penguin Group (USA) Inc., NY | that will test your memory. have a look at the game board on the opposite page—you'll note that there are two of every icon. Then grab a pair of scissors and a sheet of scrap paper. Cut the paper into 16 squares that are bigger than the images you see . . . . Now cover up all of the icons with the paper. Do you think you remember which icons were where? . . . . Taking turns, you and your opponent must uncover two icons at a time. Your goal, of course, is to uncover two identical icons. If you don't, replace the paper over the icons and turn the board over to your opponent." | ,9780843120073,00.html<br><br>http://www.amazon.com/gp/product/084312007X/ref=sr_11_1/102-8176279-1102518?ie=UTF8 | | | Borders, Pasadena, CA |
| **A.18** | Printout of a webpage at http://en.wikipedia.org/wiki/Concentration/game | *Card-matching game described*: "**Concentration** or **Memory** is a card game of the Rummy family where all the cards are laid out on a surface and two cards are turned over each turn. The object is to turn over a pair of matching cards . . . and then remove them from play. Play ends when all cards have been removed from the table." | http://en.wikipedia.org/wiki/Concentration/game | | Printed from the website on 07/08/06 | |
| **A.19** | Printouts of a webpage at http://boardgames.about.com/od/cardgames/a/aconcentration.htm | *Card game described*: "**Concentration / Memory** . . . Concentration, also known as Memory, is a great family card game . . . . [Y]ounger players tend to be able to compete with older players because they generally excel at memory-based games . . . . *Deck* Standard 52-card deck . . . . On each turn, a player turns over two cards (one at a time) and keeps them if they match numbers. If they successfully match a pair of numbers, that player also gets to take another turn. When a player turns over two cards that do not match numbers, those cards are turned face down again and it becomes the next player's turn." | http://boardgames.about.com/od/cardgames/a/aconcentration.htm | | Printed from the website on 07/09/06 and 09/29/06 | |
| **A.20** | THE NEW COMPLETE HOYLE: AN ENCYCLOPEDIA OF RULES, PROCEDURE, MANNERS AND STRATEGY FOR GAMES PLAYED WITH CARDS, DICE, COUNTERS, BOARDS, WORDS, AND NUMBERS; authored by Richard L. Frey; | "Memory" *in the table of contents (p. xix)*. *Card-matching game described (pp. 478-79)*: "**CONCENTRATION (MEMORY, PELMANISM)** As its various names suggest, this game is an excellent exercise for the development of visual memory . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the | http://www.amazon.com/gp/product/B000BMV0TC/ref=sr_11_1/102-8176279-1102518?ie=UTF8 | Copyright, **1947**, by David McKay Company | | 07/09/06 by Janene Bassett from www.amazon.com |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | published by David McKay Company, Philadelphia, PA | game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | | | | |
| **A.21** | THE OFFICIAL RULES OF CARD GAMES: HOYLE UP-TO-DATE; edited by Albert H. Morehead; published by The United States Playing Card Company, Cincinnati, OH | "Memory" *in the table of contents (p. 4). Card-matching game described (p. 220)*: "**Concentration (Memory)** . . . *The Pack* — 52 cards. *The Deal*—Any player shuffles the pack and lays all the cards out face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . . The turn to play then passes to the player at this left." | http://www.amazon.com/gp/product/B000J0I7I8/sr=1-5/qid=1160729123/ref=sr_1_5/102-8176279-1102518?ie=UTF8&s=books | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, **1952** By The United States Playing Card Company | | 07/09/06 by Janene Bassett from www.amazon.com |
| **A.22** | RULES OF GAMES ACCORDING TO HOYLE:; authored by Richard L. Frey; published by Crest Book, Fawcett Publications, Inc., Greenwich, CT | "Memory" *in the table of contents (p. 6). Card-matching game described (p. 190)*: "**CONCENTRATION (MEMORY, PELMANISM)** . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | http://www.amazon.com/gp/product/B000HTYLU4/sr=1-11/qid=1160730338/ref=sr_1_11/102-8176279-1102518?ie=UTF8&s=books | Copyright **1956**, Fawcett Publications, Inc.; Ninth Crest Printing, June **1965** | | 07/11/06 by Janene Bassett from www.amazon.com |
| **A.23** | HOYLE'S RULES OF GAMES; edited by Albert H. Morehead and Geoffrey Mott-Smith; A Signet Key Book, published by The New American | "Memory" *in the table of contents (p. vi). Card-matching game described (p. 171)*: "**Concentration or Memory** Take a regular deck of cards, shuffle it, and lay the cards out one by one on a large table, with their faces down and so spaced that they do not overlap. Each player in turn must turn up any two cards, one at a time, leaving them in their original positions on the table. If they are a pair, he takes them and similarly turns up two more cards. If they are not a pair, he turns | http://www.amazon.com/gp/product/B000GQWNLM/sr=1-25/qid=1160729996/ref=sr_1_25/102-8176279-1102518?ie=UTF8&s=bo | Copyright © **1958** by The New American Library of World Literature, Inc. Copyright 1946, 1949, 1954 by The New American Library of World Literature, Inc. . . . . First Edition, November, 1946 | | 07/11/06 by Janene Bassett from www.amazon.com |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | Library, NY | them face down again . . . and the next player to his left plays. The point is that by careful watching you can remember where cards of certain kinds are. After turning up your first card, you may remember what card to turn up to find its mate." | oks | Twentieth Edition, February, 1962 | | |
| **A.24** | 51ST EDITION OF HOYLE UP-TO-DATE OFFICIAL RULES OF CARD GAMES; edited by Albert H. Morehead; published by The United States Playing Card Company, Cincinnati, OH | "Memory" *in the table of contents (p. 4). Card-matching game described (p. 220)*: "**Concentration (Memory)** . . . *The Pack* — 52 cards. *The Deal*—Any player shuffles the pack and lays all the cards out face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . . The turn to play then passes to the player at this left." | http://www.amazon.com/gp/product/B000BK2EI0/sr=1-1/qid=1160729473/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=books | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, **1959** By The United States Playing Card Company | | 07/09/06 by Janene Bassett from www.amazon.com |
| **A.25** | 52ND EDITION OF HOYLE UP-TO-DATE OFFICIAL RULES OF CARD GAMES; edited by Albert H. Morehead; published by The United States Playing Card Company, Cincinnati, OH | "Memory" *in the table of contents (p. 4). Card-matching game described (p. 220)*: "**Concentration (Memory)** . . . *The Pack* — 52 cards. *The Deal*—Any player shuffles the pack and lays all the cards out face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . . The turn to play then passes to the player at this left." | http://www.amazon.com/gp/product/B000B1P3MI/sr=1-3/qid=1160729473/ref=sr_1_3/102-8176279-1102518?ie=UTF8&s=books | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, **1961** By The United States Playing Card Company | | 07/09/06 by Janene Bassett from www.amazon.com |
| **A.26** | 53RD EDITION OFFICIAL RULES OF CARD GAMES; edited by Albert H. Morehead; | "Memory" *in the table of contents (p. 4). Card-matching game described (p. 220)*: "**Concentration (Memory)** . . . *The Pack* — 52 cards. *The Deal*—Any player shuffles the pack and lays all the cards out face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . | http://www.amazon.com/gp/product/B000HZ4888/sr=1-12/qid=1160729580/ref=sr_1_12/102-8176279- | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, | | 07/09/06 by Janene Bassett from www.amazon.com |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | published by The United States Playing Card Company, Cincinnati, OH | Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . . The turn to play then passes to the player at this left." | 1102518?ie=UTF8&s=books | 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, **1963** By The United States Playing Card Company | | |
| **A.27** | THE GAME BOOK; authored by Margaret E. Mulac; published by Harper & Brothers Publishers, NY | "Memory, A card game" *in the table of contents (p. 372)*. *Card-matching game described* (p. 144): "**Memory** All the cards in a straight deck are laid out in rows face down on a table . . . . The first player turns up any card. He then turns up another card attempting to find a duplicate of the first card turned up. If by luck he turns up a pair, he takes those cards as a trick and gets another turn. If the cards are not a pair, he turns them face down again. The next player repeats this action. If a card he turns up is a duplicate of the card some other player had turned up and then turned face down again, he tries to remember its location and turn it up." | http://www.amazon.com/gp/product/0060044705/sr=1-1/qid=1160729630/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=books | Copyright, **1946** by Harper & Brothers | | 09/04/06 by Kent Raygor from www.amazon.com |
| **A.28** | THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE: THE UNABRIDGED EDITION; editor in chief Jess Stein; published by Random House, NY | *At p. 304*: "**con-cen-tra-tion** . . . **7.** Also called **memory**. *Cards*. a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed."<br><br>*At p. 894*: "**mem-o-ry** . . . **12.** *Cards*. concentration (def. 7)." | http://www.amazon.com/gp/product/B000GKS6EG/sr=1-1/qid=1160729667/ref=sr_1_1/102-8176279-1102518?ie=UTF8&s=books | © Copyright, **1966**, by Random House, Inc. | | 09/06/06 by Kent Raygor from www.amazon.com |
| **A.29** | THE RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE; editor in chief Jess Stein; published by Random House, NY | *At p. 304*: "**con-cen-tra-tion** . . . **7.** Also called **memory**. *Cards*. a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed." | | © Copyright, **1966**, by Random House, Inc. | From the University Research Library at the University of California, Los Angeles (UCLA) | |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | | *At p. 894*: "**mem-o-ry** . . . **12.** *Cards*. concentration (def. 7)." | | | | |
| **A.30** | WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED; editor in chief Philip Babcock Gove; published by G. & C. Merriam Company, Springfield, MA | "**con-cen-tra-tion** . . . **5:** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play – called also *memory*" | http://www.amazon.com/gp/product/B000GBWZYM/sr=1-6/qid=1160729745/ref=sr_1_6/102-8176279-1102518?ie=UTF8&s=books | Copyright © **1961** by G. & C. Merriam Co. | From the University Research Library at the University of California, Los Angeles (UCLA) | |
| **A.31** | BICYCLE® OFFICIAL RULES OF CARD GAMES; edited by Joli Quentin Kansil; published by The United States Playing Card Company, Cincinnati, OH | "Memory" *in the index (p. 336)*. *Card-matching game described (p. 294)*: "**CONCENTRATION (Memory)** . . . *Skills Developed*. Matching, pairing, and memorizing. *The Pack*. The standard 52-card pack is used. *The Deal*. Any player shuffles the pack and spreads all the cards out, face down all over the table . . . . *Object of the Game*. The goal is to collect pairs of cards of the same rank, such as two sixes or two queens. *The Play*. The first player may be decided in any way. He turns up any two cards on the table, leaving the first card face up until he has turned the second. If the two cards form a pair, the player takes them and puts them face down in front of him in a pile, and then he turns up two more cards. Whenever the two cards turned up do not form a pair, the player, after a pause of at least five seconds, turns both cards face down again, leaving them in exactly the same position on the table. It is then the next player's turn . . . ." | http://www.amazon.com/gp/product/1889752061/ref=sr_11_1/102-8176279-1102518?ie=UTF8 | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, 1963, 1966, 1968, 1999, 2000, 2001, 2002, 2003, 2004, 2005, **2006** By The United States Playing Card Company | | 10/08/06 by Kent Raygor from Rite-Aid Pharmacy, Highland Park, CA |
| **A.32** | RULES OF GAMES ACCORDING TO HOYLE; by Richard L. Frey; published by Hawthorn Books, Inc., NY, NY | *Card-matching game described (p. 225)*: "**CONCENTRATION (MEMORY, PELMANISM)** . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are | http://www.amazon.com/Rules-Games-According-Hoyle-Richard/dp/B000HTYLU4/sr=1-18/qid=1160961628/ref=sr_1_18/104-6726436- | Copyright © **1965**. 1963, 1956 by Hawthorn Books, Inc. | From the University Research Library at the University of California, Los Angeles (UCLA) | |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | | not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | 6125559?ie=UTF8&s=books | | | |
| **A.33** | GOREN'S HOYLE ENCYCLOPEDIA OF GAMES, WITH OFFICIAL RULES AND POINTERS ON PLAY INCLUDING THE LATEST LAWS OF CONTRACT BRIDGE, authored by Charles Henry Goren; published by Hawthorn Books, Inc., NY, NY | *Card-matching game described (pp. 492-93)*: "**CONCENTRATION** This is a game for two players. (It is often called Memory, or Pelmanism.) The deck is thoroughly shuffled, then spread face down on the table so that every card is detached from every other . . . . The first player, chosen by lot, turns any two cards face up. Having turned them up, he removes his hand so that all may see them. If they are a pair (as, two kings) he removes them from the center and puts them in a pile of his own. If they are not a pair, he turns them face down, and his opponent then plays. The whole game consists in remembering the position of cards previously exposed, so as to capture a pair whenever the second card of a rank is exposed." | http://www.amazon.com/Gorens-Hoyle-encyclopedia-games-including/dp/B0007DDX36/sr=1-1/qid=1160961522/ref=sr_1_1/104-6726436-6125559?ie=UTF8&s=books | Copyright © **1961**, 1950 by Chancellor Hall, Ltd. | From the University Research Library at the University of California, Los Angeles (UCLA) | |
| **A.34** | WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, UNABRIDGED, Merriam-Webster, 2002; http://unabridged.merriam-webster.com (15 Oct. 2006) | "**con·cen·tra·tion** . . . **5:** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play -- called also *memory*"<br><br>"**mem·o·ry** . . . **5:** **CONCENTRATION** 5" | http://unabridged.merriam-webster.com/cgi-bin/unabridged?va=concentration<br><br>http://unabridged.merriam-webster.com/cgi-bin/unabridged?va=memory&x=28&y=10 | © **2005-2006** Merriam-Webster, Incorporated | From the online version of the dictionary | |
| **A.35** | WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED; editor in chief Philip Babcock Gove; published by G. & | *At p. 469*: "**con-cen-tra-tion** . . . **5:** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play – called also *memory*"<br><br>*At p. 1409*: "**mem·o·ry** . . . **5:** CONCENTRATION 5" | http://www.alibris.com/search/detail.cfm?chunk=25&mtype=&wtit=WEBSTER%27S%20THIRD%20NEW%20INTERNATIONAL%20DICTIONARY&qwork=7151092&S=R&bid=8203131806&pbest=4%2E | Copyright © **1961** by G. & C. Merriam Co.; **1963** printing | | 10/08/05 by Kent Raygor from www.alibris.com |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | C. Merriam Company, Springfield, MA | | 06&pqtynew=0&page=1&matches=32&qsort=r | | | |
| **A.36** | WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED; editor in chief Philip Babcock Gove; published by G. & C. Merriam Company, Springfield, MA | *At p. 469*: "**con-cen-tra-tion** . . . **5:** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play – called also *memory*"<br><br>*At p. 1409*: "**mem·o·ry** . . . **5:** CONCENTRATION 5" | http://www.alibris.com/search/search.cfm?qwork=7151092&wtit=WEBSTER%27S%20THIRD%20NEW%20INTERNATIONAL%20DICTIONARY&ptit=Webster%27s%20third%20new%20international%20dictionary%20of%20the%20English%20language%2C%20unabridged&pauth=Gove%2C%20Philip%20Babcock&pisbn=&pqty=32&pqtynew=0&pbest=4%2E06&matches=32&qsort=r&cm_re=works*listing*title | Copyright © **1961** by G. & C. Merriam Co.; **1965** printing | | 10/08/05 by Kent Raygor from www.alibris.com |
| **A.37** | WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED; editor in chief Philip Babcock Gove; published by G. & C. Merriam Company, Springfield, MA | *At p. 469*: "**con-cen-tra-tion** . . . **5:** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play – called also *memory*" | http://www.amazon.com/gp/product/B000GBWZYM/sr=1-6/qid=1160729745/ref=sr_1_6/102-8176279-1102518?ie=UTF8&s=books | Copyright © **1966** by G. & C. Merriam Co. | From the Anderson School of Management at the University of California, Los Angeles (UCLA) | |
| **A.38** | OFFICIAL RULES OF CARD GAMES; Publisher's 66th Edition; published | "Memory" *in the index (p. 4). Card-matching game described (p. 220)*: "**CONCENTRATION (Memory)** . . . *The Pack*--52-cards. *The Deal*—Any player shuffles the pack and spreads all the cards out, face down . . . . *Object of the Game*—To take in pairs of cards of the same | http://cgi.ebay.com/Official-Rules-of-Card-Games_W0QQitemZ4628424213QQihZ002QQcat | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, | | Personal copy owned by Sandra Disner for years |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | by The United States Playing Card Company, Cincinnati, OH | denomination, as two sixes or two queens. *The Play*— The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards hr turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left." | egoryZ378QQrdZ1QQssPageNameZWD1VQQcmdZViewItem | 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, 1963, 1966, **1968** By The United States Playing Card Company; Printed in **1983** | | |
| **A.39** | RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY, Second Edition; published by Random House, NY | *At p. 304*: "**con-cen-tra-tion** . . . **7.** Also called **memory**. *Cards*. a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed."<br><br>*At p. 894*: "**mem-o-ry** . . . **12.** *Cards*. concentration (def. 7)." | http://www.alibris.com/search/detail.cfm?chunk=25&mtype=&wtit=RANDOM%20HOUSE%20WEBSTER%27S%20UNABRIDGED%20DICTIONARY&qwork=8692523&S=R&bid=8897035705&pbest=36%2E85&pqtynew=35&pbestnew=43%2E81&page=1&matches=39&qsort=p | Copyright © **2001**, 1998, 1997, 1996, 1993, 1986, by Random House, Inc. | Los Angeles Public Library, Los Angeles, CA, on a shelf in front of the reference desk | |
| **A.40** | THE NEW COMPLETE HOYLE, REVISED – THE AUTHORITATIVE GUIDE TO THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE; authored by Albert H. Morehead, Richard L. Frey, Geoffrey Mott-Smith, revised by Richard L. Frey, Tom Smith, Phillip | *At pp. 459-460*: "**Concentration (Memory, Pelmanism)** As its various names suggest, this game is an excellent exercise for the development of visual memory . . . . *The Layout*. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch . . . . *The Play*. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left. The player who gathers a plurality of the cards wins the game. While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned." | | Copyright © **1991**, 1964, 1956, 1947, by Philip D. Morehead and Andrew T. Morehead | Los Angeles Public Library, Los Angeles, CA | |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | Alder, Matt Klam; published by Doubleday, NY, NY | | | | | |
| **A.41** | THE ULTIMATE BOOK OF CARD GAMES; by The Diagram Group; published by Sterling Publishing Col, Inc., NY, NY | "Memory (see Concerntration)" *in the index (at p. 462). Card-matching game described (pp. 416-17)*: "**Concentration** This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and observation. *Cards* One or two standard decks of playing cards are used, depending on the number of players . . . . *Objective* Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture). *First player* . . . He turns over two cards at random and allows the other players to see them. If the rank of the two cards is the same . . ., he takes them and may turn over two more cards . . . . If the two cards that are turned over do not match, the player must put them face down in their original positions . . . *Second player* The person to the first payer's left now turns over any two cards. If the first card matches one that has already been turned over he must try to remember where that card is." | http://www.amazon.com/Ultimate-Book-Card-Games/dp/140274093X/sr=8-1/qid=1161027808/ref=sr_1_1/002-4189749-4938437?ie=UTF8&s=books | © **1995** by Diagram Visual Information Ltd.; Published in **2006** by Sterling Publishing Co., Inc., NY, NY | | 10.17.06 by Sandra Disner from the University Bookstore, University of Southern California (USC) |
| **A.42** | OFFICIAL RULES OF CARD GAMES; Publisher's 63rd Edition; published by The United States Playing Card Company, Cincinnati, OH | "Memory" *in the index (p. 4). Card-matching game described (p. 220)*: "**CONCENTRATION (Memory)** . . . *The Pack*--52-cards. *The Deal*—Any player shuffles the pack and spreads all the cards out, face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play*— The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards hr turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left." | http://www.antiqbook.com/boox/lana/31712.shtml | Copyrighted, Printed and Published 1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, 1963, 1966, **1968** By The United States Playing Card Company; Printed in **1980** | | 10.08.06 by Kent Raygor from www.alibris.com |
| **A.43** | HOYLE UP-TO-DATE: THE OFFICIAL RULES | "Memory" *in the table of contents (p. 4). Card-matching game described (p. 220)*: "**Concentration (Memory)** . . . *The Pack* — 52 | http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&ite | Copyrighted, Printed and Published 1887, 1888, 1889, | | 10/08/06 by Kent Raygor from |

| MGA EXHIBIT NO. | PUBLICATION NAME | DESCRIPTION AND TEXT | SOME PLACES WHERE IT CAN BE FOUND ON THE INTERNET | COPYRIGHT NOTICE | IF FOUND IN A PUBLIC LIBRARY | IF PURCHASED, WHEN, BY WHOM, AND WHERE |
|---|---|---|---|---|---|---|
| | OF CARD GAMES, 50th edition; edited by Albert H. Morehead; published by The United States Playing Card Company, Cincinnati, OH | cards. *The Deal*—Any player shuffles the pack and lays all the cards out face down . . . . *Object of the Game*—To take in pairs of cards of the same denomination, as two sixes or two queens. *The Play* . . . Each player in turn must turn up any two cards on the table . . . . If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again . . . . The turn to play then passes to the player at this left." | m=150042855497&category=29223 | 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, **1957** By The United States Playing Card Company | | www.alibris.com |

400103446.1