10

HARPER ESSENTIALS

An essential guide to the most popular and entertaining games



# Card Games

- Favorites that are fun for the whole family
- Tricks and tips for card-game night
- Easy-to-learn rules and strategies

The Diagram Group

EXHIBIT A.10

# CARD GAMES

Card playing has been a popular pastime for more than five hundred years—and there is still no better way to bring a family together. This compact yet comprehensive volume contains the rules and strategies for a wealth of fun and action-packed card games that the entire household can enjoy—from bridge to go fish to pinochle to skat. No matter if your preference runs to the challenging or to the zany, there is something for everyone in these pages, expert player and novice alike. Get ready to start dealing!

- More than sixty family-friendly games
- Play-by-play diagrams
- Games specifically designed for children
- Long-time favorites and little-known gems
- A useful glossary of card-playing terms

HARPERESSENTIALS

FACTS FOR LIVING

www.harpercollins.com

AuthorTracker

U.S.$5.99
CAN.$7.99

ISBN 0-06-053457-5

53457>

UPC

0 99455 00599 9

EXHIBIT A.10

**Other HarperEssentials**

FAMILY AND PARTY GAMES
FIRST AID
STRESS SURVIVAL GUIDE
UNDERSTANDING DREAMS
WINE GUIDE

ATTENTION: ORGANIZATIONS AND CORPORATIONS
Most HarperTorch paperbacks are available at special quantity discounts for bulk purchases for sales promotion, premiums, or fund-raising. For information, please call or write:

Special Markets Department, HarperCollins Publishers, Inc.,
10 East 53rd Street, New York, N.Y. 10022-5299.
Telephone: (212) 207-7528. Fax: (212) 207-7222.

HARPERESSENTIALS

# Card Games

The Diagram Group

HarperTorch
*An Imprint of* HarperCollins*Publishers*

EXHIBIT A.10

This book was first published in 1991 and this edition was published in 1999 by HarperCollins UK.

HARPERTORCH
*An Imprint of* HarperCollins*Publishers*
10 East 53rd Street
New York, New York 10022-5299

Copyright © Diagram Visual Information Limited 1999
ISBN: 0-06-053457-5

All rights reserved. No part of this book may be used or reproduced in any manner whatsoever without written permission, except in the case of brief quotations embodied in critical articles and reviews. For information address HarperTorch, an Imprint of HarperCollins Publishers.

First HarperTorch paperback printing: December 2003

HarperCollins ®, HarperTorch™, and ™ are trademarks of HarperCollins Publishers Inc.

Printed in the United States of America

Visit HarperTorch on the World Wide Web at www.harpercollins.com

10 9 8 7 6 5 4

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

# Introduction

Card playing has been a popular pastime among young and old for more than 500 years. This long history and the enormous variety of card games that exist, give card playing its great potential as a plentiful source of entertainment for all ages.

*HarperEssentials Card Games* is a fascinating, fun guide to the rules and strategies for more than sixty exciting family and children's games. There's something for everyone—beginner and expert alike—as well as an easy-to-use, complete glossary of important terms used in card playing.

EXHIBIT A.10

**Children's Card Games** 187
Card Dominoes 189
Give Away 191
Go Boom 193
Go Boom variations: 194
  Scoring Go Boom 194
  Crazy Eights 195
Go Fish 197
Knockout Whist 199
Linger Longer 202
Memory 205
Menagerie 207
My Ship Sails 209
Old Maid 211
  Le vieux garçon 213
Play or Pay 214
Racing Demon 216
Rolling Stone 219
Sequence 221
Slap Jack 223



Snap 226
Snap variations: 228
  Easy 228
  Speed 228
Spit 229
War 233
War variations: 235
  War for three players 235
  Persian Pasha 236

EXHIBIT A.10

Cards should follow the suit of the first card; otherwise a trump card or any other card can be played.

The trick is won by the person who:

a) plays the highest trump card; or

b) by the highest card of the leading suit if trumps are not used.

The winning player collects his trick near him, takes a card from the stock pile and uses any of his cards to start the next trick.

Players continue as long as they have cards in their hand.

A player whose hand runs out drops out of the game.

The winner is the last person in the game.

# Memory

Also known as pelmanism or concentration, this is a simple game of observation and memory for any number of players.

## Aim

Everyone tries to collect as many cards as he can.

## Cards

One standard deck of cards is needed for two or three players; ~~two decks would be better for~~ more players. The cards should be fairly new and clean so they look alike from the back and do not give away clues about their identity by being torn or creased. A large flat area is needed for playing, such as the floor or a large table.

## Dealing

One person shuffles the cards and places them all face down and separate, so they are not touching.

## Playing

The player on the dealer's left turns over any two cards so that all players can see them.

If they are the same rank, such as two Ks or two 5s, he keeps them and turns over two more cards.

The player continues in this way until the two cards do not match. Then he leaves them exactly where they were, face down. The next player clockwise then has a turn.

If a player turns a card up the same rank as one that has already been turned and replaced, he must try to remember where it was, hoping to make a pair.

Play continues until all the cards have been taken. The player with the most cards is the winner.

# Menagerie

Also called animals, this game is for two or more players, the more the better. It is great fun and very noisy. Two standard decks of cards are used.

## Aim

Each player tries to win all the cards.

## Choosing animals

Each player chooses an animal name that is long and hard to say. These names are written on small pieces of paper, which are folded and shaken up together in a hat or box. Each player takes one and has that animal for the game. Everyone then learns the names of all the animals.

## Dealing

All the cards are dealt clockwise, one at a time and face down. The hands might be unequal. A player must not look at his cards but put them in a face-down pile.

## Playing

The player on the left of the dealer turns his top

EXHIBIT A.10

BORDERS®

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL T | | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM T | | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM T | | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP T | | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP T | | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP T | | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP T | | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL T | | 12.99 |
| | | Subtotal | 88.82 |
| | | CALIFORNIA 8.25% | 7.33 |
| 8 Items | | Total | 96.15 |
| | | [redacted] | 96.15 |

ACCT # /S XXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.10r

11


THE
AMAZING
GAME
BOARD
BOOK™
MORE THAN 50 GAMES AND ACTIVITIES!
EDUCATIONAL
FUN
FOR AGES
6 TO 99
GREAT FOR TRAVEL
innovative

EXHIBIT A.11


THE AMAZING GAME BOARD BOOK™
EXERCISE YOUR BRAIN!
More than 50 games and activities, including:
Foam Board with 60 Colorful Pegs 28 DOMINOES Capture the Flag! Game Secret CODES Magnetic Checkers Write-on/Wipe-off DRAWING BOARD with Erasable Marker Brain Teasers 30-Piece, Two-Sided JIGSAW PUZZLE Around the World GEOGRAPHY GAME with Color Die 7-Piece Magnetic TANGRAMS Superstar Hangman Reusable 20 Questions Fill-in Fiction LANGUAGE GAME Optical Illusions 84 Magnetic TRI-ZA-IC™ Pieces Tic-Tac-Toe Cosmic SCIENCE GAMES Add-iplication Operation MATH GAME Easy-to-Follow Game Instructions
Plus dozens of spin-off activities and built-in storage box!
GREAT FOR TRAVEL!
Written by
Shereen Gertel Rutman
Illustrated by
John Clementson
Designed by Carrie Abel
AGES 6 to 99
Conforms to
ASTM D4236
CE
Conceived, designed, and developed by the creative team at innovative KIDS
Copyright © 2000 by innovative KIDS
All rights reserved
Published by innovative KIDS®
A division of innovative USA®, Inc.
18 Ann Street
Norwalk, CT 06854
Printed in China
Boards and components manufactured in China
Marker included is not water soluble

EXHIBIT A.11

## DOMINOES

veryone knows what dominoes are, but many how to play. Here's a crash course to d you.

**BJECT OF GAME:** To match dominoes by the umber of dots and use up your dom no pieces

**QUIPMENT:** 28 domino pieces (punch out of heet at left; store in box)

**ETTING UP:** Place all dominoes dot side down n a table. If 2 players, take 7 tiles each if 3 or 4 layers, take 5 tiles each. Leave extra dominoes n table. The player with the h ghest double such as a tile with a 6 on both sides) begins.

**LAYING THE GAME:** The first player places the ghest double on the table. The second player laces a domino that has the same number of lots in at least one section so that the match ng ections touch. The next player can match either of the end sections. Remember: Unlike sections annot touch. Players take turns matching pieces o either end. If a player cannot make a match, he player draws from the extra pile. When that ile is used, players without matches m ss a turn

**WINNING & SCORING:** The game ends when one r runs out of pieces or when no player can ake a match. The first player to go out wins. He or she adds the points left on the other players pieces. That becomes the winner's score. If no player can make a match, the players add up he points on their own dominoes. The player with the east points wins. H s or her score is the total of the others' points. The first player with 100 points wins the series of games.



## MEMORY LANE

**Use the memory cards—on the reverse side of the dominoes—to play this game. Get ready to recall what you see!**

**OBJECT OF GAME:** To make the most matches.

**SETTING UP:** Mix up the memory cards and lay them in four rows of seven cards each. The domino side should be face-up.

**PLAYING THE GAME:** Two or more players alternate turning over two cards at a time. If the cards match, the player keeps them. If the two cards are different, turn them face down again. Players try to remember which cards have been played and where cards are located.

**WINNING:** When all the pairs are claimed the game is over. The player with the most pa rs wins.

## GO MATCH!

**This two-person matching game also uses the memory cards—and your memory skills!**

**SETTING UP:** Deal seven cards to each player. Put the rest of the deck face down.

**PLAYING THE GAME:** Go Match s similar to Go Fish. The first player holds up one of his or her cards. If the other player has the matching card, player one takes it, puts the pair down, and gets an extra turn. If player two doesn't have the matching card, player one chooses a card from the pile. A player who uses all of his or her cards draws a new card from the pile.

**WINNING:** The game continues until all the cards in the deck have been used. The person with the most pairs wins.

## PACK RAT

**How many items can you pack into an imaginary backpack? At least 26! This memory game is easier if you're good at remembering the sequence of the alphabet.**

with as many players as you like. The first player ys, "I'm going on a trip and I'm going to take ..." Player one ills in the blank with an item that starts with an A, such as an aardvark or an anvil or an apple. The next person repeats what the first player said, adding an item beginning with the letter B. Play continues that way with each person adding an item starting with C, D, E, etc. By the time you get to Z, you've got a lot of words to remember—and a whole lot of stuff in the pack!

EXHIBIT A.11

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.11r

12



OVER EIGHT MILLION COPIES SOLD

# HOYLE'S RULES OF GAMES

THIRD REVISED AND UPDATED EDITION



*THE ESSENTIAL FAMILY GUIDE TO*

CARD GAMES • BOARD GAMES • PARLOR GAMES

NEW POKER VARIATIONS • AND MORE

PLUS A NEW SECTION ON COMPUTER GAMES



ALBERT H MOREHEAD AND GEOFFREY MOTT-SMITH
REVISED AND UPDATED BY PHILIP D MOREHEAD

**EXHIBIT A.12**

# HOYLE'S RULES OF GAMES

In 1742, Edmond Hoyle published the definitive book on the most popular game of his day, whist. Games evolve with time, just as whist gave rise to contract bridge. However, more than 250 years later, *Hoyle's* is still the definitive name when it comes to the rules of the game—whether it's bridge, backgammon, Scrabble®, or blackjack. The game player's basic reference, this handy guide has now been updated and expanded and includes rules, strategies, and odds for more than 250 games, from such favorites as:

- SCRABBLE® • CANASTA • CONTRACT BRIDGE • GIN RUMMY • CHESS • BACKGAMMON
- SOLITAIRE GAMES: NESTOR, POUNCE, PYRAMID, AND RUSSIAN BANK
- POKER VARIATIONS: ANACONDA, BLIND TIGER, AND HOLD 'EM
- CHILDREN'S GAMES: BEGGAR-YOUR-NEIGHBOR, MEMORY, AND SLAPJACK
- COMPUTER GAMES: MINESWEEPER AND FREECELL

• AND MORE •

LEARN HOW TO PLAY, SHARPEN YOUR STRATEGY, AND SETTLE DISPUTES—WITH THIS NEWEST EDITION OF THE CLASSIC REFERENCE GUIDE.

$6.99

PRICE
HOYLES RULES OF GAMES
263 K
4-0
20484
UPC
S
http:
$6.9
$9.99
MOREHEAD A6934 Gen Games
6688554 MM000001 05032006
852- A 539284
PFFM
1162"00699 5

EXHIBIT A.12

# HOYLE'S RULES OF GAMES

THIRD UPDATED AND REVISED EDITION

Descriptions of Indoor Games of Skill and Chance, with Advice on Skillful Play. Based on the Foundations laid down by Edmond Hoyle, 1672–1769.

EDITED BY ALBERT H. MOREHEAD
AND GEOFFREY MOTT-SMITH
REVISED AND UPDATED BY PHILIP D. MOREHEAD

A SIGNET BOOK

EXHIBIT A.12

SIGNET
Published by New American Library, a division of
Penguin Group (USA) Inc., 375 Hudson Street,
New York, New York 10014, USA
Penguin Group (Canada), 10 Alcorn Avenue, Toronto,
Ontario M4V 3B2, Canada (a division of Pearson Penguin Canada Inc.)
Penguin Books Ltd., 80 Strand, London WC2R 0RL, England
Penguin Ireland, 25 St. Stephen's Green, Dublin 2,
Ireland (a division of Penguin Books Ltd.)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124,
Australia (a division of Pearson Australia Group Pty. Ltd.)
Penguin Books India Pvt. Ltd., 11 Community Centre, Panchsheel Park,
New Delhi - 110 017, India
Penguin Group (NZ), cnr Airborne and Rosedale Roads, Albany,
Auckland 1310, New Zealand (a division of Pearson New Zealand Ltd.)
Penguin Books (South Africa) (Pty.) Ltd., 24 Sturdee Avenue,
Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd., Registered Offices:
80 Strand, London WC2R 0RL, England

Published by Signet, an imprint of New American Library, a division of Penguin Group (USA) Inc. Published simultaneously in a Plume edition.

First Signet Printing (Second Revised Edition), September 1983
First Signet Printing (Third Revised and Updated Edition), December 2001
10 9 8

Copyright © Philip D. Morehead and Andrew T. Morehead, 1983, 2001
Copyright © New American Library, a division of Penguin Group (USA) Inc., 1946, 1949, 1954, 1958, 1963
All rights reserved

"Scrabble" is the registered trademark of Selchow & Righter Company (USA and Canada); of Messrs. Scrabble Australia Pty. Limited (Australia); of Scrabble Schutzrechte und Handels GmbH, a subsidary of J. W. Spear and Sons Limited (all other countries).

Game title illustrations by Tim Grajek.

REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form, or by any means (electronic, mechanical, photocopying, recording, or otherwise), without the prior written permission of both the copyright owner and the above publisher of this book.

If you purchased this book without a cover you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher and neither the author nor the publisher has received any payment for this "stripped book."

The scanning, uploading, and distribution of this book via the Internet or via any other means without the permission of the publisher is illegal and punishable by law. Please purchase only authorized electronic editions, and do not participate in or encourage electronic piracy of copyrighted materials. Your support of the author's rights is appreciated.

# CONTENTS

Card Games
- All Fours 3
- Barbu 12
- Bridge 17
- Briscola 49
- Casino 51
- Cribbage 58
- Eleusis 67
- Klaberjass 72
- Hearts 77
- Oh Hell 84
- Palace 87
- Pinochle 90
- Piquet 108
- Rook 114
- Rummy 117
- Sixty-Six 149
- Skat 152
- Spades 161
- Stops 163
- Triumph 174
- Variety 191
- Solitaire 195
- Card Games for Larger Groups or Parties 219
- Card Games Played by Children 230

Gambling Games
- Poker 241
- Other Gambling Games 275

Dice, Board, and Other Games
- Dice Games 295
- Dominoes 303
- Board Games 309
- Parlor Games 339
- Computer and Online Games 347

Resources 350
Glossary 351

## INDEX OF GAMES

Accordion 202
Aces High 198
Aces Up 198
Acey-Deucey 332
All Fours 3
Anaconda 261
Arlington 143
Asian Poker 289
Auction Bridge 46
Auction Forty-Fives 176
Auction Pinochle 95
Auction Pitch 9
Australian Poker 251
Authors 235



EXHIBIT A.12

Five-Card Stud 252
Five-Hand Five Hundred 190
Five Hundred 184
Five-Hand Five Hundred 150
Four-Hand Five Hundred 189
Two-Hand Five Hundred 190
Five Hundred Rum 125
Football 260
Fortress 199
Forty-Five 178
Forty Thieves 203
Four-Deal Bridge 23
Four-Hand Casino 56
Four-Hand Cribbage 64
Four-Hand Five Hundred 189
Four-Hand Gin Rummy 133
Freecell 347

Gambling Games 239
Gaps 208
Geography 341
Ghosts 340
Gin Rummy 128
Gin Rummy for Three 133
Gin Rummy for Four or More 133
Golf 202
Goren System 24
Grandfather's Clock 200
Guggenheim 342

Hand and Foot 144
Hasenpfeffer 183
Double Hasenpfeffer 184
Hazard 297
Hearts 77
Black Lady 79
Cancellation Hearts 81
Omnibus Hearts 81
Partnership Hearts 82
Reverse 77
High-Card Pool 282
High Five 3
High-Low-Jack 3
High-Low Poker 258
High-Low Seven-Card Stud 254
High-Low Stud Poker 254
Hold 'em Poker 257
Hollywood Gin 132
Honeymoon Bridge 39
Hurricane 259

Idiot's Delight 198
I Doubt It 231
Indian Poker 262

Jackpots 249
Jacks Back 251
Joker Canasta 143

Karma 87
King Rummy 120
Kings in the Corners 216
Klaberjass 72
Klob 72
Klondike 195
Knock Poker 260
Knock Rummy 123
Kriegspiel 317

Lamebrain Pete 256
Let It Ride 290
Liar Dice 298
Liverpool Rummy 120
Looking for Friends 224





Lowball 251
Low Poker 241

Matador 306
Memory 233
Mexican Stud 259
Michigan 171
Michigan Rum 125
Minesweeper 349
Miss Milligan 201

Nap 174
Napoleon 179
Napoleon at St. Helena 203
Nestor 207
Newmarket 171

Oh Hell 84
Oh Pshaw 84
Oklahoma 143
Oklahoma Gin 132
Old Maid 233
Old Sledge 3
Omaha 256
Omnibus Hearts 81
1000 Blank White Cards 236
Online Games 347
Open Poker 241

Pai Gow Poker 289
Palace 87
"Pan" 146
Panguingue 146
Parlor Games 339
Battleships 344
Botticelli 345
Charades 339
Categories 342
Geography 341
Ghosts 340
Guggenheim 342
Poker Squares 342
Quotations 339
Salvo 344
"The Game" 339
Word Squares 343
Partnership Auction Pinochle 100
Partnership Casino 56
Partnership Five Hundred Rummy 127
Partnership Hearts 82
Pass and Out 249, 252
Passout 252
Patience 195
Persian Rummy 127
Pig 232
Pinochle 90
Auction Pinochle 95
Double-Pack Pinochle 103
Partnership Auction Pinochle 100
Two-Hand Pinochle 91
Pinochle Rummy 125
Piquet 108
Pitch 11
Poker 241
Anaconda 261
Australian Poker 251
Baseball 259
Bet or Drop 252
Blind and Straddle 251
Blind Opening 251
Blind Tiger 251
Butcher Boy 261
Cincinnati 256
Closed Poker 241
Criss-Cross 256
Dealer's Choice 255
Down-the-River 254


EXHIBIT A.12

The last batch of cards played is then turned face up, and if any card is not of the rank stated, the player who put them down must take up all the cards on the table. But if the cards are correct, all of the named rank, the doubter must take all the cards on the table. If several players call "I doubt it," the following rules should be strictly enforced: (1) "I doubt it" may not be declared until the player's hand has quitted his discard. (2) The first to doubt takes precedence when his lead over the second doubter is clear. (3) When none has a clear lead in being the first to doubt, the doubter nearest the player's left in rotation has precedence.

The one who first gets rid of all his cards wins the game. He always puts his last batch of cards face up, because everybody is bound to doubt him.

While a favorite for children's parties, I Doubt It is actually a game of considerable skill. The trick is to arrange the hand with the ranks in the sequence in which you must play them; plan to be "honest" in your last five or six turns, and therefore do all your cheating early. If you are lacking some ranks near the end of your hand, it often pays to do some doubting, if these ranks are called early, in order to fill your hand. The ideal hand for going out is one with every rank represented. Or you may try getting rid of some ranks that otherwise would fall to you in your last several turns, by slipping them as "cheats" into your early plays.

## PIG

Pig is a favorite "icebreaker" for large parties, whether of children or adults. Any number may play, up to thirteen, and the more, the merrier.

From a regular pack, take four cards of a rank for each player in the game. For example, with seven players, take the aces, deuces, and so on up to sevens, discarding all higher cards. It does not matter what ranks you choose.

After shuffling, deal the cards out one at a time, thus giving each player four. The entire play consists in exchanging cards. All players take a card from their hands and place it to the left, then all simultaneously pick up the cards



they find at their right. Actually, it is not important to keep these exchanges synchronized. The "ice breaking" feature is that the etiquette of the game permits the player to scream at his right-hand neighbor, "Hurry up, I'm waiting!"

When any player gets four cards of the same rank into his hand, he must stop passing cards and put a finger to his nose. Each other player, on seeing this act, must quickly stop and put a finger to his nose. The last to perceive that the game is ended is a Pig, and is usually required to pay a forfeit.

## CONCENTRATION or MEMORY

Concentration may be played by any number from two up. Take a regular pack of cards, shuffle it, and lay the cards out one by one on a large table, with their faces down and so spaced that they do not overlap.

Each player in turn must turn up any two cards, one at a time, leaving them in their original positions on the table. If they are a pair, he takes them and similarly turns up two more cards. If they are not a pair, he turns them face down again (still in their original position) and the next player to his left plays.

The point is that by careful watching you can remember where cards of certain kinds are. After turning up your first card, you may remember what card to turn up to find its mate. The object is to get as many pairs as possible, and the one who gets the most wins the game.

This is a game that interests people of all ages.

## OLD MAID

From a regular pack discard one queen. Deal the remaining cards out, one at a time, until all are dealt—they do not have to come out even. Two to eight may play. Each player discards, face up, all his pairs (never three of a kind). Then each player in turn shuffles his hand and offers it face down to his left-hand neighbor, who draws one card, discards a pair if he has drawn one, and offers

EXHIBIT A.12

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.12r

13


Kids' Card Games
Contains fully illustrated 64-page book and large deck of cards
Terry Eagle

EXHIBIT A.13


Kids' Card Games
25 exciting children's card games explained step by step
A
7
J

EXHIBIT A.13




EXHIBIT A.13




EXHIBIT A.13

First edition for the United States, its territories and dependencies and Canada published in 2002 by Barron's Educational Series, Inc.

Copyright © Haldane Mason Ltd. 1999

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic or mechanical, including photocopying, recording or otherwise, without the prior written permission of the copyright holder.

All inquiries should be addressed to:
Barron's Educational Series, Inc.
250 Wireless Blvd.
Hauppauge, NY 11788
**www.barronseduc.com**

International Standard Book No.: 0-7641-7555-1

Library of Congress Catalog Card No.: 2002102048

A HALDANE MASON BOOK

*Art Director:* Ron Samuel
*Editor:* Jane Ellis
*Design:* Rachel Clark, Zoe Mellors
*Artwork:* Rachel Clark

Color reproduction by CK Digital Ltd, UK

Printed in China

9 8 7 6 5 4 3 2 1

EXHIBIT A.13

# Pelmanism **

**This game is sometimes called *Memory* – and you'll see why!**

***Number of Players:* *Two.***

***How to Win:* *Have the most tricks at the end of the game.***

**How to Play:**

Cut the cards to decide which player goes first (aces low, highest card wins). Lay out the whole deck face down on a table (or perhaps the floor), making sure each card is separate from its neighbors.



The first player turns over any two cards. If they are of the same rank (for example, two 3s), they form a pair and the player picks them up and lays them in front of him or her face down.

The same player turns up another two cards. When he turns over two that do not make a pair, he replaces them face down in their original positions. It is now the other player's turn. *Pelmanism* is all about remembering which card was where, so it is a great game for practicing memory skills.

The game continues until all the cards have been paired. The winner is the player who has collected most pairs.

EXHIBIT A.13

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | | |
|---|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.13r

14



McGraw-Hill
Great Big Book of Children's Games
Over 450 Indoor and Outdoor Games for Kids
Written by Debra Wise
Illustrated by Sandy Forrest
GAMES FOR AGES 3-14


EXHIBIT A.14

Parenting / Games



# The **Perfect Antidote** *for* **Rainy-Day Sulks** and **Backseat Boredom**

Your kids are buzzing bundles of energy, ever eager for new experiences and new challenges. And one of your toughest jobs as a parent is finding ways to channel kids' energies that promote healthy development while keeping them entertained. Good news, your job just got a little easier.

Great for car trips, rainy days, and even power outages, the *Great Big Book of Children's Games* is a treasury of games and activities for all occasions, every setting and every mood. You'll find indoor games and outdoor games, party games and solo games, sidewalk games, beach games, ball games and water games. There are games that stimulate young minds and those that promote physical development. You'll find skill-building games and games designed to sharpen individual faculties, card games and word games, and an abundance of pencil-and-paper games. And to help you do your part to keep our highways safe (and your sanity intact), there's an entire section devoted to games to be played while on the road.

**Fair weather or foul, the *Great Big Book of Children's Games* provides favorite games for hours of fun, including:**

- **450 indoor and outdoor games for pre-school to middle-school-age kids arranged by age group**
- **Games for every occasion, setting, and number of players**
- **Solo games, team games, party games, and family games, many including innovative twists on old favorites**
- **Colorful text, 375 illustrations, and amusing game trivia that add to the fun and make the book easy to use**



**DEBRA WISE** is a writer specializing in women's and children's topics, and has written for the *New York Times*, *Cosmopolitan*, *Glamour*, and GQ.

**SANDY FORREST** has designed and illustrated over 40 books and won a Parent's Choice Award for Illustration.

$12.95 USA / $20.95 CAN/ £7.99 UK

The McGraw-Hill Companies

Visit us at: www.books.mcgraw-hill.com

Cover design by La Shae V. Ortiz; Cover illustrations by Shirley V. Beckes/Getty Images

EXHIBIT A.14

# Great BIG BOOK of Children's Games

**OVER 450 INDOOR AND OUTDOOR GAMES FOR KIDS**

*written by* DEBRA WISE
*illustrated by* SANDY FORREST



McGraw-Hill
New York Chicago San Francisco Lisbon
London Madrid Mexico City Milan New Delhi
San Juan Seoul Singapore Sydney Toronto

EXHIBIT A.14

The McGraw·Hill Companies

A Grand Central Press Book
Originally conceived and produced by Round Stone Press, Inc.

Grand Central Press (a division of The Stonesong Press, LLC)
Executive Editor: Judy Pray
Publisher: Paul Fargis
Directors: Alison Fargis, Ellen Scordato
Design: Sandy Forrest
Design Concept: Charles Kreloff
Production Design: Steven Rosen, Laura Smyth
Project Editor: Sue Heinemann
Text Editors: Virginia Croft, James Waller

Copyright © 2003 by The Stonesong Press, LLC. Original copyright © 1999 Round Stone Press, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

4 5 6 7 8 9 0 DOW/DOW 0 9 8 7 6 5 4

ISBN 0-0714-2246-3

Printed and bound by RR Donnelley.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

This book is printed on recycled, acid-free paper containing a minimum of 50% recycled, de-inked fiber.

Library of Congress Cataloging in Publication Data in application.

**EXHIBIT A.14**

# Concentration

The player with the best concentration skills wins in this memory and matching game.

**Players:** 2 or more

**Ages:** 5 and up

**Place:** Large table or other large flat surface, with seating for all players

**Equipment:** Standard deck of cards

Concentration is a playing-card version of an old TV game show, except there are no fabulous prizes offered at the end. It is a great game for honing the powers of memory and observation. It also teaches kids to pay attention during the whole game, not just when it's their turn.

To set up the game, all the cards are laid face down and side by side in even rows to form a neat, more or less rectangular arrangement. If players want to have exactly the same number of cards in each row, they should remove three Twos from the deck and arrange the cards in a seven-by-seven square—in that case, though, there will always be one extra card left at the end of the game.

The players now take turns flipping over two cards from the rectangle. Their aim is to find two that match in rank, regardless of suit. If a player finds a matching pair, she not only gets to keep it but also gets to take another turn. If the cards don't match, however, the player simply flips the cards down again, and the next player gets a try.

During one player's turn, it is crucial that all the other players pay attention to which cards are revealed and where they are in the rectangle. They can use this information when it's their turn to make a match. As the game progresses and more and more cards are removed from the board, it becomes easier to remember what is where. When all the cards are gone, the player with the most pairs wins.

For young players, it's a good idea to use only a small portion of the deck—say, 16 cards—but every card should have a match. Expert Concentration players can make things more challenging by picking up only pairs that are of the same rank and color (a Seven of clubs and a Seven of spades, for example).

# Stealing Bundles

In this card-matching game, opponents may rob each other of victory up to the very end.

**Players:** 2

**Ages:** 6 to 12

**Place:** Table or other flat surface, with seating for both players

**Equipment:** Standard deck of cards

Stealing Bundles is a game for anyone who's good at matching cards. A one-on-one game, Stealing Bundles has the added fun of allowing a player to foil her opponent by capturing his cards unexpectedly.

Each player picks a card, and the one who draws the higher card shuf- [illegible] nent and himself. Next, four cards from the deck are laid out, face up and side by side, in the center of the table; the rest of the deck is put aside. The players arrange their hands by rank, regardless of suit.

The dealer's opponent goes first by scanning her hand for a card that matches (in rank) any of the four cards in the center. If she has one, she throws it on top of the matching card, gathers up the two-card bundle, and stacks it face up to one side. Throughout the game, she adds all other captured bundles, face up, to this pile. If two or more center cards are the same rank and match a card in her hand, she may use the one card to [illegible] has no matching cards, a card from her hand must be added to the ones i[n] the middle.

Once the opponent has taken her turn, the dealer tries to capture a car[d]. He, however, has another option. He may either match and take one from the middle or "steal" his opponent's bundle (if she has one) by matching the card on top of her bundle pile.

Play continues back and forth, wit[h] players matching cards from their hands with cards from the center or using a card to steal the top bundle [from] the other player's pile. When both players have played all four cards from their hands, four more cards a[re] dealt to each from the stack that wa[s] set aside at the beginning. No more cards are dealt into the center.

When all the cards have been dea[lt] and played, the game is over. If one player runs out of cards first, the other player may continue to try to play cards from his hand. The play[er] who has the most cards in her bun[dle] [illegible] wins the game.

EXHIBIT A.14

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.14r

# 15

# THE EVERYTHING® CARD GAMES BOOK







A complete guide to over 50 games to please any crowd



Nikki Katz

EXHIBIT
A.15

$14.95 (CANADA $22.95)

GAMES

# Your best bet for acing card games—hands down!




If you find yourself coming down with a case of rainy-day boredom or "I can't watch another rerun on TV" syndrome, grab the closest deck of cards and get ready for some serious fun! *The Everything® Card Games Book* is packed with loads of variety to keep you entertained for hours with games you can play solo or with a group of people. Wow your friends and family with your card-shark skills by mastering these basic games—along with a handful of more advanced ones, too!

In addition to key rules and instructions for play, *The Everything® Card Games Book* provides tips on shuffling and dealing, essential etiquette, and knowing when to hold and when to fold.

***The Everything® Card Games Book* teaches you how to play:**

- **Classic games, such as bridge and whist**
- **Team games, such as pinochle and spades**
- **Variations of games, such as Mexican Stud and Pai Gow Poker**
- **Games from abroad, such as Black Maria and Scopone Scientifico**
- **Kids' games, such as Go Fish and Memory**

The perfect way to get you up to speed on more than fifty popular games, *The Everything® Card Games Book* is your wild card for scoring big. Pull up a seat, gather your friends and family, and let the games begin!

Nikki Katz is a freelance writer and experienced card game player. She grew up playing a variety of children's card games I rummy, and engineering, edge of strat San Diego, C

PRICE $14.95
EVERYTHING CARD GAMES BK
263 K
KATZ NIKKI8931 Gen Games
7577469 QP000001 06152005 ADAT
852- H 537866




THE EVERYTHING® CARD GAMES BOOK

9 781593 371302 51495
ISBN 1-59337-130-6

adams media
www.everything.com

Cover design and illustrations by Barry Littmann

EXHIBIT A.15

# THE EVERYTHING® CARD GAMES BOOK

A complete guide to over 50 games to please any crowd

Nikki Katz

Adams Media
Avon, Massachusetts

EXHIBIT A.15

*To my husband and daughters*

Copyright ©2004, F+W Publications, Inc. All rights reserved.
This book, or parts thereof, may not be reproduced
in any form without permission from the publisher; exceptions
are made for brief excerpts used in published reviews.

An Everything® Series Book.
Everything® and everything.com® are registered trademarks of F+W Publications, Inc.

Published by Adams Media, an F+W Publications Company
57 Littlefield Street, Avon, MA 02322 U.S.A.
*www.adamsmedia.com*

ISBN: 1-59337-130-6
Printed in the United States of America.

J I H G F E D C B A

**Library of Congress Cataloging-in-Publication Data**
Katz, Nikki.
The everything card games book / Nikki Katz.
p. cm.
ISBN 1-59337-130-6
1. Card games. I. Title. II. Series: Everything series.

GV1243.K29 2004
795.4–dc22

2004008568

This publication is designed to provide accurate and authoritative information with regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional advice. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

—From a *Declaration of Principles* jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book and Adams Media was aware of a trademark claim, the designations have been printed with initial capital letters.

*This book is available at quantity discounts for bulk purchases.*
*For information, call 1-800-872-5627.*

EXHIBIT A.15

**Partnership Card Games / 51**
Canasta 52 • Pinochle 56 • Push 59 • Spades 60 • Rook 63

**Games for Larger Groups / 67**
The Game of Twos 68 • The Game of 727 70 • Brag 71 • Fan Tan 74 • Hearts 75 • Oh Hell! 76 • President 78

**Card Games for Kids / 81**
52 Pickup 82 • Crazy Eights 82 • Go Fish 83 • Memory 84 • I Doubt It 85 • Old Maid 86 • Slap Jack 86 • Speed 87 • Spoons 88 • War 89

**Whist / 91**
History of the Game 92 • Standard Whist 92 • Bid Whist 93 • Contract Whist 96 • German Whist 97 • Knock-Out Whist 99 • Minnesota Whist 100 • Winning Strategies 102

**Bridge / 103**
History of Bridge 104 • Dealing a Hand 104 • Bidding 105 • Rules of Play 106 • Scoring 109 • Variations of Bridge 113 • Winning Strategies 115

**All Fours / 117**
History of the Game 118 • Playing All Fours 118 • Scoring Games 120 • California Jack 120 • Cinch 121 • Pitch 123 • All Fives 124

**Euchre / 127**
History of the Game 128 • North American Euchre 128 • British Euchre 130 • Bid Euchre 132 • The Game of 500 133 • Spoil Five 136



EXHIBIT A.15

table. Play begins with all players laying down any pair(s) of cards that they have in their hand. Then the dealer is first to act. He gets to ask another player for a card of a specific value in the hopes of making a pair with a card in his hand.

If the player has that card he must give it to the person who asked, and he places that card with the matching card in his hand and lays them down. He may then ask another player for a card. Anytime a player does not have the card that he's asked for, he says, "Go Fish," and the player who asked takes a card out of the pool on the table. If the card picked up is the card asked for (a catch), he places the pair down and may ask another player for a card. If it is not the card asked for, his turn ends and it is the next player's turn. Play continues in the same fashion around the table until one player's hand is gone or the pool is drained. The player with the most pairs wins the game.

## Variations

There are several variations of Go Fish. In one variation, a player must collect all four cards (a "book") before laying them down. Therefore, in play, you will ask another player for "all of" the card that you wants (that is, "Give me all of your threes"). Instead of taking cards out of the pool, you can play with a stockpile, and if the player has to go fish, he takes the top card. In the variation called Authors, players must ask for a specific card including its suit—"Give me the queen of hearts" instead of "Give me your queens."

# Memory

Also known as Concentration, Memory is a game of . . . well, just that! The game requires players to remember where previous cards are positioned in order to make a match. This game is played with two to four players and a standard deck of fifty-two cards. The objective of Memory is to collect the most matching pairs of cards.

A random dealer is selected, and he shuffles the cards and deals all of the cards face down in a grid pattern. The game begins with the first



EXHIBIT A.15

player turning over two cards, keeping them in their original position on the grid. If you make a match, you collect that pair and may turn over two more cards. If they do not match, you turn those cards back over, and it is the next player's turn. The player to the left repeats the process. Play continues until the grid is completely gone. The player with the most pairs wins the game.

ESSENTIAL

If you turn over a card and you think you know where the match is, turn over your guess first. If you got mixed up and didn't remember correctly, you still hope to make a pair by turning up another card and seeing if it makes a match.

## I Doubt It

If you're good at bluffing, I Doubt It is the game for you! The objective of I Doubt It is to be the first to get rid of your stack of cards. This game requires two or more players, using a standard deck of fifty-two cards, and helps to develop counting skills and the ability to recognize the value of cards.

A random dealer is selected who deals out the entire deck evenly to the players. Play begins with the youngest player laying face down on the table any number of aces in her hand. As she lays them down, she calls out what they are ("Two aces"). The next player then discards any or all of his twos, the next player his threes, and so on until kings are played. After you play kings, play continues on again to aces.

E ALERT!

Since the game ends when the first player gets rid of his hand, a player will undoubtedly yell, "I doubt it" when you lay your last card. Make sure that it's a correct call, or you'll be stuck picking up the discards and possibly losing!

Since you are laying your cards face down, you can actually bluff your opponents. You can lay down a four but say that you are laying down a ten. If you believe that another player did not lay down the cards



EXHIBIT A.15

BORDERS

BORDERS
BOOKS AND MUSIC
475 S. Lake Ave.
Pasadena, CA 91101

STORE: 0263 REG: 01/78 TRAN#: 0507
SALE 06/25/2006 EMP: 00108

| | | | |
|---|---|---|---|
| GAME I SPY TRAVEL ED | | | |
| 7209665 | SL | T | 10.00 |
| CARD GAMES | | | |
| 7333252 | MM | T | 5.99 |
| HOYLES RULES OF GAMES-E03 | | | |
| 6688554 | MM | T | 6.99 |
| HOYLES MODERN ENCY CARD GAMES | | | |
| 0003062 | QP | T | 12.95 |
| OFFICIAL RULES OF CARD GAMES | | | |
| 1652321 | QP | T | 12.95 |
| ACCORDING TO HOYLE | | | |
| 1652317 | QP | T | 12.00 |
| EVERYTHING CARD GAMES BK | | | |
| 7577469 | QP | T | 14.95 |
| ULTIMATE TRAVEL GAMES | | | |
| 8175532 | CL | T | 12.99 |

Subtotal 88.82
CALIFORNIA 8.25% 7.33
8 Items Total 96.15
[redacted] 96.15
ACCT # /S XXXXXXXXXX[redacted]
AUTH: 13675A
NAME: RAYGOR/KENT R

CUSTOMER COPY

06/25/2006 11:15AM

Check our store inventory online
at www.bordersstores.com

Shop online at www.borders.com

EXHIBIT
A.15r

16


hamlyn
50 FUN GAMES for your children
Adam Ward
CARD GAMES for kids
EXHIBIT A.16

# 50 great boredom-beating games for children of all ages

Includes simple card recognition games that are ideal for young children as well as fiendishly competitive games promising hours of entertainment for older kids.




Easy-to-follow instructions and cartoon illustrations make the games quick to learn.

Games for:

- peaceful car journeys
- rowdy parties
- rainy days
- groups of children
- single players
- the whole family to enjoy

£6.99
US $7.95
Can $11.95

For more information, catalogues or corporate sales, please e-mail us at: info-ho@hamlyn.co.uk or visit our website www.hamlyn.co.uk

Jacket artwork: Octopus Publishing Group Limited/KJA-artists.com

EXHIBIT A.16

hamlyn

# CARD GAMES for kids

Adam Ward

EXHIBIT A.16

In memory of Adam Ward, 1970–2004

First published in Great Britain in 2004 by
Hamlyn, an imprint of Octopus Publishing Group Ltd
2–4 Heron Quays, London E14 4JP

Copyright © Octopus Publishing Group Ltd 2004

Distributed in the United States and Canada by
Sterling Publishing Co., Inc.
387 Park Avenue South, New York, NY 10016–8810

All rights reserved. No part of this work may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system, without the prior written permission of the publisher.

ISBN 0 600 61074 8
EAN 9780600610748

A CIP catalogue record for this book is available from the British Library

WADDINGTONS NO. 1 PLAYING CARDS ©
2004 Hasbro International Inc.
Used with kind permission of Hasbro.

COOP BOLD and COOP BLACK fonts © and ™
2004 House Industries

Printed and bound in Dubai

10 9 8 7 6 5 4 3 2 1

EXHIBIT A.16

# PAIRS

## OR CONCENTRATION, MEMORY, PELMANISM

**AGES:** 3+

**SKILL LEVEL:** ▮▮

**GOOD FOR:** Getting competitive youngsters to concentrate and test their powers of memory.

*As simple as Snap! but with less noise, Pairs is the perfect way to get youngsters using their brains rather than their mouths.*

**AIM OF THE GAME:**

To locate matching pairs and collect more cards than your opponents by the time the table is bare.

### TO START

**1.** For this game to run smoothly, it is imperative that the cards are laid out properly at the start of the game. The cards (which must be shuffled) are placed face down on a flat surface (for example, a table) and spaced evenly in a grid made up of 13 rows of four cards.





EXHIBIT A.16

## HOW TO PLAY

**1.** The game begins when the youngest player turns over two cards in the layout. If the cards revealed are of equal value, the player picks them up and puts them to one side. He or she may now reveal another pair of cards, and their turn continues until they choose two cards that do not match.

**2.** When two unmatched cards are revealed, they remain in the layout and are turned face down once more before the next player takes their turn.

**3.** It is important that players take great care not to make a mess of the layout. If cards move out of line and start overlapping, the game can easily descend into chaos.

**4.** Players take alternate turns until there are no cards left to play.

## WHO'S THE WINNER?

At the end of the game players count up how many pairs of cards they have each collected. The player with the most cards is the winner.



## TOO EASY

**If matching cards by their face value becomes too easy, you can also make the game colour-specific. So, for example, if you reveal the two of hearts, you will only complete a match if you locate the two of diamonds next.**

## WINNING WAY

Pairs is essentially a game that tests players' ability to memorize card positions. To improve your chances of winning, you must endeavour to employ strategies that will help you recall the positions of the cards revealed throughout the game. Some people use repetition, chanting to themselves as if they were saying a mantra (for example, 'top left Ace, bottom right Queen'), while others try to visualize the cards they have seen. More sophisticated memory systems like 'chunking' can be researched through self-help books if you're feeling very competitive. Be warned, though – children often have very good memories compared to those found in the addled brains of adults. If you're not careful, your precocious six-year-old might well give you a sound thrashing at Pairs.

EXHIBIT A.16

CHILDRENS BOOK WORLD
10580 1/2 W. Pico Blvd, Los Angeles, CA
Please call again! (310) 559-BOOK

123259 Reg 1 4:18 pm 07/06/06

| | | | |
|---|---|---|---|
| S GOLDEN BOOKS MEMO | 1 @ | 6.00 | 6.00 |
| S OLD DINOSAUR GAME | 1 @ | 15.99 | 15.99 |
| S KIDS CARD GAMES | 1 @ | 10.95 | 10.95 |
| S MY 1ST PICTURE PA | 1 @ | 7.99 | 7.99 |
| S CARD GAMES FOR KI | 1 @ | 7.95 | 7.95 |
| S RAINBOW FISH MEMO | 1 @ | 14.95 | 14.95 |
| S GREAT BIG BOOK OF | 1 @ | 12.95 | 12.95 |
| S AMAZING GAME BOAR | 1 @ | 22.99 | 22.99 |
| SUBTOTAL | | | 99.77 |
| SALES TAX - 8.25% | | | 8.23 |
| TOTAL | | | 108.00 |
| VISA PAYMENT | | | 108.00 |

WE WILL GLADLY EXCHANGE OR ISSUE A STORE CREDIT WITH A RECEIPT. NO CASH OR CREDIT CARD REFUNDS.

EXHIBIT
A.16r

17


85
Crazy Games
ULTIMATE
travel
GAMES
N
W
E
S
Dozens of games! Hours of entertainment!
⚠ WARNING:
CHOKING HAZARD - Small parts
Not for children under 3 years

EXHIBIT
A.17

85

Crazy Games

$12.99 US

($18.00 CAN)

Checkers, chess, and more!

# Ultimate Travel GAMES

## THE ULTIMATE TRAVEL GAME PACKAGE!

Never again will you have to ask, "Are we there yet?" This book is packed with so many games that you'll never be bored again! From checkers and chess to bingo and mancala, learn all the rules to your favorite games, and then get set to play anywhere, anytime. Everything's in the book: boards, dice, pawns . . . you've got it all! You'll be playing—and winning—like an expert in no time! Now getting there really is half the fun!

6

N

Crazy Games teaches all your favorite games with easy-to-follow instructions in one portable package!

E

S

PRICE $12.99

ULTIMATE TRAVEL GAMES

263 A

OSTOW MIC01446 Ch Games 1446
8175532 CL 3 05/24/06 # PUTJ
703-DAB 000334727

PRICE

ISBN 0-8431-2007-X

51299>

780843 120073

up

Conforms to ASTM 963

Conforme à la Norme ASTM 963

www.penguin.com/youngreaders

EXHIBIT A.17

# contents

Are We There Yet? 5
Travel Bingo 6-7
[illegible] 8-9
Chinese Checkers 10-11
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Tic-Tac-Toe 30-31
Memory Matchup 32-33
Classic Road-Trip Games 34
Travel Scavenger Hunt 35
Tongue Twisters 36
Word Games 37
Wei Qi/Go 38-39
Optical Illusions 40-41
Pyramid Solitaire 42-43
Travel Scrapbook 44-45
Brain Teasers 46-47
Happy Trails! 48
Answer Key 48

EXHIBIT A.17

# MEMORY MATCHUP

Here's a game that will test your memory. Have a look at the game board on the opposite page—you'll note that there are two of every icon. Then grab a pair of scissors and a sheet of scrap paper. Cut the paper into 16 squares that are bigger than the images you see. Give yourself and your opponent a good sixty seconds or so to really take in the board. Now cover up all of the icons with the paper.

Do you think you remember which icons were where? Now's your chance to find out! Taking turns, you and your opponent must uncover two icons at a time. Your goal, of course, is to uncover two identical icons. If you don't, replace the paper over the icons and turn the board over to your opponent. If you do, you get to keep both slips of paper and go again. The goal, of course, is to have the most pieces of paper once the board is clear.



EXHIBIT A.17




EXHIBIT A.17

Barnes & Noble Bookseller
189 Grove Drive
Los Angeles, CA 90036
(323) 525-0270
07-08-06 S02089 R003

CUSTOMER RECEIPT COPY

BARNES & NOBLE MEMBER EXP:12-31-06

| | | |
|---|---|---|
| Ultimate Travel Games | | 11.69 |
| 9780843120073 | | |
| DISCOUNT | 12.99 - 1.30 | |
| SUB TOTAL | | 11.69 |
| SALES TAX | | .96 |
| TOTAL | | 12.65 |
| AMOUNT TENDERED | | |
| | | 12.65 |
| CARD #: | ********* | |
| AMOUNT | 12.65 | |
| AUTH CODE | | |
| MEMBER SAVINGS | | 1.30 |
| TOTAL PAYMENT | | 12.65 |

Thank You for shopping at
Barnes & Noble Booksellers
#265571 07-08-06 08:50P mikhai

**EXHIBIT A.17r**