27

EXHIBIT A.27

COPYRIGHT, 1946, BY HARPER & BROTHERS. PRINTED IN THE UNITED STATES OF AMERICA. ALL RIGHTS IN THIS BOOK ARE RESERVED. NO PART OF THE BOOK MAY BE REPRODUCED IN ANY MANNER WHATSOEVER WITHOUT WRITTEN PERMISSION EXCEPT IN THE CASE OF BRIEF QUOTATIONS EMBODIED IN CRITICAL ARTICLES AND REVIEWS. FOR INFORMATION ADDRESS HARPER & BROTHERS.

5-6

FIRST EDITION

D-V

EXHIBIT A.27

spool is removed. When there is no desire to eliminate players, the player who is a full spoof continues to play. At the end of the game, the player with the lowest score is the winner.

Players soon find that if the spools are scattered after the first player has taken one, the game becomes one of hide-and-go-seek. Soon all the players are on their hands and knees on the floor looking for the lost spools.

*Menagerie*

Three or more players. A straight deck is used. Cards are all dealt out. Each player places his cards in front of him in a stack face down. Each player selects the name of an animal. The longer the name, the more fun the game can be.

Player next to the dealer turns the first card on his stack face up and places it in front of the stack on the table. The next player does likewise. When a player turns up a card that is a duplicate of another player's card, those players yell each other's animal names. The player who first calls out his opponent's name wins all the cards face up in front of that player. He adds those to his own stack of cards that are face up.

The play continues. Eventually some players lose all their cards and are eliminated from the game. The game may continue until only one player is left or may be stopped at any time. The player with the greatest number of cards wins the game.

*Memory*

All the cards in a straight deck are laid out in rows face down on a table. Any number of players may participate. The first player turns up any card. He then turns up another card attempting to find a duplicate of the first card turned up. If by luck he turns up a pair, he takes those cards as a trick and

gets another turn. If the cards turned up are not a pair, he turns them face down again.

The next player repeats this action. If a card he turns up is a duplicate of the card some other player had turned up and then turned face down again, he tries to remember its location and turn it up.

The game continues until all the cards have been won by the players. Player with the most cards wins.

*Dunk in the Ocean*

Each player has a full deck of cards. He deals out thirty-five cards into five stacks of seven each. These stacks are turned face up. The remainder of the deck is for "dunking." When players are ready, they all yell, "Dunk." Each pulls a card off his "dunk stack" and places it face up in the middle of the table. Players then begin playing on these cards from their five face-up stacks. Players may build up or down on any card. One player may play an eight on a seven, another may immediately play a seven on the eight and then a six on the seven. The numbers go up and down in wild succession, the players continuing to play until a stalemate is reached. When no player can play on any of the center piles a stalemate is called and those cards are gathered up. The players all yell "Dunk" again, and the wild scramble begins all over again.

The player first playing out his thirty-five cards wins the game. This is a wild and noisy game. Use old decks of cards.

*Stinko*

Three or more players may participate. A straight deck of cards is used.

The game consists of seven hands. The dealer deals out seven cards to each player one at a time in rotation. He turns up one card on the remainder of the deck. This card determines which suit is trump.

EXHIBIT A.27

"Magic" Tricks—*Continued*
Jumping Rubber Band, 57
Saucer and Glass Magic, 73
Toothpick star, 75
Mark Making
An individual feat, 229
Mass Retrieving
A mock swim meet event, 271
Match 'Ems
A paper and pencil game type, 190
Inventing of, 190
Samples of, 191
Match Making Puzzle, 129
Match Puzzlers
Five Piles, 128
Four Piles, 129
Match Making, 129
Match Squares, 130
Subtraction Magic, 129
Match Squares Puzzler, 130
Meals in Bed
Tricks for convalescents, 350
Mellerdramer
As a carnival feature, 262
Memory
A card game, 144
Menagerie
A card game, 144
Mill
A game room game, 335
Mind-Reading Stunts
As party stunts, 40
Color Magic, 53
Five Cards and a Coin, 54
Nine Book Trick, 52
Spoon Photography, 55
Super Mind-Reading Stunt, 58
What Time Is It?, 53
Misplaced Finger
A finger stunt, 219
Mister X
A mixer stunt, 34
Mixers
Alphabet Hunt, 37
Big Business, 37
Bright Eyes, 36
Hallowe'en Mixers, 34
Hunts, 35
In the party program, 3
Other Half, 34
Signatures, 33
Slangeroo, 36
Words of Association, 36
Mock Swim Meet
Events for
Double Crawl, 319
Fifty-yard Crawl, 319
Four-Man Relay, 318
Free-Style, 318
Towing Race, 318
Twenty-five Yard Back Stroke, 318
Twenty-five Yard Breast Stroke, 318
Finale of, 320
Organization of, 318
Place in swim program, 316
Morra
A finger game, 218
Mothers and Children
A party stunt, 39
Mothers Knives and Forks
A finger play, 212
Movies
As a carnival feature, 262
Music
In the party program, 4
My Square
A paper and pencil game, 205
Mystery Race
A picnic event for men, 293

Nail Hammering
A carnival skill game, 259
A picnic event for women, 292

EXHIBIT A.27

28

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

The Unabridged Edition

EXHIBIT
A.28

© Copyright, 1966, by Random House, Inc.
All rights reserved under International and Pan-American Copyright Conventions

PUBLISHED IN NEW YORK BY RANDOM HOUSE, INC.
AND SIMULTANEOUSLY IN TORONTO BY RANDOM HOUSE OF CANADA LIMITED

*Random House Dictionary* and its abbreviations RHD and RHDEL are trademarks of Random House, Inc.

First Printing

Library of Congress Catalog Card Number: 66-21939

Entered words which we have reason to believe constitute trademarks have been designated as such.
However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, © Copyright, 1954, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, © Copyright, 1954, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., © Copyright, 1957, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, © Copyright, 1959, by Random House, Inc.

*Major Dates in History*, edited by Charles D. Lieber and Anne Dyer Murphy, © Copyright, 1964, by Random House, Inc.

Entire contents of the *Atlas* and the index to the maps, © Copyright, 1966, by C. S. Hammond & Company.

*Chart of Periodic Table of the Elements*, © Copyright, 1964, by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, © Copyright, 1950, 1956, by Alfred A. Knopf, Inc.

EXHIBIT
A.28

Manufactured in the United States of America

apprehend. [ME *conceyte, conceipt,* deriv. of CONCEIVE + L *conceptum* CONCEPT] —Syn. 1. self-esteem, vanity, egotism, complacency. See **pride.** —Ant. 1. humility.

**con·ceit·ed** (kən sē′tid), *adj.* 1. having an exaggerated opinion of one's own abilities, appearance, importance, etc.: *Many performers become conceited after only modest success.* 2. *Archaic.* a. having an opinion. b. fanciful; whimsical. 3. *Obs.* intelligent; clever. [CONCEIT + -ED³] —**con·ceit′ed·ly,** *adv.* —**con·ceit′ed·ness,** *n.* —Syn. 1. vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), *adj.* capable of being conceived; imaginable. [CONCEIVE + -ABLE] —**con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness,** *n.* —**con·ceiv′a·bly,** *adv.*

**con·ceive** (kən sēv′), *v.,* **-ceived, -ceiv·ing.** —*v.t.* 1. to form (a notion, opinion, purpose, etc.): *He conceived the project while he gazed into the distance.* 2. to form a notion or idea of; imagine. 3. to hold as an opinion; think; believe: *I conceive that you are entirely right.* 4. to experience or form (a feeling): *to conceive a great love for music.* 5. to express, as in words. 6. to beget. 7. to become pregnant with. 8. to begin, originate, or found (something) in a particular way (usually used in the passive): *a new nation conceived in liberty.* 9. *Archaic.* to understand; comprehend. —*v.i.* 10. to form an idea; think (usually fol. by *of*). 11. to become pregnant. [ME < OF *conceiv(re)* < L *concipere* to take fully, take in, equiv. to *con-* CON- + *-cipere,* comb. form of *capere* to take] —**con·ceiv′er,** *n.* —Syn. 2, 8. See **imagine.**

**con·cel·e·brate** (kon sel′ə brāt′), *v.i.,* **-brat·ed, -brat·ing.** to participate in a concelebration. [< L *concelebrāt(us),* ptp. of *concelebrāre;* see COM-, CELEBRATE]

**con·cel·e·bra·tion** (kon sel′ə brā′shən), *n.* the celebration of a Mass by two or more clergymen. [CONCELEBRATE + -ION]

**con·cent** (kən sent′), *n. Obs.* concord of sound, voices, etc.; harmony. [< L *concent(us)* harmony, n. use of *concentus harmonized* (ptp. of *concinere*), equiv. to *con-* CON- + *cen-* (var. s. of *-cinere,* comb. form of *canere* to sing) + *-tus* ptp. ending]

**con·cen·ter** (kon sen′tər), *v.t., v.i.* to bring or converge to a common center; concentrate. Also, *esp. Brit.,* **concentre.** [< MF *concentr(er),* equiv. to *con-* CON- + *centrer* to CENTER]

**con·cen·trate** (kon′sən trāt′), *v.,* **-trat·ed, -trat·ing,** *n.* —*v.t.* 1. to bring or draw to a common center or point of union; converge; direct toward one point; focus: *to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens.* 2. to put or bring into a single place, group, etc.: *The nation's wealth had been concentrated in a few families.* 3. to intensify; make denser, stronger, or purer by removing or reducing the foreign or inessential: *to concentrate fruit juice; to concentrate a sauce by boiling it down.* 4. *Mining.* to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. —*v.i.* 5. to come to or toward a common center; converge; collect: *The bulk of the population concentrates in the cities.* 6. to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by *on* or *upon*): *to concentrate on solving a problem; to concentrate on a book.* 7. to become more intense, stronger, or purer. —*n.* 8. a concentrated form of something; a product of concentration: *Frozen orange juice is a concentrate.* [back formation from CONCENTRATION] —**con·cen·tra·tive** (kon′sən trā′tiv, kən sen′trə-), *adj.* —**con′cen·tra′tive·ness,** *n.* —**con′cen·tra′tor,** *n.* —Syn. 1. See **contract.** —Ant. 1. dissipate, disperse. 5. diverge.

**con·cen·trat·ed** (kon′sən trā′tid), *adj.* 1. applied with all one's attention, energy, etc.: *their concentrated efforts to win the election.* 2. clustered or gathered together closely: *the concentrated masses in the slums.* 3. treated to remove what is inessential: *Concentrated orange juice must be diluted with water.* [CONCENTRATE + -ED²]

**con·cen·tra·tion** (kon′sən trā′shən), *n.* 1. the act of concentrating; the state of being concentrated. 2. something concentrated: *a concentration of stars.* 3. exclusive attention to one object; close mental application: *He focused his concentration on the swinging pendulum.* 4. *Mil.* a. the assembling of military or naval forces in a particular area in preparation for further operations. b. a specified intensity and duration of artillery fire placed on a small area. 5. the focusing of a student's academic program on advanced study in a specific subject or field. 6. *Chem.* (in a solution) a measure of the amount of dissolved substance contained per unit of volume. 7. Also called **memory.** *Cards.* a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [CON- + L *centr(um)* CENTER + -ATION]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, political opponents, etc., esp. any of the camps established by the Nazis in World War II for the confinement, persecution, and mass execution of prisoners.

**concentra′tion cell′,** *Physical Chem.* a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal.

**con·cen·tre** (kon sen′tər), *v.t., v.i.,* **-tred, -tring.** *Chiefly Brit.* concenter.

**con·cen·tric** (kən sen′trik), *adj.* having a common center, as circles or spheres. Also, **con·cen′tri·cal.** [ME *consentrik* < ML *concentric(us).* See CON-, CENTER, -IC] —**con·cen′tri·cal·ly,** *adv.* —**con·cen·tric·i·ty** (kon′sən tris′i tē), *n.*

**Con·cep·ción** (kôn′sep syôn′), *n.* a city in central Chile, near the mouth of the Bío-Bío River. 167,468 (1960).

**con·cept** (kon′sept), *n.* 1. a general notion or idea; conception. 2. an idea of something formed by mentally combining all its characteristics or particulars; a construct. 3. a directly conceived or intuited object of thought. [< L *concept(um)* something conceived, orig. neut. of *conceptus* (ptp. of *concipere*), equiv. to *con-* CON- + *-cep-* (var. s. of *-cipere,* comb. form of *capere* to seize) + *-tus* ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), *n. Biol.* an organ or cavity enclosing reproductive bodies. [< L *conceptācu-lum,* equiv. to *concept(us)* conceived (see CONCEPT) + *-āculum;* see RECEPTACLE] —**con·cep·tac·u·lar** (kon′sep tak′yə lər), *adj.*

**con·cep·tion** (kən sep′shən), *n.* 1. the act of conceiving; the state of being conceived. 2. fertilization; inception of pregnancy. 3. origination; beginning: *The conception of the United Nations was in 1945.* 4. something that is conceived: *That machine is the conception of a genius.* 5. the act or power of forming notions, ideas, or concepts. 6. a notion; idea; concept: *She has some very odd conceptions about life in general.* 7. a design; plan: *The architect produced a fine conception for the skyscraper.* 8. a sketch of something not actually existing: *an artist's conception of a street in ancient Ostia.* [ME *concepcion* < eccl. L *conceptiōn-* (s. of *conceptiō*), equiv. to L *concept-* (see CONCEPT) + *-iōn-* -ION] —**con·cep′tion·al,** *adj.* —**con·cep′tive,** *adj.* —Syn. 6. See **idea.**

**con·cep·tu·al** (kən sep′cho͞o əl), *adj.* pertaining to concepts or to the forming of concepts. [< ML *conceptuāl(is).* See CONCEPT, -AL¹] —**con·cep·tu·al·i·ty** (kən sep′cho͞o al′i tē), *n.* —**con·cep′tu·al·ly,** *adv.*

**con·cep·tu·al·ise** (kən sep′cho͞o ə līz′), *v.t., v.i.,* **-ised, -is·ing.** *Chiefly Brit.* conceptualize. —**con·cep′tu·al·i·sa′tion,** *n.*

**con·cep·tu·al·ism** (kən sep′cho͞o ə liz′əm), *n. Philos.* any of several doctrines existing as a compromise between realism and nominalism and regarding universals as concepts. Cf. **nominalism, realism** (def. 5). [CONCEPTUAL + -ISM] —**con·cep′tu·al·ist,** *n.* —**con·cep′tu·al·is′tic,** *adj.*

**con·cep·tu·al·ize** (kən sep′cho͞o ə līz′), *v.,* **-ized, -iz·ing.** —*v.t.* 1. to form into a concept; make a concept of: *the artistry required to conceptualize arbitrary tones into symphonies; men who conceptualized visions into philosophies.* —*v.i.* 2. to form a concept; think in concepts. Also, *esp. Brit.,* **conceptualise.** [CONCEPTUAL + -IZE] —**con·cep′tu·al·i·za′tion,** *n.*

**concep′tual re′alism,** *Philos.* the doctrine that universals have real and independent existence. —**concep′tual re′alist.**

**con·cern** (kən sûrn′), *v.t.* 1. to relate to; be connected with; be of interest or importance to; affect: *The water shortage concerns us all.* 2. to interest, engage, or involve (used reflexively or in the passive, often fol. by *with* or *in*): *He concerns himself with such trivialities. They are concerned with the project also.* 3. to trouble, worry, or disquiet: *I am concerned about his health. The problem concerns us deeply.* —*n.* 4. something that relates or pertains to a person; business; affair: *Revision of the new bill is the chief concern of Congress this week.* 5. a matter that engages a person's attention, interest, or care, or that affects a person's welfare or happiness: *He made it his concern to make sure that everyone arrived promptly at nine o'clock.* 6. worry, solicitude, or anxiety: *to show concern for someone in trouble.* 7. important relation or bearing: *This news is of concern to our understanding of the issue.* 8. a commercial or manufacturing company or establishment: *the headquarters of an insurance concern.* 9. *Informal.* any material object or contrivance: *an odd little concern fitted with blinking lights.* [late ME *concerne* < ML: to relate to, distinguish (in LL, to mix for sifting), equiv. to L *con-* CON- + *cernere* to sift]
—Syn. 1. touch, involve. 3. disturb. 5. burden, responsibility. CONCERN, CARE, WORRY connote an uneasy and burdened state of mind. CONCERN implies an anxious sense of interest in, or responsibility for, something: *concern over a friend's misfortune.* CARE suggests a heaviness of spirit caused by dread, or by the constant pressure of burdensome demands: *Poverty weighs a person down with care.* WORRY is an active state of agitated uneasiness and restless apprehension: *He was distracted by worry over the stock market.* 8. corporation, house. —Ant. 6. indifference.

**con·cerned** (kən sûrnd′), *adj.* 1. interested or participating: *all concerned citizens.* 2. troubled or anxious: *a concerned look.* 3. having a connection or involvement: *all the students concerned in the riot.* [CONCERN + -ED²] —**con·cern′ed·ly,** *adv.* —**con·cern′ed·ness,** *n.*

**con·cern·ing** (kən sûr′ning), *prep.* relating to; regarding; about: *a discussion concerning foreign aid.* [late ME; see CONCERN, -ING²] —**con·cern′ing·ly,** *adv.* —**con·cern′ing·ness,** *n.*

**con·cern·ment** (kən sûrn′mənt), *n. Archaic.* 1. importance or moment: *a matter of concernment to all voters.* 2. relation or bearing: *That idea has no concernment to the issue.* 3. anxiety or solicitude. 4. a thing in which one is involved or interested: *The letter is none of your concernment.* 5. interest; participation; involvement. [CONCERN + -MENT]

**con·cert** (*n., adj.* kon′sûrt, -sərt; *v.* kən sûrt′), *n.* 1. a public musical performance in which several singers or players, or both, participate. 2. recital: *The violinist has given concerts all over the world.* 3. agreement of two or more individuals in a design or plan; combined action; accord or harmony: *His plan was greeted with a concert of abuse and vituperation.* 4. **in concert,** together; jointly: *The thief and the insured were accused of having acted in concert.* [< F < It *concerto;* see CONCERTO] —*adj.* 5. designed or intended for concerts: *concert hall.* 6. performed at concerts: *concert music.* 7. performing or capable of performing at concerts: *a concert pianist.* —*v.t.* 8. to contrive or arrange by agreement: *They were able to concert a settlement of their differences.* 9. to plan; devise: *A program of action was concerted at the meeting.* —*v.i.* 10. to plan or act together. [< F *concert(er)* < It *concertare* < LL: decide together (in L: contend), equiv. to L *con-* CON- + *certāre* to decide by debate or warfare, deriv. of *certus* settled, certain]

**con·cer·tan·te** (kon′sər tän′tē; *It.* kôn′ cher tän′te), *adj., n., pl.* **-ti** (-tē). *Music.* —*adj.* 1. brilliantly virtuosic: *a concertante part for solo violin.* —*n.* 2. an 18th-century symphonic work with sections for solo instruments. Also, **concertato.** [< It, fem. ptp. of *concertare* to give a concert; see -ANT]

**con·cer·ta·to** (kon′sər tä′tō; *It.* kôn′cher tä′tô), *adj., n., pl.* **-tos** (-tōz), *It.* **-ti** (-tē). concertante. [< It, ptp. of *concertare* to give a concert; see -ATE¹]

**con·cert·ed** (kən sûr′tid), *adj.* 1. contrived or arranged by agreement; planned or devised together: *a concerted program of defense.* 2. done or performed together or in cooperation: *a concerted attack on the fortress.* 3. *Music.* arranged in parts for several voices or instruments. [CONCERT (v.) + -ED²] —**con·cert′ed·ly,** *adv.*

**con·cert·go·er** (kon′sərt gō′ər), *n.* a person who attends concerts frequently. [CONCERT + GOER]



Concertina

**con′cert grand′ pian′o,** a grand piano of the largest size, being typically nine feet in length. Also called **con′cert grand′.**

**con·cer·ti·na** (kon′sər tē′nə), *n.* a small musical instrument somewhat resembling an accordion but having buttonlike keys, hexagonal bellows and ends, and more limited range. [CONCERT + *-ina* fem. of L *-inus* -INE¹] —**con′cer·ti′nist,** *n.*

**concerti′na move′ment,** a principle of table construction in which hinged sections of the frame, ordinarily folded inward out of sight, can be pulled into line with the parts of the frame ordinarily seen to permit the addition of leaves. Also called **concerti′na ac′tion.**

**concerti′na ta′ble,** an extensible table having a hinged double top falling onto a hinged frame that unfolds like an accordion when pulled out.

**con·cer·ti·no** (kon′cher tē′nō; *It.* kôn′cher tē′nô), *n., pl.* **-ni** (-nē). *Music.* 1. a short concerto. 2. the group of solo instruments in a concerto grosso. 3. a section in a concerto grosso played by these instruments. [< It, equiv. to *concert(o)* (see CONCERTO) + *-ino* dim. suffix]

**con·cert·ise** (kon′sər tīz′), *v.i.,* **-ised, -is·ing.** *Chiefly Brit.* concertize. —**con′cert·is′er,** *n.*

**con·cert·ize** (kon′sər tīz′), *v.i.,* **-ized, -iz·ing.** to give concerts or recitals professionally, esp. while on tour. [CONCERT + -IZE] —**con′cert·iz′er,** *n.*

**con·cert·mas·ter** (kon′sərt mas′tər, -mä′stər), *n.* the leader of the first violins in a symphony orchestra, who is usually also the assistant to the conductor. [< G *Konzertmeister.* See CONCERT (n.), MASTER]

**con·cer·to** (kən cher′tō; *It.* kôn cher′tô), *n., pl.* **-tos,** *It.* **-ti** (-tē). *Music.* a composition for one or more principal instruments, with orchestral accompaniment, now usually in symphonic form. [< It; see CONCERT]

**con·cer·to gros·so** (kən cher′tō grō′sō; *It.* kôn cher′tô grôs′sô), *pl.* **con·cer·ti gros·si** (kən cher′tē grō′sē; *It.* kôn cher′tē grôs′sē), **con·cer·to gros·sos.** a musical form, common in the Baroque period, typically comprised of contrasting sections that are played by full orchestra and a group of soloists in alternation. [< It: lit., big concert; see GROSS]

**con′cert par′ty,** *Brit.* a form of theatrical entertainment popular at seaside resorts, in which specialty acts, songs, dances, etc., are presented.

**con′cert pitch′,** *Music.* the pitch used in tuning instruments for concert performance; philharmonic pitch or international pitch.

**con′cert tour′,** a trip, often an extensive one, by a musician or group of musicians to give a series of concerts or recitals.

**con·ces·sion** (kən sesh′ən), *n.* 1. the act of conceding or yielding, as a right, a privilege, a point or fact in an argument, etc.: *His concession that he had made a hasty decision was all we wanted to hear.* 2. the thing or point yielded: *The union won all the concessions they sought.* 3. something conceded by a government or a controlling authority, as a grant of land, a privilege, or a franchise. 4. *U.S.* a space or privilege within certain premises for a subsidiary business or service: *the checkroom concession at a restaurant.* [< L *concessiōn-* (s. of *concessiō*), equiv. to *conces(sus),* (ptp. of *concēdere* to CONCEDE) + *-iōn-* -ION]

**con·ces·sion·aire** (kən sesh′ə nâr′), *n.* a person, group, or company to whom a concession has been granted, esp. to operate a subsidiary business or service. Also, **con·ces·sion·er** (kən sesh′ə nər). [< F *concessionnaire.* See CONCESSIONARY]

**con·ces·sion·ar·y** (kən sesh′ə ner′ē), *adj., n., pl.* **-ar·ies.** —*adj.* 1. pertaining to concession; of the nature of a concession: *concessionary agreements.* —*n.* 2. a concessionaire. [CONCESSION + -ARY]

**con·ces·sive** (kən ses′iv), *adj.* 1. tending or serving to concede. 2. *Gram.* expressing concession, as the English conjunction *though.* [< LL *concessīv(us).* See CONCESSION, -IVE]



Conch (def. 1) *Strombus alatus* (Length 2 to 4 in.)

**conch** (kongk, konch), *n., pl.* **conchs** (kongks), **con·ches** (kon′chiz). 1. the spiral shell of a gastropod, often used as a horn. 2. any of various marine gastropods. 3. the fabled shell trumpet of the Tritons. 4. Also, **concha.** *Archit.* a smooth concave surface consisting of or resembling the interior of a semidome, as the surface of a vault, a trompe, or the head of a niche. [ME < L *concha* < Gk *konchē* mussel, shell] —**conch·ate** (kong′kāt, kong′kāt), **conched,** *adj.*

**con·cha** (kong′kə), *n., pl.* **-chae** (-kē). 1. *Anat.* a. a shell-like structure, esp. the external ear. See diag. under **ear.** b. any turbinate bone, esp. in the nose. 2. *Archit.* conch (def. 4). [< L: CONCH] —**con′chal,** *adj.*

**conch·fish** (kongk′fish′, konch′-), *n., pl.* **fish·es,** (*esp. collectively*) **-fish.** a cardinalfish, *Apogon stellatus,* of the Atlantic Ocean. [CONCH + FISH]

**con·chie** (kon′chē), *n.* conchy.

**con·chif·er·ous** (kong kif′ər əs), *adj.* having a shell. [CONCH + -I- + -FEROUS]

**con·chi·o·lin** (kong kī′ə lin), *n. Biochem.* an albuminoid, $C_{30}H_{48}O_{11}N_9$, that serves to form a matrix in the shells of mollusks. [CONCH + -I- + *-ol* (< L *-olus* dim. suffix) + -IN²]

**Con·chi·ta** (*Sp.* kôn chē′tä), *n.* a girl's given name.

**Con·cho·bar** (kong′kō wər, kon′ə hōōr′, kon′ōōr), *n. Irish Legend.* a king of Ulster, the uncle of Cuchulainn and the abductor of Deirdre.




Conchoid (of Nicomedes)

**con·choid** (kong′koid), *n. Geom.* a plane curve suc[h] ... a certain fixed po[int] ...



EXHIBIT A.28

**mel·o·dy** (mel/ə dē), *n., pl.* **-dies.** 1. musical sounds in agreeable succession or arrangement. 2. *Music.* a. the succession of single tones in musical compositions, as distinguished from harmony and rhythm. b. the principal part in a harmonic composition; the air. c. a rhythmical succession of single tones producing a distinct musical phrase or idea. 3. a poem suitable for singing. 4. intonation, as of a segment of connected speech. [ME *melodie* < eccl. L *melōdia* < Gk *melōidia* (choral) singing, equiv. to *mel-* (see MELIC) + *-ōid-* (see ODE) + *-ia* -Y³] —**mel/o·dy·less,** *adj.*
—**Syn.** 1. See **harmony.** 2. tune, song, descant, theme.

**Mel·o·dy** (mel/ə dē), *n.* a girl's given name. Also, **Melodie, Mel/o·dye.**

**mel·oid** (mel/oid), *n.* 1. a beetle of the family *Meloidae,* comprising the blister beetles. —*adj.* 2. belonging or pertaining to the family *Meloidae.* [< NL *Meloid(ae)* name of typical genus, equiv. to *Melo(ē)* a beetle + *-idae* -ID²]

**mel·o·lon·thine** (mel/ə lon/thin, -thīn), *n.* 1. any of several scarabaeid beetles of the subfamily *Melolonthinae,* comprising the June bugs, chafers, etc. —*adj.* 2. belonging or pertaining to the family *Melolonthinae.* [< Gk *mēlolónth(ē)* a kind of beetle or cockchafer + -INE¹]

**mel·on** (mel/ən), *n.* 1. the fruit of any of various cucurbitaceous plants, as the muskmelon or watermelon. 2. medium crimson or deep pink. 3. *Slang.* a large extra dividend to be distributed to stockholders: *Profits zoomed so in the last quarter that the corporation cut a nice melon.* Cf. plum¹ (def. 10). [ME < LL *mēlōn-* (s. of *mēlō*), short for *mēlopepō* < Gk *mēlopépōn* apple-shaped melon, equiv. to *mêlo(n)* apple + *pépōn* PEPO]

**mel·on-bulb** (mel/ən bulb/), *n.* *Furniture.* a large, bulbous turning, sometimes with surface carving, found esp. on the legs and posts of Elizabethan and Jacobean furniture.

**mel/on foot/,** *Eng. Furniture.* a bun foot having vertical channels.

**mel/on pear/,** pepino (def. 2).

**mel/on seed/,** a small, broad, shallow boat for sailing or rowing, formerly used by hunters in various bays and marshes along the coast of New Jersey.

**mel/on shrub/,** pepino.

**mel·os** (mel/os, -ōs, mē/los, -lōs), *n.* the succession of musical tones constituting a melody. [< Gk: song, tune]

**Me·los** (mē/los, -lōs, mel/os, -ōs; *Gk.* mē/lôs), *n.* a Greek island in the Cyclades, in the SW Aegean: statue, *Venus de Milo,* found here 1820. 5586 (1951); 51 sq. mi. Also, **Milo, Milos.** —**Me·li·an** (mē/lē ən, mēl/yən), *adj., n.*

**Mel·pom·e·ne** (mel pom/ə nē/), *n.* *Class. Myth.* the Muse of tragedy. [< L < Gk, special use of fem. of prp. of *mélpesthai* to sing]

**Mel·rose** (mel/rōz), *n.* 1. a city in E Massachusetts, near Boston. 29,619 (1960). 2. a village in SE Scotland, on the Tweed River: ruins of a famous abbey.

**Mel/rose Park/,** a city in NE Illinois, near Chicago. 22,291 (1960).

**melt** (melt), *v.,* **melt·ed, melt·ed** or **mol·ten, melt·ing,** *n.* —*v.i.* 1. to become liquefied by heat, as ice, snow, butter, metal, etc. 2. to become liquid; dissolve: *Let the cough drop melt in your mouth.* 3. to pass, dwindle, or fade gradually (often fol. by *away*): *His fortune slowly melted away.* 4. to pass, change, or blend gradually (often fol. by *into*): *Night melted into day.* 5. to become softened in feeling by pity, sympathy, love, or the like: *The tyrant's heart would not melt.* 6. *Obs.* to be subdued or overwhelmed by sorrow, dismay, etc. —*v.t.* 7. to reduce to a liquid state by heat; fuse: *Fire melts ice.* 8. to cause to pass away or fade. 9. to cause to pass, change, or blend gradually. 10. to soften in feeling, as a person, the heart, etc.: *Nothing could melt that tyrant's heart.* —*n.* 11. act or process of melting; state of being melted. 12. that which is melted. 13. a quantity melted at one time. 14. Also, **milt.** the spleen, esp. that of a cow, pig, etc. [ME *melte(n),* OE *meltan* (v.i.), *m(i)eltan* (v.t.) to melt, digest; c. Icel *melta* to digest, Gk *méldein* to melt] —**melt/a·bil/i·ty,** *n.* —**melt/a·ble,** *adj.* —**melt/ing·ly,** *adv.* —**melt/ing·ness,** *n.*
—**Syn.** 1. MELT, DISSOLVE, FUSE, THAW imply reducing a solid substance to a liquid state. To MELT is to bring a solid to a liquid condition by the agency of heat: *to melt butter.* DISSOLVE, though sometimes used interchangeably with MELT, applies to a different process, depending upon the fact that certain solids, placed in certain liquids, distribute their particles throughout the liquids: *A greater number of solids can be dissolved in water and in alcohol than in any other liquids.* To FUSE is to subject the solid (usually a metal) to a very high temperature; it applies esp. to melting or blending metals together: *Bell metal is made by fusing copper and tin.* To THAW is to reduce a frozen substance (whose ordinary condition is liquid) to a liquid or semiliquid by raising its temperature above the freezing point: *Sunshine will thaw ice in a lake.* 4. dwindle. 10. gentle, mollify, relax. —**Ant.** 1. freeze. 2. solidify, crystallize.

**melt·age** (mel/tij), *n.* the amount melted or the result of melting. [MELT + -AGE]

**melt·er** (mel/tər), *n.* 1. one who or that which melts. 2. a man in charge of a group of open-hearth furnaces. [MELT + -ER¹]

**melt/ing point/,** *Physical Chem.* the temperature at which a solid substance melts or fuses.

**melt/ing pot/,** 1. a pot in which metals or other substances are melted or fused. 2. a country, locality, or situation in which a blending of races and cultures is taking place.

**mel·ton** (mel/tⁿn), *n.* a smooth, heavy woolen cloth, for overcoats, hunting jackets, etc. [after *Melton* Mowbray, town in Leicestershire, England]

**melt·wa·ter** (melt/wô/tər, -wot/ər), *n.* water from melted snow or ice. [MELT + WATER]

**Me·lun** (mə lœɴ/), *n.* a city in and the capital of Seine-et-Marne, in N France. 28,796 (1962).

**Me·lun·geon** (mə lun/jən), *n.* a member of a people of mixed Caucasian, Negroid, and American Indian ancestry living in the region of the southern Appalachians.

**Mel·us** (mel/əs), *n.* *Class. Myth.* the son of Cinyras of Cyprus whose grief at the death of Adonis so touched Aphrodite that she changed him into an apple tree.

**Mel·ville** (mel/vil), *n.* 1. **Herman,** 1819–91, U.S. novelist. 2. a boy's given name.

**Mel/ville Is/land,** an island in the Arctic Ocean, N of Canada: belonging to Canada. 200 mi. long; 130 mi. wide.

**Mel/ville Penin/sula,** a peninsula in N Canada, SE of the Gulf of Boothia. 250 mi. long.

**Mel·vin** (mel/vin), *n.* a boy's given name. Also, **Mel/vyn.**

**mem** (mem), *n.* 1. the 13th letter of the Hebrew alphabet. 2. the consonant sound represented by this letter. [< Heb: lit., water]

**mem.,** 1. member. 2. memoir. 3. memorandum.

**mem·ber** (mem/bər), *n.* 1. each of the persons composing a society, party, community, or other body. 2. *Govt.* a. a member of Congress, esp. of the House of Representatives. b. a member of the British Parliament, esp. of the House of Commons. c. any member of a legislative body. 3. a part or organ of an animal body; a limb, as a leg, arm, or wing. 4. a constituent part of any structural or composite whole, as a subordinate architectural feature of a building or the like. 5. *Math.* a. either side of an equation. b. an element of a set. [ME *membre* < L *membr(um)*] —**mem/ber·less,** *adj.*
—**Syn.** 3, 4. MEMBER, LIMB refer to an integral part of a larger body. MEMBER is the general term applied to any integral part or vital organ of an organized animal body, or, more widely, to any integral or distinguishable constituent part of a whole which is considered as organic: *a member of a façade; The nose, tongue, and arms are members of the body.* LIMB, which once, like MEMBER, referred to any organ of the body, is now restricted to the legs and arms (particularly of human beings), and is secondarily applied to the branches of a tree. It has such figurative uses as a *limb of Satan,* or a *limb of the law.* The Victorian "limb" as a prudish euphemism for "leg" stimulated further humorous use of the word. 4. element, portion.

***Mem/ber of the Wed/ding, The,*** a novel (1946) and play (1950) by Carson McCullers.

**mem·ber·ship** (mem/bər ship/), *n.* 1. state of being a member, as of a society, club, etc. 2. the status of a member. 3. the total number of members belonging to an organization, society, etc. [MEMBER + -SHIP]

**mem·brane** (mem/brān), *n.* *Biol.* 1. a thin, pliable sheet or layer of animal or vegetable tissue, serving to line an organ, connect parts, etc. 2. the thin, limiting covering of a cell or cell part. [earlier *membraan* parchment < L *membrāna.* See MEMBER, -ANE] —**mem/brane·less,** *adj.*

**mem/brane bone/,** a bone that develops from membranous tissue. Cf. **cartilage bone.**

**mem·bra·no·phone** (mem brā/nə fōn/), *n.* any musical instrument, as a drum, in which the sound is produced by striking, rubbing, or blowing against a membrane stretched over a frame. [MEMBRANE + -O- + -PHONE] —**mem·bra·no·phon·ic** (mem brā/nə fon/ik), *adj.*

**mem·bra·nous** (mem/brə nəs), *adj.* 1. consisting of, of the nature of, or resembling membrane. 2. characterized by the formation of a membrane. Also, **mem·bra·na·ceous** (mem/brə nā/shəs). [MEMBRANE + -OUS; cf. F *membraneux*] —**mem/bra·nous·ly,** *adv.*

**mem/branous lab/yrinth.** See under **labyrinth** (def. 7)

**Me·mel** (mā/məl, mem/əl), *n.* 1. a seaport in NW Lithuania, in the W Soviet Union in Europe. 89,000 (1959). 2. a territory including this seaport: ceded to Germany by Lithuania 1939; incorporated into the Soviet Union 1945. 933 sq. mi. 3. the lower course of the Nieman River. Cf. **Nieman.** Lithuanian, **Klaipeda** (for defs. 1, 2).

**me·men·to** (mə men/tō), *n., pl.* **-tos, -toes.** 1. something that serves as a reminder of what is past or gone. 2. anything serving as a reminder or warning. 3. (*cap., italics*) *Rom. Cath. Ch.* either of two prayers in the canon of the Mass, one for persons living and the other for persons dead. [< L *mementō,* impv. of *meminisse* to remember]

**me·men·to mo·ri** (mə men/tō mōr/ī, môr/ī, mōr/ē, môr/ē), *pl.* **memento mori** for 2. 1. (*italics*) *Latin.* remember that thou must die. 2. an object, as a skull or the like, serving as a reminder of death.

**Mem·ling** (mem/ling), *n.* **Hans** (häns), c1430–94?, German painter of the Flemish school. Also, **Mem·linc** (mem/lingk).

**Mem·non** (mem/non), *n.* 1. **Colossus of,** (in ancient Egypt) a colossal statue near Thebes said to produce a musical sound when the rays of the early morning sun struck it. Cf. **Vocal Memnon.** 2. *Class. Myth.* an Oriental or Ethiopian hero slain by Achilles in the Trojan War. —**Mem·no·ni·an** (mem nō/nē ən), *adj.*

**Mem·no·ni·a** (mem nō/nē ə), *n.* an area in the southern hemisphere of Mars, appearing as a light region when viewed telescopically from the earth.

**Mem·non·i·des** (mem non/i dēz/), *n.pl.* *Class. Myth.* the companions of Memnon who were changed into birds because of grief for their king. They gathered at Memnon's tomb annually, to fight and to lament.

**mem·o** (mem/ō), *n., pl.* **mem·os.** *Informal.* memorandum. [by shortening]

**mem·oir** (mem/wär, -wôr), *n.* 1. **memoirs,** a. records of facts or events in connection with a particular subject, historical period, etc., as known to the writer or gathered from special sources. b. records of one's life and experiences. c. a collection of reports made to a scientific or other learned society. 2. a biography. [< F *mémoire* < L *memoria;* see MEMORY]

***Mé·moires d'Ou·tre-tombe*** (*Fr.* mā mwar dōō-trᵊ tôɴb/), an autobiographical work (1849–50) by Chateaubriand.

**mem·o·ra·bil·i·a** (mem/ər ə bil/ē ə, -bil/yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab/ə lē): matters or events worthy to be remembered; points worthy of note. [< L: things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·ble** (mem/ər ə bəl), *adj.* 1. worthy to be remembered; notable: *a memorable speech.* 2. easy to be remembered. [late ME < L *memorābil(is)* worth mentioning, equiv. to *memorā(re)* (to) mention + *-bilis* -BLE] —**mem/o·ra·bil/i·ty, mem/o·ra·ble·ness,** *n.* —**mem/o·ra·bly,** *adv.*

**mem·o·ran·dum** (mem/ə ran/dəm), *n., pl.* **-dums, -da** (-də). 1. a note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. 2. a record or written statement of something. 3. *Informal.* a message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* 4. *Law.* a writing, usually informal, containing the terms of a transaction. 5. *Diplomacy.* a summary of the state of a question, the reasons for a decision agreed on, etc. 6. a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [< L: something to be noted, neut. of *memorandus* notable, orig. gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə mōr/ē əl, -môr/-), *n.* 1. something designed to preserve the memory of a person, event, etc., as a monument, a periodic observance, etc. 2. a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* 3. preserving the memory of a person or thing; commemorative: *memorial services.* 4. of or pertaining to the memory. [ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for memoranda. See MEMORY, -AL¹] —**me·mo/ri·al·ly,** *adv.*

**Memo/rial Day/,** *U.S.* 1. a day, May 30, set aside in most States for observances in memory of dead servicemen of all wars. 2. any of several days, as April 26, May 10, or June 3, similarly observed in various Southern States. Also called **Decoration Day.**

**me·mo·ri·al·ise** (mə mōr/ē ə līz/, -môr/-), *v.t.,* **-ised, -is·ing.** *Chiefly Brit.* memorialize. —**me·mo/ri·al·i·sa/tion,** *n.* —**me·mo/ri·al·is/er,** *n.*

**me·mo·ri·al·ist** (mə mōr/ē ə list, -môr/-), *n.* 1. a person who writes memorials. 2. a person who writes memoirs. [MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə mōr/ē ə līz/, -môr/-), *v.t.,* **-ized, -iz·ing.** 1. to commemorate. 2. to present a memorial to. Also, *esp. Brit.,* **memorialise.** [MEMORIAL + -IZE] —**me·mo/ri·al·i·za/tion,** *n.* —**me·mo/ri·al·iz/er,** *n.*

**memo/rial park/,** cemetery.

**memo/rial rose/,** a prostrate or trailing rose, *Rosa wichuraiana,* of eastern Asia, having strong, hooked prickles and white, fragrant flowers nearly two inches wide.

**mem·o·ried** (mem/ə rēd), *adj.* 1. having a memory (usually used in combination): *short-memoried; well-memoried.* 2. filled with memories: *a quiet, memoried town.* [MEMORY + -ED³]

**mem·o·ri·ter** (mə mōr/i tər, -ter, -môr/-), *adv.* 1. by heart; by memory. —*adj.* 2. involving or requiring memorization: *the memoriter aspects of a college course.* [< L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem/ə rīz/), *v.t.,* **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* [MEMOR(Y) + -IZE] —**mem/o·riz/a·ble,** *adj.* —**mem/o·ri·za/tion,** *n.* —**mem/o·riz/er,** *n.*

**mem·o·ry** (mem/ə rē), *n., pl.* **-ries.** 1. the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. 2. this faculty as possessed by a particular individual: *to have a good memory.* 3. act or fact of retaining mental impressions; remembrance; recollection: *to draw from memory.* 4. the length of time over which recollection extends: *a time within the memory of living men.* 5. a mental impression retained; a recollection: *one's earliest memories.* 6. the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* 7. state or fact of being remembered. 8. a person or thing remembered. 9. commemorative remembrance; commemoration: *a monument in memory of Columbus.* 10. Also called **storage.** *Computer Technol.* a. the capacity of a computer to store information subject to recall. b. the components of the computer, in which such information is stored. 11. *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. 12. *Cards.* concentration (def. 7). [ME *memorie* < L *memoria,* equiv. to *memor* remembering + *-ia* -Y³] —**mem/o·ry·less,** *adj.*

**mem/ory verse/,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday School.

**Mem·phi·an** (mem/fē ən), *n.* 1. a native or inhabitant of the ancient Egyptian city of Memphis. 2. Egyptian (def. 3). 3. a native or resident of Memphis, Tennessee. [MEMPHI(S) + -AN]

**Mem·phis** (mem/fis), *n.* 1. a port in SW Tennessee, on the Mississippi. 497,524 (1960). 2. a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. 3. a town in NW Texas. 3332 (1960).

**Mem·phite** (mem/fīt), *adj.* 1. Also, **Mem·phit·ic** (mem fit/ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* 2. Memphian (def. 1). [<< Gk *Memphítēs* inhabitant of Memphis; see -ITE¹]

**Mem·phre·ma·gog** (mem/frē mā/gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.

**mem·sa·hib** (mem/sä/ib, -ēb, -sä/hib, -hēb), *n.* (in India) a native's term of respect for a European lady. [< Hindi, equiv. to *mem* (< E MA'AM) + *sāhib* master]

**men** (men), *n.* pl. of **man.**

**Me·na** (mē/nə), *n.* a town in W Arkansas. 4388 (1960).

**men·ace** (men/is), *n., v.,* **-aced, -ac·ing.** —*n.* 1. something that threatens to cause evil, harm, injury, etc.; a threat: *The garbage is a menace to health.* —*v.t.* 2. to utter or direct a threat against; threaten. 3. to serve as a probable threat to; imperil. [late ME < MF < L *mināc(ia),* equiv. to *mināc-* (s. of *minax*) jutting out, threatening + *-ia* -IA] —**men/ac·er,** *n.* —**men/ac·ing·ly,** *adv.*

**men·ac·me** (mə nak/mē, mē nak/-), *n.* *Physiol.* the part of a female's life during which menstruation occurs. [< Gk *mēn* month + ACME]

**me·nad** (mē/nad), *n.* maenad. —**me·nad/ic,** *adj.*

**Me·na·do** (me nä/dō), *n.* a seaport on NE Celebes, in NE Indonesia. 127,614 (1961). Also, **Manado.**

***Me·naech·mi*** (mi nek/mē; *Lat.* me nīk/mē), *n.* a comedy (c200 B.C.) by Plautus.

**mé·nage** (mā näzh/; *Fr.* mā nazh/), *n., pl.* **-nages** (-nä/zhiz; *Fr.* -nazh/). 1. a domestic establishment; household. 2. housekeeping. Also, **me·nage/.** [< F << LL *mansiōnāticum. See MANSION, -AGE]

***mé·nage à trois*** ... domestic arrangen[...] the lover of one of [...] same household. [...]

EXHIBIT
A.28

Amazon MarketPlace Order
ATMA Books
45 Las Quebradas Lane
Alamo, CA 94507

$5.49 US POSTAGE
MEDIA MAIL
SEP 06 2006
Mailed from ZIP 94507

endicia.com 071V00531580

Kent R. Raygor, Esq
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue Of The Stars Fl 16
Los Angeles, CA 90067-6001

EXHIBIT
A.28r

29

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

JESS STEIN
Editor in Chief

LAURENCE URDANG
Managing Editor

**EXHIBIT A.29**

RANDOM HOUSE / NEW YORK

©1961

apprehend. [ME *conceyte, conceipt*, deriv. of CONCEIVE + L *conceptum* CONCEPT]
—**Syn.** 1. self-esteem, vanity, egotism, complacency. See pride. —**Ant.** 1. humility.

**con·ceit·ed** (kən sē′tid), *adj.* 1. having an exaggerated opinion of one's own abilities, appearance, importance, etc.: *Many performers become conceited after only modest success.* 2. *Archaic.* a. having an opinion. b. fanciful; whimsical. 3. *Obs.* intelligent; clever. [CONCEIT + -ED²] —**con·ceit′ed·ly**, *adv.* —**con·ceit′ed·ness**, *n.*
—**Syn.** 1. vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), *adj.* capable of being conceived; imaginable. [CONCEIVE + -ABLE] —**con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness**, *n.* —**con·ceiv′a·bly**, *adv.*

**con·ceive** (kən sēv′), *v.*, **-ceived, -ceiv·ing.** —*v.t.* 1. to form (a notion, opinion, purpose, etc.): *He conceived the project while he gazed into the distance.* 2. to form a notion or idea of; imagine. 3. to hold as an opinion; think; believe: *I conceive that you are entirely right.* 4. to experience or form (a feeling): *to conceive a great love for music.* 5. to express, as in words. 6. to beget. 7. to become pregnant with. 8. to begin, originate, or found (something) in a particular way (usually used in the passive): *a new nation conceived in liberty.* 9. *Archaic.* to understand; comprehend. —*v.i.* 10. to form an idea; think (usually fol. by *of*). 11. to become pregnant. [ME < OF *conceiv(re)* < L *concipere* to take fully, take in, equiv. to *con-* CON- + *-cipere*, comb. form of *capere* to take] —**con·ceiv′er**, *n.*
—**Syn.** 2, 8. See **imagine.**

**con·cel·e·brate** (kon sel′ə brāt′), *v.i.*, **-brat·ed, -brat·ing.** to participate in a concelebration. [< L *concelebrāt(us)*, ptp. of *concelebrāre*; see CON-, CELEBRATE]

**con·cel·e·bra·tion** (kon sel′ə brā′shən), *n.* the celebration of a Mass by two or more clergymen. [CONCELEBRATE + -ION]

**con·cent** (kən sent′), *n.* *Obs.* concord of sound, voices, etc.; harmony. [< L *concent(us)* harmony, n. use of *concentus harmonizsed* (ptp. of *concinere*), equiv. to *con-* CON- + *cen-* (var. s. of *-cinere*, comb. form of *canere* to sing) + *-tus* ptp. ending]

**con·cen·ter** (kon sen′tər), *v.t.*, *v.i.* to bring or converge to a common center; concentrate. Also, *esp. Brit.*, **concentre.** [< MF *concentr(er)*, equiv. to *con-* CON- + *centrer* to CENTER]

**con·cen·trate** (kon′sən trāt′), *v.*, **-trat·ed, -trat·ing,** *n.* —*v.t.* 1. to bring or draw to a common center or point of union; converge; direct toward one point; focus: *to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens.* 2. to put or bring into a single place, group, etc.: *The nation's wealth had been concentrated in a few families.* 3. to intensify; make denser, stronger, or purer by removing or reducing the foreign or inessential: *to concentrate fruit juice; to concentrate a sauce by boiling it down.* 4. *Mining.* to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. —*v.i.* 5. to come to or toward a common center; converge; collect: *The bulk of the population concentrates in the cities.* 6. to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by *on* or *upon*): *to concentrate on solving a problem; to concentrate on a book.* 7. to become more intense, stronger, or purer. —*n.* 8. a concentrated form of something; a product of concentration: *Frozen orange juice is a concentrate.* [back formation from CONCENTRATION] —**con·cen·tra·tive** (kon′sən trā′tiv, kən sen′trə-), *adj.* —**con′cen·tra′tive·ness**, *n.* —**con′cen·tra′tor**, *n.*
—**Syn.** 1. See **contract.** —**Ant.** 1. dissipate, disperse. 5. diverge.

**con·cen·trat·ed** (kon′sən trā′tid), *adj.* 1. applied with all one's attention, energy, etc.: *their concentrated efforts to win the election.* 2. clustered or gathered together closely: *the concentrated masses in the slums.* 3. treated to remove what is inessential: *Concentrated orange juice must be diluted with water.* [CONCENTRATE + -ED²]

**con·cen·tra·tion** (kon′sən trā′shən), *n.* 1. the act of concentrating; the state of being concentrated. 2. something concentrated: *a concentration of stars.* 3. exclusive attention to one object; close mental application: *He focused his concentration on the swinging pendulum.* 4. *Mil.* a. the assembling of military or naval forces in a particular area in preparation for further operations. b. a specified intensity and duration of artillery fire placed on a small area. 5. the focusing of a student's academic program on advanced study in a specific subject or field. 6. *Chem.* (in a solution) a measure of the amount of dissolved substance contained per unit of volume. 7. Also called **memory.** *Cards.* a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [CON- + L *centr(um)* CENTER + -ATION]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, political opponents, etc., esp. any of the camps established by the Nazis in World War II for the confinement, persecution, and mass execution of prisoners.

**concentra′tion cell′,** *Physical Chem.* a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal.

**con·cen·tre** (kon sen′tər), *v.t.*, *v.i.*, **-tred, -tring.** *Chiefly Brit.* concenter.

**con·cen·tric** (kən sen′trik), *adj.* having a common center, as circles or spheres. Also, **con·cen′tri·cal.** [ME *consentrik* < ML *concentric(us)*. See CON-, CENTER, -IC] —**con·cen′tri·cal·ly**, *adv.* —**con·cen·tric·i·ty** (kon′sən tris′i tē), *n.*

**Con·cep·ción** (kôn′sep syôn′), *n.* a city in central Chile, near the mouth of the Bío-Bío River. 167,468 (1960).

**con·cept** (kon′sept), *n.* 1. a general notion or idea; conception. 2. an idea of something formed by mentally combining all its characteristics or particulars; a construct. 3. a directly conceived or intuited object of thought. [< L *concept(um)* something conceived, orig. neut. of *conceptus* (ptp. of *concipere*), equiv. to *con-* CON- + *cep-* (var. s. of *-cipere*, comb. form of *capere* to seize) + *-tus* ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), *n.* *Biol.* an organ or cavity enclosing reproductive bodies. [< L *conceptāculum*, equiv. to *concept(us)* conceived (see CONCEPT) + *-āculum*; see RECEPTACLE] —**con·cep·tac·u·lar** (kon′sep tak′yə lər), *adj.*

**con·cep·tion** (kən sep′shən), *n.* 1. the act of conceiving; the state of being conceived. 2. fertilization; inception of pregnancy. 3. origination; beginning: *The conception of the United Nations was in 1945.* 4. something that is conceived: *That machine is the conception of a genius.* 5. the act or power of forming notions, ideas, or concepts. 6. a notion; idea; concept: *She has some very odd conceptions about life in general.* 7. a design; plan: *The architect produced a fine conception for the skyscraper.* 8. a sketch of something not actually existing: *an artist's conception of a street in ancient Ostia.* [ME *concepcion* < eccl. L *conceptiōn-* (s. of *conceptiō*), equiv. to L *concept-* (see CONCEPT) + *-iōn-* -ION] —**con·cep′tion·al**, *adj.* —**con·cep′tive**, *adj.*
—**Syn.** 6. See **idea.**

**con·cep·tu·al** (kən sep′cho͞o əl), *adj.* pertaining to concepts or to the forming of concepts. [< ML *conceptuāl(is)*. See CONCEPT, -AL¹] —**con·cep·tu·al·i·ty** (kən sep′cho͞o al′i tē), *n.* —**con·cep′tu·al·ly**, *adv.*

**con·cep·tu·al·ise** (kən sep′cho͞o ə līz′), *v.t.*, *v.i.*, **-ised, -is·ing.** *Chiefly Brit.* conceptualize. —**con·cep′tu·al·i·sa′tion**, *n.*

**con·cep·tu·al·ism** (kən sep′cho͞o ə liz′əm), *n.* *Philos.* any of several doctrines existing as a compromise between realism and nominalism and regarding universals as concepts. Cf. **nominalism, realism** (def. 5). [CONCEPTUAL + -ISM] —**con·cep′tu·al·ist**, *n.* —**con·cep′tu·al·is′tic**, *adj.*

**con·cep·tu·al·ize** (kən sep′cho͞o ə līz′), *v.*, **-ized, -iz·ing.** —*v.t.* 1. to form into a concept; make a concept of: *the artistry required to conceptualize arbitrary tones into symphonies; men who conceptualized visions into philosophies.* —*v.i.* 2. to form a concept; think in concepts. Also, *esp. Brit.*, **conceptualise.** [CONCEPTUAL + -IZE] —**con·cep′tu·al·i·za′tion**, *n.*

**concep′tual re′alism,** *Philos.* the doctrine that universals have real and independent existence. —**concep′tual re′alist.**

**con·cern** (kən sûrn′), *v.t.* 1. to relate to; be connected with; be of interest or importance to; affect: *The water shortage concerns us all.* 2. to interest, engage, or involve (used reflexively or in the passive, often fol. by *with* or *in*): *He concerns himself with such trivialities. They are concerned with the project also.* 3. to trouble, worry, or disquiet: *I am concerned about his health. The problem concerns us deeply.* —*n.* 4. something that relates or pertains to a person; business; affair: *Revision of the new bill is the chief concern of Congress this week.* 5. a matter that engages a person's attention, interest, or care, or that affects a person's welfare or happiness: *He made it his concern to make sure that everyone arrived promptly at nine o'clock.* 6. worry, solicitude, or anxiety: *to show concern for someone in trouble.* 7. important relation or bearing: *This news is of concern to our understanding of the issue.* 8. a commercial or manufacturing company or establishment: *the headquarters of an insurance concern.* 9. *Informal.* any material object or contrivance: *an odd little concern fitted with blinking lights.* [late ME *concerne* < ML: to relate to, distinguish (in LL, to mix for sifting), equiv. to L *con-* CON- + *cernere* to sift]
—**Syn.** 1. touch, involve. 3. disturb. 5. burden, responsibility. CONCERN, CARE, WORRY connote an uneasy and burdened state of mind. CONCERN implies an anxious sense of interest in, or responsibility for, something: *concern over a friend's misfortune.* CARE suggests a heaviness of spirit caused by dread, or by the constant pressure of burdensome demands: *Poverty weighs a person down with care.* WORRY is an active state of agitated uneasiness and restless apprehension: *He was distracted by worry over the stock market.* 8. corporation, house. —**Ant.** 6. indifference.

**con·cerned** (kən sûrnd′), *adj.* 1. interested or participating: *all concerned citizens.* 2. troubled or anxious: *a concerned look.* 3. having a connection or involvement: *all the students concerned in the riot.* [CONCERN + -ED²] —**con·cern′ed·ly**, *adv.* —**con·cern′ed·ness**, *n.*

**con·cern·ing** (kən sûr′ning), *prep.* relating to; regarding; about: *a discussion concerning foreign aid.* [late ME; see CONCERN, -ING²] —**con·cern′ing·ly**, *adv.* —**con·cern′ing·ness**, *n.*

**con·cern·ment** (kən sûrn′mənt), *n.* *Archaic.* 1. importance or moment: *a matter of concernment to all voters.* 2. relation or bearing: *That idea has no concernment to the issue.* 3. anxiety or solicitude. 4. a thing in which one is involved or interested: *The letter is none of your concernment.* 5. interest; participation; involvement. [CONCERN + -MENT]

**con·cert** (*n.*, *adj.* kon′sûrt, -sərt; *v.* kən sûrt′), *n.* 1. a public musical performance in which several singers or players, or both, participate. 2. recital: *The violinist has given concerts all over the world.* 3. agreement of two or more individuals in a design or plan; combined action; accord or harmony: *His plan was greeted with a concert of abuse and vituperation.* 4. **in concert,** together; jointly: *The thief and the insured were accused of having acted in concert.* [< F < It *concerto*; see CONCERTO] —*adj.* 5. designed or intended for concerts: *concert hall.* 6. performed at concerts: *concert music.* 7. performing or capable of performing at concerts: *a concert pianist.* —*v.t.* 8. to contrive or arrange by agreement: *They were able to concert a settlement of their differences.* 9. to plan; devise: *A program of action was concerted at the meeting.* —*v.i.* 10. to plan or act together. [< F *concert(er)* < It *concertare* < LL: decide together (in L: contend), equiv. to L *con-* CON- + *certāre* to decide by debate or warfare, deriv. of *certus* settled, certain]

**con·cer·tan·te** (kon′sər tän′tē; *It.* kôn′ cher tän′te), *adj.*, *n.*, *pl.* **-ti** (-tē). *Music.* —*adj.* 1. brilliantly virtuosic: *a concertante part for solo violin.* —*n.* 2. an 18th-century symphonic work with sections for solo instruments. Also, **concertato.** [< It, fem. ptp. of *concertare* to give a concert; see -ANT]

**con·cer·ta·to** (kon′sər tä′tō; *It.* kôn′cher tä′tō), *adj.*, *n.* *pl.* **-tos** (-tōz), *It.* **-ti** (-tē). concertante. [< It, ptp. of *concertare* to give a concert; see -ATE¹]

**con·cert·ed** (kən sûr′tid), *adj.* 1. contrived or arranged by agreement; planned or devised together: *a concerted program of defense.* 2. done or performed together or in cooperation: *a concerted attack on the fortress.* 3. *Music.* arranged in parts for several voices [or instru]ments. [CONCERT (v.) + -ED²] —**con·cert′ed·ly**, *adv.*


Conce[rtina]

**con·cert·go·er** (kon′sərt gō′ər), *n.* a person who attends concerts frequently. [CONCERT + GOER]

**con′cert grand′ pian′o,** a grand piano of the largest size, being typically nine feet in length. Also called **con′cert grand′.**

**con·cer·ti·na** (kon′sər tē′nə), *n.* a small musical instrument somewhat resembling an accordion but having buttonlike keys, hexagonal bellows and ends, and more limited range. [CONCERT + *-ina* fem. of L *-inus* -INE¹] —**con′cer·ti′nist**, *n.*

**concerti′na move′ment,** a principle of [con]struction in which hinged sections of the fra[me, ordi]narily folded inward out of sight, can be pulle[d ...] with the parts of the frame ordinarily seen [...] the addition of leaves. Also called **concerti′na[...]**

**concerti′na ta′ble,** an extensible table [...] hinged double top falling onto a hinged frame [...] folds like an accordion when pulled out.

**con·cer·ti·no** (kon′chər tē′nō; *It.* kôn′cher t[ē′nô]) [...] *pl.* **-ni** (-nē). *Music.* 1. a short concerto. 2. [...] of solo instruments in a concerto grosso. 3. a [...] a concerto grosso played by these instruments [...] equiv. to *concert(o)* (see CONCERTO) + *-ino* di[m. suffix]

**con·cert·ise** (kon′sər tīz′), *v.i.*, **-ised, -is·ing.** *Brit.* concertize. —**con′cert·is′er**, *n.*

**con·cert·ize** (kon′sər tīz′), *v.i.*, **-ized, -iz·ing.** [...] concerts or recitals professionally, esp. while [...] [CONCERT + -IZE] —**con′cert·iz′er**, *n.*

**con·cert·mas·ter** (kon′sərt mas′tər, -mä′stər [...]) leader of the first violins in a symphony orche[stra ...] is usually also the assistant to the conducto[r ...] *Konzertmeister.* See CONCERT (n.), MASTER]

**con·cer·to** (kən cher′tō; *It.* kôn cher′tô), *n.*, [...] *It.* **-ti** (-tē). *Music.* a composition for one [...] principal instruments, with orchestral accomp[animent ...] now usually in symphonic form. [< It; see co[ncert]

**con·cer·to gros·so** (kən cher′tō grō′sō; [...] cher′tō grōs′sō), *pl.* **con·cer·ti gros·si** (kən [...] grō′sē; *It.* kôn cher′tē grôs′sē). **con·cer·to g[rossos] [...]** a musical form, common in the Baroque period, [...] comprised of contrasting sections that are playe[d by ...] orchestra and a group of soloists in alternation [...] lit., big concert; see GROSS]

**con′cert par′ty,** *Brit.* a form of theatric[al enter]tainment popular at seaside resorts, in which [...] acts, songs, dances, etc., are presented.

**con′cert pitch′,** *Music.* the pitch used in t[uning in]struments for concert performance; philharmo[nic pitch] or international pitch.

**con′cert tour′,** a trip, often an extensive o[ne ...] musician or group of musicians to give a serie[s of con]certs or recitals.

**con·ces·sion** (kən sesh′ən), *n.* 1. the act of co[nceding] or yielding, as a right, a privilege, a point or fa[ct in an] argument, etc.: *His concession that he had made [...] decision was all we wanted to hear.* 2. the thing [...] yielded: *The union won all the concessions the[y ...]* 3. something conceded by a government or a co[...] authority, as a grant of land, a privilege, or a fr[anchise]. 4. *U.S.* a space or privilege within certain [...] for a subsidiary business or service: *the checkr[oom con]cession at a restaurant.* [< L *concessiōn-* (s. of *co[ncessiō]*) [...] equiv. to *concess(us)*, (ptp. of *concēdere* to conc[ede]) [...] *-iōn-* -ION]

**con·ces·sion·aire** (kən sesh′ə nâr′), *n.* a [...] group, or company to whom a concession h[as been] granted, esp. to operate a subsidiary business or [...] Also, **con·ces·sion·er** (kən sesh′ə nər). [< F [conces]*sionnaire.* See CONCESSIONARY]

**con·ces·sion·ar·y** (kən sesh′ə ner′ē), *adj.*, [*n.*, *pl.*] **-ar·ies.** —*adj.* 1. pertaining to concession; of th[e nature] of a concession: *concessionary agreements.* —*n.* 2. a concessionaire. [CONCESSION + -ARY]

**con·ces·sive** (kən ses′iv), *adj.* 1. tending or serving to concede. 2. *Gram.* expressing concession, as the English conjunction *though.* [< LL *concessīv(us).* See CONCESSION, -IVE]


Conch
*Stro[mbus]*
*[gig]a[s]*
(Len[gth ...]
to 4[...])

**conch** (kongk, konch), *n.*, *pl.* **conchs** (kongks), **con·ches** (kon′chiz). 1. the spiral shell of a gastropod, often used as a horn. 2. any of various marine gastropods. 3. the fabled shell trumpet of the Tritons. 4. Also, **concha.** *Archit.* a smooth concave surface consisting of or resembling the interior of a semidome, as the surface of a vault, a trompe, or the head of a niche. [ME < L *concha* < Gk *konchē* mussel, shell] —**conch·ate** (kong′kāt, kon′chāt), **conched**, *adj.*

**con·cha** (kong′kə), *n.*, *pl.* **-chae** (-kē). 1. *An[at.]* [a.] shell-like structure, esp. the external ear. See diag[ram at] ear. b. any turbinate bone, esp. in the nose. 2. conch (def. 4). [< L; CONCH] —**con′chal**, *adj.*

**conch·fish** (kongk′fish′, konch′-), *n.*, *pl.* **fish·e[s]** (esp. *collectively*) **-fish.** a cardinalfish, *Apogon stell[atus, of]* the Atlantic Ocean. [CONCH + FISH]

**con·chie** (kon′chē), *n.* conchy.

**con·chif·er·ous** (kong kif′ər əs), *adj.* having [...] [CONCH + -I- + -FEROUS]

**con·chi·o·lin** (kong kī′ə lin), *n.* *Biochem.* an albuminoid, $C_{30}H_{48}O_{11}N_9$, that serves to form a matrix in the shells of mollusks. [CONCH + -I- -ol (< L -*olus* dim. suffix) + -IN²]



Concho[id]
(of Nicome[des])

**Con·chi·ta** (*Sp.* kôn chē′tä), *n.* a girl's given name.

**Con·cho·bar** (kong′kō wər, kon′-ə bo͞or′, kon′o͞or), *n.* *Irish Legend.* a king of Ulster, the uncle of Cuchulainn and the abductor of Deirdre.

**con·choid** (kong′koid), *n.* *Geom.* a plane curve such that if a straight line be draw[n from] a certain fixed point, called the pole of the curve,



EXHIBIT A.29

10/09/2006 15:58 FAX 310 472 9907 DISNER OFFICE

**l·o·dy** (mel′ə dē), *n., pl.* **-dies.** 1. musical sounds agreeable succession or arrangement. 2. *Music.* a. succession of single tones in musical compositions, distinguished from harmony and rhythm. b. the principal part in a harmonic composition; the air. c. rhythmical succession of single tones producing a distinct musical phrase or idea. 3. a poem suitable for singing. 4. intonation, as of a segment of connected speech. [ME *melodie* < LL *melōdia* < Gk *melōidía* (choral) singing, equiv. to *mel-* (see MELIC) + *-ōid-* (s. of ODE) + *-ia* -Y³] —**mel′o·dy·less,** *adj.*
—**Syn.** 1. See **harmony.** 2. tune, song, descant, theme.

**l·o·dy** (mel′ə dē), *n.* a girl's given name. Also, **Melodie, Mel′o·dye.**

**l·oid** (mel′oid), *n.* 1. a beetle of the family *Meloidae*, comprising the blister beetles. —*adj.* 2. belonging or pertaining to the family *Meloidae*. [< NL *Meloidae*] name of typical genus. equiv. to *Melo(ē)* a beetle + *-idae* -ID²]

**l·o·lon·thine** (mel′ə lon′thin, -thīn), *n.* 1. any of several scarabaeid beetles of the subfamily *Melolonthinae*, comprising the June bugs, chafers, etc. —*adj.* belonging or pertaining to the family *Melolonthinae*. Gk *mēlolónth(ē)* a kind of beetle or cockchafer + -INE¹]

**l·on** (mel′ən), *n.* 1. the fruit of any of various cucurbitaceous plants, as the muskmelon or watermelon. 2. medium crimson or deep pink. 3. *Slang.* a large extra dividend to be distributed to stockholders: *profits zoomed so in the last quarter that the corporation had a nice melon.* Cf. plum¹ (def. 10). [ME < LL *mēlōn-* (s. of *mēlō*), short for *mēlopepō* < Gk *mēlopépōn* apple-shaped melon, equiv. to *mēlo(n)* apple + *pépōn*]

**l·on-bulb** (mel′ən bulb′), *n.* *Furniture.* a large, bulbous turning, sometimes with surface carving, and esp. on the legs and posts of Elizabethan and Jacobean furniture.

**l′on foot′,** *Eng. Furniture.* a bun foot having vertical channels.

**l′on pear′,** pepino (def. 2).

**l′on seed′,** a small, broad, shallow boat for fishing or rowing, formerly used by hunters in various rivers and marshes along the coast of New Jersey.

**l′on shrub′,** pepino.

**l·os** (mel′os, -ōs, mē′los, -lōs), *n.* the succession of musical tones constituting a melody. [< Gk: song, tune]

**l·os** (mē′los, -lōs, mel′os, -ōs; *Gk.* mē′lōs), *n.* a Greek island in the Cyclades, in the SW Aegean: famous, *Venus de Milo,* found here 1820. 5586 (1951); sq. mi. Also, **Milo, Milos.** —**Me·li·an** (mē′lē ən, …), *adj., n.*

**l·pom·e·ne** (mel pom′ə nē′), *n.* *Class. Myth.* the Muse of tragedy. [< L < Gk, special use of fem. of *melpésthai* to sing]

**l·rose** (mel′rōz), *n.* 1. a city in E Massachusetts, near Boston. 29,619 (1960). 2. a village in SE Scotland, on the Tweed River: ruins of a famous abbey.

**l′rose Park′,** a city in NE Illinois, near Chicago. 22,291 (1960).

**lt** (melt), *v.,* **melt·ed, melt·ed** or **mol·ten, melt·ing,** *n.* —*v.i.* 1. to become liquefied by heat, as ice, snow, butter, metal, etc. 2. to become liquid; dissolve: *Let the cough drop melt in your mouth.* 3. to pass, dwindle, or fade gradually (often fol. by *away*): *His fortune slowly melted away.* 4. to pass, change, or blend gradually (often fol. by *into*): *Night melted into day.* 5. to become softened in feeling by pity, sympathy, love, or the like: *The tyrant's heart would not melt.* 6. *Obs.* to be subdued or overwhelmed by sorrow, dismay, etc. —*v.t.* 7. to reduce to a liquid state by heat; fuse: *Fire melts ice.* 8. to cause to pass away or fade. 9. to cause to pass, change, or blend gradually. 10. to soften in feeling, as a person, the heart, etc.: *Nothing could melt that tyrant's heart.* —*n.* 11. act or process of melting; state of being melted. 12. that which is melted. 13. a quantity melted at one time. 14. Also, **milt.** the spleen, esp. that of a cow, pig, etc. [ME *melte(n),* OE *meltan* (v.i.), *m(i)eltan* (v.t.) to melt, digest; c. Icel *melta* to digest, Gk *méldein* to melt] —**melt′a·bil′i·ty,** *n.* —**melt′a·ble,** *adj.* —**melt′ing·ly,** *adv.* —**melt′ing·ness,** *n.*
—**Syn.** 1. MELT, DISSOLVE, FUSE, THAW imply reducing a solid substance to a liquid state. To MELT is to bring a solid to a liquid condition by the agency of heat: *to melt butter.* DISSOLVE, though sometimes used interchangeably with MELT, applies to a different process, depending upon the fact that certain solids, placed in certain liquids, distribute their particles throughout the liquids: *A greater number of solids can be dissolved in water and in alcohol than in any other liquids.* To FUSE is to subject the solid (usually a metal) to a very high temperature; it applies esp. to melting or blending metals together: *Bell metal is made by fusing copper and tin.* To THAW is to reduce a frozen substance (whose ordinary condition is liquid) to a liquid or semiliquid state by raising its temperature above the freezing point: *Sunshine will thaw ice in a lake.* 4. dwindle. 10. gentle, mollify, relax. —**Ant.** 1. freeze. 2. solidify, crystallize.

**lt·age** (mel′tij), *n.* the amount melted or the result of melting. [MELT + -AGE]

**lt·er** (mel′tər), *n.* 1. one who or that which melts. 2. a man in charge of a group of open-hearth furnaces. [MELT + -ER¹]

**lt′ing point′,** *Physical Chem.* the temperature at which a solid substance melts or fuses.

**lt′ing pot′,** 1. a pot in which metals or other substances are melted or fused. 2. a country, locality, or situation in which a blending of races and cultures is taking place.

**l·ton** (mel′tᵊn), *n.* a smooth, heavy woolen cloth, for overcoats, hunting jackets, etc. [after *Melton Mowbray,* town in Leicestershire, England]

**lt·wa·ter** (melt′wô′tər, -wot′ər), *n.* water from melted snow or ice. [MELT + WATER]

**lun** (mə lœN′), *n.* a city in and the capital of Seine-et-Marne, in N France. 28,796 (1962).

**lun·geon** (mə lun′jən), *n.* a member of a people of mixed Caucasian, Negroid, and American Indian ancestry living in the region of the southern Appalachians.

**l·us** (mel′əs), *n.* *Class. Myth.* the son of Cinyras of Cyprus whose grief at the death of Adonis so touched Aphrodite that she changed him into an apple tree.

**Mel·ville** (mel′vil), *n.* 1. **Herman,** 1819–91, U.S. novelist. 2. a boy's given name.

**Mel′ville Is′land,** an island in the Arctic Ocean, N of Canada: belonging to Canada. 200 mi. long; 130 mi. wide.

**Mel′ville Penin′sula,** a peninsula in N Canada, SE of the Gulf of Boothia. 250 mi. long.

**Mel·vin** (mel′vin), *n.* a boy's given name. Also, **Mel′vyn.**

**mem** (mem), *n.* 1. the 13th letter of the Hebrew alphabet. 2. the consonant sound represented by this letter. [< Heb: lit., water]

**mem.,** 1. member. 2. memoir. 3. memorandum.

**mem·ber** (mem′bər), *n.* 1. each of the persons composing a society, party, community, or other body. 2. *Govt.* a. a member of Congress, esp. of the House of Representatives. b. a member of the British Parliament, esp. of the House of Commons. c. any member of a legislative body. 3. a part or organ of an animal body; a limb, as a leg, arm, or wing. 4. a constituent part of any structural or composite whole, as a subordinate architectural feature of a building or the like. 5. *Math.* a. either side of an equation. b. an element of a set. [ME *membre* < L *membr(um)*] —**mem′ber·less,** *adj.*
—**Syn.** 3, 4. MEMBER, LIMB refer to an integral part of a larger body. MEMBER is the general term applied to any integral part or vital organ of an organized animal body, or, more widely, to any integral or distinguishable constituent part of a whole which is considered as organic: *a member of a façade; The nose, tongue, and arms are members of the body.* LIMB, which once, like MEMBER, referred to any organ of the body, is now restricted to the legs and arms (particularly of human beings), and is secondarily applied to the branches of a tree. It has such figurative uses as a *limb of Satan,* or a *limb of the law.* The Victorian "limb" as a prudish euphemism for "leg" stimulated further humorous use of the word. 4. element, portion.

*Mem′ber of the Wed′ding, The,* a novel (1946) and play (1950) by Carson McCullers.

**mem·ber·ship** (mem′bər ship′), *n.* 1. state of being a member, as of a society, club, etc. 2. the status of a member. 3. the total number of members belonging to an organization, society, etc. [MEMBER + -SHIP]

**mem·brane** (mem′brān), *n.* *Biol.* 1. a thin, pliable sheet or layer of animal or vegetable tissue, serving to line an organ, connect parts, etc. 2. the thin, limiting covering of a cell or cell part. [earlier *membraan* parchment < L *membrāna.* See MEMBER, -ANE] —**mem′brane·less,** *adj.*

**mem′brane bone′,** a bone that develops from membranous tissue. Cf. **cartilage bone.**

**mem·bra·no·phone** (mem brā′nə fōn′), *n.* any musical instrument, as a drum, in which the sound is produced by striking, rubbing, or blowing against a membrane stretched over a frame. [MEMBRANE + -O- + -PHONE] —**mem·bra·no·phon·ic** (mem brā′nə fon′ik), *adj.*

**mem·bra·nous** (mem′brə nəs), *adj.* 1. consisting of, of the nature of, or resembling membrane. 2. characterized by the formation of a membrane. Also, **mem·bra·na·ceous** (mem′brə nā′shəs). [MEMBRANE + -OUS; cf. F *membraneux*] —**mem′bra·nous·ly,** *adv.*

**mem′branous lab′yrinth.** See under **labyrinth** (def. 7)

**Me·mel** (mā′məl, mem′əl), *n.* 1. a seaport in NW Lithuania, in the W Soviet Union in Europe. 89,000 (1959). 2. a territory including this seaport: ceded to Germany by Lithuania 1939; incorporated into the Soviet Union 1945. 933 sq. mi. 3. the lower course of the Nieman River. Cf. **Nieman. Lithuanian, Klaipeda** (for defs. 1, 2).

**me·men·to** (mə men′tō), *n., pl.* **-tos, -toes.** 1. something that serves as a reminder of what is past or gone. 2. anything serving as a reminder or warning. 3. (*cap., italics*) *Rom. Cath. Ch.* either of two prayers in the canon of the Mass, one for persons living and the other for persons dead. [< L *mementō,* impv. of *meminisse* to remember]

**me·men·to mo·ri** (mə men′tō mōr′ī, môr′ī, mōr′ē, môr′ē), *pl.* **memento mori** for 2. 1. (*italics*) *Latin.* remember that thou must die. 2. an object, as a skull or the like, serving as a reminder of death.

**Mem·ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, German painter of the Flemish school. Also, **Mem·linc** (mem′lingk).

**Mem·non** (mem′non), *n.* 1. **Colossus of,** (in ancient Egypt) a colossal statue near Thebes said to produce a musical sound when the rays of the early morning sun struck it. Cf. **Vocal Memnon.** 2. *Class. Myth.* an Oriental or Ethiopian hero slain by Achilles in the Trojan War. —**Mem·no·ni·an** (mem nō′nē ən), *adj.*

**Mem·no·ni·a** (mem nō′nē ə), *n.* an area in the southern hemisphere of Mars, appearing as a light region when viewed telescopically from the earth.

**Mem·non·i·des** (mem non′i dēz′), *n.pl.* *Class. Myth.* the companions of Memnon who were changed into birds because of grief for their king. They gathered at Memnon's tomb annually, to fight and to lament.

**mem·o** (mem′ō), *n., pl.* **mem·os.** *Informal.* memorandum. [by shortening]

**mem·oir** (mem′wär, -wôr), *n.* 1. **memoirs,** a. records of facts or events in connection with a particular subject, historical period, etc., as known to the writer or gathered from special sources. b. records of one's life and experiences. c. a collection of reports made to a scientific or other learned society. 2. a biography. [< F *mémoire* < L *memoria;* see MEMORY]

***Mé·moires d'Ou·tre-tombe*** (*Fr.* mā mwar dōō trᵊ tônb′), an autobiographical work (1849–50) by Chateaubriand.

**mem·o·ra·bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab′ə lē). matters or events worthy to be remembered; points worthy of note. [< L: things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·ble** (mem′ər ə bəl), *adj.* 1. worthy to be remembered; notable: *a memorable speech.* 2. easy to be remembered. [late ME < L *memorābil(is)* worth mentioning, equiv. to *memorā(re)* (to) mention + *-bilis* -BLE] —**mem′o·ra·bil′i·ty, mem′o·ra·ble·ness,** *n.* —**mem′o·ra·bly,** *adv.*

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). 1. a note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. 2. a record or written statement of something. 3. *Informal.* a message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* 4. *Law.* a writing, usually informal, containing the terms of a transaction. 5. *Diplomacy.* a summary of the state of a question, the reasons for a decision agreed on, etc. 6. a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [< L: something to be noted, neut. of *memorandus* notable, orig. gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə mōr′ē əl, -môr′-), *n.* 1. something designed to preserve the memory of a person, event, etc., as a monument, a periodic observance, etc. 2. a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* 3. preserving the memory of a person or thing; commemorative: *memorial services.* 4. of or pertaining to the memory. [ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for memoranda. See MEMORY, -AL¹] —**me·mo′ri·al·ly,** *adv.*

**Memor′ial Day′,** *U.S.* 1. a day, May 30, set aside in most States for observances in memory of dead servicemen of all wars. 2. any of several days, as April 26, May 10, or June 3, similarly observed in various Southern States. Also called **Decoration Day.**

**me·mo·ri·al·ise** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ised, -is·ing.** *Chiefly Brit.* memorialize. —**me·mo′ri·al·i·sa′tion,** *n.* —**me·mo′ri·al·is′er,** *n.*

**me·mo·ri·al·ist** (mə mōr′ē ə list, -môr′-), *n.* 1. a person who writes memorials. 2. a person who writes memoirs. [MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ized, -iz·ing.** 1. to commemorate. 2. to present a memorial to. Also, *esp. Brit.,* **memorialise.** [MEMORIAL + -IZE] —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**memor′ial park′,** cemetery.

**memo′rial rose′,** a prostrate or trailing rose, *Rosa wichuraiana,* of eastern Asia, having strong, hooked prickles and white, fragrant flowers nearly two inches wide.

**mem·o·ried** (mem′ə rēd), *adj.* 1. having a memory (usually used in combination): *short-memoried; well-memoried.* 2. filled with memories: *a quiet, memoried town.* [MEMORY + -ED³]

**me·mo·ri·ter** (mə mōr′i tər, -ter, -môr′-), *adv.* 1. by heart; by memory. —*adj.* 2. involving or requiring memorization: *the memoriter aspects of a college course.* [< L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.t.,* **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* [MEMOR(Y) + -IZE] —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** 1. the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. 2. this faculty as possessed by a particular individual: *to have a good memory.* 3. act or fact of retaining mental impressions; remembrance; recollection: *to draw from memory.* 4. the length of time over which recollection extends: *a time within the memory of living men.* 5. a mental impression retained; a recollection: *one's earliest memories.* 6. the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* 7. state or fact of being remembered. 8. a person or thing remembered. 9. commemorative remembrance; commemoration: *a monument in memory of Columbus.* 10. Also called **storage.** *Computer Technol.* a. the capacity of a computer to store information subject to recall. b. the components of the computer, in which such information is stored. 11. *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. 12. *Cards.* concentration (def. 7). [ME *memorie* < L *memoria,* equiv. to *memor* remembering + *-ia* -Y³] —**mem′o·ry·less,** *adj.*

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday School.

**Mem·phi·an** (mem′fē ən), *n.* 1. a native or inhabitant of the ancient Egyptian city of Memphis. 2. Egyptian (def. 3). 3. a native or resident of Memphis, Tennessee. [MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* 1. a port in SW Tennessee, on the Mississippi. 497,524 (1960). 2. a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. 3. a town in NW Texas. 3332 (1960).

**Mem·phite** (mem′fīt), *adj.* 1. Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* 2. Memphian (def. 1). [<< Gk *Memphitēs* inhabitant of Memphis; see -ITE¹]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.

**mem-sa·hib** (mem′sä′ib, -äb, -sä′hib, -hēb), *n.* (in India) a native's term of respect for a European lady. [< Hindi, equiv. to *mem* (< E MA'AM) + *sāhib* master]

**men** (men), *n.* pl. of **man.**

**Me·na** (mē′nə), *n.* a town in W Arkansas. 4388 (1960).

**men·ace** (men′is), *n., v.,* **-aced, -ac·ing.** —*n.* 1. something that threatens to cause evil, harm, injury, etc.; a threat: *The garbage is a menace to health.* —*v.t.* 2. to utter or direct a threat against; threaten. 3. to serve as a probable threat to; imperil. [late ME < MF < L *minācia,* equiv. to *mināc-* (s. of *mināx*) jutting out, threatening + *-ia* -IA] —**men′ac·er,** *n.* —**men′ac·ing·ly,** *adv.*

**men·ac·me** (mə nak′mē, mē nak′-), *n.* *Physiol.* the part of a female's life during which menstruation occurs. [< Gk *mēn* month + ACME]

**me·nad** (mē′nad), *n.* maenad. —**me·nad′ic,** *adj.*

**Me·na·do** (me nä′dō), *n.* a seaport on NE Celebes, in NE Indonesia. 127,614 (1961). Also, **Manado.**

***Me·naech·mi*** (mi nek′mē; *Lat.* me nīk′mē), *n.* a comedy (c200 B.C.) by Plautus.

**mé·nage** (mā näzh′; *Fr.* mā nazh′), *n., pl.* **-nages** (-nä′zhiz; *Fr.* -nazh′). 1. a domestic establishment; household. 2. housekeeping. Also, **me·nage′.** [< F << LL **mansiōnāticum.* See MANSION, -AGE]

***mé·nage à trois*** (mā nazh a trwä′), *French.* a domestic arrangement involving a married couple and the lover of one of them, in which all three occupy the same household. [lit., household of three]



EXHIBIT A.29

10/09/2006 15:57 FAX 310 472 9907 DISNER OFFICE 004

30

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*

COPYRIGHT © 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS

COPYRIGHT © 1909, 1913, 1923, 1924, 1926, 1927, 1930, 1934, 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS PHILIPPINES COPYRIGHT 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.

PREVIOUS EDITION COPYRIGHT 1925 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO.

ALL RIGHTS RESERVED
UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.

*All rights reserved*

MADE IN THE U.S.A.

R. R. DONNELLEY & SONS COMPANY, THE LAKESIDE PRESS, CHICAGO, ILL., U.S.A.
COMPOSITORS

H. O. HOUGHTON AND COMPANY, THE RIVERSIDE PRESS, CAMBRIDGE, MASS., U.S.A.
PRINTERS AND BINDERS



EXHIBIT A.30

**1con·cave** \'kän,käv, *esp Brit sometimes* -ˈ-, ˈ-\ *n* -s [MF, fr. *concave*, adj.] 1 a : a hollow within a mass or in a surface (Vulcan . . . splits the cliff and discloses a ~ fashioned by his ...) b : a curved recess : a depression resembling a bowl c *obs* : the bore of a gun 2 a : the inner face of a bowl-shaped structure b : the vault of the sky 3 *obs* : a concave lens or mirror 4 : a set of bars bearing teeth, rasps, or rubber facing curved partly around a rotating threshing cylinder as an aid in shelling grain or seeds in a thresher

**2concave** \"\ *adj* [MF, fr. L *concavus*, fr *com-* + *cavus* hollow — more at CAVE] 1 *obs* : having a hollow interior (~ . . . as a worm-eaten nut —Shak.) 2 a : hollowed or rounded inward like the inside of a bowl b : having a shape that is thought of as curving inward — opposed to *convex* 3 : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface; opposed to *convex* — **con·cave·ly** *adv* — **con·cave·ness** *n* -ES

**3concave** \"\ *vb* -ED/-ING/-S *vt* : to make concave ~ *vi* : to curve concavely

**concave grating** *n* : a reflection grating ruled on a concave mirror

**concave polygon** *n* : a polygon with one angle larger than a straight angle

**con·cav·er** \(')kän¦kāvə(r)\ *n* -s : one that shapes or forms a concave surface or edge

**con·cav·i·ty** \kän'kavəd·ē, -ətē, -i *sometimes* kən-\ *n* -ES [MF *concavité*, fr. LL *concavitat-, concavitas*, fr. L *concavus* + *-itat-, -itas* -ity] 1 a : a concave line or surface or the space included by it : a hollow esp. of a vault or a hemisphere b : a depression resembling a bowl 2 : CONCAVE 1 3 : the quality or state of being concave

**con·ca·vo-con·cave** \kän¦kā(,)vō¦kän,kāv\ *adj* [*concavo-* (fr. L *concavus*) + E *concave*] : concave on both sides — used esp. of a lens

**con·ca·vo-convex** \kän¦kā(,)vō+\ *adj* [*concavo-* + *convex*] 1 : concave on one side and convex on the other 2 *of a lens* : having the concave side of greater curvature than the convex side

**con·ceal** \kən'sēl, *esp bef pause or cons* -ēəl\ *vt* -ED/-ING/-S [ME *concelen*, fr. MF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] 1 : to prevent disclosure or recognition of : avoid revelation of : refrain from revealing : withhold knowledge of : draw attention from : treat so as to be unnoticed (confessing . . . things a woman ought to ~ —Thomas Hardy) 2 : to place out of sight : withdraw from being observed : shield from vision or notice (it grew so thickly as to ~ the roof —Richard Jefferies)

**syn** HIDE, BURY, SECRETE, CACHE, SCREEN, ENSCONCE: CONCEAL and HIDE are general terms often interchangeable. CONCEAL may be applied freely to persons and animals, objects, attributes, conditions, facts, or ideas (Sophia had held the telegram *concealed* in her hand and its information *concealed* in her heart —Arnold Bennett) (Elizabeth was forced to *conceal* her lover from her father —Virginia Woolf) (politeness may *conceal* a legitimate wish that dare not put itself in bald speech —R.P.Blackmur) CONCEAL may indicate any hiding or masking of any motive, from reprehensible secrecy to aesthetic improvement (*conceal* a murder) (*conceal* a scar) (*concealing* a scratch on a piece of furniture) (*conceal* a bad odor) It need not suggest covering. It often implies a certain design or artfulness. HIDE may differ from CONCEAL in suggesting less conscious intent and artfulness, and hence less effectiveness, but occas. more urgency (*hidden* things that had never been concealed, that had merely been dropped away into forgotten corners and out-of-the-way places —Elizabeth M. Roberts) (with these consoling words he tried to *hide* from her the doubt that had entered his mind —Morley Callaghan) It is less applicable than CONCEAL to senses other than sight. BURY suggests concealment in a low place by covering, esp. by heaping something amorphous (loot *buried* under the ground) or, in more figurative senses, it suggests relegation to obscurity (I would myself be half *buried* in shadows and in darkness —Sherwood Anderson) SECRETE is likely to have an increased suggestion of highly purposive, secretive, stealthy concealment (she could scarcely . . . overcome the suspicion of there being many chambers *secreted* —Jane Austen) (and in more sound *secretes* his inmost sense —Walter de la Mare) CACHE suggests use of storage places affording security or protection as well as concealment, sometimes in the ground. SCREEN suggests protection or concealment from observation or danger by that which screens from a viewer's eyes (*screened* himself under a bush and waited —Thomas Hardy) (the idea of a woman's appealing to her family to *screen* her husband's business dishonor —Edith Wharton) ENSCONCE, in this sense, implies the security of concealment in a raised or walled area (bounded into the vehicle and sat on a stool, *ensconced* from view —Thomas Hardy) (he *ensconced* the boy in a cubbyhole —Peggy Bacon)

**con·ceal·able** \-ēləbəl\ *adj* : capable of being concealed

**concealed** *adj, of a hand in canasta and certain forms of rummy* : fully matched and enabling one to go out without previously having melded

**concealed asset** *n* : a tangible or intangible asset that is not reflected on the balance sheet in accounting or finance or that is carried at nominal value (as stock of a subsidiary or a valuable patent)

**concealed bed** *n* : DISAPPEARING BED

**concealed damage** *n* 1 : damage to the contents of a package that is not apparent until the package is opened 2 : a seed rot of peanuts that is not visible until the seed is broken open and that is caused by invasion of the space between the seed halves by various fungi esp. of the genus *Diplodia*

**con·ceal·ed·ly** \-ēlədlē, -ēl(d)lē, -li\ *adv* : in a concealed manner

**concealed loss** *n* : loss of goods from a container not apparent from the condition of the container

**con·ceal·ed·ness** \-ēlədnəs, -ēl(d)n-\ *n* -ES : the quality or state of being concealed

**concealed weapon** *n* : a dangerous weapon so carried on the person as to be knowingly or willfully concealed from sight usu. in violation of statute

**con·ceal·er** \kən'sēlə(r)\ *n* -s : one that conceals

**con·ceal·ment** \-ē(ə)lmənt\ *n* -s [ME *concelement*, fr. MF, fr. *conceler* + *-ment*] 1 a : the act or practice of concealing : the state of being concealed (process . . . could not be served by reason of her absence from or ~ within the state —*Detroit Law Jour.*) b : the practice or fact of concealing what ought to be revealed : improper secrecy (his secrecy had the character of prudent reserve, not of cunning or ~ —George Bancroft) 2 *obs* : out-of-the-way knowledge : secret information : MYSTERY 3 a : a means of concealing : a hiding place b **concealments** *pl* : conditions or facilities for concealing

**concealment cipher** *n* : a method of hiding a message in a cover text (as the trellis cipher)

**con·cede** \kən'sēd\ *vb* -ED/-ING/-S [F or L; F *concéder*, fr. L *concedere*, fr. *com-* + *cedere* to go along, give way, yield — more at CEDE] *vt* 1 : to grant as a right or privilege : ALLOW, SURRENDER, PERMIT (Britain *conceded* the independence of the colonies) (we cannot ~ an increase in wages now) (he is willing to ~ his share to his sister) 2 : ADMIT, ACKNOWLEDGE (the right of the state to tax is generally *conceded*): a : to accept as true or accurate (as something discussed or debated) (still less does he ~ that the British have any claim to the gratitude of the inhabitants —Michael Clark) (we have no choice but to ~ their figures) b : to acknowledge grudgingly or hesitantly (*conceded* that it might be a good idea) (they *conceded* that their decision had been unwise) c : to acknowledge . . .

*deceit*: deceit] 1 a (1) : something that results from mental activity : THOUGHT, CONCEPT, CONCEPTION, IDEA (2) *obs* : mental activity : thinking or the capacity to think (3) : individual or personal opinion : JUDGMENT, VIEW b : high estimation : favorable opinion : ESTEEM, ADMIRATION; *esp* : excessive appreciation of one's own worth or virtue 2 [trans. of It *concetto* — more at CONCETTO] a : a whimsical or fancifully ingenious idea b : an elaborate, startling, extravagant, or strained metaphor c : the use or the presence of such conceits as an element of poetry 3 : a fancy article : attractive trifle, *esp* : an ingenious decorative item (with new techniques of designing artificial flowers . . . some of the resulting ~s are quite fetching —*New Yorker*) 4 *archaic* : capacity for imagination or fancifulness : active fancy 5 *obs* : a seizure of physical or mental illness

**syn** SELF-LOVE, EGOTISM, EGOISM, SELF-ESTEEM, AMOUR PROPRE: CONCEIT indicates a conviction or assumption of one's own superiority in one or more lines of achievement or a general overall highly favorable notion of oneself usu. accompanied by lack of evaluation and irritating offensiveness (*conceit*, being a false estimate of one's abilities or an overestimate of those that are least important, is both a moral and an intellectual failing —C.W.H.Johnson) (Aristotle's "Poetics" was so hard that nobody could understand it and therefore he was fearful lest he should be thought guilty of presumption and *conceit* in trying to explain it at all —Irving Babbitt) SELF-LOVE in nonphilosophic usages may suggest abnormal concentration on one's own wishes and considerations to the exclusion of others (when I am led by *self-love* to keep my seat whilst ladies stand —James Ford) (but the proper meaning of *self-love* is regard to self in distinction from others or regard to some private interest —G.P.Fisher) EGOTISM may indicate a tendency to attract attention to and center interest on oneself and one's achievements (she had the simplest *egotism*, the most open desire to be thought first always —Virginia Woolf) (*egotism* resides more in a kind of proud isolation, in a species of contempt for the opinions and aims of others —A.C.Benson) EGOISM implies a self-centered concentration on one's own desires and aspirations to the exclusion of interest in others (it's not so much selfishness as a sort of—is *egoism* the word? When she wants to do a thing, she doesn't take into account the wants of others at all —B.A.Williams) (the essence of a self-reliant and autonomous culture is an unshakable *egoism*. It must not only regard itself as the peer of any other culture; it must regard itself as the superior of any other —H.L.Mencken) SELF-ESTEEM may indicate either natural well-based commendable pride in self or more shaky and somewhat vain attempts at self-pride and self-adjustment (I do some things very well; but my *self-esteem* is crushed by the multitude of things at which I am a hopeless duffer —G.B.Shaw) (Hollywood propping up the *self-esteem* of celluloid royalty —Gladys B. Stern) AMOUR PROPRE indicates a pride in oneself, often commendable or pardonable but often delicate and susceptible to being wounded (I should doubt the judgment of anyone who told me that the people of Egypt have no *amour propre* or that there does not exist in Egypt today a legitimate feeling of pride for the nation —*Manchester Guardian Weekly*) (our *amour propre* is concerned in believing the war in which we fought a righteous one and the victory in which we participated an unsullied one —*New Republic*)

**2conceit** \"\ *vb* -ED/-ING/-S *vt* 1 *obs* : to form a conception of : APPREHEND, UNDERSTAND (our great need of him you have right well ~ed —Shak.) 2 *now dial* : IMAGINE, SUPPOSE, THINK (I did ~ a most delicious feast —George Herbert) 3 : to fill with fancies 4 *now dial Brit* : to take a fancy to : LIKE 5 : to hold a favorable opinion of (oneself) : esteem (oneself) (~ himself already a poet —Robert Southey) ~ *vi, now dial* : to form an idea : THINK

**con·ceit·ed** \-ēd·əd, -ētəd\ *adj* [¹*conceit* + *-ed*] 1 a *obs* (1) : endowed with intelligence or imagination : CLEVER (2) : disposed in opinion or attitude : MINDED; *esp* : favorably disposed or favorably minded — usu. used with *to* or *of* b : ingeniously contrived or designed: as (1) : having or exhibiting a literary style marked by conceits (2) : consisting of or constructed upon or around a conceit (3) : containing conceits 2 : entertaining an excessively or unjustifiably high opinion of oneself (the ~ man is rarely a happy man) — **con·ceit·ed·ly** *adv* — **con·ceit·ed·ness** *n* -ES

**conceitless** *adj, obs* : lacking understanding or thought : IGNORANT

**con·ceity** \kən'sēd·ē, -ētē\ *adj* [¹*conceit* + *-y*] 1 *chiefly dial* : CONCEITED, VAIN 2 *chiefly dial* : hard to please : OVERFASTIDIOUS

**con·ceiv·abil·i·ty** \kən,sēvə'bilad·ē, -ətē, -i\ *n* -ES : the quality or state of being conceivable

**con·ceiv·able** \kən'sēvəbəl\ *adj* 1 : capable of being conceived, imagined, or understood 2 : logically possible — **con·ceiv·able·ness** *n* -ES

**con·ceiv·ably** \-blē, -li\ *adv* : in a conceivable manner : POSSIBLY

**con·ceive** \kən'sēv\ *vb* -ED/-ING/-S [ME *conceiven*, fr. OF *conceivre, conceveir*, fr. L *concipere* to take, receive, conceive, proclaim, fr. *com-* + *-cipere* (fr. *capere* to seize, take) — more at HEAVE] *vt* 1 a *of a mammal, esp. a human being* (1) : to become pregnant with : be with (child or young) (2) : BEGET (he *conceived* their child deliberately —Norman Mailer) (3) *obs* : to make pregnant : IMPREGNATE (4) : to be engendered in the womb — used passively (before he was *conceived* —Lk 2:21 (AV)) b : to cause to begin : originate or start (something thought of as capable of subsequent growth and development) (Texas was *conceived* in debt and nourished on depleted paper —R.A.Billington) — usu. used figuratively 2 a : to take into one's mind : be affected by (I have *conceived* a profound prejudice against such methods) b : to form in the mind (as a concept or idea) : evolve mentally (as a plan or stratagem) : form a conception of : IMAGINE, VISUALIZE, IMAGE (a building badly *conceived* and carelessly constructed) 3 a *archaic* : to apprehend (something) by reason or imagination b : COMPREHEND (~ the man) : UNDERSTAND, GRASP 4 : to be of the opinion : THINK, SUPPOSE (we cannot ~ that this course is expedient now) 5 *archaic* : to give forth : EXHIBIT, PRODUCE 6 : to give expression to : COUCH, FRAME, PHRASE ~ *vi* 1 : to become pregnant 2 : to have a conception, idea, or opinion : THINK — usu. used with *of* (who will ~ of our trials and efforts if we succeed?) **syn** see THINK

**con·celebrate** \(')kän+\ *vb* -ED/-ING/-S [L *concelebratus*, past part. of *concelebrare* to celebrate in great numbers, fr. *com-* + *celebrare* to celebrate — more at CELEBRATE] *vt, obs* : to celebrate together ~ *vi* : to celebrate the Eucharist or Mass together

**con·celebration** \(,)kän+\ *n* -s : a celebration of the Eucharist or Mass in which two or more of the clergy unite in saying the words of the liturgy

**con·cent** \kən'sent\ *n* -s [L *concentus* harmony, fr. past part. of *concinere* to sing together, fr. *com-* + *-cinere* (fr. *canere* to sing) — more at CHANT] 1 *archaic* : a state of accordance : CONSISTENCY 2 *archaic* : concert of voices : concord of sounds

**con·cen·ter** \kən, (')kän+\ *vb* -ED/-ING/-S [MF *concentrer*, fr. *com-* + *centre* center — more at CENTER] *vt* : to draw or direct to a common center : bring together at a focus or point (as lines, ideas, or emotions) : CONCENTRATE ~ *vi* : to come to one point : meet in, converge toward, or have a common center (then begins to ~ the . . . nexus of . . . habits of reaction to experience —*Survey Graphic*)

**con·cen·to** \kən'chen(,)tō, -'sen-\ *n* -s [It, fr. L *concentus* harmony — more at CONCENT] : the simultaneous sounding of the tones of a chord — compare *arpeggio*

*centrated* electrolytically . . . message of the New Testament is *concentrated* in the Sermon on the Mount) : render more condensed (the essence of her sex was *concentrated* in her charming obstinacy) ~ *vi* 1 : to draw toward or meet in a common center 2 : to settle closely : GATHER, COLLECT (recent immigrants tend to ~ in port cities) (social and racial tensions ~ in industrial centers) 3 a : to bring all one's powers, faculties, or activities to bear (as upon a course of action, a thought, or an object) (~ on a problem) (farmers are *concentrating* on wheat this year) (to be able to ~ on the same matter for a considerable time is essential to difficult achievement —Bertrand Russell) b : MAJOR **syn** see UNIFY

**2concentrate** \"\ *adj* [*com-* + L *centrum* + E *-ate* (adj. suffix)] : CONCENTRATED

**3concentrate** \"\ *n* -s : something obtained by concentration : a concentration or concentrated substance: as a : the remainder of dressed ore that contains the mineral sought b : a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to *roughage* c : a food reduced in bulk by elimination of watery fluid (orange juice ~)

**concentrated** *adj* 1 : rich in respect to a particular or essential element : STRONG, UNDILUTED (~ sulfuric acid) (a narrow thread of ~ ore seaming the rocky canyon) 2 : INTENSE (her ~ passion held them at bay) : INTENSIVE (only through ~ study can he hope to qualify for the award) — **con·cen·trat·ed·ly** *adv*

**concentrated alum** *n* : ALUMINUM SULFATE

**concentrated feed** *n* : any animal feed rich in concentrates and low in roughage

**concentrated milk** *n* : evaporated milk that is not processed under high pressures or temperatures

**concentrate sprayer** *n* : a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also *low gallonage sprayer, mist concentrate sprayer, speed sprayer*

**con·cen·tra·tion** \,kän(t)sən'trāshən *also* -ān,sen-\ *n* -s [*com-* + L *centrum* + E *-ation*] 1 : the act or action of concentrating: as a : the bringing to a common center; *esp* : the assembling of troops in an area often as a prelude to military action b : a directing of the attention or of the mental faculties toward a single object c : an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) d : the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c 2 a : a result of concentrating : a concentrated mass or thing: as a *pharmacy* : a crude active principle of a vegetable usu. in the form of a powder or resin b : a group of artillery shells fired on a particular area within a limited time — compare BARRAGE 3 *of a solution, mixture, or dispersion* : the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter : STRENGTH 4 : DENSITY 1 5 : a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* : a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* : a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \'kän(t)sən,trād·iv *also* -ān,sen-\ *adj* : serving or tending to concentrate : characterized by concentration

**con·cen·tra·tor** \-ād·ə(r)\ *n* -s : one that concentrates: as a : an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* : an industrial plant specializing in concentration (as of ore) b : a worker who tends concentrating apparatus c : a student who concentrates (in a particular field of study)

**1con·cen·tric** \kən'sen·trik, (')kän¦s-, -rēk\ *also* **con·cen·tri·cal** \-rəkəl, -rēk-\ *adj* [ML *concentricus*, fr. L *com-* + *centrum* center + *-icus* -ic — more at CENTER] 1 a : having a common center (as circles one within another) — opposed to *eccentric* b : having a common axis (as of two or more cones or more raines) : formed about the same axis : COAXIAL 2 *geol* : marked by the loosening and falling away of successive rounded or spherical shells (~ weathering) (~ exfoliation) — **con·cen·tri·cal·ly** \-rək(ə)lē, -rēk-, -li\ *adv*

**2concentric** \"\ *n* -s : something (as one of two concentric circles) that has a common center with something else

**concentric bundle** *n* : a plant vascular bundle in which (1) phloem surrounds xylem or (2) xylem surrounds phloem — called also respectively (1) *amphicribral bundle*, (2) *amphivasal bundle*

**concentric cable** *n* : COAXIAL CABLE

**concentric corpuscle** *n* : CORPUSCLE OF HASSALL

**concentric groove** *n* : the single continuous silent groove at the end of a disc recording, cut there to prevent the pickup from traveling further toward the center of the record

**con·cen·tric·i·ty** \,kän,sen'trisəd·ē\ *n* -ES : the quality or state of being concentric

**concents** *pl of* CONCENT

**con·cen·tus** \kən'sentəs, kän-\ *n, pl* **concentus** [L, harmony — more at CONCENT] : the part of a church service (as that in which hymns or psalms are sung) that is sung by the whole choir — contrasted with *accentus*

**con·cep·ci·ón** *or* **con·cep·ci·on** \kən,sepsē'ōn, (')kän-, -ēān, -ēōn, kən'sepshən\ *adj, usu cap* [fr. *Concepción*, Chile] : of or from the city of Concepción, Chile : of the kind or style prevalent in Concepción

**con·cept** \'kän,sept\ *n* -s [LL *conceptus* thought, fr. L, collection, gathering, fetus, fr. *conceptus*, past part. of *concipere* to conceive — more at CONCEIVE] : something conceived in the mind : THOUGHT, IDEA, NOTION: as a *philos* : a general or abstract idea : a universal notion: (1) : the resultant of a generalizing mental operation : a generic mental image abstracted from percepts; *also* : a directly intuited object of thought (2) : a theoretical construct (the ~ of the atom) b *logic* (1) : an idea comprehending the essential attributes of a class or logical species : a universal term or expression or its meaning (2) : a propositional function, logical relation, or property c : an idea that includes all that is characteristically associated with or suggested by a term : CONCEPTION **syn** see IDEA

**con·cep·ta·cle** \kən'septəkəl\ *n* -s [F, fr. L *conceptaculum*, fr. *conceptus*, past part. of *concipere* to receive, conceive] 1 *obs* : a hollow vessel : RECEPTACLE 2 *bot* a *obs* : FOLLICLE b : an enclosing cavity just beneath the surface of the plant body that contains reproductive structures in members of the genus *Fucus* and certain other algae — **con·cep·tac·u·lar** \,kän,sep'takyələ(r)\ *adj*

**con·cep·tac·u·lum** \,kän,sep'takyələm\ *n, pl* **conceptacula** \-lə\ [NL, fr. L] : CONCEPTACLE 2

**con·cep·ti·ble** \kən'septəbəl\ *adj* [ML *conceptibilis*, fr. L *conceptus* + *-ibilis* -ible] : CONCEIVABLE

**con·cep·tion** \kən'sepshən\ *n* -s [ME *concepcioun*, fr. OF *conception*, fr. L *conception-, conceptio*, fr. *conceptus* (past part. of *concipere* to conceive, receive) + *-ion-, -io* -ion — more at CONCEIVE] 1 a : act of becoming pregnant : formation of a viable . . .

# 31

BICYCLE®

# Official Rules Of Card Games

## Over 250 Card Games

Including:

Spades & Hearts
Bridge & Bid Whist
Poker & Pinochle
Rummy & Canasta
Solitaire & Cribbage
Children's Card Games
*and many more...!*

Designed for ease of use and ready reference.

EXHIBIT A.31

# Fun! Informative! Entertaining!

*Whether you're an experienced card player or have never played before, this comprehensive guide contains what you need to know!*



**The "Bicycle Official Rules of Card Games" is much more than just a rule book:**

- Families will enjoy finding old favorites and new games to play
- Serious card players will value the book as a definitive resource
- Novices will pick up the basics quickly and easily
- Trivia buffs can browse for interesting stories.

Designed for ease of use and ready reference, the guide includes unique diagrams that illustrate, almost at a glance, the basics of a specific game. All that's missing is a deck of America's favorite playing cards........

BICYCLE®

UPC 0-73854-00180-0

ISBN 1-889752-06-1

0 73854 00180 6

9 781889 752068

$7.99 USA
$8.99 Canada

EXHIBIT A.31

Case 1:06-cv-00262-S-DLM Document 97-6 Filed 10/21/2006 Page 24 of 96



♠ ♡ ◇ ♣

© International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, 1963, 1966, 1968, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

by
THE UNITED STATES PLAYING CARD COMPANY
CINCINNATI, OHIO, U. S. A.

ISBN: 1-889752-06-1

Library of Congress Catalog Card Number: 98-89680

Rules of Contract and Duplicate Bridge by permission of the American Contract Bridge League

Manufactured in Canada

EXHIBIT A.31



# Table Of Contents

ii **Introduction**
*A Brief History of Playing Cards*
*Choosing Card Games to Play*
*General Rules Applying All Card Games*

1 **Chapter I**
Bridge, Whist Games

57 **Chapter II**
Poker and Its Many Versions

91 **Chapter III**
Casino Games

121 **Chapter IV**
Rummy Games

162 **Chapter V**
Hearts and Other Trick-Taking Games

202 **Chapter VI**
Pinochle and Related Games

254 **Chapter VII**
Cribbage and Counting Games

269 **Chapter VIII**
The Stops Family

283 **Chapter IX**
Children's Card Games

302 **Chapter X**
Solitaire Games

316 **Glossary of Card Game Terms**

334 **Index**
*Alphabetical Listing of All Card Games*

# CONCENTRATION

## *(Memory)*

| NUMBER OF PLAYERS | NUMBER OF CARDS | GAME PLAY | SKILL LEVEL |
|---|---|---|---|
| 2-12 | 51 | ◆ ◇ ◇ ◇ ◇ EASY → COMPLEX | ◇ ◇ ◇ ◆ ◇ LUCK → SKILL |

This is an excellent game for virtually any number of players, and can be played competitively or just for fun.

**Suggested Ages.** 7 and up.

**Skills Developed.** Matching, pairing, and memorizing.

**The Pack.** The standard 52-card pack is used.

**The Deal.** Any player shuffles the pack and spreads all the cards out, face down all over the table, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually needed to make room for all the cards.

**Object of the Game.** The goal is to collect pairs of cards of the same rank, such as two sixes or two queens.

**The Play.** The first player may be decided in any way. He turns up any two cards on the table, leaving the first card face up until he has turned the second. If the two cards form a pair, the player takes them and puts them them face down in front of him in a pile, and then he turns up t wo more cards. Whenever the two cards turned up do not form a pair, the player, after a pause of at least five seconds, turns both cards face down again, leaving them in exactly the same position on the table. It is then the next player's turn (the player to the left). Play proceeds in the same manner. The player who takes in the greatest number of pairs is the winner.

## Go Boom

This game is of the same family as Crazy Eights (see p. 281). Both games are favorites for children as well as grownups.

**Suggested Ages.** 8 and up.

**Skills Developed.** Matching, how to follow suit, and counting the values of cards.

**Number of Players.** Virtually any number of people can play, from two up.



**The Pack.** The standard 52-card pack is used. Up to six players use the 52-card pack. Seven or eight players may opt to use a double pack (two 52-card packs shuffled together). More than eight players should use a double pack.

**Rank of Cards.** A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2.

**The Draw, Shuffle and Cut.** From a shuffled pack spread out face down, each player draws a card. Lowest card deals. The dealer shuffles, and the player on his right cuts.

**The Deal.** The dealer completes the cut and then gives seven cards to each player, clockwise one at a time, starting with the player to the left. The remainder of the pack is placed face down in the center of the table to form the stock.

**Object of the Game.** The goal is to be the first player to get rid of all the cards in his hand.

**The Play.** The player to the left of the dealer leads and may play any card. Each player in turn must either follow suit or play a card of the same rank as the card led. Thus, if the jack of diamonds is led, each player must play a diamond or any jack. If a player cannot follow suit or play a card of the same rank, he must draw from the stock until he can. When the stock is exhausted and the player cannot play, he simply does not play to the trick. The highest card of the suit led wins each trick. If, in the two-deck game, cards of identical rank are played, the one played first outranks the other. The winner of each trick leads next.

**Scoring.** The first player to get rid of all his cards wins the game. The winner collects from each other player the pip value of the cards remaining in that player's hand. Aces count 1 point each, face cards 10 points each, and other cards their pip value.

**Game.** Each deal may constitute a game, or play may continue until one player has scored 200 points.

## Snap

This is an amusing, and often very noisy game!

**Suggested Ages.** 8 and up.

**Skills Developed.** Matching, improving alertness, attention span, and speed of visual and verbal responses.

**Number of Players.** Two or more people can play.

**The Pack.** The standard 52-card pack is used.

**Rank of Cards.** Because this is a matching type of card game, the rank of cards is not important.

**The Deal.** Any player can deal the cards. All of the cards are dealt

EXHIBIT A.31

Case 1:06-cv-00262-S-DLM Document 97-6 Filed 10/21/2006 Page 26 of 96




| | Page |
|---|---|
| Straight Gin | 125 |
| Go Boom | 294 |
| Go Fish | 290 |
| Hearts | 162 |
| Auction Hearts | 167 |
| Black Lady Hearts | 162 |
| Cancellation | 166 |
| Domino Hearts | 166 |
| Omnibus | 165 |
| High Card Pool | 107 |
| High Five | 196 |
| High-Low-Jack | 192 |
| High-Low Poker | 74 |
| Hold 'Em | 75 |
| Hollywood Eights | 282 |
| Honeymoon Bridge | 39 |
| I Doubt It | 286 |
| In-Between | 109 |
| Indian Poker | 70 |
| Kalabrias | 250 |
| Kaloochi | 133 |
| Kalougi | 133 |
| Kaluki | 133 |
| Klaberjass | 250 |
| Klondike | 303 |
| Knock Poker | 77 |
| Knock Rummy | 134 |
| Las Vegas Solitaire | 304 |
| Let It Ride Stud | 99 |
| Liverpool Rummy | 137 |
| Loo | 168 |
| Lowball | 70 |
| Mexican Stud | 72 |
| Michigan | 272 |
| Michigan Rum | 143 |
| Memory | 294 |
| Napoleon | 185 |
| Napoleon at St. Helena | 310 |
| Newmarket | 272 |

| | Page |
|---|---|
| Oh Pshaw! | 46 |
| Oklahoma Gin | 127 |
| Old Maid | 293 |
| Old Sledge | 198 |
| Ombre | 244 |
| Pai-Gow Poker | 91 |
| Panguingue (Pan) | 158 |
| Parliament | 269 |
| Partnership Pinochle | 206 |
| Partnership Spades | 49 |
| Party Contract Bridge | 23 |
| Peep Nap | 186 |
| Pennies from Heaven | 156 |
| Pepito | 96 |
| Persian Rummy | 142 |
| Pig | 292 |
| Pinochle | 202 |
| Auction Pinochle | 214 |
| Check Pinochle | 210 |
| Double pack Pinochle | 211 |
| Partnership Pinochle for Six or Eight | 209 |
| Firehouse Pinochle | 209 |
| Partnership Auction Pinochle | 208 |
| Partnership Pinochle | 206 |
| Six-Hand Pinochle | 213 |
| Three-Hand Pinochle | 206 |
| Two-Hand Pinochle | 202 |
| Piquet | 247 |
| Pitch | 195 |
| Auction | 192 |
| Smudge | 195 |
| Play or Pay | 271 |
| Poker | 57 |
| Dealer's Choice | 64 |
| Double Draw | 68 |
| Draw Poker | 65 |
| Ethics | 89 |
| Knock Poker | 77 |





| | Page |
|---|---|
| Laws of Poker | 79 |
| Poker Possibilities | 62 |
| Rank of Hands | 59 |
| Straight Poker | 69 |
| Stud Poker | 71 |
| Variations | 77 |
| Whiskey | 77 |
| Poker Rum | 134 |
| Poker Solitaire | 313 |
| Pool Nap | 186 |
| Preference | 170 |
| Progressive Bridge | 23 |
| Pusoy | 96 |
| Quadruple War | 289 |
| Queen City Rum | 132 |
| Railroad Euchre | 180 |
| Red and Black | 78 |
| Red Dog | 107 |
| Rolling Stone | 297 |
| Royal Cassino | 267 |
| Rubicon Bezique | 229 |
| Rummy (Rum) | 131 |
| Boat House | 132 |
| Continental | 135 |
| Contract Rummy | 137 |
| Double Rum | 133 |
| 500 Rum | 141 |
| Gin | 121 |
| Knock | 134 |
| Liverpool | 137 |
| Michigan | 143 |
| Partnership 500 Rum | 142 |
| Persian | 142 |
| Samba | 153 |
| Saratoga | 272 |
| Schafskopf | 239 |
| Seahaven Towers | 308 |
| Set Back | 192 |
| Seven Card Stud | 73 |

| | Page |
|---|---|
| Sevens (Fan Tan) | 239 |
| Seven-Up (All Fours or Old Sledge) | 198 |
| Shanghai Rummy | 187 |
| Shasta Sam | 201 |
| Sheepshead (Schafskopf) | 239 |
| Shotgun | 70 |
| Sir Garnet | 187 |
| Six-Bid Solo | 241 |
| Six-Pack Bezique | 225 |
| Sixty-Six | 218 |
| Skat | 231 |
| Räuber Skat | 238 |
| Tables of Expectancies | 238 |
| Slapjack | 284 |
| Slough (Six-Bid Solo) | 241 |
| Smudge | 195 |
| Snap | 295 |
| Snip Snap Snorem | 271 |
| Solitaire (Patience) | 302 |
| Accordion | 309 |
| Beleaguered Castle | 313 |
| Calculation | 304 |
| Canfield | 307 |
| Forty Thieves | 310 |
| Joker Solitaire | 305 |
| Klondike | 303 |
| Las Vegas Solitaire | 305 |
| Napoleon at St. Helena | 310 |
| Poker Solitaire | 313 |
| Spider | 311 |
| Streets and Alleys | 312 |
| Solo | 244 |
| Frog | 243 |
| Ombre | 244 |
| Six-Bid Solo | 245 |
| Spade Cassino | 267 |
| Spades | 48 |
| Spades for Two Players | 49 |


EXHIBIT A.31

32

09/15/2006 16:33 FAX 310 472 9907 DISNER OFFICE

OTHER BOOKS BY THE AUTHOR:
*Official Encyclopedia of Bridge* (Editor-in-Chief)
*How to Win at Contract Bridge in Ten Easy Lessons*
*How to Win at Canasta*
*How to Play Samba*, etc.

*Rules of Games*

# ACCORDING TO HOYLE

OFFICIAL RULES OF MORE THAN 300 POPULAR GAMES OF SKILL AND CHANCE WITH EXPERT ADVICE ON WINNING PLAY

## RICHARD L. FREY

HAWTHORN BOOKS, INC.
Publishers New York

EXHIBIT A.32

09/15/2006 16:34 FAX 310 472 9907 DISNER OFFICE

Copyright © 1965, 1963, 1956 by Hawthorn Books, Inc., 70 Fifth Avenue, New York City 10011. All rights reserved, including the right to reproduce this book or portions thereof, in any form except for the inclusion of brief quotations in a review. This book was manufactured in the United States of America and published simultaneously in Canada by Prentice-Hall of Canada, Ltd., 520 Ellesmere Road, Scarborough, Ontario. "Scrabble" is the registered trademark of the Production and Marketing Co.

*First Hawthorn Edition*, October, 1965

H-0137

GV
1243
F89a

CONTENTS

Accordion . . . . . . 227
Acey Deucey . . . . . 305
All Fives . . . . . . 273
All Fours . . . . . . 72
All Threes . . . . . . 274
Anagrams . . . . . . 311
Arlington . . . . . . 108
Auction Bridge . . . . 159
Auction Euchre . . . . 41
Auction 45's . . . . . 54
Auction Partnership Pinochle . . . . . 180
Auction Pinochle . . . 172
Auction Pitch . . . . . 74
Authors . . . . . . . 220

Baccarat . . . . . . . 255
Backgammon . . . . . 296
Bank Craps . . . . . 262
Baseball . . . . . . . 29
Battleships . . . . . 319
Beggar-Your-Neighbor . 222
Beleaguered Castle . . 238
Belotte . . . . . . . 196
Bergen . . . . . . . 274
Bet or Drop . . . . . 19
Bézique . . . . . . . 188
Big Forty . . . . . . 231
Bird Cage . . . . . . 264
Black Jack . . . . . . 249
Black Lady . . . . . . 63
Blackout . . . . . . . 166
Blind and Straddle . . 19
Blind Opening . . . . 19
Blind Tiger . . . . . 19
Block Game . . . . . 275
Boathouse Rum . . . . 97
Bolivia . . . . . . . 119
Boodle . . . . . . . 65
Booray . . . . . . . 57
Bouré . . . . . . . 57
Brazilian Canasta . . . 120
Butcher Boy . . . . . 30

Calculation . . . . . . 232
Cameroon . . . . . . 269
Canasta . . . . . . . 110
Cancellation Hearts . . 62
Canfield . . . . . . . 229
Card Games for Children 218

Casino . . . . . . . . 212
Cassino . . . . . . . 212
Categories . . . . . . 313
Charades . . . . . . 320
Checkers . . . . . . 292
Check Pinochle . . . . 186
Chemin-de-fer . . . . 255
Chess . . . . . . . . 283
Chicago (Bridge) . . . 130
Chicago (Stops) . . . 65
Chile . . . . . . . . 119
Chilean Canasta . . . . 119
Chinese Bézique . . . . 191
Chouette . . . . . . . 300
Chuck-a-luck . . . . . 264
Cinch . . . . . . . . 77
Cincinnati . . . . . . 28
Clab . . . . . . . . 196
Clabber . . . . . . . 199
Clob . . . . . . . . 166
Clock . . . . . . . . 232
Clover Leaf . . . . . 239
Cold Hands . . . . . 30
Concentration . . . . . 225
Conquian . . . . . . 88
Continental Rum . . . 96
Contract Bridge . . . . 125
Contract Bridge Strategy 139
Contract Bridge Variations . . . . . . . 155
Contract Rummy . . . 94
Coon-can . . . . . . 89
Corner Card . . . . . 236
Crag . . . . . . . . 268
Crapette . . . . . . . 243
Craps . . . . . . . . 260
Crazy Eights . . . . . 70
Crazy Jacks . . . . . 70
Crazy Sevens . . . . . 70
Cribbage . . . . . . . 78
Cribbage Solitaire . . . 242
Criss-cross . . . . . . 28
Cuban Canasta . . . . 121
Cutthroat Bridge . . . 157
Cutthroat Contract . . 155
Cutthroat Euchre . . . 40

Dealer's Choice . . . . 27
Dice Games . . . . . 260
Dominoes . . . . . . 271

1431639

EXHIBIT A.32

**3. *When none has a clear lead in being the first to doubt, the doubter nearest the player's left in rotation has precedence.***

**Scoring. The first player to get rid of all his cards wins the deal. Each deal should be treated as a separate game. Or the number of cards left in the hands may be charged against the owners, and the player with lowest score when another reaches 100 may be deemed the winner of a game.**

Irregularities. If a player doubts any player's announcement before it is made, his doubt is void and he may not doubt that player's announcement when it is made.

There is no misdeal; any irregularity in dealing must be corrected as well as possible, by adjusting the cards in the respective hands even if the players have looked at them.

It is quite ethical to make false statements, such as saying, when in turn to play sevens, "I haven't any sevens," when in fact the player has one or more sevens in his hand.

## THREE-CARD I DOUBT IT

In one popular variant of I Doubt It, the cards are dealt around only as far as they will go equally and any remaining cards are put face down in the center of the table. Each player in turn puts down exactly three cards in front of him, and the first player may choose what denomination of cards he will announce; that is, he may say "three sevens," or "three kings," or anything else he chooses. Each player in turn thereafter, in putting down his three cards, must name the next-higher denomination than the player preceding him. When a player has only one or two cards left, he must draw enough cards from the stock in the center of the table to be able to put down three cards. The game ends when a player gets rid of his last three cards.

## WAR

For the youngest age group—with parent, brother, or sister.

Number of Players. Two.



Cards and Deal. One 52-card pack, king ranking high and ace low. Count out 26 cards for each player.

Object of the Game. To win all the cards.

The Play. Each player has his stack of cards in front of him, face down. Each turns up a card and the higher card wins, the winner putting both cards face down on the bottom of his stack. If the cards are the same rank, each player covers his card with one face-down card and then turns up another card and the higher card takes all six cards. If the turned cards are again the same, each take another face-down card and another face-up card and the winner takes all ten cards; and so on.

## CONCENTRATION (MEMORY, PELMANISM)

**Age Group. Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage.**

**Players. Any number up to six can play; but the best game is for two.**

**The Layout. A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.**

**The Play. Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.**

**The player who gathers a plurality of the cards wins the game.**

**While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.**

**Each card turned should be left on the table, face up, in its original position, for a few seconds at least before it is either taken by the player or turned down again.**

EXHIBIT A.32

33

08/15/2006 16:31 FAX 310 472 9907 DISNER OFFICE

# GOREN'S HOYLE ENCYCLOPEDIA *of* GAMES

*With Official Rules and Pointers on Play*

INCLUDING

*The Latest Laws of* Contract Bridge

BY

Chas H Goren

A *Chancellor Hall* BOOK

GREYSTONE PRESS
HAWTHORN BOOKS, INC.
NEW YORK

EXHIBIT A.33

GV
1243
G669g
REFERENCE

THIS BOOK IS
DEDICATED TO THE MEMORY OF MY FRIEND

*Geoffrey Mott-Smith*

WHOSE INVALUABLE CONTRIBUTION TO GAMES OF SKILL
WILL EVER BE REMEMBERED

Copyright © 1961, 1950 by Chancellor Hall, Ltd., New York, N.Y. Copyright under International and Pan-American Copyright Conventions. All rights reserved, including the right to reproduce this book, or portions thereof, in any form, except for the inclusion of brief quotations in a review. All inquiries should be addressed to Hawthorn Books, Inc., 70 Fifth Avenue, New York 11. This book was manufactured in the United States of America and published simultaneously in Canada by McClelland & Stewart, Ltd., 25 Hollinger Road, Toronto 16, Canada. It was published in previous editions as *Culbertson's Hoyle*. Library of Congress Catalogue Card No. 61-7403. Dewey Decimal Classification: 795.

W

EXHIBIT A.33

On getting four cards of the same rank, a player puts them on the table in front of himself as a "book." The player with the most books when the stock is exhausted, and all fours-of-a-kind are segregated, wins the deal.

Note that when a player completes a book by drawing from the stock, having asked for a different rank, his turn does not continue. But the distinction here is sometimes not clear to younger children and seems unfair; if so, the rule may well be reversed and the turn continued in this case too.

## SPADE THE GARDENER

This game [taken from Vernon Quinn's *50 Card Games for Children*] is Authors designed for greater hilarity. Twenty cards are used, K, Q, J, 10, A of each suit. The ♠K is Spade the Gardener, the ♠Q, Spade the Gardener's wife, the ♠J, Spade the Gardener's son, the ♠A, Spade the Gardener's servant, the ♠10, Spade the Gardener's dog. (With six or more players, add the nines and eights to the pack, whereupon the ♠9 will be Spade the Gardener's cat, and the ♠8, Spade the Gardener's canary.) Likewise, the ◇K is Sir Hinkam Funniduster, and the other diamonds are respectively his wife, son, servant, dog, (cat, canary); the ♡K is Sir Hearty John, and the ♣K is Club the Constable. Each card must be asked for by its name; the ♣10, for example, must be designated as "Club the Constable's dog." A player who asks incorrectly must give one of his own cards to the player asked. The object is to get an entire suit, not four of a kind. It is not necessary to have a card of the suit asked for.

## CONCENTRATION

This is a game for two players. (It is often called Memory, or Pelmanism.) The pack is thoroughly shuffled, then spread face down on the table so that every card is detached from every other. If the space available will not accommodate the full pack, reduce it by discarding some fours-of-a-kind.

The first player, chosen by lot, turns any two cards face up. Having turned them up, he removes his hand so that all may see them. If they are a pair (as, two kings) he removes them from the center and puts them in a pile of his own. If they are not a pair, he turns them face down, and his opponent then plays.

The whole game consists in remembering the position of cards previously exposed, so as to capture a pair whenever the second card of a rank is exposed. The player having the majority of cards, after all cards in the center have been taken, wins the game.

An important rule is that cards must not be moved away from their places on the table, in the course of turning them up and down. To shuffle them about interferes with the visual memory of their respective positions.





A more difficult variant, for players with very good memories, is to turn up four cards at a time and capture them only in fours-of-a-kind.

## STEALING BUNDLES

This game is simplified Casino, playable by children who have not yet mastered addition. Follow the rules of dealing for Casino (page 255). Cards may be taken in only by pairing, tripling, or quadrupling cards of the same rank—there is no building. Each player must put the cards he wins in a pile face up, and his pile is subject to capture by his opponent —by pairing the top card with a card from the hand. The deal is won by the player having the majority of cards after the stock is exhausted. Cards left on the table belong to the player who was last to take in.

## GO BOOM

Each player receives seven cards. (This number may be reduced to five for small children, in which case the pack should be reduced by discarding all the face cards.) The rest of the pack is placed face down on the table to form the stock.

Eldest hand (at left of the dealer) makes an opening lead. Each other hand in rotation must play a card of the same suit or the same rank. If unable to comply, the player must draw up to three cards from the top of the stock. If unable to play after drawing the third card, the player passes, and the turn goes to the left. Whatever cards have been played to the lead, after the player at the right of the leader has had his turn, constitute the trick. A trick is won by the highest card of the suit led. The winner of a trick leads to the next.

The tricks, of no value in themselves, may be tossed in a common pile in the center of the table. The object of play is to get rid of all the cards in the hand, and the first to do so wins the deal.

The method of scoring should be suited to the age group. For the youngest, each deal is a separate game. For an older group, the winner of a deal is credited with one point for each card left in the losers' hands, and the player first to reach 50 wins a game. For a still older group, the cards left in a loser's hand may be charged against him at their index values, with aces one and face cards ten. The player who has the lowest cumulative score when another reaches 100 wins a game.

## I DOUBT IT

With five or fewer players, one pack may be used. With six or more, two full packs should be shuffled together. The two-pack game is better, and the more players, up to about nine, the better. Since a player may at times have thirty cards or more, the game is scarcely playable by chil-



EXHIBIT A.33

34

# Full Text

---

concentration

*n* -s

[*com-* + L *centrum* + E *-ation*]

1 : the act or action of concentrating: as

a : the bringing to a common center

*esp* : the assembling of troops in an area often as a prelude to military action

b : a directing of the attention or of the mental faculties toward a single object

c : an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation)

d : the centering of a student's program of study in one department or field of learning in which he does work of advanced grade --- compare DISTRIBUTION 1c

2 : a result of concentrating : a concentrated mass or thing: as

a *pharmacy* : a crude active principle of a vegetable usu. in the form of a powder or resin

b : a group of artillery shells fired on a particular area within a limited time --- compare BARRAGE

3 *of a solution, mixture, or dispersion* : the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter : STRENGTH

4 : DENSITY 1

5 : a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play --- called also *memory*

---

Send your suggestions, comments or queries to our Webmaster .

Copyright © 1996-2003 ProQuest Information and Learning Company.
All rights reserved.

EXHIBIT A.34

my account logout help Site Menu

Merriam-Webster Unabridged

New Databases! Search our French-English and Medical dictionaries now online.

Download Unabridged Toolbar • Word Games • Word.com • Submit a Word

## Webster's Third New International Dictionary, Unabridged

To look up a word or phrase select a reference below, choose a search type from the drop-down menu, type your word in the search box, and click on the search button.

Search Type
Main Entry
search

## Select a Reference

- Webster's Third New International Dictionary, Unabridged
- Collegiate® Dictionary
- Collegiate® Thesaurus
- Collegiate® Encyclopedia
- Medical Dictionary NEW
- Spanish-English
- French-English NEW
- Atlas
- Style Guide

## Search Tools

### Advanced Search

Use the Advanced Search to refine your search by using two or more search types.

### Unabridged Toolbar

Download the Toolbar and look up words instantly in your Merriam-Webster references—from anywhere on the Web.

### Firefox Search Tools

Search the Unabridged Dictionary from your Firefox toolbar. New plug-ins and extensions are available, from Search Box to Sidebar.

### New Updates to Our Service!

We've added two new databases to our online library: Merriam-Webster's French-English Dictionary, featuring more than 80,000 entry words and phrases; and Merriam-Webster's Medical Dictionary, with more than 59,000 fully searchable entries. Plus, we've updated our Collegiate Encyclopedia and created search tools for Firefox users.

My Account Log Out Contact Us Privacy Policy Site Help Merriam-Webster Online

© 2005-2006 Merriam-Webster, Incorporated

EXHIBIT A.34

EXHIBIT A.34

Case 1:06-cv-00262-S-DLM Document 97-6 Filed 10/21/2006 Page 39 of 96

Unabridged Dictionary | Main Entry | search | Site Menu

Merriam-Webster Unabridged
THE UNABRIDGED DICTIONARY

Browsing the web?
*Bring the dictionary!*
Download IE Toolbar and
Firefox Search Tools today

SEARCH AGAIN AT TOP OF PAGE | Bookmark entry | Print entry | E-mail entry | Browse dictionary | Get help

ADVANCED SEARCH | FIND THIS WORD IN: Collegiate | Thesaurus | Encyclopedia | Medical | Spanish-English | French-English

8 entries found.

concentration
concentration camp
concentration point
hydrogen-ion concentratior
maximum permissible conc
mean corpuscular hemoglc
minimal inhibitory concentr
minimum inhibitory concen

To select an entry, click on it. Click 'Go' if one entry is listed.

Go

Double-click any word in the entry to see its definition.

Main Entry: **con·cen·tra·tion** Pronunciation Guide
Pronunciation: ˌkän(t)sən.ˈtrāshən *also* -ānˌsen-
Function: *noun*
Inflected Form(s): **-s**
Etymology: *com-* + Latin *centrum* + English *-ation*
**1 :** the act or action of concentrating : as **a :** the bringing to a common center; *especially* **:** the assembling of troops in an area often as a prelude to military action **b :** a directing of the attention or of the mental faculties toward a single object **c :** an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) **d :** the centering of a student's program of study in one department or field of learning in which he does work of advanced grade -- compare DISTRIBUTION 1c
**2 :** a result of concentrating **:** a concentrated mass or thing: as **a** *pharmacy* **:** a crude active principle of a vegetable usually in the form of a powder or resin **b :** a group of artillery shells fired on a particular area within a limited time -- compare BARRAGE
**3** *of a solution, mixture, or dispersion* **:** the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter **: STRENGTH**
**4 : DENSITY** 1
**5 :** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play -- called also *memory*

**EXHIBIT A.34**

**Citation format for this entry:**
"concentration." *Webster's Third New International Dictionary, Unabridged*. Merriam-Webster, 2002. http://unabridged.merriam-webster.com ( 15 Oct. 2006).

Home My Account Contact Us Privacy Policy Site Help Merriam-Webster Online

Merriam-Webster © 2005-2006 Merriam-Webster, Incorporated

EXHIBIT A.34

Unabridged Dictionary | Main Entry | search | Site Menu

Merriam-Webster Unabridged
THE UNABRIDGED DICTIONARY

Browsing the web?
*Bring the dictionary!*
Download IE Toolbar and
Firefox Search Tools today

SEARCH AGAIN AT TOP OF PAGE | Bookmark entry | Print entry | E-mail entry | Browse dictionary | Get help

ADVANCED SEARCH | FIND THIS WORD IN: Collegiate | Thesaurus | Encyclopedia | Medical | Spanish-English | French-English

29 entries found.

- memory
- memory[1]
- concentration
- cover memory
- legal memory
- magnetic memory
- memory book
- memory span
- memory tube
- memory verse
- organic memory
- primary memory
- race memory
- screen memory
- flash memory
- memory trace
- immunological memory
- long-term memory
- short-term memory
- bubble memory

To select an entry, click on it.
Click 'Go' if one entry is listed.

Go

Double-click any word in the entry to see its definition.

Main Entry: **mem·o·ry** Pronunciation Guide
Pronunciation: ˈmem(ə)rē, -ri
Function: *noun*
Inflected Form(s): **-es**
Etymology: Middle English *memorie,* from Middle French *memorie, memoire,* from Latin *memoria,* from *memor* mindful + *-ia* -y; akin to Old English ge*mimor* well-known, *mimorian* to remember, Middle Dutch *mimeren* to muse, brood, Latin *mora* delay, Old Irish *airmert* prohibition, Greek *mermēra* trouble, Sanskrit *smarati* he remembers; basic meaning: to remember
**1 a** *archaic* **:** a ceremony of commemoration **:** a service for the dead **b** *obsolete* **:** a historical or biographical record **c** *obsolete* **:** MEMORIAL, MEMENTO
**2 a** (1) **:** the power or process of reproducing or recalling what has been learned and retained especially through nonconscious associative mechanisms **:** conscious or unconscious evocation of things past <semantic reception is associated with great use of *memory* -- Norbert Wiener> <seemed lost in thought or *memory* -- E.A.McCourt> <in *memory*, one images or reproduces his whole state of mind on the remembered occasion -- Richard Taylor> (2) **:** this power regarded as vested in an individual **:** an individual's capacity for reproducing or recalling what has been learned and retained <has a good *memory* for faces> <rely on the faulty *memory* of a cross section of people -- S.L.Payne> <his *memory* annoyed him ... it did not work willingly any more -- Stuart Cloete> (3) **:** the process of reproducing or recalling what has been learned as manifested in some special way or as associated with some bodily process <visual *memory*> <muscular *memory*> **b :** persistent modification of structure or of behavior resulting from an organism's activity or from its passively acquired experience **c** (1) **:** the totality of what has been learned and retained especially as evidenced by recall and recognition <drew on his *memory* to supply the needed names> <even birds and animals have an ancestral *memory* -- *Horizon*> (2) **:** the function of memory regarded as a compartment or chamber in which images, perceptions, or learning are stored <filling their *memory* with a lumber of words -- R.L.Stevenson> <the invisible storehouse in nothingness, called *memory* -- Walter

EXHIBIT A.34

Sorell & Denver Lindley> <retain in their *memory* the preceding movements -- George Balanchine> <a richly stored *memory*>

**3 a** (1) **:** commemorative remembrance <a statue erected in *memory* of the hero> <has been held in *memory* in Ireland -- Maxwell Nurnberg & Morris Rosenblum> <a local museum dedicated to the *memory* of the celebrity -- *American Guide Series: Maine*> (2) **:** a person or thing held in commemorative remembrance <his deeds are the country's proudest *memories*> **b :** the fact or condition of being remembered <*memory* of such upheavals goes back to remote antiquity> <persecutions which were of recent *memory* -- K.S.Latourette>

**4 a :** a particular act of recalling something learned or experienced **:** the fact or a condition of recalling **:** REMEMBRANCE, RECOLLECTION, RECALL <woke with ... complete *memory* of where she had been -- Pearl Buck> <have no *memory* of that incident> <recited the poem from *memory*> **b** (1) **:** an image, impression, or other mental trace of someone or something known or experienced **:** the content of something remembered <my first *memory* is one of being held up to a window -- George Dangerfield> <the *memory* of his voice as distinct in her mind as it ever had been in her ear -- Glenway Wescott> <pleasant *memories* of an Italian summer> <the *memory* of the captain's wife had not left him -- Carson McCullers> <*memories* of the Japanese occupation ... created a heritage of ill will -- R.H.Fifield> <have written down their *memory* ... of one such occasion -- F.I.Cobb> <made the town's isolation a *memory* -- *American Guide Series: Texas*> <the course is a *memory* and a mark is no longer even a ghost -- Norman Nathan> <the depression is only a bad *memory*> (2) **:** the total impression or generalized image of a person preserved in remembrance, history, or tradition **:** posthumous opinion <this ruler left behind him golden *memories*> <a prince of glorious *memory*> (3) **:** the character, personality, or achievements of a person as preserved in remembrance <the man whose *memory* the Royal Irish Academy honors -- Gearoid O'Sullivan> <his *memory* recalled the most wonderful and exciting ... adventures -- R.H.Davis> <hates her *memory* and all other women -- Lucy M. Montgomery> **c :** the time within which past events can be or are remembered <within the *memory* of living men>

**5 :** CONCENTRATION 5

**6 a :** a component in an electronic computing machine (as a computer) in which information (as data or program instructions) may be inserted and stored and from which it may be extracted when wanted **b :** a device external to a computer for the insertion, storage, and extraction of information

**7 a :** a capacity for showing effects recognized as the result of past treatment -- used especially of materials <the wire begins to turn in the other direction corresponding to the first twisting -- the *memory* of the recent short-term handling has been

EXHIBIT A.34

obliterated by that of the more remote but longer lasting and therefore more impressive one -- Bernhard Gross> **b :** a capacity for returning to a former condition (as after being stretched) -- used especially of a material <the *memory* will cause the material to resume the shape it had when you purchased it -- *Road Magazine*>
**synonyms** REMEMBRANCE, RECOLLECTION, REMINISCENCE, MIND, SOUVENIR: memory applies both to the faculty of remembering and to what is remembered, sometimes remembered dearly or cherished <a very good *memory*> <a *memory* training course> <it was the merest *memory* now, vague and a little sweet, like the remembrance of some exceptional spring day -- John Galsworthy> REMEMBRANCE can be the same as MEMORY but more often refers to the act of remembering and usually to a particular act of remembering especially something pleasant or cherished in memory, or it may apply to the state of being remembered <the only moments I've lived my life to the full and that live in *remembrance* unfaded -- W.W.Gibson> <the vivid *remembrance* of an almost identical setting one evening -- Henry Miller> <the *remembrance* of things past -- Shakespeare> <the *remembrance* of the event always brought a pang of regret> RECOLLECTION is like REMEMBRANCE but carries a strong suggestion of more voluntary and sometimes effortful recalling to mind, and it may apply to the thing remembered in this way <they have a tendency to forget the facts of the present in their fond *recollection* of the past -- S.M.Crothers> <you ask me to put down a few *recollections* of your father -- W.E.H.Lecky> REMINISCENCE may refer to remembrance of something long past, especially as remembered casually and accidentally; it is closely synonymous with RECOLLECTION in references to what is remembered <would use all the techniques of modern psychology in his analyses of the subconscious; the phenomena of involuntary *reminiscence* fascinate him -- B.M.Woodbridge> <the author's own *reminiscences* of childhood and youth are a good deal less pretentious and more amusing than this model -- *Times Literary Supplement*> MIND in this sense commonly appears only in a few idiomatic phrases <to keep in *mind*> <out of sight, out of *mind*> SOUVENIR may still be used as a synonym of MEMORY <then she carefully restored them, her mind full of *souvenirs* newly awakened -- Arnold Bennett>

**EXHIBIT A.34**

**Citation format for this entry:**

"memory." *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002. http://unabridged.merriam-webster.com ( 15 Oct. 2006).

Merriam-Webster
© 2005-2006 Merriam-Webster, Incorporated

EXHIBIT A.34

35

WEBSTER'S
THIRD
NEW
INTERNATIONAL
DICTIONARY

EXHIBIT A.35

REF
PE
1625
.W3
1963

[redacted]

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.
1963

EXHIBIT A.35

…kän¦kōz\ adj : operating as a concause
…kän,kōz\ n -s [ML concausa, fr. L com- + causa … at CAUSE] : one of several causes acting together

…kän,kāv, esp Brit sometimes -äŋ,-\ n -s [MF, fr. … ] 1 a : a hollow within a mass or in a surface … the cliff and discloses a ~ fashioned by his … Chambers) b : a curved recess : a depression re- … c obs : the bore of a gun 2 a : the inner face … structure b : the vault of the sky 3 obs … lens or mirror 4 : a set of bars bearing teeth, … facing curved partly around a rotating thresh- … as an aid in shelling grain or seeds in a thresher

…\ adj [MF, fr. L concavus, fr. com- + cavus … more at CAVE] 1 obs : having a hollow interior (~ … worm-eaten nut —Shak.) 2 a : hollowed or rounded … the inside of a bowl b : having a shape that … as curving inward — opposed to convex … : curving in — used of the side of a curve … on which neighboring normals to the curve or sur- … and on which lies the chord joining two neigh- … points of the curve or surface; opposed to convex … adv — con·cave·ness n -ES

…\ -ED/-ING/-S vt : to make concave ~ vi : to …

…grating n : a reflection grating ruled on a concave …

…polygon n : a polygon with one angle larger than a …

…\ kän¦kāvə(r)\ n -s : one that shapes or forms a … surface or edge

…\kän'kavəd·ē, -ətē, -i sometimes kən-\ n -ES [MF … LL concavitat-, concavitas, fr. L concavus + -itat- … 1 a : a concave line or surface or the space included … hollow esp. of a vault or a hemisphere b : a depres- … a bowl 2 : CONCAVE 1 3 : the quality or … being concave

…con-cave \kän¦kā(,)vō¦kän,kāv\ adj [concavo- (fr. … + E concave] : concave on both sides — used esp. …

…convex \kän¦kā(,)vō+\ adj [concavo- + convex] … on one side and convex on the other 2 of a lens … the concave side of greater curvature than the convex

…kən'sēl, esp bef pause or cons -ēəl\ vt -ED/-ING/-S … fr. MF conceler, fr. L concelare, fr. com- + … — more at HELL] 1 : to prevent disclosure or … of : avoid revelation of : refrain from revealing … knowledge of : draw attention from : treat so as to … confessing . . . things a woman ought to ~ … Hardy) 2 : to place out of sight : withdraw from … observed : shield from vision or notice (it grew so … as to ~ the roof —Richard Jefferies)

… BURY, SECRETE, CACHE, SCREEN, ENSCONCE: CON- … are general terms often interchangeable. CON- … be applied freely to persons and animals, objects, … conditions, facts, or ideas (Sophia had held the … concealed in her hand and its information concealed … —Arnold Bennett) (Elizabeth was forced to con- … from her father —Virginia Woolf) (politeness … a legitimate wish that dare not put itself in bald … —R.P.Blackmur) CONCEAL may indicate any hiding or … of any motive, from reprehensible secrecy to aesthetic … (conceal a murder) (conceal a scar) (concealing a … a piece of furniture) (conceal a bad odor) It need … covering. It often implies a certain design or artful- … may differ from CONCEAL in suggesting less conscious … artfulness, and hence less effectiveness, but occas. … (hidden things that had never been concealed, … merely been dropped away into forgotten corners and … -way places —Elizabeth M. Roberts) (with these … words he tried to hide from her the doubt that had … his mind —Morley Callaghan) It is less applicable than … to senses other than sight. BURY suggests conceal- … a low place by covering, esp. by heaping something … (loot buried under the ground) or, in more figura- … it suggests relegation to obscurity (I would myself … buried in shadows and in darkness —Sherwood Ander- … SECRETE is likely to have an increased suggestion of highly … secretive, stealthy concealment (she could scarcely … overcome the suspicion of there being many chambers … —Jane Austen) (and in mere sound secretes his in- … —Walter de la Mare) CACHE suggests use of storage … affording security or protection as well as concealment, … in the ground. SCREEN suggests protection or con- … from observation or danger by that which screens … viewer's eyes (screened himself under a bush and waited … Hardy) (the idea of a woman's appealing to her … to screen her husband's business dishonor —Edith … ENSCONCE, in this sense, implies the security of con- … in a raised or walled area (bounded into the vehicle … on a stool, ensconced from view —Thomas Hardy) (he … the boy in a cubbyhole —Peggy Bacon)

…-able \-ēləbəl\ adj : capable of being concealed

…ed adj, of a hand in canasta and certain forms of rummy … matched and enabling one to go out without previously … melded

…ed asset n : a tangible or intangible asset that is not re- … on the balance sheet in accounting or finance or that is … at nominal value (as stock of a subsidiary or a valuable …

…ed bed n : DISAPPEARING BED

…ed damage n 1 : damage to the contents of a package … not apparent until the package is opened 2 : a seed rot … that is not visible until the seed is broken open and … caused by invasion of the space between the seed halves … fungi esp. of the genus Diplodia

…led·ly \-ēlədlē, -ēl(d)lē, -li\ adv : in a concealed man- …

…ed loss n : loss of goods from a container not apparent … the condition of the container

…aled·ness \-ēlədnəs, -ēl(d)n-\ n -ES : the quality or state … being concealed

…ed weapon n : a dangerous weapon so carried on the … as to be knowingly or willfully concealed from sight … in violation of statute

…al·er \kən'sēlə(r)\ n -s : one that conceals

…al·ment \-ē(ə)lmənt\ n -s [ME concelement, fr. MF, fr. … + -ment] 1 a : the act or practice of concealing : the … of being concealed (process . . . could not be served by … of her absence from or ~ within the state —Detroit … Jour.) b : the practice or fact of concealing what ought … revealed : improper secrecy (his secrecy had the charac- … prudent reserve, not of cunning or ~ —George Ban- … obs : out-of-the-way knowledge : secret information … 3 a : a means of concealing : a hiding place

…alments pl : conditions or facilities for concealing

…ment cipher n : a method of hiding a message in a … text (as the trellis cipher)

…ede \kən'sēd\ vb -ED/-ING/-S [F or L; F concéder, fr. L … concedere, fr. com- + cedere to go along, give way, yield — … at CEDE] vt 1 : to grant as a right or privilege : ALLOW, … RENDER, PERMIT (Britain conceded the independence of the … colonies) (we cannot ~ an increase in wages now) (he is will- … to ~ his share to his sister) 2 : ADMIT, ACKNOWLEDGE … right of the state to tax is generally conceded): a : to … as true or accurate (as something discussed or debated) … less does he ~ that the British have any claim to the … gratitude of the inhabitants —Michael Clark) (we have … choice but to ~ their figures) b : to acknowledge

… not more than one out of four . . . are actually … rented —Charles Abrams)

[1]con·ceit \kən'sēt, usu. -ēd·+V\ n -s [ME concelte fr. conceiven to conceive, after such pairs as ME deceiven to deceive: deceite deceit] 1 a (1) : something that results from mental activity : THOUGHT, CONCEPT, CONCEPTION, IDEA (2) obs : mental activity : thinking or the capacity to think (3) : individual or personal opinion : JUDGMENT, VIEW b : high estimation : favorable opinion : ESTEEM, ADMIRATION; esp : excessive appreciation of one's own worth or virtue 2 [trans. of It concetto — more at CONCETTO] a : a whimsical or fancifully ingenious idea b : an elaborate, startling, extravagant, or strained metaphor c : the use or the presence of such conceits as an element of poetry 3 : a fancy article : attractive trifle; esp : an ingenious decorative item (with new techniques of designing artificial flowers . . . some of the resulting ~s are quite fetching —New Yorker) 4 archaic : capacity for imagination or fancifulness : active fancy 5 obs : a seizure of physical or mental illness

**syn** SELF-LOVE, EGOTISM, EGOISM, SELF-ESTEEM, AMOUR PROPRE: CONCEIT indicates a conviction or assumption of one's own superiority in one or more lines of achievement or a general overall highly favorable notion of oneself usu. accompanied by lack of evaluation and irritating offensiveness (conceit, being a false estimate of one's abilities or an overestimate of those that are least important, is both a moral and an intellectual failing —C.W.H.Johnson) (Aristotle's "Poetics" was so hard that nobody could understand it and therefore he was fearful lest he should be thought guilty of presumption and conceit in trying to explain it at all —Irving Babbitt) SELF-LOVE in nonphilosophic usages may suggest abnormal concentration on one's own wishes and considerations to the exclusion of others (when I am led by self-love to keep my seat whilst ladies stand —James Ford) (but the proper meaning of self-love is regard to self in distinction from others or regard to some private interest —G.P.Fisher) EGOTISM may indicate a tendency to attract attention to and center interest on oneself and one's achievements (she had the simplest egotism, the most open desire to be thought first always —Virginia Woolf) (egotism resides more in a kind of proud isolation, in a species of contempt for the opinions and aims of others —A.C.Benson) EGOISM implies a self-centered concentration on one's own desires and aspirations to the exclusion of interest in others (it's not so much selfishness as a sort of—is egoism the word? When she wants to do a thing, she doesn't take into account the wants of others at all —B.A.Williams) (the essence of a self-reliant and autonomous culture is an unshakable egoism. It must not only regard itself as the peer of any other culture; it must regard itself as the superior of any other —H.L.Mencken) SELF-ESTEEM may indicate either natural well-based commendable pride in self or more shaky and somewhat vain attempts at self-pride and self-adjustment (I do some things very well; but my self-esteem is crushed by the multitude of things at which I am a hopeless duffer —G.B.Shaw) (Hollywood propping up the self-esteem of celluloid royalty —Gladys B. Stern) AMOUR PROPRE indicates a pride in oneself, often commendable or pardonable but often delicate and susceptible to being wounded (I should doubt the judgment of anyone who told me that the people of Egypt have no amour propre or that there does not exist in Egypt today a legitimate feeling of pride for the nation —Manchester Guardian Weekly) (our amour propre is concerned in believing the war in which we fought a righteous one and the victory in which we participated an unsullied one —New Republic)

[2]conceit \"\ vb -ED/-ING/-S vt 1 obs : to form a conception of : APPREHEND, UNDERSTAND (our great need of him you have right well ~ed —Shak.) 2 now dial : IMAGINE, SUPPOSE, THINK (I did ~ a most delicious feast —George Herbert) 3 : to fill with fancies 4 now dial Brit : to take a fancy to : LIKE 5 : to hold a favorable opinion of (oneself) : esteem (oneself) (~ himself already a poet —Robert Southey) ~ vi, now dial : to form an idea : THINK

con·ceit·ed \-ēd·əd,-ētəd\ adj [[1]conceit + -ed] 1 a obs (1) : endowed with intelligence or imagination : CLEVER (2) : disposed in opinion or attitude : MINDED; esp : favorably disposed or favorably minded — usu. used with to or of b : ingeniously contrived or designed: as (1) : having or exhibiting a literary style marked by conceits (2) : consisting of or constructed upon or around a conceit (3) : containing conceits 2 : entertaining an excessively or unjustifiably high opinion of oneself (the ~ man is rarely a happy man) — con·ceit·ed·ly adv — con·ceit·ed·ness n -ES

conceitless adj, obs : lacking understanding or thought : IGNORANT

con·ceity \kən'sēd·ē, -sād·ē\ adj [[1]conceit + -y] 1 chiefly dial : CONCEITED, VAIN 2 chiefly dial : hard to please : OVERFASTIDIOUS

con·ceiv·abil·i·ty \kən,sēvə'biləd·ē, -ətē, -i\ n -ES : the quality or state of being conceivable

con·ceiv·able \kən'sēvəbəl\ adj 1 : capable of being conceived, imagined, or understood 2 : logically possible — con·ceiv·able·ness n -ES

con·ceiv·ably \-blē, -li\ adv : in a conceivable manner : POSSIBLY

con·ceive \kən'sēv\ vb -ED/-ING/-S [ME conceiven, fr. OF conceivre, conceveir, fr. L concipere to take, receive, conceive, proclaim, fr. com- + -cipere (fr. capere to seize, take) — more at HEAVE] vt 1 a of a mammal, esp. a human being (1) : to become pregnant with : be with (child or young) (2) : BEGET (he conceived their child deliberately —Norman Mailer) (3) obs : to make pregnant : IMPREGNATE (4) : to be engendered in the womb — used passively (before he was conceived —Lk 2:21 (AV)) b : to cause to begin : originate or start (something thought of as capable of subsequent growth and development) (Texas was conceived in debt and nourished on depleted paper —R.A.Billington) — usu. used figuratively 2 a : to take into one's mind : be affected by (I have conceived a profound prejudice against such methods) b : to form in the mind (as a concept or idea) : evolve mentally (as a plan or stratagem) : form a conception of : IMAGINE, VISUALIZE, IMAGE (a building badly conceived and carelessly constructed) 3 a archaic : to apprehend (something) by reason or imagination b : COMPREHEND (~ the man) : UNDERSTAND, GRASP 4 : to be of the opinion : THINK, SUPPOSE (we cannot ~ that this course is expedient now) 5 archaic : to give forth : EXHIBIT, PRODUCE 6 : to give expression to : COUCH, FRAME, PHRASE ~ vi 1 : to become pregnant 2 : to have a conception, idea, or opinion : THINK — usu. used with of (who will ~ of our trials and efforts if we succeed?) **syn** see THINK

con·celebrate \(')kän+\ vb -ED/-ING/-S [L concelebratus, past part. of concelebrare to celebrate in great numbers, fr. com- + celebrare to celebrate — more at CELEBRATE] vt, obs : to celebrate together ~ vi : to celebrate the Eucharist or Mass together

con·celebration \(¦)kän+\ n -s : a celebration of the Eucharist or Mass in which two or more of the clergy unite in saying the words of the liturgy

con·cent \kən'sent\ n -s [L concentus harmony, fr. past part. of concinere to sing together, fr. com- + -cinere (fr. canere to sing) — more at CHANT] 1 archaic : a state of accordance : CONSISTENCY 2 archaic : concert of voices : concord of sounds

con·cen·ter \kən, (')kän-+\ vb -ED/-ING/-S [MF concentrer, fr. com- + centre center — more at CENTER] vt : to draw or direct to a common center : bring together at a focus or point (as lines, ideas, or emotions) : CONCENTRATE ~ vi : to come to one point : meet in, converge toward, or have a common center (then begins to ~ the . . . nexus of . . . habits of reaction to experience —Survey Graphic)

con·cen·to \kən'chen(,)tō, -'sen-\ n -s [It, fr. L concentus …

… hands) 2 a : to render less dilute or diffuse (1) : to remove water from (making maple syrup one ~s the sap by boiling) (2) : to separate dross from (repeated concentrating of the ore is necessary) (3) : to free from impurities (copper may be concentrated electrolytically) b : to express the essence of (the message of the New Testament is concentrated in the Sermon on the Mount) : render more condensed (the essence of her sex was concentrated in her charming obstinacy) ~ vi 1 : to draw toward or meet in a common center 2 : to settle closely : GATHER, COLLECT (recent immigrants tend to ~ in port cities) (social and racial tensions ~ in industrial centers) 3 a : to bring all one's powers, faculties, or activities to bear (as upon a course of action, a thought, or an object) (~ on a problem) (farmers are concentrating on wheat this year) (to be able to ~ on the same matter for a considerable time is essential to difficult achievement —Bertrand Russell) b : MAJOR **syn** see UNIFY

[2]concentrate \"\ adj [com- + L centrum + E -ate (adj. suffix)] : CONCENTRATED

[3]concentrate \"\ n -s : something obtained by concentration : a concentration or concentrated substance: as a : the remainder of dressed ore that contains the mineral sought b : a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to roughage c : a food reduced in bulk by elimination of watery fluid (orange juice ~)

concentrated adj 1 : rich in respect to a particular or essential element : STRONG, UNDILUTED (~ sulfuric acid) (a narrow thread of ~ ore seaming the rocky canyon) 2 : INTENSE (her ~ passion held them at bay) : INTENSIVE (only through ~ study can he hope to qualify for the award) — con·cen·trat·ed·ly adv

concentrated alum n : ALUMINUM SULFATE

concentrated feed n : any animal feed rich in concentrates and low in roughage

concentrated milk n : evaporated milk that is not processed under high pressures or temperatures

concentrate sprayer n : a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also low gallonage sprayer, mist concentrate sprayer, speed sprayer

con·cen·tra·tion \,kän(t)sən·'trāshən also -än,sen-\ n -s [com- + L centrum + E -ation] 1 : the act or action of concentrating: as a : the bringing to a common center; esp : the assembling of troops in an area often as a prelude to military action b : a directing of the attention or of the mental faculties toward a single object c : an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) d : the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c 2 : a result of concentrating : a concentrated mass or thing: as a pharmacy : a crude active principle of a vegetable usu. in the form of a powder or resin b : a group of artillery shells fired on a particular area within a limited time — compare BARRAGE 3 of a solution, mixture, or dispersion : the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter : STRENGTH 4 : DENSITY 1 5 : a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also memory

concentration camp n : a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

concentration point n : a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

con·cen·tra·tive \'kän(t)sən,trād·iv also -än,sen-\ adj : serving or tending to concentrate : characterized by concentration

con·cen·tra·tor \-ād·ə(r)\ n -s : one that concentrates: as a : an apparatus by which something (as an ore or a solution) is concentrated; sometimes : an industrial plant specializing in concentration (as of ore) b : a worker who tends concentrating apparatus c : a student who concentrates (in a particular field of study)

[1]con·cen·tric \kən'sen·trik, (')kän¦s-, -rēk\ also con·cen·tri·cal \-rəkəl, -rēk-\ adj [ML concentricus, fr. L com- + centrum center + -icus -ic — more at CENTER] 1 a : having a common center (as circles one within another) — opposed to eccentric b : having a common axis (as of two or more cones or moraines) : formed about the same axis : COAXIAL 2 geol : marked by the loosening and falling away of successive rounded or spherical shells (~ weathering) (~ exfoliation) — con·cen·tri·cal·ly \-rək(ə)lē, -rēk-, -li\ adv

[2]concentric \"\ n -s : something (as one of two concentric circles) that has a common center with something else

concentric bundle n : a plant vascular bundle in which (1) phloem surrounds xylem or (2) xylem surrounds phloem — called also respectively (1) amphicribral bundle, (2) amphivasal bundle

concentric cable n : COAXIAL CABLE

concentric corpuscle n : CORPUSCLE OF HASSALL

concentric groove n : the single continuous silent groove at the end of a disc recording, cut there to prevent the pickup from traveling further toward the center of the record

con·cen·tric·i·ty \,kän,sen·'trisəd·ē\ n -ES : the quality or state of being concentric

concents pl of CONCENT

con·cen·tus \kən'sentəs, kän-\ n, pl concentus [L, harmony — more at CONCENT] : the part of a church service (as that in which hymns or psalms are sung) that is sung by the whole choir — contrasted with accentus

con·cep·ci·ón or con·cep·ci·on \kən¦sepsē¦ōn, (')kän-, -¦sän, -¦ōn, kən'sepshən\ adj, usu cap [fr. Concepción, Chile] : of or from the city of Concepción, Chile : of the kind or style prevalent in Concepción

con·cept \'kän,sept\ n -s [LL conceptus thought, fr. L, collection, gathering, fetus, fr. conceptus, past part. of concipere to conceive — more at CONCEIVE] : something conceived in the mind : THOUGHT, IDEA, NOTION: as a philos : a general or abstract idea : a universal notion: (1) : the resultant of a generalizing mental operation : a generic mental image abstracted from percepts; also : a directly intuited object of thought (2) : a theoretical construct (the ~ of the atom) b logic (1) : an idea comprehending the essential attributes of a class or logical species : a universal term or expression or its meaning (2) : a propositional function, logical relation, or property c : an idea that includes all that is characteristically associated with or suggested by a term : CONCEPTION **syn** see IDEA

con·cep·ta·cle \kən'septəkəl\ n -s [F, fr. L conceptaculum, fr. conceptus, past part. of concipere to receive, conceive] 1 obs : a hollow vessel : RECEPTACLE 2 bot a obs : FOLLICLE b : an enclosing cavity just beneath the surface of the plant body that contains reproductive structures in members of the genus Fucus and certain other algae — con·cep·tac·u·lar \,känsep-¦takyələ(r)\ adj

con·cep·tac·u·lum \,kän,sep'takyələm\ n, pl conceptacu·la \-lə\ [NL, fr. L] : CONCEPTACLE 2

con·cep·ti·ble \kən'septəbəl\ adj [ML conceptibilis, fr. L conceptus + -ibilis -ible] : CONCEIVABLE

con·cep·tion \kən'sepshən\ n -s [ME concepcioun, fr. OF concepcion, fr. L conception-, conceptio …

EXHIBIT A.35

use : a note to help or jog the memory : one of the notes in a diary ⟨this book . . . was assembled from his diaries, ~s, and letters —*New Yorker*⟩ **b** : MEMENTO, REMINDER **2 a** (1) : a brief or informal note in writing of some transaction or an outline of an intended instrument : an instrument drawn up in a brief and compendious form (2) : the clause beginning a r... in the former Court of King's Bench in proceedings by ... : MEMORANDUM OF ASSOCIATION (4) : the body of ...s making up the clause in a marine insurance policy e...g the insurer wholly or partially from liability for loss on ...us articles **b** (1) : a statement by the shipper of the term... of a shipment sent with the privilege of return if not sold — used esp. in the jewelry trade (2) : the third or duplicate copy of a bill of lading **3 a** : an informal diplomatic communication; *specif* : a written statement from a department of state or a ministry of foreign affairs to an embassy or legation used esp. for routine transmissions or inquiries and never bearing a signature **b** : a usu. brief informal communication typically written for interoffice circulation on paper headed *memorandum* ⟨depend on countless *memoranda* for giving directions and for exchanging essential information —Milton Hall⟩ **c** : a routine publication by an authorized military headquarters containing directive, advisory, or informative matter

²**memorandum** \"\ *vt* -ED/-ING/-S : to make a memorandum of

**memorandum decision** *or* **memorandum opinion** *n* **1** : a brief opinion of a court or a judge announcing the result of litigation without an extended discussion of the principles involved but sometimes with the citation of precedents — compare PER CURIAM DECISION **2** : an opinion of the Tax Court of the U. S. that is ordered not to be published but that is authoritative as a precedent **3** : an opinion of a court or a judge announcing the conclusions reached on the issues of fact and of law and giving directions as to the matters to be set forth in an order, judgment, or decree to be entered **4** : an opinion of a court or a judge setting forth the conclusions reached on issues of fact and of law and containing the actual order, judgment, or decree of the court or judge

**memorandum of association** *Eng law* : a document resembling articles of association in the U. S. which in case of a company to be formed legally must be executed and filed to form the charter of the company

**mem·o·ra·tive** \ˈmemə͵rād·iv, ˈmem(ə)rəd-\ *adj* [ME *memoratif*, fr. MF, fr. LL *memorativus*, fr. L *memoratus* (past part. of *memorare* to remind) + *-ivus* -ive — more at MEMORABLE] **1** *archaic* : COMMEMORATIVE **2** : relating to the memory ⟨powers perfected by experience . . . estimative and ~ powers —G.P.Klubertanz⟩

¹**me·mo·ri·al** \məˈmōrēəl, -mȯr-\ *adj* [ME, fr. L *memorialis*, fr. *memoria* memory + *-alis* -al — more at MEMORY] **1** : serving to preserve remembrance : COMMEMORATIVE ⟨a ~ building⟩ ⟨a ~ sketch⟩ ⟨a ~ showing of an artist's work⟩ **2** : of or relating to memory : utilizing, caused by, or done from memory ⟨the scene had been gotten by shorthand or ~ method —C.A. Greer⟩ ⟨the bad quarto . . . is a ~ reconstruction —Leo Kirschbaum⟩ ⟨~ contamination . . . of a manuscript⟩

²**memorial** \"\ *n* -S [ME, fr. LL *memoriale*, fr. L, neut. of *memorialis*, adj.] **1** *obs* : MEMORY, REMEMBRANCE, RECOLLECTION **2 a** (1) : something that serves to preserve memory or knowledge of an individual or event : RELIC, TRACE ⟨the form in which he expresses his emotion bears no ~ of any external form that may have provoked it —Clive Bell⟩ ⟨a ~ of those stormy feuds . . . is the thick oak door with its square hole —Brian Fitzgerald⟩ ⟨their bones remain . . . as ~s of a noble attempt —W.E.Swinton⟩ (2) : something that is kept to preserve the memory of a person or event : KEEPSAKE, MEMENTO ⟨carved walking stick, umbrella and best black hat still remained, sacred ~s —Rex Ingamells⟩ ⟨revive the liking for wearing ~s of the dead —Joan Evans⟩ (3) : something ...d to commemorate or preserve the memory of a person ... ⟨his two-volume ~ to his father . . . was published ...nt *Blog.*⟩ ⟨to visit this ~ to a former slave is a rewarding ex...rience —Oscar Schisgall⟩ ⟨Walker *Memorial* is the s... center —*Visitor's Guide to Mass. Inst. of Tech.*⟩ ⟨the m... should be regarded as a ~ rather than an interment —F.M.Stanton⟩ ⟨the state's history is well recorded in 17 historic ~s —Melvin Beck⟩ ⟨established a scholarship as a ~ to his late father⟩ **b** : COMMEMORATION **3 a** : RECORD, MEMOIR ⟨the text of the ~ that accompanied the map —Marjorie S. Douglas⟩ **b** : MEMORANDUM, NOTE ⟨present a long ~ to the emperor —*Times Lit. Supp.*⟩; *specif* : a legal abstract **c** (1) : a statement of facts addressed to a government or some branch of it often accompanied with a petition or remonstrance ⟨submitted a ~ to Congress —Joseph Dorfman⟩; *also* : a similar statement presented to a nongovernmental body (2) : a pleading before the Permanent Court of International Justice in which a case is set forth including facts, law, and submissions

³**memorial** \"\ *vt* -ED/-ING/-S : MEMORIALIZE

**memorial arch** *n* : TRIUMPHAL ARCH

**memorial day** *n, usu cap M&D* **1** : May 30 observed as a legal holiday in most states of the U. S. in commemoration of dead servicemen — called also *Decoration Day* **2** : CONFEDERATE MEMORIAL DAY **3** : any of several days set aside for the public commemoration of war dead

**me·mo·ri·al·ist** \-ələst\ *n* -S **1** : a person who writes or signs a memorial ⟨the ~s are not entitled to be heard —T.E.May⟩ **2** : a writer of memorials or memoirs ⟨France's amplest secret ~ —Janet Flanner⟩; *specif* : one who writes a commemorative memoir ⟨critics of the work rather than ~s of the man —*Times Lit. Supp.*⟩

**me·mo·ri·al·iza·tion** \-͵ələˈzāshən, -͵līˈz-\ *n* -S : the act or an instance of memorializing or the state of being memorialized ⟨won . . . glamour for future ~ —J.F.Dobie⟩

**me·mo·ri·al·ize** \-͵līz\ *vt* -ED/-ING/-S **1** : to address or petition by a memorial : present a memorial to ⟨~ the governors and legislatures of the several states —E.M.Carroll⟩ **2** : COMMEMORATE ⟨*memorialized* by an avenue bearing his name —David Dempsey⟩ — **me·mo·ri·al·iz·er** \-zə(r)\ *n* -S

**me·mo·ri·al·ly** \-rēəlē\ *adv* : by memory : as a memorial

**memorial mass** *n, often cap both Ms* : a Roman Catholic requiem mass offered on specif. appointed days of the year for the repose of a dead person's soul

**memorial park** *n* : CEMETERY

**memorial rose** *n* : a vigorous prostrate or trailing evergreen rose (*Rosa wichuraiana*) of eastern Asia with large fragrant white flowers in clusters of few to many

**memorial service** *n* : a commemorative service of worship held for a dead person

**memorial stamp** *n* : a commemorative stamp

**me·mo·ria tech·ni·ca** \məˈmōrēəˈteknəkə\ *n* [NL, lit., artificial memory] : an artificial aid to the memory : a mnemonic aid ⟨evidence the survival of this primitive *memoria technica* —Edward Clodd⟩

**mem·o·ried** \ˈmem(ə)rēd, -rid\ *adj* [*memory* + *-ed*] **1** : having a memory of a specified kind — usu. used in combination ⟨long-*memoried* men and women . . . were not deluded —Eden Phillpotts⟩ **2 a** : full of memories ⟨this serene and ~ village —*Amer. Guide Series: Vt.*⟩ **b** : REMEMBERED ⟨explosion of ~ happiness —Han Suyin⟩

¹**me·mo·ri·ter** \məˈmōrə͵te(ə)r, -ōrəd·ər\ *adv* [L, fr. *memor* mindful — more at MEMORY] : by or from memory : by heart ⟨learn ~ a series of propositions —*World Rev.*⟩

²...**riter** \"\ *adj* : marked by emphasis on memorization ... is little ~ work required —*Atlantic*⟩

...**ri·za·tion** \͵mem(ə)rəˈzāshən, ͵memə͵rīˈz-\ *n* -S : the ... an instance of memorizing

...**·rize** \ˈmemə͵rīz\ *vb* -ED/-ING/-S [*memory* + *-ize*] *vt* ... *archaic* : to commemorate in writing : RECORD, MENTION ⟨the great founders of the university are tactfully *memorized* —*Encyc. Britannica*⟩ **b** *archaic* : to cause to be remembered : COMMEMORATE ⟨entombed with a Northern spade and *memorized* with a Northern slab —H.R.Helper⟩ **c** *chiefly dial* : REMEMBER ⟨I ~ that egg —Earl Hamner⟩ ⟨wanted folk to ~ him —Stewart Toland⟩ ⟨for the first time in *memorized* history man was free to act —*Time*⟩ **2** : to commit to memory : learn by heart ⟨dread to ~ a speech for fear they will forget it —Max Eastman⟩ ~ *vi* : to learn something by heart ⟨these children can . . . ~ easily —Gertrude H. Hildreth⟩

**mem·o·riz·er** \-zə(r)\ *n* -S : one that memorizes

**mem·o·ry** \ˈmem(ə)rē, -ri\ *n* -ES [ME *memorie*, fr. MF *memorie, memoire*, fr. L *memoria*, fr. *memor* mindful + *-ia* -y; akin to OE *gemimor* well-known, *mimorian* to remember, MD *mimeren* to muse, brood, L *mora* delay, OIr *airmert* prohibition, Gk *mermēra* trouble, Skt *smarati* he remembers; basic meaning: to remember] **1 a** *archaic* : a ceremony of commemoration : a service for the dead **b** *obs* : a historical or biographical record **c** *obs* : MEMORIAL, MEMENTO **2 a** (1) : the power or process of reproducing or recalling what has been learned and retained esp. through nonconscious associative mechanisms : conscious or unconscious evocation of things past ⟨semantic reception is associated with great use of ~ —Norbert Wiener⟩ ⟨seemed lost in thought or ~ —E.A. McCourt⟩ ⟨in ~, one images or reproduces his whole state of mind on the remembered occasion —Richard Taylor⟩ (2) : this power regarded as vested in an individual : an individual's capacity for reproducing or recalling what has been learned and retained ⟨has a good ~ for faces⟩ ⟨rely on the faulty ~ of a cross section of people —S.L.Payne⟩ ⟨his ~ annoyed him . . . it did not work willingly any more —Stuart Cloete⟩ (3) : the process of reproducing or recalling what has been learned as manifested in some special way or as associated with some bodily process ⟨visual ~⟩ ⟨muscular ~⟩ **b** : persistent modification of structure or of behavior resulting from an organism's activity or from its passively acquired experience **c** (1) : the totality of what has been learned and retained esp. as evidenced by recall and recognition ⟨drew on his ~ to supply the needed names⟩ ⟨even birds and animals have an ancestral ~ —*Horizon*⟩ (2) : the function of memory regarded as a compartment or chamber in which images, perceptions, or learning are stored ⟨filling their ~ with a lumber of words —R.L.Stevenson⟩ ⟨the invisible storehouse in nothingness, called ~ —Walter Sorell & Denver Lindley⟩ ⟨retain in their ~ the preceding movements —George Balanchine⟩ ⟨a richly stored ~⟩ **3 a** (1) : commemorative remembrance ⟨a statue erected in ~ of the hero⟩ ⟨has been held in ~ in Ireland —Maxwell Nurnberg & Morris Rosenblum⟩ ⟨a local museum dedicated to the ~ of the celebrity —*Amer. Guide Series: Maine*⟩ (2) : a person or thing held in commemorative remembrance ⟨his deeds are the country's proudest *memories*⟩ **b** : the fact or condition of being remembered ⟨~ of such upheavals goes back to remote antiquity⟩ ⟨persecutions which were of recent ~ —K.S.Latourette⟩ **4 a** : a particular act of recalling something learned or experienced : the fact or a condition of recalling : REMEMBRANCE, RECOLLECTION, RECALL ⟨woke with . . . complete ~ of where she had been —Pearl Buck⟩ ⟨have no ~ of that incident⟩ ⟨recited the poem from ~⟩ **b** (1) : an image, impression, or other mental trace of someone or something known or experienced : the content of something remembered ⟨my first ~ is one of being held up to a window —George Dangerfield⟩ ⟨the ~ of his voice as distinct in her mind as it ever had been in her ear —Glenway Wescott⟩ ⟨pleasant *memories* of an Italian summer⟩ ⟨the ~ of the captain's wife had not left him —Carson McCullers⟩ ⟨*memories* of the Japanese occupation . . . created a heritage of ill will —R.H.Fifield⟩ ⟨have written down their ~ . . . of one such occasion —F.I.Cobb⟩ ⟨made the town's isolation a ~ —*Amer. Guide Series: Texas*⟩ ⟨the course is a ~ and a mark is no longer even a ghost —Norman Nathan⟩ ⟨the depression is only a bad ~⟩ (2) : the total impression or generalized image of a person preserved in remembrance, history, or tradition : posthumous opinion ⟨this ruler left behind him golden *memories*⟩ ⟨a prince of glorious ~⟩ (3) : the character, personality, or achievements of a person as preserved in remembrance ⟨the man whose ~ the Royal Irish Academy honors —Gearoid O'Sullivan⟩ ⟨his ~ recalled the most wonderful and exciting . . . adventures —R.H.Davis⟩ ⟨hates her ~ and all other women —Lucy M. Montgomery⟩ **c** : the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **5** : CONCENTRATION 5 **6** : a component in an electronic computing machine into which information (as the data involved in and the instructions governing the calculations to be performed) can be inserted, stored (as in the form of magnetized spots on a special drum or tape or of charged spots on a cathode-ray tube), and automatically extracted when needed **7 a** : a capacity for showing effects recognized as the result of past treatment — used esp. of materials ⟨the wire begins to turn in the other direction corresponding to the first twisting — the ~ of the recent short-term handling has been obliterated by that of the more remote but longer lasting and therefore more impressive one —Bernhard Gross⟩ **b** : a capacity for returning to a former condition (as after being stretched) — used esp. of a material ⟨the ~ will cause the material to resume the shape it had when you purchased it —*Road Mag.*⟩

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE, MIND, SOUVENIR: MEMORY applies both to the faculty of remembering and to what is remembered, sometimes remembered dearly or cherished ⟨a very good *memory*⟩ ⟨a *memory* training course⟩ ⟨it was the merest *memory* now, vague and a little sweet, like the remembrance of some exceptional spring day —John Galsworthy⟩ REMEMBRANCE can be the same as MEMORY but more often refers to the act of remembering and usu. to a particular act of remembering esp. something pleasant or cherished in memory, or it may apply to the state of being remembered ⟨the only moments I've lived my life to the full and that live in *remembrance* unfaded —W.W.Gibson⟩ ⟨the vivid *remembrance* of an almost identical setting one evening —Henry Miller⟩ ⟨the *remembrance* of things past —Shak.⟩ ⟨the *remembrance* of the event always brought a pang of regret⟩ RECOLLECTION is like REMEMBRANCE but carries a strong suggestion of more voluntary and sometimes effortful recalling to mind, and it may apply to the thing remembered in this way ⟨they have a tendency to forget the facts of the present in their fond *recollection* of the past —S.M.Crothers⟩ ⟨you ask me to put down a few *recollections* of your father —W.E.H. Lecky⟩ REMINISCENCE may refer to remembrance of something long past, esp. as remembered casually and accidentally; it is closely synonymous with RECOLLECTION in references to what is remembered ⟨would use all the techniques of modern psychology in his analyses of the subconscious; the phenomena of involuntary *reminiscence* fascinate him —B.M.Woodbridge⟩ ⟨the author's own *reminiscences* of childhood and youth are a good deal less pretentious and more amusing than this model —*Times Lit. Supp.*⟩ MIND in this sense commonly appears only in a few idiomatic phrases ⟨to keep in *mind*⟩ ⟨out of sight, out of *mind*⟩ SOUVENIR may still be used as a synonym of MEMORY ⟨then she carefully restored them, her mind full of *souvenirs* newly awakened —Arnold Bennett⟩

**memory book** *n* **1** : SCRAPBOOK ⟨not so much a book of memoirs as a *memory book* —*New Yorker*⟩ **2** : a small album for autographs

**mem·o·ry·less** \ˈmem(ə)rēləs, -ril-\ *adj* : devoid of memory

**memory span** *n* : the greatest amount (as the longest series of letters or digits) that can be perfectly reproduced by the subject after a single presentation by the experimenter

**memory tube** *n* : a vacuum tube (as a camera tube or electronic computer tube) that retains information for later use by having a receptive element on which an electron beam impresses signals

**memory verse** *n* : a brief passage of Scripture to be memorized in connection with a Sunday-school lesson — compare GOLDEN TEXT

**memos** *pl of* MEMO, *pres 3d sing of* MEMO

**mem·phi·an** \ˈmem(p)fēən\ *n* -S *cap* [*Memphis*, Egypt + E *-an*] **1** : MEMPHITE; *also* : EGYPTIAN **2** [*Memphis*, Tenn. + E *-an*] : a native or resident of Memphis, Tenn.

**mem·phis** \-fəs\ *adj, usu cap* [fr. *Memphis*, Tenn.] : of or from the city of Memphis, Tenn. ⟨the *Memphis* cotton market⟩ : of the kind or style prevalent in Memphis

¹**mem·phite** \ˈmem͵fīt\ *n* -S *usu cap* [L *Memphites*, fr. Gk *Memphitēs*, fr. *Memphis*, Egypt + Gk *-itēs* -ite] : a native or resident of ancient Memphis in Egypt

²**memphite** \"\ *also* **mem·phit·ic** \(ˈ)memˈfid·ik\ *adj, usu cap* [*Memphite* fr. L *Memphites*, fr. *Memphites*, n.; *Memphitic* fr. Gk *Memphitikos*, fr. *Memphitēs* + *-ikos* -ic] : of or relating to ancient Memphis, its inhabitants, or the dynasties of Egyptian kings who made it their capital

**mem·phit·ic** \memˈfid·ik\ *n* -S *usu cap* [fr. *Memphitic*, adj.] : the Coptic dialect of Memphis and vicinity

**mems** *pl of* MEM

**mem·sahib** \ˈmem+͵-\ *n* [Hindi *mem-sāhib*, fr. E ²*ma'am* + Hindi *sāhib* — more at SAHIB] : a foreign woman of the white race and some social status living in India ⟨growing up to be another nice infuriating superior English ~ —H.E.Bates⟩; *esp* : the wife of an English official or other white man of some social status in colonial India ⟨found the white ~s more violently intoxicated with . . . race poison than their men —Edmond Taylor⟩ ⟨this is a ~'s book, recalling . . . the last years of that ascendancy in India —*Times Lit. Supp.*⟩ ⟨houses designed for British officials and their ~s —Christopher Rand⟩

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*meno*pause⟩ ⟨*men*acme⟩

**me·nac·can·ite** \məˈnakə͵nīt\ *n* -S [irreg. fr. *Manaccan*, Cornwall, England + E *-ite*] : ILMENITE — **me·nac·can·it·ic** \-͵-ˈnid·ik\ *adj*

¹**men·ace** \ˈmenəs *also* -nis\ *n* -S [ME *manace, menasse*, fr. MF *manace, menace*, fr. L *minacia*, fr. *minac-, minax* projecting, threatening (fr. *minari* to project, threaten) + *-ia* -y — more at MOUNT] **1 a** : a show of intention to inflict harm : a threatening gesture, statement, or act ⟨~s of damnation —T.S.Eliot⟩ ⟨spitting angry ~s at her —Arnold Bennett⟩ ⟨would advance with simulated ~ —Osbert Lancaster⟩ ⟨exploding in ~s and threats of vengeance —George Meredith⟩ **b** : threatening import, character, or aspect : THREAT ⟨ominous silence of the woods held no ~ for her —Osbert Sitwell⟩ ⟨the ~ of the European war to American interests —C.B.Forcey⟩ ⟨the sky became leaden with vague ~ —Adrian Bell⟩ ⟨with a hysterical cry of ~ —C.G.D.Roberts⟩ **c** : the condition of being threatened : a threatening atmosphere or situation ⟨in the ~ and confusion of the . . . postwar period —Hans Weigel⟩ : impending evil ⟨a sense of ~, of unease, runs through their conversation —T.H.White b.1915⟩ **2 a** : someone or something that represents a threat : DANGER ⟨tuberculosis and syphilis were major ~s —T.H.Fielding⟩ ⟨the intoxicated motorist is a ~ to life and limb —Wayne Hughes⟩ ⟨the ~s of air, such as tornado and whirlwind —Osbert Sitwell⟩ **b** : a person whose actions or idiosyncrasies cause intense annoyance or discomfiture ⟨that boy's a ~⟩ ⟨her friends were beginning to find her a ~ —Guy McCrone⟩

²**menace** \"\ *vb* -ED/-ING/-S [ME *manacen, menacen*, fr. MF *manacer, menacer*, fr. *manace, menace*, n.] *vt* **1 a** : to make a show of intention to harm : make a threatening gesture, statement, or act against ⟨*menaced* him with immediate expulsion —G.B.Shaw⟩ **b** : to threaten the infliction of : offer threat of ⟨*menacing* the emperor's displeasure —S.T.Coleridge⟩ ⟨he *menaced* ruin —H.R.Trevor-Roper⟩ **2** : to represent or pose a threat to : ENDANGER ⟨the ferries were *menaced* by floating mines —P.W.Thompson⟩ ⟨mature bolls are *menaced* by the army worm —*Amer. Guide Series: Ark.*⟩ ~ *vi* : to make a threatening gesture, statement, or act ⟨the few snakes that ~ with their mouths open —C.H.Curran & Carl Kauffeld⟩ **syn** see THREATEN

**menacing** *adj* [fr. pres. part. of ²*menace*] : presenting, suggesting, or constituting a menace : THREATENING ⟨unemployment reached ~ proportions —P.E.James⟩ ⟨his all-knowing and rather ~ smile —Louis Auchincloss⟩ ⟨the prospect of a third world war is so ~ —John Strachey⟩ ⟨chamber was somber and almost ~ —Dorothy Sayers⟩ — **men·ac·ing·ly** *adv*

**men·acme** \mən, (ˈ)mēn+\ *n* [*men-* + *acme*] : the portion of a woman's life during which menstruation occurs

**menad** *var of* MAENAD

**men·a·di·one** \͵menəˈdī͵ōn\ *n* -S [*me*thyl + *na*phthoquinone + *-dione*] : a yellow crystalline compound $C_{11}H_8O_2$ that is usu. made by oxidation of beta-methylnaphthalene, that has the biological activity of natural vitamin K to which it is chemically related, and that is often administered in the form of a water-soluble white crystalline addition compound with sodium bisulfite; 2-methyl-1,4-naphthoquinone — called also *vitamin $K_3$*

**me·na·do·nese** \me͵nädəˈnēz, -ēs\ *n, pl* **menadonese** *cap* [*Menado* (Manado) residency in Celebes, Indonesia + E *-nese* (as in *Japanese*)] : an Indonesian native or inhabitant of Manado in northeastern Celebes

**mé·nage** \(ˈ)mäˈnäzh, -näzh\ *n* -S [F *ménage*, fr. OF *mesnage* dwelling house, fr. (assumed) VL *mansionaticum*, fr. L *mansion-, mansio* habitation, dwelling — more at MANSION] **1 a** : a domestic establishment : HOUSEHOLD ⟨a respectable ~ —F.A.Swinnerton⟩ ⟨an unstable ~ —Harry Levin⟩ ⟨add one or two concubines to his ~ —John Blofeld⟩ **b** : a place in which a person keeps house or that is managed like a household : QUARTERS ⟨lunch with the young men at their mess — as all communal ~s appear to be called in the East —Evelyn Waugh⟩ ⟨apartment, an eight-room ~ on the fourteenth floor —E.J.Kahn⟩ ⟨very formal, and very well kept, whereas I had expected to find myself in an entirely Bohemian ~ —George Copeland⟩ **c** : domestic management : HOUSEKEEPING ⟨accommodates our democratic ~ to the taste of the richest and most extravagant plebeian among us —W.D.Howells⟩ **2 a** : a savings club organized in some Scottish and English communities so that each member pays in a set sum each week and the total sum is paid to a different member each week **b** *dial Brit* : the selling of goods (as cloth) on installments often by an itinerant vendor

**ménage à trois** \mänäzhä·trwä\ *n* [F, lit., household of three] : an arrangement or relationship in which a married pair and the lover of one of the pair form a single household usu. with the consent or tolerance of the other married partner ⟨leaves a feeble young husband to become part of a Bohemian *ménage à trois* —*Times Lit. Supp.*⟩ ⟨a more or less harmonious *ménage à trois* —Edmund Wilson⟩

**me·nag·er·ie** \məˈnajərē, -ri *sometimes* -azhə-\ *n* -S [F *ménagerie*, fr. MF *menagerie* management of a household or a farm, place where animals are tended, fr. *menage* household + *-erie* -ery] **1 a** : a place where animals are kept and trained esp. for exhibition **b** : a collection of wild or foreign animals in cages or enclosures; *esp* : one kept for exhibition (as with a circus) **c** *obs* : AVIARY **2** : a group or collection of persons that are strange, odd, or startling or foreign to one's experience ⟨a wonderful ~ of royal hangers-on —V.S.Pritchett⟩

**me·nag·er·ist** \-rəst\ *n* -S : the proprietor or manager of a menagerie

**me·nai·on** \məˈnā͵ȯn\ *n, pl* **me·naia** \-āə\ [MGk *mēnaion*, fr. neut. of *mēnaios* monthly, fr. Gk *mēn* month — more at MOON] *usu cap* : a collection of hymns and collects for all days of the year in the Eastern Orthodox Church arranged in calendar order and usu. divided into 12 volumes each for a different month and each containing the proper of the immovable feasts of Christ or the saints for the month; *also* : any of these volumes

**menald** \ˈmenᵊld, ˈmēn-\ *adj* [origin unknown] : SPECKLED, VARIEGATED

**me·naph·thone** \məˈnaf͵thōn\ *n* -S [*me*thyl + *naphtha*quin*one*] : MENADIONE

**men·ar·che** \məˈnär(͵)kē, meˈ-\ *n* -S [NL, fr. *men-* + Gk *archē* beginning — more at ARCHI-] : the initiation of menstruation : the first menstrual period of an individual — **men·ar·che·al** *also* **men·ar·chi·al** \-͵kēəl\ *adj*

**men·as·pis** \məˈnaspəs\ *n, cap* [NL, fr. Gk *mēnē* moon + NL *-aspis* — more at MOON] : a genus of Upper Permian cartilaginous fishes (subclass Holocephali) related to the chimaeras

**me·nat** \ˈmā͵nät\ *n* -S [Egypt *mnit*] : an amulet worn in ancient Egypt to secure divine protection



menat

**me·nav·e·lings** \məˈnavələnz, -liŋz\ *var of* MANAVELINS

**menc·ken·ese** \͵meŋkəˈnēz, -enk-, -ēs\ *n* -S *usu cap* [H. L. *Mencken* †1956 Amer. journalist and satirist + E *-ese*] : the peculiarly vigorous racy flamboyant and often caustic style characteristic of the journalist Mencken or a style patterned on or resembling that of Mencken ⟨difficult to read through a daily paper without finding a feature writer who employs *Menckenese* —George Mayberry⟩

EXHIBIT A.35

36


WEBSTER'S
THIRD
NEW INTERNATIONAL
DICTIONARY
A Merriam-Webster
LATEST UNABRIDGED
EXHIBIT A.36
LP-000001234
G.&C. MERRIAM COMPANY

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.
1965

**EXHIBIT A.36**

COPYRIGHT © 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS

COPYRIGHT © 1909, 1913, 1923, 1924, 1926, 1927, 1930, 1934, 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS PHILIPPINES COPYRIGHT 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.
PREVIOUS EDITION COPYRIGHT 1925 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO.

ALL RIGHTS RESERVED
UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.

*All rights reserved*

MADE IN THE U.S.A.

R. R. DONNELLEY & SONS COMPANY, THE LAKESIDE PRESS, CHICAGO, ILL., U.S.A.
COMPOSITORS
H. O. HOUGHTON AND COMPANY, THE RIVERSIDE PRESS, CAMBRIDGE, MASS., U.S.A.
PRINTERS AND BINDERS



EXHIBIT A.36

links united : a series or order of things depending on each other as if linked together : CHAIN ⟨a complicated ~ of circumstances —Frederick Johnson⟩

**con·cat·e·na·tor** \kän'kad·ə,nād·ə(r), kən-, -atə,nā-, -at°n,ā-, -ātə-\ *n* -s : one that concatenates

**con·caus·al** \(')kän¦kózəl\ *adj* : operating as a concause

**con·cause** \'kän,kòz\ *n* -s [ML *concausa*, fr. L *com-* + *causa* cause — more at CAUSE] : one of several causes acting together

**con·cave** \'kän,kāv, *esp Brit sometimes* -äŋ,-\ *n* -s [MF, fr. ...ve, adj.] **1 a** : a hollow within a mass or in a surface ⟨...an ... splits the cliff and discloses a ~ fashioned by his ... —E.K.Chambers⟩ **b** : a curved recess : a depression resembling a bowl **c** *obs* : the bore of a gun **2 a** : the inner face of a bowl-shaped structure **b** : the vault of the sky **3** *obs* : a concave lens or mirror **4** : a set of bars bearing teeth, rasps, or rubber facing curved partly around a rotating threshing cylinder as an aid in shelling grain or seeds in a thresher

²**concave** \(')¦:¦-\ *adj* [MF, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] **1** *obs* : having a hollow interior ⟨~ ... as a worm-eaten nut —Shak.⟩ **2 a** : hollowed or rounded inward like the inside of a bowl **b** : having a shape that is thought of as curving inward — opposed to *convex* **3** : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface; opposed to *convex* — **con·cave·ly** *adv* — **con·cave·ness** *n* -ES

³**concave** \"\ *vb* -ED/-ING/-s *vt* : to make concave ~ *vi* : to curve concavely

**concave grating** *n* : a reflection grating ruled on a concave mirror

**concave polygon** *n* : a polygon with one angle larger than a straight angle

**con·cav·er** \(')kän¦kāvə(r)\ *n* -s : one that shapes or forms a concave surface or edge

**con·cav·i·ty** \kän'kavəd·ē, -ətē, -i *sometimes* kən-\ *n* -ES [MF *concavité*, fr. LL *concavitat-, concavitas*, fr. L *concavus* + *-itat-, -itas* -ity] **1 a** : a concave line or surface or the space included by it : a hollow esp. of a vault or a hemisphere **b** : a depression resembling a bowl **2** : CONCAVE 1 **3** : the quality or state of being concave

**con·ca·vo-con·cave** \kän¦kā(,)vō¦kän,kāv\ *adj* [*concavo-* (fr. L *concavus*) + E *concave*] : concave on both sides — used esp. of a lens

**con·ca·vo-con·vex** \kän¦kā(,)vō+\ *adj* [*concavo-* + *convex*] **1** : concave on one side and convex on the other **2** *of a lens* : having the concave side of greater curvature than the convex side

**con·ceal** \kən'sēl, *esp bef pause or cons* -ēəl\ *vt* -ED/-ING/-S [ME *concelen*, fr. MF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] **1** : to prevent disclosure or recognition of : avoid revelation of : refrain from revealing : withhold knowledge of : draw attention from : treat so as to be unnoticed ⟨confessing ... things a woman ought to ~ —Thomas Hardy⟩ **2** : to place out of sight : withdraw from being observed : shield from vision or notice ⟨it grew so thickly as to ~ the roof —Richard Jefferies⟩

**syn** HIDE, BURY, SECRETE, CACHE, SCREEN, ENSCONCE: CONCEAL and HIDE are general terms often interchangeable. CONCEAL may be applied freely to persons and animals, objects, attributes, conditions, facts, or ideas ⟨Sophia had held the telegram *concealed* in her hand and its information *concealed* in her heart —Arnold Bennett⟩ ⟨Elizabeth was forced to *conceal* her lover from her father —Virginia Woolf⟩ ⟨politeness may *conceal* a legitimate wish that dare not put itself in bald speech —R.P.Blackmur⟩ CONCEAL may indicate any hiding or masking of any motive, from reprehensible secrecy to aesthetic improvement ⟨*conceal* a murder⟩ ⟨*conceal* a scar⟩ ⟨*concealing* a scratch on a piece of furniture⟩ ⟨*conceal* a bad odor⟩ It need ... suggest covering. It often implies a certain design or artfulness. HIDE may differ from CONCEAL in suggesting less conscious ...t and artfulness, and hence less effectiveness, but occas. ... urgency ⟨*hidden* things that had never been concealed, ...ad merely been dropped ...y into forgotten corners and ...-the-way places —Elizabeth M. Roberts⟩ ⟨with these ...soling words he tried to *hide* from her the doubt that had entered his mind —Morley Callaghan⟩ It is less applicable than CONCEAL to senses other than sight. BURY suggests concealment in a low place by covering, esp. by heaping something amorphous ⟨loot *buried* under the ground⟩ or, in more figurative senses, it suggests relegation to obscurity ⟨I would myself be half *buried* in shadows and in darkness —Sherwood Anderson⟩ SECRETE is likely to have an increased suggestion of highly purposive, secretive, stealthy concealment ⟨she could scarcely ... overcome the suspicion of there being many chambers *secreted* —Jane Austen⟩ ⟨and in mere sound *secretes* his inmost sense —Walter de la Mare⟩ CACHE suggests use of storage places affording security or protection as well as concealment, sometimes in the ground. SCREEN suggests protection or concealment from observation or danger by that which screens from a viewer's eyes ⟨*screened* himself under a bush and waited —Thomas Hardy⟩ ⟨the idea of a woman's appealing to her family to *screen* her husband's business dishonor —Edith Wharton⟩ ENSCONCE, in this sense, implies the security of concealment in a raised or walled area ⟨bounded into the vehicle and sat on a stool, *ensconced* from view —Thomas Hardy⟩ ⟨he *ensconced* the boy in a cubbyhole —Peggy Bacon⟩

**con·ceal·able** \-ēləbəl\ *adj* : capable of being concealed

**concealed** *adj, of a hand in canasta and certain forms of rummy* : fully matched and enabling one to go out without previously having melded

**concealed asset** *n* : a tangible or intangible asset that is not reflected on the balance sheet in accounting or finance or that is carried at nominal value (as stock of a subsidiary or a valuable patent)

**concealed bed** *n* : DISAPPEARING BED

**concealed damage** *n* **1** : damage to the contents of a package that is not apparent until the package is opened **2** : a seed rot of peanuts that is not visible until the seed is broken open and that is caused by invasion of the space between the seed halves by various fungi esp. of the genus *Diplodia*

**con·ceal·ed·ly** \-ēlədlē, -ēl(d)lē, -li\ *adv* : in a concealed manner

**concealed loss** *n* : loss of goods from a container not apparent from the condition of the container

**con·ceal·ed·ness** \-ēlədnəs, -ēl(d)n-\ *n*-ES : the quality or state of being concealed

**concealed weapon** *n* : a dangerous weapon so carried on the person as to be knowingly or willfully concealed from sight usu. in violation of statute

**con·ceal·er** \kən'sēlə(r)\ *n* -s : one that conceals

**con·ceal·ment** \-ē(ə)lmənt\ *n* -s [ME *concelement*, fr. MF, fr. *conceler* + *-ment*] **1 a** : the act or practice of concealing : the state of being concealed ⟨process ... could not be served by reason of her absence from or ~ within the state —*Detroit Law Jour.*⟩ **b** : the practice or fact of concealing what ought to be revealed : improper secrecy ⟨his secrecy had the character of prudent reserve, not of cunning or ~ —George Bancroft⟩ **2** *obs* : out-of-the-way knowledge : secret information : MYSTERY **3 a** : a means of concealing : a hiding place **b concealments** *pl* : conditions or facilities for concealing

**concealment cipher** *n* : a method of hiding a message in a cover text (as the trellis cipher)

**con·cede** \kən'sēd\ *vb* -ED/-ING/-s [F or L; F *concéder*, fr. L *concedere*, fr. *com-* + *cedere* to go along, give way, yield — more at CEDE] *vt* **1** : to grant as a right or privilege : ALLOW, RENDER, PERMIT ⟨Britain *conceded* the independence of the ...nies⟩ ⟨we cannot ~ an increase in wages now⟩ ⟨he is willing to ~ his share to his sister⟩ **2** : ADMIT, ACKNOWLEDGE ⟨the right of the state to tax is generally *conceded*⟩: **a** : to accept as true or accurate (as something discussed or debated) ⟨still less does he ~ that the British have any claim to the gratitude of the inhabitants —Michael Clark⟩ ⟨we have no choice but to ~ their figures⟩ **b** : to acknowledge grudgingly or hesitantly ⟨*conceded* that it might be a good idea⟩ ⟨they *conceded* that their decision had been unwise⟩ **c** : to acknowledge as won by an opponent without formal determination of the result ⟨South trumped the return and the opponents *conceded* the rest of the tricks⟩ ⟨the senator *conceded* the election shortly after midnight⟩ **d** : to acknowledge a person to have (even his enemies ~ him courage) ~ *vi* : to make concession : YIELD **syn** see GRANT

**con·ced·ed·ly** *adv* : INDISPUTABLY, ADMITTEDLY ⟨~ honest expressions of opinion —*Time*⟩ ⟨probably not more than one out of ten and ~ not more than one out of four ... are actually rented —Charles Abrams⟩

¹**con·ceit** \kən'sēt, *usu.* -ēd·+V\ *n* -s [ME *conceite* fr. *conceiven* to conceive, after such pairs as ME *deceiven* to deceive: *deceite* deceit] **1 a** (1) : something that results from mental activity : THOUGHT, CONCEPT, CONCEPTION, IDEA (2) *obs* : mental activity : thinking or the capacity to think (3) : individual or personal opinion : JUDGMENT, VIEW **b** : high estimation : favorable opinion : ESTEEM, ADMIRATION; *esp* : excessive appreciation of one's own worth or virtue **2** [trans. of It *concetto* — more at CONCETTO] **a** : a whimsical or fancifully ingenious idea **b** : an elaborate, startling, extravagant, or strained metaphor **c** : the use or the presence of such conceits as an element of poetry **3** : a fancy article : attractive trifle; *esp* : an ingenious decorative item ⟨with new techniques of designing artificial flowers ... some of the resulting ~s are quite fetching —*New Yorker*⟩ **4** *archaic* : capacity for imagination or fancifulness : active fancy **5** *obs* : a seizure of physical or mental illness

**syn** SELF-LOVE, EGOTISM, EGOISM, SELF-ESTEEM, AMOUR PROPRE: CONCEIT indicates a conviction or assumption of one's own superiority in one or more lines of achievement or a general overall highly favorable notion of oneself usu. accompanied by lack of evaluation and irritating offensiveness ⟨*conceit*, being a false estimate of one's abilities or an overestimate of those that are least important, is both a moral and an intellectual failing —C.W.H.Johnson⟩ ⟨Aristotle's "Poetics" was so hard that nobody could understand it and therefore he was fearful lest he should be thought guilty of presumption and *conceit* in trying to explain it at all —Irving Babbitt⟩ SELF-LOVE in nonphilosophic usages may suggest abnormal concentration on one's own wishes and considerations to the exclusion of others ⟨when I am led by *self-love* to keep my seat whilst ladies stand —James Ford⟩ ⟨but the proper meaning of *self-love* is regard to self in distinction from others or regard to some private interest —G.P.Fisher⟩ EGOTISM may indicate a tendency to attract attention to and center interest on oneself and one's achievements ⟨she had the simplest *egotism*, the most open desire to be thought first always —Virginia Woolf⟩ ⟨*egotism* resides more in a kind of proud isolation, in a species of contempt for the opinions and aims of others —A.C.Benson⟩ EGOISM implies a self-centered concentration on one's own desires and aspirations to the exclusion of interest in others ⟨it's not so much selfishness as a sort of—is *egoism* the word? When she wants to do a thing, she doesn't take into account the wants of others at all —B.A.Williams⟩ ⟨the essence of a self-reliant and autonomous culture is an unshakable *egoism*. It must not only regard itself as the peer of any other culture; it must regard itself as the superior of any other —H.L.Mencken⟩ SELF-ESTEEM may indicate either natural well-based commendable pride in self or more shaky and somewhat vain attempts at self-pride and self-adjustment ⟨I do some things very well; but my *self-esteem* is crushed by the multitude of things at which I am a hopeless duffer —G.B.Shaw⟩ ⟨Hollywood propping up the *self-esteem* of celluloid royalty —Gladys B. Stern⟩ AMOUR PROPRE indicates a pride in oneself, often commendable or pardonable but often delicate and susceptible to being wounded ⟨I should doubt the judgment of anyone who told me that the people of Egypt have no *amour propre* or that there does not exist in Egypt today a legitimate feeling of pride for the nation —*Manchester Guardian Weekly*⟩ ⟨our *amour propre* is concerned in believing the war in which we fought a righteous one and the victory in which we participated an unsullied one —*New Republic*⟩

²**conceit** \"\ *vb* -ED/-ING/-s *vt* **1** *obs* : to form a conception of : APPREHEND, UNDERSTAND ⟨our great need of him you have right well ~*ed* —Shak.⟩ **2** *now dial* : IMAGINE, SUPPOSE, THINK ⟨I did ~ a most delicious feast —George Herbert⟩ **3** : to fill with fancies **4** *now dial Brit* : to take a fancy to : LIKE **5** : to hold a favorable opinion of (oneself) : esteem (oneself) ⟨~ himself already a poet —Robert Southey⟩ ~ *vi, now dial* : to form an idea : THINK

**con·ceit·ed** \-ēd·əd,-ētəd\ *adj* [¹*conceit* + *-ed*] **1 a** *obs* (1) : endowed with intelligence or imagination : CLEVER (2) : disposed in opinion or attitude : MINDED; *esp* : favorably disposed or favorably minded — usu. used with *to* or *of* **b** : ingeniously contrived or designed: as (1) : having or exhibiting a literary style marked by conceits (2) : consisting of or constructed upon or around a conceit (3) : containing conceits **2** : entertaining an excessively or unjustifiably high opinion of oneself ⟨the ~ man is rarely a happy man⟩ — **con·ceit·ed·ly** *adv* — **con·ceit·ed·ness** *n* -ES

**conceitless** *adj, obs* : lacking understanding or thought : IGNORANT

**con·ceity** \kən'sēd·ē, -sēd·ē\ *adj* [¹*conceit* + *-y*] **1** *chiefly dial* : CONCEITED, VAIN **2** *chiefly dial* : hard to please : OVERFASTIDIOUS

**con·ceiv·abil·i·ty** \kən,sēvə'biləd·ē, -ətē, -i\ *n* -ES : the quality or state of being conceivable

**con·ceiv·able** \kən'sēvəbəl\ *adj* **1** : capable of being conceived, imagined, or understood **2** : logically possible — **con·ceiv·able·ness** *n* -ES

**con·ceiv·ably** \-blē, -li\ *adv* : in a conceivable manner : POSSIBLY

**con·ceive** \kən'sēv\ *vb* -ED/-ING/-S [ME *conceiven*, fr. OF *conceivre, conceveir*, fr. L *concipere* to take, receive, conceive, proclaim, fr. *com-* + *-cipere* (fr. *capere* to seize, take) — more at HEAVE] *vt* **1 a** *of a mammal, esp. a human being* (1) : to become pregnant with : be with (child or young) (2) : BEGET ⟨he *conceived* their child deliberately —Norman Mailer⟩ (3) *obs* : to make pregnant : IMPREGNATE (4) : to be engendered in the womb — used passively ⟨before he was *conceived* —Lk 2:21 (AV)⟩ **b** : to cause to begin : originate or start (something thought of as capable of subsequent growth and development) ⟨Texas was *conceived* in debt and nourished on depleted paper —R.A.Billington⟩ — usu. used figuratively **2 a** : to take into one's mind : be affected by ⟨I have *conceived* a profound prejudice against such methods⟩ **b** : to form in the mind (as a concept or idea) : evolve mentally (as a plan or stratagem) : form a conception of : IMAGINE, VISUALIZE, IMAGE ⟨a building badly *conceived* and carelessly constructed⟩ **3 a** *archaic* : to apprehend (something) by reason or imagination **b** : COMPREHEND ⟨~ the man⟩ : UNDERSTAND, GRASP **4** : to be of the opinion : THINK, SUPPOSE ⟨we cannot ~ that this course is expedient now⟩ **5** *archaic* : to give forth : EXHIBIT, PRODUCE **6** : to give expression to : COUCH, FRAME, PHRASE ~ *vi* **1** : to become pregnant **2** : to have a conception, idea, or opinion : THINK — usu. used with *of* ⟨who will ~ of our trials and efforts if we succeed?⟩ **syn** see THINK

**con·ce·le·brate** \(')kän+\ *vb* -ED/-ING/-S [L *concelebratus*, past part. of *concelebrare* to celebrate in great numbers, fr. *com-* + *celebrare* to celebrate — more at CELEBRATE] *vt, obs* : to celebrate together ~ *vi* : to celebrate the Eucharist or Mass together

**con·celebration** \(¦)kän+\ *n* -s : a celebration of the Eucharist or Mass in which two or more of the clergy unite in saying the words of the liturgy

**con·cent** \kən'sent\ *n* -s [L *concentus* harmony, fr. past part. of *concinere* to sing together, fr. *com-* + *-cinere* (fr. *canere* to sing) — more at CHANT] **1** *archaic* : a state of accordance : CONSISTENCY **2** *archaic* : concert of voices : concord of sounds

**con·cen·ter** \kən, (')kän+\ *vb* -ED/-ING/-S [MF *concentrer*, fr. *com-* + *centre* center — more at CENTER] *vt* : to draw or direct to a common center : bring together at a focus or point (as lines, ideas, or emotions) : CONCENTRATE ~ *vi* : to come to one point : meet in, converge toward, or have a common center ⟨then begins to ~ the ... nexus of ... habits of reaction to experience —*Survey Graphic*⟩

**con·cen·to** \kən'chen(,)tō, -'sen-\ *n* -s [It, fr. L *concentus* harmony — more at CONCENT] : the simultaneous sounding of the tones of a chord — compare *arpeggio*

**con·central** \kən, (')kän+\ *adj* [*com-* + *central*] : CONCENTRIC — **con·centrally** \"+\ *adv*

¹**con·cen·trate** \'kän(t)sən,trāt *also* -ān,sen-; *usu* -ād·+V\ *vb* -ED/-ING/-S [*com-* + L *centrum* center + E *-ate* (v. suffix) — more at CENTER] *vt* **1** : to bring or direct toward a common center or objective : FOCUS ⟨*concentrating* all their efforts on reaching shore⟩ : gather into one body, mass, or force ⟨there are times when power must be *concentrated* in a few able hands⟩ **2** : to render less dilute or diffuse: **a** (1) : to remove water from ⟨in making maple syrup one ~s the sap by boiling⟩ (2) : to separate dross from ⟨repeated *concentrating* of the ore is necessary⟩ (3) : to free from impurities ⟨copper may be *concentrated* electrolytically⟩ **b** : to express the essence of ⟨the message of the New Testament is *concentrated* in the Sermon on the Mount⟩ : render more condensed ⟨the essence of her sex was *concentrated* in her charming obstinacy⟩ ~ *vi* **1** : to draw toward or meet in a common center **2** : to settle closely : GATHER, COLLECT ⟨recent immigrants tend to ~ in port cities⟩ ⟨social and racial tensions ~ in industrial centers⟩ **3 a** : to bring all one's powers, faculties, or activities to bear (as upon a course of action, a thought, or an object) ⟨~ on a problem⟩ ⟨farmers are *concentrating* on wheat this year⟩ ⟨to be able to ~ on the same matter for a considerable time is essential to difficult achievement —Bertrand Russell⟩ **b** : MAJOR **syn** see UNIFY

²**concentrate** \"\ *adj* [*com-* + L *centrum* + E *-ate* (adj. suffix)] : CONCENTRATED

³**concentrate** \"\ *n* -s : something obtained by concentration : a concentration or concentrated substance: as **a** : the remainder of dressed ore that contains the mineral sought **b** : a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to *roughage* **c** : a food reduced in bulk by elimination of watery fluid ⟨orange juice ~⟩

**concentrated** *adj* **1** : rich in respect to a particular or essential element : STRONG, UNDILUTED ⟨~ sulfuric acid⟩ ⟨a narrow thread of ~ ore seaming the rocky canyon⟩ **2** : INTENSE ⟨her ~ passion held them at bay⟩ : INTENSIVE ⟨only through ~ study can he hope to qualify for the award⟩ — **con·cen·trat·ed·ly** *adv*

**concentrated alum** *n* : ALUMINUM SULFATE

**concentrated feed** *n* : any animal feed rich in concentrates and low in roughage

**concentrated milk** *n* : evaporated milk that is not processed under high pressures or temperatures

**concentrate sprayer** *n* : a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also *low gallonage sprayer, mist concentrate sprayer, speed sprayer*

**con·cen·tra·tion** \,kän(t)sən'trāshən *also* -ān,sen-\ *n* -s [*com-* + L *centrum* + E *-ation*] **1** : the act or action of concentrating: as **a** : the bringing to a common center; *esp* : the assembling of troops in an area often as a prelude to military action **b** : a directing of the attention or of the mental faculties toward a single object **c** : an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) **d** : the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c **2** : a result of concentrating : a concentrated mass or thing: as **a** *pharmacy* : a crude active principle of a vegetable usu. in the form of a powder or resin **b** : a group of artillery shells fired on a particular area within a limited time — compare BARRAGE **3** *of a solution, mixture, or dispersion* : the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter : STRENGTH **4** : DENSITY 1 **5** : a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* : a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* : a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \'kän(t)sən,trād·iv *also* -ān,sen-\ *adj* : serving or tending to concentrate : characterized by concentration

**con·cen·tra·tor** \-ād·ə(r)\ *n* -s : one that concentrates: as **a** : an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* : an industrial plant specializing in concentration (as of ore) **b** : a worker who tends concentrating apparatus **c** : a student who concentrates (in a particular field of study)

¹**con·cen·tric** \kən'sen-trik, (')kän¦s-, -rēk\ *also* **con·cen·tri·cal** \-rəkəl, -rēk-\ *adj* [ML *concentricus*, fr. L *com-* + *centrum* center + *-icus* -ic — more at CENTER] **1 a** : having a common center (as circles one within another) — opposed to *eccentric* **b** : having a common axis (as of two or more cones or moraines) : formed about the same axis : COAXIAL **2** *geol* : marked by the loosening and falling away of successive rounded or spherical shells ⟨~ weathering⟩ ⟨~ exfoliation⟩ — **con·cen·tri·cal·ly** \-rək(ə)lē, -rēk-, -li\ *adv*

²**concentric** \"\ *n* -s : something (as one of two concentric circles) that has a common center with something else

**concentric bundle** *n* : a plant vascular bundle in which (1) phloem surrounds xylem or (2) xylem surrounds phloem — called also respectively (1) *amphicribral bundle*, (2) *amphivasal bundle*

**concentric cable** *n* : COAXIAL CABLE

**concentric corpuscle** *n* : CORPUSCLE OF HASSALL

**concentric groove** *n* : the single continuous silent groove at the end of a disc recording, cut there to prevent the pickup from traveling further toward the center of the record

**con·cen·tric·i·ty** \,kän,sen-'trisəd·ē\ *n* -ES : the quality or state of being concentric

**concents** *pl of* CONCENT

**con·cen·tus** \kən'sentəs, kän-\ *n, pl* **concentus** [L, harmony — more at CONCENT] : the part of a church service (as that in which hymns or psalms are sung) that is sung by the whole choir — contrasted with *accentus*

**con·cep·ci·ón** *or* **con·cep·ci·on** \kən¦sepsē'ōn, (¦)kän-, -ē¦än, -ē¦ōn, kən'sepshən\ *adj, usu cap* [fr. *Concepción*, Chile] : of or from the city of Concepción, Chile : of the kind or style prevalent in Concepción

**con·cept** \'kän,sept\ *n* -s [LL *conceptus* thought, fr. L, collection, gathering, fetus, fr. *conceptus*, past part. of *concipere* to conceive — more at CONCEIVE] : something conceived in the mind : THOUGHT, IDEA, NOTION: as **a** *philos* : a general or abstract idea : a universal notion: (1) : the resultant of a generalizing mental operation : a generic mental image abstracted from percepts; *also* : a directly intuited object of thought (2) : a theoretical construct ⟨the ~ of the atom⟩ **b** *logic* (1) : an idea comprehending the essential attributes of a class or logical species : a universal term or expression or its meaning (2) : a propositional function, logical relation, or property **c** : an idea that includes all that is characteristically associated with or suggested by a term : CONCEPTION **syn** see IDEA

**con·cep·ta·cle** \kən'septəkəl\ *n* -s [F, fr. L *conceptaculum*, fr. *conceptus*, past part. of *concipere* to receive, conceive] **1** *obs* : a hollow vessel : RECEPTACLE **2** *bot a obs* : FOLLICLE **b** : an enclosing cavity just beneath the surface of the plant body that contains reproductive structures in members of the genus *Fucus* and certain other algae — **con·cep·tac·u·lar** \¦känsep¦takyələ(r)\ *adj*

**con·cep·tac·u·lum** \,kän,sep'takyələm\ *n, pl* **conceptacu·la** \-lə\ [NL, fr. L] : CONCEPTACLE 2

**con·cep·ti·ble** \kən'septəbəl\ *adj* [ML *conceptibilis*, fr. L *conceptus* + *-ibilis* -ible] : CONCEIVABLE

**con·cep·tion** \kən'sepshən\ *n* -s [ME *concepcioun*, fr. OF *conception*, fr. L *conception-, conceptio*, fr. *conceptus* (past part. of *concipere* to conceive, receive) + *-ion-, -io* -ion — more at CONCEIVE] **1 a** : act of becoming pregnant : formation of a viable zygote (fertilization results in the ~ of a new entity capable of developing into a being like its parent) : state of being conceived; *also* : that which is conceived : EMBRYO, FETUS **b** *archaic* : BEGINNING **2** : the capacity, function, or process

EXHIBIT A.36

Case 1:06-cv-00262-S-DLM Document 97-6 Filed 10/21/2006 Page 55 of 96



use : a note to help or jog the memory : one of the notes in a diary ⟨this book . . . was assembled from his diaries, ~s, and letters —*New Yorker*⟩ **b** : MEMENTO, REMINDER **2 a** (1) : a brief or informal note in writing of some transaction or an outline of an intended instrument : an instrument drawn up in a brief and compendious form (2) : the clause beginning a record in the former Court of King's Bench in proceedings by ... (3) : MEMORANDUM OF ASSOCIATION (4) : the body of ... tions making up the clause in a marine insurance policy ... pting the insurer wholly or partially from liability for loss ... rious articles **b** (1) : a statement by the shipper of the ... s of a shipment sent with the privilege of return if not sold — used esp. in the jewelry trade (2) : the third or duplicate copy of a bill of lading **3 a** : an informal diplomatic communication; *specif* : a written statement from a department of state or a ministry of foreign affairs to an embassy or legation used esp. for routine transmissions or inquiries and never bearing a signature **b** : a usu. brief informal communication typically written for interoffice circulation on paper headed *memorandum* ⟨depend on countless *memoranda* for giving directions and for exchanging essential information —Milton Hall⟩ **c** : a routine publication by an authorized military headquarters containing directive, advisory, or informative matter

²**memorandum** \"\ *vt* -ED/-ING/-S : to make a memorandum of

**memorandum decision** *or* **memorandum opinion** *n* **1** : a brief opinion of a court or a judge announcing the result of litigation without an extended discussion of the principles involved but sometimes with the citation of precedents — compare PER CURIAM DECISION **2** : an opinion of the Tax Court of the U. S. that is ordered not to be published but that is authoritative as a precedent **3** : an opinion of a court or a judge announcing the conclusions reached on the issues of fact and of law and giving directions as to the matters to be set forth in an order, judgment, or decree to be entered **4** : an opinion of a court or a judge setting forth the conclusions reached on issues of fact and of law and containing the actual order, judgment, or decree of the court or judge

**memorandum of association** *Eng law* : a document resembling articles of association in the U. S. which in case of a company to be formed legally must be executed and filed to form the charter of the company

**mem·o·ra·tive** \'memə,rād·iv, 'mem(ə)rəd-\ *adj* [ME *memoratif*, fr. MF, fr. LL *memorativus*, fr. L *memoratus* (past part. of *memorare* to remind) + *-ivus* -ive — more at MEMORABLE] **1** *archaic* : COMMEMORATIVE **2** : relating to the memory ⟨powers perfected by experience . . . estimative and ~ powers —G.P.Klubertanz⟩

¹**me·mo·ri·al** \mə'mōrēəl, -mȯr-\ *adj* [ME, fr. L *memorialis*, fr. *memoria* memory + *-alis* -al — more at MEMORY] **1** : serving to preserve remembrance : COMMEMORATIVE ⟨a ~ building⟩ ⟨a ~ sketch⟩ ⟨a ~ showing of an artist's work⟩ **2** : of or relating to memory : utilizing, caused by, or done from memory ⟨the scene had been gotten by shorthand or ~ method —C.A. Greer⟩ ⟨the bad quarto . . . is a ~ reconstruction —Leo Kirschbaum⟩ ⟨~ contamination . . . of a manuscript⟩

²**memorial** \"\ *n* -S [ME, fr. LL *memoriale*, fr. L, neut. of *memorialis*, adj.] **1** *obs* : MEMORY, REMEMBRANCE, RECOLLECTION **2 a** (1) : something that serves to preserve memory or knowledge of an individual or event : RELIC, TRACE ⟨the form in which he expresses his emotion bears no ~ of any external form that may have provoked it —Clive Bell⟩ ⟨a ~ of those stormy feuds . . . is the thick oak door with its square hole —Brian Fitzgerald⟩ ⟨their bones remain . . . as ~s of a noble attempt —W.E.Swinton⟩ (2) : something that is kept to preserve the memory of a person or event : KEEPSAKE, MEMENTO ⟨carved walking stick, umbrella and best black hat still remained, sacred ~s —Rex Ingamells⟩ ⟨revive the liking for wearing ~s of the dead —Joan Evans⟩ (3) : something ... signed to commemorate or preserve the memory of a person ... vent ⟨his two-volume ~ to his father . . . was published ... *rrent Biog.*⟩ ⟨to visit this ~ to a former slave is a reward... experience —Oscar Schisgall⟩ ⟨Walker *Memorial* is the ... t center —*Visitor's Guide to Mass. Inst. of Tech.*⟩ ⟨the ... nd should be regarded as a ~ rather than an instrument —F.M.Stanton⟩ ⟨the state's history is well recorded in 17 historic ~s —Melvin Beck⟩ ⟨established a scholarship as a ~ to his late father⟩ **b** : COMMEMORATION 2 **3 a** : RECORD, MEMOIR ⟨the text of the ~ that accompanied the map —Marjorie S. Douglas⟩ **b** : MEMORANDUM, NOTE ⟨present a long ~ to the emperor —*Times Lit. Supp.*⟩; *specif* : a legal abstract **c** (1) : a statement of facts addressed to a government or some branch of it often accompanied with a petition or remonstrance ⟨submitted a ~ to Congress —Joseph Dorfman⟩; *also* : a similar statement presented to a nongovernmental body (2) : a pleading before the Permanent Court of International Justice in which a case is set forth including facts, law, and submissions

³**memorial** \"\ *vt* -ED/-ING/-S : MEMORIALIZE

**memorial arch** *n* : TRIUMPHAL ARCH

**memorial day** *n, usu cap M&D* **1** : May 30 observed as a legal holiday in most states of the U. S. in commemoration of dead servicemen — called also *Decoration Day* **2** : CONFEDERATE MEMORIAL DAY **3** : any of several days set aside for the public commemoration of war dead

**me·mo·ri·al·ist** \-ələst\ *n* -S **1** : a person who writes or signs a memorial ⟨the ~s are not entitled to be heard —T.E.May⟩ **2** : a writer of memorials or memoirs ⟨France's amplest secret ~ —Janet Flanner⟩; *specif* : one who writes a commemorative memoir ⟨critics of the work rather than ~s of the man —*Times Lit. Supp.*⟩

**me·mo·ri·al·iza·tion** \ə,ⸯⸯələ'zāshən, -ˌlī'z-\ *n* -S : the act or an instance of memorializing or the state of being memorialized ⟨won . . . glamour for future ~ —J.F.Dobie⟩

**me·mo·ri·al·ize** \ə'ⸯⸯə,līz\ *vt* -ED/-ING/-S **1** : to address or petition by a memorial : present a memorial to ⟨~ the governors and legislatures of the several states —E.M.Carroll⟩ **2** : COMMEMORATE ⟨*memorialized* by an avenue bearing his name —David Dempsey⟩ — **me·mo·ri·al·iz·er** \-zə(r)\ *n* -S

**me·mo·ri·al·ly** \-rēəlē\ *adv* : by memory : as a memorial

**memorial mass** *n, often cap both Ms* : a Roman Catholic requiem mass offered on specif. appointed days of the year for the repose of a dead person's soul

**memorial park** *n* : CEMETERY

**memorial rose** *n* : a vigorous prostrate or trailing evergreen rose (*Rosa wichuraiana*) of eastern Asia with large fragrant white flowers in clusters of few to many

**memorial service** *n* : a commemorative service of worship held for a dead person

**memorial stamp** *n* : a commemorative stamp

**me·mo·ria tech·ni·ca** \mə'mōrēə'teknəkə\ *n* [NL, lit., artificial memory] : an artificial aid to the memory : a mnemonic aid ⟨evidence the survival of this primitive *memoria technica* —Edward Clodd⟩

**mem·o·ried** \'mem(ə)rēd, -rid\ *adj* [*memory* + *-ed*] **1** : having a memory of a specified kind — usu. used in combination ⟨long-*memoried* men and women . . . were not deluded —Eden Phillpotts⟩ **2 a** : full of memories ⟨this serene and ~ village —*Amer. Guide Series: Vt.*⟩ **b** : REMEMBERED ⟨explosion of ~ happiness —Han Suyin⟩

¹**me·mo·ri·ter** \mə'mȯrə,te(ə)r, -ȯrəd·ə·r\ *adv* [L, fr. *memor* mindful — more at MEMORY] : by or from memory : by heart ⟨learn ~ a series of propositions —*World Rev.*⟩

²**memoriter** \"\ *adj* : marked by emphasis on memorization ... re is little ~ work required —*Atlantic*⟩

**mem·o·ri·za·tion** \,mem(ə)rə'zāshən, ,memə,rī'z-\ *n* -S : the ... r an instance of memorizing

**mem·o·rize** \'memə,rīz\ *vb* -ED/-ING/-S [*memory* + *-ize*] *vt* ... *archaic* : to commemorate in writing : RECORD, MENTION ⟨the great founders of the university are tactfully *memorized* —*Encyc. Britannica*⟩ **b** *archaic* : to cause to be remembered : COMMEMORATE ⟨entombed with a Northern spade and *memorized* with a Northern slab —H.R.Helper⟩ **c** *chiefly dial* : REMEMBER ⟨I ~ that egg —Earl Hamner⟩ ⟨wanted folk to ~ him —Stewart Toland⟩ ⟨for the first time in *memorized* history man was free to act —*Time*⟩ **2** : to commit to memory : learn by heart ⟨dread to ~ a speech for fear they will forget it —Max Eastman⟩ ~ *vi* : to learn something by heart ⟨these children can . . . ~ easily —Gertrude H. Hildreth⟩

**mem·o·riz·er** \-zə(r)\ *n* -S : one that memorizes

**mem·o·ry** \'mem(ə)rē, -ri\ *n* -ES [ME *memorie*, fr. MF *memorie*, *memoire*, fr. L *memoria*, fr. *memor* mindful + *-ia* -y; akin to OE *gemimor* well-known, *mimorian* to remember, MD *mimeren* to muse, brood, L *mora* delay, OIr *airmert* prohibition, Gk *mermēra* trouble, Skt *smarati* he remembers; basic meaning: to remember] **1 a** *archaic* : a ceremony of commemoration : a service for the dead **b** *obs* : a historical or biographical record **c** *obs* : MEMORIAL, MEMENTO **2 a** (1) : the power or process of reproducing or recalling what has been learned and retained esp. through nonconscious associative mechanisms : conscious or unconscious evocation of things past ⟨semantic reception is associated with great use of ~ —Norbert Wiener⟩ ⟨seemed lost in thought or ~ —E.A. McCourt⟩ ⟨in ~, one images or reproduces his whole state of mind on the remembered occasion —Richard Taylor⟩ (2) : this power regarded as vested in an individual : an individual's capacity for reproducing or recalling what has been learned and retained ⟨has a good ~ for faces⟩ ⟨rely on the faulty ~ of a cross section of people —S.L.Payne⟩ ⟨his ~ annoyed him . . . it did not work willingly any more —Stuart Cloete⟩ (3) : the process of reproducing or recalling what has been learned as manifested in some special way or as associated with some bodily process ⟨visual ~⟩ ⟨muscular ~⟩ **b** : persistent modification of structure or of behavior resulting from an organism's activity or from its passively acquired experience **c** (1) : the totality of what has been learned and retained esp. as evidenced by recall and recognition ⟨drew on his ~ to supply the needed names⟩ ⟨even birds and animals have an ancestral ~ —*Horizon*⟩ (2) : the function of memory regarded as a compartment or chamber in which images, perceptions, or learning are stored ⟨filling their ~ with a lumber of words —R.L.Stevenson⟩ ⟨the invisible storehouse in nothingness, called ~ —Walter Sorell & Denver Lindley⟩ ⟨retain in their ~ the preceding movements —George Balanchine⟩ ⟨a richly stored ~⟩ **3 a** (1) : commemorative remembrance ⟨a statue erected in ~ of the hero⟩ ⟨has been held in ~ in Ireland —Maxwell Nurnberg & Morris Rosenblum⟩ ⟨a local museum dedicated to the ~ of the celebrity —*Amer. Guide Series: Maine*⟩ (2) : a person or thing held in commemorative remembrance ⟨his deeds are the country's proudest *memories*⟩ **b** : the fact or condition of being remembered ⟨~ of such upheavals goes back to remote antiquity⟩ ⟨persecutions which were of recent ~ —K.S.Latourette⟩ **4 a** : a particular act of recalling something learned or experienced : the fact or a condition of recalling : REMEMBRANCE, RECOLLECTION, RECALL ⟨woke with . . . complete ~ of where she had been —Pearl Buck⟩ ⟨have no ~ of that incident⟩ ⟨recited the poem from ~⟩ **b** (1) : an image, impression, or other mental trace of someone or something known or experienced : the content of something remembered ⟨my first ~ is one of being held up to a window —George Dangerfield⟩ ⟨the ~ of his voice as distinct in her mind as it ever had been in her ear —Glenway Wescott⟩ ⟨pleasant *memories* of an Italian summer⟩ ⟨the ~ of the captain's wife had not left him —Carson McCullers⟩ ⟨*memories* of the Japanese occupation . . . created a heritage of ill will —R.H.Fifield⟩ ⟨have written down their ~ . . . of one such occasion —F.I.Cobb⟩ ⟨made the town's isolation a ~ —*Amer. Guide Series: Texas*⟩ ⟨the course is a ~ and a mark is no longer even a ghost —Norman Nathan⟩ ⟨the depression is only a bad ~⟩ (2) : the total impression or generalized image of a person preserved in remembrance, history, or tradition : posthumous opinion ⟨this ruler left behind him golden *memories*⟩ ⟨a prince of glorious ~⟩ (3) : the character, personality, or achievements of a person as preserved in remembrance ⟨the man whose ~ . . . the Royal Irish Academy honors —Gearoid O'Sullivan⟩ ⟨his ~ recalled the most wonderful and exciting . . . adventures —R.H.Davis⟩ ⟨hates her ~ and all other women —Lucy M. Montgomery⟩ **c** : the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **5** : CONCENTRATION 5 **6** : a component in an electronic computing machine into which information (as the data involved in and the instructions governing the calculations to be performed) can be inserted, stored (as in the form of magnetized spots on a special drum or tape or of charged spots on a cathode-ray tube), and automatically extracted when needed **7 a** : a capacity for showing effects recognized as the result of past treatment — used esp. of materials ⟨the wire begins to turn in the other direction corresponding to the first twisting — the ~ of the recent short-term handling has been obliterated by that of the more remote but longer lasting and therefore more impressive one —Bernhard Gross⟩ **b** : a capacity for returning to a former condition (as after being stretched) — used esp. of a material ⟨the ~ will cause the material to resume the shape it had when you purchased it —*Road Mag.*⟩

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE, MIND, SOUVENIR: MEMORY applies both to the faculty of remembering and to what is remembered, sometimes remembered dearly or cherished ⟨a very good *memory*⟩ ⟨a *memory* training course⟩ ⟨it was the merest *memory* now, vague and a little sweet, like the remembrance of some exceptional spring day —John Galsworthy⟩ REMEMBRANCE can be the same as MEMORY but more often refers to the act of remembering and usu. to a particular act of remembering esp. something pleasant or cherished in memory, or it may apply to the state of being remembered ⟨the only moments I've lived my life to the full and that live in *remembrance* unfaded —W.W.Gibson⟩ ⟨the vivid *remembrance* of an almost identical setting one evening —Henry Miller⟩ ⟨the *remembrance* of things past —Shak.⟩ ⟨the *remembrance* of the event always brought a pang of regret⟩ RECOLLECTION is like REMEMBRANCE but carries a strong suggestion of more voluntary and sometimes effortful recalling to mind, and it may apply to the thing remembered in this way ⟨they have a tendency to forget the facts of the present in their fond *recollection* of the past —S.M.Crothers⟩ ⟨you ask me to put down a few *recollections* of your father —W.E.H. Lecky⟩ REMINISCENCE may refer to remembrance of something long past, esp. as remembered casually and accidentally; it is closely synonymous with RECOLLECTION in references to what is remembered ⟨would use all the techniques of modern psychology in his analyses of the subconscious; the phenomena of involuntary *reminiscence* fascinate him —B.M.Woodbridge⟩ ⟨the author's own *reminiscences* of childhood and youth are a good deal less pretentious and more amusing than this model —*Times Lit. Supp.*⟩ MIND in this sense commonly appears only in a few idiomatic phrases ⟨to keep in *mind*⟩ ⟨out of sight, out of *mind*⟩ SOUVENIR may still be used as a synonym of MEMORY ⟨then she carefully restored them, her mind full of *souvenirs* newly awakened —Arnold Bennett⟩

**memory book** *n* **1** : SCRAPBOOK ⟨not so much a book of memoirs as a *memory book* —*New Yorker*⟩ **2** : a small album for autographs

**mem·o·ry·less** \'mem(ə)rēləs, -ril-\ *adj* : devoid of memory

**memory span** *n* : the greatest amount (as the longest series of letters or digits) that can be correctly reproduced by the subject after a single presentation by the experimenter

**memory tube** *n* : a vacuum tube (as a camera tube or electronic computer tube) that retains information for later use by having a receptive element on which an electron beam impresses signals

**memory verse** *n* : a brief passage of Scripture to be memorized in connection with a Sunday-school lesson — compare GOLDEN TEXT

**memos** *pl of* MEMO, *pres 3d sing of* MEMO

**mem·phi·an** \'mem(p)fēən\ *n* -S *usu cap* [*Memphis*, Egypt + E *-an*] **1** : MEMPHITE; *also* : EGYPTIAN **2** [*Memphis*, Tenn. + E *-an*] : a native or resident of Memphis, Tenn.

**mem·phis** \'mem(p)fəs\ *adj, usu cap* [fr. *Memphis*, Tenn.] : of or from the city of Memphis, Tenn. ⟨the *Memphis* cotton market⟩ : of the kind or style prevalent in Memphis

¹**mem·phite** \'mem,fīt\ *n* -S *usu cap* [L *Memphites*, fr. Gk *Memphitēs*, fr. *Memphis*, Egypt + Gk *-itēs* -ite] : a native or resident of ancient Memphis in Egypt

²**memphite** \"\ *also* **mem·phit·ic** \(')mem¦fid·ik\ *adj, usu cap* [*Memphite* fr. L *Memphites*, fr. *Memphites*, n.; *Memphitic* fr. Gk *Memphitikos*, fr. *Memphitēs* + *-ikos* -ic] : of or relating to ancient Memphis, its inhabitants, or the dynasties of Egyptian kings who made it their capital

**mem·phit·ic** \mem'fid·ik\ *n* -S *usu cap* [fr. *Memphitic*, adj.] : the Coptic dialect of Memphis and vicinity

**mems** *pl of* MEM

**mem·sahib** \'mem+,-\ *n* [Hindi *mem-sāhib*, fr. E ¹*mem* + Hindi *sāhib* — more at SAHIB] : a foreign woman of the white race and some social status living in India ⟨growing up to be another nice infuriating superior English ~ —H.E.Bates⟩; *esp* : the wife of an English official or other white man of some social status in colonial India ⟨found the white ~s more violently intoxicated with . . . race poison than their men —Edmond Taylor⟩ ⟨this is a ~'s book, recalling . . . the last years of that ascendancy in India —*Times Lit. Supp.*⟩ ⟨houses designed for British officials and their ~s —Christopher Rand⟩

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*meno*pause⟩ ⟨*men*acme⟩

**me·nac·can·ite** \mə'nakə,nīt\ *n* -S [irreg. fr. *Manaccan*, Cornwall, England + E *-ite*] : ILMENITE — **me·nac·can·it·ic** \-¦ⸯⸯ¦nid·ik\ *adj*

¹**men·ace** \'menəs *also* -nis\ *n* -S [ME *manace*, *menasse*, fr. MF *manace*, *menace*, fr. L *minacia*, fr. *minac-*, *minax* projecting, threatening (fr. *minari* to project, threaten) + *-ia* -y — more at MOUNT] **1 a** : a show of intention to inflict harm : a threatening gesture, statement, or act ⟨~s of damnation —T.S.Eliot⟩ ⟨spitting angry ~s at her —Arnold Bennett⟩ ⟨would advance with simulated ~ —Osbert Lancaster⟩ ⟨exploding in ~s and threats of vengeance —George Meredith⟩ **b** : threatening import, character, or aspect : THREAT ⟨ominous silence of the woods held no ~ for her —Osbert Sitwell⟩ ⟨the ~ of the European war to American interests —C.B.Forcey⟩ ⟨the sky became leaden with vague ~ —Adrian Bell⟩ ⟨with a hysterical cry of ~ —C.G.D.Roberts⟩ **c** : the condition of being threatened : a threatening atmosphere or situation ⟨in the ~ and confusion of the . . . postwar period —Hans Weigel⟩ : impending evil ⟨a sense of ~, of unease, runs through their conversation —T.H.White b.1915⟩ **2 a** : someone or something that represents a threat : DANGER ⟨tuberculosis and syphilis were major ~s —T.H.Fielding⟩ ⟨the intoxicated motorist is a ~ to life and limb —Wayne Hughes⟩ ⟨the ~s of air, such as tornado and whirlwind —Osbert Sitwell⟩ **b** : a person whose actions or idiosyncrasies cause intense annoyance or discomfiture ⟨that boy's a ~⟩ ⟨her friends were beginning to find her a ~ —Guy McCrone⟩

²**menace** \"\ *vb* -ED/-ING/-S [ME *manacen*, *menacen*, fr. MF *manacer*, *menacer*, fr. *manace*, *menace*, n.] *vt* **1 a** : to make a show of intention to harm : make a threatening gesture, statement, or act against ⟨*menaced* him with immediate expulsion —G.B.Shaw⟩ **b** : to threaten the infliction of : offer threat of ⟨*menacing* the emperor's displeasure —S.T.Coleridge⟩ ⟨he *menaced* ruin —H.R.Trevor-Roper⟩ **2** : to represent or pose a threat to : ENDANGER ⟨the ferries were *menaced* by floating mines —P.W.Thompson⟩ ⟨mature bolls are *menaced* by the army worm —*Amer. Guide Series: Ark.*⟩ ~ *vi* : to make a threatening gesture, statement, or act ⟨the few snakes that ~ with their mouths open —C.H.Curran & Carl Kauffeld⟩ **syn** see THREATEN

**menacing** *adj* [fr. pres. part. of ²*menace*] : presenting, suggesting, or constituting a menace : THREATENING ⟨unemployment reached ~ proportions —P.E.James⟩ ⟨his all-knowing and rather ~ smile —Louis Auchincloss⟩ ⟨the prospect of a third world war is so ~ —John Strachey⟩ ⟨chamber was somber and almost ~ —Dorothy Sayers⟩ — **men·ac·ing·ly** *adv*

**men·acme** \mən, (')mēn+\ *n* [*men-* + *acme*] : the portion of a woman's life during which menstruation occurs

**menad** *var of* MAENAD

**men·a·di·one** \,menə'dī,ōn\ *n* -S [*me*thyl + *na*phthoquinone + *-dione*] : a yellow crystalline compound $C_{11}H_8O_2$ that is usu. made by oxidation of beta-methylnaphthalene, that has the biological activity of natural vitamin K to which it is chemically related, and that is often administered in the form of a water-soluble white crystalline addition compound with sodium bisulfite; 2-methyl-1,4-naphthoquinone — called also *vitamin $K_3$*

**me·na·do·nese** \me¦nädə¦nēz, -ēs\ *n, pl* **menadonese** *cap* [*Menado* (Manado) residency in Celebes, Indonesia + E *-nese* (as in *Japanese*)] : an Indonesian native or inhabitant of Manado in northeastern Celebes

**mé·nage** \(')mā¦näzh, -näzh\ *n* -S [F *ménage*, fr. OF *mesnage* dwelling house, fr. (assumed) VL *mansionaticum*, fr. L *mansion-*, *mansio* habitation, dwelling — more at MANSION] **1 a** : a domestic establishment : HOUSEHOLD ⟨a respectable ~ —F.A.Swinnerton⟩ ⟨an unstable ~ —Harry Levin⟩ ⟨add one or two concubines to his ~ —John Blofeld⟩ **b** : a place in which a person keeps house or that is managed like a household : QUARTERS ⟨lunch with the young men at their mess — as all communal ~s appear to be called in the East —Evelyn Waugh⟩ ⟨apartment, an eight-room ~ on the fourteenth floor —E.J.Kahn⟩ ⟨very formal, and very well kept, whereas I had expected to find myself in an entirely Bohemian ~ —George Copeland⟩ **c** : domestic management : HOUSEKEEPING ⟨accommodates our democratic ~ to the taste of the richest and most extravagant plebeian among us —W.D.Howells⟩ **2 a** : a savings club organized in some Scottish and English communities so that each member pays in a set sum each week and the total sum is paid to a different member each week **b** *dial Brit* : the selling of goods (as cloth) on installments often by an itinerant vendor

**ménage à trois** \mānäzhä·trwä\ *n* [F, lit., household of three] : an arrangement or relationship in which a married pair and the lover of one of the pair form a single household usu. with the consent or tolerance of the other married partner ⟨leaves a feeble young husband to become part of a Bohemian *ménage à trois* —*Times Lit. Supp.*⟩ ⟨a more or less harmonious *ménage à trois* —Edmund Wilson⟩

**me·nag·er·ie** \mə'najərē, -ri *sometimes* -azhə-\ *n* -S [F *ménagerie*, fr. MF *menagerie* management of a household or a farm, place where animals are tended, fr. *menage* household + *-erie* -ery] **1 a** : a place where animals are kept and trained esp. for exhibition **b** : a collection of wild or foreign animals in cages or enclosures; *esp* : one kept for exhibition (as with a circus) **c** *obs* : AVIARY **2** : a group or collection of persons that are strange, odd, or startling or foreign to one's experience ⟨a wonderful ~ of royal hangers-on —V.S.Pritchett⟩

**me·nag·er·ist** \-rəst\ *n* -S : the proprietor or manager of a menagerie

**me·nai·on** \mə'nī,ȯn\ *n, pl* **me·naia** \-īə\ [MGk *mēnaion*, fr. neut. of *mēnaios* monthly, fr. Gk *mēn* month — more at MOON] *usu cap* : a collection of hymns and collects for all days of the year in the Eastern Orthodox Church arranged in calendar order and usu. divided into 12 volumes each for a different month and each containing the proper of the immovable feasts of Christ or the saints for the month; *also* : any of these volumes

**menald** \'men°ld, 'mēn-\ *adj* [origin unknown] : SPECKLED, VARIEGATED

**me·naph·thone** \mə'naf,thōn\ *n* -S [*me*thyl + *naphtha*quin*one*] : MENADIONE

**men·ar·che** \mə'när(,)kē, me'-\ *n* -S [NL, fr. *men-* + Gk *archē* beginning — more at ARCHI-] : the initiation of menstruation : the first menstrual period of an individual — **men·ar·che·al** *also* **men·ar·chi·al** \-,kēəl\ *adj*

**men·as·pis** \mə'naspəs\ *n, cap* [NL, fr. Gk *mēnē* moon + NL *-aspis* — more at MOON] : a genus of Upper Permian cartilaginous fishes (subclass Holocephali) related to the chimaeras

**me·nat** \'mā,nät\ *n* -S [Egypt *mnit*] : an amulet worn in ancient Egypt to secure divine protection



menat

**me·nav·e·lings** \mə'navələnz, -liŋz\ *var of* MANAVELINS

**menck·en·ese** \¦meŋkə¦nēz, -enk-, -ēs\ *n* -S *usu cap* [H. L. *Mencken* †1956 Amer. journalist and satirist + E *-ese*] : the peculiarly vigorous racy flamboyant and often caustic style characteristic of the journalist Mencken or a style patterned on or resembling that of Mencken ⟨difficult to read through a daily paper without finding a feature writer who employs *Menckenese* —George Mayberry⟩

EXHIBIT A.36

37

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

COPYRIGHT © 1966 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS

COPYRIGHT © 1909, 1913, 1923, 1924, 1926, 1927, 1930, 1934, 1950, 1953, 1954, 1957, 1959, 1961
BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1966 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS PHILIPPINES COPYRIGHT 1950, 1953, 1954, 1957, 1959, 1961
BY G. & C. MERRIAM CO.

PREVIOUS EDITION COPYRIGHT 1925 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO

ALL RIGHTS RESERVED
UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.

links united : a series or order of things depending on each other as if linked together : CHAIN ⟨a complicated ~ of circumstances —Frederick Johnson⟩

**con·cat·e·na·tor** \kän'kad·ə,nād·ə(r), kən-, -atə,nā-,-at°n,ā-, -ātə-\ *n* -s : one that concatenates

**con·caus·al** \(')kän¦kózəl\ *adj* : operating as a concause

**con·cause** \'kän,kóz\ *n* -s [ML *concausa*, fr. L *com-* + *causa* cause — more at CAUSE] : one of several causes acting together

**¹con·cave** \'kän,kāv, *esp Brit sometimes* -āŋ,-\ *n* -s [MF, fr. *concave*, adj.] **1 a** : a hollow within a mass or in a surface ⟨Vulcan . . . splits the cliff and discloses a ~ fashioned by his art —E.K.Chambers⟩ **b** : a curved recess : a depression resembling a bowl **c** *obs* : the bore of a gun **2 a** : the inner face of a bowl-shaped structure **b** : the vault of the sky **3** *obs* : a concave lens or mirror **4** : a set of bars bearing teeth, rasps, or rubber facing curved partly around a rotating threshing cylinder as an aid in shelling grain or seeds in a thresher

**²concave** \(')¦=¦=\ *adj* [MF, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] **1** *obs* : having a hollow interior ⟨~ . . . as a worm-eaten nut —Shak.⟩ **2 a** : hollowed or rounded inward like the inside of a bowl **b** : having a shape that is thought of as curving inward — opposed to *convex* **3** : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface; opposed to *convex* — **con·cave·ly** *adv* — **con·cave·ness** *n* -ES

**³concave** \"\ *vb* -ED/-ING/-S *vt* : to make concave ~ *vi* : to curve concavely

**concave grating** *n* : a reflection grating ruled on a concave mirror

**concave polygon** *n* : a polygon with one angle larger than a straight angle

**con·cav·er** \(')kän¦kāvə(r)\ *n* -s : one that shapes or forms a concave surface or edge

**con·cav·i·ty** \kän'kavəd·ē, -ətē, -i *sometimes* kən-\ *n* -ES [MF *concavité*, fr. LL *concavitat-, concavitas*, fr. L *concavus* + *-itat-, -itas* -ity] **1 a** : a concave line or surface or the space included by it : a hollow esp. of a vault or a hemisphere **b** : a depression resembling a bowl **2** : CONCAVE 1 **3** : the quality or state of being concave

**con·ca·vo–con·cave** \kän¦kā(,)vō¦kän,kāv\ *adj* [*concavo-* (fr. L *concavus*) + E *concave*] : concave on both sides — used esp. of a lens

**con·ca·vo–convex** \kän¦kā(,)vō+\ *adj* [*concavo-* + *convex*] **1** : concave on one side and convex on the other **2** *of a lens* : having the concave side of greater curvature than the convex side

**con·ceal** \kən'sēl, *esp bef pause or cons* -ēəl\ *vt* -ED/-ING/-S [ME *concelen*, fr. MF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] **1** : to prevent disclosure or recognition of : avoid revelation of : refrain from revealing : withhold knowledge of : draw attention from : treat so as to be unnoticed ⟨confessing . . . things a woman ought to ~ —Thomas Hardy⟩ **2** : to place out of sight : withdraw from being observed : shield from vision or notice ⟨it grew so thickly as to ~ the roof —Richard Jefferies⟩

**syn** HIDE, BURY, SECRETE, CACHE, SCREEN, ENSCONCE: CONCEAL and HIDE are general terms often interchangeable. CONCEAL may be applied freely to persons and animals, objects, attributes, conditions, facts, or ideas ⟨Sophia had held the telegram *concealed* in her hand and its information *concealed* in her heart —Arnold Bennett⟩ ⟨Elizabeth was forced to *conceal* her lover from her father —Virginia Woolf⟩ ⟨politeness may *conceal* a legitimate wish that dare not put itself in bald speech —R.P.Blackmur⟩ CONCEAL may indicate any hiding or masking of any motive, from reprehensible secrecy to aesthetic improvement ⟨*conceal* a murder⟩ ⟨*conceal* a scar⟩ ⟨*concealing* a scratch on a piece of furniture⟩ ⟨*conceal* a bad odor⟩ It need not suggest covering. It often implies a certain design or artfulness. HIDE may differ from CONCEAL in suggesting less conscious intent and artfulness, and hence less effectiveness, but occas. more urgency ⟨*hidden* things that had never been concealed, that had merely been dropped away into forgotten corners and out-of-the-way places —Elizabeth M. Roberts⟩ ⟨with these consoling words he tried to *hide* from her the doubt that had entered his mind —Morley Callaghan⟩ It is less applicable than CONCEAL to senses other than sight. BURY suggests concealment in a low place by covering, esp. by heaping something amorphous ⟨loot *buried* under the ground⟩ or, in more figurative senses, it suggests relegation to obscurity ⟨I would myself be half *buried* in shadows and in darkness —Sherwood Anderson⟩ SECRETE is likely to have an increased suggestion of highly purposive, secretive, stealthy concealment ⟨she could scarcely . . . overcome the suspicion of there being many chambers *secreted* —Jane Austen⟩ ⟨and in mere sound *secretes* his inmost sense —Walter de la Mare⟩ CACHE suggests use of storage places affording security or protection as well as concealment, sometimes in the ground. SCREEN suggests protection or concealment from observation or danger by that which screens from a viewer's eyes ⟨*screened* himself under a bush and waited —Thomas Hardy⟩ ⟨the idea of a woman's appealing to her family to *screen* her husband's business dishonor —E... Wharton⟩ ENSCONCE, in this sense, implies the security ... cealment in a raised or walled area ⟨bounded into th... and sat on a stool, *ensconced* from view —Thomas H...⟩ ⟨*ensconced* the boy in a cubbyhole —Peggy Ba...⟩

**con·ceal·able** \-ēləbəl\ *adj* : capable of being ...

**concealed** *adj*, *of a hand in canasta and certain ...* : fully matched and enabling one to go out ... having melded

**concealed asset** *n* : a tangible or intangi... flected on the balance sheet in accoun... carried at nominal value (as stock of ... patent)

**concealed bed** *n* : DISAPPEARING ...

**concealed damage** *n* **1** : dam... that is not apparent until th... peanuts that is not visi... it is caused by invasi... various fungi esp. ...

**con·cealed·ly** \-ēl...\ ...

**concealed loss** ... from the con...

**con·cealed·...** ... of being ...

**concealm...** ... perso... ... usu ...

to have ⟨even his enemies ~ him courage⟩ ~ *vi* : to make concession : YIELD **syn** see GRANT

**con·ced·ed·ly** *adv* : INDISPUTABLY, ADMITTEDLY ⟨~ honest expressions of opinion —*Time*⟩ ⟨probably not more than one out of ten and ~ not more than one out of four . . . are actually rented —Charles Abrams⟩

**¹con·ceit** \kən'sēt, *usu.* -ēd·+V\ *n* -s [ME *conceite* fr. *conceiven* to conceive, after such pairs as ME *deceiven* to deceive: *deceite* deceit] **1 a** (1) : something that results from mental activity : THOUGHT, CONCEPT, CONCEPTION, IDEA (2) *obs* : mental activity : thinking or the capacity to think (3) : individual or personal opinion : JUDGMENT, VIEW **b** : high estimation : favorable opinion : ESTEEM, ADMIRATION; *esp* : excessive appreciation of one's own worth or virtue **2** [trans. of It *concetto* — more at CONCETTO] **a** : a whimsical or fancifully ingenious idea **b** : an elaborate, startling, extravagant, or strained metaphor **c** : the use or the presence of such conceits as an element of poetry **3** : a fancy article : attractive trifle; *esp* : an ingenious decorative item ⟨with new techniques of designing artificial flowers . . . some of the resulting ~*s* are quite fetching —*New Yorker*⟩ **4** *archaic* : capacity for imagination or fancifulness : active fancy **5** *obs* : a seizure of physical or mental illness

**syn** SELF-LOVE, EGOTISM, EGOISM, SELF-ESTEEM, AMOUR PROPRE: CONCEIT indicates a conviction or assumption of one's own superiority in one or more lines of achievement or a general overall highly favorable notion of oneself usu. accompanied by lack of evaluation and irritating offensiveness ⟨*conceit*, being a false estimate of one's abilities or an overestimate of those that are least important, is both a moral and an intellectual failing —C.W.H.Johnson⟩ ⟨Aristotle's "Poetics" was so hard that nobody could understand it and therefore he was fearful lest he should be thought guilty of presumption and *conceit* in trying to explain it at all —Irving Babbitt⟩ SELF-LOVE in nonphilosophic usages may suggest abnormal concentration on one's own wishes and considerations to the exclusion of others ⟨when I am led by *self-love* to keep my seat whilst ladies stand —James Ford⟩ ⟨but the proper meaning of *self-love* is regard to self in distinction from others or regard to some private interest —G.P.Fisher⟩ EGOTISM may indicate a tendency to attract attention to and center interest on oneself and one's achievements ⟨she had the simplest *egotism*, the most open desire to be thought first always —Virginia Woolf⟩ ⟨*egotism* resides more in a kind of proud isolation, in a species of contempt for the opinions and aims of others —A.C.Benson⟩ EGOISM implies a self-centered concentration on one's own desires and aspirations to the exclusion of interest in others ⟨it's not so much selfishness as a sort of—is *egoism* the word? When she wants to do a thing, she doesn't take into account the wants of others at all —B.A.Williams⟩ ⟨the essence of a self-reliant and autonomous culture is an unshakable *egoism*. It must not only regard itself as the peer of any other culture; it must regard itself as the superior of any other —H.L.Mencken⟩ SELF-ESTEEM may indicate either natural well-based commendable pride in self or more shaky and somewhat vain attempts at self-pride and self-adjustment ⟨I do some things very well; but my *self-esteem* is crushed by the multitude of things at which I am a hopeless duffer —G.B.Shaw⟩ ⟨Hollywood propping up the *self-esteem* of celluloid royalty —Gladys B. Stern⟩ AMOUR PROPRE indicates a pride in oneself, often commendable or pardonable but often delicate and susceptible to being wounded ⟨I should doubt the judgment of anyone who told me that the people of Egypt have no *amour propre* or that there does not exist in Egypt today a legitimate feeling of pride for the nation —*Manchester Guardian Weekly*⟩ ⟨our *amour propre* is concerned in believing the war in which we fought a righteous one and the victory in which we participated an unsullied one —*New Republic*⟩

**²conceit** \"\ *vb* -ED/-ING/-S *vt* **1** *obs* : to form a conception of : APPREHEND, UNDERSTAND ⟨our great need of him you have right well ~*ed* —Shak.⟩ **2** *now dial* : IMAGINE, SUPPOSE, THINK ⟨I did ~ a most delicious feast —George Herbert⟩ **3** : to fill with fancies **4** *now dial Brit* : to take a fancy to : LIKE **5** : to hold a favorable opinion of (oneself) : ESTEEM ⟨began to ~ himself already a poet —Robert Southey⟩ ~ *vi*, *now dial* : to form an idea : THINK

**con·ceit·ed** \-ēd·əd,-ētəd\ *adj* [¹*conceit* + *-ed*] **1 a** *obs* (1) : endowed with intelligence or imagination : CLEVER (2) : disposed in opinion or attitude : MINDED; *esp* : favorably disposed or favorably minded — usu. used with *to* or *of* **b** : ingeniously contrived or designed; as (1) : having or exhibiting a literary style marked by conceits (2) : consisting of or constructed upon or around a conceit (3) : containing conceits **2** : entertaining an excessively or unjustifiably high opinion of oneself ⟨the ~ man is rarely a happy man⟩ — **con·ceit·ed·ly** *adv* — **con·ceit·ed·ness** *n* -ES

**conceitless** *adj*, *obs* : lacking understanding or thought : IGNORANT

**con·ceity** \kən'sēd·ē, -sād·ē\ *adj* [¹*conceit* + *-y*] ...

more at CENTER] *vt* **1** : to bring or direct toward a common center or objective : FOCUS ⟨*concentrating* all their efforts on reaching shore⟩ : gather into one body, mass, or force ⟨there are times when power must be *concentrated* in a few able hands⟩ **2** : to render less dilute or diffuse: **a** (1) : to remove water from ⟨in making maple syrup one ~*s* the sap by boiling⟩ (2) : to separate dross from ⟨repeated *concentrating* of the ore is necessary⟩ (3) : to free from impurities ⟨copper may be *concentrated* electrolytically⟩ **b** : to express the essence of ⟨the message of the New Testament is *concentrated* in the Sermon on the Mount⟩ : render more condensed ⟨the essence of her sex was *concentrated* in her charming obstinacy⟩ ~ *vi* **1** : to draw toward or meet in a common center **2** : to settle closely : GATHER, COLLECT ⟨recent immigrants tend to ~ in port cities⟩ ⟨social and racial tensions ~ in industrial centers⟩ **3 a** : to bring all one's powers, faculties, or activities to bear (as upon a course of action, a thought, or an object) ⟨~ on a problem⟩ ⟨farmers are *concentrating* on wheat this year⟩ ⟨to be able to ~ on the same matter for a considerable time is essential to difficult achievement —Bertrand Russell⟩ **b** : MAJOR **syn** see UNIFY

**²concentrate** \"\ *adj* [*com-* + L *centrum* + E *-ate* (adj. suffix)] : CONCENTRATED

**³concentrate** \"\ *n* -s : something obtained by concentration : a concentration or concentrated substance: as **a** : the remainder of dressed ore that contains the mineral sought **b** : a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to *roughage* **c** : a food reduced in bulk by elimination of watery fluid ⟨orange juice ~⟩

**concentrated** *adj* **1** : rich in respect to a particular or essential element : STRONG, UNDILUTED ⟨~ sulfuric acid⟩ ⟨a narrow thread of ~ ore seaming the rocky canyon⟩ **2** : INTENSE ⟨her ~ passion held them at bay⟩ : INTENSIVE ⟨only through ~ study can he hope to qualify for the award⟩ — **con·cen·trat·ed·ly** *adv*

**concentrated alum** *n* : ALUMINUM SULFATE

**concentrated feed** *n* : any animal feed rich in concentrates and low in roughage

**concentrated milk** *n* : evaporated milk that is not processed under high pressures or temperatures

**concentrate sprayer** *n* : a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also *low gallonage sprayer, mist concentrate sprayer, speed sprayer*

**con·cen·tra·tion** \,kän(t)sən·'trāshən *also* -ān,sen-\ *n* -s [*com-* + L *centrum* + E *-ation*] **1** : the act or action of concentrating: as **a** : the bringing to a common center; *esp* : the assembling of troops in an area often as a prelude to military action **b** : a directing of the attention or of the mental faculties toward a single object **c** : an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) **d** : the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c **2** : a result of concentrating : a concentrated mass or thing: as **a** *pharmacy* : a crude active principle of a vegetable usu. in the form of a powder or resin **b** : a group of artillery shells fired on a particular area within a limited time — compare BARRAGE **3** *of a solution, mixture, or dispersion* : the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter : STRENGTH **4** : DENSITY 1 **5** : a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* : a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* : a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \'kän(t)sən,trād·iv *also* -ān,sen-\ *adj* : serving or tending to concentrate : characterized by concentration

**con·cen·tra·tor** \-ād·ə(r)\ *n* -s : one that concentrates: as **a** : an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* : an industrial plant specializing in concentration (as of ore) **b** : a worker who tends concentrating apparatus **c** : a student who concentrates (in a particular field of study)

**¹con·cen·tric** \kən'sen·trik, (')kän¦s-, -rēk\ *also* **con·cen·tri·cal** \-rəkəl, -rēk-\ *adj* [ML *concentricus* fr. L *com-* ...

38


OFFICIAL RULES
OF CARD GAMES
66th EDITION
EXHIBIT A.38




**EXHIBIT A.38**

©
International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909,
1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918,
1919, 1920, 1921, 1922,
1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941,
1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955,
1957, 1958, 1959, 1961, 1963, 1966, 1968
BY
THE UNITED STATES PLAYING CARD COMPANY
CINCINNATI, OHIO, U.S.A.

EXHIBIT A.38

# INDEX

Page
**Choice of Games** 6
**Teaching Card Games to Children** 9
**General Rules Applying to All Games** 11
**The Etiquette of Card Games** 13
**How to Give a Card Party** 38
**Children's and Family Games** 215
**Technical Terms Used in Card Games** 247

Page
**Accordion** 236
**All Fours** 153
**American Pinochle** 156
**Arlington** 113
**Auction Bridge** 54
**Auction Euchre** 143
**Auction Forty-fives** 148
**Auction Hearts** 132
**Auction Pinochle** 168
**Auction Pitch** 149
  Sell-Out 151
  Smudge 151
**Auction Sheepshead** 195
**Authors** 217

**Baccarat** 233
**Beleaguered Castle** 241
**Belotte** 205
**Bezique** 175
  Bezique without a Trump 176
  Chinese Bezique 177
  Rubicon Bezique 181
  Six and Eight-pack Bezique 177, 180
**Big Forty** 238
**Black Jack** 228
  With a Changing Bank 230
  With a Permanent Bank 228
**Black Lady Hearts** 129
**Blackout** 57
**Blind Opening** 72
**Blind Tiger** 72
**Boat House Rum** 101
**Bolivia** 110
**Boodle** 222
**Booray or Bouré** 63
**Bridge, Auction** 54
**Bridge, Contract** 15
**Bridge, Cutthroat** 55, 57
**Bridge, Honeymoon** 55
**Bridge, Three-hand** 55

**Calculation** 243
**California Jack** 155
**Call-Ace Euchre** 144
**Caloochi** 101
**Canasta** 102
  Bolivia 110
  Brazilian 110
  Chilean 110
  Cuban 110
  Cutthroat 108
  Hollywood 112
  Italian 111
  Mexicana 112
  Pennies from Heaven 112
  Samba 109
  Three-, Five-, Six-hand 108
  Two-hand 107
  Uruguay 111
**Canfield** 237
**Card Dominoes** 223
**Cassino** 211
  Royal Cassino 214
  Draw Cassino 214
  Spade Cassino 214
**Check Pinochle** 163
**Chemin de Fer** 232
**Chicago** (Contract Bridge) 19
**Chicago** (Boodle) 222
**Chile** 110
**Chilean Canasta** 110
**Chinese Bezique** 177
**Chouette** 181
**Cinch** 152
**Clubby** 203
**Combination Rummy** 123
**Concentration** 220
**Conquian** 128
**Continental Rummy** 125
**Contract Bridge** 15
  Duplicate Bridge 46
  Four-deal Bridge 19
  Goren System 30
  Illustration of Irregularities 27
  International Match Points 53
  Irregularities and Penalties 22
  Irregularities in Duplicate Bridge 47
  Leads 37
  Match Points 53
  Party Bridge 38
  Pivot Bridge 44
  Progressive Bridge 40
  Proprieties 29
  Scoring Table 21
  Tournament Bridge 46
**Contract Rummy** 123
**Coon-Can** 101, 128
**Crapette** 243
**Crazy Eights, Jacks** 225
**Cribbage** 206
  Four-hand 210
  Three-hand 210
**Cutthroat Bridge** 55
**Cutthroat Contract** 57

**Darda** 205
**Dealer's Choice** 77
**Deuces Wild** 79
**Domino Hearts** 132
**Double-pack Pinochle** 164
**Double Rum** 101
**Double Solitaire** 240
**Draw Cassino** 214
**Draw Poker** 70
**Duplicate Bridge** 46
  For Homes and Clubs 49

**Earl of Coventry** 224

Page

**Eights** .....225
**Euchre** .....140
  Auction Euchre .....143
  Call-Ace Euchre .....144
  Cutthroat Euchre .....143
  Four-, Five-, Six- and Seven-hand .....140
  Railroad Euchre .....143
  Three-hand Euchre .....143
  Two-hand Euchre .....143

**Fan Tan** .....223
**Faro** .....234
**Fish** .....217
**Five Fingers** .....147
**Five Hundred** .....134
  Avondale Schedule .....136
  For two .....139
  Scoring Table .....136
**500 Rum** .....114
**Five or Nine** .....224
**Forty-Five** .....148
**Forty Thieves** .....238
**Frog** (Solo) .....197

**Garbage** ..... 83
**Gin Rummy** .....116
  For Three Players .....120
  Hollywood .....119
  Oklahoma .....119
  Partnership .....121
  Round-the-Corner .....121
**Go Boom** .....220
**Go Fish** .....217

**Hearts** .....129
  Auction Hearts .....132
  Black Lady Hearts .....129
  Cancellation .....131
  Domino Hearts .....132
  Omnibus .....131
  Spot Hearts .....132
**High Card Pool** .....227
**High Five** .....152
**High-Low-Jack** .....149
**Hollywood Gin** .....119
**Hombre** .....197
**Honeymoon Bridge** ..... 55

**Idiot's Delight** (Solitaire) .....236
**I Doubt It** .....215
  Three-card I Doubt It .....216
**Italian Canasta** .....111

**Kalabrias** .....203
**Kaloochi** .....101
**Kalougi** .....101
**Kaluki** .....101
**Klaberjass** .....203
**Klondike** .....239
**Knock Poker** ..... 81
**Knock Rummy** .....122

**Liverpool Rummy** .....123
**Low Ball** ..... 76

**Michigan** .....222
**Michigan Rum** .....115
**Memory** .....220
**Monte Bank** .....235

Page

**Napoleon** .....145
**Napoleon at St. Helena** .....238
**Newmarket** .....222

**Oh Pshaw** ..... 57
**Oklahoma** .....113
**Oklahoma Gin** .....119
**Old Maid** .....219
**Old Sledge** .....153
**Ombre** .....197

**Pan** .....126
**Panguingue** .....126
**Parliament** .....223
**Partnership Pinochle** .....160
**Party Bridge** ..... 38
**Pedro** .....152
**Peep Nap** .....146
**Persian Rummy** .....115
**Pig** .....218
**Pinochle** .....156
  American Pinochle .....156
  Auction Pinochle .....168
  Check Pinochle .....163
  Double-pack Pinochle .....164
  Firehouse Pinochle .....162
  Partnership Auction Pinochle .....161
  Partnership Pinochle .....160
  Six- and Eight-hand Pinochle .....162
  Three-hand American Pinochle .....159
  Two-hand Pinochle .....156
**Piquet** .....200
**Pitch** .....149
  Auction (Setback) .....149
  Smudge .....151
**Play or Pay** .....224
**Poker** ..... 64
  Dealer's Choice ..... 77
  Draw Poker ..... 70
  Ethics ..... 95
  Knock Poker ..... 81
  Laws of Poker ..... 83
  Percentages ..... 96
  Straight Poker or Bluff ..... 79
  Strategy ..... 96
  Stud Poker ..... 73
  Variations ..... 77
  Whiskey ..... 81
**Poker Rum** .....122
**Poker Solitaire** .....242
**Poker Squares** .....242
**Pool Nap** .....146
**Pounce** .....221
**Progressive Bridge** ..... 44
**Progressive Rummy** .....123
**Put and Take** ..... 82

**Railroad Euchre** .....143
**Red and Black** ..... 82
**Red Dog** .....227
**Royal Cassino** .....214
**Rubicon Bezique** .....181
**Rummy** (Rum) ..... 98
  Boat House .....101
  Continental .....125
  Double Rum .....101
  500 Rum .....114
  Gin .....116





Page

Knock .....122
Liverpool .....123
Contract Rummy .....123
Michigan .....115
Oklahoma .....113
Partnership 500 Rum .....115
Persian .....115
**Russian Bank** (Crapette) .....243
  One-pack Russian Bank .....246

**Samba** .....109
**Saratoga** .....222
**Schafskopf** .....193
**Set Back** .....149
**Sevens** .....223
**Seven-up** (All Fours or Old Sledge) 153
**Shanghai Rummy** .....123
**Shasta Sam** .....155
**Sheepshead** (Schafskopf) .....193
**Shotgun** .....78, 80
**Sir Garnet** .....146
**Six-bid Solo** .....195
**Six-pack Bezique** .....177
**Sixty-Six** .....173
**Skat** .....182
  Rauber Skat .....187
  Rules of Skat .....188
  Tables of Expectancies .....187
**Slapjack** .....219
**Slough** .....195
**Smudge** .....151
**Snip Snap Snorem** .....224
**Solitaire** (Patience) .....236
  Accordion .....236
  Beleaguered Castle .....241
  Big Forty .....238
  Calculation .....243
  Canfield .....237
  Forty Thieves .....238
  Klondike .....239
  Napoleon at St. Helena .....238

Page

Poker Solitaire .....242
Spider .....240
Streets and Alleys .....241
**Solo or Slough** (Sluff) .....195
  Frog .....197
  Ombre .....197
  Six-bid Solo .....195
**Spade Cassino** .....214
**Spider** .....240
**Spite and Malice** .....133
**Spit in the Ocean** .....79, 80
**Spoil Five** .....147
**Spot Hearts** .....132
**Stops** .....222
**Streets and Alleys** .....241
**Stud Poker** ..... 73
**Stuss** .....234
**Swedish Rummy** .....225

**Three-hand Bridge** ..... 55
**Three-hand Canasta** .....108
**Three-pack Canasta** .....108
**Tournament Bridge** ..... 46
**Tonk** .....122
**Towie** ..... 56
**Trio** ..... 56
**Triple-pack Pinochle** .....167
**Tunk** .....122
**Twenty-One** .....228

**Up and Down the River** ..... 82
**Uruguay** .....111

**Vingt-et-Un** .....228

**War** .....216
**Whiskey Poker** ..... 81
**Whist** ..... 59
**Wipe-Off** .....167

**Zioncheck** .....123


EXHIBIT A.38

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

62-card pack is
**The Draw**—Lo
**The Shuffle an**
cuts.
**The Deal**—Se
rotation; the
center of the t
**Object of the**
**The Play**—Eld
in turn therea
denomination
in turn must p
so play must
stock is exhau
play to the tric
as between ca
the other. The
**Scoring**—The
game. He coll
cards remaini
and face card
**Game**—Each
until one play
player may b
and play may
point the low
**Irregularities**
See also Gene

This belong
game for larg
**Number of P**
have room to
more.
**Cards**—One 5
be the same i
**Play**—Each p
Whenever an
to begin a fo
piles. Any pla
and when tw
played is the
hands, three
**Object of the**
(original pile
how many ca
The cards are
game.

EXHIBIT A.38

39

U.S. $64.95
Can. $100.00

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition

423
R194
2001

RANDOM HOUSE
NEW YORK

EXHIBIT A.39

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1986 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of The Random House Dictionary of the English Language, Second Edition, Unabridged.

The *Random House Dictionary Database*™, the *Random House Dictionary*™, and the *Random House Dictionary Project*™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data is available.**

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York Toronto London Sydney Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

EXHIBIT A.39

9 8 7 6 5 4 3 2

ISBN: 0-375-42566-7 (Hard...

...of a legislative body. **3.** a part or organ of ...body; a limb, as a leg, arm, or wing. **4.** *Bot.* a ...entity of a plant body. **5.** the penis. **6.** a con... of any structural or composite whole, as a ...architectural feature of a building. **7.** ...side of an equation. **b.** an element of a ...a stratigraphic unit recognized within a ...mapped as such. —*adj.* **9.** being a mem... membership in an association, organiza... having membership ...*member countries of the United Nations.* ...ME *membre* < OF < L *membrum*] ...**ber·less,** *adj.*

...element, portion.

...**bered** (mem′bərd), *adj.* having members, esp. ...specified number or kind (often used in combina... *four-membered body.* [1375–1425; late ME. See ...]

**...ber of the Wed′ding, The,** a novel (1946) ...(1950) by Carson McCullers.

**...ber·ship** (mem′bər ship′), *n.* **1.** the state of ...member, as of a society or club. **2.** the status of ...member. **3.** the total number of members belonging to ...organization, society, etc. [1640–50; MEMBER + -SHIP]

**...brane** (mem′brān), *n.* **1.** *Anat.* a thin, pliable ...layer of animal or vegetable tissue, serving to ...organ, connect parts, etc. **2.** *Cell Biol.* the thin, ...covering of a cell or cell part. [1375–1425; late ...*membraan* parchment < L *membrāna.* See ...] —**mem′brane·less,** *adj.*

**...brane bone′,** a bone that develops from mem... tissue. Cf. **cartilage bone.** [1875–80]

**...bra·no·phone** (mem brā′nə fōn′), *n.* any mu...instrument, as a drum, in which the sound is pro... by striking, rubbing, or blowing against a mem... stretched over a frame. [1935–40; MEMBRANE + ...PHONE] —**mem·bra·no·phon·ic** (mem brā′nə... *adj.*

**...bra·nous** (mem′brə nəs), *adj.* **1.** consisting of, ...the nature of, or resembling membrane. **2.** character...by the formation of a membrane. Also, **mem·bra·...** (mem′brə nā′shəs). [1590–1600; MEMBRANE + ...< F *membraneux*] —**mem′bra·nous·ly,** *adv.*

**...branous lab′yrinth.** See under **labyrinth** ...[1865–70]

**...mel** (mā′məl, mem′əl), *n.* **1.** German name of ... **2.** the lower course of the Niemen River. Cf.

**...men·to** (mə men′tō), *n., pl.* **-tos, -toes.** **1.** an ob... item that serves to remind one of a person, past ...keepsake; souvenir. **2.** anything serving as a ...warning. **3.** (*cap., italics*) *Rom. Cath. Ch.* ...prayers in the canon of the Mass, one for ...and the other for persons dead. [1350– ...*mementō,* impv. of *meminisse* to remem...]

...MEMENTO is sometimes spelled MOMENTO, ...by association with *moment.* The word is actu... related to *remember.* One of its earliest meanings ...something that serves to warn." The meaning ...is a recent development: *The stone animal ...are mementos of our trip to Victoria.* MOMENTO ...by many to be a misspelling, but it occurs ...frequently in edited writing that some regard it as a ...spelling rather than an error.

**...men·to mo·ri** (mə men′tō môr′ī, mōr′ī, môr′ē, ...also *Lat.* me men′tō mō′RĒ), *pl.* **memento** ... **1.** (*italics*) *Latin.* remember that you must ... **2.** an object, as a skull, serving as a reminder of ...mortality. [1585–95; < L *mementō morī*]

**...ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, ...painter of the Flemish school. Also, **Mem·linc** ...

**...non** (mem′non), *n.* **1. Colossus of,** (in ancient ...a colossal statue near Thebes said to produce a ...sound when the rays of the early morning sun ... Cf. **Vocal Memnon.** **2.** *Class. Myth.* an Ethio... slain by Achilles in the Trojan War. —**Mem·...** (mem nō′nē ən), *adj.*

**...** (mem nō′nē ə), *n.* an area in the south... hemisphere of Mars, appearing as a light region ...viewed telescopically from the earth.

**...** (mem′ō), *n., pl.* **mem·os.** memorandum. [by ...; see -O]

**...** (mem′wär, -wôr), *n.* **1.** a record of events ...by a person having intimate knowledge of them ...on personal observation. **2.** Usually, **mem...** an account of one's personal life and experiences; ...biography. **b.** the published record of the proceed... of a group or organization, as of a learned society. ...biography or biographical sketch. [1560–70; < F ...< L *memoria;* see MEMORY] ... **2.** journal, recollections, reminiscences.

**...ist** (mem′wär ist, -wôr-), *n.* a person who ...memoirs. [1760–70; MEMOIR + -IST]

**...bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl.,* ...(-ə rab′ə lē). **1.** mementos; souvenirs. ...or events worthy to be remembered; points ...note. [1800–10; n. use of L *memorābilia* ...to be remembered, neut. pl. of *memorābilis* MEM...]

**...bil·i·ast** (mem′ər ə bil′ē ast′), *n.* a person ...mementos or souvenirs, as postcards or ...[MEMORABILI(A) + *-ast,* taken as var. of -IST ...ending in *-i-,* on the model of ENTHUSI...]

**...ble** (mem′ər ə bəl), *adj.* **1.** worth remem...: *a memorable speech.* **2.** easily remem... [1400–50; late ME < L *memorābilis* worth men...< *memorā(re)* to mention + *-bilis* -BLE] ...**bil′i·ty,** **mem′o·ra·ble·ness,** *n.* —**mem′·...** ...**1.** noteworthy, impressive, celebrated.

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a short note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. **2.** a record or written statement of something. **3.** an informal message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* **4.** *Law.* a writing, usually informal, containing the terms of a transaction. **5.** *Diplomacy.* a summary of the state of an issue, the reasons for a decision agreed on, etc. **6.** a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [1400–50; late ME < L: something to be noted, n. use of neut. of *memorandus,* gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə môr′ē əl, -mōr′-), *n.* **1.** something designed to preserve the memory of a person, event, etc., as a monument or a holiday. **2.** a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* **3.** preserving the memory of a person or thing; commemorative: *memorial services.* **4.** of or pertaining to the memory. [1350–1400; ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for or containing memoranda. See MEMORY, -AL¹] —**me·mo′ri·al·ly,** *adv.*

**Memo′rial Day′,** **1.** Also called **Decoration Day.** a day, May 30, set aside in most states of the U.S. for observances in memory of dead members of the armed forces of all wars: now officially observed on the last Monday in May. **2.** any of several days, as April 26, May 10, or June 3, similarly observed in various Southern states. [1865–70, *Amer.*]

**me·mo·ri·al·ist** (mə môr′ē ə list, -mōr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs. [1700–10; MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz·ing.** **1.** to commemorate. **2.** to present a memorial to. Also, *esp. Brit.,* **me·mo′ri·al·ise′.** [1790–1800; MEMORIAL + -IZE] —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**memo′rial park′,** cemetery. [1915–20]

**mem·o·ried** (mem′ə rēd), *adj.* **1.** having a memory (usually used in combination): *short-memoried; long-memoried.* **2.** filled with memories: *a quiet, memoried town.* [1565–75; MEMORY + -ED³]

**mem·o·rist** (mem′ər ist), *n.* a person who has a remarkably retentive memory. [1675–85; MEMOR(Y) + -IST]

**me·mo·ri·ter** (mə môr′i tər, -ter, -mōr′-), *adv.* **1.** by heart; by memory. —*adj.* **2.** involving or requiring memorization: *the memoriter aspects of a college course.* [1605–15; < L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.,* **-rized, -riz·ing.** —*v.t.* **1.** to commit to memory; learn by heart: *to memorize a poem.* —*v.i.* **2.** to learn by heart: *I've always been able to memorize easily.* Also, *esp. Brit.,* **mem′o·rise′.** [1585–95; MEMOR(Y) + -IZE] —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** **1.** the mental capacity or faculty of retaining and reviving facts, events, impressions, etc., or of recalling or recognizing previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining and recalling impressions, facts, etc.; remembrance; recollection: *to draw from memory.* **4.** the length of time over which recollection extends: *a time within the memory of living persons.* **5.** a mental impression retained; a recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** the state or fact of being remembered. **8.** a person, thing, event, fact, etc., remembered. **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** the ability of certain materials to return to an original shape after deformation. **11.** Also called **computer memory, storage.** *Computers.* **a.** the capacity of a computer to store information subject to recall. **b.** the components of the computer in which such information is stored. **12.** *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. **13.** *Cards.* concentration (def. 7). [1275–1325; ME *memorie* < L *memoria,* equiv. to *memor* mindful, remembering + *-ia* -Y³]

**mem′ory bank′,** **1.** the complete records, archives, or the like of an organization, country, etc. **2.** the total of a person's memories or recollections. **3.** See **data bank** (def. 1). [1950–55]

**mem′ory cell′,** *Immunol.* any small, long-lived lymphocyte that has previously encountered a given antigen and that on reexposure to the same antigen rapidly initiates the immune response **(memory T cell)** or proliferates and produces large amounts of specific antibody **(memory B cell):** the agent of lasting immunity.

**mem′ory lane′,** the memory of one's past life likened to a road down which one may travel: *The class reunion was a trip down memory lane.* [1950–55]

**mem′ory trace′,** *Psychol.* engram. [1920–25]

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday school.

**Mem·phi·an** (mem′fē ən), *n.* **1.** a native or inhabitant of the ancient Egyptian city of Memphis. **2.** Egyptian (def. 3). **3.** a native or resident of Memphis, Tennessee. [1585–95; MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 646,356. **2.** a ruined city in Lower Egypt, on the Nile, S of Cairo: the ancient capital of Egypt.

**Mem·phis** (mem′fis), *n.* **1.** a group of international designers and architects, formed in the 1980's and based in Milan, whose work is characterized by the use of bold colors, geometric shapes, and unconventional, often playful, designs. —*adj.* **2.** of or pertaining to this group or its style of design. [the name was allegedly suggested to Ettore Sottsass, one of the group's founders, by the Bob Dylan song "Stuck Inside of Mobile with the Memphis Blues Again" on the evening of December 11, 1980]

**Mem·phite** (mem′fīt), *adj.* **1.** Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* **2.** Memphian (def. 1). [<< Gk *Memphī́tēs* inhabitant of Memphis; see -ITE¹]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. (48 km) long.

**mem·sa·hib** (mem′sä′ib, -ēb), *n.* (formerly, in India) a term of respect for a married European woman. [1855–60; < Hindi, equiv. to *mem* (< E MA'AM) + *sāhib* master (< Ar *ṣāḥib*)]

**men** (men), *n.* pl. of **man.**

**men-,** var. of **meno-** before a vowel: *menarche.*

**men·ace** (men′is), *n., v.,* **-aced, -ac·ing.** —*n.* **1.** something that threatens to cause evil, harm, injury, etc.; a threat: *Air pollution is a menace to health.* **2.** a person whose actions, attitudes, or ideas are considered dangerous or harmful: *When he gets behind the wheel of a car, he's a real menace.* **3.** an extremely annoying person. —*v.t.* **4.** to utter or direct a threat against; threaten. **5.** to serve as a probable threat to; imperil. —*v.i.* **6.** to express or serve as a threat. [1250–1300; ME < MF < L *minācia,* equiv. to *mināc-* (s. of *mināx*) jutting out, threatening + *-ia* -IA] —**men′ac·er,** *n.* —**men′ac·ing·ly,** *adv.*

**men·ac·me** (mə nak′mē, mē nak′-), *n. Physiol.* the part of a female's life during which menstruation occurs. [MEN- + ACME]

**me·nad** (mē′nad), *n.* maenad.

**men·a·di·one** (men′ə dī′ōn), *n. Pharm.* a synthetic yellow crystalline powder, $C_{11}H_8O_2$, insoluble in water, used as a vitamin K supplement. Also called **vitamin $K_3$.** [1940–45; ME(THYL) + NA(PHTHALENE) + DI-¹ + -ONE]

**Me·na·do** (me nä′dō), *n.* a seaport on NE Sulawesi, in NE Indonesia. 169,684. Also, **Manado.**

**mé·nage** (mā näzh′; *Fr.* mā nAzh′), *n., pl.* **-nages** (-nä′zhiz; *Fr.* -nAzh′). **1.** a domestic establishment; household. **2.** housekeeping. Also, **me·nage′.** [1250–1300; ME < F << VL **mansiōnāticum.* See MANSION, -AGE]

**mé·nage à trois** (mā näzh′ ä trwä′; *Fr.* mā nAzh A trwä′), a domestic arrangement in which three people having sexual relations occupy the same household. [< F: household of three]

**me·nag·er·ie** (mə naj′ə rē, -nazh′-), *n.* **1.** a collection of wild or unusual animals, esp. for exhibition. **2.** a place where they are kept or exhibited. **3.** an unusual and varied group of people. [1705–15; < F: lit., housekeeping. See MÉNAGE, -ERY]

**Men′ai Strait′** (men′ī), a strait between Anglesey Island and the mainland of NW Wales. 14 mi. (23 km) long.

**Me·nam** (me näm′), *n.* a former name of **Chao Phraya.**

**Me·nan·der** (mə nan′dər), *n.* 342?–291 B.C., Greek writer of comedies.

**men·ar·che** (mə när′kē, me-), *n. Physiol.* the first menstrual period; the establishment of menstruation. [1895–1900; MEN- + *archḗ* beginning] —**men·ar′che·al, men·ar′chi·al,** *adj.*

**Me·nash·a** (mə nash′ə), *n.* a city in E Wisconsin. 14,728.

**me·nat** (mā′nät), *n.* an amulet worn by certain Egyptians in ancient times to secure divine protection and to ensure fertility. [vocalization of Egyptian *mnyt*]

**men·a·zon** (men′ə zon′), *n. Chem.* a colorless, crystalline compound, $C_6H_{12}N_5O_2PS_2$, used as a systemic insecticide, esp. for control of aphids. [1960–65; ME(THYL) + (AMI)N(O)- + (TRI)AZ(INE) + (THI)ON(ATE)]

**men-chil·dren** (men′chil′drən, -drin), *n.* pl. of **man-child.** Also, **men′chil′dren.**

**Men·ci·us** (men′shē əs), *n.* c380–289 B.C., Chinese philosopher. Also called **Mengtzu, Mengtse, Mengtze, Mengzi.**

**Menck·en** (meng′kən), *n.* **H(enry) L(ouis),** 1880–1956, U.S. writer, editor, and critic. —**Menc·ke·ni·an** (meng kē′nē ən), *adj., n.*

**mend** (mend), *v.t.* **1.** to make (something broken, worn, torn, or otherwise damaged) whole, sound, or usable by repairing: *to mend old clothes; to mend a broken toy.* **2.** to remove or correct defects or errors in. **3.** to set right; make better; improve: *to mend matters.* —*v.i.* **4.** to progress toward recovery, as a sick person. **5.** (of broken bones) to grow back together; knit. **6.** to improve, as conditions or affairs. **7. mend sail,** *Naut.* to refurl sails that have been badly furled. Also, **mend the furl.** —*n.* **8.** the act of mending; repair or improvement. **9.** a mended place. **10. on the mend, a.** recovering from an illness. **b.** improving in general, as a state of affairs: *The breach between father and son is on the mend.* [1150–1200; ME *menden,* aph. var. of AMEND] —**mend′a·ble,** *adj.*

—**Syn. 1.** fix, restore, retouch. MEND, DARN, PATCH mean to repair something and thus renew its usefulness. MEND is a general expression that emphasizes the idea of making whole something damaged: *to mend a broken dish, a tear in an apron.* DARN and PATCH are more specific, referring particularly to repairing holes or rents. To DARN is to repair by means of stitches interwoven with one another: *to darn stockings.* To PATCH is to cover



EXHIBIT A.39

nt), n., pl. **comtes** (kôNt). French. count².
nt; Fr. kôNt), n. **(I·si·dore) Au·guste (Ma·is)** (ē zē dôR′ ō gyst′ mA Rē′ fRäN swA′), French founder of the philosophical system of

(kôN tes′), n., pl. **-tesses** (-tes′). French.

(kom′tē ən, kôN′-), adj. **1.** Also, **Com′te·** rtaining to the philosophy of Auguste Comte. ollower of the philosophy of Auguste Comte. COMTE + -IAN]

(kom′tiz əm, kôN′-), n. the philosophy of mte; positivism. [1870–75; A. COMTE + -ISM] n., adj.

ō′məs), n. an ancient Greek and Roman god and revelry. Also, **Komos.** [< L < Gk ; akin to COMEDY]

Common Version (of the Bible).

adv. **1.** against a proposition, opinion, etc.: pro and con. —n. **2.** the argument, position, voter against something. Cf. **pro**¹. [1575–85; contrā in opposition, against]

v.t., **conned, con·ning. 1.** to learn; study; examine carefully. **2.** to commit to memory. ME cunnen, OE cunnan var. of CAN¹ in sense cquainted with, learn to know"]

v., **conned, con·ning.** n. Naut. —v.t. **1.** to steering of (a ship). —n. **2.** the station of the o cons. **3.** the act of conning. Also, **conn.** ; earlier cond, apocopated var. of ME condie, MF cond(u)ire < L condūcere to CONDUCT]

), adj., v., **conned, con·ning.** n. Informal. involving abuse of confidence: a con trick. swindle; trick: That crook conned me out of ings. **3.** to persuade by deception, cajolery, **4.** a confidence game or swindle. **5.** a lie, ex-, or glib self-serving talk: He had a dozen getting out of paying traffic tickets. by shortening of CONFIDENCE]

ng. a convict. [1715–25; by shorten-

n), v.t., **conned, con·ning.** Brit. Dial. **1.** to or rap (something or someone). **2.** to ham-il or peg). **3.** to beat or thrash a person with or a weapon. [1890–95; perh. akin to F cognée ogner to knock in, drive (a nail) home]

of **com-** before a consonant (except b, h, l, p, assimilation, before n: convene; condone; con-[< L]

Conformist. **2.** Consul.

concerto. **2.** conclusion. **3.** connection. **4.** ted. **5.** consul. **6.** continued. **7.** against. [< L

(kon′ad), n. Continental Air Defense Com-

y (Fr. kô nA kRē′), n. a seaport in and the f Guinea, in NW Africa. 525,671 with suburbs. nakri.

o·re (kon ə môr′ē, -môr′ā, -môr′ē, -mōr′ā, kôn ä mô′Re). **1.** (italics) Italian. with love, nthusiasm, or zeal. **2.** tenderly and lovingly a musical direction). [1730–40]

(kō′nən), n. a male given name.

i·ma (kon an′ə mä′, kôn ä′nē mä′; It. kôn ), with spirit; animatedly (used as a musical di-[1905–10; < It: lit., with spirit]

(kō′nənt), n. **James Bryant,** 1893–1978, U.S. and educator: president of Harvard University

′tist, Informal. **1.** a person adept at lying, ca-r glib self-serving talk. **2.** a person adept at g by means of confidence games; swindler.

ion (kō nā′shən), n. Psychol. the part of men-having to do with striving, including desire and [1605–15; < L cōnātiōn- (s. of cōnātiō) an quiv. to cōnāt(us) (ptp. of cōnāri to try) + -iōn-

ive (kon′ə tiv, kō′nə-), adj. **1.** Psychol. per-to or of the nature of conation. **2.** Gram. ex-endeavor or effort: a conative verb. —n. **3.** a conative word, affix, or verbal aspect. [1680–AT(ION) + -IVE]

us (kō nā′təs), n., pl. **-tus. 1.** an effort or striv-or tendency simulating a human effort. phy of Spinoza) the force in every ani-ward the preservation of its existence. exertion, equiv. to cōnā(ri) to attempt + ffix of v. action]

i·o (kon brē′ō, kōn; It. kôn brē′ō), with vigor; usly (used as a musical direction). [1890–95; < It]

**1.** concentrate. **2.** concentrated. **3.** concentra-concerning. **5.** concrete.

t·e·nate (kon kat′n āt′), v., **-nat·ed, -nat·ing.** v.t. **1.** to link together; unite in a series or chain. **2.** linked together, as in a chain. [1425–75; late tp.) < LL concatēnātus (ptp. of concatēnāre), to con- CON- + L catēn(a) CHAIN + -ātus -ATE¹]

concatēnātiōn- (s. of concatēnātiō), equiv. to concatēnāt(us) CONCATENATE + -iōn- -ION]

**con·cave** (adj., v. kon kāv′, kon′kāv; n. kon′kāv), adj., n., v., **-caved, -cav·ing.** —adj. **1.** curved like a segment of the interior of a circle or hollow sphere; hollow and curved. Cf. **convex** (def. 1). **2.** Geom. (of a polygon) having at least one interior angle greater than 180°. **3.** Obs. hollow. —n. **4.** a concave surface, part, line, or thing. **5.** Mach. a concave piece, as one against which a drum rotates. —v.t. **6.** to make concave. [1375–1425; late ME (< MF) < L concavus, hollow. See CON-, CAVE] —**con·cave′ly,** adv. —**con·cave′·ness,** n.




A, concave or plano-concave lens; B, concavo-concave lens; C, concavo-convex lens

**con·cav·i·ty** (kon kav′i tē), n., pl. **-ties** for 2. **1.** the state or quality of being concave. **2.** a concave surface or thing; cavity. [1350–1400; ME concavite < LL concavitāt- (s. of concavitās). See CON-, CAVE, -ITY]

**con·ca·vo-con·cave** (kon kā′vō kon kāv′), adj. concave on both sides. [< L concav(us) + -o- + CONCAVE]

**con·ca·vo-con·vex** (kon kā′vō kon veks′), adj. **1.** Also, **convexo-concave.** concave on one side and convex on the other. **2.** Optics. pertaining to or noting a lens in which the concave face has a greater degree of curvature than the convex face. [1670–80; < L concav(us) + -o- + CONVEX]

**con·ceal** (kən sēl′), v.t. **1.** to hide; withdraw or remove from observation; cover or keep from sight: He concealed the gun under his coat. **2.** to keep secret; to prevent or avoid disclosing or divulging: to conceal one's identity by using a false name. [1275–1325; ME concelen < AF conceler < L concēlāre, equiv. to con- CON- + cēlāre to hide (akin to HULL¹, Gk koleón scabbard (see COLEOPTERA); cf. OCCULT)] —**con·ceal′a·ble,** adj. —**con·ceal′a·bil′i·ty,** n. —**con·ceal′ed·ly,** adv. —**con·ceal′ed·ness,** n. —**con·ceal′er,** n.
—**Syn. 1.** See **hide**¹.

**con·ceal·ment** (kən sēl′mənt), n. **1.** the act of concealing. **2.** the state of being concealed. **3.** a means or place of hiding. [1275–1325; ME concelement < AF. See CONCEAL, -MENT]

**con·cede** (kən sēd′), v., **-ced·ed, -ced·ing.** —v.t. **1.** to acknowledge as true, just, or proper; admit: He finally conceded that she was right. **2.** to acknowledge (an opponent's victory, score, etc.) before it is officially established: to concede an election before all the votes are counted. **3.** to grant as a right or privilege; yield: to concede a longer vacation for all employees. —v.i. **4.** to make concession; yield; admit: She was so persistent that I conceded at last. [1625–35; < L concēdere, equiv. to con- CON- + cēdere to withdraw, yield, CEDE] —**con·ced′ed·ly,** adv. —**con·ced′er,** n. —**con·ces′si·ble,** adj.
—**Syn. 1.** grant. —**Ant. 1.** deny. **3.** refuse.

**con·ceit** (kən sēt′), n. **1.** an excessively favorable opinion of one's own ability, importance, wit, etc. **2.** something that is conceived in the mind; a thought; idea: He jotted down the conceits of his idle hours. **3.** imagination; fancy. **4.** a fancy; whim; fanciful notion. **5.** an elaborate, fanciful metaphor, esp. of a strained or far-fetched nature. **6.** the use of such metaphors as a literary characteristic, esp. in poetry. **7.** a fancy, purely decorative article. **8.** Brit. Dial. **a.** favorable opinion; esteem. **b.** personal opinion or estimation. **9.** Obs. the faculty of conceiving; apprehension. **10. out of conceit with,** displeased or dissatisfied with. —v.t. **11.** to flatter (esp. oneself). **12.** Brit. Dial. to take a fancy to; have a good opinion of. **13.** Obs. **a.** to imagine. **b.** to conceive; apprehend. [1350–1400; ME conceyte, conceipt, deriv. of CONCEIVE by analogy with DECEIVE, DECEIT and RECEIVE, RECEIPT; cf. AF conceite; see CONCEPT]
—**Syn. 1.** self-esteem, vanity, egotism, complacency. See **pride.** —**Ant. 1.** humility.

**con·ceit·ed** (kən sē′tid), adj. **1.** having an excessively favorable opinion of one's abilities, appearance, etc. **2.** Archaic. **a.** having an opinion. **b.** fanciful; whimsical. **3.** Obs. intelligent; clever. [1535–45; CONCEIT + -ED²] —**con·ceit′ed·ly,** adv. —**con·ceit′ed·ness,** n.
—**Syn. 1.** vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), adj. capable of being conceived; imaginable. [1425–75; late ME. See CONCEIVE, -ABLE] —**con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness,** n. —**con·ceiv′a·bly,** adv.

**con·ceive** (kən sēv′), v., **-ceived, -ceiv·ing.** —v.t. **1.** to form (a notion, opinion, purpose, etc.): He conceived the project while he was on vacation. **2.** to form a notion or idea of; imagine. **3.** to hold as an opinion; think; believe: I can't conceive that it would be of any use. **4.** to experience or form (a feeling): to conceive a great love for music. **5.** to express, as in words. **6.** to become pregnant with. **7.** to beget. **8.** to begin, originate, or found (something) in a particular way (usually used in

-**brat·ing.** —v.i. **1.** to participate in a concelebration. —v.t. **2.** to celebrate (a Eucharist or Mass) with other members of the clergy. [1565–75; < L concelebrātus, ptp. of concelebrāre; see COM-, CELEBRATE]

**con·cel·e·bra·tion** (kən sel′ə brā′shən, kon-), n. the celebration of a Eucharist or Mass by two or more members of the clergy. [1840–50; CONCELEBRATE + -ION]

**con·cent** (kən sent′), n. Archaic. concord of sound, voices, etc.; harmony. [1575–85; < L concentus harmony, chorus, lit., singing or playing together, equiv. to concen-, var. s. of concinere to sing together (con- CON- + -cinere, comb. form of canere to sing; cf. CHANT) + -tus suffix of v. action]

**con·cen·ter** (kon sen′tər, kən-), v.t., v.i. to bring or converge to a common center; concentrate. Also, esp. Brit., **concentre.** [1585–95; < MF concentrer, equiv. to con- CON- + centrer to CENTER]

**con·cen·trate** (kon′sən trāt′), v., **-trat·ed, -trat·ing,** n. —v.t. **1.** to bring or draw to a common center or point of union; converge; direct toward one point; focus: to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens. **2.** to put or bring into a single place, group, etc.: The nation's wealth had been concentrated in a few families. **3.** to intensify; make denser, stronger, or purer, esp. by the removal or reduction of liquid: to concentrate fruit juice; to concentrate a sauce by boiling it down. **4.** Mining. to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. —v.i. **5.** to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by on or upon): to concentrate on solving a problem. **6.** to come to or toward a common center; converge; collect: The population concentrated in one part of the city. **7.** to become more intense, stronger, or purer. —n. **8.** a concentrated form of something; a product of concentration: a juice concentrate. [1630–40; CONCENTR(IC) + -ATE²; cf. F concentrer, It concentrare] —**con·cen·tra·tive** (kon′sən trā′tiv, kən sen′trə-), adj. —**con′cen·tra′tive·ness,** n. —**con′cen·tra′tor,** n.
—**Syn. 1.** See **contract.** —**Ant. 1.** dissipate, disperse. **5.** diverge.

**con·cen·trat·ed** (kon′sən trā′tid), adj. **1.** applied with all one's attention, energy, etc.: their concentrated efforts to win the election. **2.** clustered or gathered together closely. **3.** treated to remove or reduce an inessential ingredient, esp. liquid: concentrated orange juice. [1680–90; CONCENTRATE + -ED²]

**con·cen·tra·tion** (kon′sən trā′shən), n. **1.** the act of concentrating; the state of being concentrated. **2.** exclusive attention to one object; close mental application. **3.** something concentrated: a concentration of stars. **4.** Mil. **a.** the assembling of military or naval forces in a particular area in preparation for further operations. **b.** a specified intensity and duration of artillery fire placed on a small area. **5.** the focusing of a student's academic program on advanced study in a specific subject or field. **6.** Chem. (in a solution) a measure of the amount of dissolved substance contained per unit of volume. **7.** Also called **memory.** Cards. a game in which all 52 cards are spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [1625–35; CONCENTR(IC) + -ATION]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, members of ethnic minorities, political opponents, etc., esp. any of the camps established by the Nazis prior to and during World War II for the confinement and persecution of prisoners. [1900–05, applied orig. to camps where noncombatants were placed during the Boer War]

**concentra′tion cell′,** Physical Chem. a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal. [1895–1900]

**con·cen·tre** (kon sen′tər, kən-), v.t., v.i., **-tred, -tring.** Chiefly Brit. concenter.

**con·cen·tric** (kən sen′trik), adj. having a common center, as circles or spheres. Also, **con·cen′tri·cal.** [1350–1400; ME consentrik < ML concentricus. See CON-, CENTER, -IC] —**con·cen′tri·cal·ly,** adv. —**con·cen·tric·i·ty** (kon′sən tris′i tē, -sen-), n.

**Con·cep·ción** (kôn′sep syôn′; Eng. kən sep′sē ōn′, -sep′shən), n. **1.** a city in central Chile, near the mouth of the Bío-Bío River. 196,000. **2.** a city in central Paraguay, on the Paraguay River. 19,200.

**con·cept** (kon′sept), n. **1.** a general notion or idea; conception. **2.** an idea of something formed by mentally combining all its characteristics or particulars; a construct. **3.** a directly conceived or intuited object of thought. —v.t. **4.** Informal. to develop a concept of; conceive: Experts pooled their talents to concept the new car. [1550–60; < L conceptum something conceived, orig. neut. of conceptus (ptp. of concipere), equiv. to con- CON- + cep- (var. s. of -cipere, comb. form of capere to seize) + -tus ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), n. Biol. an organ or cavity enclosing reproductive bodies. [1605–15; < L conceptāculum, equiv. to concept(us) conceived (see CONCEPT) + -āculum (see RECEPTACLE)] —**con·cep·tac·u·lar** (kon′sep tak′yə lər), adj.

**con′cept art′.** See **conceptual art.**

**con·cep·tion** (kən sep′shən), n. **1.** the act of conceiving; the state of being conceived. **2.** fertilization; inception of pregnancy. **3.** a notion; idea; concept: She has

**con·cep·tor** (kən s or conceives ideas o

**con·cep·tu·al** (kə concepts or to the fo conceptuālis. See co (kən sep′chōō al′i tē

**concep′tual art′,** the means and proc than on the objects tools and techniques records, and the con works, are used to c Also called **concept**

**con·cep·tu·al·ism** any of several doct tween realism and n as concepts. Cf. **nom** CONCEPTUAL + -ISI **cep′tu·al·is′tic,** ad

**con·cep·tu·al·ize** ing. —v.t. **1.** to for —v.i. **2.** to form a Brit., **con·cep′tu·** -IZE] —**con·cep′t iz′er,** n.

**concep′tual re′** universals have rea **cep′tual re′alist.**

**con·cep·tus** (kən and associated mer developed animals. conceiving, hence, embryo, equiv. to CEIVE; see **CONCEPT**

**con·cern** (kən sûr with; be of interes shortage concerns reflexively or in th She concerns hers **3.** to trouble, worr his health. —n. **4** a person; business; **5.** a matter that en care, or that affect party was no conc anxiety: to show co portant relation or of us. **8.** a comme tablishment: the h **9.** Informal. any t 1425; late ME con cernere to relate t equiv. to L con- c —**Syn. 1.** touch sponsibility. CONC and burdened stat sense of interest misfortune. CARE by dread, or by th mands: Poverty w is an active state prehension: He u market. **8.** firm,

**con·cerned** (k affected: concerne concerned look. **3** participating: Th kidnapping. [16 **ed·ly** (kən sûr′ni

**con·cern·ing** ( garding; about: [1375–1425; late

**con·cern·ment** moment: a matte tion or bearing. which one is invo pation; involvem

**con·cert** (n., ad public musical pe or instrumentalis formance, usuall ist, or the like; all over the wor dividuals in a de harmony: His pl **4. in concert,** to **5.** designed or i at co perf contr ncert se: A —v.i. It co ertare h. pa conc

an·te -ti ertan npan; ertan secti 0–30; ANT]

EXHIBIT A.39

40

BY

ALBERT H. MOREHEAD
RICHARD L. FREY
GEOFFREY MOTT-SMITH

REVISED BY

RICHARD L. FREY
TOM SMITH
PHILLIP ALDER
MATT KLAM

# THE NEW COMPLETE HOYLE

## REVISED

THE AUTHORITATIVE GUIDE TO THE OFFICIAL RULES OF ALL POPULAR GAMES OF SKILL AND CHANCE

795
H867-1
1991

Doubleday
New York London Toronto Sydney Auckland

EXHIBIT A.40

division of [illegible]m Doubleday Dell Publishing Group, Inc.
154[illegible]dway, New York, New York 10036

DOUBLEDAY and the portrayal of an anchor
with a dolphin are trademarks of Doubleday,
a division of Bantam Doubleday Dell
Publishing Group, Inc.

Library of Congress Cataloging-in-Publication Data

ew complete Hoyle, revised: The authoritative guide to the official rules of
pular games of skill and chance by Albert H. Morehead, Richard L. Frey,
eoffrey Mott-Smith.—Rev. / revised by Richard L. Frey . . . [et al.]
p. cm.
Rev. ed. of: Hoyle's rules of games. 1983.
1. Cards. 2. Hoyle, Edmond, 1672–1769. 3. Board games.
I. Morehead, Albert H. (Albert Hodges). II. Frey, Richard L.
III. Mott-Smith, Geoffrey. IV. Hoyle's rules of games.
GV1243.H88 1991
794—dc20 90-32576
CIP

ISBN 0-385-24962-4

Laws of Duplicate Contract Bridge © 1987 by
American Contract Bridge League

Laws of Contract Bridge © 1981 by
American Contract Bridge League

Designed by Diane Stevenson, SNAP-HAUS GRAPHICS

Illustrations by Jackie Aher

Copyright © 1991, 1964, 1956, 1947, by
Philip D. Morehead and Andrew T. Morehead

All Rights Reserved
Printed in the United States of America
January 1991
15 17 19 20 18 16

EXHIBIT A.40

# FOREWORD

## Who Is Hoyle?

THE only truly immortal human being on record is an Englishman named Edmond Hoyle, who was born in 1672 and buried in 1769 but who has never really died.

Hoyle wrote "short treatises" on five different games. They were bound together in one volume in 1746. This was the first edition of "Hoyle's Games." Within the year plagiarists were putting Hoyle's name on other books that gave rules and advice for playing games. By the end of the nineteenth century dozens of such books had appeared, different books by different writers but all bearing the name of this same Edmond Hoyle. Into the twentieth century it has continued. Every few years, as sure as fate, one may see another book "by Hoyle" appear on the market.

Furthermore, there are countless millions who own one of the innumerable Hoyle books and in whose minds Hoyle is a living man, "the man who wrote the book," who probably lives in New York or Los Angeles or Miami or wherever authors live; to whom a letter may be addressed if a ticklish problem arises, and who might even be gotten on the other end of a long-distance telephone call if the problem were sufficiently urgent.

No less does this concept of a living Hoyle persist among authors and publishers. In a recent book on Poker, the author castigated "Hoyle's laws"; his publisher, no doubt fearful that Mr. Hoyle would sue, softened the tone of the attack. (Hoyle himself died at least fifty years before Poker was invented.) The managing editor of a Reno newspaper, asked what rules were being followed in the Nevada gambling houses, replied, "Hoyle was out here and put the rules in his book." Not even the "experts" who write books and articles about rules are immune; constantly, in citing some law or other, they begin with "Hoyle says." Yet they might be quoting from any of hundreds of "Hoyle" books, of which at least ten different ones are still on sale. And Edmond Hoyle himself never wrote or saw a word of any of these books.

The player mus[illegible]e correctly the number of cards he puts out, but need be of the [illegible]ounced rank. The object of play is to get rid of entire hand; it is often advisable or necessary to add some cards not e specified rank to the packet played.

Following a play, any other player may say "I doubt it!" Then if the player discarded any card other than the specified rank, he must take ie cards on the table into his hand. But if the discard was strictly in rd with the announcement—as is proved by turning the last discard up—the doubter must take up the whole discard pile.

It often happens that several players doubt the same discard. Paradoxi-, this is most likely to occur when the discard is correct, the object oubting being to obtain cards of certain ranks. The following rules as recedence in doubting should be rigidly enforced:

1. I doubt it *may not be declared until the player's hand has quitted discard.* A premature doubt is void, and the doubter loses his right to ot that discard. (Announcement should be made before the cards are ed on the discard pile, to give due notice to would-be doubters.)

2. *The first to doubt takes precedence when his lead over the second bter is clear.*

3. *When none has a clear lead in being the first to doubt, the doubter rest the player's left in rotation has precedence.*

**ing.** The first player to get rid of all his cards wins the deal. Each deal ild be treated as a separate game. Or the number of cards left in the ds may be charged against the owners, and the player with lowest e when another reaches 100 may be deemed the winner of a game. If game is played for a stake, each other player pays the winner of a l one chip for each card remaining in his hand.

**ularities.** There is no misdeal; any irregularity in dealing must be corrected quitably as possible, as by transferring cards from one hand to another, n though the players have looked at their hands.

A player is bound to discard from one to eight (with the double pack) ds and announce the rank due in his turn; he may not say "I haven't jacks" or put out more than eight cards, as a method of gaining possession he discard pile.

If a player announces the wrong rank, he must correct the announcement demand, but he may not change his discard if already completed. (It is itimate to name the wrong rank deliberately, to try to trap opponents doubting a correct discard.) If a wrong announcement of rank is not llenged before the next hand has completed his discard, it stands as ular. (Thus it may convict the next hand of wrong announcement, if t player has followed the original sequence of ranks instead of the changed uence.)

**tegy.** The player should arrange his cards by ranks, and the ranks in order in which he will be called upon to play them. *Example:* In a

EXHIBIT A.40



[illegible]-hand game, eldest hand should arrange the ranks: **A**, **7**, **K**[illegible]**Q**, **4**, **10**, **3**, **9**, **2**, **8**. He should decide at once at what turn he [illegible]go out. Thus, if eldest hand in this example decides to finish with threes, he must get rid of all nines, twos, and eights early, by *cheating* in his discards. The hand is bound to be doubted when it has few cards; the plan should be to finish with as long a sequence as possible of *honest* discards. Thus, eldest hand might have decided to finish with threes because he was dealt no nines. He should plan to get rid of twos and eights in his first four or five turns, and then be strictly honest from about queens or fives to the end.

The plan may have to be modified, by extension of the finishing point, if one of the early cheating discards is doubted. It is no calamity to have to pick up a great many cards; barring occasional accidents, a hand with an unduly large share of the cards has the best chance at the table of winning. Possession of most of the cards in several ranks, and particularly a *corner* on all eight cards of a rank, enables the player to block other hands from going out. An expert player sometimes tries to get most of the pack at once, then block all other hands while he discards in huge and honest packets. The important point in this process is to keep track of who gets these packets in the doubting. When the "big hand" player is near to going out, he will have to depend on his memory of how his cards were distributed, or else he may doubt what proves to be an honest discard.

## Concentration (Memory, Pelmanism)

As its various names suggest, this game is an excellent exercise for the development of visual memory.

**Age Group.** Nine to ninety. With children under sixteen, the contestants should be of nearly the same age or the older will have a pronounced advantage which is likely to be resented by the younger.

**Players.** Any number up to six can play; but the best game is for two.

**The Layout.** A pack of 52 cards is shuffled and then dealt face down on a table so that no two cards touch. No effort should be made to put the cards into orderly rows and files; the greater the irregularity, the better.

**The Play.** Each player in turn turns two cards face up, one at a time, without moving either away from its position in the layout. If the two cards are a pair, he removes them to his own pile of pairs won, and turns up two more cards. When he turns up two cards which are not a pair, he turns the cards face down, and the turn passes to his left.

The player who gathers a plurality of the cards wins the game.

While there is some luck in the game, victory goes consistently to the player who more accurately remembers the location of unpaired cards previously turned.

Case 1:06-cv-00262-S-DLM Document 97-6 Filed 10/21/2006 Page 75 of 96



Persons who find the game too easy—and some do—should turn up four cards at a time and require that a player turn all four cards of a rank to win a *book*.

## War

An old family favorite, this game is also known as "Everlasting," especially among adults who do not have the stamina or patience to play through the long game sessions that their children love.

***Age Group.*** Four to nine.

***Players.*** Usually two, although three or more can play as well.

***The Deal.*** The cards are dealt face down into two equal packs.

***The Play.*** Each player turns over his top card and the highest value wins. Both cards are then taken by the winner who adds them to the bottom of his pack. Play continues in this fashion until cards of equal value are faced, at which point war is declared. The two cards are placed in the center of the table, and each player makes a pack of three cards placed face down and a fourth face up. The player whose face-up card has the highest value wins both the cards in the center and his opponent's war pack. If the two cards faced up are once again of equal value there is another war until a winner is determined. Regular play is then resumed and continues until one player wins all his opponent's cards.

Three or more can play this game by combining two or more packs of cards. If two players turn up cards of equal value, all players are included in the war face-off, as above, with the next highest card taking all. A player drops out when he has lost all of his cards, and play continues until one player wins all the cards.



EXHIBIT A.40

41




EXHIBIT A.41

PUZZLES/GAMES

$9.95
Can. $12.95

So big, it's filled with over 200 card games, yet so handy that it can be taken anywhere, *The Ultimate Book of Card Games* is the ultimate source of family entertainment. Packed with laughter, good times, and:

- family, gambling, solitaire, and children's games
- reader-friendly rules and strategies
- hundreds of two-color diagrams and delightful illustrations
- an amazing, cross-referenced index that makes it easy to find a game by name, number of players, or type
- a lifetime full of fun!

Sterling Publishing Co., Inc.

ULTIMATE BOOK OF
DIAGRAM GR GAME
1-4027-4093-X 07/06
1724698009952
TRDF $9.95
9 781402 740930

Library of Congress Cataloging-in-Publication Data Available

2 4 6 8 10 9 7 5 3 1

Published in 2006 by Sterling Publishing Co., Inc.
387 Park Avenue South, New York, NY 10016
First published in the UK by The Diagram Group
© 1995 by Diagram Visual Information Ltd.
Distributed in Canada by Sterling Publishing
c/o Canadian Manda Group, 165 Dufferin Street,
Toronto, Ontario, Canada M6K 3H6
Distributed in Australia by Capricorn Link (Australia) Pty. Ltd.
P.O. Box 704, Windsor, NSW 2756, Australia

Designed by StarGraphics Studio

*Printed in China*
*All rights reserved*

Sterling ISBN-13: 978-1-4027-4093-0
ISBN-10: 1-4027-4093-X

For information about custom editions, special sales, premium and corporate purchases, please contact Sterling Special Sales Department at 800-805-5489 or specialsales@sterlingpub.com.

EXHIBIT A.41

SECTION 4

# Children's Card Games


| | |
|---|---|
| Introduction | 410 |
| Beggar my neighbour | 411 |
| Card dominoes | 413 |
| Cheat | 414 |
| Concentraion | 416 |
| Donkey | 417 |
| Give away | 419 |
| Go boom | 420 |
| Go fish | 423 |
| Knockout whist | 424 |
| Linger longer | 426 |
| Menagerie | 428 |
| My ship sails | 430 |
| Old maid | 431 |
| Play or pay | 433 |
| Racing demon | 434 |
| Rolling stone | 436 |
| Sequence | 438 |
| Slapjack | 439 |
| Snap | 441 |
| Snip-snap-snorem | 443 |
| Spit | 445 |
| Stealing bundles | 448 |
| War | 449 |


SECTION 5

# Finding a Game


| | |
|---|---|
| How many players? | 452 |
| Variations and alternative names | 457 |
| Index | 459 |


EXHIBIT A.41

## UP AND DOWN CHEAT

The only difference between this game and ordinary cheat or I doubt it is the rank of the cards that can be played. Instead of only claiming to play cards in ascending rank, a player may also claim that he is playing cards that are either of the same rank or one rank lower than the last player's cards.

# 2+ CONCENTRATION

This card game for any number of players is also called pelmanism or memory. It is easy to play and is an excellent test of memory and observation.

Cards One or two standard decks of playing cards are used, depending on the number of players.

The cards should be clean and reasonably new, so that when they are lying face down they cannot be identified by creases, marks, or torn corners!

The playing area must be flat and as large as possible – the floor or a big table is best.

The deal One player shuffles the cards and plays them face down on the table – in all directions and so that no card is touching another.

Objective Each player tries to collect as many cards as possible by turning up pairs with the same rank (number or picture).

First player The player to the left of the dealer starts the game. He turns over two cards at random and allows the other players to see them.

If the rank of the two cards is the same, for example two aces or two kings, he takes them and may turn over two more cards. He continues in this way until he turns over two cards that do not match.

If the cards that are turned over do not match, the player

EXHIBIT A.41

must put them face down in their original positions. His turn then ends.

Second player The person to the first player's left now turns over any two cards.

If the first card matches one that has already been turned over he must try to remember where that card is. If he is successful, he takes the pair. He continues his turn until he fails to turn over a matching pair.

Successive players Play continues with the players taking their turns in a clockwise direction, until all the cards have been collected.

The winner is the player with most cards at the end of the game.

## 3+ DONKEY

Donkey is a fast and noisy card game in which players are penalized with letters from the game's name.

Players Three or more can play.

Cards Special cards can be bought but donkey is usually played with sets of cards taken from an old deck of standard playing cards.

Each set consists of four cards with the same picture or number. The number of sets used is the same as the number of people playing. For example, if there are five players, the aces, kings, queens, jacks, and 10s might be used.

Spoons, buttons, or some other unbreakable objects should be placed in the center of the table at the start of each round.

There must be one object fewer than the number of players.

The objective is to collect a set of four cards and at the same time to avoid being the "donkey" (i.e., the first player to lose six rounds of the game).

EXHIBIT A.41

UNIVERSITY BOOKSTORE
TrojanBookstores 213-740-5200
This Receipt is Required for a Refund

1 5 288251 905898 Sale

1724698/401 / 1-4027-4093-X
ULTIMATE BOOK OF CARD GAMES 9.95
10.0% Discount -1.00
11 Fac/Staff Item Discount
#7339722804
Subtotal 8.95
Total Tax 0.74
--------
Total 9.69 *
Amex USCPAY Online 9.69
Account: XXXXXXXXXXX1009
Expiration Date:# XXXX
Authorization: 526584
Reference: 04149177,388596917716010,101706,151430
Control#: 1..5.288251.55111.0798
15:18 10/17/06
RETURN POLICY:
Please Visit Us at www.uscbo
okstore.com
Or Call Customer Service at 213-740-0066
Please Shop Our Store Online at
www.uscbookstore.com

EXHIBIT A.41r

42




EXHIBIT A.42

©

**International Copyright Reserved**

**Copyrighted, Printed and Published**

**1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909, 1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957, 1958, 1959, 1961, 1963, 1966, 1968**

**BY**

**THE UNITED STATES PLAYING CARD COMPANY**

**CINCINNATI, OHIO, U.S.A.**

EXHIBIT A.42

# INDEX


Page
Choice of Games . . . . . 6
Teaching Card Games to Children . . . . . 9
General Rules Applying to All Games . . . . . 11
The Etiquette of Card Games . . . . . 13
How to Give a Card Party . . . . . 38
Children's and Family Games . . . . . 215
Technical Terms Used in Card Games . . . . . 247

Page
Accordion . . . . . 236
All Fours . . . . . 153
American Pinochle . . . . . 156
Arlington . . . . . 113
Auction Bridge . . . . . 54
Auction Euchre . . . . . 143
Auction Forty-fives . . . . . 148
Auction Hearts . . . . . 132
Auction Pinochle . . . . . 168
Auction Pitch . . . . . 149
  Sell-Out . . . . . 151
  Smudge . . . . . 151
Auction Sheepshead . . . . . 195
Authors . . . . . 217
Baccarat . . . . . 233
Beleaguered Castle . . . . . 241
Belotte . . . . . 205
Bezique . . . . . 175
  Bezique without a Trump . . . . . 176
  Chinese Bezique . . . . . 177
  Rubicon Bezique . . . . . 181
  Six and Eight-pack Bezique . . 177, 180
Big Forty . . . . . 238
Black Jack . . . . . 228
  With a Changing Bank . . . . . 230
  With a Permanent Bank . . . . . 228
Black Lady Hearts . . . . . 129
Blackout . . . . . 57
Blind Opening . . . . . 72
Blind Tiger . . . . . 72
Boat House Rum . . . . . 101
Bolivia . . . . . 110
Boodle . . . . . 222
Booray or Bouré . . . . . 63
Bridge, Auction . . . . . 54
Bridge, Contract . . . . . 15
Bridge, Cutthroat . . . . . 55, 57
Bridge, Honeymoon . . . . . 55
Bridge, Three-hand . . . . . 55
Calculation . . . . . 243
California Jack . . . . . 155
Call-Ace Euchre . . . . . 144
Caloochi . . . . . 101
Canasta . . . . . 102
  Bolivia . . . . . 110
  Brazilian . . . . . 110
  Chilean . . . . . 110
  Cuban . . . . . 110
  Cutthroat . . . . . 108
  Hollywood . . . . . 112
  Italian . . . . . 111
  Mexicana . . . . . 112
  Pennies from Heaven . . . . . 112
  Samba . . . . . 109
  Three-, Five-, Six-hand . . . . . 108
  Two-hand . . . . . 107
  Uruguay . . . . . 111

Canfield . . . . . 237
Card Dominoes . . . . . 223
Cassino . . . . . 211
  Royal Cassino . . . . . 214
  Draw Cassino . . . . . 214
  Spade Cassino . . . . . 214
Check Pinochle . . . . . 163
Chemin de Fer . . . . . 232
Chicago (Contract Bridge) . . . . . 19
Chicago (Boodle) . . . . . 222
Chile . . . . . 110
Chilean Canasta . . . . . 110
Chinese Bezique . . . . . 177
Chouette . . . . . 181
Cinch . . . . . 152
Clubby . . . . . 203
Combination Rummy . . . . . 123
Concentration . . . . . 220
Conquian . . . . . 128
Continental Rummy . . . . . 125
Contract Bridge . . . . . 15
  Duplicate Bridge . . . . . 46
  Four-deal Bridge . . . . . 19
  Goren System . . . . . 30
  Illustration of Irregularities . . . . . 27
  International Match Points . . . . . 53
  Irregularities and Penalties . . . . . 22
  Irregularities in Duplicate Bridge . 47
  Leads . . . . . 37
  Match Points . . . . . 53
  Party Bridge . . . . . 38
  Pivot Bridge . . . . . 44
  Progressive Bridge . . . . . 40
  Proprieties . . . . . 29
  Scoring Table . . . . . 21
  Tournament Bridge . . . . . 46
Contract Rummy . . . . . 123
Coon-Can . . . . . 101, 128
Crapette . . . . . 243
Crazy Eights, Jacks . . . . . 225
Cribbage . . . . . 206
  Four-hand . . . . . 210
  Three-hand . . . . . 210
Cutthroat Bridge . . . . . 55
Cutthroat Contract . . . . . 57
Darda . . . . . 205
Dealer's Choice . . . . . 77
Deuces Wild . . . . . 79
Domino Hearts . . . . . 132
Double-pack Pinochle . . . . . 164
Double Rum . . . . . 101
Double Solitaire . . . . . 240
Draw Cassino . . . . . 214
Draw Poker . . . . . 70
Duplicate Bridge . . . . . 46
  For Homes and Clubs . . . . . 49
Earl of Coventry . . . . . 224




EXHIBIT A.42

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

I TE INC
E OCEAN BLVD #1110
G BEACH, CA 90802 USA

To: KENT RAYGOR
SHEPPARD MULLIN
1901 AVENUE OF THE STARS
16TH FLOOR
LOS ANGELES, CA 90067

ease ship this item via **USPS Media Mail** no later than two business days from Sun Oct 8, 2006.
Note that UPS Ground does not ship to P.O. Boxes, APO/FPO, or U.S. Protectorates.

## Alibris Packing Slip

**lered by:** Kent Raygor

**Ship to:** Kent Raygor
Sheppard Mullin
1901 Avenue of the Stars
16th Floor
Los Angeles, CA 90067
UNITED STATES

SAVE up to $15 OFF
R NEXT ALIBRIS ORDER
www.alibris.com today and save!
Take $10 off your order of $100 or more, or $15 off your order of $150 or more. But hurry! Offer expires November 13, 2006. At checkout, simply enter these coupon codes:
COUPON CODE $10= 6GF1010
$15= 6GF1015

| # | Item ID | Alibris ID | Media Type | Title / Author | Order Date |
|---|---|---|---|---|---|
| :86108-6 | Alibris.0008602 | B005661268 | BOOK | The official rules of card games<br>United States playing card co, and Foster, Robert<br><br>**Very good. No dust jacket as issued. 251 p., illus. 18cm. O. "Edited by R. F. Foster; the whist rules are by Walter H. Barney; the poker rules are by David A. Curtis. "** | Oct, 8 2006 |

## Alibris Return Information

ɔris guarantees the condition of every item as it is described on our Web site. If you are not satisfied that your item is as described, ase visit the following page for **important return instructions**:

http://www.alibris.com/returns

return requests must be submitted via the Alibris Web site. Any item returned without accompanying paperwork and/or more than 45 ys (60 days for customers outside the United States) after its shipment date will be discarded and you will not be eligible to receive a und.

ɔblems? Questions? Suggestions? Send e-mail to Alibris Customer Service at info@alibris.com

**EXHIBIT A.42r**

43




**EXHIBIT A.43**



ENDORSED BY ASSOCIATION OF

AMERICAN PLAYING CARD

MANUFACTURERS

3766

**EXHIBIT A.43**

©
International Copyright Reserved
Copyrighted, Printed and Published
1887, 1888, 1889, 1891, 1892, 1893, 1894, 1897, 1898, 1899, 1900, 1904, 1907, 1909,
1911, 1912, 1913, 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922,
1926, 1928, 1929, 1931, 1934, 1936, 1937, 1938, 1939, 1940, 1941
1942, 1943, 1945, 1946, 1947, 1948, 1950, 1952, 1955, 1957
BY
THE UNITED STATES PLAYING CARD COMPANY
AT CINCINNATI, OHIO, U.S.A.

EXHIBIT A.43

# INDEX

| | Page |
|---|---|
| **Choice of Games** | 6 |
| **Teaching Card Games to Children** | 9 |
| **General Rules Applying to All Games** | 11 |
| **The Etiquette of Card Games** | 13 |
| **How to Give a Card Party** | 38 |
| **Children's and Family Games** | 215 |
| **Technical Terms Used in Card Games** | 247 |

| | Page |
|---|---|
| **Accordion** | 236 |
| **All Fours** | 153 |
| **American Pinochle** | 156 |
| **Auction Bridge** | 54 |
| **Auction Euchre** | 143 |
| **Auction Forty-fives** | 148 |
| **Auction Hearts** | 129 |
| **Auction Pinochle** | 168 |
| **Auction Pitch** | 149 |
| Sell-Out | 151 |
| Smudge | 151 |
| **Auction Sheepshead** | 195 |
| **Authors** | 217 |
| **Baccarat** | 233 |
| **Beleaguered Castle** | 241 |
| **Belotte** | 205 |
| **Bezique** | 175 |
| Bezique without a Trump | 176 |
| Chinese Bezique | 177 |
| Rubicon Bezique | 181 |
| Six and Eight-pack Bezique | 177, 180 |
| **Big Forty** | 238 |
| **Black Jack** | 228 |
| With a Changing Bank | 230 |
| With a Permanent Bank | 228 |
| **Black Lady Hearts** | 126 |
| **Blackout** | 57 |
| **Boat House Rum** | 103 |
| **Bolivia** | 112 |
| **Boodle** | 222 |
| **Bridge, Auction** | 54 |
| **Bridge, Contract** | 15 |
| **Bridge, Cutthroat** | 55 |
| **Bridge, Honeymoon** | 55 |
| **Bridge, Three-hand** | 55 |
| **Calculation** | 243 |
| **California Jack** | 155 |
| **Call-Ace Euchre** | 144 |
| **Canasta** | 104 |
| Brazilian | 112 |
| Chilean | 112 |
| Cuban | 112 |
| Cutthroat | 110 |
| Italian | 113 |
| Samba | 111 |
| Uruguay | 113 |
| **Canfield** | 237 |
| **Card Dominoes** | 223 |
| **Cassino** | 211 |
| Royal Cassino | 214 |
| Draw Cassino | 214 |
| Spade Cassino | 214 |
| **Check Pinochle** | 163 |
| **Chemin de Fer** | 232 |
| **Chicago** | 222 |
| **Chile** | 112 |
| **Chilean Canasta** | 112 |
| **Chinese Bezique** | 177 |
| **Chouette** | 181 |
| **Cinch** | 152 |
| **Clubby** | 203 |
| **Concentration** | 220 |
| **Continental Rummy** | 116 |
| **Contract Bridge** | 15 |
| Laws | 16 |
| Duplicate Bridge | 46 |
| Goren System | 30 |
| Illustration of Irregularities | 27 |
| Irregularities and Penalties | 22 |
| Irregularities in Duplicate Bridge | 47 |
| Leads | 37 |
| Party Bridge | 38 |
| Pivot Contract Laws | 44 |
| Progressive Contract Laws | 40 |
| Proprieties | 29 |
| Scoring Table | 20 |
| **Coon-Can** | 103 |
| **Crapette** | 243 |
| **Crazy Eights, Jacks** | 225 |
| **Cribbage** | 200 |
| Four-hand | 210 |
| Three-hand | 210 |
| **Cutthroat Bridge** | 55 |
| **Cutthroat Contract** | 57 |
| **Darda** | 205 |
| **Dealer's Choice** | 77 |
| **Deuces Wild** | 79 |
| **Domino Hearts** | 129 |
| **Double-pack Pinochle** | 164 |
| **Draw Cassino** | 214 |
| **Draw Poker** | 70 |
| **Duplicate Bridge** | 46 |
| For Homes and Clubs | 49 |
| **Earl of Coventry** | 224 |
| **Eights** | 225 |
| **Euchre** | 140 |
| Auction Euchre | 143 |
| Call-Ace Euchre | 144 |
| Cutthroat Euchre | 143 |
| Four-, Five-, Six- and Seven-hand | 140 |
| Railroad Euchre | 143 |
| Three-hand Euchre | 143 |
| Two-hand Euchre | 143 |
| **Fan Tan** | 223 |
| **Faro** | 235 |

When more than one player slaps at a jack, the one whose hand is lowest (directly on top of the jack) wins the pile.

When a player has no more cards left, he remains in the game until a jack is next turned, and may slap at the jack in an effort to get a new hand; if he fails to win, he is out of the game.

Play proceeds until one player has all the cards. That player is the winner.

**Irregularities**—If a card is exposed in dealing, that player's cards must be shuffled before he places them face down in front of him and plays.

If a player slaps at any card in the center other than a jack, he must give one card, face down, to the player of that card.

## Concentration (Memory)

This is an excellent game for any number of players of any type—serious players, casual players, even people who have never played cards before.

**Number of Players**—Any number from two up.

**The Pack**—52 cards.

**The Deal**—Any player shuffles the pack and lays all the cards out face down, one at a time, so that no two cards touch or overlap at the corners. The entire surface of the table is usually necessary to make room for all the cards.

**Object of the Game**—To take in pairs of cards of the same denomination, as two sixes or two queens.

**The Play**—The first player may be decided in any way. Each player in turn must turn up any two cards on the table, leaving the first face up until he has turned the second. If the two cards form a pair, he takes them and turns up two more cards. Whenever the two cards he turns up do not form a pair, he turns both cards face down again, leaving them in exactly the same position on the table that they were in when he first turned them. The turn to play then passes to the player at his left.

**Scoring**—There are alternative methods:

(a) The player who takes in the greatest number of pairs receives one counter, or chip, or point, from each other player in the game; if two players tie for the highest number of tricks, they split the winnings.

(b) Each player collects one counter from each other player for every pair he has taken in.

## Go Boom

A game to please serious young players.

**Number of Players**—Any number from two up.

**The Pack**—Up to six players use the 52-card pack; seven or eight players may use the 62-card pack (see page 12) or a double pack (two 52-card packs shuffled together); more than eight players should use the double pack.

**Rank of Cards**—A (high) K, Q, J, 10, 9, 8, 7, 6, 5, 4, 3, 2. If the

# Alibris Packing Slip

Ordered by: Kent Raygor

Ship to:
Kent Raygor
Sheppard Mullin
1901 Avenue of the Stars
16th Floor
Los Angeles, CA 90067
UNITED STATES

SAVE up to $15 OFF YOUR NEXT ALIBRIS ORDER
Visit www.alibris.com today and save!
Take $10 off your order of $100 or more, or $15 off your order of $150 or more. But hurry! Offer expires November 13, 2006. At checkout, simply enter these coupon codes:
COUPON CODE $10= 6GF1010 $15= 6GF1015
alibris

| PN # | Item ID | Alibris ID | Media Type | Title / Author | Order Date |
|---|---|---|---|---|---|
| 17286108-1 | Alibris0000783 | B005661263 | BOOK | The Official Rules of Card Games; Hoyle Up-to-Date. 1913<br>United States Playing Card Co, And Morehead, Alber<br><br>**Very Good. No DJ issued Very good. No dust jacket as issued. Contents are very clean, sunned around edges. Cover_minor edge/corner wear, label residue on back. Binding_Excellent, lays flat. 256 pages.** | Oct, 8 2006 |

## Alibris Return Information

A[illegible] guarantees the condition of every item as it is described on our Web site. If you are not satisfied that your item is as described, pl[illegible] visit the following page for **important return instructions**:

http://www.alibris.com/returns

All return requests must be submitted via the Alibris Web site. Any item returned without accompanying paperwork and/or more than 45 days (60 days for customers outside the United States) after its shipment date will be discarded and you will not be eligible to receive a refund.

Problems? Questions? Suggestions? Send e-mail to Alibris Customer Service at info@alibris.com



EXHIBIT A.43r