UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**NOTICE OF MGA'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM HASBRO DEPONENTS WHO ARE NOT APPEARING AT THE EVIDENTIARY HEARING**

Evidentiary Hearing
Date: Monday, October 23, 2006
Time: Commencing at 9:30 a.m.
Place: Courtroom of the Hon. William E. Smith

The following are the page and line numbers for the portions of the transcripts for the indicated depositions of plaintiff/counterclaim-defendant Hasbro, Inc. ("**Hasbro**") employees that defendant/counterclaim-plaintiff MGA Entertainment, Inc. ("**MGA**") designates for reading into the record in connection with the evidentiary hearing commencing on October 23, 2006:

**Hasbro employee Jill Hambley (September 20, 2006):** 8:13-25, 10:14-18; 10:25-11:5, 12:3-13:4, 15:2-5, 22:23-23:1, 27:4-9, 29:17-30:7, 31:17-32:23, 33:14-34:7, 34:13-24, 35:3-8, 35:13-24, 55:3-24, 65:14-66:25, 68:4-6, 80:9-18

**Hasbro employee Jill Hambley (30b6, September 20, 2006):** 4:7-19, 5:11-15, 6:21-7:23; 11:20-12:2

**Hasbro employee Walker Mitchell (30b6, September 20, 2006):** 7:3-24, 8:4-14, 8:19-20, 9:4-21, 11:16-24, 12:10-17, 13:11-14:3, 16:13-25, 17:8-16, 17:25-18:9, 18:14-16, 20:9-21:21, 22:15-23:4, 23:17-25:16, 25:24-26:23, 27:1-19, 29:24-32:7, 33:24-34:22, 35:1-36:7, 39:14-40:4, 41:9-44:18, 44:4-7, 49:18, 50:13-20, 51:16-20, 55:16-22

**Hasbro employee Anne-Marie Kroisi (30b6, September 21, 2006):** 6:15-16, 7:8-9:4, 17:14-21, 20:12-21:21, 23:6-16, 24:10-30:22, 33:18-34:8, 37:22-38:6, 41:16-43:8, 43:20-46:18, 49:15-51:22, 54:22-56:4, 56:20-58:10, 59:19-24, 61:2-25, 63:16-22, 64:2-23, 67:12-70:12

**<u>Hasbro employee Mark Sullivan (30b6, September 21, 2006)</u>:** 6:21-25, 8:1-8, 10:13-16, 13:25-14:22, 15:18-16:17, 17:15-18:2, 18:10-16, 20:12-21:6, 22:11-23:5, 23:22–26:2, 28:19-20, 29:12-30:17, 32:4-7, 32:12-34:3

**<u>Hasbro employee Barry Nagler (September 21, 2006)</u>:** 7:3-4, 7:16-20, 8:4-25, 10:10, 11:7, 11:22-12:13, 13:9-23, 14:4-18, 15:24-18:21, 21:15-20, 21:24-22:11, 25:4-26:20, 27:6-33:14, 33:23-35:18, 35:24-39:7, 43:9-23, 44:4-47:24, 48:25-55:24

Dated: October 21, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

<u>/s/Brooks R. Magratten /jpb</u>

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place, 3rd Floor
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
JANENE P. BASSETT, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
jbassett@sheppardmullin.com

400108022.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within **NOTICE OF MGA'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM HASBRO DEPONENTS WHO ARE NOT APPEARING AT THE EVIDENTIARY HEARING** on October 21, 2006.

The **NOTICE OF MGA'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM HASBRO DEPONENTS WHO ARE NOT APPEARING AT THE EVIDENTIARY HEARING** document is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Janene P. Bassett