UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**MGA'S COUNTER-DESIGNATIONS AND OBJECTIONS TO HASBRO'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM MGA DEPONENTS**

Evidentiary Hearing
Date: Monday, October 23, 2006
Time: Commencing at 9:30 a.m.
Place: Courtroom of the Hon. William E. Smith

**Yuval Caspi Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 11:18 | 11:24 | |
| 68:22 | 69:10 | |
| 71:14 | 71:18 | 71:17-18: lacks foundation, mischaracterizes the testimony |
| 80:2 | 80:25 | |
| 83:23 | 84:14 | |
| 97:21 | 98:2 | |
| 103:18 | 104:3 | |

Yuval Caspi Deposition, MGA Counter-Designations: 7:8-21, 8:10-9:10, 11:25-12:8, 24:1-25:7, 26:19-27:14, 28:1-29:1, 35:10-36:23, 37:4-7, 40:7-41:2, 48:15-49:12, 49:25-50:11, 51:4-10; 56:24-57:1, 57:22-58:2, 59:17-61:7, 64:10-13, 65:19-66:2, 66:10-23, 68:6-13,69:11-15, 69:24-70:5, 70:21-71:3, 73:15-74:5, 76:24-80:1, 81:1-7, 82:14-83:17, 84:15-21, 93:10-20, 94:7-95:3, 100:6-22, 102:22-103:15, 108:9-109:8, 109:13-110:22, 111:25-112:4, 113:14-114:3

**Courtney Werner Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 20:1 | 21:1 | |
| 21:18 | 22:4 | |
| 34:3 | 38:12 | irrelevant, calls for speculation, lacks foundation |

Courtney Werner Deposition, MGA Counter-Designations: 8:15-9:2, 9:14-23, 10:11-18, 11:9-13, 11:22-12:2, 17:1-6, 18:11-18, 19:16-21, 21:18-22:4, 22:20-23:3, 26:20-27:9 29:2-22, 32:16-33:16, 41:20-23, 42:17-45:1, 46:9-12, 46:17-48:14, 51:4-6, 58:1-60:1, 60:8-19, 64:3-6, 65:12-67:7, 69:6-73:19, 77:23-78:19, 80:3-81:9

**Alex Keossian Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 20:11 | 21:16 | |
| 23:6 | 23:8 | |
| 26:17 | 26:24 | |
| 27:5 | 27:12 | |
| 53:20 | 55:16 | *see* correction to testimony at 54:23; 55:4-13: calls for speculation |
| 67:12 | 68:7 | |
| 68:16 | 68:24 | |
| 73:2 | 73:15 | |
| 78:20 | 79:12 | |
| 86:7 | 86:25 | |

Alex Keossian Deposition, MGA Counter-Designations: 7:11-8:5, 9:4-19, 10:18-25, 11:5-13, 14:21-15:13, 16:9-18:23, 19:2-20:3, 21:17-22:10, 23:2-5, 23:9-12, 24:21-25:8, 26:25-27:2, 28:2-16, 28:24-29:5, 29:16-23, 30:8-31:6, 41:23-42:6, 44:1-52:10, 55:17-61:20, 66:24-67:6, 68:8-15, 68:25-69:3, 71:9-72:23, 73:16-77:6, 77:25-78:17, 81:3-20, 82:17-85:4

**Kristen Zimmer Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 6:13 | 7:10 | |
| 35:11 | 38:19 | 37:12-38:7: calls for speculation, no foundation |
| 44:20 | 44:23 | |
| 64:6 | 66:7 | calls for speculation, no foundation |

Kristen Zimmer Deposition, MGA Counter-Designations: 20:13-18, 21:8-19, 23:12-24:14, 26:1-3, 26:22-27:6, 43:8-44:19, 44:24-45:5, 48:6-49:12, 49:17-50:12, 50:24-51:1, 51:10-19, 52:22-53:17, 53:23-59:1, 62:9-63:15, 67:18-68:12

**Jeremy Anderson Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 23:22 | 25:9 | |
| 27:24 | 28:19 | |

Jeremy Anderson Deposition, MGA Counter-Designations: 6:24-7:4, 8:4-7, 11:19-23, 12:23-13:6, 14:3-9, 19:10-14, 21:18-23, 22:23-24:3, 31:22-32:2

**Samir Khare Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 7:21 | 8:1 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 9:12 | 12:5 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 20:2 | 22:7 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 22:12 | 23:1 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 23:10 | 24:2 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 27:11 | 27:22 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |

| | | |
|---|---|---|
| 28:24 | 29:25 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 31:13 | 32:7 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 33:17 | 34:17 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |
| 35:16 | 36:5 | irrelevant, declaration and testimony withdrawn, failure of Hasbro's counsel to acknowledge an agreement he made to allow this testimony without unlimited waiver of the privilege, exceeds scope of now withdrawn declaration, includes matter that lacks foundation and does not constitute testimony |

Samir Khare Deposition, MGA Counter-Designations: 7:1-2, 8:2-12, 12:6-20, 37:10-38:7

**Richard L. Daniels Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 13:23 | 15:22 | irrelevant |
| 18:11 | 18:18 | |
| 19:1 | 19:3 | |
| 24:12 | 24:24 | |
| 26:17 | 26:22 | irrelevant |
| 27:5 | 27:11 | |
| 28:16 | 29:8 | irrelevant, lacks foundation, calls for speculation |

| | | |
|---|---|---|
| 42:10 | 42:14 | |
| 46:24 | 47:2 | |

Richard L. Daniels Deposition, MGA Counter-Designations: 8:9-15, 12:8-14, 18:21-25, 25:24-26:13, 27:12-23, 33:10-35:4, 37:8-38:7, 39:4-42:9, 42:15-43:3, 43:7-44:3

**Bo Lumabao Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 32:19 | 34:14 | |
| 36:7 | 36:15 | |
| 42:18 | 42:20 | |
| 60:11 | 61:6 | |
| 61:20 | 62:4 | |
| 63:13 | 63:23 | |
| 89:7 | 90:21 | |
| 92:20 | 93:2 | |
| 93:21 | 93:25 | |
| 98:22 | 99:2 | |
| 148:13 | 149:24 | |

Bo Lumabao Deposition, MGA Counter-Designations: 6:20-23, 8:13-9:1, 11:6-12:13, 12:24-13:3, 20:10-17, 29:5-19, 34:17-35:10, 36:16-24, 40:22-41:5, 41:17-22, 42:21-44:16, 49:4-14, 49:20-50:11, 54:4-21, 62:5-14, 63:24-65:8, 66:6-67:3, 73:8-75:22, 76:11-77:14, 77:23-78:1, 78:9-23, 82:12-25, 82:25-86:12, 87:13-22, 90:22-92:1, 106:12-107:24, 108:8-109:3, 109:11-25, 112:8-15, 113:21-22, 114:8-10, 131:19-132:13, 132:22-133:4, 133:14-19, 134:17-135,18, 139:10-16, 152:12-153:23

**Nick Contreras Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 9:9 | 9:25 | *see* testimony correction at 9:23 |
| 11:10 | 11:20 | *see* testimony correction at 11:18 |
| 13:5 | 13:14 | |
| 15:2 | 15:13 | |
| 18:18 | 21:8 | |
| 21:16 | 22:16 | |
| 30:11 | 30:23 | |
| 31:16 | 31:25 | |
| 33:23 | 35:4 | |
| 38:18 | 38:22 | |
| 39:8 | 39:18 | |
| 54:7 | 55:17 | *see* testimony correction at 55:12 |
| 59:13 | 59:15 | |
| 63:10 | 63:21 | lacks foundation, no personal knowledge, calls for speculation |
| 68:12 | 68:16 | |

Nick Contreras Deposition, MGA Counter-Designations: 38:23-39:3, 50:20-51:25, 52:8-10, 71:3-73:13

**Rule 30(b)(6) [Bryan Armstrong] Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 7:14 | 8:7 | |
| 30:15 | 34:17 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA **[*see* EXHIBIT 31 to the transcript]**; irrelevant; lacks foundation |
| 34:23 | 34:25 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 35:18 | 35:21 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 36:6 | 37:2 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |

| | | |
|---|---|---|
| 37:9 | 37:23 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 38:8 | 38:13 | |
| 39:16 | 39:21 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 44:7 | 44:15 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 45:7 | 46:2 | |
| 51:10 | 54:4 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 54:12 | 54:22 | |
| 57:7 | 57:9 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 60:17 | 61:23 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 63:1 | 63:6 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 64:24 | 65:2 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 65:23 | 66:2 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 69:19 | 70:4 | 70:2-4: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 72:6 | 73:24 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; |

| | | |
|---|---|---|
| | | irrelevant; lacks foundation |
| 74:6 | 75:7 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 75:10 | 77:14 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 90:8 | 94:2 | 90:11-91:8, 91:15-92:15, 92:21-93:2, 93:15-94:2: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 94:12 | 95:11 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 96:8 | 96:21 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 98:16 | 99:2 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 100:13 | 100:25 | 100:13-17: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 102:11 | 102:13 | |
| 103:5 | 103:17 | |
| 105:18 | 105:24 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 106:4 | 107:11 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 107:23 | 108:13 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 109:4 | 109:11 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify |

| | | |
|---|---|---|
| | | on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 109:21 | 111:5 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 112:9 | 112:21 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 113:1 | 114:21 | 113:1-114:3: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 115:16 | 116:1 | |
| 124:15 | 125:17 | 124:22-125:17: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 127:1 | 127:5 | |
| 127:11 | 127:15 | |
| 129:20 | 129:23 | |
| 130:5 | 130:10 | 130:5-7: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 130:19 | 130:21 | |
| 131:3 | 131:14 | 131:6-14: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 131:22 | 131:24 | |
| 132:5 | 132:7 | |
| 132:13 | 132:15 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 134:18 | 134:20 | |
| 135:15 | 136:4 | |
| 138:4 | 138:6 | |
| 138:17 | 138:23 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 139:2 | 139:5 | |
| 139:11 | 141:16 | outside the scope of the testimony categories drafted and served by Hasbro, |

| | | |
|---|---|---|
| | | and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 142:4 | 142:13 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 142:24 | 143:25 | |
| 144:4 | 144:21 | 144:4-5: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 147:17 | 148:15 | |
| 151:5 | 151:21 | 151:8-9, 151:13-14: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 153:11 | 153:15 | |
| 167:10 | 168:24 | 168:9-24: outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 170:2 | 170:10 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 170:18 | 170:23 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 176:14 | 177:5 | |
| 178:4 | 178:8 | |
| 178:12 | 178:13 | |
| 179:14 | 179:24 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 182:25 | 183:3 | |
| 183:14 | 184:23 | |
| 185:2 | 185:5 | |
| 185:24 | 185:25 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 186:5 | 186:25 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify |

| | | |
|---|---|---|
| | | on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 187:6 | 187:12 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 187:22 | 188:12 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 189:6 | 191:5 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation |
| 200:20 | 201:7 | |

Rule 30(b)(6) [Bryan Armstrong] Deposition, MGA Counter-Designations: 13:2-14:18, 18:4-19:6, 27:18-28:10, 28:23-29:5, 35:1-17, 37:3-6, 43:1-20, 44:18-25, 80:20-87:8, 102:14-103:4, 103:18-23, 116:2-118:6, 153:25-154:24, 155:20-163:17, 170:24-171:20, 198:1-200:5, 201:16-210:14

**Rule 30(b)(6) [Rich Daniels] Deposition, Hasbro Designations:**

| Start | End | MGA Objection |
|---|---|---|
| 7:13 | 8:2 | |
| 10:12 | 10:14 | |
| 10:20 | 10:22 | |
| 18:20 | 21:14 | |
| 21:19 | 22:19 | |
| 25:5 | 26:10 | |
| 28:3 | 28:5 | |
| 28:10 | 29:23 | |
| 30:9 | 31:9 | |
| 33:18 | 35:8 | |
| 37:13 | 37:15 | |
| 40:6 | 40:19 | |
| 43:21 | 45:5 | |
| 48:4 | 48:20 | |
| 49:12 | 49:25 | |
| 50:8 | 50:12 | |

| | | |
|---|---|---|
| 50:21 | 50:22 | |
| 51:23 | 52:10 | |
| 52:16 | 52:19 | |
| 66:12 | 66:24 | outside the scope of the testimony categories drafted and served by Hasbro, and therefore the witness was not placed on notice to get prepared to testify on these matters and the response therefore is not binding on MGA; irrelevant; lacks foundation **[*see* EXHIBIT 31 to the transcript]** |
| 67:8 | 67:15 | |
| 69:23 | 70:17 | |

Rule 30(b)(6) [Rich Daniels] Deposition, MGA Counter-Designations: 15:16-20, 18:4-8, 21:15-18, 22:20-23:18, 24:17-25:4, 26:11-15, 27:17-21, 36:16-37:12, 37:24-38:23, 52:11-15, 66:25-67:3, 68:14-69:22, 71:8-73:13

Dated: October 21, 2006

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ Brooks R. Magratten /jpb

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place, 3rd Floor
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
JANENE P. BASSETT, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
jbassett@sheppardmullin.com

400107379.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within **MGA'S COUNTER-DESIGNATIONS AND OBJECTIONS TO HASBRO'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM MGA DEPONENTS** on October 21, 2006 (Eastern Time).

The **MGA'S COUNTER-DESIGNATIONS AND OBJECTIONS TO HASBRO'S DESIGNATIONS OF DEPOSITION TESTIMONY FROM MGA DEPONENTS** document is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Janene P. Bassett