UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | : | C.A. No. 06-262S **EXPEDITED REVIEW REQUESTED** |

**HASBRO'S MOTION TO COMPEL MGA DISCOVERY RESPONSES AND HASBRO'S MOTION *IN LIMINE* CONCERNING THE CIRCUMSTANCES UNDER WHICH CERTAIN EXHIBITS WERE COLLECTED AND MGA'S KNOWLEDGE OF THE EXHIBITS**

Plaintiff Hasbro, Inc. ("Hasbro") respectfully moves this Court pursuant to Fed. R. Civ. P. 37(a)(2) to compel compliance with Hasbro's second set of discovery requests and also moves *in limine* to preclude evidence on subjects for which defendant MGA Entertainment, Inc. ("MGA") has blocked legitimate discovery. The motion to compel seeks to require MGA to respond appropriately to Hasbro's Second Set of Requests For Admissions and Second Set of Interrogatories and to produce documents in full compliance with Hasbro's Second Set of Requests For Production. The motion *in limine* seeks to preclude evidence concerning the circumstances under which certain exhibits were found and collected and MGA's knowledge concerning those games because MGA has obstructed meaningful discovery related to the exhibits. The grounds in support of these motions are set forth in the accompanying Memorandum of Law.

Because of the on-going preliminary injunction hearing, which is scheduled for further hearing on November 15, 2006,Hasbro also respectfully requests an expedited schedule for hearing and deciding these motions.

Dated: November 2, 2006 Respectfully submitted,

/s/ Jeffrey K. Techentin________________

Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [# 6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Motion to Compel MGA Discovery Responses and Motion *in Limine* Concerning The Circumstances Under Which Certain Exhibits Were Collected and MGA's Knowledge of The Exhibits through the ECF system on the 2nd day of November, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin_____________

*398357_1*