# EXHIBIT A

DAVID YERKES
602 Philosophy Hall
Columbia University
dmyerkes@gmail.com

## DEGREES

| | | |
|---|---|---|
| 1971 | B.A. | Yale (English) |
| 1973 | B.A. | Oxford (Special Course in English Language) |
| 1976 | M.A. | Oxford (English) |
| 1976 | D.Phil. | Oxford (English) |

## UNIVERSITY TEACHING EXPERIENCE

### Positions

1973-76 Instructor at Merton College, Lady Margaret Hall, and University College, Oxford

1977- Assistant (1977-82), Associate (1982-84), and full Professor of English and Comparative Literature, Columbia University; also Director of Composition, 1978-83

### Courses taught (graduate and undergraduate)

Old and Middle English language and literature, Chaucer, history of the English language, history of the American language, historical linguistics, paleography, methods of literary criticism, introduction to literature, argumentative and expository writing

### Doctoral dissertations sponsored or read

English and comparative literature, history of the English language, history of religion, history of music, history of art, linguistics (at Columbia and externally at Laval University), composition and the teaching of writing (at Columbia Teachers College)

cont./

## SCHOLARLY EDITORIAL EXPERIENCE (selected)

| | |
|---|---|
| 1969-71 | Editorial Assistant, Thomas More and Boswell Projects, Yale University |
| 1976-77 | Assistant Editor, <u>American Scientist</u> magazine |
| 1979- | Consultant/reader on composition textbooks for Bobbs-Merrill, Harcourt, Holt, Houghton Mifflin, Norton, Prentice-Hall, Random House |
| 1979- | Member editorial board of TEXT |
| 1981- | Consultant, editor, and reader for Literary Classics, publishers of the Library of America; member of the Textual Standards Committee, 1985- ; Director, 1986- |
| 1981-82 | Consultant on writing to the Educational Testing Service |
| 1987- | Textual researcher and consultant for the Papers of Benjamin Franklin, Yale University and American Philosophical Society |
| 1990- | Consultant on language entries for Houghton Mifflin dictionaries |
| 1991- | Consultant on language entries for Grolier encyclopedias |

## MEMBERSHIP IN LEARNED AND PROFESSIONAL SOCIETIES (selected)

American Dialect Society (Life Member)
Bibliographical Society of America
Bibliographical Society of Virginia
Dictionary Society of North America
Medieval Academy of America (manuscript reviewer)
Society for Textual Scholarship (founding member, member of the board)

## MAJOR PAPERS DELIVERED (selected)

| | |
|---|---|
| 1978 | Old English Literature Session, MLA, New York |
| 1980 | Harvard Doctoral Conference |
| 1981 | TEXT Conference, New York |
| 1982 | Cornell University (on writing) |
| 1982 | Carnegie-Mellon University (on writing) |
| 1984 | Harvard Doctoral Conference |
| 1986 | United Nations Cultural Program, New York (on the English language) |
| 1990 | Bicentennial of Benjamin Franklin, New Castle, Delaware |
| 1993 | American Language Program, Columbia |

cont./

## PUBLICATIONS

### Books

1. An Old English Thesaurus. University of Toronto Press, 1979.

   Reviews in Speculum 55 (1980), Notes and Queries 228 (1981), General Linguistics 21 (1981), Medium Aevum 51 (1982), Schede Medievali 3 (1982), Old English Newsletter 17(1) (1983).

2. Syntax and Style in Old English. SUNY-Binghamton Medieval & Renaissance Texts & Studies, 1982.

   Reviews in UCT Studies in English no. 13 (November 1983), Old English Newsletter 17(1) (1983), Speculum 59 (1984), Etudes Anglaises 37 (1984), Schede Medievali 6-7 (1984), Review of English Studies 36 (1985), Modern Language Review 81 (1986).

3. The Old English "Life of Machutus." University of Toronto Press, 1984.

   Reviews in Etudes Anglaises 37 (1984), Year's Work in English Studies 65 (1984), English Studies (1985), Speculum 60 (1985), American Notes and Queries 23 (1985), Francia 13 (1985), Notes and Queries 233 (1986), University of Toronto Quarterly 56 (1987).

4. Studies in the Original Oxford English Dictionary. In progress.

### Articles

1. "Sir Gawain and the Green Knight" 211: "Grayn." Notes and Queries 220 (1975).

2. Two Early Manuscripts of Gregory's Dialogues. Manuscripta 19 (1975).

3. A New Collation of MS. Hatton 76, Part "A". Anglia 94 (1976).

4. Genesis B 318-20 Again. English Language Notes 13 (1976).

cont./

5. The Place of Composition of the Opening of Napier Homily I. Neophilologus 60 (1976).

6. Glossary to Thomas More's Dialogue of Comfort against Tribulation, ed. Frank Manley and Louis Martz. Yale Press, 1976.

7. Somner's Dictionarium and Dugdale's Dictionary. English Language Notes 14 (1976).

8. An Elementary Way to Illuminate Detail of Textual History. Manuscripta 21 (1977).

9. An Unnoticed Omission in the Modern Critical Editions of Gregory's Dialogues. Revue Benedictine 87 (1977).

10. The Text of the Canterbury Fragment of Werferth's Translation of Gregory's Dialogues and Its Relation to the Other Manuscripts. Anglo-Saxon England 6 (1977).

11. A New Collation of the Cambridge Manuscript of the Old English Translation of Gregory's Dialogues. Mediaevalia 3 (1977).

12. A Neglected Transcript of the Cotton Manuscript of Werferth's Old English Translation of Gregory's Dialogues. Neuphilologische Mitteilungen 79 (1978).

13. The Medieval Provenance of Corpus Christi College, Cambridge MS 322. Transactions of the Cambridge Bibliographical Society 7 (1978).

14. The Chapter Titles of Book I of Gregory's Dialogues. Revue Benedictine 89 (1979).

15. Twelve New Old English Words. Die Sprache 25 (1979).

16. The Full Text of the Metrical Preface to Werferth's Translation of Gregory. Speculum 55 (1980).

17. [With Robert Brown.] A Sermon on the Birthday of St. Machutus. Analecta Bollandiana 99 (1981).

18. The Accounts of St. Machutus in the Breviaries of Hyde and York. Revue Benedictine 91 (1981).

19. The Differences of Inflection between the Two Versions of the Old English Translation of Gregory's Dialogues. Neuphilologische Mitteilungen 83 (1982) 260-65.

cont./

20. Aelfric's Thesalla. Notes and Queries 227 (1982).

21. Cotton Otho A.viii, fols. 1-6. Old English Newsletter 16(1) (1982).

22. Earliest Fragments of Goscelin's Writings on St. Mildred. Revue Benedictine 93 (1983).

23. The Old English and Old Norse Prose Accounts of the Phoenix. Journal of English Linguistics 17 (1984).

24. English Language, Middle English, Old English, and seventeen other articles (Grimm's Law, Hoccleve, W.H. Hudson, Roman Jakobson, Sir William Jones, Langland, Larousse, Layamon, Lydgate, Prague School, Laura Riding, runes, Saintsbury, Sapir, Verner, William Whitney, Whorf). Academic American Encyclopedia. Aretê/ Grolier's.

25. Aelfric, Middle English Hagiography, and Middle English Language. Dictionary of the Middle Ages. ACLS/Scribner's.

26. Review article of Kevin Kiernan's Beowulf and the Beowulf Manuscript. Germanic Review 59 (1984).

27. Review of Bazire and Cross's Eleven Old English Rogationtide Homilies. Speculum 59 (1984).

28. Joscelyn's Text of Bede's Death Song. Notes and Queries 229 (1984).

29. British Library, Cotton Otho A.viii, fols. 7-34. Old English Newsletter 17(1) (1983).

30. Review of Dennis Tedlock's The Spoken Word and the Work of Interpretation. Studies in American Indian Literature 8 (1984).

31. British Library, Cotton Otho C.i, vol. 2, fol. 115r. Old English Newsletter 18(1) (1984).

32. The Provenance of the Unique Copy of the Old English Translation of Bili's Vita sancti Machutis. Manuscripta 30 (1986).

33. The Textual History of Werferth's Translation of Gregory's Dialogues. In Studies in Earlier Old English Prose, ed. Paul Szarmach. SUNY Press, 1986.

cont./

34. The Foliation of the Old English Life of Machutus. In Florilegium Columbianum: Essays in Honor of Paul Oskar Kristeller. New York: Italica Press, 1987.

35. Review of Fifty-six Aelfric Fragments, ed. Else Fausbøll. Speculum 63 (1988).

36. History of the English Language. In Webster's Encyclopedic Unabridged Dictionary. New York: Portland House, 1990.

37. The Name of the Reporter in Pylon and Why That's Important. Faulkner Journal 6(2) (1991).

38. Senectitude of Homonyms. Language Quarterly 29 (1991).

39. Review of Alfred Wollman, Untersuchungen zu den fruhren lateinischen Lehnworter im Altenglishen. Speculum 67 (1992).

40. Review of Edna Andrews, Markedness Theory: The Union of Asymmetry and Semiotism in Language. Language Quarterly 30 (1992).

41. Throbbing Between Two Lives: Robert Burchfield's Unlocking the English Language. Language Quarterly 30 (1992).

42. Franklin's Vocabulary. In Franklin Anniversary Studies, ed. J. A. Leo Lemay. Newark: University of Delaware Press, 1993. Pp. 396-411.

43. Among the New Word Dictionaries. Language Quarterly 31 (1993).

44. Review of Tim William Machan, Medieval Literature: Texts and Interpretations. TEXT 6 (1994).

45. A New-Borne Gaude: The New Shorter Oxford English Dictionary. Language Quarterly 32 (1994).

46. Putting out, Adding, and Correcting: A New Edition of Johnson's Letters. TEXT 7 (1995).

47. Another Witness to Bili's Vita sancti Machutis, BHL 5116. Etudes Celtiques, forthcoming.

48. Review article on A Catalogue of the Papers of James Boswell at Yale University. TEXT, forthcoming.

cont./

49. Evil Empire? [on the OED]. Review, forthcoming.

50. The Vocabulary of Benjamin Franklin. In Lexicology: An International Handbook on the Nature and Structure of Words and Vocabularies. Berlin, New York: Walter de Gruyter, forthcoming.