# EXHIBIT B

ST. GREGORY'S COLLEGE LIBRARY
SHAWNEE, OKLAHOMA 74801

# Webster's Seventh New Collegiate Dictionary

A Merriam-Webster
REG. U.S. PAT. OFF.

BASED ON
WEBSTER'S
THIRD
NEW INTERNATIONAL
DICTIONARY

FOR REFERENCE
ST. GREGORY'S COLLEGE LIBRARY
NOT TO BE TAKEN FROM THIS ROOM

REG. U.S. PAT. OFF.

G. & C. MERRIAM COMPANY, *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

W4 M1 4
1967
c. 4

COPYRIGHT © 1967
BY
G. & C. MERRIAM CO.

PREVIOUS EDITIONS
COPYRIGHT © 1916, 1925, 1931, 1936, 1941, 1949, 1951, 1953, 1956, 1958, 1959, 1960, 1961, 1963, 1965
BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1967
BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS
PHILIPPINES COPYRIGHT 1950, 1951, 1953, 1956, 1958, 1959, 1960, 1961, 1963, 1965
BY G. & C. MERRIAM CO.
COPYRIGHT 1926, 1941 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO.

**81 1011**

ALL RIGHTS RESERVED UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.

BASED ON
WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
COPYRIGHT © 1961, 1966
BY G. & C. MERRIAM CO.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information and retrieval systems—without written permission of the publisher.*

MADE IN THE U.S.A.

R. R. DONNELLEY & SONS COMPANY, THE LAKESIDE PRESS, CHICAGO, ILL., U.S.A.
COMPOSITORS

RAND McNALLY & COMPANY, CHICAGO, ILLINOIS, U.S.A.
PRINTERS AND BINDERS

Preface .

Front Matter

Explanatory I

Guide to Pro

Abbreviations

Dictionary of th

Back Matter

Vocabulary of

Arbitrary Symb

Proof of Lincoln

Biographical Na

Pronouncing Ga

Forms of Address

Pronouncing Voc

Vocabulary of Rh

Spelling . . .

Plurals . .

Punctuation . .

Compounds . .

Capitalization .

Italicization . .

Colleges and Univers

Index . . .

# PREFACE

**History of the Collegiate** WEBSTER'S SEVENTH NEW COLLEGIATE DICTIONARY is an entirely new book — newly edited and typeset. It will however have for many persons the characteristics of an old friend. For many years MERRIAM-WEBSTER dictionaries have formed a series in which the unabridged dictionary is the parent work and the COLLEGIATE DICTIONARY the largest abridgment. From each successive revision of the unabridged work new abridged books have sprung. In 1898 the first edition of the COLLEGIATE appeared. Its size, appearance, typography, and above all its wealth of material and scholarly presentation quickly won for it a high place in the regard of both general reader and scholar. In 1910 a second edition appeared, followed by new editions or revisions in 1916 (the third), 1931 (the fourth), 1936 (the fifth), and 1949 (the sixth). This seventh in the COLLEGIATE series incorporates the best of the time-tested features of its predecessors.

**Scope and format** The general content and overall plan of the previous edition have proved so well adapted to the needs of its users that an attempt to change its essential character and form seems inadvisable. The editors feel too that relatively few entries, both in its main vocabulary and in the special sections, can be omitted without loss to the user of WEBSTER'S SEVENTH NEW COLLEGIATE. At the same time many new terms and meanings, many older terms and meanings of increasing importance or frequency, many abbreviations, and many proper names must be added in a new edition. The problem is solved partly by the development of a new dictionary style based upon completely analytical one-phrase definitions throughout and partly by the adoption of a new typeface, Times Roman, introduced to MERRIAM-WEBSTER dictionaries in WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY. This compact and legible face makes possible more words to a line and more lines to a column than in the preceding COLLEGIATE.

**The general vocabulary** The vocabulary of the COLLEGIATE is intended to meet the needs both of the college student and of the general reader seeking clear and accurate but not encyclopedic information. Every entry and every definition of the previous edition has been reviewed, and many of them have been revised to incorporate additional, often new, information or to effect improvements in the former presentation. The definitions are for the most part based on the most recent available information contained in the parent work, WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, with such modifications or adaptations as are required by the smaller scope of the COLLEGIATE. Wherever they are needed and as freely as possible within the limitations of the space, phrases and sentences have been given that illustrate the definitions. This COLLEGIATE follows the practice of its predecessors in including only a limited selection of slang, dialect, and obsolete terms and meanings. Since behind the present work are all the vast resources of the THIRD NEW INTERNATIONAL, containing some 450,000 vocabulary entries, the problem is one of selection of terms to be included here. Usefulness is the criterion.

**Special subjects** The greater emphasis on the technical and scientific vocabulary, which is perhaps the most noticeable difference between recent and earlier COLLEGIATES, has been continued in this COLLEGIATE. The wealth of information prepared by the 200 outside consultants for the THIRD NEW INTERNATIONAL has been freely drawn upon.

**Trademarks** Public interest in the status, the pronunciation, and the application of many terms originally coined for use as trademarks makes such terms a matter of lexical concern. In a dictionary of this scope, however, it is possible to include only a limited number of those trademarks most likely to be sought by the average dictionary user. All entries suspected of being trademarks have



been checked on
Washington, D.
identified as such.
an expression of
proprietary rights
sufficiently genera
No definition in t
trademark.

**Presentation** (
forms to acceptec
offer no difficult
questions requirin
answer all such qu
preface. Every us
will gain much fro

**Order of defini**
of the THIRD NEV
is placed first and
probable by date
applies alike to a
historical order is
meanings and offe
ticular meaning.

**Pronunciation**
those of the THIRD
from actual educat
To make these pro
nunciation key has
have been retained
made, and some syr
a diacritical key tha
and is based on the
a distinct symbol t
more than one way.
in sound makes it p
parts of the Englis
new pronunciation a
of educated Americ
inside covers, key li
system is further exp
This guide has bee
fuller treatment in t

**Synonyms** Brief
associated meaning
The articles, adapte
SYNONYMS and WE
prepared by Dr. Phi

**Pictorial illustra**
previous editions of
new illustrations hav
A. Mercier, assistant
not for their decorati

**Supplementary fe**
have been retained, a
The "Pronouncing
nunciation of over t

features of its predecessors.

**Scope and format** The general content and overall plan of the previous edition have proved so well adapted to the needs of its users that an attempt to change its essential character and form seems inadvisable. The editors feel too that relatively few entries, both in its main vocabulary and in the special sections, can be omitted without loss to the user of WEBSTER'S SEVENTH NEW COLLEGIATE. At the same time many new terms and meanings, many older terms and meanings of increasing importance or frequency, many abbreviations, and many proper names must be added in a new edition. The problem is solved partly by the development of a new dictionary style based upon completely analytical one-phrase definitions throughout and partly by the adoption of a new typeface, Times Roman, introduced to MERRIAM-WEBSTER dictionaries in WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY. This compact and legible face makes possible more words to a line and more lines to a column than in the preceding COLLEGIATE.

**The general vocabulary** The vocabulary of the COLLEGIATE is intended to meet the needs both of the college student and of the general reader seeking clear and accurate but not encyclopedic information. Every entry and every definition of the previous edition has been reviewed, and many of them have been revised to incorporate additional, often new, information or to effect improvements in the former presentation. The definitions are for the most part based on the most recent available information contained in the parent work, WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY, with such modifications or adaptations as are required by the smaller scope of the COLLEGIATE. Wherever they are needed and as freely as possible within the limitations of the space, phrases and sentences have been given that illustrate the definitions. This COLLEGIATE follows the practice of its predecessors in including only a limited selection of slang, dialect, and obsolete terms and meanings. Since behind the present work are all the vast resources of the THIRD NEW INTERNATIONAL, containing some 450,000 vocabulary entries, the problem is one of selection of terms to be included here. Usefulness is the criterion.

**Special subjects** The greater emphasis on the technical and scientific vocabulary, which is perhaps the most noticeable difference between recent and earlier COLLEGIATES, has been continued in this COLLEGIATE. The wealth of information prepared by the 200 outside consultants for the THIRD NEW INTERNATIONAL has been freely drawn upon.

**Trademarks** Public interest in the status, the pronunciation, and the application of many terms originally coined for use as trademarks makes such terms a matter of lexical concern. In a dictionary of this scope, however, it is possible to include only a limited number of those trademarks most likely to be sought by the average dictionary user. All entries suspected of being trademarks have



**Order of**
of the THIRI
is placed firs
probable by
applies alike
historical orc
meanings anc
ticular meani

**Pronuncia**
those of the T
from actual e
To make the:
nunciation ke
have been ret
made, and sor
a diacritical k
and is based
a distinct syn
more than one
in sound mak
parts of the I
new pronunci:
of educated A
inside covers,
system is furth
This guide ha
fuller treatmer

**Synonyms**
associated me
The articles, a
SYNONYMS an
prepared by D

**Pictorial ill**
previous editic
new illustratior
A. Mercier, ass
not for their d

**Supplement**
have been retai
The "Pronou
nunciation of

mendacious

**me·lio·rist** \-rəst\ *adj or n* — **me·lio·ris·tic** \,mēl-yə-'ris-tik, ,mē-lē-ə-\ *adj*

**mell** \'mel\ *vb* [ME *mellen*, fr. MF *mesler*] *dial Brit* : MIX

**mel·lif·er·ous** \me-'lif-(ə-)rəs\ *adj* [L *mellifer*, fr. *mell-*, *mel* + *-fer* -ferous] : producing or yielding honey

**mel·lif·lu·ent** \me-'lif-lə-wənt\ *adj* [LL *mellifluent-*, *mellifluens*, fr. L *mell-*, *mel* + *fluent-*, *fluens*, prp. of *fluere*] *archaic* : MELLIFLUOUS — **mel·lif·lu·ent·ly** *adv*

**mel·lif·lu·ous** \me-'lif-lə-wəs, mə-\ *adj* [LL *mellifluus*, fr. L *mell-*, *mel* honey + *fluere* to flow; akin to Goth *milith* honey, Gk *melit-*, *meli*] **1** : flowing or sweetened with or as if with honey **2** : sweetly flowing — **mel·lif·lu·ous·ly** *adv* — **mel·lif·lu·ous·ness** *n*

**mel·lo·phone** \'mel-ə-,fōn\ *n* [*mellow* + *-phone*] : an althorn in circular form sometimes used as a substitute for the French horn

**mel·low** \'mel-(,)ō, -ə(-w)\ *adj* [ME *melowe*] **1 a** *of a fruit* : tender and sweet because of ripeness **b** *of a wine* : well aged and pleasingly mild **2** : made gentle by age or experience **3** *of soil* : of soft and loamy consistency **4** : rich and full but free from garishness or stridency **5** : warmed and relaxed by liquor — **mellow** *vb* — **mel·low·ly** *adv* — **mel·low·ness** *n*

**me·lo·de·on** \mə-'lōd-ē-ən\ *n* [G *melodion*, fr. *melodie* melody, fr. OF] : a small reed organ in which a suction bellows draws air inward through the reeds

**me·lod·ic** \mə-'läd-ik\ *adj* : of or relating to melody : MELODIOUS — **me·lod·i·cal·ly** \-i-k(ə-)lē\ *adv*

**me·lo·di·ous** \mə-'lōd-ē-əs\ *adj* **1** : agreeable to the ear because of a succession of sweet sounds **2** : of, relating to, or producing melody — **me·lo·di·ous·ly** *adv* — **me·lo·di·ous·ness** *n*

**mel·o·dist** \'mel-əd-əst\ *n* **1** : SINGER **2** : a composer of melodies

**mel·o·dize** \'mel-ə-,dīz\ *vt* : to make melodious : set to melody ~ *vi* : to compose a melody — **mel·o·diz·er** *n*

**melo·dra·ma** \'mel-ə-,dräm-ə, -,dram-\ *n* [modif. of F *mélodrame*, fr. Gk *melos* + F *drame* drama, fr. LL *drama*] **1 a** : an extravagantly theatrical play in which action and plot predominate over characterization **b** : the genre of dramatic literature constituted by such plays **2** : melodramatic events or behavior — **melo·dra·ma·tist** \,mel-ə-'dram-ət-əst, -'dräm-\ *n*

**melo·dra·mat·ic** \,mel-ə-drə-'mat-ik\ *adj* **1** : of, relating to, or characteristic of melodrama **2** : sensational in situation or action **syn** see DRAMATIC — **melo·dra·mat·i·cal·ly** \-i-k(ə-)lē\ *adv*

**melo·dra·mat·ics** \-'mat-iks\ *n pl but sing or pl in constr* : melodramatic conduct

**mel·o·dy** \'mel-əd-ē\ *n* [ME *melodie*, fr. OF, fr. LL *melodia*, fr. Gk *melōidia* chanting, music, fr. *melos* limb, musical phrase, song + *aeidein* to sing; akin to Bret *mell* joint — more at ODE] **1** : a sweet or agreeable succession or arrangement of sounds : TUNEFULNESS **2 a** : a rhythmic succession of single tones organized as an aesthetic whole **b** : a musical line as it appears on the staff when viewed horizontally **c** : the chief part in a harmonic composition

**mel·oid** \'mel-,ȯid, 'mel-ə-wəd\ *adj* [deriv. of NL *Meloe*, genus of beetles] : of or relating to the oil beetles — **meloid** *n*

**mel·o·lon·thid** \,mel-ə-'län(t)-thəd\ *n* [deriv. of Gk *mēlolonthē*] : COCKCHAFER

**mel·on** \'mel-ən\ *n, often attrib* [ME, fr. MF, fr. LL *melon-*, *melo*, short for L *melopepon-*, *melopepo*, fr. Gk *mēlopepōn*, fr. *mēlon* apple + *pepōn*, an edible gourd — more at PUMPKIN] **1** : any of various gourds (as a muskmelon or watermelon) usu. eaten raw as fruits **2** : something rounded like a melon; *also* : an abdomen that protrudes **3 a** : a surplus of profits available for distribution to stockholders **b** : a financial windfall

**Mel·pom·e·ne** \mel-'päm-ə-(,)nē\ *n* [L, fr. Gk *Melpomenē*] : the Greek Muse of tragedy

[1]**melt** \'melt\ *vb* **melt·ed**; **melted** *also* **mol·ten** \'mōlt-ᵊn\ **melt·ing** [ME *melten*, fr. OE *meltan*; akin to L *mollis* soft, *molere* to grind — more at MEAL] *vi* **1** : to become altered from a solid to a liquid state usu. by heat **2 a** : DISSOLVE, DISINTEGRATE **b** : to disappear as if dissolving **3** *obs* : to become subdued or crushed **4** : to become mild, tender, or gentle **5** : to lose distinct outline : BLEND ~ *vt* **1** : to reduce from a solid to a liquid state usu. by heat **2** : to cause to disappear or disperse **3** : to make tender or gentle : SOFTEN — **melt·abil·i·ty** \,melt-ə-'bil-ət-ē\ *n* — **melt·able** \'mel-tə-bəl\ *adj* — **melt·er** *n*

[2]**melt** *n* **1 a** : a melted substance **b** : the mass melted at a single operation or the quantity melted during a specified period **2** : an act of melting : the condition of being melted

[3]**melt** *n* [ME *milte*, fr. OE; akin to OHG *miltzi* spleen] : SPLEEN

**melting point** *n* : the temperature at which a solid melts

**melting pot** *n* **1** : a vessel for melting something : CRUCIBLE **2** : a place exhibiting racial amalgamation and assimilation

**mel·ton** \'melt-ᵊn\ *n* [*Melton* Mowbray, England] : a heavy smooth woolen fabric with short nap

**melt·wa·ter** \'melt-,wȯt-ər, -,wät-\ *n* : water derived from the melting of ice and snow

**mem** \'mem\ *n* [Heb *mēm*, lit., water] : the 13th letter of the Hebrew alphabet — symbol מ or ם

**mem·ber** \'mem-bər\ *n* [ME *membre*, fr. OF, fr. L *membrum*; akin to Goth *mimz* flesh, Gk *mēros* thigh, *mēninx* membrane] **1** : a body part or organ: as **a** : LIMB **b** : PENIS **c** : a unit of structure in a plant body **2** : one of the individuals composing a group **3** : a person baptized or enrolled in a church **4** : a constituent part of a whole: as **a** : a syntactic or rhythmic unit of a sentence : CLAUSE **b** : one of the propositions of a syllogism **c** : one of the elements of a mathematical set **d** : one of the components of a logical class **e** : either of the equated elements in a mathematical equation **syn** see PART — **mem·bered** \-bərd\ *adj*

**mem·ber·ship** \'mem-bər-,ship\ *n* **1** : the state or status of being a member **2** : the body of members **3** : the relation between a member of a class and the class

**mem·bra·na·ceous** \,mem-brə-'nā-shəs\ *adj* : MEMBRANOUS — **mem·bra·na·ceous·ly** *adv*

**mem·brane** \'mem-,brān\ *n* [L *membrana* skin, parchment, fr. *membrum*] **1** : a thin soft pliable sheet or layer esp. of animal or plant origin **2** : a piece of parchment forming part of a roll — **mem·braned** \-,brānd\ *adj*

**membrane bone** *n* : a bone that ossifies directly in connective tissue without previous existence as cartilage

**mem·bra·nous** \'mem-brə-nəs, mem-'brā-\ *adj* **1** : of, relating to, or resembling membrane **2** : thin, pliable, and often somewhat transparent **3** : characterized or accompanied by the formation of a membrane or membranous layer — **mem·bra·nous·ly** *adv*

**membranous labyrinth** *n* : the sensory structures of the inner ear

**me·men·to** \mi-'ment-(,)ō\ *n, pl* **mementos** *or* **mementoes** [ME, fr. L, remember, fr. *meminisse* to remember; akin to L *ment-*, *mens* mind] : something that serves to warn or remind; *also* : SOUVENIR

**me·men·to mo·ri** \mi-,ment-ō-'mōr-ē, -'mō(ə)r-,ī, -'mȯ(ə)r-\ *n, pl* **memento mori** [L, remember that you must die] : a death's head or other reminder of mortality

**Mem·non** \'mem-,nän\ *n* [L, fr. Gk *Memnōn*] : an Ethiopian king killed by Achilles in the Trojan War and made immortal by Zeus

**memo** \'mem-(,)ō\ *n* : MEMORANDUM

**mem·oir** \'mem-,wär, -,wȯ(ə)r\ *n* [F *mémoire*, lit., memory, fr. L *memoria*] **1** : an official note or report **2 a** : a narrative composed from personal experience **b** : AUTOBIOGRAPHY — usu. used in pl. **c** : BIOGRAPHY **3 a** : an account of something noteworthy : REPORT **b** *pl* : the record of the proceedings of a learned society

**mem·o·ra·bil·ia** \,mem-ə-rə-'bil-ē-ə, -'bil-yə\ *n pl* [L, fr. neut. pl. of *memorabilis*] : things remarkable and worthy of remembrance; *also* : a record of such things

**mem·o·ra·ble** \'mem-(ə-)rə-bəl, 'mem-ər-bəl\ *adj* [ME, fr. L *memorabilis*, fr. *memorare* to remind, mention, fr. *memor* mindful] : worth remembering : NOTABLE — **mem·o·ra·ble·ness** *n* — **mem·o·ra·bly** \-(ə-)rə-blē\ *adv*

**mem·o·ran·dum** \,mem-ə-'ran-dəm\ *n, pl* **memorandums** *or* **mem·o·ran·da** \-də\ [ME, fr. L, neut. of *memorandus* to be remembered, gerundive of *memorare*] **1** : an informal record; *also* : a written reminder **2** : an informal written note of a transaction or proposed instrument **3** : an informal diplomatic communication

[1]**me·mo·ri·al** \mə-'mōr-ē-əl, -'mȯr-\ *adj* **1** : serving to preserve remembrance : COMMEMORATIVE **2** : of or relating to memory — **me·mo·ri·al·ly** \-ə-lē\ *adv*

[2]**memorial** *n* **1 a** : something that keeps remembrance alive; *esp* : MONUMENT **b** : COMMEMORATION 2 **c** : MEMENTO **2 a** : RECORD, MEMOIR **b** : MEMORANDUM, NOTE; *specif* : a legal abstract **c** : a statement of facts addressed to a government often accompanied with a petition or remonstrance

**Memorial Day** *n* **1** : May 30 observed as a legal holiday in most states of the U.S. in commemoration of dead servicemen **2** : CONFEDERATE MEMORIAL DAY

**me·mo·ri·al·ist** \-ē-ə-ləst\ *n* **1** : a person who writes or signs a memorial **2** : the writer of a commemorative memoir

**me·mo·ri·al·ize** \-ē-ə-,līz\ *vt* **1** : to address or petition by a memorial **2** : COMMEMORATE

**memorial park** *n* : CEMETERY

**me·mo·ri·ter** \mə-'mȯr-ə-,te(ə)r, -'mär-\ *adv (or adj)* [L, fr. *memor*] : by or from memory : by heart

**mem·o·ri·za·tion** \,mem-(ə-)rə-'zā-shən\ *n* : the act of memorizing

**mem·o·rize** \'mem-ə-,rīz\ *vt* : to commit to memory : learn by heart — **mem·o·riz·er** *n*

**mem·o·ry** \'mem-(ə-)rē\ *n* [ME *memorie*, fr. MF *memoire*, fr. L *memoria*, fr. *memor* mindful; akin to OE *mimorian* to remember, L *mora* delay, Gk *mermēra* care, Skt *smarati* he remembers] **1 a** : the power or process of reproducing or recalling what has been learned and retained esp. through associative mechanisms **b** : persistent modification of structure or behavior resulting from an organism's activity or experience **c** : the store of things learned and retained as evidenced by recall and recognition **2 a** : commemorative remembrance **b** : the fact or condition of being remembered **3 a** : a particular act of recall or recollection **b** : an image or impression of someone or something remembered **c** : the time within which past events can be or are remembered **4** : a component in an electronic computing machine into which information can be inserted, stored, and extracted when needed

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE: MEMORY applies both to the power of remembering and to what is remembered; REMEMBRANCE applies to the act of remembering or the fact of being remembered; RECOLLECTION adds an implication of consciously bringing back to mind often with some effort; REMINISCENCE suggests the recalling of incidents, experience, or feelings from a remote past

**mem·sa·hib** \'mem-,sä-,(h)ib, -,säb\ *n* [Hindi *memsāhib*, fr. E *ma'am* + Hindi *sāhib* sahib] : a white foreign woman of some social status living in India; *esp* : the wife of a British official in colonial India

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*meno*rrhagia⟩

[1]**men·ace** \'men-əs\ *n* [ME, fr. MF, fr. L *minacia*, fr. *minac-*, *minax* threatening, fr. *minari* to threaten — more at MOUNT] **1** : a show of intention to inflict harm : THREAT **2 a** : someone or something that represents a threat : DANGER **b** : a person who causes annoyance

[2]**menace** *vt* **1** : to make a show of intention to harm **2** : ENDANGER ~ *vi* : to act in a threatening manner **syn** see THREATEN — **men·ac·ing·ly** \-ə-siŋ-lē\ *adv*

**me·nad** *var of* MAENAD

**men·a·di·one** \,men-ə-'dī-,ōn\ *n* [*me*thyl + *na*phthoquinone + *di-* + *ketone*] : a yellow crystalline compound $C_{11}H_8O_2$ with the biological activity of natural vitamin K

**mé·nage** \mā-'näzh\ *n* [F, fr. OF *mesnage* dwelling, fr. (assumed) VL *mansionaticum*, fr. L *mansion-*, *mansio* mansion] : a domestic establishment : HOUSEHOLD; *also* : HOUSEKEEPING

**me·nag·er·ie** \mə-'naj-(ə-)rē, -'nazh-\ *n* [F *ménagerie*, fr. MF, management of a household or farm, fr. *menage*] **1** : a place where animals are kept and trained esp. for exhibition **2** : a collection of wild or foreign animals kept esp. for exhibition

[1]**mend** \'mend\ *vb* [ME *menden*, short for *amenden* — more at AMEND] *vt* **1 a** : to improve in manners or morals : REFORM **b** : to set right : CORRECT **c** : to put into good shape or working order again : patch up : REPAIR **d** : to restore to health : CURE **2** : to make amends or atonement for ⟨least said, soonest ~*ed*⟩ ~ *vi* **1** : to improve morally : REFORM **2** : to become corrected or improved **3** : to improve in health; *also* : HEAL — **mend·er** *n*

**syn** REPAIR, PATCH, REBUILD, REMODEL: MEND implies making whole or sound something broken, torn, or injured; REPAIR applies to the mending of more extensive damage or dilapidation; PATCH implies an often temporary mending of a rent or breach by the insertion of new material; REBUILD suggests making like new without completely replacing; REMODEL implies making considerable change in structure or design

[2]**mend** *n* **1** : an act of mending : REPAIR **2** : a mended place — **on the mend** : IMPROVING

**men·da·cious** \men-'dā-shəs\ *adj* [L *mendac-*, *mendax* — more at AMEND] **1** : given to deception or falsehood **2** : LYING **syn** see

DISHONEST — **men·da·cious·ly** *a*

**men·dac·i·ty** \men-'das-ət-ē\ *n* :
dacious; *also* : LIE

**men·de·le·vi·um** \,men-də-'lē-vi
*Mendeleev* †1907 Russ chemist]
produced — see ELEMENT table

**Men·de·lian** \men-'dē-lē-ən, -'dē
according with Mendel's laws o
**Men·de·lian·ist** \-əst\ *n*

**Men·del·ism** \'men-dᵊl-,iz-əm\ *n*
of Mendel's laws; *also* : PARTICU
\-dᵊl-əst\ *adj or n*

**Men·del's law** \,men-dᵊlz-\ *n*
botanist] **1** : a principle in gene
senting alternate characters sepa
that every gamete receives but on
in genetics limited and modified b
phenomenon of linkage: the co
pair of gametes unite in the zy
according to the laws of chance
subsequently to be subject to ma
pair of hereditary units domina
acters are inherited alternatively

**men·di·can·cy** \'men-di-kən-sē\
practice of begging

**men·di·cant** \'men-di-kənt\ *n* [
*mendicare* to beg, fr. *mendicus* b
: a member of a religious orde
monastic life and outside religiou
personal nor community propert

**men·dic·i·ty** \men-'dis-ət-ē\ *n* [M
L *mendicitat-*, *mendicitas*, fr. *me*

**Men·e·la·us** \,men-ᵊl-'ā-əs\ *n* [
Sparta, brother of Agamemnon,

**men·folk** \'men-,fōk\ *or* **men·**
general **2** : the men of a family

**men·ha·den** \men-'hād-ᵊn, mən-\
[of Algonquian origin; prob. aki
menhaden] : a marine fish (*Br*
family abundant along the Atla
used for bait or converted into c

**men·hir** \'men-,hi(ə)r\ *n* [F, fr.
single upright rude monolith us

[1]**me·nial** \'mē-nē-əl, -nyəl\ *adj* [
retinue, fr. OF *mesnie*, fr. (assum
*mansio* dwelling] **1** : of or relati
*also* : SERVILE **syn** see SUBSERVI

[2]**menial** *n* : a domestic servant o

**mening-** *or* **meningo-** *also* **meni**
*meninx*] : meninges ⟨*meningococ*

**me·nin·geal** \mə-'nin-j(ē-)əl, ,me
affecting the meninges

**men·in·git·ic** \,men-ən-'jit-ik\ *a*

**men·in·gi·tis** \-'jīt-əs\ *n* [NL]
and esp. of the pia mater and the
ease in which inflammation of t

**me·nin·go·coc·cic** \mə-,niŋ-gō-
**coc·cal** \-'käk-əl\ *adj* : of or ca

**me·nin·go·coc·cus** \-'käk-əs\ *n*
-(,)s(ē)\ [NL] : the bacterium
cerebrospinal meningitis

**me·ninx** \'mē-(,)iŋ(k)s, 'men-\
[NL, fr. Gk *mēning-*, *mēninx*
membrane] : any of the three
and spinal cord

**me·nis·cus** \mə-'nis-kəs\ *n*, *p*
\-'nis-,(k)ī, -,kē\ *also* **me·nis·**
fr. Gk *mēniskos*, fr. dim. of
crescent — more at MOON] **1** :
crescent-shaped body **2** : a fib
within a joint esp. of the knee **3**
convex lens **4** : the curved uppe
liquid column that is concave w
taining walls are wetted by th
convex when not

**Men·no·nite** \'men-ə-,nīt\ *n* [
fr. *Menno* Simons †1559 Fris
reformer] : a member of one of
groups derived from the Anab
ment in Holland and noted for
life and rejection of oaths, publ

**me·no mos·so** \,mā-nō-'mō(s)-(
a direction in music

**meno·paus·al** \,men-ə-'pȯ-zəl\
menopause

**meno·pause** \'men-ə-,pȯz\ *n* [
*pause*] : the period of natural c
usu. between the ages of 45 and

**me·no·rah** \mə-'nōr-ə, -'nȯr-\
candelabrum used in Jewish wo

**men·or·rha·gia** \,men-ə-'rā-j(ē-
menstrual flow — **men·or·rhag**

**men·sal** \'men(t)-səl\ *adj* [LL
longing to, used, or done at the

[1]**mense** \'men(t)s\ *n* [ME *mensk*
: PROPRIETY — **mense·ful** \-fəl

[2]**mense** *vt*, *dial Brit* : to do hon

**men·ses** \'men-,sēz\ *n pl but sin*
of *mensis* month — more at MO

**Men·she·vik** \'men-chə-,vik, -sh
**Men·she·vi·ki** \,men-chə-'vik-
fr. *men'she* less; fr. their forming
member of a wing of the Russi
and during the Russian Revolut
ment of socialism by parliamen
Bolsheviks — **Men·she·vism** \'
**she·vist** \-vəst\ *n or adj*

1 : of, relating to, or
l in situation or action
ly \-i-k(ə-)lē\ *adv*
*or pl in constr* : melo-

)F, fr. LL *melodia*, fr.
musical phrase, song +
ore at ODE] 1 : a sweet
sounds : TUNEFULNESS
rganized as an aesthetic
the staff when viewed
nic composition
. of NL *Meloe*, genus
— **meloid** *n*
riv. of Gk *mēlolonthē*]

F, fr. LL *melon-*, *melo*,
k *mēlopepōn*, fr. *mēlon*
PUMPKIN] 1 : any of
elon) usu. eaten raw as
*also* : an abdomen that
able for distribution to

. Gk *Melpomenē*] : the

l•ten \ˈmōlt-ᵊn\ **melt-**
*mollis* soft, *molere* to
ltered from a solid to a
ISINTEGRATE **b** : to dis-
ne subdued or crushed
: to lose distinct outline
to a liquid state usu. by
**3** : to make tender or
bil-ət-ē\ *n* — **melt•able**

mass melted at a single
specified period **2** : an
lted
*niltzi* spleen] : SPLEEN
a solid melts
something : CRUCIBLE
and assimilation
gland] : a heavy smooth

**me•mo•ri•al•ist** \-ē-ə-ləst\ *n* **1** : a person who writes or signs a memorial **2** : the writer of a commemorative memoir

**me•mo•ri•al•ize** \-ē-ə-ˌlīz\ *vt* **1** : to address or petition by a memorial **2** : COMMEMORATE

**memorial park** *n* : CEMETERY

**me•mo•ri•ter** \mə-ˈmȯr-ə-ˌte(ə)r, -ˈmär-\ *adv (or adj)* [L, fr. *memor*] : by or from memory : by heart

**mem•o•ri•za•tion** \ˌmem-(ə-)rə-ˈzā-shən\ *n* : the act of memorizing

**mem•o•rize** \ˈmem-ə-ˌrīz\ *vt* : to commit to memory : learn by heart — **mem•o•riz•er** *n*

**mem•o•ry** \ˈmem-(ə-)rē\ *n* [ME *memorie*, fr. MF *memoire*, fr. L *memoria*, fr. *memor* mindful; akin to OE *mimorian* to remember, L *mora* delay, Gk *mermēra* care, Skt *smarati* he remembers] **1 a** : the power or process of reproducing or recalling what has been learned and retained esp. through associative mechanisms **b** : persistent modification of structure or behavior resulting from an organism's activity or experience **c** : the store of things learned and retained as evidenced by recall and recognition **2 a** : commemorative remembrance **b** : the fact or condition of being remembered **3 a** : a particular act of recall or recollection **b** : an image or impression of someone or something remembered **c** : the time within which past events can be or are remembered **4** : a component in an electronic computing machine into which information can be inserted, stored, and extracted when needed

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE: MEMORY applies both to the power of remembering and to what is remembered; REMEMBRANCE applies to the act of remembering or the fact of being remembered; RECOLLECTION adds an implication of consciously bringing back to mind often with some effort; REMINISCENCE suggests the recalling of incidents, experience, or feelings from a remote past

**mem•sa•hib** \ˈmem-ˌsä-ˌ(h)ib, -ˌsäb\ *n* [Hindi *memsāhib*, fr. E *ma'am* + Hindi *ṣāhib* sahib] : a white foreign woman of some social status living in India; *esp* : the wife of a British official in colonial India

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*meno*rrhagia⟩

¹**men•ace** \ˈmen-əs\ *n* [ME, fr. MF, fr. L *minacia*, fr. *minac-*, *minax* threatening, fr. *minari* to threaten — more at MOUNT] **1** : a show of intention to inflict harm : THREAT **2 a** : someone or something that represents a threat : DANGER **b** : a person who causes annoyance

²**menace** *vt* **1** : to make a show of intention to harm **2** : ENDANGER ~ *vi* : to act in a threatening manner **syn** see THREATEN — **men-**

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

## College Edition

Laurence Urdang EDITOR IN CHIEF

Stuart Berg Flexner MANAGING EDITOR

RANDOM HOUSE / NEW YORK

First Printing

Copyright © 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions

Based on *The Random House Dictionary of the English Language—The Unabridged Edition*
Copyright © 1966, 1967 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK
AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*Chart of Periodic Table of the Elements*, Copyright © 1964 by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

Library of Congress Catalog Card Number: 68-19699

Manufactured in the United States of America

Type set by R. R. Donnelley & Sons Company
Printed and bound at The Riverside Press, Incorporated

meanings are,
are. They also
technical or g
polite compan
one who is ca
feeling offend
illustrated and
maps; they wa
graphical, der
breviations, sy
notes—in shor
between the co
of the world a
all, they dema
and up to dat
is often the or
many people

That these
course, no acc
specialists, lin
who are devo
formation and
it in understan

*The Rando*
*Language—T*
of *The Rando*
*Language—T*
follows that o
how extensiv
language. It is
dictionary are
what is to be
pleteness: the

A COMPLETELY NEW DICTIONARY

155,000 ENTRIES
*—more than in any comparable dictionary*

# The RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE —College Edition

Based on The RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE—Unabridged Edition

*In one alphabetical listing*

- 1500 illustrations
- 7000 biographical entries of famous people in all fields, plus mythological figures of Greece, Rome, Egypt, etc.
- 6500 geographical entries for countries, cities, rivers, mountains, historical sites, etc.
- 3000 commercial, scientific, political, and general abbreviations
- 6000 idiomatic expressions and phrases

The most complete, most authoritative storehouse of information on the English language ever published as a one-volume desk dictionary

—Scientific names for all plants and animals. 10,000 scientific terms... formulas and uses for chemical compounds
—5000 synonym and antonym lists and studies
—38,000 usage and field labels pinpoint word use and status
—200 usage notes explain how the best writers and speakers use words
—30,000 example sentences and phrases show the precise use and shades of meaning of words in context
—A simple, accurate pronunciation system. Every main entry word pronounced, including special pronunciations of foreign words, names, and phrases
—40,000 etymologies, giving complete, accurate, clear word histories

—The most common, useful meaning of a word given first—

Prepared and verified by more than 350 leading scholars, educators, linguists, and lexicographers

PLUS... A Manual of Style, including a practical guide to punctuation, capitalization, the proper use of footnotes, bibliographies, proofreader's marks, etc.

• United States and Canadian Colleges and Universities • Given Names and their meanings • Signs and Symbols • Guide to English Pronunciation • Guide to Common English Spellings • Historical Sketch of the English Language •

—The latest technical, general, and slang words—
—The latest biographical, geographical, and scientific information—

Random House, Inc. New York, New York

TH
RANDO
HOU
DICTIONA
of
ENGLI
LANGUA

COLLE
EDITI

THUMB INDE

- 1500 illustrations
- 7000 biographical entries of famous people in all fields, plus mythological figures of Greece, Rome, Egypt, etc.
- 6500 geographical entries for countries, cities, rivers, mountains, historical sites, etc.
- 3000 commercial, scientific, political, and general abbreviations
- 6000 idiomatic expressions and phrases

The most complete, most authoritative storehouse of information on the English language ever published as a one-volume desk dictionary

—Scientific names for all plants and animals. 10,000 scientific terms... formulas and uses for chemical compounds
—5000 synonym and antonym lists and studies
—38,000 usage and field labels pinpoint word use and status
—200 usage notes explain how the best writers and speakers use words
—30,000 example sentences and phrases show the precise use and shades of meaning of words in context
—A simple, accurate pronunciation system. Every main entry word pronounced, including special pronunciations of foreign words, names, and phrases
—40,000 etymologies, giving complete, accurate, clear word histories

—The most common, useful meaning of a word given first—

Prepared and verified by more than 350 leading scholars, educators, linguists, and lexicographers

PLUS... A Manual of Style, including a practical guide to punctuation, capitalization, the proper use of footnotes, bibliographies, proofreader's marks, etc.

• United States and Canadian Colleges and Universities • Given Names and their meanings • Signs and Symbols • Guide to English Pronunciation • Guide to Common English Spellings • Historical Sketch of the English Language •

The latest technical, general, and slang words

2. something serving as a reminder or warning of a future event. [< L *mementō*, impv. of *meminisse* to remember]

**me·men·to mo·ri** (mə men′tō môr′ī, môr′ī, môr′ē, môr′ē; *for 1 also Lat.* me men′tō mō′rē), *pl.* **memento mori** for 2. **1.** (*italics*) *Latin.* remember that thou must die. **2.** an object, as a skull, serving as a reminder of death.

**Mem·ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, Flemish painter. Also, **Mem·linc** (mem′lingk).

**Mem·non** (mem′non), *n.* *Class. Myth.* an Oriental or Ethiopian hero slain by Achilles in the Trojan War.

**mem·o** (mem′ō), *n., pl.* **mem·os.** *Informal.* memorandum. [by shortening]

**mem·oir** (mem′wär, -wôr), *n.* **1.** memoirs, **a.** records of facts or events in connection with a particular subject, historical period, etc., as known to the writer or gathered from special sources. **b.** records of one's life and experiences. **c.** a collection of reports made to a scientific or other learned society. **2.** a biography. [< F *mémoire* < L *memoria* MEMORY]

**mem·oir·ist** (mem′wär ist, -wôr-), *n.* a writer or author of a memoir or memoirs.

**mem·o·ra·bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab′ə lē). matters or events worthy to be remembered. [< L: things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·ble** (mem′ər ə bəl), *adj.* **1.** worthy of being remembered; notable: *a memorable speech.* **2.** easily remembered. [late ME < L *memorābil(is)* worth mentioning = *memorā(re)* (to) mention + *-bilis* -BLE] —**mem′o·ra·bil′i·ty, mem′o·ra·ble·ness,** *n.* —**mem′o·ra·bly,** *adv.*

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. **2.** a record or written statement of something. **3.** an informal message, esp. one sent between two or more employees of the same company. **4.** *Law.* a writing, usually informal, containing the terms of a transaction. **5.** *Diplomacy.* an informal official communication. [< L: something to be noted, neut. of *memorandus* notable, orig. ger. of *memorāre* to mention, tell]

**me·mo·ri·al** (mə môr′ē əl, -mōr′-), *n.* **1.** something designed to preserve the memory of a person, event, etc., as a monument or a periodic observance. **2.** a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of a petition. —*adj.* **3.** preserving the memory of a person or thing; commemorative: *memorial services.* **4.** of or pertaining to the memory. [ME < LL *memoriāle*, n. use of neut. of L *memoriālis* for memoranda] —**me·mo′ri·al·ly,** *adv.*

**Memo′rial Day′,** *U.S.* **1.** Also called **Decoration Day.** a day, May 30, set aside in most states for observances in memory of dead servicemen of all wars. **2.** any of several days, as April 26, May 10, or June 3, similarly observed in various southern states.

**me·mo·ri·al·ise** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ised, -is·ing.** *Chiefly Brit.* memorialize. —**me·mo′ri·al·i·sa′tion,** *n.* —**me·mo′ri·al·is′er,** *n.*

**me·mo·ri·al·ist** (mə môr′ē ə list, -mōr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs.

**me·mo·ri·al·ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz·ing.** **1.** to commemorate. **2.** to present a memorial to. Also, *esp. Brit.,* **memorialise.** —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**mem·o·rize** (mem′ə rīz′), *v.t.,* **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** **1.** the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining mental impressions; remembrance; recollection. **4.** the length of time over which recollection extends: *a time within the memory of living men.* **5.** a mental impression retained; recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** the state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** Also called **storage.** *Computer Technol.* **a.** the capacity of a computer to store information subject to recall. **b.** the set of components of the computer, in which such information is stored. [ME *memorie* < L *memoria* = *memor* remembering + *-ia* -Y[3]]

**Mem·phi·an** (mem′fē ən), *n.* **1.** Egyptian (def. 3). **2.** a native or resident of Memphis, Tennessee.

**Mem·phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 497,524 (1960). **2.** a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. See map at **Goshen.**

**Mem·phite** (mem′fīt), *adj.* **1.** Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* **2.** a native or inhabitant of the ancient Egyptian city of Memphis. [<< Gk *Memphítēs* inhabitant of Memphis; see -ITE[1]]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.

**mem-sa·hib** (mem′sä′ib, -ēb, -sä′hib, -hēb), *n.* (formerly in India) a term of respect for a European woman. [< Hindi = *mem* (< E MA'AM) + *sāhib* master]

**men** (men), *n.* pl. of **man.**

**men·ace** (men′is), *n., v.,* **-aced, -ac·ing.** —*n.* **1.** something that threatens to cause evil, harm, etc.; threat. —*v.t.* **2.** to utter or direct a threat against; threaten. **3.** to serve as a probable threat to; imperil. —*v.i.* **4.** to appear or act as a threat or danger. [late ME < MF < L *mināc̄ia* = *mināc-* (s. of *minax*) jutting out, threatening + *-ia* -IA] —**men′ac·er,** *n.* —**men′ac·ing·ly,** *adv.*

**Me·na·do** (me nä′dō), *n.* a seaport on NE Celebes, in NE Indonesia. 127,614 (1961). Also, **Manado.**

**mé·nage** (mā näzh′; *Fr.* mā nȦzh′), *n., pl.* **-nages** (-nä′zhiz; *Fr.* -nȦzh′). **1.** a domestic establishment; household. **2.** housekeeping. Also, **me·nage′.** [< F << VL **mansiōnātīcum.* See MANSION, -AGE]

***mé·nage à trois*** (mā nȦzh ȧ trwä′), *French.* a domestic arrangement involving a married couple and the lover of one of them, in which all three occupy the same household. [lit., household of three]

**me·nag·er·ie** (mə naj′ə rē, -nazh′-), *n.* **1.** a collection of wild or strange animals, esp. for exhibition. **2.** a place where they are kept or exhibited. [< F: lit., housekeeping]

**Men′ai Strait′** (men′ī), a strait between Anglesey island and the mainland of NW Wales. 14 mi. long.

**Me·nam** (me näm′), *n.* a river in N Thailand, flowing S to the Gulf of Siam. 150 mi. long. Also called **Chao Phraya, Nam.**

**Me·nan·der** (mə nan′dər), *n.* 342?–291 B.C., Greek writer of comedies.

**men·ar·che** (mə när′kē, me-), *n.* *Physiol.* the first menstrual period; the establishment of menstruation. [< Gk *mēn* month + *archḗ* beginning] —**men·ar′che·al, men·ar′chi·al,** *adj.*

**men·chil·dren** (men′chil′drən, -drin), *n.* pl. of **man-child.**

**Men·ci·us** (men′shē əs, -shəs), *n.* c380–289 B.C., Chinese philosopher. Also called **Mêng-tzŭ, Meng-tse.**

**Menck·en** (meng′kən), *n.* **H(enry) L(ouis),** 1880–1956, U.S. author, editor, and critic.

**mend** (mend), *v.t.* **1.** to make (something broken, worn, torn, or otherwise damaged) whole, sound, or usable by repairing: *to mend clothes.* **2.** to remove or correct defects or errors in. **3.** to remove or correct. **4.** to set right; make better; improve: *to mend matters.* —*v.i.* **5.** to progress toward recovery, as a sick person. **6.** to improve, as conditions, affairs, etc. —*n.* **7.** the act of mending; repair or improvement. **8.** a mended place. **9. on the mend,** recovering from an illness; recuperating. [aph. var. of AMEND] —**mend′a·ble,** *adj.* —**Syn. 1.** fix, restore, retouch. **2.** rectify, amend, emend. **4.** ameliorate, meliorate. **5.** heal, recover.

**men·da·cious** (men dā′shəs), *adj.* **1.** false or untrue: *a mendacious report.* **2.** lying; untruthful; dishonest. [< L *mendāci-* (see MENDACITY) + -OUS] —**men·da′cious·ly,** *adv.* —**men·da′cious·ness,** *n.*

**men·dac·i·ty** (men das′i tē), *n., pl.* **-ties** for 2. **1.** the quality of being mendacious; untruthfulness; tendency to lie. **2.** an instance of lying; falsehood. [< LL *mendācitās* falsehood = L *mendāci-* (s. of *mendāx*) given to lying, false + *-tās* -TY[2]]

**Men·del** (men′dᵊl), *n.* **Gre·gor Jo·hann** (greg′ər yō′hän; *Ger.* grā′gōr yō′hän), 1822–84, Austrian monk and botanist: pioneer in the science of genetics.

**Men·de·le·ev** (men′dᵊlā′əf; *Russ.* men′də le′yəf), *n.* **Dmi·tri I·va·no·vich** (dmē′trĭ i vä′no vich), 1834–1907, Russian chemist: helped develop the periodic law. Also, **Men′de·ley′ev, Men′de·lej′eff.**

**men·de·le·vi·um** (men′dᵊlē′vē əm), *n.* *Chem.* a synthetic, radioactive element. *Symbol:* Md, Mv; *at. no.:* 101. [named after D. I. MENDELEEV; see -IUM]

**Men·de·li·an** (men dē′lē ən, -dēl′yən), *adj.* **1.** of or pertaining to Gregor Mendel or to his laws of heredity. —*n.* **2.** a follower of Gregor Mendel; a person who accepts Mendelism.

**Men·del·ism** (men′dᵊliz′əm), *n.* the theories of heredity advanced by Gregor Mendel. Also, **Men·de·li·an·ism** (men dē′lē ə niz′əm).

**Men′del's laws′,** *Genetics.* the basic principles of heredity discovered by Gregor Mendel, showing that alternative hereditary factors of hybrids exhibit a clean-cut separation or segregation from one another and that different pairs of hereditary traits are independently sorted from each other.

**Men·dels·sohn** (men′dᵊl sən; *Ger.* men′dəl zōn′), *n.* **1. Fe·lix** (fē′liks; *Ger.* fā′liks), (*Jacob Ludwig Felix Mendelssohn-Bartholdy*), 1809–47, German composer. **2.** his grandfather, **Mo·ses** (mō′ziz, -zis; *Ger.* mō′zes), 1729–86, German philosopher.

**Men·de·res** (men′de res′), *n.* **1. Ad·nan** (äd′nän), 1899–1961, Turkish political leader: premier 1950–60. **2.** Ancient, **Maeander, Meander.** a river in W Asia Minor, flowing into the Aegean near Samos. 240 mi. long. **3.** Ancient, **Scamander.** a river in NW Asia Minor, flowing across the Trojan plain into the Dardanelles. 60 mi. long.

**Men·dès-France** (men′dis frans′, -fräns′; *Fr.* mäɴ des fräɴs′), *n.* **Pierre** (pyer), born 1907, French statesman and economist: premier 1954–55.

**men·di·can·cy** (men′də kən sē), *n.* **1.** the practice of begging. **2.** the state or condition of being a beggar. [MENDIC(ANT) + -ANCY]

**men·di·cant** (men′də kənt), *adj.* **1.** begging; living on alms. **2.** pertaining to or characteristic of a beggar. —*n.* **3.** a person who lives by begging; beggar. **4.** a mendicant friar. [late ME < L *mendicant-* (s. of *mendicāns*) begging (prp. of *mendicāre*) = *mendic(us)* beggarly, needy + *-ant-* -ANT]

**men·dic·i·ty** (men dis′i tē), *n.* mendicancy. [late ME *mendicite* < L *mendicitās* beggary = *mendic(us)* needy, beggarly + *-itās* -ITY]

**Men·do·ci·no** (men′də sē′nō), *n.* **Cape,** a cape in NW California: the westernmost point in California.

**Men·do·za** (men dō′zə; *Sp.* men dō′sä *or, for 1,* -thä), *n.* **1. Pe·dro de** (pe′thrō the), 1487?–1537, Spanish soldier and explorer: founder of the first colony of Buenos Aires about 1536. **2.** a city in W central Argentina. 194,921 (est. 1965).

**Men·e·la·us** (men′ə lā′əs), *n.* *Class. Myth.* a king of Sparta, the husband of Helen and brother of Agamemnon, to whom he appealed for an army with which to attack Troy in order to recover Helen from her abductor, Paris.

***me·ne, me·ne, tek·el, u·phar·sin*** (mē′nē, mē′nē, tek′əl, yōō fär′sin), *Aramaic.* numbered, numbered, weighed, divided: the miraculous writing on the wall interpreted by Daniel as foretelling the destruction of Belshazzar and his kingdom. Dan. 5:25–31.

**Me·nén·dez de A·vi·lés** (me nen′deth the ä′vē les′), **Pe·dro** (pe′thrō), 1519–74, Spanish admiral and colonizer: founder of St. Augustine, Florida, 1565.

**Me·nes** (mē′nēz), *n.* fl. c3200 B.C., 1st king of Egypt: founder of the 1st dynasty.

**men·folk** (men′fōk′), *n.pl.* men, esp. those of a family or community. Also, **men′folks′.**

**Meng·tze** (mung′dzu′), *n.* a city in SE Yünnan, in SW China. ab. 200,000. Also, **Meng′tseu′, Meng′tsu′, Meng′tzu′.**

**Mêng-tzŭ** (mung′dzu′), *n.* Mencius. Also, **Meng-tse** (mung′dzu′).

**men·ha·den** (men hād′ᵊn), *n., pl.* **-den.** any marine clupeoid fish of the genus *Brevoortia*, esp. *B. tyrannus*, resembling a shad but with along the eastern coast of t and fertilizer. [< Algonq hatteaüg, lit., fertilizer]

**men·hir** (men′hir), *n.* ... stone, standing either alon found chiefly in Cornwall. stone + *hir* long]

**me·ni·al** (mē′nē əl, mēn- to domestic servants. **2.** s *tion.* —*n.* **3.** a domestic s *meynyal* < AF *me(i)nial.* *adv.* —**Syn. 2.** See **servile** hireling, lackey.

**Mé·nière's′ syn′drom** of the labyrinth of the ear in the ears, dizziness, n **Ménière's′ disease′.** (1799–1862), French phys

**me·nin·ges** (mi nin′jēz) *Anat.* the three membran cord. Cf. **arachnoid** ( **mater, pia mater.** [< N of *mēninx* membrane] — (mi nin′jē əl), *adj.*

**men·in·gi·tis** (men′i *Pathol.* inflammation of t esp. of the pia mater an [< NL] —**men·in·git·ic** ik), *adj.*

**me·nis·cus** (mi nis′kəs), (-nis′ī), **-nis·cus·es.** **1.** a crescent-shaped body. lens with a crescent-sh a concavo-convex or con lens. **3.** the convex or c surface of a column o curvature of which is cau tension. **4.** *Anat.* a disk c ends of the bones in a join dim. of *mḗnē* moon]

**men·i·sper·ma·ceous** longing to the *Menisper* climbing plants. [< NL moonseed (< Gk *mḗnē* m

**Men′lo Park′** (men′lō San Francisco. 26,957 (1 Jersey, SE of Plainfield: 1876–87. 400 (1960).

**Men·ning·er** (men′ing and his brother **William** trists.

**Men·non·ite** (men′ə nīt Protestant sect that pr restricts marriage to me noted for simplicity of li *nonit;* named after *Me* religious leader; see -ITE[1]

**me·no** (mā′nō; *It.* me′nō It < L *minus* less]

**meno-,** a learned borro "month"; often used wit formation of compound comb. form of *mēn* mont

**me·nol·o·gy** (mi nol′ə j the months. **2.** a record the order of a calenda *mēnológion*]

**Me·nom′o·nee Falls′** nē), a city in SE Wisc Milwaukee. 18,276 (1960

**men·o·pause** (men′ *Physiol.* the period of per tion of menstruation, usu between the ages of 45 a *ménopause*] —**men′o·pa pau′sal,** *adj.*

**me·nor·ah** (mə nôr′ə, *Judaism.* **1.** a candelabrum branches and a shammas Hanukkah. **2.** a candel seven branches. [< Heb stick]

**Me·nor·ca** (me nôr′kä) name of **Minorca.**

**men·or·rha·gi·a** (men′ *n.* *Pathol.* excessive m charge. —**men·or·rhag·i** ik), *adj.*

**Me·not·ti** (mə not′ē; *It.* **Gian Car·lo** (jän kär′lō; born 1911, U.S. composer,

**men·sa** (men′sə), *n., pl* forming the top of the a Also called **altar stone,**

**men·sal**[1] (men′səl), *adj.* -AL[1]]

**men·sal**[2] (men′səl), *adj.* table. [< L *mensāl(is)*. S

**men·ser·vants** (men′se

**men·ses** (men′sēz), *n.* the periodic flow of blood [< L, pl. of *mensis* mont

**Men·she·vik** (men′shə **-viks, -vik·i** (-vik′ē, -vē member of the Social De Bolsheviks and advocat socialism through parlia tion with bourgeois part party formed in 1918. minority = *men'she* less

act, āble, dâre, ärt; ebb, sing; shoe; thin; that; z

a person or thing; commemorative: *memorial services.* **4.** of or pertaining to the memory. [ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for memoranda] **—me·mo′ri·al·ly,** *adv.*

**Memo′rial Day′,** *U.S.* **1.** Also called **Decoration Day.** a day, May 30, set aside in most states for observances in memory of dead servicemen of all wars. **2.** any of several days, as April 26, May 10, or June 3, similarly observed in various southern states.

**me·mo·ri·al·ise** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ised, -is·ing.** *Chiefly Brit.* memorialize. **—me·mo′ri·al·i·sa′tion,** *n.* **—me·mo′ri·al·is′er,** *n.*

**me·mo·ri·al·ist** (mə mōr′ē ə list, -môr′-), n. **1.** a person who writes memorials. **2.** a person who writes memoirs.

**me·mo·ri·al·ize** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ized, -iz·ing. 1.** to commemorate. **2.** to present a memorial to. Also, *esp. Brit.,* **memorialise. —me·mo′ri·al·i·za′tion,** *n.* **—me·mo′ri·al·iz′er,** *n.*

**mem·o·rize** (mem′ə rīz′), *v.t.,* **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* **—mem′o·riz′a·ble,** *adj.* **—mem′o·ri·za′tion,** *n.* **—mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries. 1.** the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining mental impressions; remembrance; recollection. **4.** the length of time over which recollection extends: *a time within the memory of living men.* **5.** a mental impression retained; recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** the state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** Also called **storage.** *Computer Technol.* **a.** the capacity of a computer to store information subject to recall. **b.** the set of components of the computer, in which such information is stored. [ME *memorie* < L *memoria* = *memor* remembering + *-ia* -Y[3]]

**Mem·phi·an** (mem′fē ən), *n.* **1.** Egyptian (def. 3). **2.** a native or resident of Memphis, Tennessee.

**Mem·phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 497,524 (1960). **2.** a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. See map at **Goshen.**

**Mem·phite** (mem′fīt), *adj.* **1.** Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. **—***n.* **2.** a native or inhabitant of the ancient Egyptian city of Memphis. [<< Gk *Memphītēs* inhabitant of Memphis; see -ITE[1]]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.

chemist: helped develop the periodic la
**ley′ev, Men′de·lej′eff.**

**men·de·le·vi·um** (men′dᵊlē′vē əm), *n.*
radioactive element. *Symbol:* Md, Mv; *at.*
after D. I. MENDELEEV; see -IUM]

**Men·de·li·an** (men dē′lē ən, -dēl′yən),
taining to Gregor Mendel or to his laws of
follower of Gregor Mendel; a person who

**Men·del·ism** (men′dᵊliz′əm), *n.* the t
advanced by Gregor Mendel. Also, **Men·**
dē′lē ə niz′əm).

**Men′del's laws′,** *Genetics.* the basic p
discovered by Gregor Mendel, showing
hereditary factors of hybrids exhibit a
or segregation from one another and th
hereditary traits are independently sorte

**Men·dels·sohn** (men′dᵊl sən; *Ger.* men
**Fe·lix** (fē′liks; *Ger.* fā′liks), (*Jaco*
*Mendelssohn-Bartholdy*), 1809–47, Germa
grandfather, **Mo·ses** (mō′ziz, -zis; *Ge*
German philosopher.

**Men·de·res** (men′de res′), *n.* **1. Adna**
1961, Turkish political leader: premier 19
**Maeander, Meander.** a river in W Asia M
the Aegean near Samos. 240 mi. long.
**mander.** a river in NW Asia Minor, flowin
plain into the Dardanelles. 60 mi. long.

**Men·dès-France** (men′dis frans′, -frä
FRÄNS′), *n.* **Pierre** (pyer), born 1907,
and economist: premier 1954–55.

**men·di·can·cy** (men′də kən sē), *n.* **1**
begging. **2.** the state or condition of bein
DIC(ANT) + -ANCY]

**men·di·cant** (men′də kənt), *adj.* **1.** b
alms. **2.** pertaining to or characteristic
person who lives by begging; beggar.
[late ME < L *mendīcant-* (s. of *mendīcān*
*mendīcāre*) = *mendīc*(*us*) beggarly, needy

**men·dic·i·ty** (men dis′i tē), *n.* mendi
*mendicite* < L *mendīcitās* beggary = *men*
garly + *-itās* -ITY]

**Men·do·ci·no** (men′də sē′nō), *n.* **Cap**
California: the westernmost point in Cali

**Men·do·za** (men dō′zə; *Sp.* men dô′sä
**1. Pe·dro de** (pe′thrô the), 1487?–1537, S
explorer: founder of the first colony of B
1536. **2.** a city in W central Argentina. 1

**Men·e·la·us** (men′ᵊlā′əs), *n.* *Class. Myt*
the husband of Helen and brother of Aga
he appealed for an army with which to at

# RANDOM HOUSE WEBSTER'S

# *college dictionary*

*with CD-ROM*

RANDOM HOUSE
REFERENCE

NEW YORK TORONTO LONDON SYDNEY AUCKLAND

*Random House Webster's College Dictionary*

Copyright © 2001 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., 1745 Broadway, New York, NY, 10019. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The first Random House college dictionary, the *American College Dictionary*, was published in 1947 to critical acclaim. The first edition of the *Random House Webster's College Dictionary* was published in 1991. Subsequent revisions were published in 1992, 1995, and 1996. A second, completely redesigned, revised, and updated edition was published in 1997, with updates copyright ©2005, 2001, 2000, 1999, 1998, 1996, 1995, 1992, 1991 by Random House, Inc.

New words edited by Barbara Ann Kipfer, Dictionary.com Managing Editor, Lexico Publishing Group.

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to .Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

**Library of Congress Cataloging-in-Publication Data**

Random House Webster's college dictionary
p. cm.
ISBN 0-375-42600-0
1. English language--Dictionaries. I. Random House (Firm)
PE1628.R28 1999
423--DC21 99-12620
CIP

Visit the Random House Reference Web site at www.randomwords.com

Typeset and Printed in the United States of America

2001 Second Revised and Updated Random House Edition
9 8 7 6 5 4 3 2 1

Preface
Sample P
Using Th
Defining
Abbrevia
Pronunci
Dictiona
Biograp
Biographi
Place Nar
Ready R
Guide for
Avoiding
Forms of
From Sou
Words Mc
Words Co
Signs & S
Presidents
Chief Am
Continent
Nations o
Largest Isl
Great Oce
Largest La
Notable M
Notable D
World Ma
Index to U

Reference—Dictionaries

## Random House Webster's Provides Expert Guidance On:

### THE NEWEST WORDS

- Exciting new words, including *bling-bling*, *blog*, *cube farm*, *clickthrough*, *homestyle*, *job-share*, *neuroplasticity*, *ninth degree*, *photonics*, *SARS*, *wiki*, and *zazen*
- Over 207,000 clear definitions with full coverage of the words you need, all in the A–Z text for easy look-up
- The most common meanings given first to find the right meaning faster

### MAKING THE RIGHT CHOICE

- Extensive coverage of slang, informal, and formal vocabulary gives you the right word for the right situation
- Clear advice on avoiding offensive language helps you choose your words carefully

### CORRECT WORD USAGE

- Expert guidance in hundreds of special notes that clearly explain grammar questions, confusable synonyms, common spelling errors, tricky pronunciations, and more
- Easy-to-use writers' guide takes the guesswork out of expressing yourself clearly

### PLUS

New, completely updated Biographical and Geographical sections • A comprehensive, fully searchable CD-ROM • Hundreds of detailed illustrations • Abbreviations • Foreign terms • 27 pages of maps and tables • Signs and symbols • Presidents • Holidays • *And more!*

RANDOM HOUSE WEBSTER'S

*with CD-*

*dictionary*

"Since the purpose of a dictionary is to provide definitions of difficult, unusual, and new words, *Random House Webster's College Dictionary* succeeds."—*Booklist*

Includes CD-ROM with four powerful search options, and drag and drop capability
System Requirements
**PC ONLY**
Windows® 3.1 and higher, including XP • 7MB of HD •
386 processor or higher • CD-ROM drive • Video card • Mouse
Technical Support: RHWCDR@mdsystems.com

RANDOM HOUSE REFERENCE
RANDOM HOUSE, INC.
NEW YORK, N.Y.
WWW.RANDOMWORDS.COM

ISBN 0-375-42600-0
52695
9 780375 426001

**mem•oir** (mem′wär, -wôr), *n.* **1.** a record of events based on the writer's personal observation. **2.** Usu., **memoirs. a.** an autobiography. **b.** the published proceedings of an organization, as of a learned society. **3.** a biography. [1560–70; < F *mémoire* < L *memoria*]

**mem•oir•ist** (mem′wär ist, -wôr-), *n.* a person who writes memoirs.

**mem•o•ra•bil•i•a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl.* **1.** mementos; souvenirs. **2.** matters or events worth remembering. [1800–10; < L *memorābilia* neut. pl. of *memorābilis* MEMORABLE]

**mem•o•ra•ble** (mem′ər ə bəl), *adj.* **1.** worth remembering; notable: *a memorable speech.* **2.** easily remembered. [1400–50; < L *memorābilis* worth mentioning = *memorā(re)* to mention + *-bilis* -BLE] —**mem′o•ra•bil′i•ty, mem′o•ra•ble•ness,** *n.* —**mem′o•ra•bly,** *adv.*

**mem•o•ran•dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a short note designating something to be remembered. **2.** a record or written statement of something. **3.** a written message, esp. one sent between two or more employees of a company. **4.** *Law.* a writing, usu. informal, containing the terms of a transaction. **5.** (in diplomacy) a written summary of an issue, the reasons for a decision, etc. **6.** a document transferring title to goods but authorizing their return to the seller at the option of the buyer. [1400–50; < L, n. use of neut. of *memorandus*, gerundive of *memorāre* to mention, tell]

**me•mo•ri•al** (mə môr′ē əl, -mōr′-), *n.* **1.** something designed to preserve the memory of a person, event, etc., as a monument or a holiday. **2.** a written statement of facts presented to a governing body in the form of or along with a petition. —*adj.* **3.** serving to preserve the memory; commemorative: *memorial services.* **4.** of or pertaining to the memory. [1350–1400; ME < L] —**me•mo′ri•al•ly,** *adv.*

**Memo′rial Day′,** *n.* **1.** Formerly, **Decoration Day.** the last Monday in May, a U.S. holiday in remembrance of members of the armed forces killed in war. **2.** Also called **Confederate Memorial Day.** any of several days similarly observed in various southern states.

**me•mo•ri•al•ist** (mə môr′ē ə list, -mōr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs. [1700–10]

**me•mo•ri•al•ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz•ing. 1.** to commemorate. **2.** to present a memorial to. [1790–1800] —**me•mo′ri•al•i•za′tion,** *n.* —**me•mo′ri•al•iz′er,** *n.*

**mem•o•rize** (mem′ə rīz′), *v.t.,* **-rized, -riz•ing.** to commit to memory; learn by heart: *to memorize a poem.* [1585–95] —**mem′o•ri•za′tion,** *n.* —**mem′o•riz′er,** *n.*

**mem•o•ry** (mem′ə rē), *n., pl.* **-ries. 1.** the mental capacity or faculty of retaining or recalling facts, events, impressions, or previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining and recalling impressions, facts, etc.; remembrance: *to draw from memory.* **4.** the length of time over which recollection extends: *within the memory of living persons.* **5.** a mental impression retained; a recollection: *an early memory.* **6.** the reputation of a person or thing, esp. after death. **7.** the state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration. **10.** Also called **storage. a.** the capacity of a computer to store information. **b.** the components of the computer in which such information is stored. **11.** the ability of certain materials to return to an original shape after deformation. **12.** the ability of a cell of the immune system to respond to an antigen it has previously encountered. [1275–1325; < L *memoria* = *memor* remembering + *-ia* -Y³]

**mem′ory cell′,** *n.* a long-lived cell of the immune system that has previously encountered a specific antigen and that upon reexposure produces large amounts of antibody (**memory B cell**) or rapidly initiates cell-mediated immunity (**memory T cell**).

**mem′ory lane′,** *n.* the memory of one's past life likened to a road down which one may travel: *to walk down memory lane.* [1950–55]

**mem′ory trace′,** *n.* ENGRAM. [1920–25]

**mem•sa•hib** (mem′sä′ib, -ēb), *n.* (formerly, in India) a term of respect for a married European woman. [1855–60; < Hindi = *mem* (< E MA'AM) + *sāhib* master (< Ar *ṣāḥib*)]

**men** (men), *n.* pl. of MAN.

**men-,** var. of MENO- before a vowel: *menarche.*

**men•ace** (men′is), *n., v.,* **-aced, -ac•ing.** —*n.* **1.** something that threatens to cause evil, harm, etc.; threat. **2.** a person whose actions or ideas are considered dangerous or harmful. **3.** an extremely annoying person. —*v.t.* **4.** threaten. **5.** to serve as a probable threat to; imperil. —*v.i.* **6.** to act as a threat; be threatening. [1250–1300; ME < MF < L *minācia* < *mināc-*, s. of *minax* threatening] —**men′ac•er,** *n.*

**me•nad** (mē′nad), *n.* MAENAD.

**men•a•di•one** (men′ə dī′ōn), *n.* a synthetic yellow crystalline powder, $C_{11}H_8O_2$, insoluble in water, used as a vitamin K supplement. Also called **vitamin $K_3$.** [1940–45; ME(THYL) + NA(PHTHALENE) + DI-¹ + -ONE]

**mé•nage** or **me•nage** (mā näzh′), *n.* **1.** a domestic establishment; household. **2.** housekeeping. [1690–1700; < F; OF *mesnage* < VL **mansiōnāticum.* See MANSION, -AGE]

**mé•nage à trois** (mā näzh′ ä trwä′), *n.* a domestic arrangement in which three people having sexual relations occupy the same household. [< F: household of three]

**me•nag•er•ie** (mə naj′ə rē, -nazh′-), *n.* **1.** a collection of wild or unusual animals, esp. for exhibition. **2.** a place where they are kept or exhibited. **3.** an unusual and varied group of people. [1705–15; < F: lit., housekeeping. See MÉNAGE, -ERY]

**men•ar•che** (mə när′kē, men′är-), *n.* the first menstrual period; the establishment of menstruation. [1895–1900; MEN- + Gk *archḗ* beginning] —**men•ar′che•al, men•ar′chi•al,** *adj.*

**mend** (mend), *v.t.* **1.** to make (something damaged) whole, sound, or usable by repairing: *to mend clothes.* **2.** to correct defects or errors in. **3.** to set right; make better; improve: *to mend matters.* —*v.i.* **4.** to progress toward recovery, as a sick person. **5.** (of broken bones) to grow together; knit. **6.** to improve, as conditions or affairs. —*n.* **7.** the act of mending; repair. **8.** a mended place. —***Idiom.* 9. mend one's fences,** to strengthen or reestablish one's position by conciliation or negotiation. **10. on the mend,** improving, esp. in health. [1150–1200; ME, aph. var. of *amenden* AMEND] —**mend′a•ble,** *adj.* —**mend′er,** *n.*

**men•da•cious** (men dā′shəs), *adj.* **1.** telling lies, esp. habitually; dishonest. **2.** false or untrue: *a mendacious report.* [1610–20; < L *mendāx;* see -ACIOUS] —**men•da′cious•ly,** *adv.* —**men•da′cious•ness,** *n.*

**men•dac•i•ty** (men das′i tē), *n., pl.* **-ties. 1.** the quality of being mendacious; untruthfulness. **2.** a lie; falsehood. [1640–50; < LL]

**men•de•le•vi•um** (men′dl ē′vē əm), *n.* a transuranic element. *Symbol:* Md, Mv; *at. no.:* 101. [1950–55; after D. I. MENDELEEV; see -IUM¹]

**Men•de•li•an** (men dē′lē ən, -dēl′yən), *adj.* **1.** of or pertaining to Gregor Mendel or Mendelism. —*n.* **2.** a follower of Mendelism.

**Men•del•ism** (men′dl iz′əm) *n.* the theories of heredity advanced by Gregor Mendel. [1900–05]

**Men′del's law′,** *n.* **1.** Also called **law of segregation.** the principle stating that during the production of gametes the two copies of each hereditary factor segregate so that offspring acquire one factor from each parent. **2.** Also called **law of independent assortment.** the principle stating that the laws of chance govern which particular characteristics of the parental pairs will occur in each individual offspring. **3.** Also called **law of dominance.** the principle stating that one factor in a pair of traits dominates the other in inheritance unless both factors in the pair are recessive. [1900–05; after G. J. MENDEL]

**men•di•cant** (men′di kənt), *adj.* **1.** begging; living on alms. **2.** pertaining to or characteristic of a beggar. **3.** of or pertaining to various religious orders, as the Dominicans or the Franciscans, that combine the monastic life with an active ministry in teaching or preaching and that originally owned neither personal nor community property, living chiefly on alms. —*n.* **4.** a person who lives by begging; beggar. **5.** a mendicant friar. [1425–75; < L *mendīcant-*, s. of *mendīcāns*, prp. of *mendīcāre* to beg, der. of *mendīcus* beggarly; see -ANT] —**men′di•can•cy, men•dic′i•ty** (-dis′i tē), *n.*

**mend•ing** (men′ding), *n.* articles, esp. clothes, to be mended.

**Men•e•la•us** (men′l ā′əs), *n.* a legendary king of Sparta, the brother of Agamemnon and husband of Helen of Troy.

**men•folk** (men′fōk′) also **men′folks′,** *n.pl.* men, esp. those of a family or community. [1795–1805]

**men•ha•den** (men hād′n), *n., pl.* **-den.** a herringlike W Atlantic fish, *Brevoortia tyrannus:* important as a source of oil and fertilizer. [1785–95, *Amer.*; perh. < Narragansett (E sp.) *munnawhatteaûg*]

**men•hir** (men′hir), *n.* an upright monumental stone found chiefly in Cornwall and Brittany. [1830–40; < Breton *men hir* lit., long stone]

**me•ni•al** (mē′nē əl, mēn′yəl), *adj.* **1.** servile; degrading: *menial work.* **2.** of or suitable for servants; humble. —*n.* **3.** a domestic servant. [1350–1400; ME *meynyal* < AF *me(i)nial*] —**me′ni•al•ly,** *adv.*

**Mé•nière's′ disease′** (mān yârz′), *n.* a disease of the labyrinth of the ear, characterized by deafness, ringing in the ears, dizziness, and nausea. Also called **Ménière's′ syn′drome.** [after Prosper *Ménière* (1799–1862), French physician, who described it in 1861]

**me•nin•ges** (mi nin′jēz), *n.pl., sing.* **me•ninx** (mē′ningks). the three membranes covering the brain and spinal cord. Compare ARACHNOID (def. 4), DURA MATER, PIA MATER. [1610–20; < NL < Gk *mḗninges*, pl. of *mēninx* membrane] —**me•nin′ge•al** (-jē əl), *adj.*

**me•nin•gi•o•ma** (mə nin′jē ō′mə), *n., pl.* **-mas, -ma•ta** (-mə tə). a hard, encapsulated tumor that grows slowly along the meninges. [1920–25; shortening of *meningothelioma* = MENING(ES) + -O- + *(endo)thelioma* a tumor originating in the endothelium]

**men•in•gi•tis** (men′in jī′tis), *n.* inflammation of the meninges, esp. of the pia mater and arachnoid, caused by a bacterial or viral infection and characterized by high fever, severe headache, and stiff neck or back muscles. [1820–30] —**men′in•git′ic** (-jit′ik), *adj.*

**me•nin•go•coc•cus** (mə ning′gō kok′əs), *n., pl.* **-coc•ci** (-kok′si, -sē). a spherical or kidney-shaped bacterium, *Neisseria meningitidis*, that causes cerebrospinal meningitis. [1890–95; < NL] —**me•nin′go•coc′cal, me•nin′go•coc′cic** (-kok′ik, -kok′sik), *adj.*

**me•nis•cus** (mi nis′kəs), *n., pl.* **-nis•ci** (-nis′ī, -nis′kī, -kē), **-nis•cus•es. 1.** a crescent or a crescent-shaped body. **2.** the convex or concave upper surface of a column of liquid, the curvature of which is caused by surface tension. **3.** a concavo-convex or convexo-concave lens. **4.** a wedge of cartilage between the articulating ends of the bones in certain joints. [1685–95; < NL < Gk *mēnískos* crescent, dim. of *mḗnē* moon]

**Men•non•ite** (men′ə nīt′), *n.* a member of a Protestant sect that refuses oaths and the bearing of arms and is noted for simplicity of living. [1555–65; < G *Mennonit*, after *Menno* Simons (1492–1559), Frisian religious leader; see -ITE¹] —**Men′no•nit•ism,** *n.*

**meno-,** a combining form meaning "month," "menstrual cycle": *menopause.* Also, *esp. before a vowel,* **men-.** [< Gk *mēno-*, comb. form of *mḗn* month; see MOON]

**men•o•pause** (men′ə pôz′), *n.* the period of natural cessation of menstruation, usu. occurring between the ages of 45 and 55. [1870–75; < F] —**men′o•pau′sal,** *adj.*

**me•nor•ah** (mə nôr′ə, -nōr′ə), *n.* **1.** a cande... ple and in modern synagogues. **2.** a nine-bra... during Hanukkah. [1885–90; < Heb *menōrāl*...



menorah (def. 2)

**men•or•rha•gi•a** (men′ə rā′jē ə, -jə), *n.* ... charge.

**men•or•rhe•a** or **men•or•rhoe•a** (men′ə... [1855–60] —**men′or•rhe′al, men′or•rhe′ic,**

**men•sal** (men′səl), *adj.* of, pertaining to, o... 50; late ME < L *mēnsālis* of a table < L *m*...

**mensch** (mench), *n., Informal.* a decent ... [1950–55; < Yiddish *mentsh* man, huma... OHG *mennisco, mannisco;* see MAN, -ISH¹]

**men•ses** (men′sēz), *n.* (*used with a sing*... flow. [1590–1600; < L *mēnsēs*, pl. of *mēns*...

**Men•she•vik** (men′shə vik), *n., pl.* **-vi**... (*sometimes l.c.*) a member of the modera... cial-Democratic Workers' Party which, in... viks, advocated gradual development of... [1905–10; < Russ *men'shevík* = *mén'sh(i*... —**Men′she•vism** (-viz′əm), *n.* —**Men′she**...

**men's′ room′,** *n.* a public lavatory for m...

***mens sa•na in cor•po•re sa•no*** (mens... *Eng.* menz sā′nə in kôr′pə rē′ sā′nō), *Lati*... body.

**men•stru•al** (men′strōō əl, -strəl), *adj.* o... tion. [1350–1400; ME < L]

**men•stru•ate** (men′strōō āt′, -strāt), *v.i.,*... menstruation. [1640–50; < LL *mēnstruāt*... L *mēnstrua* menstrual discharge, n. use... monthly = *mēnstr-* (see SEMESTER) + *-uus*

**men•stru•a•tion** (men′strōō ā′shən, -st... charge of blood and mucosal tissue from t... imately monthly from puberty to menop... and females of other primate species. **2.**... [1770–80] —**men′stru•ous** (-strōō əs, -str...

**men•stru•um** (men′strōō əm, -strəm),... (-strōō ə). SOLVENT (def. 3). [1605–15; <... as sing. of L *menstrua* menstrual dischar...

**men•sur•a•ble** (men′shər ə bəl, -sər ... 1605; < LL *mēnsūrābilis* = L *mēnsūrā(r*...

**men•su•ral** (men′shər əl, -sər-), *adj.* p... 10; < LL]

**men•su•ra•tion** (men′shə rā′shən, -sə... measuring. [1565–75; < LL] —**men′su**...

**mens•wear** (menz′wâr′), *n.* **1.** Also, **m**... cessories for men. **2.** cloth, esp. wool, ... ten women's tailored garments. [1905 ...

**-ment,** a suffix of nouns that denote ... (*abridgment; refreshment*), a product ... *ment*). [< F < L *-mentum*, suffix formi...

**men•tal¹** (men′tl), *adj.* **1.** of or pertaini... ing to, or affected by a disorder of the ... persons with a psychiatric disorder: *a* ... by or existing in the mind: *mental* ... intellectuals or intellectual activity. **6.** *I*... 1425; < LL *mentālis* = L *ment-* MIND +

**men•tal²** (men′tl), *adj.* of or pertainin... *ment(um)* the chin + -AL¹]

**men′tal age′,** *n.* the level of mental ... child, expressed as the chronological a... this level of ability, as determined by a...

**men′tal defi′ciency,** *n.* (no longer i... DATION.

**men′tal health′,** *n.* psychological we... ment to society and to the ordinary de...

**men′tal ill′ness,** *n.* any of various ... neurosis. Also called **men′tal disor′de**...

**men•tal•ism** (men′tl iz′əm), *n.* the ... edge have no existence except in the m... —**men′tal•is′tic,** *adj.*

**men•tal•ist** (men′tl ist), *n.* **1.** a perso... mentalism. **2.** a mind reader or fortun...

**men•tal•i•ty** (men tal′i tē), *n., pl.* **-tie**... ment. **2.** mental inclination; outlook: *a*...

**men′tal retarda′tion,** *n.* a developi... varying degrees by a subnormal abili... IQ, and impaired social adjustment. [1...

**men•ta•tion** (men tā′shən), *n.* ment... (s. of *mēns*) MIND + -ATION]

**men•thol** (men′thôl, -thol), *n.* a colc... soluble alcohol, $C_{10}H_{20}O$, obtained fro...

—**mem′o•ra•bil′i•ty, mem′o•ra•ble•ness,** *n.* —**mem′o•ra•bly,** *adv.*

**mem•o•ran•dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a short note designating something to be remembered. **2.** a record or written statement of something. **3.** a written message, esp. one sent between two or more employees of a company. **4.** *Law.* a writing, usu. informal, containing the terms of a transaction. **5.** (in diplomacy) a written summary of an issue, the reasons for a decision, etc. **6.** a document transferring title to goods but authorizing their return to the seller at the option of the buyer. [1400–50; < L, n. use of neut. of *memorandus,* gerundive of *memorāre* to mention, tell]

**me•mo•ri•al** (mə môr′ē əl, -mōr′-), *n.* **1.** something designed to preserve the memory of a person, event, etc., as a monument or a holiday. **2.** a written statement of facts presented to a governing body in the form of or along with a petition. —*adj.* **3.** serving to preserve the memory; commemorative: *memorial services.* **4.** of or pertaining to the memory. [1350–1400; ME < L] —**me•mo′ri•al•ly,** *adv.*

**Memo′rial Day′,** *n.* **1.** Formerly, **Decoration Day.** the last Monday in May, a U.S. holiday in remembrance of members of the armed forces killed in war. **2.** Also called **Confederate Memorial Day.** any of several days similarly observed in various southern states.

**me•mo•ri•al•ist** (mə môr′ē ə list, -mōr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs. [1700–10]

**me•mo•ri•al•ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz•ing. 1.** to commemorate. **2.** to present a memorial to. [1790–1800] —**me•mo′ri•al•i•za′tion,** *n.* —**me•mo′ri•al•iz′er,** *n.*

**mem•o•rize** (mem′ə rīz′), *v.t.,* **-rized, -riz•ing.** to commit to memory; learn by heart: *to memorize a poem.* [1585–95] —**mem′o•ri•za′tion,** *n.* —**mem′o•riz′er,** *n.*

**mem•o•ry** (mem′ə rē), *n., pl.* **-ries. 1.** the mental capacity or faculty of retaining or recalling facts, events, impressions, or previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining and recalling impressions, facts, etc.; remembrance: *to draw from memory.* **4.** the length of time over which recollection extends: *within the memory of living persons.* **5.** a mental impression retained; a recollection: *an early memory.* **6.** the reputation of a person or thing, esp. after death. **7.** the state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration. **10.** Also called **storage. a.** the capacity of a computer to store information. **b.** the components of the computer in which such information is stored. **11.** the ability of certain materials to return to an original shape after deformation. **12.** the ability of a cell of the immune system to respond to an antigen it has previously encountered. [1275–1325; < L *memoria* = *memor* remembering + *-ia* -Y[3]]

**mem′ory cell′,** *n.* a long-lived cell of the immune system that has previously encountered a specific antigen and that upon reexposure produces large amounts of antibody **(memory B cell)** or rapidly initiates cell-mediated immunity **(memory T cell).**

**mem′ory lane′,** *n.* the memory of one's past life likened to a road down which one may travel: *to walk down memory lane.* [1950–55]

**mem′ory trace′,** *n.* ENGRAM. [1920–25]

**mem•sa•hib** (mem′sä′ib, -ēb), *n.* (formerly, in India) a term of respect for a married European woman. [1855–60; < Hindi = *mem* (< E MA'AM) + *sāhib* master (< Ar *ṣāḥib*)]

**men** (men), *n.* pl. of MAN.

**men-,** var. of MENO- before a vowel: *menarche.*

**men•ace** (men′is), *n., v.,* **-aced, -ac•ing.** —*n.* **1.** something that threatens to cause evil, harm, etc.; threat. **2.** a person whose actions or ideas are considered dangerous or harmful. **3.** an extremely annoying person. —*v.t.* **4.** threaten. **5.** to serve as a probable threat to; im...

...honest. **2.** false or untrue: *a mendacious report.* [1610–20; < L *mendāx;* see -ACIOUS] —**men•da′cious•ly,** *adv.* —**men•da′cious...** *n.*

**men•dac•i•ty** (men das′i tē), *n., pl.* **-ties. 1.** the quality of... mendacious; untruthfulness. **2.** a lie; falsehood. [1640–50; < L...

**men•de•le•vi•um** (men′dl ē′vē əm), *n.* a transuranic element... *bol:* Md, Mv; *at. no.:* 101. [1950–55; after D. I. MENDELEEV; see...

**Men•de•li•an** (men dē′lē ən, -dēl′yən), *adj.* **1.** of or pertain... Gregor Mendel or Mendelism. —*n.* **2.** a follower of Mendelism...

**Men•del•ism** (men′dl iz′əm) *n.* the theories of heredity advan... Gregor Mendel. [1900–05]

**Men′del's law′,** *n.* **1.** Also called **law of segregation.** the p... stating that during the production of gametes the two copies... hereditary factor segregate so that offspring acquire one fact... each parent. **2.** Also called **law of independent assortment.** th... ciple stating that the laws of chance govern which particular... teristics of the parental pairs will occur in each individual offsp... Also called **law of dominance.** the principle stating that one f... a pair of traits dominates the other in inheritance unless both... in the pair are recessive. [1900–05; after G. J. MENDEL]

**men•di•cant** (men′di kənt), *adj.* **1.** begging; living on alms... taining to or characteristic of a beggar. **3.** of or pertaining to... religious orders, as the Dominicans or the Franciscans, that o... the monastic life with an active ministry in teaching or preachi... that originally owned neither personal nor community property... chiefly on alms. —*n.* **4.** a person who lives by begging; begga... mendicant friar. [1425–75; < L *mendīcant-,* s. of *mendīcāns...* *mendīcāre* to beg, der. of *mendīcus* beggarly; see -ANT] —...**can•cy, men•dic′i•ty** (-dis′i tē), *n.*

**mend•ing** (men′ding), *n.* articles, esp. clothes, to be mended...

**Men•e•la•us** (men′l ā′əs), *n.* a legendary king of Sparta, the b... of Agamemnon and husband of Helen of Troy.

**men•folk** (men′fōk′) also **men′folks′,** *n.pl.* men, esp. tho... family or community. [1795–1805]

**men•ha•den** (men hād′n), *n., pl.* **-den.** a herringlike W Atlan... *Brevoortia tyrannus:* important as a source of oil and fertilizer... 95, *Amer.;* perh. < Narragansett (E sp.) *munnawhatteaûg*]

**men•hir** (men′hir), *n.* an upright monumental stone found ch... Cornwall and Brittany. [1830–40; < Breton *men hir* lit., long st...

**me•ni•al** (mē′nē əl, mēn′yəl), *adj.* **1.** servile; degrading: *menial...* **2.** of or suitable for servants; humble. —*n.* **3.** a domestic se... [1350–1400; ME *meynyal* < AF *me(i)nial*] —**me′ni•al•ly,** *adv.*

**Mé•nière's′ disease′** (mān yârz′), *n.* a disease of the labyr... the ear, characterized by deafness, ringing in the ears, dizzines... nausea. Also called **Ménière's′ syn′drome.** [after Prosper M... (1799–1862), French physician, who described it in 1861]

**me•nin•ges** (mi nin′jēz), *n.pl., sing.* **me•ninx** (mē′ningks). th... membranes covering the brain and spinal cord. Compare ARA... (def. 4), DURA MATER, PIA MATER. [1610–20; < NL < Gk *mēning...* of *mēninx* membrane] —**me•nin′ge•al** (-jē əl), *adj.*

**me•nin•gi•o•ma** (mə nin′jē ō′mə), *n., pl.* **-mas, -ma•ta** (-mə... hard, encapsulated tumor that grows slowly along the me... [1920–25; shortening of *meningothelioma* = MENING(ES) +... *(endo)thelioma* a tumor originating in the endothelium]

**men•in•gi•tis** (men′in jī′tis), *n.* inflammation of the mening... of the pia mater and arachnoid, caused by a bacterial or vir... tion and characterized by high fever, severe headache, and st... or back muscles. [1820–30] —**men′in•git′ic** (-jit′ik), *adj.*

**me•nin•go•coc•cus** (mə ning′gō kok′əs), *n., pl.* **-cocci...**

**men•or•rha•gi•a** (me... charge.

**men•or•rhe•a** or **men...** [1855–60] —**men′or•rh...**

**men•sal** (men′səl), *adj...* 50; late ME < L *mēnsa...*

**mensch** (mench), *n.,* ... [1950–55; < Yiddish ... OHG *mennisco, mannis...*

**men•ses** (men′sēz), *n...* flow. [1590–1600; < L...

**Men•she•vik** (men′sh... (*sometimes l.c.*) a mer... cial-Democratic Worke... viks, advocated gradu... [1905–10; < Russ *men...* —**Men′she•vism** (-viz′...

**men's′ room′,** *n.* a p...

***mens sa•na in cor•p...*** *Eng.* menz sä′nə in kôr... body.

**men•stru•al** (men′str... tion. [1350–1400; ME...

**men•stru•ate** (men′st... menstruation. [1640–5... L *mēnstrua* menstrual... monthly = *mēnstr...* (se...

**men•stru•a•tion** (me... charge of blood and m... imately monthly from... and females of other... [1770–80] —**men′stru...**

**men•stru•um** (men′... (-stroo ə). SOLVENT (de... as sing. of L *menstrua...*

**men•sur•a•ble** (men... 1605; < LL *mēnsūrāb...*

**men•su•ral** (men′sha... 10; < LL]

**men•su•ra•tion** (me... measuring. [1565–...

**mens•wear** (menz′w... cessories for men. **2.** ... ten women's tailored ...

**-ment,** a suffix of n... (*abridgment; refreshm...* *ment*). [< F < L *-me...*

**men•tal**[1] (men′tl), *ad...* ing to, or affected by... persons with a psych... by or existing in t... intellectuals or intelle... 1425; < LL *mentālis...*

**men•tal**[2] (men′tl), *ad...* *ment(um)* the chin + ...

**men′tal age′,** *n.* th... child, expressed as th... this level of ability, as...

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

The English L

At

**A Dictionary**

Fo

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN-13: 978-0-87779-807-1 (Laminated unindexed : alk. paper)
ISBN-10: 0-87779-807-9 (Laminated unindexed : alk. paper)
ISBN-13: 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
ISBN-10: 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper)
ISBN-13: 978-0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-10: 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-810-1 (Leatherlook with CD-ROM : alk. paper)
ISBN-10: 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper)
ISBN-13: 978-0-87779-813-2 (Canadian)
ISBN-10: 0-87779-813-3 (Canadian)
ISBN-13: 978-0-87779-814-9 (International)
ISBN-10: 0-87779-814-1 (International)
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21
2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

67TT:QWV05

# AMERICA'S LEADING REFERENCE BRAND

Merri
Webst

New Edition!

Merriam-Webster

## Merriam-Webster's Collegiate® Dictionary, *11th Edition*

### THE WORDS YOU NEED TODAY—ANYTIME, ANYWHERE

The groundbreaking Eleventh Edition merges print, CD-ROM, and Internet formats into one convenient package, providing unmatched accessibility and flexibility.

### THE MOST UP-TO-DATE DICTIONARY AVAILABLE

- 10,000 new words and senses from all fields of knowledge
- 165,000 entries and 225,000 definitions
- Detailed symbols show most-common pronunciations and acceptable variants

### THE FEATURES DICTIONARY BUYERS ASK FOR

- More than 40,000 usage examples—the most in any desk dictionary
- Coverage of 7,500 phrases and idioms clarifies meanings and illustrates common use
- More than 700 illustrations and diagrams and dozens of informative tables

### EXPERT WORD GUIDANCE

- Synonym paragraphs explain different shades of meaning between words
- Usage paragraphs provide guidelines for words with confused or disputed usage
- A Handbook of Style offers essential information to improve writing skills

Merriam-Webster

**Merriam-Webster Inc.**
An Encyclopædia Britannica Company
Springfield, MA 01102
www.Merriam-Webster.com • www.Merriam-WebsterCollegiate.com
www.Merriam-WebsterUnabridged.com

SEARCHABLE CD-ROM Install for easy access to *Merriam-Webster's Collegiate Dictionary, Eleventh Edition.*

**CD Requirements:** Operates on any computer running Windows 98/ME/NT/2000/XP or Macintosh OS 9/X. Minimum 32 MB RAM; full install requires 70 MB hard drive space. SVGA monitor; keyboard; mouse; 2X CD-ROM drive or faster. **CD-ROM INCLUDED ON INSIDE BACK COVER.**

FREE WEB SITE Free one-year subscription to the new premium Web site includes *Merriam-Webster's Collegiate Dictionary, Eleventh Edition, Collegiate Thesaurus, Collegiate Encyclopedia,* and *Spanish-English Dictionary.* Features audio pronunciations.

TO SIGN UP FOR YOUR FREE SUBSCRIPTION, SEE INSIDE BACK COVER.

WWW.MERRIAM-WEBSTERCOLLEGIATE.COM

UPC 0 81413 00809 8

ISBN 0-87779-809-5

EAN 9 780877 798095

Webster's

Colleg
Dictio

11th Ed

[1]**mem** \ˈmem\ *n* [Heb *mēm*, lit., water] (ca. 1567) : the 13th letter of the Hebrew alphabet — see ALPHABET table

[2]**mem** *abbr* 1 member 2 memoir 3 memorial

**mem·ber** \ˈmem-bər\ *n, often attrib* [ME *membre*, fr. AF, fr. L *membrum*; akin to Goth *mimz* flesh, Gk *mēros* thigh] (14c) **1 :** a body part or organ: as **a :** LIMB **b :** PENIS **c :** a unit of structure in a plant body **2 :** one of the individuals composing a group **3 :** a person baptized or enrolled in a church **4 :** a part of a whole: as **a :** a syntactic or rhythmic unit of a sentence : CLAUSE **b :** one of the propositions of a syllogism **c :** one of the elements of a set or class **d :** either of the equated elements in a mathematical equation ***syn*** see PART

**mem·bered** \ˈmem-bərd\ *adj* (14c) : made up of or divided into members

**mem·ber·ship** \ˈmem-bər-ˌship\ *n* (1643) **1 :** the state or status of being a member **2 :** the body of members ⟨an organization with a large ∼⟩ **3 :** the relation between an element of a set or class and the set or class — compare INCLUSION 3a

**mem·brane** \ˈmem-ˌbrān\ *n* [ME, fr. L *membrana* skin, parchment, fr. *membrum*] (15c) **1 :** a thin soft pliable sheet or layer esp. of animal or plant origin **2 :** a piece of parchment forming part of a roll — **mem·braned** \ˈmem-ˌbrānd\ *adj*

**mem·bra·nous** \ˈmem-brə-nəs\ *adj* (1597) **1 :** of, relating to, or resembling membrane **2 :** thin, pliable, and often somewhat transparent ⟨∼ leaves⟩ **3 :** characterized or accompanied by the formation of a usu. abnormal membrane or membranous layer ⟨∼ croup⟩ — **mem·bra·nous·ly** *adv*

**membranous labyrinth** *n* (1840) : the sensory structures of the inner ear

**meme** \ˈmēm\ *n* [alter. of *mimeme*, fr. *mim-* (as in *mimesis*) + *-eme*] (1976) : an idea, behavior, style, or usage that spreads from person to person within a culture

**me·men·to** \mə-ˈmen-(ˌ)tō, ÷mō-\ *n, pl* **-tos** *or* **-toes** [ME, fr. L, remember, imper. of *meminisse* to remember; akin to L *ment-, mens* mind — more at MIND] (1580) : something that serves to warn or remind; *also* : SOUVENIR

**me·men·to mo·ri** \mə-ˈmen-tō-ˈmȯr-ē\ *n, pl* **memento mori** [L, remember that you must die] (1598) : a reminder of mortality; *esp* : DEATH'S-HEAD

**Mem·non** \ˈmem-ˌnän\ *n* [Gk *Memnōn*] (1567) : an Ethiopian king slain by Achilles at a late stage of the Trojan War

**memo** \ˈme-(ˌ)mō\ *n, pl* **mem·os** (1705) : MEMORANDUM

**mem·oir** \ˈmem-ˌwär, -ˌwȯr\ *n* [MF *memoire*, fr. *memoire* memory, fr. L *memoria*] (1571) **1 :** an official note or report : MEMORANDUM **2 a :** a narrative composed from personal experience **b :** AUTOBIOGRAPHY — usu. used in pl. **c :** BIOGRAPHY **3 a :** an account of something noteworthy : REPORT **b** *pl* **:** the record of the proceedings of a learned society — **mem·oir·ist** \-ist\ *n*

**mem·o·ra·bil·ia** \ˌme-mə-rə-ˈbi-lē-ə, -ˈbē-lē-ə, -ˈbil-yə\ *n pl* [L, fr. neut. pl. of *memorabilis*] (1785) **1 :** things that are remarkable and worthy of remembrance **2 :** things that stir recollection or are valued or collected for their association with a particular field or interest : MEMENTOS ⟨baseball ∼⟩

**mem·o·ra·bil·i·ty** \-ˈbi-lə-tē\ *n* (ca. 1661) : the quality or state of being easy to remember or worth remembering

**mem·o·ra·ble** \ˈmem-rə-bəl, ˈme-mə-rə-, ˈme-mər-\ *adj* [ME, fr. L *memorabilis*, fr. *memorare* to remind, mention, fr. *memor* mindful] (15c) : worth remembering : NOTABLE ⟨a ∼ occasion⟩ — **mem·o·ra·ble·ness** *n* — **mem·o·ra·bly** \-blē\ *adv*

**mem·o·ran·dum** \ˌme-mə-ˈran-dəm\ *n, pl* **-dums** *or* **-da** \-də\ [ME, to be remembered, fr. L, neut. of *memorandus*, gerundive of *memorare*] (15c) **1 :** an informal record; *also* : a written reminder **2 :** an informal written note of a transaction or proposed instrument **3 a :** an informal diplomatic communication **b :** a usu. brief communication written for interoffice circulation **c :** a communication that contains directive, advisory, or informative matter

***usage*** Although some commentators warn against the use of *memoranda* as a singular and condemn the plural *memorandas*, our evidence indicates that these forms are rarely encountered in print. We have a little evidence of the confusion of forms, including use of *memorandum* as a plural, in speech (as at congressional hearings). As plurals *memoranda* and *memorandums* are about equally frequent.

[1]**me·mo·ri·al** \mə-ˈmȯr-ē-əl\ *adj* [ME, fr. L *memorialis*, fr. *memoria* memory] (14c) **1 :** serving to preserve remembrance : COMMEMORATIVE **2 :** of or relating to memory — **me·mo·ri·al·ly** \-ə-lē\ *adv*

[2]**memorial** *n* (14c) **1 :** something that keeps remembrance alive: as **a :** MONUMENT **b :** something (as a speech or ceremony) that commemorates **c :** KEEPSAKE, MEMENTO **2 a :** RECORD, MEMOIR ⟨language and literature . . . the ∼*s* of another age —J. H. Fisher⟩ **b :** MEMORANDUM, NOTE; *specif* : a legal abstract **c :** a statement of facts addressed to a government and often accompanied by a petition or remonstrance

**Memorial Day** *n* (1868) **1 :** May 30 formerly observed as a legal holiday in most states of the U.S. in remembrance of war dead **2 :** the last Monday in May observed as a legal holiday in most states of the U.S. **3 :** CONFEDERATE MEMORIAL DAY

**me·mo·ri·al·ise** *Brit var of* MEMORIALIZE

**me·mo·ri·al·ist** \mə-ˈmȯr-ē-ə-list\ *n* (1706) **1 :** a person who writes or signs a memorial **2 :** a person who writes a memoir

**me·mo·ri·al·ize** \-ˌlīz\ *vt* **-ized; -iz·ing** (1798) **1 :** to address or petition by a memorial **2 :** COMMEMORATE — **me·mo·ri·al·i·za·tion** \mə-ˌmȯr-ē-ə-lə-ˈzā-shən, -ˌlī-ˈzā-\ *n*

**memorial park** *n* (ca. 1928) : CEMETERY

**me·mo·ri·ter** \mə-ˈmȯr-ə-ˌter, -ˈmär-\ *adj* [L, adv., by memory, fr. *memor*] (1827) : marked by emphasis on memorization

**mem·o·rise** *Brit var of* MEMORIZE

**mem·o·rize** \ˈme-mə-ˌrīz\ *vt* **-rized; -riz·ing** (1834) : to commit to memory : learn by heart — **mem·o·riz·able** \ˌme-mə-ˈrī-zə-bəl\ *adj* — **mem·o·ri·za·tion** \ˌme-mə-rə-ˈzā-shən, ˌme-mə-(ˌ)rī-, ˌmem-rə-\ *n* — **mem·o·riz·er** *n*

**mem·o·ry** \ˈmem-rē, ˈme-mə-\ *n, pl* **-ries** [ME *memorie*, fr. AF *memoire, memorie*, fr. L *memoria*, fr. *memor* mindful; akin to OE *gemimor* well-known, Gk *mermēra* care, Skt *smarati* he remembers] (14c) **1 a :** the power or process of reproducing or recalling what has been learned and retained esp. through associative mechanisms **b :** the store of things learned and retained from an organism's activity or experience as evidenced by modification of structure or behavior or by recall and recognition **2 a :** commemorative remembrance ⟨erected a statue in ∼ of the hero⟩ **b :** the fact or condition of being remembered ⟨days of recent ∼⟩ **3 a :** a particular act of recall or recollection **b :** an image or impression of one that is remembered ⟨fond memories of her youth⟩ **c :** the time within which past events can be or are remembered ⟨within the ∼ of living men⟩ **4 a :** a device (as a chip) or a component of a device in which information esp. for a computer can be inserted and stored and from which it may be extracted when wanted; *esp* : RAM **b :** capacity for storing information ⟨512 megabytes of ∼⟩ **5 :** a capacity for showing effects as the result of past treatment or for returning to a former condition — used esp. of a material (as metal or plastic)

***syn*** MEMORY, REMEMBRANCE, RECOLLECTION, REMINISCENCE mean the capacity for or the act of remembering, or the thing remembered. MEMORY applies both to the power of remembering and to what is remembered ⟨gifted with a remarkable *memory*⟩ ⟨that incident was now just a distant *memory*⟩. REMEMBRANCE applies to the act of remembering or the fact of being remembered ⟨any *remembrance* of his deceased wife was painful⟩. RECOLLECTION adds an implication of consciously bringing back to mind often with some effort ⟨after a moment's *recollection* he produced the name⟩. REMINISCENCE suggests the recalling of usu. pleasant incidents, experiences, or feelings from a remote past ⟨my grandmother's *reminiscences* of her Iowa girlhood⟩.

**memory lane** *n* (1903) : an imaginary path through the nostalgically remembered past — usu. used in such phrases as *a walk down memory lane*

**memory trace** *n* (1901) : ENGRAM

**mem·sa·hib** \ˈmem-ˌsä-(h)ib, -ˌsäb\ *n* [Hindi, fr. E *ma'am* + Hindi & Urdu *sahib* sahib] (1852) : a white foreign woman of high social status living in India; *esp* : the wife of a British official

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*menorrhagia*⟩

[1]**men·ace** \ˈme-nəs\ *n* [ME *manace*, fr. AF *manace, menace*, fr. L *minacia*, fr. *minac-, minax* threatening, fr. *minari* to threaten — more at MOUNT] (14c) **1 :** a show of intention to inflict harm : THREAT **2 a :** one that represents a threat : DANGER **b :** a person who causes annoyance

[2]**menace** *vb* **men·aced; men·ac·ing** *vt* (14c) **1 :** to make a show of intention to harm **2 :** to represent or pose a threat to : ENDANGER ∼ *vi* : to act in a threatening manner — **men·ac·ing·ly** \-nə-siŋ-lē\ *adv*

**men·a·di·one** \ˌme-nə-ˈdī-ˌōn, -dī-ˈ\ *n* [*me*thyl + *na*pthalene + *di-* + *-one*] (1941) : a yellow crystalline compound $C_{11}H_8O_2$ with the biological activity of natural vitamin K

**mé·nage** \mā-ˈnäzh, mə-\ *n* [F, fr. OF *mesnage* dwelling, fr. VL **mansionaticum*, fr. L *mansion-, mansio* mansion] (1698) : a domestic establishment : HOUSEHOLD; *also* : HOUSEKEEPING

**mé·nage à trois** \-ä-ˈt(r)wä\ *n* [F, lit., household for three] (1891) : an arrangement in which three persons (as a married pair and the lover of one of the pair) share sexual relations esp. while living together

**me·nag·er·ie** \mə-ˈnaj-rē, -ˈna-jə- *also* -ˈnazh-rē, -ˈna-zhə-\ *n* [F *ménagerie*, fr. MF, management of a household or farm, fr. *menage*] (1676) **1 a :** a place where animals are kept and trained esp. for exhibition **b :** a collection of wild or foreign animals kept esp. for exhibition **2 :** a varied mixture ⟨a wonderful ∼ of royal hangers-on —V. S. Pritchett⟩

**men·ar·che** \ˈme-ˌnär-kē\ *n* [NL, fr. *men-* + Gk *archē* beginning] (ca. 1900) : the beginning of the menstrual function; *esp* : the first menstrual period of an individual — **men·ar·che·al** \ˌme-när-ˈkē-əl\ *adj*

[1]**mend** \ˈmend\ *vb* [ME, short for *amenden* — more at AMEND] *vt* (13c) **1 :** to free from faults or defects: as **a :** to improve in manners or morals : REFORM **b :** to set right : CORRECT **c :** to put into good shape or working order again : patch up : REPAIR **d :** to improve or strengthen (as a relationship) by negotiation or conciliation — used chiefly in the phrase *mend fences* ⟨spends the weekend ∼*ing* political fences —E. O. Hauser⟩ **e :** to restore to health : CURE **2 :** to make amends or atonement for ⟨least said, soonest ∼*ed*⟩ ∼ *vi* **1 :** to improve morally : REFORM **2 :** to become corrected or improved **3 :** to improve in health; *also* : HEAL — **mend·able** \ˈmen-də-bəl\ *adj* — **mend·er** *n*

***syn*** MEND, REPAIR, PATCH, REBUILD mean to put into good order something that has been injured, damaged, or defective. MEND implies making whole or sound something broken, torn, or injured ⟨*mended* the torn dress⟩. REPAIR applies to the fixing of more extensive damage or dilapidation ⟨*repaired* the back steps⟩. PATCH implies an often temporary fixing of a hole or break with new material ⟨*patched* worn jeans⟩. REBUILD suggests making like new without completely replacing ⟨a *rebuilt* automobile engine⟩.

[2]**mend** *n* (14c) **1 :** an act of mending : REPAIR **2 :** a mended place — **on the mend :** getting better : IMPROVING

**men·da·cious** \men-ˈdā-shəs\ *adj* [L *mendac-, mendax* — more at AMEND] (1616) : given to or characterized by deception or falsehood or divergence from absolute truth ⟨∼ tales of his adventures⟩ ***syn*** see DISHONEST — **men·da·cious·ly** *adv* — **men·da·cious·ness** *n*

**men·dac·i·ty** \men-ˈda-sə-tē\ *n, pl* **-ties** (1646) **1 :** the quality or state of being mendacious **2 :** LIE

**Men·de** \ˈmen-dē, -dā\ *n, pl* **Mende** *or* **Mendes** (1732) **1 :** a Mande language of southern Sierra Leone and eastern Liberia **2 :** a member of a people speaking Mende

**men·de·le·vi·um** \ˌmen-də-ˈlē-vē-əm, -ˈlā-\ *n* [NL, fr. Dmitry *Mendeleyev*] (1955) : a radioactive metallic element produced artificially — see ELEMENT table

**Men·de·lian** \men-ˈdē-lē-ən, -ˈdēl-yən\ *adj* (1902) : of, relating to, or according with Mendel's laws or Mendelism — **Mendelian** *n*

**Mendelian factor** *n* (1918) : GENE

**Mendelian inheritance** *n* (ca. 1910) : inheritance of characters specifically transmitted by genes in accord with Mendel's law — called also *particulate inheritance*

**Men·del·ism** \ˈmen-dᵊl-ˌi-zəm\ *n* (1903) : the principles or the operations of Mendel's laws; *also* : MENDELIAN INHERITANCE — **Men·del·ist** \-dᵊl-ist\ *adj or n*

**Men·del's law** \ˈmen-dᵊlz-\ *n* [Gregor *Mendel*] (1903) **1 :** a principle in genetics: hereditary units occur in pairs that separate during gamete formation so that every gamete receives but o[...] called also *law of segregation* **2 :** a principle [...] modified by the subsequent discovery of the [...] the different pairs of hereditary units are distr[...] dependently of each other, the gametes comb[...] various combinations of hereditary pairs occ[...] ing to the laws of chance — called also *law o*[...] **3 :** a principle in genetics proved subsequent[...] limitations: because one of each pair of hered[...] other in expression, characters are inherited [...] nothing basis — called also *law of dominance*

**men·di·can·cy** \ˈmen-di-kən(t)-sē\ *n* (1711) [...] a beggar **2 :** the practice of begging

**men·di·cant** \ˈmen-di-kənt\ *n* [ME, fr. AF, [...] *cans*, prp. of *mendicare* to beg, fr. *mendicus* be[...] (14c) **1 :** BEGGAR 1 **2** *often cap* **:** a membe[...] the Franciscans) combining monastic life and [...] and orig. owning neither personal nor commu[...] — **mendicant** *adj*

**men·dic·i·ty** \men-ˈdi-sə-tē\ *n* [ME *mendicit*[...] *mendicitat-, mendicitas*, fr. *mendicus*] (15c) :

**Men·e·la·us** \ˌme-nə-ˈlā-əs\ *n* [L, fr. Gk *Me*[...] Sparta, brother of Agamemnon, and husband [...] Troy

**men·folk** \ˈmen-ˌfōk\ *or* **men·folks** \-ˌfōks\ [...] general **2 :** the men of a family or communi[...]

**MEng** *abbr* master of engineering

**men·ha·den** \men-ˈhā-dᵊn, mən-\ *n, pl* **-den** [...] origin; akin to Narragansett *munnawhattea*[...] marine fish (*Brevoortia tyrannus*) of the herri[...] the Atlantic coast of the U.S. where it is used [...] oil and fertilizer; *also* : any of several conge[...]

**men·hir** \ˈmen-ˌhir\ *n* [F, fr. Bret, fr. *men* st[...] single upright rough monolith usu. of prehis[...]

[1]**me·nial** \ˈmē-nē-əl, -nyəl\ *n* (14c) : a person [...] : a domestic servant or retainer

[2]**menial** *adj* [ME *meynial*, fr. AF *meignal*, fr. [...] retinue, fr. VL **mansionata*, fr. L *mansion-*, [...] at MANSION] (15c) **1 :** of or relating to serv[...] priate to a servant : HUMBLE, SERVILE ⟨a [...] : lacking interest or dignity ⟨a ∼ task⟩ — [...]

**Mé·nière's disease** \mən-ˈyerz-, ˈmen-yərz-[...] Fr. physician] (1871) : a disorder of the me[...] inner ear that is marked by recurrent attack[...] hearing loss — called also *Ménière's syndrom*[...]

**mening-** *or* **meningo-** *also* **meningi-** *com*[...] *meninx*] **1 :** meninges ⟨*meningococcus*⟩ [...] and ⟨*meningoencephalitis*⟩

**me·nin·ge·al** \ˌme-nən-ˈjē-əl\ *adj* (1797) : o[...] the meninges

**meninges** *pl of* MENINX

**me·nin·gi·o·ma** \mə-ˌnin-jē-ˈō-mə\ *n, pl* **-m**[...] [NL] (1922) : a slow-growing encapsulated t[...] ing from the meninges and often causing da[...] brain and adjacent parts

**men·in·gi·tis** \ˌme-nən-ˈjī-təs\ *n, pl* **-git·i·de**[...] **1 :** inflammation of the meninges and esp[...] arachnoid **2 :** a disease marked by inflamm[...] may be either a relatively mild illness caus[...] sackie virus) or a more severe life-threateni[...] rium (as the meningococcus) — **men·in·gi**[...]

**me·nin·go·coc·cus** \mə-ˌniŋ-gə-ˈkä-kəs, -[...] -sī, -ˌsē; -ˈkä-ˌkī, -ˌkē\ [NL] (ca. 1893) : the b[...] gitidis) that causes cerebrospinal meningi[...] \-ˈkä-kəl\ *also* **me·nin·go·coc·cic** \-ˈkäk-s[...]

**me·nin·go·en·ceph·a·li·tis** \-gō-ən-ˌse-fə-[...] \-ˈli-tə-ˌdēz\ [NL] (ca. 1860) : inflammation [...] — **me·nin·go·en·ceph·a·lit·ic** \-ˈli-tik\ *ad*[...]

**me·ninx** \ˈmē-niŋ(k)s, ˈme-\ *n, pl* **me·nin·g**[...] Gk *mēning-, mēninx* membrane] (1543) : a [...] that envelop the brain and spinal cord

**me·nis·cus** \mə-ˈnis-kəs\ *n, pl* **me·nis·ci** \-[...] **nis·cus·es** [NL, fr. Gk *mēniskos*, fr. dim. [...] more at MOON] (1685) **1 :** a crescent or c[...] concavo-convex lens **3 :** the curved upper[...] uid **4 :** a fibrous cartilage within a joint e[...]

**Men·no·nite** \ˈme-nə-ˌnīt\ *n* [G *Mennonit*, f[...] member of any of various Protestant group[...] tist movement in Holland and characterize[...] my and rejection of military service

**meno-** — see MEN-

**me·no mos·so** \ˌmā-nō-ˈmō(s)-(ˌ)sō\ *adv* [...] used as a direction in music

**men·o·pause** \ˈme-nə-ˌpȯz, ˈmē-\ *n* [F *m*[...] *pause* stop, pause] (1872) : the natural ces[...] usu. occurs between the ages of 45 and [...] which such cessation occurs — called also [...] MENOPAUSE — **men·o·paus·al** \ˌme-nə-ˈ[...]

**me·no·rah** \mə-ˈnȯr-ə\ *n* [Heb *mĕnōrāh* ca[...] stick] (1886) : a candelabra with seven or [...] lights that is used in Jewish worship

**men·or·rha·gia** \ˌme-nə-ˈrā-j(ē-)ə, -ˈrā-zh[...] jə, -zhə\ *n* [NL] (1779) : abnormally pr[...] menstrual flow

**men·sal** \ˈmen(t)-səl\ *adj* [ME, fr. LL *me*[...] fr. L *mensa* table] (15c) : of, relating to, or [...] at the table

**mensch** \ˈmen(t)sh\ *n* [Yiddish *mentsh* h[...] being, fr. MHG *mensch*, fr. OHG *mennisco* [...] to OE *man* human being, man] (1856) : a p[...] of integrity and honor — **menschy** \ˈm[...] shē\ *adj*

it., water] (ca. 1567) : the 13th letter of the
'HABET table
emoir **3** memorial
*en attrib* [ME *membre*, fr. AF, fr. L *mem-*
esh, Gk *mēros* thigh] (14c) **1** : a body part
: PENIS **c** : a unit of structure in a plant
luals composing a group **3** : a person bap-
h **4** : a part of a whole: as **a** : a syntactic
ce : CLAUSE **b** : one of the propositions of
elements of a set or class **d** : either of the
ematical equation ***syn*** see PART
*dj* (14c) : made up of or divided into mem-

ship\ *n* (1643) **1** : the state or status of be-
y of members ⟨an organization with a large
en an element of a set or class and the set or
N 3a
ı [ME, fr. L *membrana* skin, parchment, fr.
ı soft pliable sheet or layer esp. of animal or
parchment forming part of a roll — **mem-**

-nəs\ *adj* (1597) **1** : of, relating to, or re-
iin, pliable, and often somewhat transparent
ized or accompanied by the formation of a
or membranous layer ⟨~ croup⟩ — **mem-**

(1840) : the sensory structures of the inner

*mimeme*, fr. *mim-* (as in *mimesis*) + *-eme*]
style, or usage that spreads from person to

, ÷mō-\ *n, pl* **-tos** *or* **-toes** [ME, fr. L, re-
*isse* to remember; akin to L *ment-*, *mens*
580) : something that serves to warn or re-

en-tō-ˈmȯr-ē\ *n, pl* **memento mori** [L, re-
lie] (1598) : a reminder of mortality; *esp*

Gk *Memnōn*] (1567) : an Ethiopian king slain
of the Trojan War
**em·os** (1705) : MEMORANDUM
-\ *n* [MF *memoire*, fr. *memoire* memory, fr. L
fficial note or report : MEMORANDUM **2 a**

store of things learned and retained from an organism's activity or experience as evidenced by modification of structure or behavior or by recall and recognition **2 a** : commemorative remembrance ⟨erected a statue in ~ of the hero⟩ **b** : the fact or condition of being remembered ⟨days of recent ~⟩ **3 a** : a particular act of recall or recollection **b** : an image or impression of one that is remembered ⟨fond *memories* of her youth⟩ **c** : the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **4 a** : a device (as a chip) or a component of a device in which information esp. for a computer can be inserted and stored and from which it may be extracted when wanted; *esp* : RAM **b** : capacity for storing information ⟨512 megabytes of ~⟩ **5** : a capacity for showing effects as the result of past treatment or for returning to a former condition — used esp. of a material (as metal or plastic)

***syn*** MEMORY, REMEMBRANCE, RECOLLECTION, REMINISCENCE mean the capacity for or the act of remembering, or the thing remembered. MEMORY applies both to the power of remembering and to what is remembered ⟨gifted with a remarkable *memory*⟩ ⟨that incident was now just a distant *memory*⟩. REMEMBRANCE applies to the act of remembering or the fact of being remembered ⟨any *remembrance* of his deceased wife was painful⟩. RECOLLECTION adds an implication of consciously bringing back to mind often with some effort ⟨after a moment's *recollection* he produced the name⟩. REMINISCENCE suggests the recalling of usu. pleasant incidents, experiences, or feelings from a remote past ⟨my grandmother's *reminiscences* of her Iowa girlhood⟩.

**memory lane** *n* (1903) : an imaginary path through the nostalgically remembered past — usu. used in such phrases as *a walk down memory lane*

**memory trace** *n* (1901) : ENGRAM

**mem·sa·hib** \ˈmem-ˌsä-ˌ(h)ib, -ˌsäb\ *n* [Hindi, fr. E *ma'am* + Hindi & Urdu *sahib* sahib] (1852) : a white foreign woman of high social status living in India; *esp* : the wife of a British official

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] : menstruation ⟨*meno*rrhagia⟩

[1]**men·ace** \ˈme-nəs\ *n* [ME *manace*, fr. AF *manace*, *menace*, fr. L *minacia*, fr. *minac-*, *minax* threatening, fr. *minari* to threaten — more at MOUNT] (14c) **1** : a show of intention to inflict harm : THREAT **2 a** : one that represents a threat : DANGER **b** : a person who causes annoyance

[2]**menace** *vb* **men·aced**; **men·ac·ing** *vt* (14c) **1** : to make a show of intention to harm **2** : to represent or pose a threat to : ENDANGER ~ *vi* : to act in a threatening manner — **men·ac·ing·ly** \-nə-siŋ-lē\ *adv*