# EXHIBIT C

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# memory, *n.*

DRAFT REVISION June 2002

*Brit.* /ˈmɛm(ə)ri/, *U.S.* /ˈmɛm(ə)ri/ Forms: α. ME **memoire**, **memor**, **memour**, ME-15 **memore**, **memoyre**; *Sc.* pre-17 **meamore**, **memoir**, **memoire**, **memor**, **memore**, **memour**. β. ME **memery**, **memori**, ME-16 **memorye**, ME-17 **memorie**, ME- **memory**, 15 **memoree**, 16- (*poet.*) **mem'ry**, 17 **memmory**; *Sc.* pre-17 **memorey**, **memori**, **memorie**, **memory**, **memorye**, **momorye**. [< Anglo-Norman *memoire*, *memore*, *memorie*, *memoir*, *memor*, *memour*, Old French *memorie*, *memoire*, *memore* (11th cent.; French *mémoire*) and their etymon classical Latin *memoria* < *memor* mindful, remembering (a reduplicated formation (cf. ancient Greek *μέρμερος* baneful, fastidious) < the Indo-European base of Sanskrit *smṛi*-: see MARTYR *n.*) + *-ia* -IA[1]. The major senses 'power or faculty of memory; this personified; action or fact of remembering; that which is retained in the mind; repute; period covered by one's memory; collective memory, tradition; period known to history; tradition preserved in writing; record, mention, memorial' are found already in classical Latin, and most of the major senses in English are paralleled in French. Cf. also Spanish *memoria* (1235), Portuguese *memória* (1255), Italian *memoria* (*a*1294). In sense 9 prob. also influenced by Middle French *memoire* (masculine) written account, description (see MEMOIR *n.*).

Old English *mimorian* to remember, and *gemimor* existing in the memory prob. show a loan < classical Latin *memorāre* (see MEMORATE *v.*). There is no etymological connection between classical Latin *memor* and *meminisse* to remember (see MEMENTO *n.*).

Littré notes s.v. that metrical evidence suggests that even in the earliest Old French sources spellings in *-orie* are purely etymological; however, the English β forms doubtless arise from the late retention of unmetathesized forms of this ending which is characteristic of Anglo-Norman (cf. -ORY[1]).]

**I.** Senses relating to the action or process of commemorating, recollecting, or remembering.

**1. a.** An act of commemoration, esp. of the dead; = COMMEMORATION *n.* 2b. Now *hist.*

**?c1225** *Ancrene Riwle* (Cleo.) 21 (*margin*) þe Memoires of þe halhen. ***a*1387** J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) VII. 81 þe abbot..ordeyned þat..after þe feste of All Halwes schulde be hadde þe memorie for dede men soules. ***a*1400** (*c*1303) R. MANNYNG *Handlyng Synne* (Harl.) 7957 þe þryde he offreþ to haue memory For soules þat are in purgatory. **1463** in S. Tymms *Wills & Inventories Bury St. Edmunds* (1850) 18, I wille Seynt Marie preest..to say a memorie of requiem for vs. **1558** in J. Strype *Ann. Reformation* (1709) I. App. iv. 6 If there be some other devout sort of prayers or memory said. **1591** SPENSER *Prosopopoia* 454 Their memories, their singings, and their gifts. **1853** D. ROCK *Church of our Fathers* IV. xii. 125 After the collect for the day..came the 'memories', or, as we now call them, 'commemorations'. **1885** R. W. DIXON *Hist. Church Eng.* xviii. III. 283 And I am told that there are women of title who boldly demand memories to be celebrated when there are no communicants.

**†b. *to make memory of***: to commemorate; to preserve a record or memorial of; to record, mention. Also without *of*, in clauses with *as*. *Obs.* (*arch.* in later use).

***a*1325** (?*c*1300) *Northern Passion* (Cambr. Gg. 1.1) 228 þe bodi..sschal..make you clene..So ofte so ye sschol me take, Memorie of me to make. **c1390** CHAUCER *Monk's Tale* 3164 Tragedie is to seyn a certeyn storie, As olde bokes maken vs memorie, Of hym that..is yfallen out of heigh degree. ***a*1400** (*c*1303) R. MANNYNG *Handlyng Synne* (Harl.) 10309 For euery messe makeþ memorye Of soules þat are yn purgatorye. ***a*1456** (*c*1425) LYDGATE *Minor Poems* (1934) II. 651 Noble Prynce which..Excelle alle oþer as maked is memorye. **c1480** (*a*1400) *St. Julian* (Cambr.) 31 in W. M. Metcalfe *Legends Saints Sc. Dial.* (1896) I. 459 Of wthyre Iulyanis sere mencione I sal mak ȝou here, & als sume memor sal I ma of Iulyane apostata. **c1500** (?*a*1475) *Assembly of Gods* 1515 On tho walles was made memory Singlerly of euery creature That there had byn. **1590** SPENSER *Faerie Queene* III. ii. 1 To whom no share in armes and chevalree They doe impart, ne maken memoree Of their brave gestes. ***a*1643** LD. FALKLAND *Disc. Infallibility* (1646) 85 There is no memory made how the sentence was received.

**1876** A. C. SWINBURNE *Erechtheus* 35 Of this hoary-headed woe Song made memory long ago.

**c. *in memory of*, †*to the memory of***: so as to keep alive the remembrance of; as a memorial to; as a record of. †(***to be***) ***in memory***: for a memorial (*obs.*).

**c1385** CHAUCER *Knight's Tale* 1906 In memorie Of Mars he maked hath right swich another [altar]. **c1390** *Roberd of Cisyle* (Vernon) 436 Al þis is writen withouten ly3e, At Roome to ben in memorie At Seint Petres Chirche. ***a1420*** LYDGATE *Troyyes Bk.* (Augustus) III. 5616 þei made..a litel oratorie Perpetuelly to be in memorie, Where was set a..receptacle. **c1450** (?*a*1400) *Wars Alexander* (Ashm.) 1118 In mynde & in memory of him to make a cite. **c1480** (*a*1400) *St. Luke* (Cambr.) 31 in W. M. Metcalfe *Legends Saints Sc. Dial.* (1896) I. 247 In lofe & memore of þare name. ***a1500*** (*c*1340) R. ROLLE *Psalter* (Univ. Oxf. 64) xxvi. 9 In memore of his passion. **1509** S. HAWES *Pastime of Pleasure* (1845) xlv. 220 Makyng great bokes to be in memory. **1558** BP. T. WATSON *Doctr. Seuen Sacramentes* xiii. 76 As the Jewes dyd fyrst couer Chrystes face..so hath the Priest in memorye of that, an Amise put vpon his head. **1640** BP. J. HALL *Christian Moderation* I. 127 A yearely fast, called Arzibur, in the sad memory of the dogge of Sergius. **1653** tr. F. Carmeni *Nissena* 154 A Livery which they wore to the memory of the deceased King. **1677** R. PLOT *Nat. Hist. Oxford-shire* vii. 201 A festival celebrated in memory of the great slaughter of the Danes. **1712** T. HEARNE *Remarks & Coll.* (1889) III. 351 The Colum erected in Memory of the Dreadfull Fire of London. **1769** O. GOLDSMITH *Rom. Hist.* II. 490 He removed, for change of air, to Helenopolis, a city which he had built to the memory of his mother. **1781** J. MORISON in *Sc. Paraphrases* XXXV. vi, Through latest ages let it pour In mem'ry of my dying hour. **1837** W. HOWITT *Rural Life* (1862) VI. xvi. 584 The mural tablets to the memory of departed rectors. **1874** T. HARDY *Far from Madding Crowd* II. xviii. 218 No—I'll not burn it—I'll keep it in memory of her, poor thing! **1942** E. LANGLEY *Pea Pickers* xi. 163 Often we talked of Peppino, and in memory of him sang his songs '*O Sole Mio*' and the dramatic 'Gigolette'. **1971** B. S. METZKER & D. S. LEVY tr. I. Metzker *Bintel Brief* I. 100 Jews fast in memory of Nebuchadnezzar's siege and destruction of Jerusalem. **1992** *National Trust Mag.* Summer 8/2 Tennyson Down..was given to the Trust in 1927 by the 2nd Lord Tennyson in memory of his father who walked there when living at Farringford nearby.

**2. a.** The action of remembering; recollection, remembrance. Now chiefly in ***from memory*** (also ***by memory***), ***in memory***.
†***to draw*** (also ***take***) ***into*** (or ***to***) ***memory***: to recollect, remember. †***to have memory*** (***of***): to recollect (*trans.* and *intr.*); also †***to have*** (***of***) (someone) ***in memory***. †***out of memory***: forgotten (but cf. sense 4a).

**c1250** *St. Margaret* (Trin. Cambr.) 277 Alle þat habbet me a day ine memorie..ihesu crist..haue merci of þe soules. **c1330** (?*a*1300) *Richard Coer de Lyon* (Auch.) 5 in K. Brunner *Mittelengl. Vers-roman über Richard Löwenherz* (1913) 81 Miri it is to heren his stori And of him to

han in memorie. **c1390** CHAUCER *Miller's Tale* 3112 It was a..storie..worthy for to drawen to memorie. ***a*1393** GOWER *Confessio Amantis* (Fairf.) Prol. 1002 Who so drawth into memoire What hath befalle. ***a*1393** GOWER *Confessio Amantis* (Fairf.) IV. 659 Al was clene out of memoire. ***a*1393** GOWER *Confessio Amantis* (Fairf.) VII. 2386 Tak into memoire..Ther lasteth nothing bot a throwe. ***a*1425** (?*a*1400) CHAUCER *Romaunt Rose* 5752 Sich as..toward God have no memorie. **c1450** (1369) CHAUCER *Bk. Duchess* 945 Hyr throte, as I have now memoyre, Semed a round tour of yvoyre. **1549** R. CROWLEY *Voyce Laste Trumpet* sig. Ciii$^v$, Se thou cal to memory The ende wherfore al men are made. **1553** R. EDEN tr. S. Münster *Treat. Newe India* sig. Bviij, This beaste..doth wonderfulli beare in memorie benefytes shewed vnto him. ***a*1586** (?*a*1513) W. DUNBAR *Poems* (Maitland) (1979) 7 Haveing his passioun in memorie. **1590** J. SMYTHE *Certain Disc. Weapons* 2 The most of the which that shall fall into my memorie. **1611** *Bible* (A.V.)*: 1 Cor.* xv. 2 If yee keepe in memorie what I preached vnto you. ***a*1616** SHAKESPEARE *Jul. C.* (1623) III. ii. 135 They would..begge a haire of him for Memory, And dying, mention it within their Willes. **1626** BACON *New Atlantis* 18 in *Sylva*, Wee haue memory not of one Shipp that euer returned. **1638** T. HERBERT *Some Yeares Trav.* (rev. ed.) 25 Suffer me (whiles in memory) to tell you of a fish or 2 which in these seas were obvious. **1669** S. STURMY *Mariners Mag.* II. xiii. 82 Keeping in memory such standing of the Staff, I take off the one Cross, and set the Staff again. **1681** H. DODWELL *Disc. Sanchoniathon's Phœn. Hist.* 12 He quoted him by memory, and at the Second hand. **1760** B. FRANKLIN *Let.* ?Nov. in *Papers* (1966) IX. 250 Since I cannot find the Notes of my Experiment to send you, I must give it as well as I can from Memory. **1797** M. ROBINSON *Walsingham* IV. lxxxiv. 182 All that had passed he recalled to memory, though I wished most earnestly to bury the prominent events in eternal oblivion. **1802** WORDSWORTH *Sonnet to Liberty* I. xvii, When I have borne in memory what has tamed Great Nations. **1856** G. GROTE *Hist. Greece* XII. II. xcviii. 647 A considerable portion of the Greeks of Olbia could repeat the Iliad from memory. **1879** TROLLOPE *Thackeray* i. 46 The piece was all given by memory. **1898** H. JAMES *Turn of Screw* xv, in *Two Magics* 112 Even as I fixed and, for memory, secured it, the awful image passed away. **1915** W. CATHER *Song of Lark* VI. vii. 437 Her glassy eye took in the fact that Fred was playing from memory. **1955** *Times* 26 July 10/5 Everyone..remembers the name of Bunsen and his burner—even if nothing else remains in memory from those hours in the 'labs'. **1976** D. FRANCIS *In Frame* viii. 124, I could already have drawn Hudson's eyes from memory.

**b.** An act or instance of remembrance; a representation in the memory, a recollection.

**1801** J. AUSTEN *Let.* 26 May (1995) 90 She is..very fond of talking of her deceased brother & Sister, whose memories she cherishes. **1833** TENNYSON *Lady Clara Vere de Vere* iv, You put strange memories in my head. **1877** H. H. BOYESEN *Tales from Two Hemispheres* II. iv. 123 How many long-forgotten memories of childhood and youth did they not wake in her bosom? **1929** R. HUGHES *High Wind in Jamaica* ix. 242 He suddenly found himself remembering at least forty things about her—an overwhelming flood of memories. **1998** A. GOODMAN *Kaaterskill Falls* IV. vi. 237 Her dread of the next day's audience with the Rav brings back a long-forgotten memory of the night before a contest at school.

**c.** A person or thing held in remembrance.

**1842** TENNYSON *Gardener's Daughter* (end), The darling of my manhood, and, alas! Now the most blessed memory of my age. **1886** A. BIRRELL in *Contemp. Rev.* **50** 28 The first great fact to remember is, that the Edmund Burke we are all agreed in regarding as one of the proudest memories of the House of Commons was an Irishman.

**3. a.** The perpetuated knowledge or recollection (*of* something); that which is remembered *of* a person, object, or event; (good or bad) posthumous reputation. Also (occas.) in extended use (as in quot. 1917).

**c1250** *St. Margaret* (Trin. Cambr.) 303 Ho ir þider beren mid gode memorie. **1340** *Ayenbite* 107 þe memorie is zuo cleuiynde ine him þet ne of no þing þenche bote ine him. ***a*1382** *Bible* (Wycliffite, E.V.): *Ecclus.* (Bodl. 959) xxxix. 13 þe memorie of hym shal not gon awei. **?c1450** *Life St. Cuthbert* 495 þe whilk place, for þe childes memour, Es halden ȝit in grete honour. **1490** CAXTON tr. *Eneydos* xxvii. 102 Memore shalbe therof as longe as heuyn & erthe shall last. **1600** SHAKESPEARE *2 Hen. IV* IV. iii. 75 Their memory Shall as a pattern, or a measure liue. **1611** *Bible* (A.V.): *Prov.* x. 7 The memorie of the iust is blessed. **1625** BACON *Ess.* (new ed.) 60 Vse the Memory of thy Predecessor fairly, and tenderly. **1640** R. BRATHWAIT *Two Lancs. Lovers* xxiv. 186 With your favour be it, that I reteine so thankfull a memory of his professed fancie, as for the present to affiance my selfe to none. **1662** J. DAVIES tr. A. Olearius *Voy. Ambassadors* 125 Cyril of Alexandria, whose memory the Greeks celebrate on the 9. of June. **1711** SWIFT *Jrnl. to Stella* 28 May (1948) I. 281, I..promised to do what I could to help him to a service, which I did for Harry Tenison's memory. **1781** GIBBON *Decline & Fall* II. xvii. 44 The memory of Constantine has been deservedly censured for another innovation which corrupted military discipline. **1838** T. ARNOLD *Hist. Rome* (1846) I. vi. 213 His father's memory..was regarded with respect

and affection. **1868** E. A. FREEMAN *Hist. Norman Conquest* II. vii. 44 He has left a dark and sad memory behind him. **1910** E. M. FORSTER *Howards End* xxxviii. 306, I have my children and the memory of my dear wife to consider. **1917** 'RAMACHARAKA' *14 Lessons in Yogi Philos.* vi. 105 These akasic records contain the 'memory' of all that has passed. **1949** 'G. ORWELL' *Nineteen Eighty-four* 33 His mother's memory tore at his heart because she had died loving him. **1987** J. RULE *Memory Board* i. 8 The memory of David's dead father also helped to stay his hand.

**b.** [After classical and post-classical Latin *bonae memoriae* (2nd cent. A.D.), post-classical Latin *sanctae memoriae* (3rd cent.), *beatae memoriae* (4th cent.), freq. in inscriptions; also Old French, Middle French *de bonne memoire* (1298).] ***of blessed*** (also ***happy, famous,*** etc.) ***memory***: used formulaically after the name of a distinguished person with reference to the actions or character which distinguish him or her in recollection; hence also used (often *humorously*) after other people, events, etc.

**1389** in C. Innes *Liber Melros* (1837) 449 Of gude memore Dauid kyng qwhilom of Scotland. **c1400** (?*a*1300) *King Alexander* (Laud) 4781 Denys, þat was of gode memorie, Jt sheweþ al in his book of storie. **1430-1** *Rolls of Parl.* IV. 371/2 Ye Tretee of ye Pees, made nought longe agoo bytwyx ye Kyngs of noble memoire. **1459** in E. W. W. Veale *Great Red Bk. Bristol* (1938) II. 57 To the most noble Prince of blessed memoyre, the Kyng his Fadur. **?*a*1475** (?*a*1425) tr. R. Higden *Polychron.* (Harl.) V. 149 Seynte Gregory..callethe Constantyne a man of goode memory. **1509** J. FISHER *Mornynge Remembr. C'tess of Rychemonde* sig. Aii, A comynycacyon betwyxt the woman of blessyd memory called Martha and our sauyour Ihesu. **1565** in J. H. Burton *Reg. Privy Council Scotl.* (1877) 1st Ser. I. 332 Hir majesteis fadir the Kingis grace of maist wortie memorie. **1605** W. CAMDEN *Remaines* I. 3 Our late Soveraigne, of most deare, sacred and ever-glorious memorie Qveene Elizabeth. **1606** P. HOLLAND tr. Suetonius *Twelve Caesars* 39 The warden and Sextaine of that ground or soyle, which Augustus of happy memory touched first. **1660** LD. BRUDNELL in *Buccleuch MSS* (Hist. MSS Comm.) (1899) I. 313 When his late Majesty of glorious memory was intended to go against the Scots. **1738** SWIFT *Compl. Coll. Genteel Conversat.* p. iv, His late Majesty King William the Third, of ever glorious and immortal Memory. **1762** P. FORBES *Jrnls.* (1886) 176 The widow of Sutherland of Bogsie, of facetious memory. **1809** 'D. KNICKERBOCKER' *Hist. N.Y.* (1861) 7 The great atomic system taught by old Moschus..revived by Democritus of laughing memory. **1894** *Daily News* 20 Apr. 4/7 The 'planter', as he is called, a name of historical memory in Ireland. **1947** C. R. PRANCE *Antic Memories* 3 The troop had only one officer as yet, a bright young

scallywag from the old C.M.R. of gallant memory. **1994** J. BARTH *Once upon Time* 272 The exposed low ceiling joists before the bandstand in the old Betterton Casino of happy memory.

**4. a.** The length of time over which the recollection of a person or a number of persons extends. Chiefly in ***beyond*** (also **†*past, out of***) (***the***) ***memory*** (***of*** ——); similarly ***within memory***, etc. **†*through all memory***: for all time (*obs.*).

*within living memory*: see LIVING *ppl. a.* 3.

***a*1460** in A. C. Swinton *Swintons* (1883) App. xlii, The qwhilk said landis..passit memor of mene has bene..a tenandry. **1487** in C. Innes *Liber Melros* (1837) 618 In paceabill possessione..at our the memori of men. **1530** TYNDALE *Pract. Prelates* sig. Dvij, And in his lawe he [*sc.* the pope] thrust in fayned gyftes of old emperours that were out of memorye. **1542** in J. Stuart *Extracts Council Reg. Aberdeen* (1844) I. 439 Vsit and perseruit all tymes bigane, past memor of man. **1570-6** W. LAMBARD *Perambulation Kent* (1576) 9 Within memorie almost the one halfe of the first sorte be disparked. **1630** in C. H. L. Ewen *Witch Hunting* (1929) 27 The Castell of Colchester..hath ben tyme out of memory of man reputed & knowne to be the Comon Goale for this County. **1644** MILTON *Doctr. Divorce* (ed. 2) 54 Why then is Pilat branded through all memory? ***a*1676** M. HALE *De Jure Maris* I. vi, in F. Hargrave *Coll. Tracts Law Eng.* (1787) 35 That the river of the Severn *usque filum aquæ* was time out of memory parcell of that manor. **1711** J. ADDISON *Spectator* No. 13 ¶4 He..has drawn together greater Audiences than have been known in the Memory of Man. **1849** MACAULAY *Hist. Eng.* i. init., I purpose to write the history of England from the accession of king James the Second down to a time which is within the memory of men still living. **1870** L. TOULMIN SMITH *Eng. Gilds* 213 (*margin*) The gild was begun at a time beyond the memory of man. **1969** J. MCPHEE in *New Yorker* 13 Dec. 65/1 There is..a powerful tradition in the Highlands of odium toward factors, and Colonsay, since time out of memory, has not been an exception. **1987** *Stock & Land* (Melbourne) 25 June 5/2 This week's auctions bring to an end one of the most remarkable wool-selling seasons in memory. **1992** *Gourmet* Sept. 116/3 The pirating free-for-all continued until well within the memory of many townspeople today.

**b.** *Law.* [After Anglo-Norman *temps de memoire.*] ***time of*** (***legal***) ***memory***: time since 3 September 1189, the beginning of the reign of Richard I of England, fixed by statute of Edward I in 1275 and 1293 as the date before which documentary evidence was deemed unnecessary to prove a claim. Cf. *time immemorial*, etc., s.v. TIME *n.* 30.

[**1582** R. HAKLUYT *Princ. Navigations* (1599) II. I. 165 In time of Memory things haue bene brought in that were not here before, as..the Turky cocks and hennes about fifty yeres past.] **1642** tr. J. Perkins *Profitable Bk.* (new ed.) ii. §120. 54 If a Deed bear date before time of memory it is not pleadable. **1766** W. BLACKSTONE *Comm. Laws Eng.* I. 31 Time of memory hath been long ago ascertained by the law to commence from the reign of Richard the first. **1848** J. J. S. WHARTON *Law Lexicon* s.v. *Memory*, By Statute Westminster the First, 3 Edw. I., A.D. 1276, the time of memory was limited to the reign of Richard 1st, July 6th, 1189. **1882** C. SWEET *Dict. Eng. Law* 525 When a person alleges in legal proceedings, that a custom or prescription has existed from time whereof the memory of man runneth not to the contrary..this is..called time of living memory, as opposed to time of legal memory, which runs from the commencement of the reign of Richard I. ***a*1944** W. HOLDSWORTH in *Amer. Hist. Rev.* (1952) **57** 322 As a legal historian, English law from before the time of legal memory has never known his like. **1995** *Estates Gaz.* 22 Apr. 207/2 Where..the actual origin of the enjoyment was shown to have been of more recent date than the time of legal memory the right [*misprinted* fight] was held to be defeated.

**5.** The fact or condition of being remembered. Now somewhat *arch.*
The phrases given at sense 1c may in fact belong here.

**c1480** (*a*1400) *St. Ninian* (Cambr.) 1086 in W. M. Metcalfe *Legends Saints Sc. Dial.* (1896) II. 335 þis sa schort tyme gane ves þat ȝet it is in memor fresch. **1489** (*a*1380) J. BARBOUR *Bruce* (Adv.) I. 14 To put in wryt a suthfast story, That it lest ay furth in memory. **1523** LD. BERNERS tr. J. Froissart *Chron.* I. i. 1 To thentent that the..featis of armes..shulde..be..put in perpetuall memory. **1579-80** T. NORTH tr. *Theseus* in Plutarch *Lives* (1595) 15 And this is that which is worthy memorie..touching the wars of these Amazones. ***a*1616** SHAKESPEARE *1 Hen. VI* (1623) IV. iii. 51 That euer-liuing man of Memorie, Henrie the fift. **1644** MILTON *Of Educ.* 1 To say, or doe ought worth memory. **1656** T. STANLEY *Hist. Philos.* (1701) VI. 243/2 Mortal Nature..obtaineth Eternal Memory by the greatness of such works. **1667** J. CARYLL *Eng. Princess* V. vii. 59 What I have done deserves no memory; I little did, because I did not dye. **1755** JOHNSON *Dict. Eng. Lang.*, *Memory*,..Exemption from oblivion. **1794** F. G. WALDRON *Prodigal* II. 23 You spoke of such, But still forgot to give them to me; now They're not worth memory. **1851** W. C. ROSCOE *Violenzia* II. ii. 33 The young Cornelius, or I have forgotten Features worth memory. **1876** G. W. THORNBURY *Hist. & Legendary Ballads & Songs* 74 'T was a brave act to crush his pride—Worthy of memory yet.

**II.** Senses relating to the faculty of recalling to mind.

**6. a.** The faculty by which things are remembered; the capacity for retaining, perpetuating, or reviving the thought of things past.
*to commit* (or *commend*) *to memory*: see COMMIT *v.*, COMMEND *v.*

**c1380** CHAUCER *Second Nun's Tale* 339 Right as a man hath sapiences thre: Memorie, engyn, and intellect. ***a*1420** LYDGATE *Troyyes Bk.* (Augustus) I. 125 So febled was his celle retentif..That lost were bothe memorie and resoun. **c1480** (*a*1400) *St. Thomas Apostle* (Cambr.) 395 in W. M. Metcalfe *Legends Saints Sc. Dial.* (1896) I. 140 For in til a man visdome Is, & of þat ane þare procedis vndirstandynge, memore, & wite. ***a*1522** G. DOUGLAS tr. Virgil *Æneid* (1959) X. Prol. 70 Rayson decernis, memor kepis the consait. **1530** J. PALSGRAVE *Lesclarcissement* 666/2, I commende it to memorie. **c1540** A. BORDE *Bk. for to Lerne* Ciijb, It doth acuat, quycken, and refreshe, the memorye. **1694** J. LOCKE *Ess. Humane Understanding* (ed. 2) I. iv. 35 By the memory it [*sc.* an idea] can be made an actual perception again. **1718** LADY M. W. MONTAGU *Let.* 16 Mar. (1965) I. 390 The Memory can retain but a certain Number of Images. **1828** SCOTT *Fair Maid of Perth* i, in *Chron. Canongate* 2nd Ser. III. 19 Our memory is, of all our powers of mind, that which is peculiarly liable to be suspended. **1855** H. SPENCER *Princ. Psychol.* (1872) I. IV. viii. 483 The subject-matter of Memory is retrospective. **1886** R. L. STEVENSON *Kidnapped* i. 6 Drink a spooneful or two... It is good against the Gout; it comforts the heart and strengthens the memory. **1906** C. S. SHERRINGTON *Integrative Action of Nerv. Syst.* ix. 330 The relative haste with which an animal when hungry approaches food..suggests that conation attaches to the visual reaction by association through memory with affective tone. **1910** A. BIERCE *Coll. Wks.* III. 68, I have never forgotten that number, and always it comes to memory attended by gibbering obscenity, peals of joyless laughter, the clang of iron doors. **1923** L. H. DAWSON *Hoyle's Games Modernized* 230 Pelmanism is..a splendid exercise for the memory. **1955** H. E. GARRETT *Gen. Psychol.* x. 381 The phenomena of memory may be classified under the four headings *fixation* or acquisition, *retention, recall*, and *recognition*... Each of these four processes is a necessary part of memory. **1984** D. MELTZER *Dream-life* i. 15 Memory, unlike recall, is dynamic and reconstructive, subject to all manner of incompleteness, distortion, coalescence and addition.

**b.** This faculty personified.

**c1487** J. SKELTON tr. Diodorus Siculus *Bibliotheca Historica* V. 359 The

solacyous viridary & moste lusty herber of Dame Memorye. **1517** S. HAWES *Pastime of Pleasure* (1928) xxxviii. 197 She called to her peace and dame mercy..Pleasaunce grace w[t] good dame memory To weyte vopn her. **1618** BP. J. HALL *Righteovs Mammon* 95 Memory the great keeper or Master of the rolles of the soule. **1751** T. GRAY *Elegy* x. 7 If Memory to these no Trophies raise. **1800** C. SMITH *Elegiac Sonnets* II. 84 O'er what, my angel friend, thou wert, Dejected Memory loves to mourn. **1831** WORDSWORTH *Yarrow Revisited* xviii, Memory, like sleep, hath powers which dreams obey..; How little that she cherishes is lost! **1950** G. BARKER *True Confession* ii. 10 Memory flirts with seven veils. **1991** A. C. RICH *Atlas of Difficult World* II. 44 Memory says: Want to do right? Don't count on me.

**c.** *Psychol.* Modified by a preceding adjective or noun, esp. one designating the faculty or the bodily process with which it is believed to be connected.

**1869** G. H. NAPHEYS *Physical Life Woman* (1878) IV. 322 Chromatic memory, or the memory of colors. **1883** F. GALTON *Inquiries into Human Faculty* 106 One favourite expedient was to associate the sight memory with the muscular memory. **1897** tr. T. A. Ribot *Psychol. of Emotions* 153 Others..recall the circumstances *plus* the revived condition of feeling. It is these who have the true 'affective memory'. **1961** F. H. GEORGE *Brain as Computer* viii. 280 The hippocampus and hippocampal gyrus are therefore important features in recent memory. **1967** M. B. ARNOLD in M. H. Appley & R. Trumbull *Psychol. Stress* 139 How intensely we experience stress may depend on the strength of this affective memory. **1994** *Sci. Amer.* June 35/3 Declarative memory involves explicit, consciously accessible information.

**d.** The capacity of a body or substance for manifesting effects of, or exhibiting behaviour dependent on, its previous state, behaviour, or treatment; such effects; a state manifesting this capacity. Freq. with conscious metaphor.

**1887** *Jrnl. Soc. Telegr. Engin.* **16** 523 No matter how treated, a piece of soft iron has a 'magnetic memory'. **1935** *Proc. Royal Soc.* A. **149** 72 The [magnetic] field..is to be regarded as 'frozen in' and represents a permanent memory of the field which existed when the metal was last cooled below the transition temperature. **1949** *Proc. Internat. Congr. Rheology 1948* i. 5 In the usual form of the theory of viscosity it is assumed that the rate of deformation is so slow compared with the relaxation process, that only slight deviations from the equilibrium state

will be found... When the relaxation-time is large and the rate of deformation high..the deviation from the equilibrium state will then show traces of a more distant past. Here we see manifested a kind of 'memory' on the part of the flowing medium. **1950** *Physical Rev.* **78** 341/2 (*heading*) Memory in simple ferromagnetic domain crystal. **1964** J. M. BLATT *Theory Superconductivity* ix. 332 Since the supercurrent acts in such a direction as to make the total flux approach more closely to an integral number of flux quanta, this initial value of $m_0$ remains unchanged..and preserves a 'memory' for the initial, external flux. **1971** *Nature* 30/2 Titomagnetite retains a memory of its original magnetization after oxidation. **1990** *Jrnl. Neuroendocrinol.* **2** 846/1 Does the pituitary gland have a 'memory' for immediately prior secretory bursts?

**e.** The capacity of a body or substance for returning to a previous state when the cause of the transition from that state is removed.

**1956** *Chem. Abstr.* **50** 4577 The conversion of a naturally occurring twinned quartz crystal to single crystals by torsion often results in the formation of an unstable state, and the crystal reverts to its original twinned state. Natural crystals exhibiting 'memory' usually contain large amounts of impurities. **1961** *Chem. & Industry* 12 Aug. 1261/2 [This] could have accounted for that part of the diameter increases observed when the polymer solution flowed out of a capillary, which could not be attributed to memory of the convergent flow at the entrance to the capillary. (This memory could not account for all the diameter increase because as the length of the capillary was increased, the diameter increase decreased, but did not tend to zero.) **1964** A. S. LODGE *Elastic Liquids* x. 236 'Bouncing putty'..may be said to have a 'memory' of a few seconds in the sense that if a sample is first rapidly elongated and then held at constant length for a few seconds, no recovery occurs on release; whereas, on immediate release following the initial elongation, appreciable recovery (i.e. decrease in length..) occurs. **1976** *National Observer* (U.S.) 3 July 12/3 Urethane has 'memory' because it is resilient and absorbs bumps like a good tire. **1987** *Making Music* July 19/1 Cables with PVC jackets develop a 'memory', according to how they've been stored in the past.

**7. a.** The faculty by which things are remembered considered as residing in the awareness or consciousness of a particular individual or group. Freq. with preceding word or other contextual indication of the extent to which the faculty is developed or the field in which it is most active (cf. sense 6c).

*a*1393 GOWER *Confessio Amantis* (Fairf.) II. 1421 In his memoire The man which lith in purgatoire Desireth..To wite what him schal betide. **c1450** (*c*1375) CHAUCER *Anelida & Arcite* 14 This olde storie..That elde..Hath nygh devoured out of oure memorie. **1484** CAXTON tr. *Esope* II. ix, Good children ought..to..put in theyr hert & memory the doctryne..of theyr parentes. **1597** T. MORLEY *Plaine & Easie Introd. Musicke* 5, I should haue a verie good wit, for I haue but a bad memorie. **1624** T. HEYWOOD *Γυναικεῖον* III. 125 For this appear'd the blazing Star Yet fresh in our memory. **1692** R. L'ESTRANGE *Fables* ccliii. 323 Wherefore Parasites and Lyers had need of Good Memories. **1705** J. ADDISON *Remarks on Italy* Pref., I took care to refresh my Memory among the Classic Authors. **1788** A. HAMILTON *Federalist Papers* xxii. 140 The earl of Chesterfield (if my memory serves me right)..intimates that his success in an important negotiation, must depend on [etc.]. **1826** B. DISRAELI *Vivian Grey* VI. iii, A good memory is often as ready a friend as a sharp wit. **1852** H. B. STOWE *Uncle Tom's Cabin* xx. 213 Topsy had an uncommon verbal memory. **1903** 'O. HENRY' in *Munsey's Mag.* Apr. 128/2 'I've seen that fellow somewhere,' said Littlefield, who had a memory for faces. **1933** H. ALLEN *Anthony Adverse* I. II. ix. 113 The illiterate memory of the country-side was encouraged to forget that the..boy..had ever had a brother. **1951** R. HARLING *Paper Palace* (1952) 189 Perhaps you did not know, or it has slipped your memory. **1974** J. I. M. STEWART *Gaudy* (1975) xii. 219 College porters..are the men with the best memories in Oxford.

**b.** *Law.* [After Anglo-Norman *de bone* (also *seine*) *memoire*.] In the language of wills, etc.: ***of*** (also †***in***) †***good*** (also †***perfect***, †***safe***, ***sane***, ***sound***, †***whole***) ***memory***.

**1402** *Will* in R. W. Chambers & M. Daunt *Bk. London Eng.* (1931) 211, I John Girdeler of Harfeld, in god mynde and saf memorye, make my testement. **1483** *Act 1 Rich. III* c. 7 §3 Persons..within Age..or not of whole Memory at the Time of such Fine levied. **1642** tr. J. Perkins *Profitable Bk.* (new ed.) i. §22. 10 If a man being of good memorie make a Charter of Feofment. **1677** J. PEARSON *Minor Theol. Wks.* (1844) I. p. cxxx, I, John Pearson..being infirme, but in perfect memory. **1700** *Will* in *William & Mary Q.* (1923) **3** 246, I Wm. Byrd of the parish of Westopher..being in perfect Health & sound memory..do make ordain Constitute & appoint [etc.]. **1766** W. BLACKSTONE *Comm. Laws Eng.* II. 291 Idiots and persons of nonsane memory. **1820** J. GIFFORD *Compl. Eng. Lawyer* (ed. 5) 672, I, John Mills,..linen-draper, being of sound and disposing mind, memory, and understanding. **1826** W. ROBERTS *Treat. Wills* (ed. 3) I. 32 No person who is not of a reasonable mind and sane

memory can make any disposition by will. **1884** *Law Times* 1 Mar. 322/2 That a man should allege..he was not of sane memory in blemishment of himself. **1998** *Encycl. Forms & Precedents* (ed. 5) XLII. 54 It is necessary for the validity of a will that the testator should be of 'sound mind, memory and understanding'.

**†c.** [Prob. after Anglo-Norman and Middle French *revenir a sa memoire*.] ***to come to (one's) memory (again)***: to recover from unconsciousness, to regain one's senses. *Obs.*

***a*1450** (*c*1410) H. LOVELICH *Hist. Holy Grail* xlix. 267 Whanne they were comen to memorie Ageyn. **1532** (?*a*1400) *Romaunt Rose* 2412 Soone after al thy payn, To memorye shalt thou come agayn. **1753** S. RICHARDSON *Hist. Sir Charles Grandison* V. xxviii. 174, I have endeavoured to account for the noble behaviour of your sister; and am the less surprised at it, now she is come to her memory.

**d.** A device or facility functioning (as part of a computer, etc.) in a manner analogous to that of the human faculty of memory, *spec.* such that data or program instructions may be stored and then subsequently retrieved when required; (as a mass noun) capacity or facilities for storing data, etc., in this way.

**1945** J. P. ECKERT et al. *Descr. ENIAC* (PB 86242) (Moore School of Electr. Engin., Univ. Pennsylvania) iii. 1 The memory elements of the machine may be divided into two groups—the 'internal memory' and the 'external memory'. **1946** *N.Y. Times* 15 Feb. 16/4 Numerical values covering a wide range of scientific 'constants' are interjected as and when they are needed. There are four kinds of 'memory' in the Eniac to accomplish this. **1948** *Math. Tables & Other Aids Computation* **3** 123 The instructions governing the routine operations that the machine is to perform can be stored in the memory in exactly the same manner in which the numbers on which the machine is to operate are stored. **1957** D. D. MCCRACKEN *Digital Computer Programming* xvii. 200 The table look-up feature allows us to store two tables in memory. **1967** *Technol. Week* 23 Jan. 11/1 (*advt.*) Sigma 5's central processor..works even more efficiently with $500,000 worth of memory, peripherals and options than it does in its basic $90,000 configuration. **1984** *Which?* July 297/3, 23 per cent had bought extra memory for their computers. **1998** *What Cellphone* Nov. 68/2 The 8110i needs to keep a good deal of its memory free for Smart Messages.

**8. art of memory** [after post-classical Latin *ars memoriae*, *memoriae*

*ars*, frequent in titles of works on mnemonics in the late 15th and early 16th centuries], mnemonics; a system of mnemonic devices.

The title page of *Oratoriae Artis Epitomata*, a work by Jacobus Publicius printed at Venice in 1482, is app. the first to mention *memoriae ars*. For an earlier use of *ars memorie artificialis* in a 14th-cent. Italian source see F. A. Yates *Art of Memory* (1966) iv. 90.

**c1545** R. COPLAND tr. P. Tommai (*title*) The Art of Memory, that otherwyse is called the Phenix. **1594** T. NASHE *Vnfortvnate Traveller* 70 It is not possible for anie man to learne the Art of Memorie,..except he haue a naturall memorie before. **1605** BACON *Of Aduancem. Learning* II. sig. Pp2ᵛ, This Art of Memorie, is but built vpon two Intentions: the one Prænotion; the other Embleme. **1647** A. COWLEY *Soul* in *Mistress* iii, So that thy Parts become to me A kind of Art of Memory. **1653** R. SAUNDERS (*title*) Physiognomie..Whereunto is added the Art of Memorie. **1674** C. COTTON *Compl. Gamester* (1680) 99 This Art of Memory is a sport at which men may play for money. **1812** tr. G. von Feinaigle (*title*) The new Art of Memory. **1846** J. E. WORCESTER *Universal Dict. Eng. Lang.*, *Mnemotechny*.., the art of memory, or an artificial method of improving the memory. **1849** H. D. THOREAU *Week Concord & Merrimack Rivers* 113 His natural memory was very great, to which he added the art of memory. He would repeat to you forwards and backwards all the signs from Ludgate to Charing Cross. **1993** *Shakespeare Bull.* Summer 10/2 She talks about mnemonics..and relates the art of memory to principles of architecture and thought revealed in Shakespeare's Globe.

**III.** Something that perpetuates remembrance or stimulates the memory.

**†9.** A commemorative account, a memoir; a record of a person or event; a history. *Obs.*

***a*1420** LYDGATE *Troyyes Bk.* (Augustus) Prol. 216 Hiȝe prowes, whiche clerkis in memorie Han trewly set..And enlumyned with many corious flour Of rethorik. **1427** in H. Nicolas *Proc. & Ordinances Privy Council* (1834) III. 240 þees wordes..my..lord..commaunded forthwith shulde be enacted in memoire in tyme to come þat he wolde nevre varie fro hem. **?*a*1475** (?*a*1425) tr. R. Higden *Polychron.* (Harl.) II. 269 Cambises..vnder whom the memory of that woman Iudith happede. ***a*1540** R. BARNES *Wks.* (1573) 183 Wee doe not read in any memoryes, that our fathers haue left vs, that [etc.]. **1543** (1464) *Chron. J. Hardyng* (1812) 194 The kyng came home with honour and victorye As Flores saieth right in his memorye. **1572** R. HARRISON tr. Lavaterus *Of Ghostes* I. xv. 69 Immediatly after this Hystorie, he putteth an other more worthie

memorie than the formost. **1604** E. GRIMESTON tr. J. de Acosta *Nat. & Morall Hist. Indies* V. xii. 359 There are certaine memories and discourses which say, that in this Temple the Divell did speake visibly. **1673** J. RAY *Observ. Journey Low-countries* 6 There is no memory that these places were part of the Continent. **1730** A. GORDON tr. F. S. Maffei *Compl. Hist. Amphith.* 57 There is no Memory of any other [Amphitheatre] to be found on Medals.

**10.** **†a.** Something by which the memory of a person, thing, or event is preserved; a memento, a keepsake; a reminder. *Obs.*

**?c1425** in R. H. Robbins *Secular Lyrics 14th & 15th Cent.* (1952) 93 Wyche ys to yow a uery memery, and vn-to al othyr lorddys how they schale hem gy. **?a1439** LYDGATE tr. *Fall of Princes* (Bodl.) I. 4922 Mellager..for a memorie..Gaff hir the hed in tokne off this victorie. **1483** CAXTON tr. J. de Voragine *Golden Legende* 231/1 They fond hys rynge and one gloue whiche they brought agayn and that other the Sextayn reteyned for a wytnes and memorie. **a1525** (?a1513) W. DUNBAR *Poems* (Asloan) (1979) 6 Memore of sore, stern in aurore, Lovit with angellis stevyne. **1543** (1464) *Chron. J. Hardyng* (1812) cxxi. 235 The abbay of Batayle... He called it so then for a memorye Of his batayle. **1547** *Injunc. Edw. VI*, xxviii. cijb, That they shall take awaie..all shrines [etc.],..so that there remain no memory of the same, in walles, glasses, windowes, or els where. **1549** *Bk. Common Prayer* Communion, And did institute, and in his holy Gospell commaund us, to celebrate a perpetuall memory of that his precious death. **1575** in W. H. Turner *Select. Rec. Oxf.* (1880) 367 To remaine as a perpetuall memory and record of such orders. **1608** SHAKESPEARE *Lear* IV. vi. 7 These weeds are memories of those Worser howers. **1624** W. BEDEL *Copies Certaine Lett.* xi. 150 It is a memorie and representation of the true Sacrifice..made on the Altar of the Crosse.

**b.** *regional* (*Newfoundland*). A memorial wall hanging (see quot.).

**1972** T. F. NEMEC *Origins & Devel. Local Organization in Newfoundland Outport Communities* 212 Southern Avalon informants occasionally employ 'memory' to mean an embroidered wall-hanging upon which is inscribed the vital statistics of deceased kin.

**†11.** A memorial tomb, shrine, chapel, or the like; a monument. *Obs.*

**c1475** (?c1400) WYCLIF *Apol. Lollard Doctr.* 49 Men bigging þe memoryes of martres. **a1530** (c1425) ANDREW OF WYNTOUN *Oryg. Cron. Scotl.* (Royal) V. 1047 Off Saynt Petyr than made he A memore. **1579** W.

FULKE *Refut. Rastels Confut.* in *D. Heskins Ouerthrowne* 797 Miracles worked at their chappelles or memorie. ***a*1600** (*a*1500) *Sc. Troy Bk.* (Cambr.) II. 1170 in C. Horstmann *Barbours Legendensammlung* (1882) II. 260 One altere put ine-to þat place Inne Eccuba as memore was. **1641** J. MEDE *Apostasy Latter Times* 120 Those who approached the shrines of Martyrs, and prayed at their memories, and sepulchers. ***a*1684** J. EVELYN *Diary* anno 1656 (1955) III. 177 K. Coilus..of whom I find no memory, save at the pinacle of one of their Wool-staple houses..a statue of wood. **1691** A. WOOD *Athenæ Oxon.* I. 541 Jackson..was buried in the Inner Chappel..but hath no memory at all over his grave.

**IV.** Compounds.

**12.** General *attrib.* (chiefly in sense 1), as ***memory effect***, ***-idea***, ***-image***, ***-judgement***, ***-knowledge***, ***lapse***, ***-mirror***, ***-picture***, ***-process***, ***sketch***, ***†stone***, ***work***; (sense 7d) ***memory disk***, ***element***, ***location***, ***store***, ***unit***; objective and similative, as ***memory-bowed***, ***-haunted***, ***-haunting***, ***-jogging***, ***-lit***, ***-masking***, ***-moving***, ***-sweet*** adjs. **memory bank**, the memory device of a computer; also in extended use, esp. with reference to human memory. **memory-belief**, a memory implicitly believed though probably unverifiable. **memory board**, (*a*) a noticeboard or other board intended as an aid to the memory or as a record of past events, etc.; (*b*) *Computing*, a printed circuit board that can be slotted into a computer to provide additional memory. **memory book** *U.S.*, a blank book in which cuttings from newspapers and the like are pasted for preservation; a scrapbook; also *fig.* **memory cache** *Computing* = CACHE *n.* 3; so **memory caching**. **memory card**, (*a*) a card intended as an aid to the memory; (*b*) a card which incorporates some electronic memory, *esp.* one having the form of a printed circuit board with memory chips mounted on it; (*c*) = *smart card* s.v. SMART *a.* 15. **memory cell** [after German *Erinnerungszelle* (A. Horwicz *Psychologische Analysen* (1872) 288)], †(*a*) a nerve cell concerned with memory (*obs.*); (*b*) *Computing*, an identifiable or addressable unit of memory or data storage; *esp.* one with a capacity of one bit or one word; (*c*) *Physiol.*, a long-lived lymphocyte capable of responding to a particular antigen on its reintroduction, long after the exposure that prompted its production. **memory chip** *Computing*, a semiconductor chip made as a memory (e.g. a ROM or a RAM) containing many separately addressable locations. **memory cycle** *Computing*, (the time taken by) the process of replacing one unit of data in a memory by another. **memory device**, (*a*) a device to aid the memory; (*b*) a device functioning as (part of) a memory (sense 7d). **memory drug**, a drug supposed to improve the memory. **memory drum**, (*a*) *Psychol.*, a revolving device on which items to be

learned are successively presented; also in extended use; (*b*) a drum-shaped memory device in a computer. **memory hole**, (in G. Orwell's *Nineteen Eighty-Four*: see quot. 1949) a slot through which documents recording past events, etc., can be disposed of, as part of the manipulation of memories of the past; also *fig.* **memory lane** orig. *U.S.*, *fig.* in ***down memory lane*** and other phrases describing a sentimental journey through one's memories of a past time, experience, etc. **memory-man**, a person able to perform striking feats of memorization. **memory map** *Computing*, a diagram or description of the layout of data in a computer's memory. **memory mapping** *n. Computing*, the addressing of the control registers of peripheral devices as though they were locations in memory, or (more generally) the assignment of addresses to blocks of memory which differ from the actual locations of these blocks in hardware terms; an instance of this, or the function or technology enabling this; so **memory-mapped** *a.*, subject to or making use of such a process. **memory metal**, a metal alloy with the property of shape memory (see SHAPE *n.*[1] 17). †**memory-mountebank** *Obs.*, a quack exponent of mnemonics. **memory palace** = *memory theatre*; also in extended use. **memory root** *U.S. regional Bot.*, the Indian turnip, *Arisaema triphyllum*, an aroid plant with an acrid corm which causes a burning sensation when chewed; the corm itself. **memory span** *Psychol.*, the maximum number of items that can be recalled in the correct order immediately after a single presentation of them. **memory theatre**, (*a*) orig. and chiefly *hist.*, an imaginary building thought of as comprising various rooms and areas, each containing mnemonic objects and features that symbolize particular ideas, which can be visualized mentally as a systematic method of remembering those ideas; (*b*) a building, place, or structure that holds or evokes memories. **memory trace** *Psychol.*, a hypothetical trace left in the brain or nervous system by the act of memorizing something; = ENGRAM *n.*

> **1955** *Astounding Sci. Fiction* Jan. 56 The *memory banks of the computers would still contain all data pertaining to the course set for the EDS. **1970** E. TIDYMAN *Shaft* (1971) i. 16 Every face that passed him on the street became a deposit of his memory bank. **1983** *Listener* 28 July 26/1 Feed them into a computer whose memory-bank was stocked with every play ever written about the 'Irish problem' and what would come out might very well be *Indian Summer*. **1994** *Sight & Sound* Oct. 49/2 The cultural current that looks to loot the baby-boomer memory banks for recyclable cinematic ideas.

---

> **1921** B. RUSSELL *Anal. Mind* ix. 159 Everything constituting a *memory-belief is happening *now*. **1921** B. RUSSELL *Anal. Mind* ix. 159 It is not

logically necessary to the existence of a memory-belief that the event remembered should have occurred. **1925** C. D. BROAD *Mind & its Place* v. 233 Memory-beliefs..are not reached by inference. **1948** *Mind* **57** 17 According to this theory a memory-belief has an 'intrinsic' probability; it carries its evidence, as it were, on its face.

---

**1955** *Amer. Math. Monthly* **62** 622 The need for instant memorization arises when the classroom teacher states only once an expression written on the blackboard (*memory board). **1974** *Times Lit. Suppl.* 13 Dec. 1407/2 The tales vary from the complex and flowery to summaries so sparse they look like jottings on some medieval comic's memory-board. **1979** *Personal Computer World* Nov. 3 (*advt.*) Just add S100 Memory Boards—S100 disk controller boards—[etc.]. **1992** *Sun World* May 38/1 The performance is a bit sluggish, but would be improved if he could get his hands on a four-megabyte memory board.

---

**1868** *Christian Recorder* (Electronic text) 30 May, His order, intelligence, manly virtues,..[etc.], have..written his memory upon the pages of our *memory book in lines ineffaceable. **1875** L. LARCOM *Idyl of Work* x. 129 Others paste The window-sills with poem, story, sketch... I have a memory-book well filled so. **1931** *Publishers' Weekly* 14 Feb. 843/1 Another demand..is that for inexpensive memory books used by grammar school children. **1968** *Punch* 6 Mar. 342/3 She'd know deep down that she could never face them again until she could trot that damned Cirque out of her memory book. **1991** *Gulf Coast* May 64/1 When I see the dried corsage in my teenage memory book, I remember how very special I felt that night.

---

**1925** E. BLUNDEN *Eng. Poems* 28 And to my spirit *memory-bowed The world with all its wars and wails Seems turning slow.

---

**1989** *PC World* Oct. 88/2 The *memory cache is a relatively low 32K, which could create a slight bottleneck with large-memory applications in a multitasking environment. **1994** *New Jersey Computer User* Jan. 7/2 Such memory caches are a way to deliver memory speed while keeping costs down.

---

**1989** *PC Mag.* May 9 (*advt.*) As well as their new slimline casing, they also include advanced features like VGA graphics and disk and *memory caching. **1994** *New Jersey Computer User* Jan. 7/2 Memory caching puts more data in memory, so it's poised to be fed to the computer's processor.

---

**1959** *Public Opinion Q.* **23** 85 Respondents were stimulated by *memory cards. These cards contained a standardized number of media in four categories. **1968** *Western Electr. Engineer* Oct. 2/1 This information storage..is acomplished by the writing (magnetization or demagnetization) of permanent magnets located on memory cards, 128 of which are contained in each memory module. **1980** *ABA Banking Jrnl.* Sept. 93/1 Giant multinationals..are promoting 'carte a memoire' (memory card) systems. **1984** *Internat. Managem.* Jan. 35/2 It [*sc.* the smart card] incorporates a microchip, which contains both memory and microprocessing capacity (hence its alternative names: the 'chip card' and the 'memory card'). **1990** *Which?* Nov. 652/1 Memory cards are often much quicker than floppy disc drives when it comes to storing data. **1991** *Personal Computer World* Feb. 292/2 Our popular memory card comes populated with 2Mb of RAM and LIM 4.0 Expanded memory software.

---

**1892** C. C. VAN LIEW & O. BEYER tr. T. Ziehen *Introd. Physiol. Psychol.* 156 These numerous sensory cells transmit their excitation further to one other ganglion-cell, a *memory-cell. **1922** *Philos. Rev.* **31** 112 The failure to find a memory-cell. **1949** *Math. Tables & Other Aids Computation* **3** 346 The first block of orders are read from tape 1 into the I tank and thence to memory cells 0000 to 0060. **1982** *Sci. Amer.* Feb. 59/2 Each memory cell of the chip can be addressed independently. **1985** C. R. LEESON et al. *Textbk. Histol.* (ed. 5) v. 157/1 Memory cells may live for years without growing or dividing.

---

**1969** *IEEE Jrnl. Solid-state Circuits* **4** 295/1 Address selection of present semiconductor *memory chips is based on using the $2^n$ combinations of $n$ binary address bits. **1979** *Maclean's* 2 Apr. 38/3 In 1978 IBM unveiled a semiconductor memory chip containing 64,000 transistors. **1987** *Oxf. Mag.* No. 18. 9/2 It may even be possible one day for the whole *New OED* to be engraved on a single memory chip inside a computer. **1995** *Daily Tel.* 14 Nov. 18/6 Photography's future may well lie with filmless digital cameras which record still video images on to a memory chip.

---

**1948** *Math. Tables & Other Aids Computation* **3** 288 Since there are 32 words stored in each line, a complete *memory cycle has a duration of 360 microseconds. **1964** *Ann. N.Y. Acad. Sci.* **115** 655 Most of the LINC'S instructions require from one to four memory-cycle times of eight microseconds each for execution. **1980** C. S. FRENCH *Computer Sci.* xxix. 244 The hardware continues automatically to steal memory cycles..until

the counter indicates that the transfer of all characters is complete.

---

**1914** *Amer. Math. Monthly* **21** 51 (*heading*) Note on a *memory device for hyperbolic functions. **1929** *Speculum* **4** 397 It would seem to me more logical to assume that Guido..used Paul's hymn as a memory device, and in so doing, changed Do to Ut. **1946** *Math. Tables & Other Aids Computation* **2** 100 The basic electronic memory device of the ENIAC is the flip-flop or trigger. **1959** *Times* 9 Oct. 7/4 On a memory device within the machine are stored details of the votes going to each candidate in each constituency in 1955. **1998** P. CERUZZI *Hist. Mod. Computing* i. 38 After the War, the drum emerged as a reliable, rugged, inexpensive, but slow memory device.

---

**1961** *Flight* **79** 464/1 The equipment contains 10,000 diodes, 1,500 transistors, 3,500 resistors, 670 capacitors and a *memory disc. **1991** *N.Y. Times* 13 Feb. B9/3 These CD-ROM's, as they are known, have much greater capacity than older style memory disks.

---

**1965** M. SPARK *Mandelbaum Gate* v. 129 Are these the *memory drugs? **1996** B. STERLING *Holy Fire* 8 'Do you ever do mnemonics, Mia?' 'Yes. I've done memory drugs.'

---

**1933** *Jrnl. Higher Educ.* **4** 442/2 The *memory drum of the psychologist which revolves before a slot, exposing phrases and words in their proper order. **1953** C. E. OSGOOD *Method & Theory Exper. Psychol.* III. xii. 502 Lists of 12 nonsense syllables..are learned in constant order on a memory drum. **1959** *Amer. Math. Monthly* **66** 844 (*advt.*) Other projects involve a new ferrite core..and a one-million bit magnetic memory drum weighing only five pounds. **1964** C. DENT *Quantity Surveying by Computer* iii. 22 The memory drum of a Pegasus computer. **1971** *Jrnl. Gen. Psychol.* **85** 137 Whether the results would be similar to those found with the use of the more..traditional memory drum.

---

**1912** *Jrnl. Philos., Psychol. & Sci. Methods* **9** 515 At least a week intervened between one judgment and the next. There was no clear evidence of decided *memory effect except [etc.]. **1949** *Jrnl. Amer. Statist. Assoc.* **44** 481 Any systematic variation with age at interview could..be interpreted as reflecting either memory effects or time trends. **1957** *Jrnl. Chem. Physics* **27** 93/2 'Memory' effects..can occur particularly in nucleation processes involving condensed phases. **1972** *Sci. Amer.* Nov. 40/2 Hysteresis arises because of memory effects in the magnetic materials surrounding the coil. **1982** *Giant Bk. Electronics*

*Projects* viii. 364 Another item worth mentioning here is the memory effect of nicads.

---

**1945** J. P. ECKERT et al. *Descr. ENIAC* (PB 86242) (Moore School of Electr. Engin., Univ. Pennsylvania) iii. 1 The *memory elements of the machine may be divided into two groups—the 'internal memory' and the 'external memory'. **1994** *Pop. Sci.* Mar. 40/1 If a memory element switches from '0' to '1', the mirror above it will also instantly flip positions.

---

**1845** L. J. PEIRSON *Forest Leaves* 135 The..heart..Which lives..Within a cold and *memory-haunted breast. **1983** *Listener* 6 Jan. 27/3 The score, plangent and memory-haunted.., is beautifully persuasive.

---

**1836** C. G. F. GORE *Mrs. Armytage* II. ix. 139 Faded garlands, fragments of broken glasses, the smell of lamp-oil, the *memory-haunting grunt of the violoncello. **1899** E. J. CHAPMAN *Drama Two Lives* 14 Many a memory-haunting face. **1931** *Good Housek.* Dec. 132/2 (*advt.*) Heart-stirring, memory-haunting Coty odeurs are what every woman secretly hopes for.

---

**1949** 'G. ORWELL' *Nineteen Eighty-four* I. 40 When one knew that any document was due for destruction, or even when one saw a scrap of waste paper lying about, it was an automatic action to lift the flap of the nearest *memory hole and drop it in, whereupon it would be whirled away on a current of warm air to the enormous furnaces which were hidden somewhere in the recesses of the building. **1956** *Amer. Polit. Sci. Rev.* **50** 331 This precept is..the most difficult to abridge, to 'correct' later, and even if next week it is suppressed it cannot easily be evaporated in a 'memory hole'. **1989** *Dillons Bks.* Aug. 16/4, I suspect that all the difficult material has simply disappeared into a 'memory hole'.

---

**1894** J. E. CREIGHTON & E. B. TITCHENER tr. W. M. Wundt *Lect. Human & Animal Psychol.* xix. 282 *Memory-ideas [Ger. *Erinnerungsvorstellungen*] are aroused by sense-perceptions, and again interrupted by new impressions.

---

**1882** tr. W. Preyer in *Mind* 7 423 When now this representation has often arisen, the single perceptions necessary to its formation become associated more and more closely. If then *one* of the latter appears, the *memory-images [Ger. *Erinnerungsbilder*] of the others arises through

[etc.]. **1964** M. CRITCHLEY *Developmental Dyslexia* viii. 52 Orton believed that during the normal processes of early visual education, storage of memory-images of letters and words takes place in both hemispheres. **1982** P. C. BIRKINSHAW *UCT Stud. in Eng.* (Univ. Cape Town) Oct. 48 The memory-images of things/ideas and the word-images that have become linked to them by association, reciprocally stimulate each other as we speak and listen.

---

**1979** *Washington Post* (Nexis) 3 Aug. D5 State your name, plus *memory-jogging statement, such as 'Carter, like the president.' **1986** *Grimsby Evening Tel.* 15 May 4/4 Manuals are given to improve punctuation and spelling, with memory-jogging layout and display guides.

---

**1894** *Philos. Rev.* **3** 623 The perception-judgment corresponds to the present point, *memory-judgments of greater or less certainty to the different past points in the subjective time continuum. **1937** *Mind* **46** 211 The only natural interpretation is to take it as questioning not the accuracy of memory-judgments but the worth of clear and distinct perception itself.

---

**1917** J. B. BAILLIE in *Mind* **26** 249 (*title*) On the nature of *memory-knowledge. **1921** B. RUSSELL *Anal. Mind* ix. 157, I shall attempt the analysis of memory-knowledge..because memory, in some form, is presupposed in almost all other knowledge. **1991** *Philos. Rev.* **100** 14 If Divid has, in his left stream, introspective knowledge about that stream, then he also has, in his left stream, memory knowledge about that stream.

---

**1903** R. H. ELKIN *Memory Lane* (song) 2 Come let us wander..Among the haunts of *Memory Lane, Where ev'ry bud of days gone by Has blossomed into joy or pain. **1924** B. G. DE SYLVA *Memory Lane* (song) 3, I am with you Wandering through Memory Lane; Living the years, Laughter and tears, over again. **1946** W. M. ROGERS (*title*) Down memory lane. **1958** *Times* 5 June 16/6 *Liberty Hall*, an unhappily managed trip down memory lane. **1967** A. WILSON *No Laughing Matter* IV. 422 You were all down Memory Lane, no doubt, judging by the laughter. **1977** *Pacific Affairs* **52** 145 Abe..treks back along a shadowy, blurred memory lane, picking up deformed, fuzzy fragments on the way. **1984** *Times* 25 Aug. 1/2 There were rousing rhetorical flourishes and tear-jerking journeys down memory lane.

---

Oxford English Dictionary: memory, n. Page 23 of 27

**1893** *Philos. Rev.* **2** 354 *Memory lapses, or the momentary fluctuation of ideas in and out of consciousness. **1968** *Speculum* **43** 186 Modern novelists have committed grosser memory lapses in the 20th-century counterpart of cyclical romances. **1992** *New Scientist* 3 Oct. 19/1 This [*sc.* high-pressure nervous syndrome] causes intense trembling and memory lapses.

---

**1933** W. DE LA MARE *Fleeting* 72 Those eyes that, *memory-lit, Now ponder on my own.

---

**1948** *Math. Tables & Other Aids Computation* **3** 48 Problems whose solution is desired to greater accuracy than corresponds to the fixed number of digits permitted in a single *memory location of the machine. **1991** *Process Engin.* Aug. 52/1 Burst Bus is claimed to enhance performance and cut DRAM access time by allowing the reading of consecutive memory locations into internal caches.

---

**1815** T. MOORE *Epil. to Lady Dacre's Ina* 35 Nothing can surpass the plan Of that Professor—(*trying to recollect*) psha!—that *Memory-man. **1969** *Observer* 26 Jan. 28/7 Eventually he became a mnemonist or professional 'memory man'. **1975** *Listener* 13 Mar. 326/3 Note-taking was..forbidden in the Public Galleries, so there developed a special breed of memory-men who could listen to a speech..and transcribe it virtually word for word, from memory. **1989** K. ISHIGURO *Remains of Day* (BNC), To..put to him random questions of the order of, say, who had won the Derby in such and such a year, rather as one might to a Memory Man at the music hall.

---

**1966** C. J. SIPPL *Computer Dict. & Handbk.* 190/2 The *memory map is a listing of all variables, constants, and statement identifiers in a FORTRAN program and the storage location assigned to each. **1985** *Personal Computer World* Feb. 211/1 The QL has a much more complicated memory map than, for example, the Spectrum. **1993** P. OUELLETTE *Deus Machine* xvi. 219 Most things in a memory map tend to have a single address or a brief series of addresses, as do people in the phone book.

---

**1976** *New Electronics* 7 Sept. 20/1 In some applications..it may be necessary to transfer data in parallel format... This can be designed into the system by utilising the technique of *memory mapped I/O. **1988** *Integration* (Texas Instrum. Ltd.) June 16/4 (*advt.*) Memory-mapped Inputs/outputs..shouldn't be a secret any longer for readers.

---

**1970** *Adv. Instrumentation: Proc. 25th Ann. ISA Conf.* **25** 540/1 Among the features..are a FORTRAN IV language with..a drum/disc *memory mapping system for both control and non-control programming. **1993** *Proc. 17th Ann. Internat. Computer Software & Applications Conf.* 294/1 Memory-mapping is an operating system supported facility..Memory mapping allows a segment of non-volatile memory to be mapped into a process address space.

---

**1923** E. BLUNDEN *To Nature* 37 I'm not rejected then, my mind's delight Was not a play of *memory-masking fancy.

---

**1982** *Summary of World Broadcasts Pt. 1: U.S.S.R.* (B.B.C.) 5 Aug. SU/7096/D/1 Sleeving made of '*memory metal'..shrinks to a predetermined form at room temperature to form a hermetic seal. **1984** *Austral. Transport* Feb. 26 Other developments being explored include the use of memory metal in cats' eyes to warn of freezing road surfaces. **1997** *Star-Tribune* (Minneapolis) (Nexis) 10 Dec. 22A, He opened one of two dime-size umbrellas made of memory metal and pulled it against the far side of the septum.

---

**1938** R. GRAVES *Coll. Poems* 163 Where port in Limerick glasses Glows twice as red reflected In the *memory-mirror of the waxed table. **1939** S. SASSOON *Rhymed Ruminations* 20 Reflective stands My memory-mirror in the autumn dusk.

---

**1642** T. FULLER *Holy State* III. x. 174 The artificiall rules which..are delivered by *Memory-mountebanks.

---

**1908** T. HARDY *Dynasts* III. v. v. 212 Amid no *memory-moving urgencies.

---

[**1631** W. WATTS tr. St. Augustine *Confessions* X. viii. 590, I come to these fields and spacious palaces of my Memory [L. *campos et lata praetoria memoriae*].] **1984** J. D. SPENCE (*title*) The *memory palace of Matteo Ricci. **1984** *N.Y. Times* (Nexis) 21 Nov. C18 [Matteo Ricci] showed the Chinese how to construct a 'memory palace'—an imaginary palace in which they were to picture successive rooms and apartments housing images that represented different types of knowledge. **1986** *N.Y. Times* (Nexis) 16 Nov. II. 33 There are..11 tall dioramas, designed like pop-up cartoons and called 'memory palaces', each of which illustrates one of Mr.

Moore's design principles. **1992** *Boston Globe* (Nexis) 20 Mar. (Living section) 25 The Opera House is the kind of memory palace that gives a town its selfhood. It has..become an architectural scrapbook of local history. **1993** *Observer* (Nexis) 14 Nov. (Life Suppl.) 4 Maxis's idea was to develop a programme that used virtual space to bring different sources of information together into manageable forms. Fans of William Gibson's cyberpunk SF novel Neuromancer might see The Metaphor Mixer as a rudimentary version of his 'cyberspace'... Others might see a modern version of the 'memory palaces' constructed by medieval thinkers. **1997** *N.Y. Times* (Nexis) 6 Apr. VII. 26 Mr. Nooteboom..appears in these essays as a dreamer for whom every monument, every work of art transforms itself into a memory palace that unlocks Spain's history.

---

**1860** *Southern Lit. Messenger* Jan. 28 (*heading*) *Memory pictures. **1862** *Continental Monthly* June 678/2 What piquant anecdotes she could favor us with, would she but draw some memory-pictures for us! **1991** D. LODGE *Paradise News* I. ii. 25 There came unbidden into his mind a memory-picture of Daphne.

---

**1896** *Psychol. Rev.* **3** 265 We doubt whether any method which submits the eye and the ear to a test upon the peculiarities of the *memory processes can hope to avoid the difficulty. **1980** *Lancet* 16 Feb. 335/2 Pharmacological data showing that cholinergic neurons are involved in memory processes.

---

**1892** C. F. MILLSPAUGH *Medicinal Plants* 167-2 The corms..have a severely acrid juice, imparting an almost caustic sensation to the mucus membranes..when chewed. This action upon the mouths of school-boys, who often..play the trick of inviting bites of the corm upon each other, gave rise to the common name, '*memory root', as they never forget its effects. **1971** A. KROCHMAL et al. *Guide Medicinal Plants Appalachia* 62 *Arisaema triphyllum*..memory root, pepper turnip. **1975** *Mountain Eagle* (Whitesburg, Kentucky) 26 June B3 A third name for the plant [*sc.* jack-in-the-pulpit] is 'memory Root' [*sic*] because, once tasted raw, it cannot ever be forgotten.

---

**1894** *New Eng. Mag.* Aug. 698/2 One wall of the studio was to be kept clear, and every scholar was to make her daily *memory sketch and pin it thereon. **1925** R. FRY *Let.* 7 Sept. (1972) II. 581, I managed to do one picture... This is a memory sketch of the composition.

---

**1897** *Amer. Jrnl. Psychol.* **9** 567 A method free from most of these

defects was found in testing the *memory span with numerals read..in time with a pendulum. **1912** *Jrnl. Philos., Psychol. & Sci. Methods* **9** 291 These tests were designed to measure any improvement or increase..in the power of immediate recall (immediate visual memory span). **1930** R. S. WOODWORTH *Psychol.* (ed. 8) iii. 76 If the list of numbers to be memorized exceeds the memory span, several readings are necessary before it can be recited. **1969** C. N. COFFER in G. A. Talland & N. C. Waugh *Pathol. Memory* 219, I would anticipate that the first locus of pathology would lie in the memory span, that is, the size of the core of actually retained list members.

---

**1845** E. COOK *Poems* 2nd Ser. 167 None that deck thy *memory stone.

---

**1958** *Science* 30 May 1271/2 The reader should trace out what happens to the net when *a* fires alone, and when *a* and *b* fire together... The loop will be seen to be the *memory store. **1964** C. DENT *Quantity Surveying by Computer* iii. 19 For the computer's main memory store, magnetic core storage is now frequently used. **1986** *Science* 28 Feb. 941/2 Simple memory organization schemes and search algorithms may prove inadequate for such large memory stores.

---

**1938** W. DE LA MARE *Memory* 3 Still *memory-sweet its old decoy.

---

**1966** F. A. YATES *Art of Memory* v. 128 We are now at last prepared to begin the study of the Renaissance transformation of the art of memory, taking as our first example..the *Memory Theatre of Giulio Camillo. **1966** M. MCLUHAN *Let.* 1 Dec. (1987) 339 Vico was the first to spot language itself as a memory theatre. **1966** M. MCLUHAN *Let.* 1 Dec. (1987) 339 The medieval cathedrals were memory theatres. **1995** *Renaissance Q.* **48** 134 This type of narrative functions in a way analogous to a contemporary memory theater.

---

**1901** *Mind* **10** 252 All *memory-traces retained in the nervous system co-operate with the sensations in discharging, reinforcing, inhibiting or modifying reflexes. **1924** J. RIVIERE et al. tr. Freud *Coll. Papers* I. 63 Both the memory-trace and the affect attached to the idea are there once and for all. **1967** E. R. HILGARD & R. C. ATKINSON *Introd. Psychol.* (ed. 4) xii. 321/2 This particular hypothetical construct means that the memory trace does exist and that we may some day discover its nature... Hydén has proposed the theory that ribonucleic acid (RNA) might well be the complex molecule that serves as a chemical mediator for memory. **1992** *Appl. Linguistics* **13** 291 Even the storage of a simple memory trace may

involve several million neurons.

---

**1947** D. R. HARTREE *Calculating Machines* 12 The components carrying out these functions may not all be physically distinct; for example a single unit may act both as an adding unit and a *memory unit. **1959** *Science* 16 Oct. 957/1 Although tables of probabilities..containing over 300 items were used in the present study, they did not exhaust the capacity of the computer's memory unit. **1990** *N.Y. Times* 2 Oct. C1/4 The memory unit in a critical control system began spitting out garbled data.

---

**1884** C. DICKENS in *All Year Round* 130/1 Others, whose brains have become more or less addled under the pressure of '*memory work'. **1939** F. J. BROWN *Sociol. Childhood* 456 It has..encouraged or even compelled him to do 'memory work'.

---