# EXHIBIT D

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

JESS STEIN
Editor in Chief

LAURENCE URDANG
Managing Editor

© Copyright, 1967, 1966 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions

PUBLISHED IN NEW YORK BY RANDOM HOUSE, INC.
AND SIMULTANEOUSLY IN TORONTO BY RANDOM HOUSE OF CANADA LIMITED

*The Random House Dictionary of the English Language* and its abbreviations *RHD* and *RHDEL* are trademarks of Random House, Inc.

a. s/mm

Library of Congress Catalog Card Number: 67-12237

Entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright, 1954, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright, 1954, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., © Copyright, 1957, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, © Copyright, 1959, by Random House, Inc.

*Major Dates in World History*, edited by Charles D. Lieber and Anne Dyer Murphy, © Copyright, 1964, by Random House, Inc.

Entire contents of the *Atlas* and the index to the maps, © Copyright, 1966, by C. S. Hammond & Company.

*Chart of Periodic Table of the Elements*, © Copyright, 1964, by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright, 1950, © 1956, by Alfred A. Knopf, Inc.

Manufactured in the United States of America

2. nouns ending in elements resembling words that form their plurals in a different way.

**mon·goose** (moŋ′gōōs′, mon′-), *n., pl.* **-goos·es.** **1.** a slender, ferretlike carnivore, *Herpestes edwardsii,* of

3. nouns about which there might be confusion as to the pronunciation of the plural.

**house** (*n., adj.* hous; *v.* houz), *n., pl.* **hous·es** (hou′ziz), *v.,* **housed, hous·ing,** *adj.* **—*n.*** **1.** a building in which

**path** (path, päth), *n., pl.* **paths** (pat͟hz, pät͟hz, paths, päths). **1.** a way beaten or trodden by the feet of men

**pet·it four** (pet′ē fôr′, fôr′; *Fr.* pə tē fōōʀ′), *pl.* **pet·its fours** (pet′ē fôrz′, fôrz′; *Fr.* pə tē fōōʀ′). a small teacake, variously frosted and decorated. [< F:

**pe·so** (pā′sō; *Sp.* pe′sô), *n., pl.* **-sos** (-sōz; *Sp.* -sôs). **1.** a silver and copper coin and monetary unit of Mexi-

4. entries of two or more words about which there might be confusion as to which element is pluralized.

**ad′jutant gen′eral,** *pl.* **adjutants general. 1.** *U.S. Army.* **a. the Adjutant General,** the chief administrative officer of the Army. **b.** an adjutant of a unit having a general staff, usually an officer of the Adjutant General's Corps. **2.** a high, often the highest, officer of the

C. Where variant inflected forms occur, all forms are shown, with labels when appropriate.

**la·bel** (lā′bəl), *n., v.,* **-beled, -bel·ing** or (*esp. Brit.*) **-belled, -bel·ling. —*n.*** **1.** a slip of paper or other ma-

**break** (brāk), *v.,* **broke** or (*Archaic*) **brake; bro·ken** or (*Archaic*) **broke; break·ing;** *n.* **—*v.t.*** **1.** to smash,

**bass**[2] (bas), *n., pl.* (*esp. collectively*) **bass,** (*esp. referring to two or more kinds or species*), **bass·es. 1.** any of

D. Where two inflected forms are given for a verb, the first is the past tense and the past participle and the second is the present participle.

**love** (luv), *n., v.,* **loved, lov·ing. —*n.*** **1.** the profoundly

E. Where three inflected forms are given for a verb, the first is the past tense, the second is the past participle, and the third is the present participle.

**run** (run), *v.,* **ran, run, run·ning,** *n., adj.* **—*v.i.*** **1.** to

F. Inflected forms are not generally shown for:

1. nouns whose plural is formed by the addition of *-s* (dog, dogs) or *-es* (class, classes).
2. verbs whose past tense is formed by the addition of *-ed* with no alteration of the spelling, whose past participle is formed by the addition of *-ed* with no alteration of the spelling, and whose present participle is formed by the addition of *-ing* with no altera-

entry word in the idiom, and not on the grammatical function of the idiom in a sentence. Idioms are listed in alphabetical order after the definitions for the part of speech under which they appear. However, no distinction is made between transitive and intransitive verbs, and verbal idioms are listed after the last verb definition. Idiom definitions may be given the same types of restrictive labels as any other definitions.

**sack**[1] (sak), *n.* **1.** a large bag of strong, coarsely woven material, as for grain, potatoes, coal, etc. **2.** the amount a sack holds. **3.** *U.S.* any bag: *a sack of candy.* **4.** Also, **sacque. a.** a loose-fitting dress, as a gown with a Watteau back, esp. one fashionable in the late 17th century and much of the 18th century. **b.** a loose-fitting coat, jacket, or cape. **5.** *U.S. Slang.* bed: *I bet he's still in the sack.* **6.** *Slang.* dismissal or discharge, as from a job. **7.** *Baseball Slang.* a base. **8. hit the sack,** *Slang.* to go to bed; go to sleep: *He never hits the sack before midnight.* **9. hold the sack.** See **bag** (def. 12). **—*v.t.*** **10.** to put into a sack or sacks. **11.** *Slang.* to dismiss or discharge, as from a job. **12. sack out,** *Slang.* to go to bed; fall asleep: *even too tired to sack out.* [ME *sak* < OE *sacc* < L *sacc(us)* bag, sackcloth < Gk *sákkos* < Sem (Heb *saq*); cf. Goth *sakkus* < Gk] **—sack′like′,** *adj.* **—Syn. 1.** See **bag.**

D. Where two or more definitions belong to the same labeled subject field, they may be marked with boldface letters under the same definition number.

**Pal·las** (pal′əs), *n.* **1.** *Class. Myth.* **a.** a name given to or used with the name of Athena. **b.** a daughter of Triton who was killed while playing with the youthful Athena. The goddess adopted her name and made an effigy of her. **2.** *Astron.* the second largest and one of the four brightest asteroids. **3.** a walled plain in the second quadrant of the face of the moon: about 30 miles in diameter.

E. Where an idiomatic phrase has two or more meanings, each meaning is marked with a boldface letter and the idiom itself is listed only once.

**break . . . 75. break in, a.** to enter by force or craft: *Someone broke in and made off with all the furniture.* **b.** to train; accustom; initiate: *The boss is breaking in a new assistant.* **c.** to begin to wear or use: *These shoes haven't been broken in.* **d.** to interrupt: *She broke in with a non sequitur.* **e.** to run (new machinery) initially under reduced load and speed, until any

F. For meanings using the entry word in a form slightly different from that shown at the main entry, as with a capital letter or a lower case letter or in italic type, the changed form is indicated at the beginning of the definition.

**pa·cif·ic** (pə sif′ik), *adj.* **1.** tending to make peace; conciliatory: *pacific overtures.* **2.** not warlike; peaceable; mild: *a pacific disposition.* **3.** at peace; peaceful: *a pacific era in history.* **4.** calm; tranquil: *The Wabash is a pacific river.* **5.** (*cap.*) of or pertaining to the Pacific Ocean. **6.** (*cap.*) of or pertaining to the region bordering on the Pacific Ocean: *the Pacific States.* **—*n.*** (*cap.*)

B. If the label applies to a certain part of speech only, it follows the part-of-speech label and precedes the subsequent definition numbers.

**trump**[1] (trump), *n.* **1.** *Cards.* **a.** any playing card of a suit that for the time outranks the other suits, such a card being able to take any card of another suit. **b.** Often, **trumps.** (*construed as sing.*) the suit itself. **2.** *Informal.* a fine person; brick. **—*v.t.*** **3.** *Cards.* to take with a trump. **4.** to excel; surpass; outdo. **—*v.i.*** **5.** *Cards.* **a.** to play a trump. **b.** to take a trick with a trump.

C. If the label applies to a certain definition only, it follows the definition number and precedes the text of the definition.

**a·vun·cu·lar** (ə vuŋ′kyə lər), *adj.* **1.** of, pertaining to, or characteristic of an uncle: *avuncular affection.* **2.** *Obs.* of or pertaining to a pawnbroker. [< L *avuncu-*

D. If a definition has two or more lettered parts and the label applies to both, it precedes the first letter.

**hi·lum** (hī′ləm), *n.* **1.** *Bot.* **a.** the mark or scar on a seed produced by separation from its funicle or placenta. **b.** the nucleus of a granule of starch. **2.** *Anat.* the region at which the vessels, nerves, etc., enter or emerge from

E. If the label applies to only one of the lettered parts, it follows that letter.

**high′ sea′, 1.** the sea or ocean beyond the three-mile limit or territorial waters of a country. **2.** Usually, **high seas. a.** the open, unenclosed waters of any sea or ocean; common highway. **b.** *Law.* the area within which transactions are subject to court of admiralty jurisdic-

F. If the label applies to a definition that consists of two or more lettered parts, and one of them has an additional label, the subject label precedes the number and the additional label follows the letter.

**beard** (bērd), *n.* **1.** the growth of hair on the face of an adult man, often including the mustache. **2.** *Zool.* a tuft, growth, or part resembling or suggesting a human beard, as the tuft of long hairs on the lower jaw of a goat, the cluster of fine, hairlike feathers at the base of the bill of certain birds, etc. **3.** *Bot.* a tuft or growth of awns or the like, as in wheat, barley, etc. **4.** a barb or catch on an arrow, fishhook, knitting needle, crochet needle, etc. **5.** Also called **neck.** *Print.* **a.** *U.S.* the sloping part of a type which connects the face with the shoulder of the body. **b.** *Brit.* the space on a type between the bottom of the face of an x-high character and the edge of the body, comprising both beard and shoulder. **c.** the cross stroke on the stem of a capital G. See diag. under **type.**

## VII. CROSS REFERENCES

Main entries are defined under the form most commonly encountered in contemporary English, and therefore most likely to be looked up by the user of the dictionary. Other forms, as less common terms, other names for an entry, or shortened forms, may be listed in their own alphabetical places and may also be shown at the

**love** (luv), *n.*, *v.*, **loved, lov·ing.** —*n.* **1.** the profoundly

E. Where three inflected forms are given for a verb, the first is the past tense, the second is the past participle, and the third is the present participle.

**run** (run), *v.*, **ran, run, run·ning,** *n.*, *adj.* —*v.i.* **1.** to

F. Inflected forms are not generally shown for:

1. nouns whose plural is formed by the addition of *-s* (dog, dogs) or *-es* (class, classes).
2. verbs whose past tense is formed by the addition of *-ed* with no alteration of the spelling, whose past participle is formed by the addition of *-ed* with no alteration of the spelling, and whose present participle is formed by the addition of *-ing* with no alteration of the spelling (*talk, talked, talking*).
3. the third person singular, present tense of verbs, with the exception of auxiliary verbs.

## V. DEFINITIONS

A. Definitions within an entry are individually numbered in a single sequence, regardless of any division according to part of speech. The most common part of speech is listed first, and the most frequently encountered meaning appears as the first definition for each part of speech. Specialized senses follow, and rare, archaic, and obsolete senses are usually listed at the end of their part of speech group. This order is changed in those cases where it is desirable to group related meanings together.

B. Idioms appear in boldface type under the main entry word whose use in the idiom is least clear or denotative, unless that word is a preposition or an adverbial particle. When more than one such word is used, the idiom is usually listed under the entry for the first word, with a cross reference under the other or others.

**pat**[1] (pat), *v.*, **pat·ted, pat·ting,** *n.* —*v.t.* **1.** to strike lightly or gently with something flat, as with a paddle or the palm of the hand, usually in order to flatten, smooth, or shape: *to pat dough into pastry forms.* **2.** to stroke or tap gently with the palm or fingers as an expression of affection, approbation, etc. **3.** to strike (the floor, ground, etc.) with light footsteps. —*v.i.* **4.** to strike lightly or gently. **5.** to walk or run with light footsteps. **6. pat on the back,** *Informal.* to encourage, congratulate, or praise: *He has been patting himself on the back for the deal he made yesterday.* —*n.* **7.** a light stroke, tap, or blow with the palm, fingers, or a flat object. **8.** the sound of a light stroke or of light footsteps. **9.** a small piece or mass, usually flat and square, formed by patting, cutting, etc.: *a pat of butter.* **10. a pat on the back,** *Informal.* a word of encouragement or praise: *Everyone needs a pat on the back now and then.* [ME; perh. var. of PUTT]

**back**[1] . . . **28. pat on the back.** See **pat**[1] (defs. 6, 10).

C. The part of speech under which an idiom appears depends on the grammatical function of the main *a new assistant.* **c.** to begin to wear or use: *These shoes haven't been broken in.* **d.** to interrupt: *She broke in with a non sequitur.* **e.** to run (new machinery) initially under reduced load and speed, until any

F. For meanings using the entry word in a form slightly different from that shown at the main entry, as with a capital letter or a lower case letter or in italic type, the changed form is indicated at the beginning of the definition.

**pa·cif·ic** (pə sif′ik), *adj.* **1.** tending to make peace; conciliatory: *pacific overtures.* **2.** not warlike; peaceable; mild: *a pacific disposition.* **3.** at peace; peaceful: *a pacific era in history.* **4.** calm; tranquil: *The Wabash is a pacific river.* **5.** (*cap.*) of or pertaining to the Pacific Ocean. **6.** (*cap.*) of or pertaining to the region bordering on the Pacific Ocean: *the Pacific States.* —*n.* (*cap.*) **7.** See **Pacific Ocean. 8.** a steam locomotive having a four-wheeled front truck, six driving wheels, and a

G. For meanings using a singular entry in the plural form or a plural entry in the singular form, the changed form is spelled out at the beginning of the definition.

**ten·pin** (ten′pin′), *n.* **1.** one of the pins used in tenpins. **2. tenpins,** (*construed as sing.*) a form of bowling, played with ten wooden pins at which a ball is

H. When there is some question as to whether an entry that is plural in form is used with a singular verb or a plural verb, an appropriate statement, in parentheses and italics, follows the entry. A similar statement may follow the changed form of an entry that appears at the beginning of a specific definition. (See above, V, G.)

**pros·tho·don·tics** (pros′thə don′tiks), *n.* (*construed as sing.*) the branch of dentistry that deals with the restoration and maintenance of oral function by the

## VI. RESTRICTIVE LABELS

Entries that are limited, in whole or in part, to a particular region, time, subject, or level of usage, are marked with appropriate labels, as *U.S.*, *Brit.*, *Australian*, *Canadian; Archaic, Obs.; Physics, Chem.; Slang, Informal.* Sometimes labels are combined: *Railroads Slang.*

A. If the label applies to the entire entry, it appears before the first part-of-speech label if there is more than one part of speech and after it if there is only one part of speech.

**la·bi·o·ve·lar** (lā′bē ō vē′lər), *Phonet.* —*adj.* **1.** pronounced with simultaneous bilabial and velar articulations, as *w.* —*n.* **2.** a labiovelar speech sound. [LABIO-

**fi·ne**[3] (fē′nā), *n. Music.* **1.** the end of a repeated section, whether *da capo* or *dal segno.* **2.** the end of a composition that is comprised of several movements. [< It

needle, etc. **5.** Also called **neck.** *Print.* **a.** *U.S.* the sloping part of a type which connects the face with the shoulder of the body. **b.** *Brit.* the space on a type between the bottom of the face of an x-high character and the edge of the body, comprising both beard and shoulder. **c.** the cross stroke on the stem of a capital G. See diag. under **type.**

## VII. CROSS REFERENCES

Main entries are defined under the form most commonly encountered in contemporary English, and therefore most likely to be looked up by the user of the dictionary. Other forms, as less common terms, other names for an entry, or shortened forms, may be listed in their own alphabetical places and may also be shown at the entry that is defined. Various kinds of relationships between entries may also be indicated.

### A. Variants

1. Common variant spellings are usually shown, in boldface type, at the form of the entry that is defined. They are preceded by "Also," and followed by a period. Variant names for an entry may be similarly shown, preceded by "Also called." Either kind of variant may be shown with an appropriate restrictive label.

**pre·em·i·nence** (prē em′ə nəns), *n.* state or character of being preeminent. Also, **pre-em′i·nence, pre·ëm′i·nence.** [ME < LL *praeëminentia.* See PREEMINENT

**Ched·dar** (ched′ər), *n.* a hard, smooth-textured, processed cheese, made usually from the whole milk of cows and varying in color from white to deep yellow. Also called **Ched′dar cheese′.** [named after *Cheddar,* village

**val·or** (val′ər), *n.* boldness or determination in facing great danger, esp. in battle; heroic courage; bravery: *He received a medal for valor.* Also, *esp. Brit.,* **val′our.**

2. If a variant applies to all the definitions in an entry or to two or more specifically numbered definitions that do not constitute one entire part-of-speech group, it is shown after the last definition and before the etymology if there is one.

**cab·a·la** (kab′ə lə, kə bä′-), *n.* **1.** a system of esoteric theosophy and theurgy developed by rabbis from about the 7th to the 18th centuries, reaching its peak about the 12th and 13th centuries, and influencing certain medieval and Renaissance Christian thinkers. It was based on a mystical method of interpreting Scripture by which initiates claimed to penetrate sacred mysteries and foretell the future. Among its central doctrines are, all creation is an emanation from the Deity and the soul exists from eternity. **2.** any occult or secret doctrine or science. Also, **cabbala, kabala, kabbala.** [< ML *cab(b)ala* < Heb *qabbālāh* tradition; lit., something received, i.e., handed down]

**Bern** (bûrn; *for 1, 2 also Fr.* bern), *n.* **1.** a city in and the capital of Switzerland, in the W part: capital of Bern canton. 163,172 (est. 1960). **2.** a canton in W Switzerland. 889,523 (1960); 2658 sq. mi. *Cap.:* Bern. **3.** a boy's given name. Also, **Berne** (for defs. 1, 2).

1. nouns whose plural is formed by the addition of *-s* (dog, dogs) or *-es* (class, classes).
2. verbs whose past tense is formed by the addition of *-ed* with no alteration of the spelling, whose past participle is formed by the addition of *-ed* with no alteration of the spelling, and whose present participle is formed by the addition of *-ing* with no alteration of the spelling (*talk*, *talked*, *talking*).
3. the third person singular, present tense of verbs, with the exception of auxiliary verbs.

## V. DEFINITIONS

A. Definitions within an entry are individually numbered in a single sequence, regardless of any division according to part of speech. The most common part of speech is listed first, and the most frequently encountered meaning appears as the first definition for each part of speech. Specialized senses follow, and rare, archaic, and obsolete senses are usually listed at the end of their part of speech group. This order is changed in those cases where it is desirable to group related meanings together.

B. Idioms appear in boldface type under the main entry word whose use in the idiom is least clear or denotative, unless that word is a preposition or an adverbial particle. When more than one such word is used, the idiom is usually listed under the entry for the first word, with a cross reference under the other or others.

**pat**[1] (pat), *v.*, **pat·ted, pat·ting,** *n.* —*v.t.* **1.** to strike lightly or gently with something flat, as with a paddle or the palm of the hand, usually in order to flatten, smooth, or shape: *to pat dough into pastry forms.* **2.** to stroke or tap gently with the palm or fingers as an expression of affection, approbation, etc. **3.** to strike (the floor, ground, etc.) with light footsteps. —*v.i.* **4.** to strike lightly or gently. **5.** to walk or run with light footsteps. **6. pat on the back,** *Informal.* to encourage, congratulate, or praise: *He has been patting himself on the back for the deal he made yesterday.* —*n.* **7.** a light stroke, tap, or blow with the palm, fingers, or a flat object. **8.** the sound of a light stroke or of light footsteps. **9.** a small piece or mass, usually flat and square, formed by patting, cutting, etc.: *a pat of butter.* **10. a pat on the back,** *Informal.* a word of encouragement or

type, the char
of the definit

**pa·cif·ic** (pə
conciliatory:
able; mild: *a*
*a pacific era i*
*is a pacific riv*
Ocean. **6.** (*ca*
ing on the Pa
**7.** See **Pacifi**
a four-wheele

G. For meanings
form or a pl
changed form
definition.

**ten·pin** (ten/
pins. **2. tenp**
played with

H. When there
entry that is
verb or a plu
parentheses a
statement ma
that appears a
(See above, V

**pros·tho·do**
*as sing.*) the
restoration a

## VI. RE

Entries that are
ticular region, tin
with appropriat
*Canadian; Archa*
*formal.* Sometime

A. If the label a
before the firs
than one part
one part of sp

apprehend. [ME *conceyte, conceipt,* deriv. of CONCEIVE + L *conceptum* CONCEPT]
**—Syn. 1.** self-esteem, vanity, egotism, complacency. See **pride.** **—Ant. 1.** humility.

**con·ceit·ed** (kən sē′tid), *adj.* **1.** having an exaggerated opinion of one's own abilities, appearance, importance, etc.: *Many performers become conceited after only modest success.* **2.** *Archaic.* **a.** having an opinion. **b.** fanciful; whimsical. **3.** *Obs.* intelligent; clever. [CONCEIT + -ED²] **—con·ceit′ed·ly,** *adv.* **—con·ceit′ed·ness,** *n.*
**—Syn. 1.** vain, proud, egotistical, self-important, self-satisfied.

**con·ceiv·a·ble** (kən sē′və bəl), *adj.* capable of being conceived; imaginable. [CONCEIVE + -ABLE] **—con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness,** *n.* **—con·ceiv′a·bly,** *adv.*

**con·ceive** (kən sēv′), *v.,* **-ceived, -ceiv·ing.** **—***v.t.* **1.** to form (a notion, opinion, purpose, etc.): *He conceived the project while he gazed into the distance.* **2.** to form a notion or idea of; imagine. **3.** to hold as an opinion; think; believe: *I conceive that you are entirely right.* **4.** to experience or form (a feeling): *to conceive a great love for music.* **5.** to express, as in words. **6.** to beget. **7.** to become pregnant with. **8.** to begin, originate, or found (something) in a particular way (usually used in the passive): *a new nation conceived in liberty.* **9.** *Archaic.* to understand; comprehend. **—***v.i.* **10.** to form an idea; think (usually fol. by *of*). **11.** to become pregnant. [ME < OF *conceiv(re)* < L *concipere* to take fully, take in, equiv. to *con-* CON- + *-cipere,* comb. form of *capere* to take] **—con·ceiv′er,** *n.*
**—Syn. 2, 8.** See **imagine.**

**con·cel·e·brate** (kon sel′ə brāt′), *v.i.,* **-brat·ed, -brat·ing.** to participate in a concelebration. [< L *concelebrāt(us),* ptp. of *concelebrāre;* see COM-, CELEBRATE]

**con·cel·e·bra·tion** (kon sel′ə brā′shən), *n.* the celebration of a Mass by two or more clergymen. [CONCELEBRATE + -ION]

**con·cent** (kən sent′), *n.* *Obs.* concord of sound, voices, etc.; harmony. [< L *concent(us)* harmony, n. use of *concentus harmonized* (ptp. of *concinere*), equiv. to *con-* CON- + *cen-* (var. s. of *-cinere,* comb. form of *canere* to sing) + *-tus* ptp. ending]

**con·cen·ter** (kon sen′tər), *v.t., v.i.* to bring or converge to a common center; concentrate. Also, *esp. Brit.,* **concentre.** [< MF *concentr(er),* equiv. to *con-* CON- + *centrer* to CENTER]

**con·cen·trate** (kon′sən trāt′), *v.,* **-trat·ed, -trat·ing,** *n.* **—***v.t.* **1.** to bring or draw to a common center or point of union; converge; direct toward one point; focus: *to concentrate one's attention on a problem; to concentrate the rays of the sun with a lens.* **2.** to put or bring into a single place, group, etc.: *The nation's wealth had been concentrated in a few families.* **3.** to intensify; make denser, stronger, or purer by removing or reducing the foreign or inessential: *to concentrate fruit juice; to concentrate a sauce by boiling it down.* **4.** *Mining.* to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. **—***v.i.* **5.** to come to or toward a common center; converge; collect: *The bulk of the population concentrates in the cities.* **6.** to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by *on* or *upon*): *to concentrate on solving a problem; to concentrate on a book.* **7.** to become more intense, stronger, or purer. **—***n.* **8.** a concentrated form of something; a product of concentration: *Frozen orange juice is a concentrate.* [back formation from CONCENTRATION] **—con·cen·tra·tive** (kon′sən trā′tiv, kən sen′trə-), *adj.* **—con′cen·tra′tive·ness,** *n.* **—con′cen·tra′tor,** *n.*
**—Syn. 1.** See **contract.** **—Ant. 1.** dissipate, disperse. **5.** diverge.

**con·cen·trat·ed** (kon′sən trā′tid), *adj.* **1.** applied with all one's attention, energy, etc.: *their concentrated efforts to win the election.* **2.** clustered or gathered together closely: *the concentrated masses in the slums.* **3.** treated to remove what is inessential: *Concentrated orange juice must be diluted with water.* [CONCENTRATE + -ED²]

**con·cen·tra·tion** (kon′sən trā′shən), *n.* **1.** the act of concentrating; the state of being concentrated. **2.** something concentrated: *a concentration of stars.* **3.** exclusive attention to one object; close mental application: *He focused his concentration on the swinging pendulum.* **4.** *Mil.* **a.** the assembling of military or naval forces in a particular area in preparation for further operations. **b.** a specified intensity and duration of artillery fire placed on a small area. **5.** the focusing of a student's academic program on advanced study in a specific subject or field. **6.** *Chem.* (in a solution) a measure of the amount of dissolved substance contained per unit of volume. **7.** Also called **memory.** *Cards.* a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [CON- + L *centr(um)* CENTER + -ATION]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, political opponents, etc., esp. any of the camps established by the Nazis in World War II for the confinement, persecution, and mass execution of prisoners.

**concentra′tion cell′,** *Physical Chem.* a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal.

**con·cen·tre** (kon sen′tər), *v.t., v.i.,* **-tred, -tring.** *Chiefly Brit.* concenter.

**con·cen·tric** (kən sen′trik), *adj.* having a common center, as circles or spheres. Also, **con·cen′tri·cal.** [ME *consentrik* < ML *concentric(us).* See CON-, CENTER, -IC] **—con·cen′tri·cal·ly,** *adv.* **—con·cen·tric·i·ty** (kon′sən tris′i tē), *n.*

**Con·cep·ción** (kôn′sep syôn′), *n.* a city in central Chile, near the mouth of the Bío-Bío River. 167,468 (1960).

**con·cept** (kon′sept), *n.* **1.** a general notion or idea; conception. **2.** an idea of something formed by mentally combining all its characteristics or particulars; a construct. **3.** a directly conceived or intuited object of thought. [< L *concept(um)* something conceived, orig. neut. of *conceptus* (ptp. of *concipere*), equiv. to *con-* CON- + *cep-* (var. s. of *-cipere,* comb. form of *capere* to seize) + *-tus* ptp. ending]

**con·cep·ta·cle** (kən sep′tə kəl), *n.* *Biol.* an organ or cavity enclosing reproductive bodies. [< L *conceptācu·lum,* equiv. to *concept(us)* conceived (see CONCEPT) + *-āculum;* see RECEPTACLE] **—con·cep·tac·u·lar** (kon′sep tak′yə lər), *adj.*

**con·cep·tion** (kən sep′shən), *n.* **1.** the act of conceiving; the state of being conceived. **2.** fertilization; inception of pregnancy. **3.** origination; beginning: *The conception of the United Nations was in 1945.* **4.** something that is conceived: *That machine is the conception of a genius.* **5.** the act or power of forming notions, ideas, or concepts. **6.** a notion; idea; concept: *She has some very odd conceptions about life in general.* **7.** a design; plan: *The architect produced a fine conception for the skyscraper.* **8.** a sketch of something not actually existing: *an artist's conception of a street in ancient Ostia.* [ME *concepcion* < eccl. L *conceptiōn-* (s. of *conceptiō*), equiv. to L *concept-* (see CONCEPT) + *-iōn-* -ION] **—con·cep′tion·al,** *adj.* **—con·cep′tive,** *adj.*
**—Syn. 6.** See **idea.**

**con·cep·tu·al** (kən sep′cho͞o əl), *adj.* pertaining to concepts or to the forming of concepts. [< ML *conceptuāl(is).* See CONCEPT, -AL¹] **—con·cep·tu·al·i·ty** (kən sep′cho͞o al′i tē), *n.* **—con·cep′tu·al·ly,** *adv.*

**con·cep·tu·al·ise** (kən sep′cho͞o ə līz′), *v.t., v.i.,* **-ised, -is·ing.** *Chiefly Brit.* conceptualize. **—con·cep′tu·al·i·sa′tion,** *n.*

**con·cep·tu·al·ism** (kən sep′cho͞o ə liz′əm), *n.* *Philos.* any of several doctrines existing as a compromise between realism and nominalism and regarding universals as concepts. Cf. **nominalism, realism** (def. 5). [CONCEPTUAL + -ISM] **—con·cep′tu·al·ist,** *n.* **—con·cep′tu·al·is′tic,** *adj.*

**con·cep·tu·al·ize** (kən sep′cho͞o ə līz′), *v.,* **-ized, -iz·ing.** **—***v.t.* **1.** to form into a concept; make a concept of: *the artistry required to conceptualize arbitrary tones into symphonies; men who conceptualized visions into philosophies.* **—***v.i.* **2.** to form a concept; think in concepts. Also, *esp. Brit.,* **conceptualise.** [CONCEPTUAL + -IZE] **—con·cep′tu·al·i·za′tion,** *n.*

**concep′tual re′alism,** *Philos.* the doctrine that universals have real and independent existence. **—concep′tual re′alist.**

**con·cern** (kən sûrn′), *v.t.* **1.** to relate to; be connected with; be of interest or importance to; affect: *The water shortage concerns us all.* **2.** to interest, engage, or involve (used reflexively or in the passive, often fol. by *with* or *in*): *He concerns himself with such trivialities. They are concerned with the project also.* **3.** to trouble, worry, or disquiet: *I am concerned about his health. The problem concerns us deeply.* **—***n.* **4.** something that relates or pertains to a person; business; affair: *Revision of the new bill is the chief concern of Congress this week.* **5.** a matter that engages a person's attention, interest, or care, or that affects a person's welfare or happiness: *He made it his concern to make sure that everyone arrived promptly at nine o'clock.* **6.** worry, solicitude, or anxiety: *to show concern for someone in trouble.* **7.** important relation or bearing: *This news is of concern to our understanding of the issue.* **8.** a commercial or manufacturing company or establishment: *the headquarters of an insurance concern.* **9.** *Informal.* any material object or contrivance: *an odd little concern fitted with blinking lights.* [late ME *concerne* < ML: to relate to, distinguish (in LL, to mix for sifting), equiv. to L *con-* CON- + *cernere* to sift]
**—Syn. 1.** touch, involve. **3.** disturb. **5.** burden, responsibility. CONCERN, CARE, WORRY connote an uneasy and burdened state of mind. CONCERN implies an anxious sense of interest in, or responsibility for, something: *concern over a friend's misfortune.* CARE suggests a heaviness of spirit caused by dread, or by the constant pressure of burdensome demands: *Poverty weighs a person down with care.* WORRY is an active state of agitated uneasiness and restless apprehension: *He was distracted by worry over the stock market.* **8.** corporation, house. **—Ant. 6.** indifference.

**con·cerned** (kən sûrnd′), *adj.* **1.** interested or participating: *all concerned citizens.* **2.** troubled or anxious: *a concerned look.* **3.** having a connection or involvement: *all the students concerned in the riot.* [CONCERN + -ED²] **—con·cern′ed·ly,** *adv.* **—con·cern′ed·ness,** *n.*

**con·cern·ing** (kən sûr′ning), *prep.* relating to; regarding; about: *a discussion concerning foreign aid.* [late ME; see CONCERN, -ING²] **—con·cern′ing·ly,** *adv.* **—con·cern′ing·ness,** *n.*

**con·cern·ment** (kən sûrn′mənt), *n.* *Archaic.* **1.** importance or moment: *a matter of concernment to all voters.* **2.** relation or bearing: *That idea has no concernment to the issue.* **3.** anxiety or solicitude. **4.** a thing in which one is involved or interested: *The letter is none of your concernment.* **5.** interest; participation; involvement. [CONCERN + -MENT]

**con·cert** (*n., adj.* kon′sûrt, -sərt; *v.* kən sûrt′), *n.* **1.** a public musical performance in which several singers or players, or both, participate. **2.** recital: *The violinist has given concerts all over the world.* **3.** agreement of two or more individuals in a design or plan; combined action; accord or harmony: *His plan was greeted with a concert of abuse and vituperation.* **4.** **in concert,** together; jointly: *The thief and the insured were accused of having acted in concert.* [< F < It *concerto;* see CONCERTO] **—***adj.* **5.** designed or intended for concerts: *concert hall.* **6.** performed at concerts: *concert music.* **7.** performing or capable of performing at concerts: *a concert pianist.* **—***v.t.* **8.** to contrive or arrange by agreement: *They were able to concert a settlement of their differences.* **9.** to plan; devise: *A program of action was concerted at the meeting.* **—***v.i.* **10.** to plan or act together. [< F *concert(er)* < It *concertare* < LL: decide together (in L: contend), equiv. to L *con-* CON- + *certāre* to decide by debate or warfare, deriv. of *certus* settled, certain]

**con·cer·tan·te** (kon′sər tän′tē; *It.* kôn′ cher tän′te), *adj., n., pl.* **-ti** (-tē). *Music.* **—***adj.* **1.** brilliantly virtuosic: *a concertante part for solo violin.* **—***n.* **2.** an 18th-century symphonic work with sections for solo instruments. Also, **concertato.** [< It, fem. ptp. of *concertare* to give a concert; see -ANT]

**con·cer·ta·to** (kon′sər tä′tō; *It.* kôn′cher tä′tô), *adj., n. pl.* **-tos** (-tōz), *It.* **-ti** (-tē). concertante. [< It, ptp. of *concertare* to give a concert; see -ATE¹]

**con·cert·ed** (kən sûr′tid), *adj.* **1.** contrived or arranged by agreement; planned or devised together: *a concerted program of defense.* **2.** done or performed together or in cooperation: *a concerted attack on the fortress.* **3.** *Music.* arranged in parts for several voices or instruments. [CONCERT (v.) + -ED²] **—con·cert′ed·ly,** *adv.*



Concertina

**con·cert·go·er** (kon′sərt gō′ər), *n.* a person who attends concerts frequently. [CONCERT + GOER]

**con′cert grand′ pian′o,** a grand piano of the largest size, being typically nine feet in length. Also called **con′cert grand′.**

**con·cer·ti·na** (kon′sər tē′nə), *n.* a small musical instrument somewhat resembling an accordion but having buttonlike keys, hexagonal bellows and ends, and more limited range. [CONCERT + *-ina* fem. of L *-īnus* -INE¹] **—con′cer·ti′nist,** *n.*

**concerti′na move′ment,** a principle of table construction in which hinged sections of the frame, ordinarily folded inward out of sight, can be pulled into line with the parts of the frame ordinarily seen to permit the addition of leaves. Also called **concerti′na ac′tion.**

**concerti′na ta′ble,** an extensible table having a hinged double top falling onto a hinged frame that unfolds like an accordion when pulled out.

**con·cer·ti·no** (kon′chər tē′nō; *It.* kôn′cher tē′nô), *n., pl.* **-ni** (-nē). *Music.* **1.** a short concerto. **2.** the group of solo instruments in a concerto grosso. **3.** a section in a concerto grosso played by these instruments. [< It, equiv. to *concert(o)* (see CONCERTO) + *-ino* dim. suffix]

**con·cert·ise** (kon′sər tīz′), *v.i.,* **-ised, -is·ing.** *Chiefly Brit.* concertize. **—con′cert·is′er,** *n.*

**con·cert·ize** (kon′sər tīz′), *v.i.,* **-ized, -iz·ing.** to give concerts or recitals professionally, esp. while on tour. [CONCERT + -IZE] **—con′cert·iz′er,** *n.*

**con·cert·mas·ter** (kon′sərt mas′tər, -mä′stər), *n.* the leader of the first violins in a symphony orchestra, who is usually also the assistant to the conductor. [< G *Konzertmeister.* See CONCERT (n.), MASTER]

**con·cer·to** (kən cher′tō; *It.* kôn cher′tô), *n., pl.* **-tos,** *It.* **-ti** (-tē). *Music.* a composition for one or more principal instruments, with orchestral accompaniment, now usually in symphonic form. [< It; see CONCERT]

**con·cer·to gros·so** (kən cher′tō grō′sō; *It.* kôn-cher′tô grôs′sô), *pl.* **con·cer·ti gros·si** (kən cher′tē grō′sē; *It.* kôn cher′tē grôs′sē), **con·cer·to gros·sos.** a musical form, common in the Baroque period, typically comprised of contrasting sections that are played by full orchestra and a group of soloists in alternation. [< It: lit., big concert; see GROSS]

**con′cert par′ty,** *Brit.* a form of theatrical entertainment popular at seaside resorts, in which specialty acts, songs, dances, etc., are presented.

**con′cert pitch′,** *Music.* the pitch used in tuning instruments for concert performance; philharmonic pitch or international pitch.

**con′cert tour′,** a trip, often an extensive one, by a musician or group of musicians to give a series of concerts or recitals.

**con·ces·sion** (kən sesh′ən), *n.* **1.** the act of conceding or yielding, as a right, a privilege, a point or fact in an argument, etc.: *His concession that he had made a hasty decision was all we wanted to hear.* **2.** the thing or point yielded: *The union won all the concessions they sought.* **3.** something conceded by a government or a controlling authority, as a grant of land, a privilege, or a franchise. **4.** *U.S.* a space or privilege within certain premises for a subsidiary business or service: *the checkroom concession at a restaurant.* [< L *concessiōn-* (s. of *concessiō*), equiv. to *concēs(sus),* (ptp. of *concēdere* to CONCEDE) + *-iōn-* -ION]

**con·ces·sion·aire** (kən sesh′ə nâr′), *n.* a person, group, or company to whom a concession has been granted, esp. to operate a subsidiary business or service. Also, **con·ces·sion·er** (kən sesh′ə nər). [< F *concessionnaire.* See CONCESSIONARY]

**con·ces·sion·ar·y** (kən sesh′ə ner′ē), *adj., n., pl.* **-ar·ies.** **—***adj.* **1.** pertaining to concession; of the nature of a concession: *concessionary agreements.* **—***n.* **2.** a concessionaire. [CONCESSION + -ARY]



Conch (def. 2) *Strombus alatus* (Length 3 to 4 in.)

**con·ces·sive** (kən ses′iv), *adj.* **1.** tending or serving to concede. **2.** *Gram.* expressing concession, as the English conjunction *though.* [< LL *concessīv(us).* See CONCESSION, -IVE]

**conch** (kongk, konch), *n., pl.* **conchs** (kongks), **con·ches** (kon′chiz). **1.** the spiral shell of a gastropod, often used as a horn. **2.** any of various marine gastropods. **3.** the fabled shell trumpet of the Tritons. **4.** Also, **concha.** *Archit.* a smooth concave surface consisting of or resembling the interior of a semidome, as the surface of a vault, a trompe, or the head of a niche. [ME < L *concha* < Gk *konchē* mussel, shell] **—conch·ate** (kong′kāt, kon′chāt), **conched,** *adj.*

**con·cha** (kong′kə), *n., pl.* **-chae** (-kē). **1.** *Anat.* **a.** a shell-like structure, esp. the external ear. See diag. under **ear. b.** any turbinate bone, esp. in the nose. **2.** *Archit.* conch (def. 4). [< L: CONCH] **—con′chal,** *adj.*

**conch·fish** (kongk′fish′, konch′-), *n., pl.* **fish·es,** (*esp. collectively*) **-fish.** a cardinalfish, *Apogon stellatus,* of the Atlantic Ocean. [CONCH + FISH]

**con·chie** (kon′chē), *n.* conchy.

**con·chif·er·ous** (kong kif′ər əs), *adj.* having a shell. [CONCH + -I- + -FEROUS]

**con·chi·o·lin** (kong kī′ə lin), *n.* *Biochem.* an albuminoid, $C_{30}H_{48}O_{11}N_9$, that serves to form a matrix in the shells of mollusks. [CONCH + -I- + *-ol* (< L *-olus* dim. suffix) + -IN²]

**Con·chi·ta** (*Sp.* kôn chē′tä), *n.* a girl's given name.

**Con·cho·bar** (kong′kō wər, kon′ə ho͞or′, kon′o͞or), *n.* *Irish Legend.* a king of Ulster, the uncle of Cuchulainn and the abductor of Deirdre.




Conchoid (of Niumedes)

**con·choid** (kong′koid), *n.* *Geom.* a plane curve such that if a straight line be drawn from a certain fixed point, called the pole of the curve, to the

denser, stronger, or purer by removing or reducing the foreign or inessential: *to concentrate fruit juice; to concentrate a sauce by boiling it down.* **4.** *Mining.* to separate (metal or ore) from rock, sand, etc., so as to improve the quality of the valuable portion. **—*v.i.*** **5.** to come to or toward a common center; converge; collect: *The bulk of the population concentrates in the cities.* **6.** to bring all efforts, faculties, activities, etc., to bear on one thing or activity (often fol. by *on* or *upon*): *to concentrate on solving a problem; to concentrate on a book.* **7.** to become more intense, stronger, or purer. **—*n.*** **8.** a concentrated form of something; a product of concentration: *Frozen orange juice is a concentrate.* [back formation from CONCENTRATION] **—con·cen·tra·tive** (kon′sən trā′tiv, kən sen′trə-), *adj.* **—con′cen·tra′tive·ness,** *n.* **—con′cen·tra′tor,** *n.*
**—Syn. 1.** See **contract.** **—Ant. 1.** dissipate, disperse. **5.** diverge.

**con·cen·trat·ed** (kon′sən trā′tid), *adj.* **1.** applied with all one's attention, energy, etc.: *their concentrated efforts to win the election.* **2.** clustered or gathered together closely: *the concentrated masses in the slums.* **3.** treated to remove what is inessential: *Concentrated orange juice must be diluted with water.* [CONCENTRATE + -ED[2]]

**con·cen·tra·tion** (kon′sən trā′shən), *n.* **1.** the act of concentrating; the state of being concentrated. **2.** something concentrated: *a concentration of stars.* **3.** exclusive attention to one object; close mental application: *He focused his concentration on the swinging pendulum.* **4.** *Mil.* **a.** the assembling of military or naval forces in a particular area in preparation for further operations. **b.** a specified intensity and duration of artillery fire placed on a small area. **5.** the focusing of a student's academic program on advanced study in a specific subject or field. **6.** *Chem.* (in a solution) a measure of the amount of dissolved substance contained per unit of volume. **7.** Also called **memory.** *Cards.* a game for two or more players in which the pack is spread out face down on the table and each player in turn exposes two cards at a time and replaces them face down if they do not constitute a pair, the object being to take the most pairs by remembering the location of the cards previously exposed. [CON- + L *centr*(*um*) CENTER + -ATION]

**concentra′tion camp′,** a guarded compound for the detention or imprisonment of aliens, political opponents, etc., esp. any of the camps established by the Nazis in World War II for the confinement, persecution, and mass execution of prisoners.

**concentra′tion cell′,** *Physical Chem.* a galvanic cell consisting of two electrodes of the same metal each in different concentrations of a solution of the same salt of that metal.

**con·cen·tre** (kon sen′tər), *v.t., v.i.,* **-tred, -tring.** *Chiefly Brit.* concenter.

**con·cen·tric** (kən sen′trik), *adj.* having a common

engages a person's
fects a person's
cern to make su
o'clock. **6.** worr
*for someone in tr*
*This news is of*
**8.** a commercial
ment: *the headq*
*formal.* any mat
*concern fitted wi*
ML: to relate t
equiv. to L *con-*
**—Syn. 1.** touc
sponsibility. Co
and burdened st
sense of intere
*concern over a fr*
ness of spirit ca
of burdensome
*with care.* WORR
and restless ap
*over the stock*
**6.** indifference.

**con·cerned** (
ipating: *all con*
*a concerned look*
*all the students*
**—con·cern′ed**

**con·cern·ing**
garding; about
ME; see CON
**—con·cern′in**

**con·cern·me**
portance or m
**2.** relation or
*the issue.* **3.** a
one is involve
*concernment.*
[CONCERN +

**con·cert** (*n.*,
public musical
players, or bo
*has given conce*
or more indivi
accord or har
*of abuse and*
jointly: *The t*
*acted in conce*
**—*adj.*** **5.** desig
**6.** performed
or capable of
**—*v.t.*** **8.** to co
*able to concert*
devise: *A pro*
**—*v.i.*** **10.** to p
*concertare* < L
to L *con-* CON-
deriv. of *certu*

**mel·o·dy** (mel′ə dē), *n., pl.* **-dies.** **1.** musical sounds in agreeable succession or arrangement. **2.** *Music.* **a.** the succession of single tones in musical compositions, as distinguished from harmony and rhythm. **b.** the principal part in a harmonic composition; the air. **c.** a rhythmical succession of single tones producing a distinct musical phrase or idea. **3.** a poem suitable for singing. **4.** intonation, as of a segment of connected speech. [ME *melodie* < eccl. L *melōdia* < Gk *melōidía* (choral) singing, equiv. to *mel-* (see MELIC) + *-ōid-* (see ODE) + *-ia* -Y³] —**mel′o·dy·less,** *adj.*
—**Syn. 1.** See **harmony. 2.** tune, song, descant, theme.

**Mel·o·dy** (mel′ə dē), *n.* a girl's given name. Also, **Melodie, Mel′o·dye.**

**mel·oid** (mel′oid), *n.* **1.** a beetle of the family *Meloidae,* comprising the blister beetles. —*adj.* **2.** belonging or pertaining to the family *Meloidae.* [< NL *Meloid(ae)* name of typical genus, equiv. to *Melo(ē)* a beetle + *-idae* -ID²]

**mel·o·lon·thine** (mel′ə lon′thin, -thīn), *n.* **1.** any of several scarabaeid beetles of the subfamily *Melolonthinae,* comprising the June bugs, chafers, etc. —*adj.* **2.** belonging or pertaining to the family *Melolonthinae.* [< Gk *mēlólonth(ē)* a kind of beetle or cockchafer + -INE¹]

**mel·on** (mel′ən), *n.* **1.** the fruit of any of various cucurbitaceous plants, as the muskmelon or watermelon. **2.** medium crimson or deep pink. **3.** *Slang.* a large extra dividend to be distributed to stockholders: *Profits zoomed so in the last quarter that the corporation cut a nice melon.* Cf. **plum¹** (def. 10). [ME < LL *mēlōn-* (s. of *mēlō*), short for *mēlopepō* < Gk *mēlopépōn* apple-shaped melon, equiv. to *mēlo(n)* apple + *pépōn* PEPO]

**mel·on-bulb** (mel′ən bulb′), *n.* *Furniture.* a large, bulbous turning, sometimes with surface carving, found esp. on the legs and posts of Elizabethan and Jacobean furniture.

**mel′on foot′,** *Eng. Furniture.* a bun foot having vertical channels.

**mel′on pear′,** pepino (def. 2).

**mel′on seed′,** a small, broad, shallow boat for sailing or rowing, formerly used by hunters in various bays and marshes along the coast of New Jersey.

**mel′on shrub′,** pepino.

**mel·os** (mel′os, -ōs, mē′los, -lōs), *n.* the succession of musical tones constituting a melody. [< Gk: song, tune]

**Me·los** (mē′los, -lōs, mel′os, -ōs; *Gk.* mē′lôs), *n.* a Greek island in the Cyclades, in the SW Aegean: statue, *Venus de Milo,* found here 1820. 5586 (1951); 51 sq. mi. Also, **Milo, Milos.** —**Me·li·an** (mē′lē ən, mēl′yən), *adj., n.*

**Mel·pom·e·ne** (mel pom′ə nē′), *n.* *Class. Myth.* the Muse of tragedy. [< L < Gk, special use of fem. of prp. of *mélpesthai* to sing]

**Mel·rose** (mel′rōz), *n.* **1.** a city in E Massachusetts, near Boston. 29,619 (1960). **2.** a village in SE Scotland, on the Tweed River: ruins of a famous abbey.

**Mel′rose Park′,** a city in NE Illinois, near Chicago. 22,291 (1960).

**melt** (melt), *v.,* **melt·ed, melt·ed** or **mol·ten, melt·ing,** *n.* —*v.i.* **1.** to become liquefied by heat, as ice, snow, butter, metal, etc. **2.** to become liquid; dissolve: *Let the cough drop melt in your mouth.* **3.** to pass, dwindle, or fade gradually (often fol. by *away*): *His fortune slowly melted away.* **4.** to pass, change, or blend gradually (often fol. by *into*): *Night melted into day.* **5.** to become softened in feeling by pity, sympathy, love, or the like: *The tyrant's heart would not melt.* **6.** *Obs.* to be subdued or overwhelmed by sorrow, dismay, etc. —*v.t.* **7.** to reduce to a liquid state by heat; fuse: *Fire melts ice.* **8.** to cause to pass away or fade. **9.** to cause to pass, change, or blend gradually. **10.** to soften in feeling, as a person, the heart, etc.: *Nothing could melt that tyrant's heart.* —*n.* **11.** act or process of melting; state of being melted. **12.** that which is melted. **13.** a quantity melted at one time. **14.** Also, **milt.** the spleen, esp. that of a cow, pig, etc. [ME *melte(n),* OE *meltan* (v.i.), *m(i)elten* (v.t.) to melt, digest; c. Icel *melta* to digest, Gk *méldein* to melt] —**melt′a·bil′i·ty,** *n.* —**melt′a·ble,** *adj.* —**melt′ing·ly,** *adv.* —**melt′ing·ness,** *n.*
—**Syn. 1.** MELT, DISSOLVE, FUSE, THAW imply reducing a solid substance to a liquid state. To MELT is to bring a solid to a liquid condition by the agency of heat: *to melt butter.* DISSOLVE, though sometimes used interchangeably with MELT, applies to a different process, depending upon the fact that certain solids, placed in certain liquids, distribute their particles throughout the liquids: *A greater number of solids can be dissolved in water and in alcohol than in any other liquids.* To FUSE is to subject the solid (usually a metal) to a very high temperature; it applies esp. to melting or blending metals together: *Bell metal is made by fusing copper and tin.* To THAW is to reduce a frozen substance (whose ordinary condition is liquid) to a liquid or semiliquid by raising its temperature above the freezing point: *Sunshine will thaw ice in a lake.* **4.** dwindle. **10.** gentle, mollify, relax. —**Ant. 1.** freeze. **2.** solidify, crystallize.

**melt·age** (mel′tij), *n.* the amount melted or the result of melting. [MELT + -AGE]

**melt·er** (mel′tər), *n.* **1.** one who or that which melts. **2.** a man in charge of a group of open-hearth furnaces. [MELT + -ER¹]

**melt′ing point′,** *Physical Chem.* the temperature at which a solid substance melts or fuses.

**melt′ing pot′,** **1.** a pot in which metals or other substances are melted or fused. **2.** a country, locality, or situation in which a blending of races and cultures is taking place.

**mel·ton** (mel′tᵊn), *n.* a smooth, heavy woolen cloth, for overcoats, hunting jackets, etc. [after *Melton* Mowbray, town in Leicestershire, England]

**melt·wa·ter** (melt′wô′tər, -wot′ər), *n.* water from melted snow or ice. [MELT + WATER]

**Me·lun** (mə lœN′), *n.* a city in and the capital of Seine-et-Marne, in N France. 28,796 (1962).

**Me·lun·geon** (mə lun′jən), *n.* a member of a people of mixed Caucasian, Negroid, and American Indian ancestry living in the region of the southern Appalachians.

**Mel·us** (mel′əs), *n.* *Class. Myth.* the son of Cinyras of Cyprus whose grief at the death of Adonis so touched Aphrodite that she changed him into an apple tree.

**Mel·ville** (mel′vil), *n.* **1.** **Herman,** 1819–91, U.S. novelist. **2.** a boy's given name.

**Mel′ville Is′land,** an island in the Arctic Ocean, N of Canada: belonging to Canada. 200 mi. long; 130 mi. wide.

**Mel′ville Penin′sula,** a peninsula in N Canada, SE of the Gulf of Boothia. 250 mi. long.

**Mel·vin** (mel′vin), *n.* a boy's given name. Also, **Mel′vyn.**

**mem** (mem), *n.* **1.** the 13th letter of the Hebrew alphabet. **2.** the consonant sound represented by this letter. [< Heb: lit., water]

**mem., 1.** member. **2.** memoir. **3.** memorandum.

**mem·ber** (mem′bər), *n.* **1.** each of the persons composing a society, party, community, or other body. **2.** *Govt.* **a.** a member of Congress, esp. of the House of Representatives. **b.** a member of the British Parliament, esp. of the House of Commons. **c.** any member of a legislative body. **3.** a part or organ of an animal body; a limb, as a leg, arm, or wing. **4.** a constituent part of any structural or composite whole, as a subordinate architectural feature of a building or the like. **5.** *Math.* **a.** either side of an equation. **b.** an element of a set. [ME *membre* < L *membr(um)*] —**mem′ber·less,** *adj.*
—**Syn. 3, 4.** MEMBER, LIMB refer to an integral part of a larger body. MEMBER is the general term applied to any integral part or vital organ of an organized animal body, or, more widely, to any integral or distinguishable constituent part of a whole which is considered as organic: *a member of a façade; The nose, tongue, and arms are members of the body.* LIMB, which once, like MEMBER, referred to any organ of the body, is now restricted to the legs and arms (particularly of human beings), and is secondarily applied to the branches of a tree. It has such figurative uses as a *limb of Satan,* or a *limb of the law.* The Victorian "limb" as a prudish euphemism for "leg" stimulated further humorous use of the word. **4.** element, portion.

***Mem′ber of the Wed′ding, The,*** a novel (1946) and play (1950) by Carson McCullers.

**mem·ber·ship** (mem′bər ship′), *n.* **1.** state of being a member, as of a society, club, etc. **2.** the status of a member. **3.** the total number of members belonging to an organization, society, etc. [MEMBER + -SHIP]

**mem·brane** (mem′brān), *n.* *Biol.* **1.** a thin, pliable sheet or layer of animal or vegetable tissue, serving to line an organ, connect parts, etc. **2.** the thin, limiting covering of a cell or cell part. [earlier *membraan* parchment < L *membrāna.* See MEMBER, -ANE] —**mem′brane·less,** *adj.*

**mem′brane bone′,** a bone that develops from membranous tissue. Cf. **cartilage bone.**

**mem·bra·no·phone** (mem brā′nə fōn′), *n.* any musical instrument, as a drum, in which the sound is produced by striking, rubbing, or blowing against a membrane stretched over a frame. [MEMBRANE + -O- + -PHONE] —**mem·bra·no·phon·ic** (mem brā′nə fon′ik), *adj.*

**mem·bra·nous** (mem′brə nəs), *adj.* **1.** consisting of, of the nature of, or resembling membrane. **2.** characterized by the formation of a membrane. Also, **mem·bra·na·ceous** (mem′brə nā′shəs). [MEMBRANE + -OUS; cf. F *membraneux*] —**mem′bra·nous·ly,** *adv.*

**mem′branous lab′yrinth.** See under **labyrinth** (def. 7)

**Me·mel** (mā′məl, mem′əl), *n.* **1.** a seaport in NW Lithuania, in the W Soviet Union in Europe. 89,000 (1959). **2.** a territory including this seaport: ceded to Germany by Lithuania 1939; incorporated into the Soviet Union 1945. 933 sq. mi. **3.** the lower course of the Nieman River. Cf. **Nieman.** Lithuanian, **Klaipeda** (for defs. 1, 2).

**me·men·to** (mə men′tō), *n., pl.* **-tos, -toes.** **1.** something that serves as a reminder of what is past or gone. **2.** anything serving as a reminder or warning. **3.** (*cap., italics*) *Rom. Cath. Ch.* either of two prayers in the canon of the Mass, one for persons living and the other for persons dead. [< L *mementō,* impv. of *meminisse* to remember]

**me·men·to mo·ri** (mə men′tō mōr′ī, môr′ī, mōr′ē, môr′ē), *pl.* **memento mori** for 2. **1.** (*italics*) *Latin.* remember that thou must die. **2.** an object, as a skull or the like, serving as a reminder of death.

**Mem·ling** (mem′ling), *n.* **Hans** (häns), c1430–94?, German painter of the Flemish school. Also, **Mem·linc** (mem′lingk).

**Mem·non** (mem′non), *n.* **1.** **Colossus of,** (in ancient Egypt) a colossal statue near Thebes said to produce a musical sound when the rays of the early morning sun struck it. Cf. **Vocal Memnon.** **2.** *Class. Myth.* an Oriental or Ethiopian hero slain by Achilles in the Trojan War. —**Mem·no·ni·an** (mem nō′nē ən), *adj.*

**Mem·no·ni·a** (mem nō′nē ə), *n.* an area in the southern hemisphere of Mars, appearing as a light region when viewed telescopically from the earth.

**Mem·non·i·des** (mem non′i dēz′), *n.pl.* *Class. Myth.* the companions of Memnon who were changed into birds because of grief for their king. They gathered at Memnon's tomb annually, to fight and to lament.

**mem·o** (mem′ō), *n., pl.* **mem·os.** *Informal.* memorandum. [by shortening]

**mem·oir** (mem′wär, -wôr), *n.* **1.** **memoirs, a.** records of facts or events in connection with a particular subject, historical period, etc., as known to the writer or gathered from special sources. **b.** records of one's life and experiences. **c.** a collection of reports made to a scientific or other learned society. **2.** a biography. [< F *mémoire* < L *memoria;* see MEMORY]

***Mé·moires d'Ou·tre-tombe*** (*Fr.* mā mwar dōō-trᵊ tônb′), an autobiographical work (1849–50) by Chateaubriand.

**mem·o·ra·bil·i·a** (mem′ər ə bil′ē ə, -bil′yə), *n.pl., sing.* **-o·rab·i·le** (-ə rab′ə lē). matters or events worthy to be remembered; points worthy of note. [< L: things to be remembered, neut. pl. of *memorābilis* MEMORABLE]

**mem·o·ra·ble** (mem′ər ə bəl), *adj.* **1.** worthy to be remembered; notable: *a memorable speech.* **2.** easy to be remembered. [late ME < L *memorābil(is)* worth mentioning, equiv. to *memorā(re)* (to) mention + *-bilis* -BLE] —**mem′o·ra·bil′i·ty, mem′o·ra·ble·ness,** *n.* —**mem′o·ra·bly,** *adv.*

**mem·o·ran·dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. **2.** a record or written statement of something. **3.** *Informal.* a message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* **4.** *Law.* a writing, usually informal, containing the terms of a transaction. **5.** *Diplomacy.* a summary of the state of a question, the reasons for a decision agreed on, etc. **6.** a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [< L: something to be noted, neut. of *memorandus* notable, orig. gerundive of *memorāre* to mention, tell]

**me·mo·ri·al** (mə mōr′ē əl, -môr′-), *n.* **1.** something designed to preserve the memory of a person, event, etc., as a monument, a periodic observance, etc. **2.** a written statement of facts presented to a sovereign, a legislative body, etc., as the ground of, or expressed in the form of, a petition or remonstrance. —*adj.* **3.** preserving the memory of a person or thing; commemorative: *memorial services.* **4.** of or pertaining to the memory. [ME < LL *memoriāle,* n. use of neut. of L *memoriālis* for memoranda. See MEMORY, -AL¹] —**me·mo′ri·al·ly,** *adv.*

**Memor′ial Day′,** *U.S.* **1.** a day, May 30, set aside in most States for observances in memory of dead servicemen of all wars. **2.** any of several days, as April 26, May 10, or June 3, similarly observed in various Southern States. Also called **Decoration Day.**

**me·mo·ri·al·ise** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ised, -is·ing.** *Chiefly Brit.* memorialize. —**me·mo′ri·al·i·sa′tion,** *n.* —**me·mo′ri·al·is′er,** *n.*

**me·mo·ri·al·ist** (mə mōr′ē ə list, -môr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs. [MEMORIAL + -IST]

**me·mo·ri·al·ize** (mə mōr′ē ə līz′, -môr′-), *v.t.,* **-ized, -iz·ing.** **1.** to commemorate. **2.** to present a memorial to. Also, *esp. Brit.,* **memorialise.** [MEMORIAL + -IZE] —**me·mo′ri·al·i·za′tion,** *n.* —**me·mo′ri·al·iz′er,** *n.*

**memor′ial park′,** cemetery.

**memo′rial rose′,** a prostrate or trailing rose, *Rosa wichuraiana,* of eastern Asia, having strong, hooked prickles and white, fragrant flowers nearly two inches wide.

**mem·o·ried** (mem′ə rēd), *adj.* **1.** having a memory (usually used in combination): *short-memoried; well-memoried.* **2.** filled with memories: *a quiet, memoried town.* [MEMORY + -ED³]

**me·mo·ri·ter** (mə mōr′i tər, -ter, -môr′-), *adv.* **1.** by heart; by memory. —*adj.* **2.** involving or requiring memorization: *the memoriter aspects of a college course.* [< L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.t.,* **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* [MEMOR(Y) + -IZE] —**mem′o·riz′a·ble,** *adj.* —**mem′o·ri·za′tion,** *n.* —**mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries.** **1.** the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** act or fact of retaining mental impressions; remembrance; recollection: *to draw from memory.* **4.** the length of time over which recollection extends: *a time within the memory of living men.* **5.** a mental impression retained; a recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** Also called **storage.** *Computer Technol.* **a.** the capacity of a computer to store information subject to recall. **b.** the components of the computer, in which such information is stored. **11.** *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. **12.** *Cards.* concentration (def. 7). [ME *memorie* < L *memoria,* equiv. to *memor* remembering + *-ia* -Y³] —**mem′o·ry·less,** *adj.*

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday School.

**Mem·phi·an** (mem′fē ən), *n.* **1.** a native or inhabitant of the ancient Egyptian city of Memphis. **2.** Egyptian (def. 3). **3.** a native or resident of Memphis, Tennessee. [MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 497,524 (1960). **2.** a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. **3.** a town in NW Texas. 3332 (1960).

**Mem·phite** (mem′fīt), *adj.* **1.** Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* **2.** Memphian (def. 1). [< Gk *Memphī́tēs* inhabitant of Memphis; see -ITE¹]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.

**mem·sa·hib** (mem′sä′ib, -ēb, -sä′hib, -hēb), *n.* (in India) a native's term of respect for a European lady. [< Hindi, equiv. to *mem* (< E MA'AM) + *sāhib* master]

**men** (men), *n.* pl. of **man.**

**Me·na** (mē′nə), *n.* a town in W Arkansas. 4388 (1960).

**men·ace** (men′is), *n., v.,* **-aced, -ac·ing.** —*n.* **1.** something that threatens to cause evil, harm, injury, etc.; a threat: *The garbage is a menace to health.* —*v.t.* **2.** to utter or direct a threat against; threaten. **3.** to serve as a probable threat to; imperil. [late ME < MF < L *mināc*ia, equiv. to *mināc-* (s. of *mināx*) jutting out, threatening + *-ia* -IA] —**men′ac·er,** *n.* —**men′ac·ing·ly,** *adv.*

**men·ac·me** (mə nak′mē, mē nak′-), *n.* *Physiol.* the part of a female's life during which menstruation occurs. [< Gk *mēn* month + ACME]

**me·nad** (mē′nad), *n.* maenad. —**me·nad′ic,** *adj.*

**Me·na·do** (me nä′dō), *n.* a seaport on NE Celebes, in NE Indonesia. 127,614 (1961). Also, **Manado.**

***Me·naech·mi*** (mi nek′mē; *Lat.* me nīk′mē), *n.* a comedy (c200 B.C.) by Plautus.

**mé·nage** (mā näzh′; *Fr.* mā nAzh′), *n., pl.* **-nages** (-nä′zhiz; *Fr.* -nAzh′). **1.** a domestic establishment; household. **2.** housekeeping. Also, **me·nage′.** [< F << LL **mansiōnāticum.* See MANSION, -AGE]

***mé·nage à trois*** (mā nAzh A trwä′), *French.* a domestic arrangement involving a married couple and the lover of one of them, in which all three occupy the same household. [lit., household of three]

state of being
the status of a
's belonging to
- -SHIP]
a thin, pliable
sue, serving to
thin, limiting
*mbraan* parch-
NE] —mem′-
levelops from
h′), *n.* any
h the sound is
ring against a
BRANE + -O- +
orā′nə fon′ik),
consisting of,
ne. **2.** charac-
e. Also, **mem-**
BRANE + -OUS;
*adv.*
der **labyrinth**
eaport in NW
Europe. 89,000
port: ceded to
ated into the
er course of the
**Klaipeda** (for
**oes. 1.** some-
s past or gone.
ning. **3.** (*cap.*,
rs in the canon
the other for
*meminisse* to
môr′ī, mōr′ē,
*lics*) *Latin.* re-
t, as a skull or
s), c1430–94?,
Also, **Mem·linc**
**of,** (in ancient
d to produce a
y morning sun
*ass. Myth.* an
Achilles in the
ō′nē ən), *adj.*
a in the south-
a light region
h.

**mem·o′rial rose′,** a prostrate or trailing rose, *Rosa wichuraiana*, of eastern Asia, having strong, hooked prickles and white, fragrant flowers nearly two inches wide.

**mem·o·ried** (mem′ə rēd), *adj.* **1.** having a memory (usually used in combination): *short-memoried; well-memoried.* **2.** filled with memories: *a quiet, memoried town.* [MEMORY + -ED[3]]

**me·mo·ri·ter** (mə mōr′i tər, -ter, -môr′-), *adv.* **1.** by heart; by memory. **—***adj.* **2.** involving or requiring memorization: *the memoriter aspects of a college course.* [< L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv. suffix]

**mem·o·rize** (mem′ə rīz′), *v.t.*, **-rized, -riz·ing.** to commit to memory; learn by heart: *to memorize a poem.* [MEMOR(Y) + -IZE] **—mem′o·riz′a·ble,** *adj.* **—mem′o·ri·za′tion,** *n.* **—mem′o·riz′er,** *n.*

**mem·o·ry** (mem′ə rē), *n., pl.* **-ries. 1.** the mental capacity or faculty of retaining and reviving impressions, or of recalling or recognizing previous experiences. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** act or fact of retaining mental impressions; remembrance; recollection: *to draw from memory.* **4.** the length of time over which recollection extends: *a time within the memory of living men.* **5.** a mental impression retained; a recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** state or fact of being remembered. **8.** a person or thing remembered. **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** Also called **storage.** *Computer Technol.* **a.** the capacity of a computer to store information subject to recall. **b.** the components of the computer, in which such information is stored. **11.** *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. **12.** *Cards.* concentration (def. 7). [ME *memorie* < L *memoria*, equiv. to *memor* remembering + *-ia* -Y[3]] **—mem′o·ry·less,** *adj.*

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday School.

**Mem·phi·an** (mem′fē ən), *n.* **1.** a native or inhabitant of the ancient Egyptian city of Memphis. **2.** Egyptian (def. 3). **3.** a native or resident of Memphis, Tennessee. [MEMPHI(S) + -AN]

**Mem·phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 497,524 (1960). **2.** a ruined city in Upper Egypt, on the Nile, S of Cairo: the ancient capital of Egypt. **3.** a town in NW Texas. 3332 (1960).

**Mem·phite** (mem′fīt), *adj.* **1.** Also, **Mem·phit·ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. **—***n.* **2.** Memphian (def. 1). [<< Gk *Memphítēs* inhabitant of Memphis; see -ITE[1]]

**Mem·phre·ma·gog** (mem′frē mā′gog), *n.* **Lake,** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec. 30 mi. long.