# EXHIBIT E

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

G. & C. MERRIAM COMPANY, *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

COPYRIGHT © 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS

COPYRIGHT © 1909, 1913, 1923, 1924, 1926, 1927, 1930, 1934, 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.

PHILIPPINES COPYRIGHT 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS PHILIPPINES COPYRIGHT 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.

PREVIOUS EDITION COPYRIGHT 1925 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO.

ALL RIGHTS RESERVED
UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.

*All rights reserved*

links united **:** a series or order of things depending on each other as if linked together **:** CHAIN ⟨a complicated ~ of circumstances —Frederick Johnson⟩

**con·cat·e·na·tor** \kän'kad·ə,nād·ə(r), kən-, -atə,nā-,-at°n,ā-, -ātə-\ *n* -s **:** one that concatenates

**con·caus·al** \(')kän¦kōzəl\ *adj* **:** operating as a concause

**con·cause** \'kän,kōz\ *n* -s [ML *concausa*, fr. L *com-* + *causa* cause — more at CAUSE] **:** one of several causes acting together

¹**con·cave** \'kän,kāv, *esp Brit sometimes* -äŋ,-\ *n* -s [MF, fr. *concave*, adj.] **1 a :** a hollow within a mass or in a surface ⟨Vulcan . . . splits the cliff and discloses a ~ fashioned by his art —E.K.Chambers⟩ **b :** a curved recess **:** a depression resembling a bowl **c** *obs* **:** the bore of a gun **2 a :** the inner face of a bowl-shaped structure **b :** the vault of the sky **3** *obs* **:** a concave lens or mirror **4 :** a set of bars bearing teeth, rasps, or rubber facing curved partly around a rotating threshing cylinder as an aid in shelling grain or seeds in a thresher

²**concave** \(')=¦=\ *adj* [MF, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] **1** *obs* **:** having a hollow interior ⟨~ . . . as a worm-eaten nut —Shak.⟩ **2 a :** hollowed or rounded inward like the inside of a bowl **b :** having a shape that is thought of as curving inward — opposed to *convex* **3 :** arched in **:** curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface; opposed to *convex* — **con·cave·ly** *adv* — **con·cave·ness** *n* -ES

³**concave** \"\ *vb* -ED/-ING/-S *vt* **:** to make concave ~ *vi* **:** to curve concavely

**concave grating** *n* **:** a reflection grating ruled on a concave mirror

**concave polygon** *n* **:** a polygon with one angle larger than a straight angle

**con·cav·er** \(')kän¦kāvə(r)\ *n* -s **:** one that shapes or forms a concave surface or edge

**con·cav·i·ty** \kän'kavəd·ē, -ətē, -i *sometimes* kən-\ *n* -ES [MF *concavité*, fr. LL *concavitat-, concavitas*, fr. L *concavus* + *-itat-, -itas* -ity] **1 a :** a concave line or surface or the space included by it **:** a hollow esp. of a vault or a hemisphere **b :** a depression resembling a bowl **2 :** CONCAVE 1 **3 :** the quality or state of being concave

**con·ca·vo-con·cave** \kän¦kā(,)vō¦kän,kāv\ *adj* [*concavo-* (fr. L *concavus*) + E *concave*] **:** concave on both sides — used esp. of a lens

**con·ca·vo-convex** \kän¦kā(,)vō+\ *adj* [*concavo-* + *convex*] **1 :** concave on one side and convex on the other **2** *of a lens* **:** having the concave side of greater curvature than the convex side

**con·ceal** \kən'sēl, *esp bef pause or cons* -ēəl\ *vt* -ED/-ING/-S [ME *concelen*, fr. MF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] **1 :** to prevent disclosure or recognition of **:** avoid revelation of **:** refrain from revealing **:** withhold knowledge of **:** draw attention from **:** treat so as to be unnoticed ⟨confessing . . . things a woman ought to ~ —Thomas Hardy⟩ **2 :** to place out of sight **:** withdraw from being observed **:** shield from vision or notice ⟨it grew so thickly as to ~ the roof —Richard Jefferies⟩

**syn** HIDE, BURY, SECRETE, CACHE, SCREEN, ENSCONCE: CONCEAL and HIDE are general terms often interchangeable. CONCEAL may be applied freely to persons and animals, objects, attributes, conditions, facts, or ideas ⟨Sophia had held the telegram *concealed* in her hand and its information *concealed* in her heart —Arnold Bennett⟩ ⟨Elizabeth was forced to *conceal* her lover from her father —Virginia Woolf⟩ ⟨politeness may *conceal* a legitimate wish that dare not put itself in bald speech —R.P.Blackmur⟩ CONCEAL may indicate any hiding or masking of any motive, from reprehensible secrecy to aesthetic improvement ⟨*conceal* a murder⟩ ⟨*conceal* a scar⟩ ⟨*concealing* a scratch on a piece of furniture⟩ ⟨*conceal* a bad odor⟩ It need not suggest covering. It often implies a certain design or artfulness. HIDE may differ from CONCEAL in suggesting less conscious intent and artfulness, and hence less effectiveness, but occas. more urgency ⟨*hidden* things that had never been concealed, that had merely been dropped away into forgotten corners and out-of-the-way places —Elizabeth M. Roberts⟩ ⟨with these consoling words he tried to *hide* from her the doubt that had entered his mind —Morley Callaghan⟩ It is less applicable than CONCEAL to senses other than sight. BURY suggests concealment in a low place by covering, esp. by heaping something amorphous ⟨loot *buried* under the ground⟩ or, in more figurative senses, it suggests relegation to obscurity ⟨I would myself be half *buried* in shadows and in darkness —Sherwood Anderson⟩ SECRETE is likely to have an increased suggestion of highly [illegible] secretive, stealthy concealment ⟨she could scarcely

to have ⟨even his enemies ~ him courage⟩ ~ *vi* **:** to make concession **:** YIELD **syn** see GRANT

**con·ced·ed·ly** *adv* **:** INDISPUTABLY, ADMITTEDLY ⟨~ honest expressions of opinion —*Time*⟩ ⟨probably not more than one out of ten and ~ not more than one out of four . . . are actually rented —Charles Abrams⟩

¹**con·ceit** \kən'sēt, *usu.* -ēd·+V\ *n* -s [ME *conceite* fr. *conceiven* to conceive, after such pairs as ME *deceiven* to deceive: *deceite* deceit] **1 a** (1) **:** something that results from mental activity **:** THOUGHT, CONCEPT, CONCEPTION, IDEA (2) *obs* **:** mental activity **:** thinking or the capacity to think (3) **:** individual or personal opinion **:** JUDGMENT, VIEW **b :** high estimation **:** favorable opinion **:** ESTEEM, ADMIRATION; *esp* **:** excessive appreciation of one's own worth or virtue **2** [trans. of It *concetto* — more at CONCETTO] **a :** a whimsical or fancifully ingenious idea **b :** an elaborate, startling, extravagant, or strained metaphor **c :** the use or the presence of such conceits as an element of poetry **3 :** a fancy article **:** attractive trifle; *esp* **:** an ingenious decorative item ⟨with new techniques of designing artificial flowers . . . some of the resulting ~s are quite fetching —*New Yorker*⟩ **4** *archaic* **:** capacity for imagination or fancifulness **:** active fancy **5** *obs* **:** a seizure of physical or mental illness

**syn** SELF-LOVE, EGOTISM, EGOISM, SELF-ESTEEM, AMOUR PROPRE: CONCEIT indicates a conviction or assumption of one's own superiority in one or more lines of achievement or a general overall highly favorable notion of oneself usu. accompanied by lack of evaluation and irritating offensiveness ⟨*conceit*, being a false estimate of one's abilities or an overestimate of those that are least important, is both a moral and an intellectual failing —C.W.H.Johnson⟩ ⟨Aristotle's "Poetics" was so hard that nobody could understand it and therefore he was fearful lest he should be thought guilty of presumption and *conceit* in trying to explain it at all —Irving Babbitt⟩ SELF-LOVE in nonphilosophic usages may suggest abnormal concentration on one's own wishes and considerations to the exclusion of others ⟨when I am led by *self-love* to keep my seat whilst ladies stand —James Ford⟩ ⟨but the proper meaning of *self-love* is regard to self in distinction from others or regard to some private interest —G.P.Fisher⟩ EGOTISM may indicate a tendency to attract attention to and center interest on oneself and one's achievements ⟨she had the simplest *egotism*, the most open desire to be thought first always —Virginia Woolf⟩ ⟨*egotism* resides more in a kind of proud isolation, in a species of contempt for the opinions and aims of others —A.C.Benson⟩ EGOISM implies a self-centered concentration on one's own desires and aspirations to the exclusion of interest in others ⟨it's not so much selfishness as a sort of—is *egoism* the word? When she wants to do a thing, she doesn't take into account the wants of others at all —B.A.Williams⟩ ⟨the essence of a self-reliant and autonomous culture is an unshakable *egoism*. It must not only regard itself as the peer of any other culture; it must regard itself as the superior of any other —H.L.Mencken⟩ SELF-ESTEEM may indicate either natural well-based commendable pride in self or more shaky and somewhat vain attempts at self-pride and self-adjustment ⟨I do some things very well; but my *self-esteem* is crushed by the multitude of things at which I am a hopeless duffer —G.B.Shaw⟩ ⟨Hollywood propping up the *self-esteem* of celluloid royalty —Gladys B. Stern⟩ AMOUR PROPRE indicates a pride in oneself, often commendable or pardonable but often delicate and susceptible to being wounded ⟨I should doubt the judgment of anyone who told me that the people of Egypt have no *amour propre* or that there does not exist in Egypt today a legitimate feeling of pride for the nation —*Manchester Guardian Weekly*⟩ ⟨our *amour propre* is concerned in believing the war in which we fought a righteous one and the victory in which we participated an unsullied one —*New Republic*⟩

²**conceit** \"\ *vb* -ED/-ING/-S *vt* **1** *obs* **:** to form a conception of **:** APPREHEND, UNDERSTAND ⟨our great need of him you have right well ~*ed* —Shak.⟩ **2** *now dial* **:** IMAGINE, SUPPOSE, THINK ⟨I did ~ a most delicious feast —George Herbert⟩ **3 :** to fill with fancies **4** *now dial Brit* **:** to take a fancy to **:** LIKE **5 :** to hold a favorable opinion of (oneself) **:** esteem (oneself) ⟨~ himself already a poet —Robert Southey⟩ ~ *vi*, *now dial* **:** to form an idea **:** THINK

**con·ceit·ed** \-ēd·əd,-ētəd\ *adj* [¹*conceit* + *-ed*] **1 a** *obs* (1) **:** endowed with intelligence or imagination **:** CLEVER (2) **:** disposed in opinion or attitude **:** MINDED; *esp* **:** favorably disposed or favorably minded — usu. used with *to* or *of* **b :** ingeniously contrived or designed: as (1) **:** having or exhibiting a literary style marked by conceits (2) **:** consisting of or constructed upon or around a conceit (3) **:** containing conceits **2 :** entertaining an excessively or unjustifiably high opinion of [illegible] a happy man⟩ — **con·ceit·ed·ly**

more at CENTER] *vt* **1 :** to bring or direct toward a common center or objective **:** FOCUS ⟨*concentrating* all their efforts on reaching shore⟩ **:** gather into one body, mass, or force ⟨there are times when power must be *concentrated* in a few able hands⟩ **2 :** to render less dilute or diffuse: **a** (1) **:** to remove water from ⟨in making maple syrup one ~*s* the sap by boiling⟩ (2) **:** to separate dross from ⟨repeated *concentrating* of the ore is necessary⟩ (3) **:** to free from impurities ⟨copper may be *concentrated* electrolytically⟩ **b :** to express the essence of ⟨the message of the New Testament is *concentrated* in the Sermon on the Mount⟩ **:** render more condensed ⟨the essence of her sex was *concentrated* in her charming obstinacy⟩ ~ *vi* **1 :** to draw toward or meet in a common center **2 :** to settle closely **:** GATHER, COLLECT ⟨recent immigrants tend to ~ in port cities⟩ ⟨social and racial tensions ~ in industrial centers⟩ **3 a :** to bring all one's powers, faculties, or activities to bear (as upon a course of action, a thought, or an object) ⟨~ on a problem⟩ ⟨farmers are *concentrating* on wheat this year⟩ ⟨to be able to ~ on the same matter for a considerable time is essential to difficult achievement —Bertrand Russell⟩ **b :** MAJOR **syn** see UNIFY

²**concentrate** \"\ *adj* [*com-* + L *centrum* + E *-ate* (adj. suffix)] **:** CONCENTRATED

³**concentrate** \"\ *n* -s **:** something obtained by concentration **:** a concentration or concentrated substance: as **a :** the remainder of dressed ore that contains the mineral sought **b :** a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to *roughage* **c :** a food reduced in bulk by elimination of watery fluid ⟨orange juice ~⟩

**concentrated** *adj* **1 :** rich in respect to a particular or essential element **:** STRONG, UNDILUTED ⟨~ sulfuric acid⟩ ⟨a narrow thread of ~ ore seaming the rocky canyon⟩ **2 :** INTENSE ⟨her ~ passion held them at bay⟩ **:** INTENSIVE ⟨only through ~ study can he hope to qualify for the award⟩ — **con·cen·trat·ed·ly** *adv*

**concentrated alum** *n* **:** ALUMINUM SULFATE

**concentrated feed** *n* **:** any animal feed rich in concentrates and low in roughage

**concentrated milk** *n* **:** evaporated milk that is not processed under high pressures or temperatures

**concentrate sprayer** *n* **:** a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also *low gallonage sprayer, mist concentrate sprayer, speed sprayer*

**con·cen·tra·tion** \,kän(t)sən'trāshən *also* -ün,sen-\ *n* -s [*com-* + L *centrum* + E *-ation*] **1 :** the act or action of concentrating: as **a :** the bringing to a common center; *esp* **:** the assembling of troops in an area often as a prelude to military action **b :** a directing of the attention or of the mental faculties toward a single object **c :** an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) **d :** the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c **2 :** a result of concentrating **:** a concentrated mass or thing: as **a** *pharmacy* **:** a crude active principle of a vegetable usu. in the form of a powder or resin **b :** a group of artillery shells fired on a particular area within a limited time — compare BARRAGE **3** *of a solution, mixture, or dispersion* **:** the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter **:** STRENGTH **4 :** DENSITY 1 **5 :** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* **:** a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* **:** a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \'kän(t)sən,trād·iv *also* -ün,sen-\ *adj* **:** serving or tending to concentrate **:** characterized by concentration

**con·cen·tra·tor** \-ād·ə(r)\ *n* -s **:** one that concentrates: as **a :** an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* **:** an industrial plant specializing in concentration (as of ore) **b :** a worker who tends concentrating apparatus **c :** a student who concentrates (in a particular

masking of any motive, from reprehensible secrecy to aesthetic improvement ⟨*conceal* a murder⟩ ⟨*conceal* a scar⟩ ⟨*concealing* a scratch on a piece of furniture⟩ ⟨*conceal* a bad odor⟩ It need not suggest covering. It often implies a certain design or artfulness. HIDE may differ from CONCEAL in suggesting less conscious intent and artfulness, and hence less effectiveness, but occas. more urgency ⟨*hidden* things that had never been concealed, that had merely been dropped away into forgotten corners and out-of-the-way places —Elizabeth M. Roberts⟩ ⟨with these consoling words he tried to *hide* from her the doubt that had entered his mind —Morley Callaghan⟩ It is less applicable than CONCEAL to senses other than sight. BURY suggests concealment in a low place by covering, esp. by heaping something amorphous ⟨loot *buried* under the ground⟩ or, in more figurative senses, it suggests relegation to obscurity ⟨I would myself be half *buried* in shadows and in darkness —Sherwood Anderson⟩ SECRETE is likely to have an increased suggestion of highly purposive, secretive, stealthy concealment ⟨she could scarcely . . . overcome the suspicion of there being many chambers *secreted* —Jane Austen⟩ ⟨and in mere sound *secretes* his inmost sense —Walter de la Mare⟩ CACHE suggests use of storage places affording security or protection as well as concealment, sometimes in the ground. SCREEN suggests protection or concealment from observation or danger by that which screens from a viewer's eyes ⟨*screened* himself under a bush and waited —Thomas Hardy⟩ ⟨the idea of a woman's appealing to her family to *screen* her husband's business dishonor —Edith Wharton⟩ ENSCONCE, in this sense, implies the security of concealment in a raised or walled area ⟨bounded into the vehicle and sat on a stool, *ensconced* from view —Thomas Hardy⟩ ⟨he *ensconced* the boy in a cubbyhole —Peggy Bacon⟩

**con·ceal·able** \-ēləbəl\ *adj* **:** capable of being concealed

**concealed** *adj, of a hand in canasta and certain forms of rummy* **:** fully matched and enabling one to go out without previously having melded

**concealed asset** *n* **:** a tangible or intangible asset that is not reflected on the balance sheet in accounting or finance or that is carried at nominal value (as stock of a subsidiary or a valuable patent)

**concealed bed** *n* **:** DISAPPEARING BED

**concealed damage** *n* **1 :** damage to the contents of a package that is not apparent until the package is opened **2 :** a seed rot of peanuts that is not visible until the seed is broken open and that is caused by invasion of the space between the seed halves by various fungi esp. of the genus *Diplodia*

**con·cealed·ly** \-ēlədlē, -ēl(d)lē, -li\ *adv* **:** in a concealed manner

**concealed loss** *n* **:** loss of goods from a container not apparent from the condition of the container

**con·cealed·ness** \-ēlədnəs, -ēl(d)n-\ *n* -ES **:** the quality or state of being concealed

**concealed weapon** *n* **:** a dangerous weapon so carried on the person as to be knowingly or willfully concealed from sight usu. in violation of statute

**con·ceal·er** \kən'sēlə(r)\ *n* -S **:** one that conceals

**con·ceal·ment** \-ē(ə)lmənt\ *n* -S [ME *concelement*, fr. MF, fr. *conceler* + *-ment*] **1 a :** the act or practice of concealing **:** the state of being concealed ⟨process . . . could not be served by reason of her absence from or ~ within the state —*Detroit Law Jour.*⟩ **b :** the practice or fact of concealing what ought to be revealed **:** improper secrecy ⟨his secrecy had the character of prudent reserve, not of cunning or ~ —George Bancroft⟩ **2** *obs* **:** out-of-the-way knowledge **:** secret information **:** MYSTERY **3 a :** a means of concealing **:** a hiding place **b concealments** *pl* **:** conditions or facilities for concealing

**concealment cipher** *n* **:** a method of hiding a message in a cover text (as the trellis cipher)

**con·cede** \kən'sēd\ *vb* -ED/-ING/-S [F or L; F *concéder*, fr. L *concedere*, fr. *com-* + *cedere* to go along, give way, yield — more at CEDE] *vt* **1 :** to grant as a right or privilege **:** ALLOW, SURRENDER, PERMIT ⟨Britain *conceded* the independence of the colonies⟩ ⟨we cannot ~ an increase in wages now⟩ ⟨he is willing to ~ his share to his sister⟩ **2 :** ADMIT, ACKNOWLEDGE ⟨the right of the state to tax is generally *conceded*⟩: **a :** to accept as true or accurate (as something discussed or debated) ⟨still less does he ~ that the British have any claim to the gratitude of the inhabitants —Michael Clark⟩ ⟨we have no choice but to ~ their figures⟩ **b :** to acknowledge grudgingly or hesitantly ⟨*conceded* that it might be a good idea⟩ ⟨they *conceded* that their decision had been unwise⟩ **c :** to acknowledge as won by an opponent without formal determination of the result ⟨South trumped the return and the opponents *conceded* the rest of the tricks⟩ ⟨the senator *conceded* the election shortly after midnight⟩ **d :** to acknowledge a person

fought a righteous one and the victory in which we participated an unsullied one —*New Republic*⟩

**²conceit** \"\ *vb* -ED/-ING/-S *vt* **1** *obs* **:** to form a conception of **:** APPREHEND, UNDERSTAND ⟨our great need of him you have right well ~*ed* —Shak.⟩ **2** *now dial* **:** IMAGINE, SUPPOSE, THINK ⟨I did ~ a most delicious feast —George Herbert⟩ **3 :** to fill with fancies **4** *now dial Brit* **:** to take a fancy to **:** LIKE **5 :** to hold a favorable opinion of (oneself) **:** esteem (oneself) ⟨~ himself already a poet —Robert Southey⟩ ~ *vi, now dial* **:** to form an idea **:** THINK

**con·ceit·ed** \-ēd·əd, -ētəd\ *adj* [¹*conceit* + *-ed*] **1 a** *obs* **(1) :** endowed with intelligence or imagination **:** CLEVER **(2) :** disposed in opinion or attitude **:** MINDED; *esp* **:** favorably disposed or favorably minded — usu. used with *to* or *of* **b :** ingeniously contrived or designed: as **(1) :** having or exhibiting a literary style marked by conceits **(2) :** consisting of or constructed upon or around a conceit **(3) :** containing conceits **2 :** entertaining an excessively or unjustifiably high opinion of oneself ⟨the ~ man is rarely a happy man⟩ — **con·ceit·ed·ly** *adv* — **con·ceit·ed·ness** *n* -ES

**conceitless** *adj, obs* **:** lacking understanding or thought **:** IGNORANT

**con·ceity** \kən'sēd·ē, -sād·ē\ *adj* [¹*conceit* + *-y*] **1** *chiefly dial* **:** CONCEITED, VAIN **2** *chiefly dial* **:** hard to please **:** OVERFASTIDIOUS

**con·ceiv·abil·i·ty** \kən,sēvə'biləd·ē, -ətē, -i\ *n* -ES **:** the quality or state of being conceivable

**con·ceiv·able** \kən'sēvəbəl\ *adj* **1 :** capable of being conceived, imagined, or understood **2 :** logically possible — **con·ceiv·able·ness** *n* -ES

**con·ceiv·ably** \-blē, -li\ *adv* **:** in a conceivable manner **:** POSSIBLY

**con·ceive** \kən'sēv\ *vb* -ED/-ING/-S [ME *conceiven*, fr. OF *conceivre, conceveir*, fr. L *concipere* to take, receive, conceive, proclaim, fr. *com-* + *-cipere* (fr. *capere* to seize, take) — more at HEAVE] *vt* **1 a** *of a mammal, esp. a human being* **(1) :** to become pregnant with **:** be with (child or young) **(2) :** BEGET ⟨he *conceived* their child deliberately —Norman Mailer⟩ **(3)** *obs* **:** to make pregnant **:** IMPREGNATE **(4) :** to be engendered in the womb — used passively ⟨before he was *conceived* —Lk 2:21 (AV)⟩ **b :** to cause to begin **:** originate or start ⟨something thought of as capable of subsequent growth and development⟩ ⟨Texas was *conceived* in debt and nourished on depleted paper —R.A.Billington⟩ — usu. used figuratively **2 a :** to take into one's mind **:** be affected by ⟨I have *conceived* a profound prejudice against such methods⟩ **b :** to form in the mind (as a concept or idea) **:** evolve mentally (as a plan or stratagem) **:** form a conception of **:** IMAGINE, VISUALIZE, IMAGE ⟨a building badly *conceived* and carelessly constructed⟩ **3 a** *archaic* **:** to apprehend (something) by reason or imagination **b :** COMPREHEND ⟨~ the man⟩ **:** UNDERSTAND, GRASP **4 :** to be of the opinion **:** THINK, SUPPOSE ⟨we cannot ~ that this course is expedient now⟩ **5** *archaic* **:** to give forth **:** EXHIBIT, PRODUCE **6 :** to give expression to **:** COUCH, FRAME, PHRASE ~ *vi* **1 :** to become pregnant **2 :** to have a conception, idea, or opinion **:** THINK — usu. used with *of* ⟨who will ~ of our trials and efforts if we succeed?⟩ **syn** see THINK

**con·celebrate** \(')kän+\ *vb* -ED/-ING/-S [L *concelebratus*, past part. of *concelebrare* to celebrate in great numbers, fr. *com-* + *celebrare* to celebrate — more at CELEBRATE] *vt, obs* **:** to celebrate together ~ *vi* **:** to celebrate the Eucharist or Mass together

**con·celebration** \(')kän+\ *n* -S **:** a celebration of the Eucharist or Mass in which two or more of the clergy unite in saying the words of the liturgy

**con·cent** \kən'sent\ *n* -S [L *concentus* harmony, fr. past part. of *concinere* to sing together, fr. *com-* + *-cinere* (fr. *canere* to sing) — more at CHANT] **1** *archaic* **:** a state of accordance **:** CONSISTENCY **2** *archaic* **:** concert of voices **:** concord of sounds

**con·cen·ter** \kən, (')kän-+\ *vb* -ED/-ING/-S [MF *concentrer*, fr. *com-* + *centre* center — more at CENTER] *vt* **:** to draw or direct to a common center **:** bring together at a focus or point (as lines, ideas, or emotions) **:** CONCENTRATE ~ *vi* **:** to come to one point **:** meet in, converge toward, or have a common center ⟨then begins to ~ the . . . nexus of . . . habits of reaction to experience —*Survey Graphic*⟩

**con·cen·to** \kən'chen(,)tō, -'sen-\ *n* -S [It, fr. L *concentus* harmony — more at CONCENT] **:** the simultaneous sounding of the tones of a chord — compare *arpeggio*

**con·central** \kən, (')kän+\ *adj* [*com-* + *central*] **:** CONCENTRIC — **con·centrally** \"+\ *adv*

**¹con·cen·trate** \'kän(t)sən·,trāt *also* -än,sen-; *usu* -ād·+V\ *vb* -ED/-ING/-S [*com-* + L *centrum* center + E *-ate* (v. suffix) —

volume, in parts per million, or in grams per liter **:** STRENGTH **4 :** DENSITY 1 **5 :** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* **:** a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* **:** a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \'kän(t)sən,trād·iv *also* -än,sen-\ *adj* **:** serving or tending to concentrate **:** characterized by concentration

**con·cen·tra·tor** \-ād·ə(r)\ *n* -S **:** one that concentrates: as **a :** an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* **:** an industrial plant specializing in concentration (as of ore) **b :** a worker who tends concentrating apparatus **c :** a student who concentrates (in a particular field of study)

**¹con·cen·tric** \kən'sen·trik, (')kän's-, -rēk\ *also* **con·cen·tri·cal** \-rəkəl, -rēk-\ *adj* [ML *concentricus*, fr. L *com-* + *centrum* center + *-icus* -ic — more at CENTER] **1 a :** having a common center (as circles one within another) — opposed to *eccentric* **b :** having a common axis (as of two or more cones or moraines) **:** formed about the same axis **:** COAXIAL **2** *geol* **:** marked by the loosening and falling away of successive rounded or spherical shells ⟨~ weathering⟩ ⟨~ exfoliation⟩ — **con·cen·tri·cal·ly** \-rək(ə)lē, -rēk-, -li\ *adv*

**²concentric** \"\ *n* -S **:** something (as one of two concentric circles) that has a common center with something else

**concentric bundle** *n* **:** a plant vascular bundle in which (1) phloem surrounds xylem or (2) xylem surrounds phloem — called also respectively (1) *amphicribral bundle*, (2) *amphivasal bundle*

**concentric cable** *n* **:** COAXIAL CABLE

**concentric corpuscle** *n* **:** CORPUSCLE OF HASSALL

**concentric groove** *n* **:** the single continuous silent groove at the end of a disc recording, cut there to prevent the pickup from traveling further toward the center of the record

**con·cen·tric·i·ty** \,kän,sen·'trisəd·ē\ *n* -ES **:** the quality or state of being concentric

**concents** *pl of* CONCENT

**con·cen·tus** \kən'sentəs, kän-\ *n, pl* **concentus** [L, harmony — more at CONCENT] **:** the part of a church service (as that in which hymns or psalms are sung) that is sung by the whole choir — contrasted with *accentus*

**con·cep·ci·ón** *or* **con·cep·ci·on** \kən¦sepsē¦ōn, (')kän-, -ē¦än, -ē¦ōn, kən'sepshən\ *adj, usu cap* [fr. *Concepción*, Chile] **:** of or from the city of Concepción, Chile **:** of the kind or style prevalent in Concepción

**con·cept** \'kän,sept\ *n* -S [LL *conceptus* thought, fr. L, collection, gathering, fetus, fr. *conceptus*, past part. of *concipere* to conceive — more at CONCEIVE] **:** something conceived in the mind **:** THOUGHT, IDEA, NOTION: as **a** *philos* **:** a general or abstract idea **:** a universal notion: **(1) :** the resultant of a generalizing mental operation **:** a generic mental image abstracted from percepts; *also* **:** a directly intuited object of thought **(2) :** a theoretical construct ⟨the ~ of the atom⟩ **b** *logic* **(1) :** an idea comprehending the essential attributes of a class or logical species **:** a universal term or expression or its meaning **(2) :** a propositional function, logical relation, or property **c :** an idea that includes all that is characteristically associated with or suggested by a term **:** CONCEPTION **syn** see IDEA

**con·cep·ta·cle** \kən'septəkəl\ *n* -S [F, fr. L *conceptaculum*, fr. *conceptus*, past part. of *concipere* to receive, conceive] **1** *obs* **:** a hollow vessel **:** RECEPTACLE **2** *bot* **a** *obs* **:** FOLLICLE **b :** an enclosing cavity just beneath the surface of the plant body that contains reproductive structures in members of the genus *Fucus* and certain other algae — **con·cep·tac·u·lar** \¦känsep¦takyələ(r)\ *adj*

**con·cep·tac·u·lum** \,kän,sep'takyələm\ *n, pl* **conceptacu·la** \-lə\ [NL, fr. L] **:** CONCEPTACLE 2

**con·cep·ti·ble** \kən'septəbəl\ *adj* [ML *conceptibilis*, fr. L *conceptus* + *-ibilis* -ible] **:** CONCEIVABLE

**con·cep·tion** \kən'sepshən\ *n* -S [ME *concepcioun*, fr. OF *conception*, fr. L *conception-*, *conceptio*, fr. *conceptus* (past part. of *concipere* to conceive, receive) + *-ion-*, *-io* -ion — more at CONCEIVE] **1 a :** act of becoming pregnant **:** formation of a viable zygote ⟨fertilization results in the ~ of a new entity capable of developing into a being like its parent⟩ **:** state of being conceived; *also* **:** that which is conceived **:** EMBRYO, FETUS **b** *archaic* **:** BEGINNING **2 :** the capacity, function, or process

e's own
general
inied by
being a
ose that
l failing
ird that
rful lest
*it* in try-
in non-
ition on
of others
ies stand
egard to
ivate in-
cy to at-
nd one's
open de-
*otism* re-
s of con-
.Benson⟩
own de-
hers ⟨it's
d? When
ount the
of a self-
*goism*. It
culture; it
Mencken⟩
ommend-
attempts
very well;
things at
ood prop-
Gladys B.
elf, often
usceptible
of anyone
*propre* or
feeling of
*kly*⟩ ⟨our
which we
irticipated

ception of
you have
OSE, THINK
**3 :** to fill
IKE **5 :** to
neself) ⟨~
*w dial* **:** to

**a** *obs* (1)
R (2) **:** dis-
orably dis-
*of* **b :** in-
xhibiting a
of or con-

**:** a concentration of concentrated subst... mass of dressed ore that contains the mineral sought **b :** a feedstuff rich in digestible nutrients in comparison to its bulk (as grains, oil meals, or tankage) — opposed to *roughage* **c :** a food reduced in bulk by elimination of watery fluid ⟨orange juice ~⟩

**concentrated** *adj* **1 :** rich in respect to a particular or essential element **:** STRONG, UNDILUTED ⟨~ sulfuric acid⟩ ⟨a narrow thread of ~ ore seaming the rocky canyon⟩ **2 :** INTENSE ⟨her ~ passion held them at bay⟩ **:** INTENSIVE ⟨only through ~ study can he hope to qualify for the award⟩ — **con·cen·trat·ed·ly** *adv*

**concentrated alum** *n* **:** ALUMINUM SULFATE

**concentrated feed** *n* **:** any animal feed rich in concentrates and low in roughage

**concentrated milk** *n* **:** evaporated milk that is not processed under high pressures or temperatures

**concentrate sprayer** *n* **:** a power sprayer used to apply a highly concentrated pesticide in highly dispersed form usu. by delivering it into a strong air blast generated by fans or blowers — called also *low gallonage sprayer, mist concentrate sprayer, speed sprayer*

**con·cen·tra·tion** \\ˌkän(t)sən·ˈtrāshən *also* -änˌsen-\\ *n* -s [*com-* + L *centrum* + E *-ation*] **1 :** the act or action of concentrating: as **a :** the bringing to a common center; *esp* **:** the assembling of troops in an area often as a prelude to military action **b :** a directing of the attention or of the mental faculties toward a single object **c :** an increasing of strength (as of a solute or a gas in a mixture) or a purifying (as of a mineral in ore) by partial or total removal of diluents, solvents, admixed gases, extraneous material, or waste (as by evaporation, diffusion, or selective flotation) **d :** the centering of a student's program of study in one department or field of learning in which he does work of advanced grade — compare DISTRIBUTION 1c **2 :** a result of concentrating **:** a concentrated mass or thing: as **a** *pharmacy* **:** a crude active principle of a vegetable usu. in the form of a powder or resin **b :** a group of artillery shells fired on a particular area within a limited time — compare BARRAGE **3** *of a solution, mixture, or dispersion* **:** the relative content of a component (as dissolved or dispersed material) that may be expressed in percentage by weight or by volume, in parts per million, or in grams per liter **:** STRENGTH **4 :** DENSITY 1 **5 :** a card game for two or more players in which a pack of cards is laid out card by card face down and at random, the skill of the game consisting of remembering the position of such cards as are briefly turned up in play — called also *memory*

**concentration camp** *n* **:** a camp where persons (as prisoners of war, political prisoners, refugees, or foreign nationals) are detained or confined and sometimes subjected to physical and mental abuse and indignity

**concentration point** *n* **:** a place at which less than carload shipments on common carriers are assembled to be forwarded in carload lots

**con·cen·tra·tive** \\ˈkän(t)sənˌtrād·iv *also* -änˌsen-\\ *adj* **:** serving or tending to concentrate **:** characterized by concentration

**con·cen·tra·tor** \\-ād·ə(r)\\ *n* -s **:** one that concentrates: as **a :** an apparatus by which something (as an ore or a solution) is concentrated; *sometimes* **:** an industrial plant specializing in

use : a note to help or jog the memory : one of the notes in a diary ⟨this book . . . was assembled from his diaries, ~s, and letters —*New Yorker*⟩ **b :** MEMENTO, REMINDER **2 a** (1) **:** a brief or informal note in writing of some transaction or an outline of an intended instrument **:** an instrument drawn up in a brief and compendious form (2) **:** the clause beginning a record in the former Court of King's Bench in proceedings by bill (3) **:** MEMORANDUM OF ASSOCIATION (4) **:** the body of exceptions making up the clause in a marine insurance policy exempting the insurer wholly or partially from liability for loss on various articles **b** (1) **:** a statement by the shipper of the terms of a shipment sent with the privilege of return if not sold — used esp. in the jewelry trade (2) **:** the third or duplicate copy of a bill of lading **3 a :** an informal diplomatic communication; *specif* **:** a written statement from a department of state or a ministry of foreign affairs to an embassy or legation used esp. for routine transmissions or inquiries and never bearing a signature **b :** a usu. brief informal communication typically written for interoffice circulation on paper headed *memorandum* ⟨depend on countless *memoranda* for giving directions and for exchanging essential information —Milton Hall⟩ **c :** a routine publication by an authorized military headquarters containing directive, advisory, or informative matter

**²memorandum** \"\ *vt* -ED/-ING/-S **:** to make a memorandum of

**memorandum decision** *or* **memorandum opinion** *n* **1 :** a brief opinion of a court or a judge announcing the result of litigation without an extended discussion of the principles involved but sometimes with the citation of precedents — compare PER CURIAM DECISION **2 :** an opinion of the Tax Court of the U. S. that is ordered not to be published but that is authoritative as a precedent **3 :** an opinion of a court or a judge announcing the conclusions reached on the issues of fact and of law and giving directions as to the matters to be set forth in an order, judgment, or decree to be entered **4 :** an opinion of a court or a judge setting forth the conclusions reached on issues of fact and of law and containing the actual order, judgment, or decree of the court or judge

**memorandum of association** *Eng law* **:** a document resembling articles of association in the U. S. which in case of a company to be formed legally must be executed and filed to form the charter of the company

**mem·o·ra·tive** \'memə,rād·iv, 'mem(ə)rəd·-\ *adj* [ME *memoratif*, fr. MF, fr. LL *memorativus*, fr. L *memoratus* (past part. of *memorare* to remind) + *-ivus* -ive — more at MEMORABLE] **1** *archaic* **:** COMMEMORATIVE **2 :** relating to the memory ⟨powers perfected by experience . . . estimative and ~ powers —G.P.Klubertanz⟩

**¹me·mo·ri·al** \mə'mōrēəl, -mȯr-\ *adj* [ME, fr. L *memorialis*, fr. *memoria* memory + *-alis* -al — more at MEMORY] **1 :** serving to preserve remembrance **:** COMMEMORATIVE ⟨a ~ building⟩ ⟨a ~ sketch⟩ ⟨a ~ showing of an artist's work⟩ **2 :** of or relating to memory **:** utilizing, caused by, or done from memory ⟨the scene had been gotten by shorthand or ~ method —C.A. Greer⟩ ⟨the bad quarto . . . is a ~ reconstruction —Leo Kirschbaum⟩ ⟨~ contamination . . . of a manuscript⟩

**²memorial** \"\ *n* -S [ME, fr. LL *memoriale*, fr. L, neut. of *memorialis*, adj.] **1** *obs* **:** MEMORY, REMEMBRANCE, RECOLLECTION **2 a** (1) **:** something that serves to preserve memory or knowledge of an individual or event **:** RELIC, TRACE ⟨the form in which he expresses his emotion bears no ~ of any external form that may have provoked it —Clive Bell⟩ ⟨a ~ of those stormy feuds . . . is the thick oak door with its square hole —Brian Fitzgerald⟩ ⟨their bones remain . . . as ~s of a noble attempt —W.E.Swinton⟩ (2) **:** something that is kept to preserve the memory of a person or event **:** KEEPSAKE, MEMENTO ⟨carved walking stick, umbrella and best black hat still remained, sacred ~s —Rex Ingamells⟩ ⟨revive the liking for wearing ~s of the dead —Joan Evans⟩ (3) **:** something designed to commemorate or preserve the memory of a person or event ⟨his two-volume ~ to his father . . . was published —*Current Biog.*⟩ ⟨to visit this ~ to a former slave is a rewarding experience —Oscar Schisgall⟩ ⟨Walker *Memorial* is the student center —*Visitor's Guide to Mass. Inst. of Tech.*⟩ ⟨the mound . . . should be regarded as a ~ rather than an interment —F.M.Stanton⟩ ⟨the state's history is well recorded in 17 historic ~s —Melvin Beck⟩ ⟨established a scholarship as a ~ to his late father⟩ **b :** COMMEMORATION 2 **3 a :** RECORD, MEMOIR ⟨the text of the ~ that accompanied the map —Marjorie S. Douglas⟩ **b :** MEMORANDUM, NOTE ⟨present a long ~ to the emperor —*Times Lit. Supp.*⟩; *specif* **:** a legal abstract

**mem·o·ry** \'mem(ə)rē, -ri\ *n* -ES [ME *memorie*, fr. MF *memorie, memoire*, fr. L *memoria*, fr. *memor* mindful + *-ia* -y; akin to OE *gemimor* well-known, *mimorian* to remember, MD *mimeren* to muse, brood, L *mora* delay, OIr *airmert* prohibition, Gk *mermēra* trouble, Skt *smarati* he remembers; basic meaning: to remember] **1 a** *archaic* **:** a ceremony of commemoration **:** a service for the dead **b** *obs* **:** a historical or biographical record **c** *obs* **:** MEMORIAL, MEMENTO **2 a** (1) **:** the power or process of reproducing or recalling what has been learned and retained esp. through nonconscious associative mechanisms **:** conscious or unconscious evocation of things past ⟨semantic reception is associated with great use of ~ —Norbert Wiener⟩ ⟨seemed lost in thought or ~ —E.A. McCourt⟩ ⟨in ~, one images or reproduces his whole state of mind on the remembered occasion —Richard Taylor⟩ (2) **:** this power regarded as vested in an individual **:** an individual's capacity for reproducing or recalling what has been learned and retained ⟨has a good ~ for faces⟩ ⟨rely on the faulty ~ of a cross section of people —S.L.Payne⟩ ⟨his ~ annoyed him . . . it did not work willingly any more —Stuart Cloete⟩ (3) **:** the process of reproducing or recalling what has been learned as manifested in some special way or as associated with some bodily process ⟨visual ~⟩ ⟨muscular ~⟩ **b :** persistent modification of structure or of behavior resulting from an organism's activity or from its passively acquired experience **c** (1) **:** the totality of what has been learned and retained esp. as evidenced by recall and recognition ⟨drew on his ~ to supply the needed names⟩ ⟨even birds and animals have an ancestral ~ —*Horizon*⟩ (2) **:** the function of memory regarded as a compartment or chamber in which images, perceptions, or learning are stored ⟨filling their ~ with a lumber of words —R.L.Stevenson⟩ ⟨the invisible storehouse in nothingness, called ~ —Walter Sorell & Denver Lindley⟩ ⟨retain in their ~ the preceding movements —George Balanchine⟩ ⟨a richly stored ~⟩ **3 a** (1) **:** commemorative remembrance ⟨a statue erected in ~ of the hero⟩ ⟨has been held in ~ in Ireland —Maxwell Nurnberg & Morris Rosenblum⟩ ⟨a local museum dedicated to the ~ of the celebrity —*Amer. Guide Series: Maine*⟩ (2) **:** a person or thing held in commemorative remembrance ⟨his deeds are the country's proudest *memories*⟩ **b :** the fact or condition of being remembered ⟨~ of such upheavals goes back to remote antiquity⟩ ⟨persecutions which were of recent ~ —K.S.Latourette⟩ **4 a :** a particular act of recalling something learned or experienced **:** the fact or a condition of recalling **:** REMEMBRANCE, RECOLLECTION, RECALL ⟨woke with . . . complete ~ of where she had been —Pearl Buck⟩ ⟨have no ~ of that incident⟩ ⟨recited the poem from ~⟩ **b** (1) **:** an image, impression, or other mental trace of someone or something known or experienced **:** the content of something remembered ⟨my first ~ is one of being held up to a window —George Dangerfield⟩ ⟨the ~ of his voice as distinct in her mind as it ever had been in her ear —Glenway Wescott⟩ ⟨pleasant *memories* of an Italian summer⟩ ⟨the ~ of the captain's wife had not left him —Carson McCullers⟩ ⟨*memories* of the Japanese occupation . . . created a heritage of ill will —R.H.Fifield⟩ ⟨have written down their ~ . . . of one such occasion —F.I.Cobb⟩ ⟨made the town's isolation a ~ —*Amer. Guide Series: Texas*⟩ ⟨the course is a ~ and a mark is no longer even a ghost —Norman Nathan⟩ ⟨the depression is only a bad ~⟩ (2) **:** the total impression or generalized image of a person preserved in remembrance, history, or tradition **:** posthumous opinion ⟨this ruler left behind him golden *memories*⟩ ⟨a prince of glorious ~⟩ (3) **:** the character, personality, or achievements of a person as preserved in remembrance ⟨the man whose ~ the Royal Irish Academy honors —Gearoid O'Sullivan⟩ ⟨his ~ recalled the most wonderful and exciting . . . adventures —R.H.Davis⟩ ⟨hates her ~ and all other women —Lucy M. Montgomery⟩ **c :** the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **5 :** CONCENTRATION 5 **6 :** a component in an electronic computing machine into which information (as the data involved in and the instructions governing the calculations to be performed) can be inserted, stored (as in the form of magnetized spots on a special drum or tape or of charged spots on a cathode-ray tube), and automatically extracted when needed **7 a :** a capacity for showing effects recognized as the result of past treatment — used esp. of materials ⟨the wire begins to turn in the other direction corresponding to the first twisting — the ~ of the recent short-term handling has been obliterated by that of the more remote but longer lasting and therefore more

**mems** *pl of* MEM

**mem·sahib** \'mem+,-\ *n* [Hindi *mem-ṣāhib*, fr. E ²*mem* + Hindi *ṣāhib* — more at SAHIB] **:** a foreign woman of the white race and some social status living in India ⟨growing up to be another nice infuriating superior English ~ —H.E.Bates⟩; *esp* **:** the wife of an English official or other white man of some social status in colonial India ⟨found the white ~s more violently intoxicated with . . . race poison than their men —Edmond Taylor⟩ ⟨this is a ~'s book, recalling . . . the last years of that ascendancy in India —*Times Lit. Supp.*⟩ ⟨houses designed for British officials and their ~s —Christopher Rand⟩

**men** *pl of* MAN

**men-** *or* **meno-** *comb form* [NL, fr. Gk *mēn* month — more at MOON] **:** menstruation ⟨*meno*pause⟩ ⟨*men*acme⟩

**me·nac·can·ite** \mə'nakə,nīt\ *n* -S [irreg. fr. *Manaccan*, Cornwall, England + E *-ite*] **:** ILMENITE — **me·nac·can·it·ic** \ˌ==ˌ=nid·ik\ *adj*

**¹men·ace** \'menəs *also* -nis\ *n* -S [ME *manace, menasse*, fr. MF *manace, menace*, fr. L *minacia*, fr. *minac-, minax* projecting, threatening (fr. *minari* to project, threaten) + *-ia* -y — more at MOUNT] **1 a :** a show of intention to inflict harm **:** a threatening gesture, statement, or act ⟨~s of damnation —T.S.Eliot⟩ ⟨spitting angry ~s at her —Arnold Bennett⟩ ⟨would advance with simulated ~ —Osbert Lancaster⟩ ⟨exploding in ~s and threats of vengeance —George Meredith⟩ **b :** threatening import, character, or aspect **:** THREAT ⟨ominous silence of the woods held no ~ for her —Osbert Sitwell⟩ ⟨the ~ of the European war to American interests —C.B.Forcey⟩ ⟨the sky became leaden with vague ~ —Adrian Bell⟩ ⟨with a hysterical cry of ~ —C.G.D.Roberts⟩ **c :** the condition of being threatened **:** a threatening atmosphere or situation ⟨in the ~ and confusion of the . . . postwar period —Hans Weigel⟩ **:** impending evil ⟨a sense of ~, of unease, runs through their conversation —T.H.White b.1915⟩ **2 a :** someone or something that represents a threat **:** DANGER ⟨tuberculosis and syphilis were major ~s —T.H.Fielding⟩ ⟨the intoxicated motorist is a ~ to life and limb —Wayne Hughes⟩ ⟨the ~s of air, such as tornado and whirlwind —Osbert Sitwell⟩ **b :** a person whose actions or idiosyncrasies cause intense annoyance or discomfiture ⟨that boy's a ~⟩ ⟨her friends were beginning to find her a ~ —Guy McCrone⟩

**²menace** \"\ *vb* -ED/-ING/-S [ME *manacen, menacen*, fr. MF *manacer, menacer*, fr. *manace, menace*, n.] *vt* **1 a :** to make a show of intention to harm **:** make a threatening gesture, statement, or act against ⟨*menaced* him with immediate expulsion —G.B.Shaw⟩ **b :** to threaten the infliction of **:** offer threat of ⟨*menacing* the emperor's displeasure —S.T.Coleridge⟩ ⟨he *menaced* ruin —H.R.Trevor-Roper⟩ **2 :** to represent or pose a threat to **:** ENDANGER ⟨the ferries were *menaced* by floating mines —P.W.Thompson⟩ ⟨mature bolls are *menaced* by the army worm —*Amer. Guide Series: Ark.*⟩ ~ *vi* **:** to make a threatening gesture, statement, or act ⟨the few snakes that ~ with their mouths open —C.H.Curran & Carl Kauffeld⟩ **syn** see THREATEN

**menacing** *adj* [fr. pres. part. of ²*menace*] **:** presenting, suggesting, or constituting a menace **:** THREATENING ⟨unemployment reached ~ proportions —P.E.James⟩ ⟨his all-knowing and rather ~ smile —Louis Auchincloss⟩ ⟨the prospect of a third world war is so ~ —John Strachey⟩ ⟨chamber was somber and almost ~ —Dorothy Sayers⟩ — **men·ac·ing·ly** *adv*

**men·acme** \mən, (')mēn+\ *n* [*men-* + *acme*] **:** the portion of a woman's life during which menstruation occurs

**menad** *var of* MAENAD

**men·a·di·one** \ˌmenə'dī,ōn\ *n* -S [*methyl* + *naphthoquinone* + *-dione*] **:** a yellow crystalline compound $C_{11}H_8O_2$ that is usu. made by oxidation of beta-methylnaphthalene, that has the biological activity of natural vitamin K to which it is chemically related, and that is often administered in the form of a water-soluble white crystalline addition compound with sodium bisulfite; 2-methyl-1,4-naphthoquinone — called also *vitamin $K_3$*

**me·na·do·nese** \mə¦nädə¦nēz, -ēs\ *n, pl* **menadonese** *cap* [*Menado* (Manado) residency in Celebes, Indonesia + E *-nese* (as in *Japanese*)] **:** an Indonesian native or inhabitant of Manado in northeastern Celebes

**mé·nage** \(')mā¦näzh, -nȧzh\ *n* -S [F *ménage*, fr. OF *mesnage* dwelling house, fr. (assumed) VL *mansionaticum*, fr. L *mansion-, mansio* habitation, dwelling — more at MANSION] **1 a :** a domestic establishment **:** HOUSEHOLD ⟨a respectable ~ —F.A.Swinnerton⟩ ⟨an unstable ~ —Harry Levin⟩ ⟨add one or two concubines to his ~ —John Blofeld⟩ **b :** a place

designed to commemorate or preserve the memory of a person or event ⟨his two-volume ~ to his father . . . was published —*Current Biog.*⟩ ⟨to visit this ~ to a former slave is a rewarding experience —Oscar Schisgall⟩ ⟨Walker *Memorial* is the student center —*Visitor's Guide to Mass. Inst. of Tech.*⟩ ⟨the mound . . . should be regarded as a ~ rather than an interment —F.M.Stanton⟩ ⟨the state's history is well recorded in 17 historic ~*s* —Melvin Beck⟩ ⟨established a scholarship as a ~ to his late father⟩ **b :** COMMEMORATION 2 **3 a :** RECORD, MEMOIR ⟨the text of the ~ that accompanied the map —Marjorie S. Douglas⟩ **b :** MEMORANDUM, NOTE ⟨present a long ~ to the emperor —*Times Lit. Supp.*⟩; *specif* **:** a legal abstract **c** (1) **:** a statement of facts addressed to a government or some branch of it often accompanied with a petition or remonstrance ⟨submitted a ~ to Congress —Joseph Dorfman⟩; *also* **:** a similar statement presented to a nongovernmental body (2) **:** a pleading before the Permanent Court of International Justice in which a case is set forth including facts, law, and submissions

³**memorial** \"\ *vt* -ED/-ING/-S **:** MEMORIALIZE

**memorial arch** *n* **:** TRIUMPHAL ARCH

**memorial day** *n, usu cap M&D* **1 :** May 30 observed as a legal holiday in most states of the U. S. in commemoration of dead servicemen — called also *Decoration Day* **2 :** CONFEDERATE MEMORIAL DAY **3 :** any of several days set aside for the public commemoration of war dead

**me·mo·ri·al·ist** \-ələst\ *n* -S **1 :** a person who writes or signs a memorial ⟨the ~*s* are not entitled to be heard —T.E.May⟩ **2 :** a writer of memorials or memoirs ⟨France's amplest secret ~ —Janet Flanner⟩; *specif* **:** one who writes a commemorative memoir ⟨critics of the work rather than ~*s* of the man —*Times Lit. Supp.*⟩

**me·mo·ri·al·iza·tion** \=,==ələ'zāshən, -,lī'z-\ *n* -S **:** the act or an instance of memorializing or the state of being memorialized ⟨won . . . glamour for future ~ —J.F.Dobie⟩

**me·mo·ri·al·ize** \=ˈ==ə,līz\ *vt* -ED/-ING/-S **1 :** to address or petition by a memorial **:** present a memorial to ⟨~ the governors and legislatures of the several states —E.M.Carroll⟩ **2 :** COMMEMORATE ⟨*memorialized* by an avenue bearing his name —David Dempsey⟩ — **me·mo·ri·al·iz·er** \-zə(r)\ *n* -S

**me·mo·ri·al·ly** \-rēəlē\ *adv* **:** by memory **:** as a memorial

**memorial mass** *n, often cap both Ms* **:** a Roman Catholic requiem mass offered on specif. appointed days of the year for the repose of a dead person's soul

**memorial park** *n* **:** CEMETERY

**memorial rose** *n* **:** a vigorous prostrate or trailing evergreen rose (*Rosa wichuraiana*) of eastern Asia with large fragrant white flowers in clusters of few to many

**memorial service** *n* **:** a commemorative service of worship held for a dead person

**memorial stamp** *n* **:** a commemorative stamp

**me·mo·ria tech·ni·ca** \mə¦mōrēə'teknəkə\ *n* [NL, lit., artificial memory] **:** an artificial aid to the memory **:** a mnemonic aid ⟨evidence the survival of this primitive *memoria technica* —Edward Clodd⟩

**mem·o·ried** \¦mem(ə)rēd, -rid\ *adj* [*memory* + *-ed*] **1 :** having a memory of a specified kind — usu. used in combination ⟨long-*memoried* men and women . . . were not deluded —Eden Phillpotts⟩ **2 a :** full of memories ⟨this serene and ~ village —*Amer. Guide Series: Vt.*⟩ **b :** REMEMBERED ⟨explosion of ~ happiness —Han Suyin⟩

¹**me·mo·ri·ter** \mə'mórə,te(ə)r, -ōrəd·ər\ *adv* [L, fr. *memor* mindful — more at MEMORY] **:** by or from memory **:** by heart ⟨learn ~ a series of propositions —*World Rev.*⟩

²**memoriter** \"\ *adj* **:** marked by emphasis on memorization ⟨there is little ~ work required —*Atlantic*⟩

**mem·o·ri·za·tion** \,mem(ə)rə'zāshən, ,memə,rī'z-\ *n* -S **:** the act or an instance of memorizing

**mem·o·rize** \'memə,rīz\ *vb* -ED/-ING/-S [*memory* + *-ize*] *vt* **1 a** *archaic* **:** to commemorate in writing **:** RECORD, MENTION ⟨the great founders of the university are tactfully *memorized* —*Encyc. Britannica*⟩ **b** *archaic* **:** to cause to be remembered **:** COMMEMORATE ⟨entombed with a Northern spade and *memorized* with a Northern slab —H.R.Helper⟩ **c** *chiefly dial* **:** REMEMBER ⟨I ~ that egg —Earl Hamner⟩ ⟨wanted folk to ~ him —Stewart Toland⟩ ⟨for the first time in *memorized* history man was free to act —*Time*⟩ **2 :** to commit to memory **:** learn by heart ⟨dread to ~ a speech for fear they will forget it —Max Eastman⟩ ~ *vi* **:** to learn something by heart ⟨these children can . . . ~ easily —Gertrude H. Hildreth⟩

**mem·o·riz·er** \-zə(r)\ *n* -S **:** one that memorizes

. . . **:** the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **5 :** CONCENTRATION 5 **6 :** a component in an electronic computing machine into which information (as the data involved in and the instructions governing the calculations to be performed) can be inserted, stored (as in the form of magnetized spots on a special drum or tape or of charged spots on a cathode-ray tube), and automatically extracted when needed **7 a :** a capacity for showing effects recognized as the result of past treatment — used esp. of materials ⟨the wire begins to turn in the other direction corresponding to the first twisting — the ~ of the recent short-term handling has been obliterated by that of the more remote but longer lasting and therefore more impressive one —Bernhard Gross⟩ **b :** a capacity for returning to a former condition (as after being stretched) — used esp. of a material ⟨the ~ will cause the material to resume the shape it had when you purchased it —*Road Mag.*⟩

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE, MIND, SOUVENIR: MEMORY applies both to the faculty of remembering and to what is remembered, sometimes remembered dearly or cherished ⟨a very good *memory*⟩ ⟨a *memory* training course⟩ ⟨it was the merest *memory* now, vague and a little sweet, like the remembrance of some exceptional spring day —John Galsworthy⟩ REMEMBRANCE can be the same as MEMORY but more often refers to the act of remembering and usu. to a particular act of remembering esp. something pleasant or cherished in memory, or it may apply to the state of being remembered ⟨the only moments I've lived my life to the full and that live in *remembrance* unfaded —W.W.Gibson⟩ ⟨the vivid *remembrance* of an almost identical setting one evening —Henry Miller⟩ ⟨the *remembrance* of things past —Shak.⟩ ⟨the *remembrance* of the event always brought a pang of regret⟩ RECOLLECTION is like REMEMBRANCE but carries a strong suggestion of more voluntary and sometimes effortful recalling to mind, and it may apply to the thing remembered in this way ⟨they have a tendency to forget the facts of the present in their fond *recollection* of the past —S.M.Crothers⟩ ⟨you ask me to put down a few *recollections* of your father —W.E.H. Lecky⟩ REMINISCENCE may refer to remembrance of something long past, esp. as remembered casually and accidentally; it is closely synonymous with RECOLLECTION in references to what is remembered ⟨would use all the techniques of modern psychology in his analyses of the subconscious; the phenomena of involuntary *reminiscence* fascinate him —B.M.Woodbridge⟩ ⟨the author's own *reminiscences* of childhood and youth are a good deal less pretentious and more amusing than this model —*Times Lit. Supp.*⟩ MIND in this sense commonly appears only in a few idiomatic phrases ⟨to keep in *mind*⟩ ⟨out of sight, out of *mind*⟩ SOUVENIR may still be used as a synonym of MEMORY ⟨then she carefully restored them, her mind full of *souvenirs* newly awakened —Arnold Bennett⟩

**memory book** *n* **1 :** SCRAPBOOK ⟨not so much a book of memoirs as a *memory book* —*New Yorker*⟩ **2 :** a small album for autographs

**mem·o·ry·less** \'mem(ə)rēləs, -ril-\ *adj* **:** devoid of memory

**memory span** *n* **:** the greatest amount (as the longest series of letters or digits) that can be perfectly reproduced by the subject after a single presentation by the experimenter

**memory tube** *n* **:** a vacuum tube (as a camera tube or electronic computer tube) that retains information for later use by having a receptive element on which an electron beam impresses signals

**memory verse** *n* **:** a brief passage of Scripture to be memorized in connection with a Sunday-school lesson — compare GOLDEN TEXT

**memos** *pl of* MEMO, *pres 3d sing of* MEMO

**mem·phi·an** \'mem(p)fēən\ *n* -S *cap* [*Memphis*, Egypt + E *-an*] **1 :** MEMPHITE; *also* **:** EGYPTIAN **2** [*Memphis*, Tenn. + E *-an*] **:** a native or resident of Memphis, Tenn.

**mem·phis** \-fəs\ *adj, usu cap* [fr. *Memphis*, Tenn.] **:** of or from the city of Memphis, Tenn. ⟨the *Memphis* cotton market⟩ **:** of the kind or style prevalent in Memphis

¹**mem·phite** \'mem,fīt\ *n* -S *usu cap* [L *Memphites*, fr. Gk *Memphitēs*, fr. *Memphis*, Egypt + Gk *-itēs* -ite] **:** a native or resident of ancient Memphis in Egypt

²**memphite** \"\ *also* **mem·phit·ic** \(')mem¦fid·ik\ *adj, usu cap* [*Memphite* fr. L *Memphites*, fr. *Memphites*, n.; *Memphitic* fr. Gk *Memphitikos*, fr. *Memphitēs* + *-ikos* -ic] **:** of or relating to ancient Memphis, its inhabitants, or the dynasties of Egyptian kings who made it their capital

**mem·phit·ic** \mem'fid·ik\ *n* -S *usu cap* [fr. *Memphitic*, adj.] **:** the Coptic dialect of Memphis and vicinity

of a water-soluble white crystalline addition compound with sodium bisulfite; 2-methyl-1,4-naphthoquinone — called also *vitamin $K_3$*

**me·na·do·nese** \mə¦nädə¦nēz, -ēs\ *n, pl* **menadonese** *cap* [*Menado* (Manado) residency in Celebes, Indonesia + E *-nese* (as in *Japanese*)] **:** an Indonesian native or inhabitant of Manado in northeastern Celebes

**mé·nage** \(')mā¦näzh, -nàzh\ *n* -S [F *ménage*, fr. OF *mesnage* dwelling house, fr. (assumed) VL *mansionaticum*, fr. L *mansion-*, *mansio* habitation, dwelling — more at MANSION] **1 a :** a domestic establishment **:** HOUSEHOLD ⟨a respectable ~ —F.A.Swinnerton⟩ ⟨an unstable ~ —Harry Levin⟩ ⟨add one or two concubines to his ~ —John Blofeld⟩ **b :** a place in which a person keeps house or that is managed like a household **:** QUARTERS ⟨lunch with the young men at their mess — as all communal ~*s* appear to be called in the East —Evelyn Waugh⟩ ⟨apartment, an eight-room ~ on the fourteenth floor —E.J.Kahn⟩ ⟨very formal, and very well kept, whereas I had expected to find myself in an entirely Bohemian ~ —George Copeland⟩ **c :** domestic management **:** HOUSEKEEPING ⟨accommodates our democratic ~ to the taste of the richest and most extravagant plebeian among us —W.D.Howells⟩ **2 a :** a savings club organized in some Scottish and English communities so that each member pays in a set sum each week and the total sum is paid to a different member each week **b** *dial Brit* **:** the selling of goods (as cloth) on installments often by an itinerant vendor

**ménage à trois** \mānàzhà·trwä\ *n* [F, lit., household of three] **:** an arrangement or relationship in which a married pair and the lover of one of the pair form a single household usu. with the consent or tolerance of the other married partner ⟨leaves a feeble young husband to become part of a Bohemian *ménage à trois* —*Times Lit. Supp.*⟩ ⟨a more or less harmonious *ménage à trois* —Edmund Wilson⟩

**me·nag·er·ie** \mə'najərē, -ri *sometimes* -azhə-\ *n* -S [F *ménagerie*, fr. MF *menagerie* management of a household or a farm, place where animals are tended, fr. *menage* household + *-erie* -ery] **1 a :** a place where animals are kept and trained esp. for exhibition **b :** a collection of wild or foreign animals in cages or enclosures; *esp* **:** one kept for exhibition (as with a circus) **c** *obs* **:** AVIARY **2 :** a group or collection of persons that are strange, odd, or startling or foreign to one's experience ⟨a wonderful ~ of royal hangers-on —V.S.Pritchett⟩

**me·nag·er·ist** \-rəst\ *n* -S **:** the proprietor or manager of a menagerie

**me·nai·on** \mə'nā,ón\ *n, pl* **me·naia** \-āə\ [MGk *mēnaion*, fr. neut. of *mēnaios* monthly, fr. Gk *mēn* month — more at MOON] *usu cap* **:** a collection of hymns and collects for all days of the year in the Eastern Orthodox Church arranged in calendar order and usu. divided into 12 volumes each for a different month and each containing the proper of the immovable feasts of Christ or the saints for the month; *also* **:** any of these volumes

**menald** \'menᵊld, 'mēn-\ *adj* [origin unknown] **:** SPECKLED, VARIEGATED

**me·naph·thone** \mə'naf,thōn\ *n* -S [*methyl* + *naphthaquinone*] **:** MENADIONE

**men·ar·che** \mə'när(,)kē, me'-\ *n* -S [NL, fr. *men-* + Gk *archē* beginning — more at ARCHI-] **:** the initiation of menstruation **:** the first menstrual period of an individual — **men·ar·che·al** *also* **men·ar·chi·al** \-¸kēəl\ *adj*

**men·as·pis** \mə'naspəs\ *n, cap* [NL, fr. Gk *mēnē* moon + NL *-aspis* — more at MOON] **:** a genus of Upper Permian cartilaginous fishes (subclass Holocephali) related to the chimaeras

**me·nat** \'mā,nät\ *n* -S [Egypt *mnit*] **:** an amulet worn in ancient Egypt to secure divine protection



menat

**me·nav·e·lings** \mə'navələnz, -liŋz\ *var of* MANAVELINS

**menck·en·ese** \¦meŋkə¦nēz, -enk-, -ēs\ *n* -S *usu cap* [H. L. *Mencken* †1956 Amer. journalist and satirist + E *-ese*] **:** the peculiarly vigorous racy flamboyant and often caustic style characteristic of the journalist Mencken or a style patterned on or resembling that of Mencken ⟨difficult to read through a daily paper without finding a feature writer who employs *Menckenese* —George Mayberry⟩

of association in the U. S. which in case of a formed legally must be executed and filed to of the company

\'memə,rād·iv, 'mem(ə)rəd·-\ *adj* [ME *memo-* LL *memorativus*, fr. L *memoratus* (past part. remind) + *-ivus* -ive — more at MEMORABLE] MMEMORATIVE **2 :** relating to the memory d by experience . . . estimative and ~ powers nz⟩

nə'mōrēəl, -mȯr-\ *adj* [ME, fr. L *memorialis*, ory + *-alis* -al — more at MEMORY] **1 :** serving mbrance **:** COMMEMORATIVE ⟨a ~ building⟩ ⟨a showing of an artist's work⟩ **2 :** of or relating lizing, caused by, or done from memory ⟨the gotten by shorthand or ~ method —C.A. d quarto . . . is a ~ reconstruction —Leo contamination . . . of a manuscript⟩

*n* -s [ME, fr. LL *memoriale*, fr. L, neut. of **1** *obs* **:** MEMORY, REMEMBRANCE, RECOLLEC- something that serves to preserve memory or individual or event **:** RELIC, TRACE ⟨the form esses his emotion bears no ~ of any external ave provoked it —Clive Bell⟩ ⟨a ~ of those . is the thick oak door with its square hole ld⟩ ⟨their bones remain . . . as ~*s* of a noble Swinton⟩ (2) **:** something that is kept to mory of a person or event **:** KEEPSAKE, ME- walking stick, umbrella and best black hat cred ~*s* —Rex Ingamells⟩ ⟨revive the liking of the dead —Joan Evans⟩ (3) **:** something nemorate or preserve the memory of a person -volume ~ to his father . . . was published ⟨to visit this ~ to a former slave is a reward- —Oscar Schisgall⟩ ⟨Walker *Memorial* is the *Visitor's Guide to Mass. Inst. of Tech.*⟩ ⟨the ld be regarded as a ~ rather than an inter- ton⟩ ⟨the state's history is well recorded in 17 lvin Beck⟩ ⟨established a scholarship as a ~ r⟩ **b :** COMMEMORATION 2 **3 a :** RECORD, of the ~ that accompanied the map —Mar- **b :** MEMORANDUM, NOTE ⟨present a long ~ —*Times Lit. Supp.*⟩; *specif* **:** a legal abstract it of facts addressed to a government or some accompanied with a petition or remonstrance to Congress —Joseph Dorfman⟩; *also* **:** a t presented to a nongovernmental body before the Permanent Court of International a case is set forth including facts, law, and

't -ED/-ING/-S **:** MEMORIALIZE

**:** TRIUMPHAL ARCH

*usu cap M&D* **1 :** May 30 observed as a legal tates of the U. S. in commemoration of dead led also *Decoration Day* **2 :** CONFEDERATE : any of several days set aside for the public

memorative remembrance ⟨his deeds are the country's proudest *memories*⟩ **b :** the fact or condition of being remembered ⟨~ of such upheavals goes back to remote antiquity⟩ ⟨persecutions which were of recent ~ —K.S.Latourette⟩ **4 a :** a particular act of recalling something learned or experienced **:** the fact or a condition of recalling **:** REMEMBRANCE, RECOLLECTION, RECALL ⟨woke with . . . complete ~ of where she had been —Pearl Buck⟩ ⟨have no ~ of that incident⟩ ⟨recited the poem from ~⟩ **b** (1) **:** an image, impression, or other mental trace of someone or something known or experienced **:** the content of something remembered ⟨my first ~ is one of being held up to a window —George Dangerfield⟩ ⟨the ~ of his voice as distinct in her mind as it ever had been in her ear —Glenway Wescott⟩ ⟨pleasant *memories* of an Italian summer⟩ ⟨the ~ of the captain's wife had not left him —Carson McCullers⟩ ⟨*memories* of the Japanese occupation . . . created a heritage of ill will —R.H.Fifield⟩ ⟨have written down their ~ . . . of one such occasion —F.I.Cobb⟩ ⟨made the town's isolation a ~ —*Amer. Guide Series: Texas*⟩ ⟨the course is a ~ and a mark is no longer even a ghost —Norman Nathan⟩ ⟨the depression is only a bad ~⟩ (2) **:** the total impression or generalized image of a person preserved in remembrance, history, or tradition **:** posthumous opinion ⟨this ruler left behind him golden *memories*⟩ ⟨a prince of glorious ~⟩ (3) **:** the character, personality, or achievements of a person as preserved in remembrance ⟨the man whose ~ the Royal Irish Academy honors —Gearoid O'Sullivan⟩ ⟨his ~ recalled the most wonderful and exciting . . . adventures —R.H.Davis⟩ ⟨hates her ~ and all other women —Lucy M. Montgomery⟩ **c :** the time within which past events can be or are remembered ⟨within the ~ of living men⟩ **5 :** CONCENTRATION 5 **6 :** a component in an electronic computing machine into which information (as the data involved in and the instructions governing the calculations to be performed) can be inserted, stored (as in the form of magnetized spots on a special drum or tape or of charged spots on a cathode-ray tube), and automatically extracted when needed **7 a :** a capacity for showing effects recognized as the result of past treatment — used esp. of materials ⟨the wire begins to turn in the other direction corresponding to the first twisting — the ~ of the recent short-term handling has been obliterated by that of the more remote but longer lasting and therefore more impressive one —Bernhard Gross⟩ **b :** a capacity for returning to a former condition (as after being stretched) — used esp. of a material ⟨the ~ will cause the material to resume the shape it had when you purchased it —*Road Mag.*⟩

**syn** REMEMBRANCE, RECOLLECTION, REMINISCENCE, MIND, SOUVENIR: MEMORY applies both to the faculty of remembering and to what is remembered, sometimes remembered dearly or cherished ⟨a very good *memory*⟩ ⟨a *memory* training course⟩ ⟨it was the merest *memory* now, vague and a little sweet, like the remembrance of some exceptional spring day —John Galsworthy⟩ REMEMBRANCE can be the same as MEMORY but more often refers to the act of remembering and usu. to a particular act of remembering ...

. a person whose annoyance or discomfiture beginning to find her a ~

**²menace** \"\ *vb* -ED/-ING/ *manacer*, *menacer*, fr. ma show of intention to harm ment, or act against ⟨*men* —G.B.Shaw⟩ **b :** to threa ⟨*menacing* the emperor *menaced* ruin —H.R.Tre a threat to **:** ENDANGER mines —P.W.Thompson army worm —*Amer. Gui* threatening gesture, state with their mouths open see THREATEN

**menacing** *adj* [fr. pres. part ing, or constituting a men reached ~ proportions rather ~ smile —Louis world war is so ~ —John almost ~ —Dorothy Say

**men·acme** \mən, (')men

a woman's life during

**menad** *var of* MAENAD

**men·a·di·one** \,menə'dī + *-dione*] **:** a yellow usu. made by oxidation the biological activity chemically related, and of a water-soluble white sodium bisulfite; 2-methyl *vitamin* $K_3$

**me·na·do·nese** \mə,nado [*Menado* (Manado) resid *-nese* (as in *Japanese*)] Manado in northeastern

**mé·nage** \(')mā,näzh, dwelling house, fr. *mansion-*, *mansio* habita **1 a :** a domestic estab ~ —F.A.Swinnerton⟩ one or two concubines in which a person keeps hold **:** QUARTERS ⟨lunch — as all communal ~*s* app Waugh⟩ ⟨apartment, an —E.J.Kahn⟩ ⟨very formal expected to find myself Copeland⟩ **c :** domestic commodates our democrat most extravagant plebe **2 a :** a savings club organ communities so that each and the total sum is paid **b** *dial Brit* **:** the selling of