UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | C.A. No. 06-262S<br><br>**EXPEDITED REVIEW REQUESTED** |

**HASBRO'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiff Hasbro, Inc. ("Hasbro") respectfully moves for entry of a protective order quashing the Notice of Deposition recently served by Defendant MGA Entertainment, Inc. ("MGA") for the deposition of Hasbro pursuant to Fed. R. Civ. P. 30(b)(6).

The grounds for this motion are set forth in the accompanying Memorandum of Law and in the Declaration of Kim J. Landsman, filed contemporarily herewith.

Dated: November 8, 2006

Respectfully submitted,

Joseph Avanzato [#4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604

and

Kim J. Landsman
Michael D. Sant'Ambrogio
Irene Choi
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Plaintiff Hasbro, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2006, I caused the within to be served on the following counsel in the manner indicated:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
***By Hand Delivery and Electronic Mail***

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
***By Federal Express and Electronic Mail***

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
***By Federal Express and Electronic Mail***

*398491_1*