UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>MGA ENTERTAINMENT, INC.,<br><br>Defendant. | C.A. No. 06-262S |

**STIPULATION**

Plaintiff / Defendant-in-Counterclaim Hasbro, Inc. ("Hasbro") and Defendant / Plaintiff-in-Counterclaim MGA Entertainment, Inc. ("MGA") hereby stipulate and agree that Hasbro's request for expedited review of its (1) Motion for Entry of a Protective Order (Document No. 107) and (2) the corresponding Motion to File Documents Under Seal (Document No. 108) is withdrawn, and that there is no need for expedited review thereof. In light of the pending Motion for Entry of a Protective Order, Hasbro need not appear for deposition at the date and time contained in the Notice that is the subject matter of that Motion and, in the event that Hasbro's Motion for Entry of a Protective Order is denied in whole or in part, any ordered deposition may proceed notwithstanding the closure of fact discovery.

For Hasbro, Inc.:

/s/ Jeffrey K. Techentin_____________
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [#6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: November 9, 2006

Of counsel:

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

For MGA Entertainment, Inc.:

/s/ George E. Lieberman____________
Brooks R. Magratten [#6883]
(bmagratten@vetterandwhite.com)
George E. Lieberman [#3860]
(glieberman@vetterandwhite.com)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Dated: November 9, 2006

Of Counsel:

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3731
Fax: (310) 228-3701

*399129_1*