UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**STIPULATION**

Plaintiff/counterclaim-defendant Hasbro, Inc. ("**Hasbro**") and defendant/counterclaimant MGA Entertainment, Inc. ("**MGA**"), through their respective undersigned counsel of record, hereby stipulate to the following:

1. Hasbro currently has no quantifiable evidence of lost customers or lost sales as a result of MGA's sale of the MEMORY MATCH-UP™ game and therefore does not intend to claim damages for that type of injury.

2. Based on paragraph (1) above, MGA hereby withdraws Categories 1, 7, and 9 of the Rule 30(b)(6) deposition notice served November 1, 2006.

For Hasbro, Inc.:

/s/ Jeffrey K. Techentin_____________
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [#6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: November 10, 2006

Of counsel:

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

For MGA Entertainment, Inc.:

/s/ George E. Lieberman____________
Brooks R. Magratten [#6883]
(bmagratten@vetterandwhite.com)
George E. Lieberman [#3860]
(glieberman@vetterandwhite.com)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Dated: November 10, 2006

Of Counsel:

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3731
Fax: (310) 228-3701

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Stipulation through the ECF system on the 10th day of November, 2006, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin____________

*399293_1*