UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br>v.<br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br>v.<br>HASBRO, INC.,<br>Counterclaim-defendant. | **C.A. No. 06-262 S** |

**NOTICE OF FILING REDACTED DEPOSITION NOTICE**

Defendant/counterclaimant MGA Entertainment, Inc. ("MGA") files herewith as Exhibit 1 a deposition notice, redacting information that plaintiff/counterclaim defendant Hasbro, Inc. has declared confidential. Pursuant to LR Gen 102(a)(3), an unredacted version of the notice has been submitted to the Court as Exhibit A to Motion of Defendant/Counterclaimant MGA Entertainment, Inc. to File a Redacted Deposition Notice, which was filed conventionally on November 15, 2006.

Respectfully submitted,
Defendant and Counterclaimant,

MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ Brooks Magratten

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

Dated: November 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the within Notice of Filing Redacted Deposition Notice was electronically filed on November 15, 2006 and is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ Brooks Magratten