AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

EXHIBIT AND WITNESS LIST

Hasbro, Inc. v. MGA Entertainment

CASE NUMBER: CA06-262S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Irene Choi, Jeffrey Techentin, Kim Landsman | George Lieberman, Jeanne Bassett, Keith Rayzor |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/23/2006 - | Anne Clayton | Doreen L. Baldinelli/Lucia Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Mark Stark. |
| 12 | | 10/23/06 | | Full | Original Memory Game. |
| 123 | | | | Full | Physical Exhibit Simon 2 Game. |
| 124 | | | | Full | Lucky Ducks Game. |
| 13 | | | | Full | Memory Game, Dora the Explorer. |
| 14 | | | | Full | Memory Game, My little Pony. |
| 15 | | | | Full | Memory Game, Disney Princess |
| 16 | | | | Full | Memory Game, The Disney Edition |
| 17 | | | | Full | Memory Game, Fun on the Run |
| 18 | | | | Full | Bob the Builder Memory Game. |
| 19 | | | | Full | " " Finding Nemo. |
| 20 | | | | Full | " " Tonka Edition |
| 21 | | | | Full | " " The backyardigans |
| 22 | | | | Full | " " Mr. Potato Head |
| 23 | | | | Full | " " Boohbah Edition |
| 24 | | | | Full | " " Pokemon Edition |
| 25 | | | | Full | " " Teletubbies Edition |
| 26 | | | | Full | " Barney Edition |
| 27 | | | | Full | " " Arthur Edition |
| 28 | | | | Full | " " Hamtaro Edition |
| 29 | | | | Full | " " Collector's Series |
| 30 | | | | Full | " " Toy Story + Beyond Disney Edition |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. V. MGA Entertainment CASE NUMBER: CA06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 31 | | 10/23/06 | | Full | Memory Game, Pooh Edition |
| 32 | | | | Full | Memory Game, Blue's Clues. |
| 33 | | | | Full | Memory Game, Twelve Teepees. |
| 34 | | | | Full. | Page From 1991 Milton Bradley Catalog |
| 126 | | | | Full | Memory Game, Marvel Spider Man. |
| 148. | | | | Full | Total Memory Sales |
| 43 | | | | Full | Unit Shipments from 1965 through 2005. |
| 44 | | | | Full | Prices from 1965 through 2005 |
| 45 | | | | Full | NPD Funworld 2005 |
| 52 | | | | Full | DVD & Television |
| 48 | | | ID | ~~Full~~ | My First Games Media Summary. |
| 51 | | | | Full | Compilation of advertisements. from "Games Make Great Gifts" |
| | | | | | |
| 50 | | | | Full | Compilation of Advertisement from "Games Make Great Gifts" |
| 47 | | | | Full | Memory Brand. |
| | | | | | |
| 36 | | | | Full | Destination Software License Agreement. |
| 37 | | | | Full | Modern Publishing License |
| 38 | | | | Full | Scholastic, Inc Lic Agreement. |
| 39 | | | | Full | Readers Digest Children Publishing |
| 40 | | | | Full | Random House License Agreement. |
| 41 | | | | Full | Licensed Game Boy |
| 42 | | | | Full | Licensed Book |
| 53. | | | | Full | Unsolicited publicity Memory Game |
| 54 | | | | Full | Game Awareness & Penetration Study |

AO 187A (4/82)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Hasbro, Inc vs. MGA Enterprise — DOCKET NO. CA06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 57 | | 10/23/06 | | Full | Game Awareness + Penetration Study |
| 61 | | | | Full | Brand Penetration Study |
| 138 | | | | Full | 2006 Games Purchase Decision Study |
| 114 | | 10/25/06 | ID | Full | Color Copies – Photographs of Shelves of Target Store. |
| | B20 | | ID | | Game: Dora the Explorer. |
| | B67 | 11/16/06 | ID | Full | Game: Dora the Explorer. |
| | K6 | | | Full | Dora the Explorer Memory Game |
| | B176 | | ID. | | Dora the Explorer Dominoes |
| | B56 | | ID | | Game: Sounds of the Seashore. |
| | B22 | | ID | | Miss Spider's Matchemos. |
| | B177 | | ID | | Marvel Spider Man |
| | B84 | | ID | | My First memory Card Game. |
| | B81 | | ID | | The Saggy Baggy Elephants |
| | B6 | | ID. | | I Spy Memory Game |
| | B27 | | ID | | Who Lives Where |
| | B88 | | ID | | My First Preschool brain |
| | B9 | | ID | | My Classic Card Games. |
| | B37 | | ID | | By School Specialty |
| | B134 | | ID. | | Jay Jay The Jet Plane. |
| | B174 | | ID. | | Colors + Shapes. |
| | B173 | | ID. | | Alphabet Match |
| | B146 | | ID. | | Goodnight Moon |
| | B7 | | ID | | K-9 Capers. |
| | B11 | | ID | | My First Picture Pairs. |
| | B16 | | ID. | | Bilingual Memory Mate. |

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Hasbro, Inc vs. MGA Enterprises — DOCKET NO. CA06-262S.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | B126 | 10/23/06 | ID | | Match 'Em up. |
| | B24 | | ID. | | Memory by the U.S. |
| | B59 | | ID | | Numbers 0-10. |
| | B98 | | ID. | | Word opposites Memory |
| | B118 | | ID | | Colors + Shapes Memory |
| | B29 | | ID | | Elephants never forget |
| | B30 | | ID. | | Who's my baby |
| | B87 | | ID. | | Pat the Bunny |
| | B18 | | ID | | Colors + Shapes |
| | B90 | | ID. | | Thomas' Station Stop. |
| | B112 | | ID | | Make a Match! |
| | B25 | | ID. | | Preschool Memory Game. |
| 99 | | | | full | Spiderman Friends |
| | | | | | DAY 2 - 10/24/06 |
| | | 10/24/06 | | | |
| | V99 | | ID | | 2006 Game Penetration Study |
| | V102 | | ID | | Brand Penetration Study |
| | V90 | | ID | | 2004 Game Penetration Study draft questionnaire |
| | V101 | | ID | | 2004 Game awareness Study |
| | B59 | | ID | | Game: Hide & Seek by Ravensburger Spieleverlag |
| | B57 | | ID | | Game: Tell-A-Story by Ravensburger |
| 126A | | | ID | | Color Copy - Memory Game, Marvel Spider Man & Friends Edition |
| | W1 | | ID | | Milton Bradley Memory Deception Poker Game. |
| | T2 | | ID | | Screenprints of Hasbro.com Website |
| 125A | | | ID | | Color Copy - Memory Game, Go Diego Go Edition |
| | | | | | W-2 Bruce Whitehill |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. v. M&A Enterprises CASE NUMBER: CA 06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 129 | | 10/24/06 | ID | Full | Bruce Whitehill Biography |
| 130 | | | ID | Full | Bruce Whitehill Resume |
| 131 | | | ID | Full | Entry on Edmund Hoyle from Online Edition of Encyclopedia of World Biography |
| 132 | | | ID | Full | Cover Page through table of contents of The New Complete Hoyle Pub. 1964 |
| 14A | | | ID | Full | Games in the New & Complete Hoyle unknown to Bruce Whitehill |
| 128A | | | ID | Full | Color Copy - The Penguin Book of Card Games |
| 127A | | | ID | Full | Color Copy - Scarne on Cards by J. Scarne |
| 133 | | | ID | Full | Excerpt from Games to make & Play @ Home by Joseph Leeming pub. 1943 |
| | B144 | | ID | | Koala Bros. Matcheroos by Mattel |
| | B113 | | ID | | Barbie Number Match |
| | B168 | | ID | | The Puzzle Place Memory Match Game |
| | A5 | | ID | | Copy - Scarne's Encyclopedia of Games |
| | A27 | | ID | | The Game Book by Margaret Mulac |
| | A20 | | ID | | The New Complete Hoyle: Encyclopedia of Rules, Procedures, Manners & Strategy for Games |
| | A23 | | ID | | Hoyle's Rules of Games |
| | A26 | | ID | | 53rd Edition - Official Rules of Card Games |
| | A2 | | ID | | The New Complete Hoyle |
| | A31 | | ID | | Bicycle® Official Rules of Card Games |
| | A36 | | ID | | Webster's Third New International Dictionary of the English Lang. Unabridged. |
| | A15 | | ID | | The Everything Card Games Book |
| | FF | | ID | | Printout from www.thebiggamehunter.com. |
| | | | | | W-3 Thomas DuPont |
| 134 | | | ID | Full | Thomas D. Dupont, Ph.D Curriculum Vitae |
| 56 | | | ID | Full | Consumer Mail Panel Questionnaire |
| 55 | | | ID | Full | 2001 Game Penetration Study: Methodology |
| 58 | | | ID | Full | 2004 Game Penetration Study: Methodology |
| 57 | | | ID | Full | 2004 Game Penetration Study: Online Questionnaire |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro V. MGA, Enterprises CASE NUMBER: CA06-262T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 62 | | 10/24/06 | | Full | 2006 Games/Toys Penetration Study: Online Questionnaire |
| | B21 | 11/15/06 | ID | Full | I Spy Memory Game |
| | B50 | | ID | | I Spy Memory Game |
| | B10 | 10/23/06 | ID | | My First Memory Card Game |
| | | | | | Day 3 - 10/25/06 |
| | | 10/25/06 | | | W-4 Sean Wiggins |
| | | 10/25/06 | | | W-5 Paul Vanasse |
| 6 | | | ID | Full | Reg. No 2,894,970 (2004) |
| 7 | | | ID | Full | Reg. No 2,894,970 File History |
| 9 | | | ID | Full | Ravensberg agreement (1990) |
| 8 | | | ID | Full | Ravensberg agreement (1964) |
| 95 | | | ID | Full | Corrected Notice of Opposition in Hasbro v. Creative action |
| 96 | | | ID | Full | Complaint in Hasbro v. Kellogg |
| 98 | | | ID | | Settlement Agreement in Hasbro v. Kellogg |
| 65 | | | ID | Full | 6/22/82 Letter to Ren Goldman, Mattel, Inc |
| 66 | | | ID | Full | 7/1/82 Letter to Millens W. Taft, Milton Bradley Co. |
| 67 | | | ID | Full | Letter of abandonment under Rule 2.68 for memory mature mark 7/2/82 |
| 68 | | | ID | Full | Letter of abandonment under Rule 2.68 for memory match mark 7/2/82 |
| 69 | | | ID | Full | 7/20/90 Letter to The Quaker Oats Co. |
| 70 | | | ID | Full | 8/9/90 Letter to Cynthia S. Reed, Hasbro, Inc |
| 71 | | | ID | Full | 11/5/91 Letter to Mattel, Inc. |
| 72 | | | ID | Full | 1/20/92 Letter to Judy A. Willis, Mattel, Inc. |
| 73 | | | ID | Full | 4/2/92 Letter to Don Robbins Hasbro, Inc. |
| 74 | | | ID | Full | 4/15/92 Letter to Judy A. Willis, Mattel Toys. |
| 75 | | | | Full | 7/10/03 Letter to Perfect Present Picker |
| 76 | | | | Full | 7/10/03 Letter to Sweetspot, Inc. |
| 77 | | | | Full | 7/15/03 Letter to Ashley Clymer Bashore |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. v. MGA Ent. CASE NUMBER: CA 06-262 S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 78 | | 10/25/06 | | Full | 7/10/03 Letter to Pearson Tech. Centre |
| 79 | | | | Full | 7/18/03 Letter to Ashley Clymer Bashore |
| 80 | | | | Full | 7/10/03 Letter to Learning Planet |
| 81 | | | | Full | 7/11/03 Letter to Loraine's Teddy Bear Collection |
| 82 | | | | Full | 7/11/03 Letter to Steve Kinzler |
| 83 | | | | Full | 8/7/03 Letter to Lizard Point Consulting |
| 84 | | | | Full | 8/7/03 Letter to Perfect Present Picker |
| 85 | | | | Full | 8/7/03 Letter to Zoran Nevajdic |
| 86 | | | | Full | 9/29/03 Letter to Mattel, Inc. |
| 87 | | | | Full | 10/15/03 Letter to Kim Landsman |
| 88 | | | | Full | 9/9/04 Letter to The-ToyBox.com / A Netlink Enterprises, Inc. Co. |
| 89 | | | | Full | 9/9/04 Letter to the Wiggles |
| 90 | | | | Full | 9/16/04 Letter to Characters 'N' Toons |
| 91 | | | | Full | 10/15/04 Letter to Michael Sant'Ambrogio |
| 92 | | | | Full | 10/13/05 Letter to Sababa Toys |
| 93 | | | | Full | Settlement agreement w/ Sababa Toys |
| 94 | | | | Full | 6/29/06 Letter to Briarpatch, Inc. |
| 140 | | | | Full | 6/26/06 Email to Todd Rosenberg |
| 141 | | | | Full | 6/26/06 Email to Plumems, Inc. |
| 142 | | | | Full | 6/27/06 Email to Carin Reynolds |
| 143 | | | | Full | 6/28/06 Email to Todd Rosenberg |
| 144 | | | | Full | 6/28/06 Email to Carin Reynolds |
| 145 | | | | Full | 6/29/06 Email to Alphabet Alley |
| 146 | | | | Full | 6/29/06 Email to Creative Toys USA |
| 147 | | | | Full | 6/29/06 Email to North South Books |
| | CC 1 | | ID | | Declaration of Paul Varasse |
| | V50 | | ID | | 2003 file RE: Perfect Present Picker online Memory Game |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. v. MGA Ent. CASE NUMBER: CA06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | GG | 10/25/06 | ID | | Internet printout from www.presentpicker.com |
| | V30 | | ID | | 8/26/05 unsigned notice of opposition against Creative action LLC over Memory Magic |
| | V42 | | ID | | File: Re: "Go Along Games" |
| | V43 | | ID | | 1995 file RE: "Memory Madness" |
| | B138 | | ID | | Penguin March & Match by Great American Puzzle Factory. |
| | | | | | W-6 Millins Taft, Jr. |
| 10 | | | ID | Full | 7/30/74 Letter to Otto Maier |
| 5 | | | ID | Full | Reg. No. 834,282 File History |
| 1 | | | ID | Full | Reg. No 834,282 (1967) |
| 2 | | | ID | Full | Affidavit under Sec. 8 & 15 |
| 3 | | | | Full | Receipt of Affidavit under Sec. 8 & 15 |
| 4 | | | | Full | Certificate of Renewal |
| 46 | | | ID | Full | Compilation of Milton Bradley & Hasbro Games catalogs 1966-2006 |
| | V56 | | ID | | 1993 Memoryman file |
| | HH | | ID | | Printout from Trademark Office Website |
| | V47 | | ID | | 2003 file Re: Learning Planet "Mister Elephant's Memory Game" |
| | II | | ID | | Internet printout from www.learningplanet.com |
| | V53 | | ID | | 2005 file Re: Fisher Price (Online Games) |
| | JJ | | ID | | Internet printout from www.fisher-price.com |
| | V54 | | ID | | 2003 file re: Fisher Price "Memory Game" |
| | KK | | ID | | Internet printout from The Fisher Price website |
| | V33 | | ID | | 6/29/06 Cease & desist letter to Briarpatch, Inc. over I SPY MEMORY matching game. |
| | V34 | | ID | | 7/6/06 Response from Briarpatch's counsel over I SPY MEMORY. |
| | B8 | | ID | | Milo's Magical Memory Game |
| | B13 | | ID | [redacted] | Rainbow Fish Memory Game |
| | V41 | | ID | | 1991-1992 Memory Infringement file Re: "Where's Waldo?" Memory Game (Mattel) |
| | E12 | | ID | Full | US Patent & Trademark Office Trademark application & Reg. Search: MARK: Matchin', Mixin' Memory Fun |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. v. MGA Ent. CASE NUMBER: CA 06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | E25 | 10/25/06 | ID | Full | MARK: Memory Match |
| | E13 | | ID | Full | MARK: Memory Matching Monkeys |
| | E14 | | ID | Full | MARK: Memory Lane |
| | E16 | | ID | Full | MARK: Making Memories Together |
| | B147 | | ID | | Smart Splash Memory |
| | B17 | | ID | | Brainy Baby Memory Game |
| | B15 | | ID | | Animal ABC Memory |
| | B161 | | ID | | Noddy's Toyland Express A First Memory Game |
| | B160 | | ID | | Bible ABC Memory Game |
| | B169 | | ID | | Things That Go Match-Up |
| | B5 | | ID | | The Same Game |
| | B42 | | ID | | Scratch N' Match Orig. Memory Game |
| 150 | | | ID | Full | Email from D. Gronick to P. Vanasse 4/22/06 |
| 151 | | | | Full | Letter from K. Healy to D. Gronick 5/4/05 |
| 152 | | | | Full | Email from D. Gronick to P. Vanasse 5/5/06 |
| 153 | | | | Full | Letter from D. Gronick to K. Healy dated 5/12/06 |
| 154 | | | | Full | Email from K. Healy to P. Vanasse 5/30/06 |
| 155 | | | | Full | Email from D. Gronick to B. Nagler 6/6/06 |
| 156 | | | | Full | Letter from B. Nagler to D. Gronick dated 6/28/06 |
| 157 | | | | Full | Email from K. Healy to D. Gronick 6/19/06 |
| 158 | | | | Full | Letter from K. Healy to D. Gronick dated 6/19/06 |
| 159 | | | | Full | Email from K. Healy to D. Gronick 5/29/06 |
| 160 | | | | Full | Email from K. Healy to J. Techentin 10/25/06 |
| 161 | | | | Full | Email from K. Healy to J. Techentin 10/25/06 |
| | | | | | W-7 Courtney Weener |
| | L1 | | ID | Full | SpiderMan & Friends - Make A Hero Match 3-D Memory Match Up |
| | S2 | | ID | Full | Sketch entitled "Bug Memory Game" 3D Memory Game w/ Bugs |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro, Inc. v. MGA, Ent. CASE NUMBER: CA06-262S

DAY 4 11/15/06

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | K11 | 10/25/06 | ID | | Original Memory Game |
| 137 | 137A | 11/15/06 | | Full | MGA Responses & Supp. Response to 2nd Set of Requests for Admission |
| | | 11/15/06 | | | W-8, Barry Shapiro. |
| | B175 | 11/15/06 | X | Full | Do You Remember? Husker Du |
| | B179 | | X | Full | Memory Match Game in Tin |
| | L2 | 11/16/06 | X | Full | Spiderman & Friends - Make a Hero Memory Match-Up. |
| | BB2 | | X | | Expert Report of Barry Shapiro |
| 228 | | | X | | Frisbee Google Search |
| 229 | | | X | | Web Printout - The Freestyle Frisbee Page |
| | B26 | | X | | Thomas & Friends All Aboard Card Game |
| | B79 | | X | | Memo Fantasy |
| | B122 | | X | | Memos |
| 99 | | | X | Full | MGA's Memory Match-Up Game |
| 100 | | | | Full | Comp. MGA webpages promoting Mem. Match-Up Game |
| 101 | | | | Full | MGA's mock-up box for "Marvelous Marvel Memory" |
| 102 | | | | Full | Email dated 5/25/05 from B. Lumabao to K. Morales |
| 103 | | | | Full | 9/7/05 Email from C. Samples to J. Andersen |
| 104 | | | | Full | 7/21/05 Email from K. Zimmer to Carl Succoff |
| 105 | | | | Full | 9/8/05 Email from A. Keossian to K. Zimmer |
| 106 | | | | Full | Marvel approval forms for Mem. Match-Up by MGA |
| 107 | | | | Full | 10/24/05 Email from C. Werner to Y. Caspi |
| 108 | | | | Full | 12/21/05 Email from C. Werner to K. Zimmer |
| 109 | | | | Full | MGA's Marvel 8's, Ol' Lizard!, Go-Spin & Web It! Game packaging |
| 111 | | | | Full | Memory Match-up Point-of-Sale Units |
| 112 | | | | Full | Memory Match-Up Shipments to Customers |
| 113 | | | | Full | Email from K. Zimmer to A. Sowers-Wykoff re: Spiderman & Friends Mem. Bd. |
| 118 | | | | Full | Sam Khare Declaration |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Hasbro vs. MGA

DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 119 | | 11/15/06 | | Full | MGA Priv. Log |
| 139 | | 11/15/06 | | Full | Memory Match-Up Shipments to Cust. |
| 125 | | 11/15/06 | | Full | Memory Game – Go Diego Go (Ent ID 10/23/06) |
| 120 | | " " | | Full | 4/21/06 Email from I. Larian to B. Goldner |
| 121 | | " " | | Full | 5/4/06 Email from K. Healy to D. Granick |
| | 441-450 | | | Full | Summary of Communication Bet. MGA & Hasbro |
| 162 | | 11/15/06 | | Full | Summ. of Information – Sales Summary. |
| | | | | | W-9 Yuval Caspi |
| | 374 | 11/15/06 | ✓ | Full | Memory Game – Red & Yellow Stripe Box (Hebrew) |
| | 373 | 11/15/06 | ✓ | Full | Memory Card Game (Hebrew) |
| | 375 | 11/15/06 | ✓ | Full | Memory Game in Blue Box w/ Clown (Hebrew) |
| 227 | | | ✓ | | Color Copies Marvel 8s; Ol' Lizard!; Go Spin; Web It! |
| 239 | | | ✓ | Full | Listing of Games to Search for given to B. Shapiro |
| | | 11/15/06 | | | W-10 Sandra Disner |
| 232 | | 11/16/06 | ✓ | Full | Doc. from CV 04-1137 USDC Cent. Div. California |
| 231 | | | ✓ | | Report of S. Disner |
| | | | | | Day 5 11/16/06 |
| | 27 | 11/16/06 | ✓ | Full | Excerpts from Books relied upon by S. Disner |
| | 28 | 11/16/06 | ✓ | Full | Listing of MGA Exhibits – Purchased Physical Game Exhibits |
| | B | | ✓ | Full | Relevant Game Package from Tag. Exhibits |
| | D | | ✓ | Full | Xerox Copies of various online Mem. Games |
| | F | | ✓ | Full | Search info provided to S. Disner by defendant from various outside sources |
| 209 | | 11/16/06 | ✓ | Full | Webster's 3rd New Int. Dictionary |
| 204 | | 11/16/06 | | Full | Random House Webster's College Dictionary |
| 213 | | 11/16/06 | | Full | The Random House Dictionary |
| 219 | | | ✓ | | American Heritage Dictionary. |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Hasbro vs. MGA

DOCKET NO. CA 06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 226 | | 11/16/06 | X | | Websters New 20th Cent Dictionary |
| 236 | | 11/16/06 | X | Full | Dictionaries NOT Referenced by S. Disney |
| 201 | | | X | Full | Merriam Webster's Collegiate Dictionary |
| 200 | | | | Full | The American Heritage College Dictionary |
| 221 | | | | Full | Concise Oxford Eng. Dictionary |
| 222 | | | | Full | The Oxford American College Dictionary |
| 223 | | | | Full | Random House Webster's Everyday Dictionary |
| 202 | | | | Full | The Merriam Webster Dictionary |
| 224 | | | | Full | The Oxford American Desk Dictionary |
| 206 | | | | Full | Merriam Webster Children's Dictionary |
| 205 | | ✓ | | Full | American Heritage Children's Dictionary |
| 225 | | | | Full | MacMillan Dictionary for Children |
| | | 11/16/06 | | | W-11 Alex Keosian |
| | X54 | | X | Full | Marvel Style Guide |
| | X55 | | X | Full | 2006 Marvel Style Guide |
| | X48 | | X | Full | Mock-up Marvelous Marvel Memory |
| | K9 | | X | Full | Memory Game Blue's Clues Edition |
| | K8 | ✓ | X | Full | Memory Game The Backyardigans |
| | K2 | | X | Full | Disney Princess Memory |
| | | 11/16/06 | | | W-12 Beth Chapman |
| | R2 | | X | Full | Ch 1400 of USPTO's Trademark Manual. |
| | R1A | | X | Full | Pg from Trademark Manual-'Memory' |
| | R1 | | X | Full | Printout-Search Results for 'Memory' |
| | | 11/16/06 | | | W-13 Bo Lumabao |
| | X42 | 11/16/06 | X | Full | Marvel Approval |
| | X33 | 11/16/06 | X | Full | Zimmer Email to Snecook |

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Hasbro vs. MGA — DOCKET NO. CA06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | MM.1. | 11/16/06 | X | FULL 11/17/06 | Product Names Submitted to Marvel |
| | | | | | Day 6 11/17/06 |
| | MM3 | 11/17/06 | X | FULL | Video of W-13 Lumabao |
| | | | | | W-14 George Cooper (11/17/06) |
| | O2 | 11/17/06 | X | FULL | USPTO Class Definition for Class 273 |
| | Z-3 | 11/17/06 | X | FULL | Fed. R. Evid. 1006 Summary of MGA "O" Exhs. |
| | O-35 | 11/17/06 | X | FULL | U.S. Patent # 6,086,478 |
| | O-39 | 11/17/06 | X | FULL | U.S. Patent # 5,906,369 |
| | Z-4 | 11/17/06 | X | FULL | Fed. R. Evid 1006 Summary of MGA "P" Exhs |
| | N-3 | 11/17/06 | X | FULL | Cert. Copy of Hasbro's US Patent No. 6,547,628 |
| | MM-6 | 11/17/06 | X | FULL | Video of Leslie Mansur |
| | W-2 | 11/17/06 | X | FULL | Shenanigans Game |
| | W-2(A) | 11/17/06 | X | FULL | Photo of Shenanigans Game |
| | | | | | |
| | | | | | 12/12/06 Day 7 |
| 240 | | 12/12/06 | ID | Full | David Yerkes Resume |
| | | | | | W-15 David Yerkes. |
| 241 | | | | Full | Dictionaries |
| 211 | | | ID | Full | Oxford English Dictionary |
| 210 | | | ID | | Printout copyright draft Revision [illegible] |
| | A47 | | ID | | Book - Copy of Pages |
| | A48 | | ID | | Book Copy of Pages |
| | B1 | | | Full | Game |
| | B8 | | | Full | Game |
| | B4 | | | F | Game |
| | B12 | | | F | Game |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Hasbro vs. MGA — DOCKET NO. CA06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | B14 | 12/18/06 | | F | Game |
| | B19 | | | F | Game |
| | B32 | | | F | Game |
| | B33 | | | F | Game |
| | B34 | | | F | Game |
| | B36 | | | F | Game |
| | B38 | | | F | Game |
| | B39 | | | F | Game |
| | B40 | | | F | Game |
| | B41 | | | F | Game |
| | B44 | | | F | Game |
| | B45 | | | F | Game |
| | B46 | | | F | " " |
| | B47 | | | F | " " |
| | B48 | | | F | " " |
| | B49 | | | F | " " |
| | B51 | | | F | " " |
| | B52 | | | F | " " |
| | B53 | | | F | " " |
| | B54 | | | F | " " |
| | B55 | | | F | " " |
| | B59 | | | F | " " |
| | B61 | | | F | " " |
| | B64 | | | F | " " |
| | B65 | | | F | " " |
| | B68 | | | F | " " |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro v. MGA CASE NUMBER: 06-262 S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | B69 | 12/12/06 | | Full | Game |
| | B70 | | | Full | Game |
| | B71 | | | Full | Game |
| | B72 | | | Full | Game |
| | B82 | | | F | " " |
| | B83 | | | F | " " |
| | B85 | | | F | " " |
| | B86 | | | F | " " |
| | B91 | | | F | " " |
| | B94 | | | F | " " |
| | B96 | | | F | " " |
| | B97 | | | F | " " |
| | B99 | | | F | " " |
| | B101 | | | F | " " |
| | B102 | | | F | " " |
| | B103 | | | F | " " |
| | B105 | | | F | " " |
| | B107 | | | F | " " |
| | B109 | | | F | " " |
| | B111 | | | F | " " |
| | B114 | | | F | " " |
| | B115 | | | F | " " |
| | B116 | | | F | " " |
| | B117 | | | F | " " |
| | B119 | | | F | " " |
| | B124 | | | F | " " |
| | B125 | | | F | " " |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro v. MGA CASE NUMBER: 06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| B126 | | 12/12/06 | | Full | Game |
| B127 | | | | Full | Game |
| B128 | | | | Full | Game |
| B129 | | | | Full | Game |
| B130 | | | | Full | " " |
| B132 | | | | Full | " " |
| B133 | | | | Full | " " |
| B135 | | | | Full | " " |
| B137 | | | | Full | " " |
| B139 | | | | Full | " " |
| B140 | | | | Full | " " |
| B141 | | | | Full | " " |
| B142 | | | | Full | " " |
| B143 | | | | Full | " " |
| B145 | | | | Full | " " |
| B146 | | | | Full | " " |
| B149 | | | | Full | " " |
| B150 | | | | Full | " " |
| B152 | | | | Full | " " |
| B154 | | | | Full | " " |
| B155 | | | | Full | " " |
| B156 | | | | Full | " " |
| B157 | | | | Full | " " |
| B158 | | | | Full | " " |
| B162 | | | | Full | " " |
| B164 | | | | Full | " " |
| B165 | | | | Full | " " |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Hasbro v. MGA CASE NUMBER: 06-262S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| B170 | | 12/12/06 | | Full | Game |
| B171 | | | | Full | Game |
| B172 | | | | Full | Game |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |