✎AO 435
(Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>George E. Lieberman, Esq. | | 2. PHONE NUMBER<br>(401) 421-3060 | 3. DATE<br>1/3/2007 |
| 4. MAILING ADDRESS<br>Vetter and White, 20 Washington Place | | 5. CITY<br>Providence | 6. STATE<br>RI / 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>06-262 | 9. JUDGE<br>Honorable William Smith | DATES OF PROCEEDINGS<br>10. FROM 12/12/2006 | 11. |
| 12. CASE NAME<br>Hasbro, Inc. v. MGA Entertainment, Inc. | | LOCATION OF PROCEEDINGS<br>13. Providence | 14. |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion for Preliminary | 12/12/2006 |
| ☐ BAIL HEARING | | Injunction | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE /S/ George E. Lieberman, Esq.

PROCESSED BY

19. DATE 1/3/2007

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY