UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**STIPULATION**

Plaintiff/counterclaim-defendant Hasbro, Inc. ("**Hasbro**") and defendant/counterclaimant MGA Entertainment, Inc. ("**MGA**"), through their respective undersigned counsel of record, hereby stipulate and agree that each party shall have through and until Monday, February 5, 2007, to file proposed Findings of Fact and Conclusions of Law with respect to Hasbro's Motion for Preliminary Injunction and Recall.

[Remainder of page intentionally left blank]

For Hasbro, Inc.:

/s/ Jeffrey K. Techentin_____________
Joseph Avanzato [#4774]
(javanzato@apslaw.com)
Jeffrey K. Techentin [#6651]
(jtechentin@apslaw.com)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: February 2, 2007

Of counsel:

Kim J. Landsman
(kjlandsman@pwbt.com)
Michael D. Sant'Ambrogio
(mdsantambrogio@pwbt.com)
Irene Choi
(ichoi@pwbt.com)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

For MGA Entertainment, Inc.:

/s/ George E. Lieberman____________
Brooks R. Magratten [#6883]
(bmagratten@vetterandwhite.com)
George E. Lieberman [#3860]
(glieberman@vetterandwhite.com)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Dated: February 2, 2007

Of Counsel:

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3731
Fax: (310) 228-3701

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Kent R. Raygor, Esq.
(kraygor@sheppardmullin.com)
Janene P. Bassett, Esq.
(jbassett@sheppardmullin.com)
David R. Garcia, Esq.
(dgarcia@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Michael D. Sant'Ambrogio, Esq.
(mdsantambrogio@pbwt.com)
Irene Choi, Esq.
(ichoi@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Stipulation through the ECF system on the 2nd day of February, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin____________

*407329_1*