UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**COMPILATION OF APPENDICES SUBMITTED IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW CONCERNING MOTION FOR PRELIMINARY INJUNCTION AND RECALL FILED BY PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC.**

# INDEX OF APPENDICES


APPENDIX 1: Milton Bradley's (Now Hasbro) 1966 Application To Register A Stylized Design mark

APPENDIX 2: The Actual Game Marketed By Milton Bradley In 1966 ("© 1966 By Milton Bradley Co.")

APPENDIX 3: The Specimens Of Continued Use Submitted By Hasbro In 1987 To Renew U.S. Reg. No. 834,282

APPENDIX 4: 1964 Milton Bradley "Shenanigans" Game ("© 1964 By Milton Bradley Co.")

APPENDIX 5: Hasbro's Game—A Two-Dimensional Card-Matching Game

APPENDIX 6: MGA's Spider-Man & Friends 3-D Memory Match-Up Game—A Three-Dimensional Marvel Character Game

APPENDIX 7: Three Children's Memory Card-Matching Games—Non-Hasbro

APPENDIX 8: Three Dora The Explorer Memory Card-Matching Games

APPENDIX 9A: Hasbro's Spider-Man & Friends Memory Game

APPENDIX 9B: MGA's Spider-Man & Friends 3-D Memory Match-Up Game

APPENDIX 9C: Briarpatch's Spider-Man & Friends Matching And Memory Game

APPENDIX 10: The Parties' Respective Uses Of "Memory"

APPENDIX 11: 22 Various Memory Games

Respectfully submitted,
Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George Lieberman

BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within COMPILATION OF APPENDICES SUBMITTED IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW CONCERNING MOTION FOR PRELIMINARY INJUNCTION AND RECALL FILED BY PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC. on February 5, 2007. This document and all attachments are available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

Kim J. Landsman, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

/s/ Michael Daly