# MILTON BRADLEY'S (NOW HASBRO) 1966 APPLICATION TO REGISTER A STYLIZED DESIGN MARK

**THE STYLIZED DESIGN SUBMITTED BY MILTON BRADLEY, AND ULTIMATELY REGISTERED AS U.S. REG. NO. 834,282 [PX 5]:**

memory

**THE SPECIMEN OF ACTUAL USE SUBMITTED TO THE USPTO BY MILTON BRADLEY [DX I.1]:**




**APPENDIX 1**