# THE ACTUAL GAME MARKETED BY MILTON BRADLEY IN 1966 ("© 1966 BY MILTON BRADLEY CO.")

**THE BOX FOR THE GAME:**







**APPENDIX 2**

**INSIDE THE COVER OF THE BOX:**

↓ ↓

# MEMORY GAME

**Fun for the entire family**

**For any number of players**

A new picture game in which players try to select matching pairs of cards by concentrating on their positions. This game originated in Europe and after many years is still one of their most popular and best selling favorites.

**OBJECT:**

To collect the most card sets by concentrating and selecting matching pairs of pictures.

2. Players take turns, to the left, in turning any TWO cards of their choice, picture side up. The cards must be turned completely over in place, so all players may view them and try to memorize their positions.

↑

*Some pictures in this game are taken from "House of Cards" by Charles Eames.*

4664

© 1966 By Milton Bradley Co. Under Berne & Universal Copyright Conventions

↑

**APPENDIX 2**