# THE SPECIMENS OF CONTINUED USE SUBMITTED BY HASBRO IN 1987 TO RENEW U.S. REG. NO. 834,282 [PX 5]







APPENDIX 3