# 1964 MILTON BRADLEY "SHENANIGANS" GAME ("© 1964 BY MILTON BRADLEY CO.") [DX W.2]




APPENDIX 4


MB
KEY TO FUN
SHENANIG
2 3 4 1 2
MEMORY GAME
TOUCH and GO
DOG HOUSE
COW
PIG
FOR
GES
12

**APPENDIX 4**