**HASBRO'S GAME—A TWO-DIMENSIONAL CARD-MATCHING GAME [PX 12]**







**APPENDIX 5**