**MGA'S SPIDER-MAN & FRIENDS 3-D MEMORY MATCH-UP GAME—**
**A THREE-DIMENSIONAL MARVEL CHARACTER GAME [DX L.1]**







**APPENDIX 6**


MARVEL
SPIDER-MAN
& Friends
10 SUPER HERO CHARACTERS
COMES WITH 40 PIECES
MAKE A HERO MATCH
FIND THE MATCHING HERO PIECE TO WIN!
3-D MEMORY MATCH-UP


MAKE A HERO MATCH
3-D MEMORY MATCH-UP

**APPENDIX 6**


1
2
3
4
5
SPIDER-MAN ™
STORM ™
IRON MAN ™
THOR ™
HULK ™
6
7
8
9
10
WOLVERINE ™
SPIDER-GIRL ™
CYCLOPS ™
THE THING ™
CAPTAIN AMERICA ™



**APPENDIX 6**