# THREE CHILDREN'S MEMORY CARD-MATCHING GAMES—NON-HASBRO




**DX B.10** **DX B.24** **DX B.9**

**APPENDIX 7**