**THREE DORA THE EXPLORER MEMORY CARD-MATCHING GAMES**




DX. B.20 (CARDINAL)




DX. B.67 (CARDINAL)




DX. K.6 (HASBRO)

APPENDIX 8

**THREE DORA THE EXPLORER MEMORY CARD-MATCHING GAMES**






MEMORY MATCH

Number of Players: 2 or more

Spread the cards, face down, on a flat surface. Youngest player goes first. Players take turns turning over 2 cards at a time. The cards must be turned over completely so that all players can see them. A player makes a "match" if the two cards turned over are identical. When a "match" is made, the player puts the pair of cards beside her/him. The player's turn continues until she/he does not make a "match." If the 2 cards turned over are not identical, cards are turned back over in the same place, and the player's turn ends. Players try to remember all the cards that have been turned over. Winner is the player with the most matches when all the cards are turned over.

**DX B.20 AND DX B.67 (INSIDE THE BOX)**

**APPENDIX 8**