# HASBRO'S SPIDER-MAN & FRIENDS MEMORY GAME [PX 126]
## (Not Available For Purchase Until After The Evidentiary Hearing Closed)

**FRONT OF BOX:**




**BACK OF BOX:**




**INSTRUCTION SHEET INSIDE BOX:**

**A MISS**
A player misses if the two cards turned picture-side-up are not identical. That player's turn ends. All players should try to remember which cards were turned over for future matches!

The game continues until all possible matches have been made and those cards have been removed from the playing area. All players then count up their matching pairs.

**WINNING**
If you have the most pairs of matching cards, you win!

**SOLO PLAY**
This is excellent practice for developing concentration and memory skills.

**APPENDIX 9A**