**MGA'S SPIDER-MAN & FRIENDS 3-D MEMORY MATCH-UP GAME [DX L.1]**




↓




**APPENDIX 9B**