# BRIARPATCH'S SPIDER-MAN & FRIENDS MATCHING AND MEMORY GAME [DX B.177]

**FRONT OF BOX:**







**APPENDIX 9C**

**BACK OF BOX:**







**APPENDIX 9C**