# THE PARTIES' RESPECTIVE USES OF "MEMORY" (APPROXIMATELY PROPORTIONATE TO ACTUAL SIZES USED)

**HASBRO'S USE (DORA, BLUE'S CLUES, DISNEY PRINCESS, AND SPIDER-MAN GAMES):**













**MGA'S USE:**




**(CURRENT)**




**(DISCONTINUED)**

**APPENDIX 10**