**22 VARIOUS MEMORY GAMES**




**APPENDIX 11**

| | | |
|---|---|---|
| **DX B.6** | **I SPY MEMORY GAME, TRAVEL EDITION,**<br>**by Briarpatch** |
| **DX B.9** | **MY CLASSIC CARD GAMES, "GO FISH, OLD MAID, RUMMY, MEMORY, SNAP"**<br>**by International Playthings** |
| **DX B.10** | **MY FIRST MEMORY CARD GAME,**<br>**by Briarpatch** |
| **DX B.12** | **ORIGINAL MEMORY GAME,**<br>**by Hasbro** |
| **DX B.13** | **DORA THE EXPLORER MEMORY GAME,**<br>**by Hasbro** |
| **DX B.16** | **BILINGUAL MEMORY MATE,**<br>**by Cardinal Industries** |
| **DX B.18** | **COLORS & SHAPES MEMORY MATCH,**<br>**by TREND Enterprises** |
| **DX B.21** | **I SPY MEMORY GAME,**<br>**by Briarpatch** |
| **DX B.22** | **MISS SPIDER'S MATCHEROOS, "MATCHIN', MIXIN' MEMORY FUN!",**<br>**by Mattel** |
| **DX B.24** | **MEMORY,**<br>**by The United States Playing Card Company** |
| **DX B.25** | **PRESCHOOL MEMORY GAME,**<br>**by Geoffrey, Inc.** |
| **DX B.29** | **ELEPHANTS NEVER FORGET MEMORY MATCHING,**<br>**by Carson-Dellosa Publishing** |
| **DX B.30** | **WHO'S MY BABY? MEMORY MATCHING,**<br>**by Carson-Dellosa Publishing** |
| **DX B.32** | **BLUE'S CLUES MEMORY GAME,**<br>**by Hasbro** |
| **DX B.37** | **MEMORY,**<br>**by School Specialty Publishing** |
| **DX B.42** | **SCRATCH N' MATCH ORIGINAL MEMORY GAME,**<br>**by Gimme Gimme Toys & Games** |
| **DX B.71** | **KOALA BROTHERS MATCHEROOS, "MATCHIN', MIXIN' MEMORY FUN!",**<br>**by Mattel** |
| **DX B.98** | **WORD OPPOSITES MEMORY MATCH,**<br>**by Frank Shaffer Publications** |
| **DX B.101** | **JAY JAY THE JET PLANE MEMORY GAME,**<br>**by Briarpatch** |
| **DX B.116** | **ANIMALS MEMORY MATCH,**<br>**by Frank Shaffer Publications** |
| **DX B.117** | **DINOSAUR MEMORY MATCH,**<br>**by Frank Shaffer Publications** |
| **DX B.118** | **COLORS AND SHAPES MEMORY MATCH,**<br>**by Frank Shaffer Publications** |

**APPENDIX 11**