UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

v.

MGA ENTERTAINMENT, INC.,

Defendant.

MGA ENTERTAINMENT, INC.,

Counterclaimant,

v.

HASBRO, INC.,

Counterclaim-defendant.

**C.A. No. 06-262 S**

**DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S *NOTICE OF ERRATA* TO ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW CONCERNING MOTION FOR PRELIMINARY INJUNCTION AND RECALL FILED BY PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC.**

PLEASE TAKE NOTICE THAT Defendant-Counterclaimant MGA Entertainment, Inc. ("**MGA**") hereby submits this NOTICE OF ERRATA to correct two typos in its PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW CONCERNING MOTION FOR PRELIMINARY INJUNCTION AND RECALL FILED BY PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC., filed on February 5, 2007.

1. At paragraph 31, line 6, there is a typo—"game that Hasbro has accused of infringement" should be "game that Hasbro has not accused of infringement." The sentence should read:

> "The parties' games can coexist without confusion, especially given that there are third-party memory games in the marketplace that are much closer in appearance, name and game play than the MGA game that Hasbro **not** has accused of infringement."

(correction emphasized).

2. At paragraph 73, there is a typo—"hose" should be "those." The sentence should read:

> "The USPTO requires that certain language, font or symbols be used with words in patents acting as trademarks, but none of these are used with the appearance of "memory game" in any of **those** 58 patents."

(correction emphasized).

Dated: February 8, 2007

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.
By its attorneys,

/s/ George E. Lieberman
BROOKS R. MAGRATTEN, R.I. Bar ID #3585
GEORGE E. LIEBERMAN, R.I. Bar ID #3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

KENT R. RAYGOR, admitted *pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

400197176.1

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that I electronically filed the within **DEFENDANT/COUNTERCLAIMANT MGA ENTERTAINMENT, INC.'S *NOTICE OF ERRATA* TO ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW CONCERNING MOTION FOR PRELIMINARY INJUNCTION AND RECALL FILED BY PLAINTIFF/COUNTERCLAIM-DEFENDANT HASBRO, INC.** on February 8, 2007. It is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below-listed counsel of record has been effectuated by electronic means.

Michael Sant'Ambrogio, Esq.
Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Michael Daly
Michael Daly