UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC.,<br>Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br>Defendant. | |
| MGA ENTERTAINMENT, INC.,<br>Counterclaimant,<br><br>v.<br><br>HASBRO, INC.,<br>Counterclaim-defendant. | C.A. No. 06-262 S |

**NOTICE OF WITHDRAWAL OF APPEARANCES**

**Kent R. Raygor**, **Janene P. Bassett**, and **David R. Garcia** and the law firm of **Sheppard Mullin Richter & Hampton LLP** with which they are or were associated, hereby withdraw their appearances for Defendant/Counterclaimant MGA Entertainment, Inc. ("**MGA**"). Pursuant to LR Gen 206(e), MGA represents that there are no motions pending before the Court and no trial date has been set. Attorneys Brooks Magratten and George Lieberman shall remain in the case on behalf of MGA and continue to be fully prepared to address all pending matters, including trial, without delaying the case.

Defendant and Counterclaimant,
MGA ENTERTAINMENT, INC.,
By its attorneys,

Kent R. Raygor, CA Bar No. 117224

SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com

________________________________ *
Janene P. Bassett, CA Bar No. 197722
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
*signed by Kent R. Raygor on behalf of Janene P. Bassett, who is no longer with Sheppard Mullin Richter & Hampton LLP*

________________________________ *
David R. Garcia, CA Bar No. 151349
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: dgarcia@sheppardmullin.com
*signed by Kent R. Raygor on behalf of David R. Garcia*

/s/ Brooks Magratten
Brooks Magratten, RI Bar No. 3585
George Lieberman, RI Bar No. 3860
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803
E-mail: bmagratten@vetterandwhite.com
glieberman@vetterandwhite.com

Date: December 19, 2007

**CERTIFICATE OF SERVICE**

Kim J. Landsman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Jeffrey K. Techentin, Esq.,
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

I hereby certify that I electronically filed this Notice of Withdrawal of Appearances on December 19, 2007, and that this notice is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above-identified counsel has been effectuated by electronic means.

I further certify that, pursuant to LR Gen. 206(e), this notice has been delivered by electronic means to the client.

/s/ Michael J. Daly