UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - MGA ENTERTAINMENT, INC., Defendant. | C.A. No. 06-262S |

**MOTION FOR ENTRY OF APPEARANCE**
***PRO HAC VICE***

Defendant Hasbro, Inc. hereby moves that Elizabeth Shofner be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below

Dated: February 28, 2008

Respectfully submitted,
HASBRO, INC.
By its attorneys,

/s/ Jeffrey K. Techentin
Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

**ORDER:**

This motion is hereby Granted.

WSmm
Honorable William E. Smith
U.S. District Judge

Date: 3/4/08

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York and of the the United States District Courts for the Southern and Eastern Districts of New York, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Elizabeth Shofner
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Jeffrey K. Techentin

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
Local Associate Counsel
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. # (401) 274-7200
Fax # (401) 751-0604
DATED: February 28, 2008

**CERTIFICATE OF SERVICE**

TO:

Brooks R. Magratten, Esq.
(bmagratten@vetterandwhite.com)
George E. Lieberman, Esq.
(glieberman@vetterandwhite.com)
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Ronald Greenberg
(rgreenberg@bcrslaw.com)
Peter J Marcus
(pmarcus@bcrslaw.com)
Berkes Crane Robinson & Seal, LLP
515 South Figueroa Street
Suite 1500
Los Angeles, CA 90071
213-955-1150
213-955-1155 (fax)

Kim J. Landsman, Esq.
(kjlandsman@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

I hereby certify that I filed the within Motion for Entry of Appearance *Pro Hac Vice* through the ECF system on the 28th day of February, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-262S.

/s/ Jeffrey K. Techentin

*446215_1*